#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**JOHN HERBERT STRAND**<br>**SIMONE MELISSA GOLD**<br>**Defendants.** | Case: 1:21-mj-00051<br>Assigned to: Judge G. Michael Harvey<br>Assign Date: 1/13/2021<br>Description: COMPLAINT W/ARREST WARRANT |

### ORDER

This matter having come before the Court pursuant to the application of the United States to seal the criminal complaint, affidavit in support of the complaint, and arrest warrant in this case. The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing and that the requested sealing is no greater than necessary to protect those interests.

IT IS THEREFORE ORDERED that the motion is hereby GRANTED, and that the criminal complaint, affidavit in support of the complaint, and arrest warrant remain under seal until the arrest of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a matter of public record, or until otherwise ordered by the Court.

Date:   January 13, 2021

G. Michael Harvey
2021.01.13
19:08:19 -05'00'

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

cc:   MELISSA JACKSON
      Assistant United States Attorney
      United States Attorney's Office
      555 Fourth Street, N.W.
      Washington, D.C. 20530