AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00051 |
| JOHN HERBERT STRAND | ) Assigned to: Judge G. Michael Harvey |
|  | ) Assign Date: 1/13/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Herbert Strand,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a) - Restricted Building or Grounds

40 U.S.C. 5104(e)(2) - Violent Entry and Disorderly Conduct

Date: 01/13/2021

*Issuing officer's signature*

G. Michael Harvey
2021.01.13 19:07:57 -05'00'

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 13 Jan 21, and the person was arrested on *(date)* 18 Jan 21
at *(city and state)* Beverly Hills, CA.

Date: 18 Jan 21

*Arresting officer's signature*

Eric Turner, Special Agent
*Printed name and title*