FILED

2021 JAN 19  AM 9: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER |
| | PLAINTIFF(S) | 1:21-mj-00051    21 MJ 00269 |
| v. | | |
| JOHN HERBERT STRAND. | | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| | DEFENDANT(S). | |

The above-named defendant was charged by: Criminal Complaint

in the _____ District of Columbia _____ on January 13, 2021

at 7:07 _____ ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about January 6, 2021

in violation of Title 18 _____ U.S.C., Section(s) 1752(a)

to wit: Restricted Building or Grounds

A warrant for defendant's arrest was issued by: G. Michael Harvey, U.S. Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____1/18/21_____
                          Date

_____
Signature of Agent

LaNard Taylor
_____
Print Name of Agent

Federal Bureau of Investigation
_____
Agency

Special Agent
_____
Title

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED

2021 JAN 19  AM 9:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER: |
| V. | PLAINTIFF | 21-MJ-0051 (out of district) |
| JOHN HERBERT STRAND | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**21 MJ 00269**

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 1/18/21 at 12:30 ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:

   18 U.S.C. § 1752(a); 40 U.S.C. § 5104(e)(2)

5. Offense charged is a: ☐ Felony ☐ Minor Offense ☐ Petty Offense ☒ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Pretrial Services Officer

10. Remarks (if any): _____

11. Name: Reema El-Amamy  (please print)

12. Office Phone Number: 213-894-0552  13. Agency: USAO

14. Signature: /s/ Reema M. El-Amamy  15. Date: 1/19/21

CR-64 (09/20)  **REPORT COMMENCING CRIMINAL ACTION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: |
| | : | |
| v. | : | 21MJ00269 |
| | : | |
| | : | VIOLATIONS: |
| JOHN HERBERT STRAND, | : | |
| SIMONE MELISSA GOLD | : | 18 U.S.C. § 1752(a), |
| | : | (Restricted Building or Grounds) |
| Defendants. | : | |
| | : | 40 U.S.C. § 5104(e)(2) |
| | : | (Violent Entry or Disorderly Conduct) |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
### AND ARREST WARRANT

I, LaNard Taylor, Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge and belief.

### PURPOSE OF AFFIDAVIT

1.     This Affidavit is submitted in support of a Criminal Complaint charging JOHN HERBERT STRAND ("STRAND") and SIMONE MELISSA GOLD ("GOLD") with violations of 18 U.S.C. § 1752(a) and 40 U.S.C. § 5104(e)(2). I respectfully submit that this Affidavit establishes probable cause to believe that STRAND and GOLD (1) did knowingly enter or remain in any restricted building or grounds without lawful authority, or did knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct, and (2) did willfully and knowingly engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of any deliberations of either

House of Congress. Specifically, on or about January 6, 2021, STRAND and GOLD traveled to

Washington, D.C., and knowingly and willfully joined a crowd of individuals who forcibly

entered the U.S. Capitol and impeded, disrupted, and disturbed the orderly conduct of business

by the United States House of Representatives and the United States Senate.

### AGENT BACKGROUND

2.      I have been a Special Agent with the FBI since June 2016. I am presently

assigned to the Washington Field Office's International Corruption Squad, where I am

responsible for investigating Antitrust, Foreign Corrupt Practices Act, and Kleptocracy

violations. I was previously assigned to the FBI's Los Angeles Field Office, where I was

responsible for investigating public corruption, fraud against the government, violent crime,

narcotics offenses, and a host of other violations of federal law. Prior to my employment with the

FBI, I was a law enforcement officer in the State of Florida for four years, where I investigated

crimes relating to fraud, narcotics, violent crimes, and a variety of other criminal acts.

3.      I am one of the agents assigned to an ongoing investigation of riots and civil

disorder that occurred on January 6, 2021 in and around the United States Capitol grounds by the

FBI, United States Capitol Police ("USCP"), Metropolitan Police Department ("MPD") and

other law enforcement agencies. Since I became involved in this investigation on January 6,

2021, I have conducted interviews, reviewed public tips, reviewed publicly available photos and

video, and reviewed relevant documents, among other things.

