**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | Case No.: 1:21-cr-00085-CRC |
| | : | |
| **JOHN HERBERT STRAND, and** | : | |
| **SIMONE MELISSA GOLD** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL]**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney April Ayers-Perez, who may be contacted by telephone on 956-754-0946 or email at April.Perez@usdoj.gov.  This is notice of her appearance in this matter on behalf of the United States.  This appearance is in place of Assistant United States Attorney Melissa Jackson.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

By:   /s/ *April Ayers-Perez*
April Ayers-Perez
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Cell No. (956) 754-0946
Texas Bar Number: 24090975
April.Perez@usdoj.gov

## CERTIFICATE OF SERVICE

On this 19th day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *April Ayers-Perez*
April Ayers-Perez
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Cell No. (956) 754-0946
Texas Bar Number: 24090975
April.Perez@usdoj.gov