AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JOHN HERBERT STRAND

Defendant

) Case: 1:21-mj-00051
) Assigned to: Judge G. Michael Harvey
) Assign Date: 1/13/2021
) Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _John Herbert Strand_,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a) - Restricted Building or Grounds

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct

Date: 01/13/2021

G. Michael Harvey
2021.01.13 19:07:57
-05'00'

_Issuing officer's signature_

G. MICHAEL HARVEY, U.S. Magistrate Judge
_Printed name and title_

City and state: Washington, DC

---

### Return

This warrant was received on (date) _13 Jan 21_, and the person was arrested on (date) _18 Jan 21_
at (city and state) _Beverly Hills, CA_.

Date: _18 Jan 21_

_Arresting officer's signature_

Eric Turner, Special Agent
_Printed name and title_