UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No.: 21-CR-85-CRC-1 |
| | : | |
| v. | : | |
| | : | |
| **JOHN STRAND,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its July 14, 2021 discovery letter in this case, in reference to discovery produced in April 2021 and July 2021, which is hereby served as an attachment via ECF on counsel for the Defendant.

                                Respectfully submitted,

                                CHANNING D. PHILLIPS
                                Acting United States Attorney
                                D.C. Bar No. 415793

By:       */s/ April H. Ayers-Perez*
            APRIL H. AYERS-PEREZ
            Texas Bar No.: 24090975
            Assistant United States Attorney
            Detailee – Federal Major Crimes
            United States Attorney's Office
            for the District of Columbia
            Telephone No . (956) 754-0946
            April.Perez@usdoj.gov

CERTIFICATE OF SERVICE

On this 14th day of July, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

>                         */s/ April H. Ayers-Perez*
>                         April H. Ayers-Perez
>                         Assistant United States Attorney