

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 14, 2021

**Stephen F. Brennwald**
BRENNWALD & ROBERTSON, LLP
922 Pennsylvania Avenue, S.E.
Washington, DC 20003
via email: sbrennwald@bcrlawfirm.com

Re: *United States v. John Strand*
Case No. 1:21-cr-00085-CRC-1

Dear Mr. Brennwald:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, and as otherwise required by law (*e.g.*, *Brady v. Maryland*, 373 U.S. 63 (1963), *United States v. Giglio*, 405 U.S. 150 (1972)), the Government has produced preliminary discovery through USAfx File no. 136303664726, contained within a folder entitled Strand Discovery 21CR85. Preliminary discovery was originally uploaded to USAfx in this case on April 21, 2021. Preliminary discovery was supplemented on July 14, 2021.

The following documents have been shared via USAfx on April 21, 2021:

| Serial No. | Document/Video/Photo |
|---|---|
| 1 | Case Opening Communication |
| 2 | EC (FD-1057) Affidavits, Complaints, and Arrest Warrants |
| 2 | Signed-Strand_Gold Unredacted Criminal Complaint |
| 2 | Signed-Strand_Gold Redacted Criminal Complaint |
| 2 | Signed-Strand_Gold Affidavit Unredacted |
| 2 | Signed-Strand_Gold Proposed Sealing Order |
| 2 | Signed-Strand Arrest Warrant |
| 2 | Signed-Gold Arrest Warrant |
| 3 | FD-302 Intake Report |
| 4 | External Import Report |

| | |
|---|---|
| 5 | EC (FD-1057) TTK Review |
| 6 | Intake Form – [Redacted] |
| 7 | Twitter Screenshot |
| 7 | External Email – MPD Tip |
| 7 | Photograph |
| 8 | Twitter Screenshots of John Strand |
| 8 | Photograph |
| 8 | External Email – MPD Tip |
| 9 | External Email – MPD Tip |
| 12 | External Email – MPD Tip |
| 13 | Twitter Photos and Screenshots |
| 13 | Photograph |
| 13 | Screenshot 1 |
| 13 | Photograph |
| 13 | Screenshot 3 |
| 13 | Screenshot 6 |
| 13 | Photograph |
| 13 | Screenshot 7 |
| 13 | Screenshot 8 |
| 13 | Screenshot 9 |
| 13 | Photograph |
| 13 | Twitter 2 |
| 13 | Twitter 1 |
| 13 | Photograph |
| 13 | Screenshot 4 |
| 13 | Screenshot 2 |
| 13 | Screenshot 5 |
| 13 | Twitter Video 2 (00:56) |
| 13 | Twitter Video (00:38) |
| 13 | CNN Video (00:54) |
| 13 | Strand Twitter Photo |
| 14 | Records Check for John Strand |
| 14 | John H Strands Records |
| 15 | Getty Images Video of John Strand and Simone Gold |
| 15 | Video (01:30) |
| 16 | Interview of [Redacted] |
| 16 | Interview Notes |
| 17 | WaPo Article |
| 17 | Gold WaPo Article Photo 2 |
| 17 | Gold WaPo Article Photo |
| 17 | Simone Gold WaPo Article |
| 18 | Interview of [Redacted] |
| 18 | [Redacted] Interview Notes |

| | |
|---|---|
| 19 | FD-302 Capitol Police Video Received |
| 19 | John Strand and Simone Gold Video |
| 21 | FD-302 Preservation Requests |
| 22 | [Redacted] |
| 22 | External Email Re: Tip |
| 23 | EC (FD-1057) Search Warrants for Strand, Gold |
| 23 | 21-mj-00270 Application for Warrant |
| 23 | 21-mj-00270 Order Sealing Documents |
| 23 | 21-mj-00270 Warrant Individual – Gold |
| 23 | 21-mj-00270 Ex Parte Application Sealing |
| 23 | 21-mj-00275 Warrant Individual – Strand |
| 23 | 21-mj-00275 Order Sealing Documents |
| 23 | 21-mj-00275 Application for Warrant |
| 23 | 21-mj-00275 Ex Parte Application Sealing |
| 23 | 21-mj-00266 Application for Warrant |
| 23 | 21-mj-00266 Warrant – CAR |
| 23 | 21-mj-00266 Ex Parte Application Sealing |
| 23 | 21-mj-00266 Order Sealing Documents |
| 23 | Order Sealing Documents Residence |
| 23 | Warrant Residence |
| 23 | Ex Parte App Sealing Documents Residence |
| 23 | Application for Warrant Residence |
| 24 | Search of Residence Evidence Log |
| 25 | Execution of Search Warrants for Strand and Gold |
| 25 | Administrative Worksheet |
| 25 | Photo Logs |
| 25 | Room Letters |
| 25 | Inventory |
| 25 | Sketch |
| 25 | Log |
| 25 | Sign In Log |
| 25 | Signed Search Warrants |
| 25 | Search Documentation |
| 26 | FD-302 California Records Check for Simone Gold and John Strand |
| 26 | Strand CII |
| 26 | Strand DL Photo |
| 26 | Strand Vehicles Registered |
| 26 | Strand Wants and Warrants |
| 26 | Strand NCIC |
| 26 | Strand DMV |
| 26 | Strand Firearms |
| 26 | Strand CCHRS |
| 27 | Interview of [Redacted] |

