**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 21-CR-85-CRC** |
| | **:** | |
| **JOHN STRAND,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ORDER**

Upon consideration of the Government's Consent Motion to Toll Time, it is this ___ day of _____, 2021 it is hereby

**ORDERED**, that the Joint Motion to Continue September 28, 2021 Status Conference for 60 Days is **GRANTED** and the time from September 28, 2021, through the date of the next status conference, will be excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and of Mr. Strand in a speedy trial.

**SO ORDERED**

_____
DATE

_____
**HONORABLE CHRISTOPHER R. COOPER**
**UNITED STATES DISTRICT JUDGE**