UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 20-254-1 (APM) |
| JOHN STRAND | : |

**ORDER**

Upon consideration of Defendant John Strand's Consent Motion to Continue Status Hearing, it is, this ____ day of February, 2022, hereby

ORDERED, that the status hearing presently set for February 8, 2022, is VACATED; it is further

ORDERED, that the next status hearing in this matter, including the case against co-defendant Gold, shall be set on _____, 2022; it is further

ORDERED, that the Court finds that in order to permit the parties to continue to work toward a resolution of this matter, it is in the best interest of the defendants and the public that the case be continued to March ___, 2022; and it is hereby

ORDERED, that the time period between February 8, 2022 and _____ shall be excluded from the running of the speedy trial clock.

_____
The Honorable Christopher R. Cooper
United States District Judge