UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-cr-085 (CRC) |
| v. | : | |
| | : | |
| JOHN HERBERT STRAND and SIMONE MELISSA GOLD, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Jason M. Manning is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: April 26, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Jason M. Manning*
JASON M. MANNING
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
jason.manning@usdoj.gov