UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                                   :

    v.                                          :   Crim. No. 21-85 (CRC)

JOHN STRAND                                     :

**ORDER**

    Upon consideration of Defendant John Strand's Unopposed Motion to Continue Trial, it

is, this     day of June, 2022, hereby

    ORDERED, that the motion is GRANTED; it is further

    ORDERED, that the case shall be reset for trial on            .  It is further

    ORDERED, that the time period between July 18, 2022 and        , shall be

excluded from the running of the speedy trial clock.

    The Court finds that it is in the best interest of the defendant and the public that the case

be continued to allow the defendant to adequately prepare for trial.  As such, the time period

between July 18, 2022 and the next trial date shall be excluded from the running of the speedy

trial clock.

    A further scheduling Order shall be issued in due course.

                                     _____
                                     The Honorable Christopher R. Cooper
                                     United States District Judge