UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-85 (CRC) |
| JOHN STRAND | : |

**ORDER**

Upon consideration of Defendant's Motion to Permit Travel Within the District of Columbia, and any opposition thereto, it is, this       day of June, 2022, hereby

ORDERED, that the defendant's motion is GRANTED; it is further

ORDERED, that Mr. John Strand shall be permitted to accompany Dr. Simone Gold, on the morning of June 16, 2022, from their location in Virginia to the United States District Court for the District of Columbia, located at 333 Constitution Avenue, N.W., Washington, D.C., and to wait outside of the courthouse (defined as within 150 feet from the exterior of the courthouse) until Dr. Gold's sentencing concludes, at which point both defendants shall leave the District of Columbia unless accompanied by counsel for the purposes of participating in meetings related to Mr. Strand's upcoming trial.

_____
Christopher R. Cooper
United States District Judge