UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-85 (CRC) |
| JOHN STRAND | : |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss Counts One, Two, and Three, and any Opposition thereto, it is, this     day of.            , 2022, hereby

ORDERED, that defendant's motion is GRANTED.

_____
The Honorable Christopher R. Cooper
United States District Judge