UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-85 (CRC) |
| JOHN STRAND | : |

**NOTICE OF DEFENDANT'S REQUEST FOR
<u>HEARING ON MISCELLANEOUS MATTER</u>**

Defendant, John Strand, through undersigned counsel, Stephen F. Brennwald, Brennwald & Robertson, requests that this Court schedule a brief telephone conference at its earliest convenience to discuss a miscellaneous matter that defendant would like to raise with the Court. It does not concern a continuance of the trial date.

Defendant's deadline to file pretrial motions is today, July 15, 2022, but rather than addressing this issue in the form of a motion, defendant submits that it would be preferable to address it in a telephone conference.

Respectfully submitted,

*Stephen F. Brennwald*
_____
Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, SE
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 15th day of July, 2022, to all parties of record.

*Stephen F. Brennwald*

Stephen F. Brennwald