UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-85 (CRC) |
| JOHN STRAND | : |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Extend Time to Reply to Government's Opposition to Defendant's Motion to Dismiss, it is, this ___ day of August, 2022, hereby

ORDERED, that defendant's motion is GRANTED; it is further

ORDERED, that defendant's Reply shall be due on or before Tuesday, August 9, 2022.

_____
The Honorable Christopher R. Cooper
United States District Judge