Statement of facts Simone Gold

1. The government charged me as a criminal defendant due to being present at the Capitol on January 6, 2021.
2. I was there as an invited guest speaker on medical freedom issues, but the permitted location was canceled at the last minute, which led to the circumstances which led to my arrest.
3. I found out that I was assigned to Judge Christopher Cooper. I believed he would have recused himself as we knew each other in law school.
4. I did go to school with a "Casey" (Cooper), Stanford University Law School class of 1993. Stanford is a very small law school, my recollection is that there were ~150 students per graduating class.
5. Casey and I had several social interactions. There are two that stand out. One was one time when we walked/talked for some time (perhaps two hours) and got some food. I believe this was second half of first year. My recollection was we walked from the Law School to a common area (on campus). I don't recall what we ate etc. I recall general conversation – that he was from the south, that he had gone to Yale, that he was ambitious. The conversation was pleasant. My impression was that he was cute and that he thought similarly of me. We had other brief "hello how are you" pleasantries. The other interaction that stood out was a week, perhaps two weeks later. This was in the (outside) courtyard of the Law School and we were just talking. After about 10-15 minutes Casey asked me out again, this time a formal invitation to a dinner date, following our prior less formal interactions. This I declined. Just because I wasn't interested.
6. I did not think of this for many years. Then I was presented with Judge Christopher Cooper as my Judge at my first zoom hearing. I had no doubt he was going to recuse himself. When he did not recuse himself, I was really surprised and had to quickly decide what to do. I was not next to my attorneys, and it was quick. I decided that if he did not recuse himself it was either to my advantage and at worst, neutral for me.
7. I really did not have any further interaction until sentencing. What unfolded in the Courtroom during sentencing was shocking. I believe on its face it reveals clear bias. I will list just three episodes of personal animus, based upon the Judge's words and one based upon his actions. I too am an attorney and I know what proper judicial temperament is, and this was not that. I also am able to assess mood quickly based upon my years in the emergency department. This Judge was filled with so much animus it qualified as rage. The nonverbal messaging (which is 80% of communication) was borne out by many of his words and actions.
8. First is that during sentencing he repeatedly referenced tangential matters. He spent almost all of his words attacking my nonprofit health freedom organization (free speech), accused me of "financial profiting" with no proof, was infuriated by the letters that he had received from countless supporters across the nation. His fury and continuous reference and reliance on matters that were not relevant was bizarre. It felt like personal animus.
9. Second, while the Judge was holding in his hands one letter and looking on his monitor at another letter, confirming what my lawyer was saying – that my medical license was being threatened by the government - the Judge literally said "I do not believe her licenses are under threat." Literally while holding the letters containing words directly threatening my license – these are the words he said. It was bizarre. Like he was so biased he could not think properly.
10. Third, and perhaps most telling, the Judge stated a factually untrue but flagrantly revealing prejudicial comment. He stated that I "showed no remorse for the five people who died that day." This statement is well documented to be false, it is well known to be a talking point of a certain political bias, and it is irrelevant to me. Again it was so bizarre for a federal judge to be so inaccurate as to reveal extreme personal animus.

11. Fourth example, in addition to the Judge's words are his actions. The sentence the Judge handed down was extreme. While he was careful to stay within the guidelines, even the most cursory review supports the extremity of his sentence. I have never been involved in the criminal justice system, there is no allegation of violence past, present, or future, this was a sentencing for a first-time misdemeanor trespass, I am 55+ female, and I have spent my entire life working for the most downtrodden members of society as an emergency physician in the inner city. I have two children and a busy medical practice. All of the variables that the government suggested be considered in my case: were negative. As I am the lowest possible risk that exists.

12. Finally, a review of other sentences by Judge Cooper failed to reveal even a single other case wherein he sentenced a misdemeanor trespass to sixty days in federal prison. And I might add, I am not going to a prison camp, but a federal detention center.

I Simone Gold, hereby acknowledge the truth of what I have written.

IN WITNESS WHEREOF I hereunto set m hand and seal at the City of Naples in the Ste of Florida, this 26th day of July 2022.

*[signature: Simone Gold]*

Simone Gold

Signed, Sealed, And Delivered in the presence of:

Witness: *[signature]*
Witness Name: Lisa Andrzejewski
Address: 799 104th Avenue North Naples FL 34108

Witness: *[signature]*
Witness Name: Brian Arellano
Address:

8805 Tamiami Trail North
Naples, FL 34108

**Attestation of a Copy of a Document**
State of Florida, County of Collier
I certify that this is a true and correct copy of a document in the possession of Simone Gold
Dated: 7/26/22   Notary Public-State of Florida
My Commission Expires 02/07/2026

*[notary seal]*
PAULA J LAWRENCE
Notary Public - State of Florida
Commission # HH 225742
My Comm. Expires Feb 7, 2026
Bonded through National Notary Assn.

*[signature: Paula Lawrence]*