UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                              :

    v.                                          :  Case No. 21-CR-85 (CRC)

JOHN STRAND                              :

**ORDER**

Upon consideration of Defendant's Motion to Continue Trial, and any Opposition thereto, it is, this      day of              , 2022, hereby

ORDERED, that the defendant's motion is GRANTED; it is further

ORDERED, that the trial of this matter shall be continued to a date available to this Court and all parties.

_____
The Honorable Christopher R. Cooper
United States District Judge