| | |
|---|---|
| **From:** | sfbrennwald@cs.com |
| **To:** | Adam_Kleven@dcd.uscourts.gov; SFBrennwald@cs.com; Ayers-Perez, April (USATXS); Manning, Jason (CRM) |
| **Subject:** | [EXTERNAL] Re: U.S. v. Strand (21-cr-85) - Case Status |
| **Date:** | Wednesday, June 22, 2022 5:07:55 PM |

Good afternoon, Mr. Kleven.

I was hoping to write to the courtroom clerk about this issue, but do not see his or her information.

The government and I had a discussion this afternoon regarding scheduling, given some computer issues I have had for the past several weeks that have impacted my ability to work on this case (my computer is presently in the hands of Apple repair folks, who say it may take another 10 days or so to have it repaired).

It was suggested that we contact the Court to request a "scheduling hearing."  If I need to file a motion, I will, but given the proximity of the trial date, we were hoping for a quick status hearing as soon as possible (tomorrow, Thursday, or perhaps sometime on Monday, though Ms. Ayers-Perez will be on travel during some of that day).  We would hope that the hearing would not take too long, but I have to raise some issues on the record.

Again, I apologize for contacting you rather than the courtroom clerk, and if I should contact that person, please let me know how and I will do so instead.

Thank you,

Steve

Stephen F. Brennwald, Esq.
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
sbrennwald@bcrlawfirm.com

-----Original Message-----
From: Adam Kleven <Adam_Kleven@dcd.uscourts.gov>
To: sfbrennwald_cs.com <SFBrennwald@cs.com>; april.perez@usdoj.gov <april.perez@usdoj.gov>; jason.manning@usdoj.gov <jason.manning@usdoj.gov>
Sent: Thu, Jun 2, 2022 5:22 pm
Subject: U.S. v. Strand (21-cr-85) - Case Status

Good afternoon counsel,

Given that no pretrial motions were filed prior to the deadline for doing so in the scheduling order, Judge Cooper asked that I inquire about the status of this case. If the parties do not expect the case to proceed to trial on July 18, the Court would appreciate knowing that at your earliest convenience so that other matters can be placed on the docket that week.

Thank you,

**Adam Kleven | Law Clerk to the Honorable Christopher R. Cooper**
United States District Court for the District of Columbia
Adam_Kleven@dcd.uscourts.gov | 202-354-3486