UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Crim. No. 21-cr-85 (CRC) |
| --- | --- | --- |
| v. | : | |
| JOHN STRAND, | : | |
| Defendant. | : | |

# GOVERNMENT EXHIBITS

| PHYSICAL EVIDENCE | | | |
| --- | --- | --- | --- |
| No. | Description | Witness | Admitted |
| 1 | U.S. Capitol Police "No Entry" Sign | | |

| 100 SERIES - MAPS | | | |
| --- | --- | --- | --- |
| No. | Description | Witness | Admitted |
| 100 | Capitol Complex – Bird's Eye View | | |
| 101 | US Capitol - First floor map | | |
| 102 | US Capitol - Second floor map | | |
| 103 | January 6, 2021 - Restricted perimeter | | |

| **200 SERIES – THIRD PARTY PHOTOGRAPHS AND DOCUMENTS** | | | |
|---|---|---|---|
| No. | Description | Witness | Admitted |
| 201 | Photo of Barricaded door in House Chamber Lobby West | | |
| 202 | Photo of Broken window, House Main Door | | |
| 203 | Photo of Barricaded House Main Door | | |
| 204 | Photo of Barricaded door in cloakroom | | |
| 205 | Photo of West Side of US Capitol Building | | |
| 206 | Email attaching US Secret Service Head of State Notification for VP Pence, 1/5/21 | | |
| 207 | US Secret Service Head of State Notification for VP Pence, 1/5/21 | | |
| **300 SERIES – MEDIA AND COMMUNICATIONS SEIZED FROM STRAND'S CELLULAR PHONSE** | | | |
| No. | Description | Witness | Admitted |
| 301 | Photo of Strand in front of Capitol, 1/6/21 3:35 pm | | |

| | | | |
|---|---|---|---|
| 302 | Photo of Strand in front of Capitol 1/6/21 3:35 pm | | |
| 303 | Photo of Strand in front of Capitol 1/6/21 3:35 pm | | |
| 304 | Photo of Strand in front of Capitol 1/6/21 3:34 pm | | |
| 305 | Photo of Strand in front of Capitol 1/6/21 3:31 pm | | |
| 306 | Photo inside Rotunda, 1/6/21 3:05 pm | | |
| 307 | Photo of S. Gold in front of East Rotunda Door, 1/6/21 2:16 pm | | |
| 308 | Photo from bottom of East Rotunda steps, 1/6/21 2:02 pm | | |
| 309 | Photo 1/6/21 11:57 am | | |
| 310 | Screenshot of Strand boarding pass, TPA to BWI, 1/5/21 | | |
| 312 | Chat exchanges with R. Stuart | | |
| 312.01 | Text message to Stuart, 1/5/21 | | |
| 312.02 | Text exchange with Stuart, 1/6/21 | | |
| 313 | Video, outside Capitol door, 1/6/21 2:16 pm | | |

| | | | |
|---|---|---|---|
| 314 | Video, S. Gold inside Statuary Hall, 1/6/21 | | |
| 317 | Note, "Why We Choose to Fight" | | |
| 318 | Photo with I. Smith | | |
| 321 | Text exchanges with C. Strand, 10/27/20 - 10/28/20 | | |
| 321.01 | 10/28/20 exchange with C. Strand | | |
| 322 | Text exchanges with C. Strand, 11/2/20 - 11/4/20 | | |
| 322.01 | 11/03/20 exchange with C. Strand | | |
| 324 | Text exchanges with C. Strand, 11/5/20 - 11/10/20 | | |
| 324.01 | 11/06/20 exchange with C. Strand | | |
| 326 | Text exchanges with C. Strand, 12/29/20 - 1/14/21 | | |
| 327 | Text exchanges with C. Strand, 12/31/20 | | |
| 327.01 | 12/31/20 exchange with C. Strand | | |
| 328 | Text exchanges with C. Strand, 1/6/21 - 1/8/21 | | |

| | | | |
|---|---|---|---|
| 328.01 | 1/6/21 exchange with C. Strand | | |
| 331 | Text exchange with R. Gillespie | | |
| 331.01 | 10/28/20 exchange with Gillespie | | |
| 331.02 | 1/3/21 exchange with Gillespie | | |
| 331.03 | 1/6/21 exchange with Gillespie | | |
| 334 | Signal exchanges with I LNU | | |
| 334.01 | 8/17/20 exchange with I LNU | | |
| 334.02 | 11/7/20 exchange with I LNU | | |
| 334.03 | 1/6/21 exchange with I LNU | | |
| 337 | Text exchanges with T. Mesple | | |
| 337.01 | 11/23/20 exchange with Mesple | | |
| 337.02 | 12/14/20 exchange with Mesple | | |
| 337.03 | 1/6/21 exchange with Mesple | | |
| 339 | Text exchanges with J. Peters | | |
| 339.01 | 1/7/21 exchange with J. Peters | | |

