UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :  Case No. 21-cr-085 (CRC) |
| | : |
| JOHN HERBERT STRAND, | : |
| | : |
| Defendant. | : |

## VERDICT FORM

**Count One:   Obstruction of an Official Proceeding and Aiding and Abetting**

_____                    _____
Guilty                                              Not Guilty


**Count Two:   Entering or Remaining in a Restricted Building or Grounds**

_____                    _____
Guilty                                              Not Guilty


**Count Three: Disorderly or Disruptive Conduct in a Restricted Building**

_____                    _____
Guilty                                              Not Guilty


**Count Four:  Disorderly Conduct in a Capitol Building**

_____                    _____
Guilty                                              Not Guilty

1

**Count Five:   Parading, Demonstrating, or Picketing in a Capitol Building**

_____                               _____
Guilty                                                    Not Guilty

Dated this _____ day of _____, 2022

_____
FOREPERSON