# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

       Plaintiff

    v.                                               Criminal Case No.:  21-CR-85-1 (CRC)

**JOHN HERBERT STRAND**

       Defendant

## TRIAL EXHIBITS FOR THE DEFENDANT

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| **Def. Exh. 100** | Picture of Rotunda Door | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| **Def. Exh. 101** | Video of Interior Rotunda Door | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| **Def. Exh. 102** | Vargas FD-302 (01/28/2021) | 9/20/2022 | | Nelson Vargas |
| **Def. Exh. 401** | CCTV – Rotunda Door Interior - 2:25:00 – 2:30:00 | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| **Def. Exh. 402** | CCTV – East Rotunda Door Interior - 2:25:00 – 2:29:59 | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| **Def. Exh. 403** | CCTV – Rotunda - 2:26:00 – 2:29:59 | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| **Def. Exh. 404** | CCTV – Statuary Hall - 2:26:00 – 2:33:59 | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| **Def. Exh. 405** | CCTV – Camera Outside House Chamber - 2:27:00 – 2:37:59 | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| **Def. Exh. 406** | CCTV – Camera Outside House Chamber - 2:52:00 – 2:58:00 | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| **Def. Exh. 407** | CCTV – Statuary Hall - 2:52:00 – 2:59:59 | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| **Def. Exh. 408** | CCTV – Rotunda - 2:56:00 – 3:11:59 | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| **Def. Exh. 409** | CCTV – East Rotunda Door Interior - 3:09:00 – 3:21:59 | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| **Def. Exh. 410** | CCTV – Rotunda Door Interior - 3:09:00 – 3:14:51 | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| **Def. Exh. 104** | Photo of J. Strand's Badge and Permit | 9/23/2022 | 9/23/2022 | SA Eric Turner |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| Def. Exh. 105 | Dr. Gold's Speech Permit | 9/23/2022 | | John Strand |
| Def. Exh. 106 | Speech Permit Map – Zoomed In | 9/23/2022 | 9/23/2022 | John Strand |
| Def. Exh. 107 | Speech Permit Map | 9/23/2022 | | John Strand |
| Def. Exh. 108 | J. Strand's Fingerless Gloves | 9/23/2022 | 9/23/2022 | John Strand |
| Def. Exh. 312.04 | Text Messages with R. Stuart (1/5/21' at 7:19:15 PM (UTC-8)) | 9/23/2022 | 9/23/2022 | John Strand |
| Def. Exh. 326.01 | Text Messages with C. Strand (12/29/2020 through 12/30/2020) | 9/23/2022 | 9/23/2022 | John Strand |
| Def. Exh. 331.06 | Text Messages with R. Gillespie (10/28/2020) | 9/23/2022 | 9/23/2022 | John Strand |
| Def. Exh. 334.04 | Signal Messages with I LNU (8/17/2020 at 10:39:03 PM (UTC-8)) | 9/23/2022 | | John Strand |
| Def. Exh. 334.05 | Signal Messages with I LNU (8/17/2020 at 10:50:24 PM (UTC-8)) | 9/23/2022 | 9/23/2022 | John Strand |
| Def. Exh. 334.08 | Signal Messages with I LNU (11/5/2020 at 3:21:50 PM (UTC-8)) | 9/23/2022 | 9/23/2022 | John Strand |
| Def. Exh. 510.01 | Picture of J. Strand wearing fingerless glove(s). | 9/23/2022 | 9/23/2022 | John Strand |
| Def. Exh. 512.03 | Open-Source Video East Front of the Capitol (00:00:00 to 9:00:00) | 9/23/2022 | 9/23/2022 | John Strand |
| Def. Exh. 909 | Tweet "There's no doubt about the truth of the 2020 election will you act will you stand firm" | 9/23/2022 | 9/23/2022 | John Strand |
| Def. Exh. 913 | Tweet "THIS IS WAR" | 9/23/2022 | 9/23/2022 | John Strand |