# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

        Plaintiff

    v.                                                  Criminal Case No.:  21-CR-85-1 (CRC)

**JOHN HERBERT STAND**

        Defendant

## TRIAL EXHIBITS FOR THE UNITED STATES

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 100 SERIES - MAPS ||||||
| 100 | Capitol Complex – Bird's Eye View (Map) | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| 101 | U.S. Capitol – First Floor (Map) | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| 102 | U.S. Capitol – Second Floor (Map) | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| 102.01 | U.S. Capitol – Second Floor (Map) Blown Up | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 103 | January 6, 2021 – Restricted Perimeter (Map) | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| | | | | |
| 201 | Photo of Barricaded Door in House Chamber Lobby West | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 202 | Photo of Broken Window – House Main Door | | | |
| 203 | Photo of Barricaded House Main Door | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 205 | Photo of West Side of U.S. Capitol Building | 9/21/2022 | 9/21/2022 | Joseph Pitts |
| 206 | Email Attachment U.S. Secret Service Head of State Notification for VP Pence – 01/05/2021 | 9/20/2022 | 9/20/2022 | Elizabeth Glavey |
| 207 | U.S. Secret Service Head of State Notification for VP Pence – 01/05/2021 | 9/20/2022 | 9/20/2022 | Elizabeth Glavey |
| 208 | Radio Run Recording – 01/06/2021 | 9/20/2022 | 9/20/2022 | Elizabeth Glavey |
| 209 | Radio Run Recording – 01/06/2021 | 9/20/2022 | 9/20/2022 | Elizabeth Glavey |
| 210 | Radio Run Recording – 01/06/2021 | 9/20/2022 | 9/20/2022 | Elizabeth Glavey |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 211 | Photograph Bike Racks on 01/06/21 | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| 212 | Photograph Snow Fencing and Signs 01/06/21 | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| 218 | U.S. Capitol Police "No Entry" Sign (Physical Evidence) | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| | | | | |
| 306 | Photo Inside Rotunda – 01/06/2021 3:05 p.m. | 9/22/2022 | 9/22/2022 | Eric Turner |
| 307 | Photo of Simone Gold in front of East Rotunda Doors – 01/06/2021 2:16 p.m. | 9/22/2022 | 9/22/2022 | Eric Turner |
| 308 | Photo from Bottom of East Rotunda Steps – 01/06/2021 2:02 p.m. | 9/22/2022 | 9/22/2022 | Eric Turner |
| 310 | Screenshot of Strand Boarding Pass, TPA to BWI – 01/05/2021 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 312.01 | Text Message to R. Stuart – 01/05/2021 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 312.03 | Text Message with R. Stuart – 01/06/2021 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 313 | Video outside Capitol Door – 01/06/2021 2:16 p.m. | 9/22/2022 | 9/22/2022 | Eric Turner |
| 314 | Video of Simone Gold inside Statuary Hall – 01/06/2021 | 9/21/2022 | 9/21/2022 | Austin McGoff |
| 321.01 | Text Exchange with C. Strand – 10/28/2020 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 322.01 | Text Exchange with C. Strand – 11/03/2020 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 324.01 | Text Exchanges with C. Strand – 11/06/2020 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 326.01 | Text Exchange | 9/23/2022 | 9/23/2022 | John Strand |
| 327.01 | Text Exchanges with C. Strand – 12/31/2020 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 331.01 | Text Exchange with R. Gillespie – 10/28/2020 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 331.02 | Text Exchange with R. Gillespie – 01/03/2021 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 331.04 | Text Exchange with R. Gillespie – 01/06/2021 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 331.05 | Text Exchange | 9/23/2022 | 9/23/2022 | John Strand |
| 331.06 | Text Exchange | 9/23/2022 | 9/23/2022 | John Strand |
