CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JOHN HERBERT STRAND

Civil/Criminal No.: 21-CR-85-1 (CRC)

## NOTE FROM JURY

Judge Cooper
Can intention be defined as occurring after its corresponding action? For example " Could one take a walk without the intention of getting exercise", then say there intention was to " get some exercise" after they took the walk?

Date: 26 Sep 2022

Time: 16:10

FOREPERSON

CSO Paul Cane —
9/26/22
16:15 hrs