**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 21-cr-85 (CRC) |
| **JOHN HERBERT STRAND,** | |
| Defendant. | |

### RESPONSE TO JURY NOTE OF SEPTEMBER 26 AT 4:10 P.M.

You should assess the Defendant's intent as of the time he took the action in question.

Statements the Defendant made after the action may be used to infer what his intent was.

CHRISTOPHER R. COOPER
United States District Judge