CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                              Civil/Criminal No.: 21-CR-85-1 (CRC)

JOHN HERBERT STRAND

## NOTE FROM JURY

Judge Cooper,
Following the deliberation, the jury will need more time. The plan is to come in tomorrow and finish up deliberation.

Date: 26, Sep 2022

Time: 17:03

✓ FOREPERSON

*[signature]*
9/26/22
*[signature]*