## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | :     Case No. 21-cr-085 (CRC) |
| | : |
| **JOHN HERBERT STRAND,** | : |
| | : |
| **Defendant.** | : |

## VERDICT FORM

**Count One:   Obstruction of an Official Proceeding and Aiding and Abetting**

     X

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Guilty                    Not Guilty

**Count Two:   Entering or Remaining in a Restricted Building or Grounds**

     X

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Guilty                    Not Guilty

**Count Three: Disorderly or Disruptive Conduct in a Restricted Building**

     X

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Guilty                    Not Guilty

**Count Four:  Disorderly Conduct in a Capitol Building**

     X

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Guilty                    Not Guilty

**Count Five:   Parading, Demonstrating, or Picketing in a Capitol Building**

$\times$

Guilty                                                   Not Guilty

Dated this **27** day of **Sep**, 2022

FOREPERSON

2