4.      The facts in this affidavit come from my review of the evidence, my personal

observations, my training and experience, and information obtained from other agents and

witnesses. Except as explicitly set forth below, I have not distinguished in this affidavit between

facts of which I have personal knowledge and facts of which I have hearsay knowledge. This

affidavit is intended to show simply that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

## BACKGROUND

5.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, located at First Street Southeast, Washington, District of Columbia. During the joint session, elected members of the United States House of Representatives and Senate met in the United States Capitol to certify the vote count of the Electoral College for the 2020 Presidential Election, which took place on November 3, 2020.

6.      The U.S. Capitol is secured 24 hours a day by security barriers and USCP occupy various posts throughout the grounds. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by USCP. USCP officers wore uniforms with clearly marked police patches, insignia, badges, and other law enforcement equipment. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

7.      The January 6, 2021 joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Michael R. Pence was present and presiding, first in the joint session, and then in the Senate chamber.

8.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building and USCP were present, attempting to keep the crowd away from the Capitol building and the proceedings underway inside. As the certification proceedings were underway, the exterior doors and windows of the Capitol were locked or otherwise secured.

9.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and past officers of the USCP, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by the USCP or other authorized security officials.

10.      A short time later, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. As such, all proceedings of the United States Congress, including the joint session, was effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 pm after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

11.      During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

12.      Beginning on or about January 7, 2021, the investigative agencies began receiving tips from the public related to the civil unrest and breach of the Capitol and several identified

STRAND and GOLD as being involved. Many of the tips included photographs of STRAND and GOLD inside of the Capitol on January 6, 2021 as shown below.



13.     In another tip, a witness wrote, "An old acquaintance was posting pictures of himself taking over the capitol yesterday. He was calling for a revolution on his social media accounts…[i]ndividual broke into the capital building and is paid to promote propaganda on his website."

14.     Law enforcement agents retrieved a driver's license photograph of both STRAND, DOB 3/28/1983, and GOLD, DOB 11/06/1965, both residents of California, and confirmed each were consistent in appearance with the pictures above.

15.     Also on January 7, 2021, Twitter account @TheJohnStrand, believed to be used by STRAND, posted a photograph in which STRAND was seen wearing a black jacket, pink scarf, and dark sunglasses, which appeared to be consistent with the photographs of STRAND and GOLD above. The photograph appeared to be taken on the steps of the Capitol. The

photograph, shown below, also included the caption "I am incredibly proud to be a patriot today, to stand up tall in defense of liberty & the Constitution, to support Trump & #MAGAforever, & to send the message: WE ARE NEVER CONCEDING A STOLEN ELECTION."



16.     Several media outlets broadcasted coverage of the Capitol breach and recorded videos. In their coverage of the events, CNN posted a video to its website entitled "See stunning video of rioters inside Capitol" (https://www.cnn.com/videos/politics/2021/01/06/protestors-breached-capitol-reax-washington-dc-protest-congress-electoral-college-vpx.cnn). In the video, timestamped 2:27-2:29 p.m., a man and woman consistent in appearance with the above pictures of STRAND and GOLD can be seen walking with a companion through National Statuary Hall, which is located inside the Capitol.

17.     On January 6, 2021, a member of the news media posted a video to Twitter entitled "Statuary Hall being slowly cleared out," at 2:58 p.m.  In the video, a man bearing resemblance to STRAND can be seen with a recording device. The man was recording a woman, consistent in appearance with GOLD, giving a speech to a small gathering of people.

18.     On January 7, 2021, at approximately 9:07 a.m, Twitter account @TheJohnStrand re-posted a video entitled "Trump Supporter Gets Shot And Murdered The US State Capitol!"

The video was posted with the caption "I was there. This is inexcusable." The tweet was tagged as posted "from Washington, DC" with "Twitter for iPhone."

19.    A review of several tweets from account holder @TheJohnStrand include the term "Twitter for iPhone." Based on my training and experience, I understand Twitter account holders who own or possess Apple iPhones can download the Twitter application from the "App Store." Once the application is loaded to the phone and the user broadcasts a tweet, often it is tagged with the term "Twitter for iPhone."

20.    An open source search of social media depictions from January 6, 2021, uncovered several videos and photographs of persons consistent in appearance with STRAND and GOLD inside of the Capitol. Some of the photographs are below.