| | |
|---|---|
| 31 | Interview of [Redacted] |
| 39 | FD-302 Arrest and Initial Appearance for John Strand |
| 39 | Executed Warrant Strand |
| 39 | Executed Warrant Gold |
| 39 | Executed Arrest Warrants (Gold and Strand) |
| 52 | FD-302 Attempted Interview of John Strand |
| 55 | FD-302 Capture of Twitter Video from [Redacted] |
| 55 | Twitter Video (00:28) |
| 57 | Indictment of John Herbert Strand and Simone Melissa Gold |
| 57 | John Strand and Simone Gold Filed Indictment |
| 58 | Indictment |
| 58 | Strand Indictment |
| 59 | Interviews of USCP Officers [Redacted] and [Redacted] |
| 59 | Screenshot of Couple |
| 60 | FD-302 Imaging of Flash Media/Thumb Drive |
| 61 | STXU Case Request for Assistance |
| 61 | Warrant-Residence |
| 67 | Criminal History and Outstanding Warrants |
| 75 | EC (FD-1057) Propublica Parler Video |
| 75 | Video (00:49) |
| 75 | Propublica Screenshot – Gold and Strand |
| 76 | Comparison of [Redacted] and [Redacted] |
| 76 | BOLO Photo #21 |
| 78 | EC (FD-1057) Arrest Warrant Obtained – Strand & Gold |
| 78 | Signed-Strand & Gold (unredacted) Criminal Complaint |
| 78 | Signed-Strand & Gold Proposed Sealing Order |
| 78 | Signed-Strand & Gold Affidavit (unredacted) |
| 78 | Signed-Strand Arrest Warrant |
| 78 | Signed-Gold Arrest Warrant |
| 78 | Signed-Strand & Gold Affidavit (redacted) |
| 78 | Signed-Strand & Gold (redacted) Criminal Complaint |
| 84 | FD-302 Interview of USCP Special Agent [Redacted] |
| 84 | Photograph |
| 85 | FD-302 Interview of USCP Agent [Redacted] |
| 86 | FD-302 Interview of USCO Agent [Redacted] |
| 96 | EC (FD-1057) Geofencing Results for [Redacted] |
| 97 | Interview of [Redacted] |
| 97 | Strand Capitol Photo |
| 100 | Anonymous Tip |
| 100 | External Email – MPD Tip |
| 103 | Full Coverage of Lead 10850 |
| 1 FISUR | (FD-1054) Surveillance Request of John Strand and Simone Gold |
| 2 FISUR | Physical Surveillance Log |

| | |
|---|---|
| 2 FISUR | Simone Gold Photograph |
| 2 FISUR | John Strand Photograph |
| 3 FISUR | 01/17/2021 Physical Surveillance of John Strand |
| 3 FISUR | Photograph Strand |
| 1 INTELPRODS | Subfile Opening Document |
| 2 INTELPRODS | Strand Baseball Card |

The following documents have been shared via USAfx on July 14, 2021:

| **Serial No.** | **Capitol CCTV Footage (HIGHLY SENSITIVE)** |
|---|---|
| 110 | Capitol CCTV Video (22:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (22:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (11:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (06:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (08:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (08:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (05:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (04:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (05:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (16:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (13:00)(HIGHLY SENSITIVE) |
| 110 | Capitol CCTV Video (13:00)(HIGHLY SENSITIVE) |

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations,

or scientific tests or experiments, and any expert witness summaries. I also request that defendant disclose prior statements of any witnesses defendant intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

*/s/ April H. Ayers-Perez*
April H. Ayers-Perez
Assistant United States Attorney