| | | | |
|---|---|---|---|
| 339.02 | 1/8/21 exchange with J. Peters | | |
| 340 | Text exchanges with G. Mayo | | |
| 340.01 | 12/11/20 exchange with G. Mayo | | |
| 342 | Text exchanges with B. Strand | | |
| 342.01 | 1/6/21 exchange with B. Strand | | |
| 346 | 1/6/21 Strand Photo on Capitol Steps | | |
| 347 | 1/6/21 Strand tweet, "I know the difference between truth…" | | |
| 348 | "I know the difference between truth and propaganda. I'll defend truth and attack propoganda, without hesitation, and without apology - every single time. Join the #RedPillRevolution with me, or get the hell out of the way…." | | |
| 350 | Picture with I. Smith used in tweet | | |
| 351 | Photos of rioters climbing wall; file created 1/8/21 | | |
| 352 | Image of map of US Capitol, "Come Here", 1/5/21 | | |
| 353 | Photo of rioters from AP | | |

| | | | |
|---|---|---|---|
| 354 | Image of FBI wanted poster with Strand and Gold | | |
| 355 | Photo of Strand and Gold inside Capitol, 1/6/21 | | |
| 356 | Image of MPD post of Strand and others, 1/8/21 | | |
| 357 | Image of USCP officers in House Chamber | | |
| 358 | Image of Strand with I. Smith, "Patriots have more fun..." | | |
| 359 | Photo of man in "Camp Auschwitz" sweatshirt, 1/7/21 | | |
| 360 | Photo of West side of US Capitol during Jan 6, 1/7/21 | | |
| 361 | Image of "Trump Wants to See you in DC" flyer | | |
| 362 | Tweet showing Strand with I. Smith | | |
| 363 | Tweet from Strand, "We are just getting started, patriots", 1/8/21 | | |
| 364 | Picture of Strand and I. Smith | | |
| 365 | Cellebrite report showing metadata of certain seized files from Strand phone | | |

| \ | \ | \ | \ |
|---|---|---|---|
| **400 SERIES – US CAPITOL CCTV VIDEO** [1] | | | |
| No. | Description | Witness | Admitted |
| 401 | CCTV - Rotunda Door Interior<br>2:25:00 - 2:30:00 | | |
| 401.01 | 2:27:24 - 2:27:31 (portion with Strand and Gold) | | |
| 402 | CCTV - East Rotunda Door Interior<br>2:25:00 - 2:30:00 | | |
| 402.01 | 2:27:29 - 2:27:34 (portion with Strand and Gold) | | |
| 403 | CCTV - Rotunda<br>2:26:00 - 2:30:00 | | |
| 403.01 | 2:27:38 - 2:27:53 (portion with Strand and Gold) | | |
| 404 | CCTV - Statuary Hall<br>2:26:00 - 2:34:00 | | |
| 404.01 | 2:28:12 - 2:28:34 (portion with Strand and Gold) | | |
| 405 | CCTV - Camera Outside House Chamber<br>2:27:00 - 2:38:00 | | |

---

[1] The Government anticipates additional exhibits in this series that will be still images created from some of these videos.

8

| | | | |
|---|---|---|---|
| 405.01 | 2:28:38 - 2:29:26 (portion with Strand and Gold) | | |
| 405.02 | 2:31:18 - 2:35:55 (portion with Strand and Gold) | | |
| 406 | CCTV - Camera Outside House Chamber<br>2:52:00 - 2:58:00 | | |
| 406.01 | 2:53:58 - 2:54:49 (portion with Strand and Gold) | | |
| 407 | CCTV - Statuary Hall<br>2:52:00 - 3:00:00 | | |
| 407.01 | 2:54:21 - 2:57:16 (portion with Strand and Gold) | | |
| 408 | CCTV - Rotunda<br>2:56:00 - 3:12:00 | | |
| 408.01 | 2:58:20 - 3:03:47 (portion with Strand and Gold) | | |
| 409 | CCTV - East Rotunda Door Interior<br>3:09:00 - 3:22:00 | | |
| 409.01 | 3:12:20 - 3:15:30 (portion with Strand and Gold) | | |
| 410 | CCTV - Rotunda Door Interior<br>3:09:00 - 3:21:59 | | |
| 410.01 | 3:12:28 - 3:16:00 (portion with Strand and Gold) | | |