| 334.01 | Signal Exchanges with I LNU – 08/17/2020 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 334.02 | Signal Exchanges with I LNU – 11/07/2020 | 9/22/2022 | 9/22/2022 | Eric Turner |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 334.05 | | 9/23/2022 | 9/23/2022 | John Strand |
| 337.01 | Text Exchanges with T. Mesple – 11/23/2020 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 337.02 | Text Exchanges with T. Mesple – 12/14/2020 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 339.01 | Text Exchanges with J. Peters – 01/07/2021 | | | |
| 340.01 | Text Exchange with G. Mayo – 12/11/2020 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 342.01 | Text Exchange with B. Strand – 01/06/2021 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 346 | Strand Photo on Capitol Steps – 01/06/2021 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 348 | Strand Tweet – "I know the difference between truth and propaganda.  I'll defend truth and attack propaganda, without hesitation, and without apology – every single time.  Join the #RedPillRevolution with me, or get the hell out of my way…" | 9/22/2022 | 9/22/2022 | Eric Turner |
| 350 | Picture with I. Smith Used in Tweet | 9/22/2022 | 9/22/2022 | Eric Turner |
| 351 | Photos of Rioters Climbing Wall – File Created on 01/08/2021 | | | |
| 353 | Photo of Rioters from AP | | | |
| 354 | Image of FBI Wanted Poster with Strand and Gold | 9/22/2022 | 9/22/2022 | Eric Turner |
| 356 | Image of MPD of Strand and Others – 01/08/2021 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 357 | Image of USCP Officers in House Chambers | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 362 | Tweet Showing Strand with I. Smith | 9/22/2022 | 9/22/2022 | Eric Turner |
| 363.01 | Tweet from Strand – "We are just getting started, patriot" – 01/08/2021 (redacted) | 9/22/2022 | 9/22/2022 | Eric Turner |
| 364 | Photo of Strand and I. Smith | 9/22/2022 | 9/22/2022 | Eric Turner |
| 365 | Cellebrite report showing metadata of certain seized files from Strand's phone | | | |
| 366.01 | Text from Strand to A. Oakes – 01/06/2021 (drop pin location) | 9/22/2022 | 9/22/2022 | Eric Turner |
| | | | | |
| 401.01 | CCTV – Rotunda Door Interior 2:27:24 – 2:27:31 (portion with Strand and Gold) | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 402.01 | CCTV – East Rotunda Door Interior 2:27:29 – 2:27:34 (portion with Strand and Gold) | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 403.01 | CCTV – Rotunda 2:27:38 – 2:27:53 (portion with Strand and Gold) | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 404.01 | CCTV – Statuary Hall 2:28:12 – 2:28:34 (portion with Strand and Gold) | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 405.01 | CCTV – Camera Outside House Chamber 2:28:38 – 2:29:26 (portion with Strand and Gold) | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 405.02 | CCTV – Camera Outside House Chamber 2:31:18 – 2:35:55 (portion with Strand and Gold) | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 406.01 | CCTV – Camera Outside House Chamber 2:53:58 – 2:54:49 (portion with Strand and Gold) | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 407.01 | CCTV – Statuary Hall 2:54:21 – 2:57:16 (portion with Strand and Gold) | 9/21/2022 | 9/21/2022 | Austin McGoff |
| 408.01 | CCTV – Rotunda 2:58:20 – 3:03:47 (portion with Strand and Gold) | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 409.01 | CCTV – East Rotunda Door Interior 3:12:20 – 3:15:30 (portion with Strand and Gold) | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 410.01 | CCTV – Rotunda Door Interior 3:12:28 – 3:16:00 (portion with Strand and Gold) | | | |
| 411 | CCTV – East Front 1:58:40 – 1:59:40 | 9/20/2022 | 9/20/2022 | Elizabeth Glavey |
| 412 | CCTV – VP Pence Departing Senate Members Staircase 2:25:47 – 2:26:20 | 9/20/2022 | 9/20/2022 | Elizabeth Glavey |
| 413 | CCTV – East Front 1:45:00 – 2:20:00 | 9/21/2022 | 9/21/2022 | Joshua Pollitt |