21.    Video posted to the Getty Images database online

(https://www.gettyimages.com/detail/video/mob-of-pro-trump-rioters-and-protesters-break-into-the-u-news-footage/1294938866) shows what appears to be STRAND and GOLD in a large

crowd attempting to push past multiple officers blocking the entrance to the Capitol, which had

visibly broken windows at the time.  One of the officers, who had been pinned near the doors to

the Capitol, appears to be pulled down by someone in the crowd and lands near where STRAND

and GOLD were standing.



22.    I conducted an initial review of some of the surveillance footage from

surveillance cameras installed inside the Capitol on January 6, 2021.  During my review, I saw

what appears to be STRAND and GOLD (as depicted in the pictures above) enter the Capitol

through the Rotunda door and walk throughout various parts of the building, consistent with their

locations as captured in the other various videos described above .

23.    On January 8, 2021, agents from the FBI interviewed witness 1 ("W1") who

identified STRAND as the person on an FBI wanted poster from the Capitol breach. W1 met

STRAND approximately ten years ago and had a personal relationship with him. W1 provided a

phone number for STRAND, which was consistent with the phone number the investigative

agencies believed STRAND uses.

24.    On January 12, 2021, The Washington Post published an article titled: "'I do

regret being there': Simone Gold, noted hydroxychloroquine advocate, was inside the Capitol during the riot". The article features an additional photograph of what appears to be GOLD inside the Capitol giving a speech, as captured in the video described in paragraph 17 above. In the article, the writer quotes GOLD as stating the following in a phone interview: "I can certainly speak to the place that I was, and it most emphatically was not a riot," and "Where I was, was incredibly peaceful." According to the article, GOLD confirmed that she went inside the Capitol, saying she followed a crowd and assumed that it was legal to do so, further noting that she was inside for about 20 minutes and regretted being there. According to the article, GOLD added that she traveled to Washington D.C. to speak at a "Rally for Health Freedom" on the East side of the Capitol on Wednesday afternoon. According to the article, GOLD claimed to have attended the rally along with John Strand, who was there to "ensure her safety." The article included the photograph below, which was credited to John Strand.



## CONCLUSION

For the reasons set forth above, I submit there is probable cause to believe that STRAND and GOLD, violated:

1. 18 U.S.C. § 1752(a), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or (3) knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions, obstruct or impede ingress or egress to or from any restricted building or grounds. For purposes of Section 1752 of Title 18, a restricted building includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance; and

2. 40 U.S.C. § 5104(e)(2), which makes it a crime for an individual or group of individuals to willfully and knowingly (A) enter or remain on the floor of either House of Congress or in any cloakroom or lobby adjacent to that floor, in the Rayburn Room of the House of Representatives, or in the Marble Room of the Senate, unless authorized to do so pursuant to rules adopted, or an authorization given, by that House; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt,

or disturb the orderly conduct of a session of Congress or either House of Congress, or

the orderly conduct in that building of a hearing before, or any deliberations of, a

committee of Congress or either House of Congress; (E) obstruct, or impede passage

through or within, the Grounds or any of the Capitol Buildings; or (G) parade,

demonstrate, or picket in any of the Capitol Buildings.

As such, I respectfully request that the court issue an arrest warrant for STRAND and GOLD.  The

statements above are true and accurate to the best of my knowledge and belief.

Respectfully Submitted,

LaNard Taylor
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone, this 13th day of January 2021.

G. Michael Harvey
2021.01.13
19:08:48 -05'00'

HON. G.  MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT

2021 JAN 19  AM 9: 38

for the

District of Columbia

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____ JB

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| **JOHN HERBERT STRAND** | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | **21MJ00269** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    John Herbert Strand                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. 1752(a) - Restricted Building or Grounds

   40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct

|  |  |
|---|---|
| | G. Michael Harvey<br>2021.01.13 19:07:57<br>-05'00' |
| Date:    01/13/2021 | _____<br>*Issuing officer's signature* |
| City and state:    Washington, DC | G. MICHAEL HARVEY, U.S. Magistrate Judge<br>*Printed name and title* |