| 411 | CCTV – East Front<br>1:58:40 – 1:59:40 | | |
| --- | --- | --- | --- |
| 412 | CCTV – VP Pence Departing Senate Members Staircase<br>2:25:47 – 2:26:20 | | |
| 413 | CCTV – East Front<br>1:45:00 – 2:20:00 | | |
| **500 SERIES – THIRD PARTY VIDEO** [2] | | | |
| No. | Description | Witness | Admitted |
| 500 | Certificate of Authenticity – U.S. House of Representatives | | |
| 501 | House Chamber Video | | |
| 501.01 | House Chamber Video - Cam 8 | | |
| 502 | House Chamber Video<br>14:44:23 – 14:46:58 | | |
| 503 | Video Coming up East Rotunda Steps (Quotidien)<br>03:30 – 04:02 | | |
| 504 | Video of U.S. Capitol Police Officer Pulled Down (outside East Rotunda Doors) | | |
| 505 | Image of USCP Outside East Rotunda Doors | | |

---

[2] The Government anticipates additional exhibits in this series that will be still images created from some of these videos.

| | | | |
|---|---|---|---|
| 506 | Video from Jayden X Outside House Chamber 55:27 – 1:08:59 | | |
| 507 | Richie McGinnis Video Outside House Chamber | | |
| 508 | Richie McGinnis Video Outside House Chamber | | |
| 509 | Richie McGinnis Video Outside House Chamber | | |
| 510 | Rotunda Video of Gold Speech 00:00 – 00:42 | | |
| **600 SERIES – CONGRESSIONAL EXHIBITS** | | | |
| <u>No.</u> | <u>Description</u> | <u>Witness</u> | <u>Admitted</u> |
| 600 | Congressional Montage Video | | |
| 601 | US Constitution, Amendment 12 | | |
| 601.1 | US Constitution, Amendment 12 - highlighted | | |
| 602 | 3 U.S.C. 15 | | |
| 602.1 | 3 U.S.C. 15 - highlighted | | |
| 603 | 3 U.S.C. 16 - highlighted | | |
| 603.1 | 3 U.S.C. 16 - highlighted | | |

| | | | |
|---|---|---|---|
| 604 | Senate Concurrent Resolution 1 | | |
| 604.1 | Senate Concurrent Resolution 1 - highlighted | | |
| 605 | Photo of House Chamber, 11:59 am 01.06.2021 | | |
| 606 | Photo of House Chamber, 2:26 pm 01.06.2021 | | |
|  | **700 SERIES – STIPULATIONS** *[The Government has proposed these stipulations to defense counsel, but the parties have yet to reach agreement]* | | |
| 701.1 | Proposed Stipulation re: Restricted Area | | |
| 702.1 | Proposed Stipulation re: Election Certification Proceeding | | |
| 703.1 | Proposed Stipulation re: Authenticity of CCTV video | | |
| 704.1 | Proposed Stipulation re: Authenticity of HRS Video | | |
| 705.1 | Proposed Stipulation re: Authenticity of JaydenX video | | |
| 706.1 | Proposed Stipulation re: UTC Time zone conversion | | |
| 707.1 | Proposed Stipulation re: Authenticity of Phone Image | | |

| \  | 800 SERIES – DEMONSTRATIVES AND SUMMARY CHARTS [3] | | |
|---|---|---|---|
| | 900 SERIES – INTERNET ARCHIVE MATERIALS (STRAND TWEETS) | | |
| No. | Description | Witness | Admitted |
| 901 | "This is MAJOR full blown warfare to SAVE THE REPUBLIC" | | |
| 902 | "I am incredibly proud to be a patriot today to support trump and MAGA forever" | | |
| 903 | "Biden and Harris are corrupt This Democrat ticket is a one-way ride to communist hell on earth" | | |
| 904 | "Peacefully entering thru open doors...is not storming" | | |
| 905 | "this is the call to action This is the plan...Act" | | |
| 906 | "There is Nothing new about facist state totalitarian control rejectthenewnormal" | | |
| 907 | "In the world of conformity & cowardice, the simple act of courageous conviction is singularly spectacular" | | |
| 908 | "This is the moment - this is history in the making which side will you be on" | | |

---

[3]  The Government anticipates creating a few summary charts reflecting chronologies of certain occurrences established through other exhibits listed here, including the videos in the 400 Series and 500 Series.

| | | | |
|---|---|---|---|
| 909 | "There's no doubt about the truth of the 2020 election will you act will you stand firm" | | |
| 910 | "Brandon, seriously this is our time We need to lead this revolution" | | |
| 911 | "I was there It wasnt violent the media is lying this election is a lie we will never accept it" | | |
| 912 | "Patriots HOLD THE LINE" | | |
| 913 | "THIS IS WAR" | | |