| 413.01 | CCTV – East Front Time Lapse 1:56 – 2:11 | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| 413.02 | CCTV – East Front Still Shot | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| 414 | Capitol Overview Montage | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 502 | House Chamber Video 14:44:23 – 14:46:58 | | | |
| 502.1 | | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 503.01 | Video Coming up East Rotunda Steps (Quotidien) 03:30 – 04:02 | 9/21/2022 | 9/21/2022 | Joshua Pollitt |
| 504 | | 9/21/2022 | 9/21/2022 | Joshua Pollitt |
| 504.01 | Video of U.S. Capitol Police Officer Pulled Down (Outside East Rotunda Doors) | 9/21/2022 | 9/21/2022 | Joshua Pollitt |
| 504.01A | Still Shot of Strand and Gold with Officer Pollitt | 9/21/2022 | 9/21/2022 | Joshua Pollitt |
| 504.01B | Still Shot of Strand and Gold with Officer Pollitt | 9/21/2022 | 9/21/2022 | Joshua Pollitt |
| 506.01 | Video from Jayden X Outside House Chamber 55:27 – 1:08:59 | 9/21/2022 | 9/21/2022 | Nelson Vargas |
| 507 | Richie McGinnis Video Outside House Chamber (part one) | 9/21/2022 | 9/21/2022 | Joseph Pitts |
| 508 | Richie McGinnis Video Outside House Chamber (part two) | 9/21/2022 | 9/21/2022 | Joseph Pitts |
| 509 | Richie McGinnis Video Outside House Chamber (part three) | 9/21/2022 | 9/21/2022 | Joseph Pitts |
| 510 | Rotunda Video of Gold Speech 00:00 – 00:42 | | | |
| 510.01 | | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| 511 | | 9/23/2022 | 9/23/2022 | John Strand |
| 511.01 | S.C.N.R. Video East Front of the Capitol 14:30 – 14:37 | 9/22/2022 | 9/22/2022 | Eric Turner |
| 512.01 | Open-Source Video East Front of the Capitol 05:30 – 14:30 | 9/21/2022 | 9/21/2022 | Joshua Pollitt |
| 512.02 | Open-Source Video East Front of the Capitol 11:02 – 11:28 | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 512.03 | Open-Source Video East Front of the Capitol 11:12 – 11:36 | | | |
| 600 | Congressional Montage Video | 9/21/2022 | 9/21/2022 | Kyle Jones |
| 601.01 | U.S. Constitution, Amendment 12 Highlighted | 9/20/2022 | 9/20/2022 | Kyle Jones |
| 602.01 | 3 U.S.C. 15 – Highlighted | 9/20/2022 | 9/20/2022 | Kyle Jones |
| 603.01 | 3 U.S.C. 16 – Highlighted | 9/20/2022 | 9/20/2022 | Kyle Jones |
| 604.01 | Senate Concurrent Resolution I – Highlighted | 9/20/2022 | 9/20/2022 | Kyle Jones |
| 606 | Photo of House Chamber – 01/06/2021 2:26 p.m. | 9/20/2022 | 9/20/2022 | Kyle Jones |
| 702.01 | Stipulation re: Election Certification Proceeding Stipulation | 9/21/2022 | 9/21/2022 | Kyle Jones |
| 703.01 | Stipulation re: Authenticity of CCTV Video | 9/20/2022 | 9/20/2022 | Carneysha Mendoza |
| 704.01 | Stipulation re: Authenticity of HRS Video | 9/21/2022 | 9/21/2022 | Kyle Jones |
| 706.01 | Stipulation re: Time Zone Conversion | | | |
| 706B | | 9/22/2022 | 9/22/2022 | Eric Turner |
| 707.01 | Stipulation re: Authenticity of Phone Image | | | |
| 801 | FRE 1001 Summary Chart | 9/22/2022 | 9/22/2022 | Benjamin Brockwell |
| 901 | "This is MAJOR full blown warfare to SAVE THE REPUBLIC" | 9/22/2022 | 9/22/2022 | Eric Turner |
| 902 | "I am incredibly proud to be a patriot today to support trump and MAGA forever" | 9/22/2022 | 9/22/2022 | Eric Turner |
| 904 | "Peacefully entering thru open doors…is not storming" | 9/22/2022 | 9/22/2022 | Eric Turner |
| 905 | "this is the call to action This is the plan…Act" | 9/22/2022 | 9/22/2022 | Eric Turner |
| 906 | "There is Nothing new about fascist state totalitarian control rejectthenewnormal" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 908 | "This is the moment – this is history in the making which side will you be on" | | | |
| 909 | "There's no doubt about the truth of the 2020 election will you act will you stand firm" | 9/22/2022 | 9/23/2022 | John Strand |
| 911 | "I was there It wasn't violent the media is lying this election is a lie we will never accept it" | | | |
| 912 | "Patriots HOLD THE LINE" | 9/22/2022 | 9/22/2022 | Eric Turner |
| 913 | "THIS IS WAR" | 9/22/2022 | 9/22/2022 | Eric Turner |
| 1004 | Video Interview | 9/23/2022 | 9/23/2022 | John Strand |