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | |
| at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature* |
| | _____<br>*Printed name and title* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Western Division |
| Plaintiff, | |
| vs. | Case Number: 2:21-MJ-00269    Out of District Affidavit |
| | Initial App. Date: 01/19/2021    Custody |
| John Herbert Strand | Initial App. Time: 1:00 PM |
| | |
| Defendant. | Date Filed: 01/19/2021 |
| | Violation: 18:1752 |
| | CourtSmart/ Reporter: P. Cuneo |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES** | **CALENDAR/PROCEEDINGS SHEET** |
| **MAGISTRATE JUDGE: John E. McDermott** | **LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**  Lorenzo, ShaRon     *Reema El-Amamy*     None

*Deputy Clerk*     *Assistant U.S. Attorney*     *Interpreter/Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to
   file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Charles Snyder, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
   ☐ Special appearance by: _____.
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☑ BAIL FIXED AT $ 20,000 — **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
   setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights. ☑ Process received.
☑ Court ORDERS defendant Held to Answer to _____ District of Columbia
   ☑ Bond to transfer, if bail is posted. Defendant to report on or before See below
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☑ Case continued to (Date) 2/1/2021 (Time) 11:00 ☑ AM / PM
   Type of Hearing: Prelim. Hrg Before Judge John E. McDermott ☑ Duty Magistrate Judge.
   Proceedings will be held in the ☑ Duty Courtroom 341 ☑ Judge's Courtroom ZOOM
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☑ RELEASE ORDER NO: _____
☑ Other: Report during the week virtually - AUSA will provide info to defense counsel.

☑ PSA ☐ USPO     ☑ FINANCIAL     ☑ READY

Deputy Clerk Initials _S/o_
: 13

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **JOHN HERBERT STRAND**          Case No. 21MJ0269

☒ Defendant   ☐ Material Witness

Violation of Title and Section: **18 USC 1752; 40 USC 5104(e)(2)**

☐ Summons   ☐ Out of District   ☐ **UNDER SEAL**   ☐ Modified Date: _____

*Check only one of the five numbered boxes below (unless one bond is to be replaced by another):*

1. ☐ Personal Recognizance (*Signature Only*)

2. ☐ Unsecured Appearance Bond
   $ _____

3. ☒ Appearance Bond
   $ 20,000.00
   (a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*)
   (b). ☒ Affidavit of Surety Without
   Justification (*Form CR-4*) Signed by:
   Responsible 3rd Party
   _____
   _____
   _____
   _____
   _____

(c). ☐ Affidavit of Surety With Justification
   (*Form CR-3*) Signed by:
   _____
   _____
   _____
   ☐ With Full Deeding of Property:
   _____
   _____
   _____
   _____

4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*):
   $ _____

5. ☐ Corporate Surety Bond in the Amount of:
   $ _____

Release No. _____

☐ **Release to Pretrial ONLY**
☐ **Release to Probation ONLY**
☐ Forthwith Release

LMB report within 24 hrs of
release

☒ All Conditions of Bond
(*Except Clearing-Warrants Condition*) Must be Met and Posted by:
1/26/2021

☐ Third-Party Custody
Affidavit (*Form CR-31*)

☒ Bail Fixed by Court:
JEM     / slo
(*Judge / Clerk's Initials*)

## PRECONDITIONS TO RELEASE

☐ The government has requested a Nebbia hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a Nebbia hearing under § 3142 (g)(4).

☐ The Nebbia hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to: ☒ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO.
   (*The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."*)

☒ Surrender all passports and travel documents to Supervising Agency no later than *8-12pm; Mon-Fri* _____ , sign a Declaration
   re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency
   of this case.

☒ Travel is restricted to C/CA and District of Columbia _____ unless prior permission is granted by Supervising
   Agency to travel to a specific other location. Court permission is required for international travel.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☒ Maintain or actively seek employment and provide proof to Supervising Agency. ☒ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: JS     Date: 1/20/21

**Case Name:** United States of America v. JOHN HERBERT STRAND          Case No. 21MJ0269

☑ Defendant    ☐ Material Witness

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ _____ ; ☐ except _____ .

☑ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: co-defendant, Simone Gold _____ .

☑ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☑ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Submit to: ☐ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to PSA only** ☐ **Release to USPO only**

☐ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☑ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☑ **will** or ☐ **will not** include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

  ☐ Location monitoring only - no residential restrictions;

  **-or-**

  ☐ You are restricted to your residence every day:

    ☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.

    ☐ as directed by Supervising Agency;

  **-or-**

Defendant's Initials: JS          Date: 1/20/21

**Case Name:** United States of America v. **JOHN HERBERT STRAND**          Case No. 21MJ0269

☑ Defendant          ☐ Material Witness

☑ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and employment _____ , all of which must be preapproved by Supervising Agency;

☐ **Release to PSA only**          ☐ **Release to USPO only**

☐ You are placed in the third-party custody (*Form CR-31*) of _____ .

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency.   ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica.   ☐ In order to determine compliance, you agree to submit to a search of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S. Marshal.

☐ Other conditions:

_____

_____

_____

_____

_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials:  JS          Date:  1/20/21

**Case Name:** United States of America v. **JOHN HERBERT STRAND**     Case No. **21MJ0269**

☑ Defendant     ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

January 20, 2021     John Strand (with authorization)     310.691.0051
*Date*     *Signature of Defendant / Material Witness*     *Telephone Number*

Los Angeles, California
*City and State (**DO NOT INCLUDE ZIP CODE**)*

☐ **Check if interpreter is used:** I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____     _____
*Interpreter's Signature*     *Date*

Approved: _____     _____
*United States District Judge / Magistrate Judge*     *Date*

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: JS     Date: 1/20/21

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.  2IMJ0269                                        Date   January 19, 2021

Present: The Honorable   John E. McDermott, United States Magistrate Judge

Interpreter   n/a

| S. Lorenzo | P. Cuneo | |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Herbert Strand | X | X | | Charles Snyder | X | X | |

Proceedings:   **(IN CHAMBERS) MANDATORY RULE 5(f) ORDER**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

                                                                    0    :    00

                                          Initials of Deputy Clerk   slo

cc:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT

**1/19/21**

CENTRAL DISTRICT OF CALIFORNIA
BY: _slo_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** | CASE NUMBER: |
| v. | MJ-21-269 |
| John Strand | **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |
| **DEFENDANT.** | |

I understand that charges are pending in the ___District of the___ District of _____Columbia_____
alleging violation of _____18 U.S.C. 1752_____ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
    (1)    have an identity hearing to determine whether I am the person named in the charges;
    (2)    arrival of process;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to
            determine whether there is probable cause to believe an offense has been committed by me, the
            hearing to be held in this district or the district of prosecution; and
    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
            guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
            held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
            there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑    have an identity hearing
☐    arrival of process
☐    have a preliminary hearing
☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting
    district.

                        /s/ Charles J. Snyder (with authorization)
                        Defendant

                        /s/ Charles J. Snyder
                        Defense Counsel

Date: ___1/19/21___

                        *John E McDermott*
                        United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

                        Interpreter(if required)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JOHN STRAND<br><br>DEFENDANT. | CASE NUMBER:<br><br>MJ-21-269<br><br>**WAIVER OF RIGHTS**<br>**(OUT OF DISTRICT CASES)** |
| --- | --- |

I understand that charges are pending in the ___District of the___ District of _____ Columbia _____
alleging violation of _____ 18 U.S.C. 1752 _____ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    arrival of process;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S)  TO:**

    ☐    have an identity hearing
    ☐    arrival of process
    ☐    have a preliminary hearing
    ☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
    ☑    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____/s/ Charles J. Snyder (with authorization)_____
Defendant

_____/s/ Charles J. Snyder_____
Defense Counsel

Date: _January 27, 2021_

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:21-mj-00269-DUTY All Defendants

Case title: USA v. Strand

Date Filed: 01/19/2021

Date Terminated: 01/19/2021

---

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**John Herbert Strand**
REG 26117-509
*TERMINATED: 01/19/2021*

represented by **Charles James Snyder**
Federal Public Defender's Office
321 East 2nd Street
Los Angeles, CA 90012
213-894-4407
Fax: 213-894-0081
Email: Charles_Snyder@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA**                                    represented by **US Attorney's Office**

AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant John Herbert Strand, originating in the District of Columbia. Defendant charged in violation of: 18:1752. Signed by agent LaNard Taylor, FBI; Special Agent. (ja) (Entered: 01/21/2021) |
| 01/19/2021 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant John Herbert Strand; defendants Year of Birth: 1983; date of arrest: 1/18/2021 (ja) (Entered: 01/21/2021) |
| 01/19/2021 | 3 | Defendant John Herbert Strand arrested on warrant issued by the USDC District of Columbia at Washington, D.C. (Attachments: # 1 Charging Document)(ja) (Entered: 01/21/2021) |
| 01/19/2021 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge John E. McDermott as to Defendant John Herbert Strand Defendant arraigned and states true name is as charged. Attorney: Charles James Snyder for John Herbert Strand, Deputy Federal Public Defender, present. Court orders bail set as: John Herbert Strand (1) $20,000 Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Columbia. Bond to Transfer. Defendant ordered to report on Report during the week virtually - AUSA will provide info to defense counsel. Preliminary Hearing is set on 2/1/21 at 11:00 AM before Judge John E McDermott in Courtroom 200M. Court Reporter: Pat Cuneo. (ja) Modified on 1/26/2021 (ja). Preliminary Hearing will be via ZOOM - (Notice of Clerical Error issued on 1/26/21; see docket entry #13) (Entered: 01/21/2021) |
| 01/19/2021 | 5 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant John Herbert Strand. (ja) (Entered: 01/21/2021) |
| 01/19/2021 | 6 | CONSENT to Video Conference/Telephonic Conference filed by Defendant John Herbert Strand. (ja) (Entered: 01/21/2021) |
| 01/19/2021 | 7 | FINANCIAL AFFIDAVIT filed as to Defendant John Herbert Strand. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 01/21/2021) |
| 01/19/2021 | 8 | MINUTES OF IN CHAMBERS MANDATORY RULE 5(f) ORDER by Magistrate Judge John E. McDermott as to Defendant John Herbert Strand. Court Reporter: Pat Cuneo. (ja) (Entered: 01/21/2021) |
| 01/19/2021 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge John E. McDermott as to Defendant John Herbert Strand. (ja) (Entered: 01/21/2021) |
| 01/20/2021 | 10 | DECLARATION RE: PASSPORT filed by Defendant John Herbert Strand, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the |

| | | U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (ja) (Entered: 01/21/2021) |
|---|---|---|
| 01/20/2021 | 11 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $20,000 by surety: Scott Barbour, MD for Bond and Conditions Filed by Defendant John Herbert Strand (ja) (Entered: 01/21/2021) |
| 01/20/2021 | 12 | SEALED UNREDACTED Affidavit of Surety (CR-4) filed by Defendant John Herbert Strand re: Affidavit of Surety (No Justification)(CR-4) 11 (ja) (Entered: 01/21/2021) |
| 01/21/2021 | | Notice to District of Columbia of a Rule 5 Initial Appearance as to Defendant John Herbert Strand. Your case number is: 1:21MJ51. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 01/21/2021) |
| 01/26/2021 | 13 | NOTICE OF CLERICAL ERROR, as to Defendant John Herbert Strand: Due to clerical error Re: Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40) 4 Preliminary Hearing set of 2/1/21 at 11:00 AM before Magistrage Judge John E. McDermott is to be viaZOOM. It was erroneously entered as courtroom 200M. (ja) (Entered: 01/26/2021) |
| 01/27/2021 | 14 | WAIVER of Preliminary Examination or Hearing by Defendant John Herbert Strand (Snyder, Charles) (Entered: 01/27/2021) |
| 01/27/2021 | 15 | WAIVER OF RIGHTS approved by Magistrate Judge John E. McDermott as to Defendant John Herbert Strand. (ja) (Entered: 01/27/2021) |
| 01/27/2021 | | Notice to District of Columbia of additional Rule 5 documents added to the docket as to Defendant John Herbert Strand. Your case number is: 1:21MJ51. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 15 Waiver of Rights (Out-of-District)(M-14), 14 Waiver of Preliminary Examination or Hearing. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 01/27/2021) |
| 01/27/2021 | 16 | SCHEDULING NOTICE by Magistrate Judge John E. McDermott as to Defendant John Herbert Strand previously scheduled for 2/1/21 11:00AM has been terminated. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (san) TEXT ONLY ENTRY (Entered: 01/27/2021) |