```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2
        - - - - - - - - - - - - - - - x
 3      THE UNITED STATES OF AMERICA,
                                       Criminal Action No.
 4                  Plaintiff,         1:21-cr-00085-CRC
                                       Tuesday, September 20, 2022
 5      vs.                            9:51 a.m.

 6      JOHN HERBERT STRAND,

 7                  Defendant.
        - - - - - - - - - - - - - - - x
 8

 9      _____

10                    TRANSCRIPT OF JURY TRIAL
           HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                  UNITED STATES DISTRICT JUDGE
        _____
        APPEARANCES:
12      For the United States:      APRIL HOLLY AYERS-PEREZ, ESQ.
                                    U.S. ATTORNEYS OFFICE
13                                  Southern District of Texas
                                    11204 McPherson Road
14                                  Suite 100a
                                    Laredo, TX 78045
15                                  (956) 723-6523

16                                  JASON MANNING, ESQ.
                                    DOJ-CRM
17                                  1400 New York Avenue NW
                                    Washington, DC 20005
18                                  (202) 514-6256
                                    jason.manning@usdoj.gov
19
        For the Defendant:          STEPHEN F. BRENNWALD, ESQ.
20                                  BRENNWALD & ROBERTSON, LLP
                                    922 Pennsylvania Avenue, SE
21                                  Washington, DC 20003
                                    (301) 928-7727
22
        Court Reporter:             Lisa A. Moreira, RDR, CRR
23                                  Official Court Reporter
                                    U.S. Courthouse, Room 6718
24                                  333 Constitution Avenue, NW
                                    Washington, DC 20001
25                                  (202) 354-3187
```

```
 1                          I N D E X

 2
        WITNESS                                        PAGE
 3
        CARNEYSHA C. MENDOZA
 4           (By Ms. Ayers-Perez)...............................313
             (BY Mr. Brennwald).................................371
 5           (By Ms. Ayers-Perez)...............................398

 6      ELIZABETH GLAVEY
             (By Mr. Manning)...................................401
 7           (BY Mr. Brennwald).................................424

 8      KYLE T. JONES
             (By Mr. Manning)...................................425
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S
2             THE COURTROOM DEPUTY:  Your Honor, we're back on
3    the record for Criminal Case 21-85, Defendant 1, United
4    States of America vs. John Herbert Strand.
5             Counsel, you can please approach the lectern and
6    identify yourselves for the record.
7             MS. AYERS-PEREZ:  Good morning, Your Honor; April
8    Ayers-Perez and Jason Manning for the government.
9             THE COURT:  Good morning.
10            MR. BRENNWALD:  Good morning, Your Honor; Steve
11   Brennwald and Sameera Ali for Mr. Strand.
12            THE COURT:  Okay.  Good morning.
13            Stay up there, Mr. Brennwald.
14            MR. BRENNWALD:  Yes, sir.
15            THE COURT:  All right.  I think all 35 of our
16   jurors are now here, apparently.
17            Just one housekeeping matter, Mr. Brennwald.
18            I received an incident report from the Marshals
19   Service today regarding Mr. Strand's entrance to the
20   courthouse yesterday.  We cleared up the mask issue, but he
21   had a number of items of contraband confiscated from him,
22   including a pocket knife, a flask with an alcoholic beverage
23   in it, and cigarettes.  Obviously, you know, I get a report
24   when these things happen.
25            We have accommodated Mr. Strand, but it is
```

 1    important that he comply with the Court rules.  These

 2    Marshals have a very difficult job to do.  It was very busy

 3    yesterday.  They don't need to have to deal with crap like

 4    this, okay?

 5              MR. BRENNWALD:  I think -- if I can say, I think

 6    he doesn't know what he can and can't take.  It might be

 7    obvious to us.

 8              THE COURT:  Well, you can't take a weapon into a

 9    federal courthouse.  That should be more than obvious, okay?

10              And he certainly doesn't want to pick up another

11    charge, I would think, okay?

12              MR. BRENNWALD:  Thank you.

13              THE COURT:  So I assume we will not have any

14    issues going forward.

15              MR. BRENNWALD:  Right.  And he did test negative

16    again today.  I watched the testing, and I watched the

17    result.

18              THE COURT:  Okay.  We have one juror issue.  Juror

19    1779, he was the physician.  Has sent a note indicating that

20    he has to appear in court tomorrow and has a flight from

21    National airport today.  I don't know why he didn't report

22    this yesterday, but I'm going to bring him in first and chat

23    with him about that, but I assume I will release him.

24    Again, 1779.

25              Do you want to bring 1779 in?

1              THE COURTROOM DEPUTY:  Yes, Your Honor.

2              Your Honor, Juror No. 1779.

3              THE COURT:  Good morning, sir.

4              JUROR NO. 1179:  Good morning.

5              THE COURT:  Step right up.  You can take your mask

6     off.

7              So you've sent out a note indicating that you have

8     a flight out of D.C. to Kansas City today.

9              JUROR NO. 1179:  Yes, sir.

10             THE COURT:  And why didn't you mention that to me

11    yesterday?

12             JUROR NO. 1179:  Honestly, I can only say

13    nervousness.  I thought I was going to be asked, and I

14    didn't say it afterwards.

15             THE COURT:  Well, I went through the schedule.  I

16    said that the evidence in the case would last all week, and

17    I asked if anyone had trouble adhering to that schedule.

18             JUROR NO. 1179:  I apologize.  I didn't think it

19    was something that was excusable, but I know I should have

20    let you know, and I apologize for that.

21             THE COURT:  Well, is it excusable?  Is it

22    something that you can move, or is your presence required?

23             JUROR NO. 1179:  My presence is required.

24             THE COURT:  Okay.

25             All right.  I'll excuse you, but we select a

1    certain number of jurors so that we can have 12 people and

2    two alternates sit on our jury, and so when we bring back

3    the folks who have been qualified to be one of those 14, we

4    bring back a certain number.  And fortunately we planned

5    ahead, because things like this do happen, and we have a

6    couple of extras.  But had we not had extras, I may not have

7    been able to let you out of that obligation, okay?

8            JUROR NO. 1179:  I understand.

9            THE COURT:  When you stand up and raise your hand

10   to tell the truth, and a judge asks you a question that

11   calls for a response, you've got to give that response,

12   okay?  All right.

13           JUROR NO. 1179:  I understand.

14           THE COURT:  Good luck.

15           JUROR NO. 1179:  Thank you.

16           THE COURT:  Okay.  Counsel, so we have 34

17   qualified jurors.  We will bring them in in order, sit the

18   first 14 in the box, the rest in the gallery.  So presuming

19   no one else has to be excused, you will not -- the Nos. 33

20   and 34 will not be in play.  All right?  So exercise your

21   peremptories against any nonalternate juror.

22           So we know who the two alternate seats are.  So

23   reserve any strikes against those seats until the second

24   round where you'll have one alternate strike each.

25           In the first round, exercise against one of the

1    nonalternate seats or one of the members of the gallery

2    apart from 33 and 34.

3              Is that clear?  All right.

4              MR. BRENNWALD:  Just so I understand, Your Honor,

5    is Ms. Jenkins bringing them in and seating them and then

6    we'll know who's in what seat so we know who will be the

7    alternates?

8              THE COURT:  Yes.  We're going to seat the first 14

9    in the box.

10             MR. BRENNWALD:  Okay.

11             THE COURTROOM DEPUTY:  Your Honor, the jury panel.

12             (Venire enters courtroom)

13             THE COURT:  Okay.  Welcome back, ladies and

14   gentlemen.  I'm sorry for the brief delay this morning.  I

15   had hoped to -- everyone be seated.  I had hoped to finish

16   up everything yesterday, but we ran a little long, through

17   no fault of the diligence of the attorneys or the staff.  We

18   just got started a little late due to all of the jury pools

19   that had to come to court yesterday.

20             This is the final stage of jury selection.  The

21   lawyers are going to go over their notes, and we're then

22   going to winnow this group down, and we'll do a little

23   musical chairs, as I call it, in a few minutes.

24             So just sit tight, and we will finish this process

25   as soon as we can.

1           Just so that the lawyers know who everyone is, we

2    think that we know which jurors are seated in which slots,

3    but do you want to call the role just so everyone has an

4    idea of which juror is who?

5           THE COURTROOM DEPUTY:  When I call your number,

6    please raise your hand.  1405, 1261, 0186, 879, 1305, 1789,

7    682, 1195, 1241, 1645, 640, 384, 1400, 1881, 443, 0767,

8    2087, 1289, 0406, 1424, 113, 1176, 449, 659, 2181, 1002,

9    1884, 1920, 2052, 99, 857, 1122, 1557, and 136.

10          Your Honor, that's the jury panel.

11          THE COURT:  Okay.  Are we clear, Counsel?

12          MR. BRENNWALD:  Yes, Your Honor.

13          THE COURT:  Okay.  And I'm just going to take a

14   five-minute break, but you folks work ahead.

15          (Pause)

16          THE COURT:  All right, Counsel.

17          (Pause)

18          THE COURTROOM DEPUTY:  Ladies and gentlemen, as I

19   call your number, will you please stand and have a seat in

20   the open side of the gallery.

21          Juror No. 0186.

22          THE COURT:  Lauren, replace them.

23          THE COURTROOM DEPUTY:  Yes.  Juror No. 0443, if

24   you could take that open seat.

25          Juror No. 0879, please sit in the gallery.  Juror

```
 1    No. 0394, if you could take that seat.

 2              Juror No. 0394.

 3              Juror No. 394, you're going to take the next seat.

 4              I'm sorry.  My apologies.  That's the wrong

 5    number.  I'm sorry.

 6              Juror No. 1424.  My apologies.

 7              THE COURT:  Just keeping you on your toes.

 8              THE COURTROOM DEPUTY:  Juror No. 1789, you can

 9    take a seat in the gallery.

10              Juror No. 113, you can take that seat.

11              Juror No. 682.  Juror No. 1176, you can take a

12    seat.

13              MR. BRENNWALD:  Ms. Jenkins, I'm sorry, what was

14    the last number?

15              THE COURTROOM DEPUTY:  Juror No. 1176.

16              MR. BRENNWALD:  Thank you.

17              THE COURTROOM DEPUTY:  Juror No. 1241.

18              And Juror No. 659, if you could take that seat.

19              MR. BRENNWALD:  659?

20              THE COURTROOM DEPUTY:  Yes, 659.

21              Juror No. 384, you could take a seat in the

22    gallery.

23              And Juror No. 1002, if you could take that seat.

24              (Pause)

25              THE COURTROOM DEPUTY:  Juror No. 14, if you could
```

```
 1    take a seat -- I'm sorry, 1400.  And Juror No. 2052 is going

 2    to take that seat.

 3                    (The following is a bench conference

 4                     held outside the hearing of the gallery)

 5              THE COURT:  The court reporter wasn't on.  Any

 6    issues?

 7              MS. AYERS-PEREZ:  No issues for the government.

 8              THE COURT:  Mr. Brennwald?

 9              MR. BRENNWALD:  Your Honor, I'll just renew my

10    venue motion for the record.

11              THE COURT:  It's denied.

12              MR. BRENNWALD:  The voir dire we've had --

13              THE COURT:  It's denied.

14              To note, no one on the jury that you struck,

15    correct?

16              MR. BRENNWALD:  I'm sorry?

17              THE COURT:  There's no one on the jury that you

18    struck, correct?

19              MR. BRENNWALD:  I don't understand the question.

20              THE COURT:  Is there anyone in the box that you

21    struck?  We have 14 good jurors aside from your venue

22    motion?

23              MR. BRENNWALD:  No, Your Honor.  Yes, we have 14.

24              THE COURT:  Okay.

25              (This is the end of the bench conference)
```

1        THE COURT:  If you are in the gallery, I will

2   excuse you from jury service.  Please check into the jury

3   office before you leave the courthouse today and make sure

4   that you're no longer still needed for service.

5        Thank you very much for your service.  I know that

6   it can be frustrating to come in and spend all this time,

7   but it's -- picking a jury is more of an art than it is a

8   science, and so we very much appreciate your presence, and

9   we'll see you next time, okay?

10        (Venire exits courtroom)

11        MR. BRENNWALD:  If I can have one moment with the

12   government?

13        THE COURT:  Not yet.

14        Okay.  Ladies and gentlemen, as you probably have

15   gathered, you are our jury in this case.  So the first thing

16   I need you to do is stand and raise your right hand and be

17   sworn in.

18        (Jury sworn)

19        THE COURT:  All right.  Ladies and gentlemen, let

20   me just take a few minutes to explain to you how the trial

21   in this case is going to work and give you a sense of some

22   of the legal rules that we will follow and what your

23   responsibilities as jurors will be.  My comments will be no

24   substitute for the detailed legal instructions that I will

25   give you at the end of the case.

1          The first thing is that I don't think they're on

2     your chair now, but before we get things started, you will

3     all be given a notebook.  Some jurors find it useful to take

4     notes; others find it distracting.  It is entirely up to you

5     whether to take notes or not.

6          If you do take notes, feel free to write down

7     whatever you like.  The notebooks will be locked in the

8     courtroom or in the jury room overnight, and they will be

9     destroyed at the end of the trial.  So feel free to write

10    down whatever you like, if you choose to take notes.

11         As you can see, there are 14 of you.  At the end

12    of this trial, however, only 12 of you will deliberate.

13    There are two alternate seats that were randomly selected.

14    I will not disclose who the alternates are until the end of

15    my final instructions and before the jury begins

16    deliberations.  Because any seat could be the alternate

17    seat, you should think of yourself as a regular juror and

18    give this case your fullest and most sincere attention

19    during trial.

20         As I explained yesterday, this case was charged

21    via an indictment.  That indictment charged Mr. Strand with

22    five separate counts.  They all relate to Congress's meeting

23    at the United States Capitol on January 6th.

24         First, he is charged with obstructing an official

25    proceeding for allegedly interfering with Congress's

1    meeting; second, he is charged with entering and remaining

2    in a restricted building or grounds; third, he is charged

3    with disorderly and disruptive conduct in a restricted

4    building; fourth, he is charged with disorderly conduct in a

5    Capitol building; and fifth, he is charged with parading,

6    demonstrating, or picketing in a Capitol building.

7              And as I said, he has pled not guilty to all of

8    those charges.

9              At the end of the trial, you will have to decide

10   whether or not the evidence presented has convinced you

11   beyond a reasonable doubt that Mr. Strand committed any of

12   these offenses.  To prove the offenses, the government must

13   prove beyond a reasonable doubt each of the elements of that

14   offense.

15             The evidence -- or excuse me, the indictment that

16   I just summarized is not evidence.  It is simply a formal

17   way of charging a person with a crime in order to bring a

18   case to trial.  You must not think of the indictment as

19   evidence of the guilt of the defendant just because he has

20   been indicted.

21             And at the end of the trial, you will have to

22   decide whether the government has proven each element of

23   each offense beyond a reasonable doubt.

24             As I also said yesterday, Mr. Strand is presumed

25   to be innocent.  That presumption remains throughout trial

1     unless he is proven guilty beyond a reasonable doubt.  The

2     burden always lies with the government.

3            If the government proves each element of an

4     offense beyond a reasonable doubt, it is your duty to find

5     Mr. Strand guilty of that offense.  But if you find the

6     government has not proved one or more elements of the

7     charged offense, you must find him not guilty of that

8     offense.

9            You will hear me refer throughout the trial to the

10    government or to the defendant or to the defense.  The

11    government simply means the prosecution team or one of the

12    lawyers from the U.S. Attorney's Office or the Justice

13    Department that is representing the United States in this

14    trial.

15           And, again, Ms. Ayers-Perez, would you like to

16    introduce yourself and your team once more?

17           MS. AYERS-PEREZ:  Thank you, Your Honor.

18           Good morning.  My name is April Ayers-Perez.  I'm

19    an Assistant United States Attorney.  I'm joined by Trial

20    Attorney Jason Manning.  He is my co-counsel.

21           Mr. Manning and I are joined by paralegal Shirine

22    Rouhi and Special FBI Agent Eric Turner.

23           Thank you all.

24           THE COURT:  And when I refer to the defendant

25    or to the defense, I'm speaking about Mr. Brennwald or Mr.

```
1    Strand or Ms. Ali.

2              So Mr. Brennwald?

3              MR. BRENNWALD:  Thank you, Your Honor.

4              Good morning, ladies and gentlemen.  My name

5    is Stephen Brennwald.  With me is counsel Sameera Ali and

6    Mr. John Herbert Strand.

7              THE COURT:  All right.  This trial will proceed in

8    four stages.

9              The first stage will be each side's opening

10   statement.  The government will begin, and if Mr. Brennwald

11   decides to give an opening statement, he will follow.

12             The second stage will be the presentation of

13   evidence that will begin with the government's -- what we

14   call its case-in-chief.  It will call witnesses.  There will

15   be a direct examination.  Mr. Brennwald will have an

16   opportunity to cross-examine each witness, and then the

17   government can engage in a brief redirect examination of

18   each witness.

19             After the government's case, the defendant may,

20   but is not required to, put on a case-in-chief.  If he does,

21   the witnesses will follow in the same order:  a direct

22   examination, a cross-examination, and a brief redirect

23   examination.

24             During the presentation of evidence, lawyers will

25   be asking questions.  Like their opening statements, the
```

 1    lawyers' questions are not evidence.  The only evidence is

 2    the sworn testimony of witnesses and the exhibits that will

 3    be admitted into evidence.

 4          The third stage of the case is when I will

 5    instruct you on the law.  I will give detailed instructions.

 6    I am required to read them, and when you retire for your

 7    deliberations, you will have a written copy of those

 8    instructions with you.

 9          The fourth stage will be closing arguments; first

10    the government, then the defense, and then a brief rebuttal

11    argument by the government.  Again, like the opening

12    statements, like the questions of the lawyers, the closing

13    arguments are not evidence.  They're only intended to help

14    you understand what the evidence shows from the perspective

15    of each side.

16          Finally, I will give you a few instructions

17    regarding how you should go about your deliberations.

18          My job is to run a fair and efficient trial, to

19    rule on legal questions that arise, to instruct you on the

20    law; and it is your sworn duty to accept the law as I

21    instruct you.

22          You will occasionally hear me -- you occasionally

23    will hear a lawyer object to a question that's being asked.

24    If I sustain the objection, that means that the question

25    must be withdrawn; and if the question has already been

1    answered, you should disregard the answer that the witness

2    gave.

3            If I overrule an objection, that means the

4    question stands, and you may consider the answer that has

5    been given.

6            Please don't fault either side for objecting.  If

7    they believe that a question is improper, then it is their

8    duty to object, and I will simply rule on the objection.

9            Again, please don't discuss the case with anyone

10   now that you've been impanelled as the jury.  The same

11   rules apply as I emphasized yesterday.  It is important that

12   Mr. Strand receive a trial based simply on the evidence that

13   comes in at the trial, and not on any extraneous or

14   independent research that anyone might do or any

15   conversations that they may have with other folks.

16           And that also goes with conversations between the

17   14 of you.  You all may not discuss the case with each other

18   until all of the evidence is in and you begin your

19   deliberations.

20           There is a chance that you may run into lawyers or

21   members of each side in the hallways -- it's a fairly small

22   courthouse -- or out at lunch.  Those folks avoid you.  They

23   are not being rude.  They're simply following the rules to

24   avoid all contacts with jurors while you are impanelled.

25           The same goes with members of the media.  I don't

1   know, but there could be some press coverage of this case.

2   There might be reporters.  Please do not engage with any

3   reporters until after the trial is over, and if you feel

4   like you have been approached in a way that's inappropriate,

5   please report that to the Court.  Okay?

6          We need to get you folks notebooks.

7          And, Ms. Ayers-Perez, are you prepared to start

8   with your opening statement, or Mr. Manning?

9          MR. MANNING:  Your Honor, if the Court would

10  indulge us, we'd appreciate just five minutes.

11         THE COURT:  Okay.  Why don't we take a five-minute

12  break.

13         Lauren, do you want to escort these folks back to

14  the jury room so that they'll know where they'll be spending

15  the next few days.

16         And then we'll reconvene in five minutes.  We'll

17  get your notebooks, and Mr. Manning will deliver the

18  government's opening statement.

19         (Jury exits courtroom)

20         THE COURT:  All right.  Anything to raise?

21         MS. AYERS-PEREZ:  Nothing from the government,

22  Your Honor.

23         MR. BRENNWALD:  No, Your Honor.

24         THE COURT:  Okay.  We'll see you in five minutes.

25         (Recess taken)

1          MR. BRENNWALD:  I apologize for bringing this up.

2     I represent the YMCA of New Orleans, and they have a

3     semimonthly meeting at 12:00 their time, 1:00 our time.  We

4     are in the middle of a pretty complex civil litigation in

5     Maryland.  They are wanting me to call into the board

6     meeting at 1:00 our time for about ten minutes.

7          I'm wondering if the Court will allow us to -- I

8     know we've gotten a little late start, maybe if I could add

9     another ten minutes for that matter?  I apologize for that.

10    I didn't know I was going to be in trial.  They scheduled

11    this meeting months ago.

12         THE COURT:  Well, what do you mean you didn't know

13    you were going to be in trial?

14         MR. BRENNWALD:  When I said --

15         THE COURT:  So it's 11:00 now.  We'll break for

16    lunch at 12, and we'll take an hour and 15 minutes.

17         MR. BRENNWALD:  If they start at 1:00 here, I'll

18    probably be talking to them from 1:05 to 1:15, so could we

19    maybe break at 12:15?

20         THE COURT:  I'm sorry, your call starts at 1:00

21    p.m. here?

22         MR. BRENNWALD:  Yes, Your Honor.

23         THE COURT:  If we break at 12:30, go for an hour

24    and 15 minute lunch, that's 1:45 we're getting back.

25         MR. BRENNWALD:  I thought you said 12, okay.

```
 1              THE COURT:  You should be fine.
 2              And obviously these numbers aren't hard and fast.
 3     It depends on where we are, and I'm not going to -- if we
 4     can get a witness off the stand, I'm going to get the
 5     witness off the stand.
 6              MR. BRENNWALD:  I understand.
 7              (Pause)
 8              MS. AYERS-PEREZ:  Your Honor, we have one more
 9     minor housekeeping matter.  Our special agent who is at
10     counsel table, he has an injury that's been flaring up
11     today.  He asked if he could stand to the side sometimes
12     during the course of trial today, if that's okay with Your
13     Honor?
14              THE COURT:  That's fine.
15              MS. AYERS-PEREZ:  Thank you.
16              MR. MANNING:  Your Honor, the government's ready.
17              THE COURT:  Once we have a jury.
18              (Pause)
19              (Jury enters courtroom)
20              THE COURT:  Okay.  Remember those seats,
21     everybody.
22              Please be seated.
23              One thing that I neglected to mention is that our
24     court reporter will be transcribing everything that is said
25     during the trial, but you will not have a transcript of the
```

1    trial in the jury deliberation room, and so you must rely on

2    your memory or any notes, if you choose to take them.  All

3    right?

4              So with that, I believe Mr. Manning is prepared to

5    deliver the government's opening statement.

6              MR. MANNING:  "THIS IS WAR."  That's what the

7    defendant, John Strand, announced on Twitter just a few

8    weeks after the 2020 presidential election.  "THIS IS WAR.

9    #ThisElectionWASrigged.  #StopTheSteal."  The defendant's

10   words, December 1, 2020.

11             The defendant was angry that Donald Trump had lost

12   the November 2020 presidential election, and he knew that in

13   just a few weeks the newly elected president and vice

14   president would be sworn into office.  And he was determined

15   to stop that.

16             So, ladies and gentlemen, this is a case about how

17   the defendant, John Strand, traveled into Washington, D.C.,

18   joined a violent mob, and stormed into the United States

19   Capitol all to try to stop the peaceful transfer of power.

20             Now, you'll learn at this trial that on January 6,

21   2021, there was a joint session of Congress that was

22   scheduled that day during which Congress was going to

23   certify the official results of the Electoral College vote,

24   the official results of that 2020 presidential election, and

25   the defendant knew it.  And so the day before, January 5,

1    2021, the defendant traveled to Washington.

2            That morning he took to Twitter again and said

3    this:  "There's no doubt about the truth of the 2020

4    election.  The only question is:  will you act upon that

5    truth?  WILL YOU STAND FIRM?"

6            And again the hashtags TruthMaverick and

7    StopTheSteal.

8            See, the defendant believed that the 2020 election

9    had been stolen by the Democrats, and he was determined in

10   those words to Stop the Steal.  So he comes into Washington,

11   D.C., on January 5th.

12           The next morning, January 6th, the defendant goes

13   to the Ellipse.  The Ellipse is a big lawn in front of the

14   White House where a rally was being held by supporters of

15   President Trump.  That rally was called the Stop the Steal

16   Rally.

17           The defendant goes to that rally, and then travels

18   down to the United States Capitol building.

19           And many of you know the U.S. Capitol.  It's the

20   big beautiful domed building at the heart of our city.

21           And when the defendant got there, in the

22   afternoon, about 1:45 p.m., a crowd had formed all around

23   the Capitol.

24           Now, as you'll hear at trial, the Capitol is

25   guarded by the United States Capitol Police.  They're sworn

1     to protect the Capitol.

2              That day, the Capitol was closed to the public,

3     and the Capitol Police had established a security perimeter

4     around the Capitol to keep a safe distance between the

5     members of Congress and the Vice President who were inside

6     to certify the election and anybody outside who might seek

7     to disrupt that.

8              At the time, the Secret Service was also on hand

9     to protect the Vice President because the Vice President, as

10    required by law, was presiding over the proceeding.

11             So at about 1:45 p.m., that's the scene in front

12    of the east side of the United States Capitol.

13             The security perimeter -- you see the crowd is

14    behind that red line.  That's a row of fencing that's been

15    set up to keep the crowd away from the Capitol.

16             You'll see in the blue circle the Vice President's

17    motorcade.  The Vice President is inside the Capitol

18    conducting the proceedings, and the motorcade is waiting for

19    the proceedings to complete and for them to then take him

20    home.

21             And you see in the green circle is the East

22    Rotunda door.  Critically, that door is locked.  The Capitol

23    is closed to the public, and the East Rotunda door is

24    locked.

25             Now, just a few minutes after that, on the other

 1    side of the Capitol, protesters break through the security

 2    perimeter.  The Secret Service decides it must relocate the

 3    Vice President's motorcade, and as it does so, the crowd

 4    behind the security perimeter on the east side breaks

 5    through that perimeter, storms across that East Plaza, and

 6    races to the bottom of those steps in front of the Capitol.

 7         The Capitol Police are overrun.  They have to fall

 8    back.  They fall back to the bottom of those stairs trying

 9    to keep the protesters away from the building.  And then

10    you'll see those Capitol Police are so outnumbered that,

11    again, they're overrun, and the protesters make it all the

12    way up to that locked door at the East Rotunda door.  Watch

13    this time-lapse video that shows you the sequence from 1:56

14    to 2:11.

15         (Video playing)

16         MR. MANNING:  The scene at the top of those

17    steps -- after you've seen the crowd break through the

18    Capitol Police line and get to the East Rotunda door, the

19    scene in front of that door is mayhem, and the defendant

20    pushes himself right to the front of that scene.

21         Rioters are demanding to be let in to the locked

22    door.  They're chanting.  Rioters are using flagpoles to try

23    to assault Capitol Police officers.

24         And watch in this scene you'll see what they're

25    chanting, and you'll see where the defendant is.

1          So you see in the yellow circle, there's our

2    defendant, John Strand.  And he's right at the front of that

3    locked East Rotunda door, within five or six feet of it.

4    You see his fist up in the air.

5          Now, keep an eye there as we play this video.

6          (Video playing)

7          MR. MANNING:  The defendant had stepped -- he had

8    declared that he was determined to Stop the Steal, and now

9    he's right at the front of this mob chanting "Stop the

10   Steal" in front of the locked East Rotunda door.

11         The scene unfolds from there.  It's not merely

12   people chanting, expressing political views.  The scene is

13   violent.

14         Keep your eye in the next video on that blue flag.

15   There's a United States flag in the middle, and then there's

16   a blue flag, a blue Trump flag behind it.  And you'll see,

17   as we play this video, that the rioter holding that flag

18   uses that flag to try to hit Capitol Police officers.  And

19   the defendant is right there.  And watch what he does

20   afterward.

21         (Video playing)

22         MR. MANNING:  At the front of this mob, in the

23   middle of this bedlam, the defendant states -- he has said

24   on Twitter he was going to stand firm, and he stays at the

25   front of that door trying to join that crowd and pushing in

1    and breaking into the door.

2           Now, moments after the scene you just saw a

3    Capitol Police officer right in front of the defendant gets

4    pulled into the violent mob.  That Capitol Police officer is

5    standing at the door, he's trying to keep the rioters out,

6    and he gets pulled down into the mob by the rioters.  It

7    happens right in front of the defendant.

8           That officer is Officer Joshua Pollitt.  He's

9    going to testify at trial, and he's going to describe this

10   scene.  You see him circled there in the blue.

11          The East Rotunda door we've been talking about is

12   the door immediately to his right.  You see that the window

13   of that door has already been smashed by flagpoles.

14          (Video playing)

15          MR. MANNING:  Watch what happens to Officer

16   Pollitt.

17          Right in front of the defendant.  If there's any

18   doubt about how close the defendant is when Officer Pollitt

19   falls down, there's the still image.

20          Officer Pollitt in the lower right, the blue

21   circle around him, is being pulled into this violent crowd.

22          The defendant right over his right shoulder there

23   in the sunglasses in the yellow circle.

24          Between the two of them is the defendant's

25   girlfriend, Simone Gold, who travels with him throughout the

1    Capitol.

2              Now, Officer Pollitt will testify that some

3    members of that crowd actually tried to help him up.  Not

4    the defendant.  Remember, in the defendant's mind, this is

5    war.  And the defendant sees an opportunity to break into

6    the Capitol, and he bolts right through.

7              Officer Pollitt is pulled down into the crowd.

8    The defendant bolts into the Capitol through the door with

9    the smashed window.  Alarms are blaring as he goes in.

10             And what the defendant does when he gets inside

11   the Capitol is very telling of his intentions that day.

12             He enters the Capitol at 2:27 p.m.  When he enters

13   that entryway, it naturally leads to the Rotunda.  The

14   Rotunda is a big beautiful room in the center of the Capitol

15   right below that dome.  The defendant cuts right through the

16   Rotunda.

17             The next big room is Statuary Hall, also a room

18   adorned with statues of our nation's history.  The defendant

19   cuts right through Statuary Hall.

20             And after entering the Capitol as part of that mob

21   at 2:27, he is outside the House Chamber door by 2:28,

22   within a minute.

23             Now, why is that significant?  Because of all the

24   rooms in our big Capitol, the House Chamber is the place

25   where the members of Congress are meeting to deliberate and

1    to certify the results of the election, the House Chamber

2    itself.  And the defendant joins a mob that's pushing up

3    against that House Chamber door.

4            And as you'll see, he starts at the back of that

5    mob, and within minutes he works his way to the front.

6            The Capitol Police officer, named Officer Vargas,

7    who is going to testify at this trial, tries to form a line

8    with a small group of officers to hold this mob away from

9    the House Chamber door.

10           As Officer Vargas will testify, he knows -- he

11   correctly knows -- that there are members of Congress that

12   are sheltering in place still inside the House Chamber.  And

13   so he and his small line of officers are trying to hold this

14   mob off.

15           And they're there for minutes.  And you'll see the

16   defendant works his way to the front and stays in the front.

17           Here in this picture, that's the mob we've been

18   discussing.  There in the yellow circle with his signature

19   black sunglasses is the defendant, John Strand.  In the

20   foreground in the blue circle is Officer Vargas with a small

21   group of officers trying to hold off this mob.

22           But Officer Vargas and his group are greatly

23   outnumbered.  And as you'll learn at trial, when you're

24   trying to hold off a mob, numbers matter.  A lot.  And they

25   are outnumbered.

1          So this mob pushes past Officer Vargas, blows

2     through the line that he's trying to establish, and then

3     gets right up to the front of that House Chamber door.

4          There they are.  The defendant, John Strand, in

5     the yellow circle.  To his left, Officer Vargas, who has

6     just been pushed back, in the blue circle.  And the door

7     immediately behind Officer Vargas, that's the door to the

8     House Chamber.  On the other side of that door members of

9     Congress are sheltering in place.

10          Now, as I've described so far, there's many

11    junctures during this riot where the Capitol Police have to

12    fall back.  They realize they're outnumbered.  They have no

13    choice.  They have to fall back.

14          But inside the House Chamber, they can't fall back

15    any further.  There's members of Congress who are sheltering

16    there.  There's nowhere else to go.

17          And so what does this small group of officers

18    there do?  They barricade the door with furniture, and they

19    draw their weapons.

20          The other side of that door in front of them is

21    the scene we just saw with the defendant in the front of

22    that mob trying to get into our House Chamber.

23          Now, this line holds.  The mob does not get into

24    the House Chamber, thank heavens.  But the damage is done.

25    The Secret Service has had to relocate the Vice President to

1    a secure location inside the Capitol.  Members of Congress

2    have been and will continue to be evacuated.  The electoral

3    count proceeding has ground to a halt, and our democracy

4    with it has ground to a halt.

5              And the election certification proceeding won't

6    continue until about 8:00 again that night, a delay of more

7    than five hours.

8              Now, the defendant stays with that mob at the

9    front outside this House Chamber door for almost 20 minutes.

10   He had said -- on January 5th, he had declared that he was

11   going to stand firm, and stand firm he does.

12             The initial officers who tried to clear him out of

13   that location are unable to do so.  Only when they get

14   enough reinforcements that they can turn the numbers are

15   they able to force the defendant and the other remaining

16   rioters away from that location.

17             But even then the defendant doesn't promptly exit.

18   He goes back into that Great Rotunda, that room that --

19   sorry, he goes back into that Statuary Hall, one of those

20   large rooms that he had blown past on his way in.

21             And in Statuary Hall, the defendant's girlfriend,

22   Simone Gold, she decides to give a speech, believe it or

23   not.  In the middle of a riot, smell of tear gas in the air,

24   Capitol Police officers trying to evacuate the building,

25   rioters wearing tactical gear carrying flagpoles and

 1   weapons, she decides to give a speech, and the defendant

 2   records her doing so.

 3          It actually happens twice.  They tried to give a

 4   speech in Statuary Hall.  Capital Police officers forced

 5   them to leave.

 6          They go into the Great Rotunda and try to give

 7   another speech.  This time they decide to climb on top of a

 8   statue of President Eisenhower to give that speech.

 9          So you see, there's the path out.

10          But they get in front of that House Chamber door

11   at 2:28.  It's not until 2:54, almost 25 minutes later, that

12   they finally leave that area, and they take these two

13   attempts to make speeches in Statuary Hall and the Great

14   Rotunda.

15          As I said, at first on the left you see Ms. Gold

16   trying to resist officers telling her she can't give a

17   speech.  When they're moving into the next room, into the

18   Rotunda, there's the defendant climbing on top of the

19   Eisenhower statue.

20          But members of the jury, let's be perfectly clear.

21   This trial is not about somebody else's speeches.  This

22   trial is about the defendant, John Strand, and what he did

23   when he stormed into the Capitol, and why he did it.

24          And when the defendant finally leaves the Capitol

25   that day, he does three things that are very, very telling

1    about why he stormed into the Capitol.

2           First, the defendant takes a selfie on the Capitol

3    steps and announces on Twitter this:  "I am incredibly proud

4    to be a patriot today, to stand up tall in defense of

5    liberty & the Constitution, to support Trump #

6    MAGAforever, & to send the message.  WE ARE NEVER CONCEDING

7    A STOLEN ELECTION."

8           Next, the defendant texts with his brother, tells

9    his brother:  "We made history."

10          When his brother says, "Made history how?" he says

11    this:  "I don't think the U.S. Capitol building has been

12    stormed and breached like that.  And it caused Pence to

13    delay the certification, so that's very significant."

14          That's the defendant's own words on January 6th

15    boasting about how he interfered with the peaceful transfer

16    of power.

17          And the defendant does a third telling thing after

18    he exits the Capitol, after he's forced to exit the Capitol

19    on January 6th.  Standing on those same East Capitol steps,

20    he sees a small group of Capitol Police officers walking

21    down the steps.  You're going to hear testimony at trial

22    from many of these officers, and they're going to describe

23    how they had spent hours being repeatedly assaulted by the

24    mob as they tried to defend our Capitol and tried to defend

25    our democracy, and the defendant shows those officers

1    exactly how much respect he has for that.

2            They're in blue.  You see the officers walking

3    down the steps.  There in yellow is the defendant, arms

4    crossed, raising a fist at them.  To top it off, there's his

5    girlfriend in red angling in for a photo.

6            For his conduct on January 6th, the defendant is

7    charged with five crimes.

8            The first crime he's charged with is obstruction

9    of an official proceeding.

10           Now, the government has the burden to prove all

11   these crimes.  And at the end of the trial, Judge Cooper is

12   going to instruct you on the elements of the law and the law

13   that you need to apply.  And it's his instructions that you

14   should follow.  But I expect with respect to obstruction of

15   an official proceeding, you'll hear that at the center of

16   that charge is that the defendant acted with the intent to

17   obstruct or interfere with the official proceeding that was

18   the election certification.

19           What did we just see in his own words to his own

20   brother on January 6th?  The defendant boasting of delaying

21   that very certification.

22           The other four charges that the defendant is

23   charged with, as you can see on the screen there, all relate

24   in different ways to the defendant being inside the Capitol

25   when he didn't have a lawful authority to do so.  And Judge

1      Cooper, again, will give you the specific instructions that

2      you should apply on those counts.  But I expect at the

3      center of them, as I said, will be that the defendant

4      entered the Capitol knowing that he didn't have authority to

5      be in there.

6              And what have we seen about the defendant's entry?

7      He waits for a Capitol Police officer to be thrown down in

8      front of him, runs through with the mob through a door with

9      a broken window and alarms blaring.

10             And when he gets in there, what does he do?  He

11     overruns another line of Capitol Police officers to get to

12     the House Chamber, and then eventually is standing on a

13     statue of Dwight Eisenhower at a time when the Vice

14     President and members of Congress are sheltering for their

15     safety.

16             Throughout this trial you're going to see a lot of

17     video.  You're going to see a lot of the defendant's own

18     words from his texts and Tweets and other communications in

19     the weeks leading up to January 6th and on January 6th and

20     the days that follow.

21             And at the end of the trial my colleague,

22     Ms. Ayers-Perez, is going to have a chance to address you

23     again.  And she's going to ask that you consider all the

24     evidence and that you reach the only reasonable conclusion,

25     which is that the defendant is guilty of all five charges.

```
 1                   Thank you.
 2                   THE COURT:  Thank you, Mr. Manning.
 3                   Mr. Brennwald?
 4                   MR. BRENNWALD:  They always say slow down and
 5       speak clearly, and I always speak too fast and I mumble, so
 6       it's a disaster.
 7                   Good morning, ladies and gentlemen.  I can imagine
 8       what you're thinking right now because I would be thinking
 9       exactly the same thing.  And thank goodness we have
10       defendants in this country who are allowed to speak and say
11       what they have to say.  And I can pretty much promise you
12       that when I sit down in a few minutes, you're not going to
13       see it the way you are just thinking about it right now.
14       Seriously.
15                   The difficult part of this case -- and this is the
16       elephant in the room -- is politics, and this trial
17       hopefully, as much as is possible, will not be about
18       politics.  But it is about politics, and so let me tell
19       about that.
20                   Mr. Strand has very firm beliefs about the
21       election.  I know, because I live here, that most of us have
22       the opposite beliefs that he has.  I also know that people
23       are outraged by what happened that day.  And so we're
24       starting out with that as the ground.
25                   Mr. Manning said in his opening statement -- and
```

1    you may have picked it up; you may not have picked up.  It

2    was just a quick statement.  He said, this trial is not

3    about some woman giving a speech, or this case is not about

4    some woman giving a speech.  I don't know if you remember

5    hearing that, but he said that.

6              He said that for a very, very specific reason.

7    The reason that Mr. Strand was in Washington, D.C., on

8    January 5th and 6th was not to try to obstruct the

9    proceeding.  It was not to go into the Capitol.  He never

10   thought they were going to go into the Capitol when he and

11   his business partner/friend came up from Tampa on January

12   5th.

13             His -- let me back up a little bit and talk about

14   Mr. Strand.

15             He's from Los Angeles.  He's been -- as many young

16   folks are out there, kind of like when you go to New York,

17   people are waiters while they try to get an act on Broadway

18   and try to get a part.

19             He's been out in LA for years trying to be an

20   actor, trying to do modeling.  And he did do modeling.  He

21   did some Gucci things and things like that.  And so that's

22   his life.

23             While he was a model and an actor, he kept his

24   politics to himself because his viewpoint is not very

25   popular there, just like it's not popular here.

1          Dr. Gold is the founder of an organization called

2     America's Frontline Doctors.  A lot of people have very

3     strong feelings about what she is talking about.

4          Mr. Strand went to work for Dr. Gold at the

5     beginning working security for her company.  He's trained in

6     security.  In California on this date he had a license to do

7     security.  He was registered to have a weapon, and Agent

8     Turner, who is standing over there, found, in their house in

9     Beverly Hills when he went and searched it after all this

10    happened, his security license that was current and valid.

11         The reason that Mr. Strand came to Washington,

12    D.C., on January 5th was because Dr. Gold was scheduled to

13    speak on January 5th and again on January 6th outside the

14    Capitol.  She actually did speak on January 5th and gave a

15    speech about what she calls medical freedom, something to do

16    with vaccines; you shouldn't be forced to take them.

17         I'm going to try to stay out of that as much as I

18    can because that's not really what the case is about on the

19    vaccine level, but that's her thing.  And we can all say

20    that's terrible, or it's not terrible.  I'm not here to

21    argue the medicine with you.  I suspect we all pretty much

22    feel similarly.

23         But he was working doing security for her.  That's

24    the only reason he came here, is to make sure she was okay.

25         They had started dating at some point after he

1   started working there.  At the time that this was going on,

2   she was 55.  He was 36, 37.  And you can do the math.

3   Here's a doctor; she also has a law degree.  And he was this

4   semistarving sort of sometimes-employed/unemployed actor/

5   model.  And the two kind of met up, and the rest went from

6   there.

7          At the time that they came here on January 5th --

8   sorry to put it out here, but we're all adults -- they had

9   not been intimate yet.  They were dating, but they weren't

10  at that level.  But he was here to provide security to make

11  sure she was safe, and he did that.

12         And when you watch videos in this trial, you're

13  going to see that whenever you see Dr. Gold in the building,

14  he's always behind her scanning the area, looking around to

15  make sure she'll be safe.

16         Let's back up and talk about why they were there

17  in the first place.

18         On January 6th, both Mr. Strand and Dr. Gold went

19  to the Ellipse and heard all these speeches that we've

20  talked about.  When that was over, Dr. Gold and about 19 or

21  20 other people were scheduled and had a permit for speeches

22  right outside the Capitol.  That's why they were there.

23         They weren't here to break into the Capitol or to

24  storm it.  In fact, as you watch the videos, look at them

25  and compare them to everybody else who is there.  No MAGA

1      hat, no flag, no helmet.

2              Some of these folks came to D.C. that day, as I'm

3      sure you all know from coverage, in battle gear, riot gear.

4      Some had these masks like they knew they were going to bring

5      some kind of tear gas and spray people so they wanted to

6      make sure they didn't get what they were going to dish out.

7      Some had Trump flags, American flags, the Blue Line flag for

8      police officers.

9              Mr. Strand was wearing jeans, a jacket, and a pink

10     scarf with his glasses.

11             One of the officers said that he and Dr. Gold

12     stuck out; they didn't fit in.  And that's because they

13     weren't supposed to be at the Capitol in the middle of this

14     mess.  They were supposed to be giving a speech, or she was,

15     right near the Capitol where there was a permit.

16             They got here about 1:00 on the grounds over where

17     the speech was supposed to be given.  I'm not sure how well

18     you all are as far as navigation in your heads, but they

19     were on the Constitution Avenue side, the northeast side of

20     the Capitol, sort of nearer to the Supreme Court, if that

21     makes sense to you.

22             They get there, and somebody says the speeches are

23     cancelled.  The speeches are cancelled.

24             Dr. Gold was not happy about that.  Dr. Gold was

25     not happy about that because she had been, in her view,

1    censored by various outlets for her views on medicine and

2    vaccines, so she thought she had to get out and speak in

3    front of as many people as possible to spread her message.

4           So when she got there, and that couldn't happen,

5    she wanted to go to the Capitol and actually go up on the

6    steps on the east side and hope that, when people came

7    there, that's where the alternative stage would be.  So

8    that's when they walked over there.

9           When they walked there, the barricades had been

10   taken down by all of these -- I'll try to be nice -- people,

11   these other people.  The bike racks were gone.  The signs

12   were gone.

13          They come over there after 2:00, and she insists

14   on going there.  Mr. Strand tells her this is not a good

15   idea.

16          Why isn't it a good idea?  Not because of

17   politics, but because he's a security guard.  Things are not

18   predictable.  He doesn't know who is going to be where.

19   That wasn't the plan.  The plan was to be on a stage.  He

20   really is obsessed about keeping her safe; not just because

21   it's his job, but he cared about her.

22          So when Dr. Gold makes up her mind, she's going,

23   and he followed her.  And you might think:  Oh, well, he's

24   blaming the woman, blaming the girl.

25          That's not what this is about.  These are facts

1      that we're going to present to you.

2              So he went up there, and they were up on the

3      Capitol steps.  She tried to speak a couple of times, but it

4      was mayhem.  You saw it.

5              So they're getting closer to the top, and they

6      actually get pushed.  And what you're going to notice in

7      some of these videos is that crowds started packing in and

8      packing in and packing in.  When you saw a picture earlier,

9      I knew what to expect because I've seen this a thousand

10     times, but you've only seen it once.  You'll see it again.

11             Mr. Strand -- when Mr. Manning was talking about

12     Mr. Strand being right next to the police officer, Officer

13     Pollitt, who fell down, Mr. Strand was actually up against

14     the side of the wall like this, and Dr. Gold was next to him

15     staying out of the way.

16             At some point the doors to that east side open

17     from the inside.  Somebody from the inside opened the doors.

18     Somebody from the outside pushed in.  Someone from the

19     inside, law enforcement, came in to try to close the door.

20     And there was this big melee not involving Mr. Strand and

21     Dr. Gold, and eventually everybody kind of got pushed in.

22             I like to fly.  I don't know -- a lot of people

23     look up, and you see airplanes.  There's something called a

24     Venturi effect.  When air goes into a smaller space, the air

25     pressure increases, and when it comes out the other side, it

 1    just kind of gets pushed out.  That's one of the very basic

 2    concepts behind a jet engine.

 3            They were in that Venturi effect when the doors

 4    opened and the crowd was just pushing and pushing.  They

 5    just got pushed through.  And you'll see when they come

 6    through the door.  It happens kind of fast.  And Dr. Gold's

 7    in front of Mr. Strand, and he's holding her literally like

 8    making sure she's okay.

 9            At that point there was no turning back.  They had

10    just come from where they got pushed in.

11            So they get in.  And he's trying to get her out of

12    the way of what he expects is going to be this huge wave of

13    people, so he takes her off down that first -- first the

14    Rotunda and then down into the Statuary Hall.

15            Mr. Manning talked about these text messages that

16    they found on Mr. Strand's phone when they searched his

17    house -- actually Dr. Gold's house in Beverly Hills, and

18    here's what you need to think about as we go through this

19    trial.

20            Number one, he didn't erase them.  He didn't try

21    to destroy evidence.  They were right there.

22            Number two, when he wrote what he wrote before

23    January 6th and after January 6th, he was writing what he

24    honestly thought.

25            Now, you're thinking:  Oh, my goodness, that

1   doesn't sound good, about the Pence comment.  But let me

2   back up a little bit.

3          Another comment he made later, after January 6th,

4   was -- when somebody asked him, "Where were you?  What did

5   you do?" he said, "It was hard to tell where we were."

6          He doesn't know that building.  Most people don't

7   know that building.  I've been in there three times.  I have

8   no idea how to get anywhere.  It's not a simple building to

9   go through.

10          And so he wrote, not knowing that he would need to

11   show this to a jury 19 months later, telling one of his

12   friends:  I really had no idea where we were.

13          The government wants you and will want you to

14   believe that he went to that House Chamber because he knew

15   that was the House Chamber, and they had some sinister

16   motive.

17          That's not the case at all.  He was trying to get

18   out of the way -- at that point he and Dr. Gold realized

19   this was not a good situation, and they were trying to find

20   a different way out.  They couldn't go out the way they came

21   in.  People were streaming.  At some point it stopped.  Then

22   it started again.  The whole scene was insane.  So he's

23   trying to keep her in safety.  He's trying to think:  Can we

24   go out this way?  They loiter there for a while.

25          They saw cops -- pardon me -- police officers at

page

1      the end of the hall, and they're waiting and waiting and

2      waiting.  And officers are saying, "You can't go through

3      here, but you can go back that way."

4              At one point actually he went up to that hallway

5      with Dr. Gold and he looked, and you see him -- and

6      something you should notice about this, when you watch the

7      videos.  Other people, they are looking around or looking

8      down or whatever.  He's always scoping the room.  He's

9      always checking.  He's doing his job for her.

10             So they went up to that hallway.  They got blocked

11     by police.  Okay.  That doesn't look good.

12             So then he tried to take her back, and you see him

13     leaving the area for a while.  And where do we go?  There

14     was nowhere to go.  So they ended up coming back there

15     thinking:  Well, maybe we can just stay here; maybe they'll

16     let us through at this point.  He didn't know where "let

17     through" was.  He was hoping it was an exit.

18             Here's another thing you need to know.  Mr. Strand

19     firmly believed the election was stolen.  But that's not why

20     he went there, contrary to what the government told you.  He

21     went there because she was giving a speech, and he was there

22     to be with her.

23             He never spoke to anybody in the months and days

24     before about going to stop the certification.  In fact, he

25     wasn't even knowledgeable enough to know the details of what

1    was supposed to happen on January 6th.  He knew there was

2    something going on, obviously; the President had said -- the

3    former President had said something about go to the Capitol,

4    but he just wasn't that clued into it.

5          The problem that I have defending this case is

6    we've all lived 19 months after this happened, and we've all

7    seen and heard, if we're watching the news or anything, what

8    happened, how it was supposed to happen, how the

9    certification was supposed to happen, how, if one

10   congressman in one -- or one congressperson or one Senator

11   objects to a certification of a state's votes, then they

12   have to delay and go back to their chambers.  We've all seen

13   this, and so in our minds, we already know how this works.

14   We've heard it.

15         Think about what it was like back on January 6th

16   when people are watching the news and they're trying to

17   understand from the experts on CNN or MSNBC or whatever how

18   is this supposed to work, what's supposed to happen.

19         So Mr. Strand is this actor/model/security guard

20   guy who is passionate, but he doesn't know all these

21   details.  It's not like he thinks:  Oh, if I go there and if

22   I stand outside the House Chamber because I know where I am,

23   I'm going to stop it.

24         In fact, they had already stopped before they got

25   there.  But he doesn't know all this.  So let's not ascribe

1    to him more than he should know.

2         Mr. Strand and Dr. Gold, you will see, were the

3    only two people there that entire day at the Capitol, inside

4    or out, the only two people there who weren't there to Stop

5    the Steal.  They were there for her speech.  They were there

6    for her speech.

7         Mr. Manning said:  Oh, yes, she tried to give a

8    couple of speeches inside the Capitol.  That was her

9    obsession.  I couldn't speak out there.  I tried to speak on

10   the Capitol steps, too loud.  We get pushed in here.

11        She eventually gives a speech.  He films part of a

12   speech, you'll see part of it.

13        She may or may not testify here.  We're not sure.

14   But you'll see her for a minute or so on the camera at

15   least, and you'll hopefully get a sense of Dr. Gold a little

16   bit.  She's a forceful person.  So he's following her.

17        Again, as you watch the videos and listen to the

18   evidence, ask yourselves as you're watching:  Is Mr. Strand

19   talking to any other, call them rioters, in the Capitol the

20   whole time he is there?  Is he encouraging anybody the whole

21   time he's there?  Is he backing up police?  Is he breaking

22   anything?  Is he wearing a MAGA hat?  Is he doing anything

23   that all the other people were doing, or is he always there

24   with Dr. Gold?

25        So when you look at these videos, you're going to

1    see Mr. Strand, Dr. Gold, Dr. Gold, Mr. Strand.

2         The comment about Vice President Pence was made at

3    5:23 on January 6th.  Mr. Strand and Dr. Gold left the

4    Capitol at 3:19.  They went in, pushed in at 2:27 and 27

5    seconds.  They got out at 3:19.

6         They were ready to leave 15 minutes before that,

7    but they couldn't get out because there were still people

8    streaming through those doors on the east side, and they

9    literally at some point just stood to the side and waited

10   and waited and waited and waited.  And at some point there

11   was a break.  They got out, and then more people started

12   coming back in.

13        So he was out two hours before he sent that

14   message about what happened, about Pence had to delay the

15   certification.  In those two hours, he heard news about what

16   had happened.

17        I am not here to tell you he wasn't happy about

18   it.  I am here to tell you that wasn't his intent when he

19   went in there.  That wasn't his intent the whole time.  He

20   thought the election should be reviewed, et cetera, et

21   cetera, as we all heard ad nauseam, right, the last 19

22   months.  He thought it wasn't fair, et cetera.  But he

23   wasn't there to stop it.  He was there with her.

24        And the tricky part for you -- and I don't envy

25   you, frankly; I do not envy you at all -- is to separate

```
 1      your strong political feelings, because I think we all have
 2      strong feelings in this city, and Mr. Strand's strong
 3      political feelings are in a completely different direction
 4      of what we have from the facts of that day.
 5              And if I had to sum it up -- I don't -- I'm not
 6      one of these lawyers who likes to give people a theme in an
 7      opening and a theme in closing.  I think that's kind of law
 8      schoolish.
 9              But the theme would be this:  Actions speak louder
10      than words.  He might have said he didn't want the election
11      to go forward.  He might have said we need to recount.  He
12      might have said all these things.
13              What were his actions on January 6th between 2:27
14      p.m. and 3:19 p.m.?  Watch the videos, listen to the
15      testimony, and you will conclude that at the very least, at
16      the very least, there is a reasonable doubt about his guilt
17      because, as I said, he and Dr. Gold were the only two people
18      there that day not to talk about the election, but to talk
19      about her issue.
20              I appreciate it.  I know it's hard.  Keep an open
21      mind, and we'll talk to you a little bit later.  Thank you.
22              THE COURT:  All right.
23              All right.  That concludes our opening statements,
24      ladies and gentlemen.  I will remind you again that the
25      opening statements of the lawyers, including the videos and
```

1   stills that you've seen, are not evidence, all right?  These

2   statements were only intended to give you a sense of what

3   each side believes the evidence is going to show once we get

4   into the evidentiary portion of the case.  So I will remind

5   you of that.

6          Is the government prepared to call its first

7   witness?

8          MS. AYERS-PEREZ:  We are, Your Honor.

9          THE COURT:  Okay.  Very well.

10          And, ladies and gentlemen, whenever you want to

11   get up and stretch, feel free.

12          MS. AYERS-PEREZ:  Your Honor, the government will

13   call Carneysha Mendoza.

14          THE COURT:  Step right up.

15          Okay, ma'am, welcome.  Step right up.  You can

16   remove your mask, if you'd like, and please remain standing

17   and raise your right hand.

18                  CARNEYSHA C. MENDOZA, Sworn

19                       DIRECT EXAMINATION

20   BY MS. AYERS-PEREZ:

21   Q.  Good morning.

22   A.  Good morning.  Sorry, I'm used to the other courtroom.

23   Q.  Can you please state and spell your name for the record.

24   A.  Sure.  Carneysha C. Mendoza.  It's C-A-R-N-E-Y-S-H-A,

25   middle initial C, last name Mendoza, M-E-N-D-O-Z-A.

1    Q.   Thank you.  Where do you work?

2    A.   United States Capitol Police.

3    Q.   And what is your title there?

4    A.   I'm currently a captain and commander of the civil

5    disturbance unit.

6    Q.   Okay.  How long have you worked for U.S. Capitol Police?

7    A.   A little over 20 years.

8    Q.   And when did you become a captain?

9    A.   2020.

10   Q.   Okay.  And you said you work for the civil disturbance

11   unit?

12   A.   Yes, ma'am.  That's the main unit I work for.

13   Q.   Okay.  Can you tell us what the civil disturbance unit

14   is?

15   A.   So we basically handle any type of protest,

16   demonstrations, civil unrest, riots, crowd control, that

17   type of thing.

18   Q.   Okay.  And what was your job title on January 6, 2021?

19   A.   I was the field commander.

20   Q.   And for the rest of this time, if I say "January 6th,"

21   will you understand that to mean January 6, 2021?

22   A.   Yes, ma'am.

23   Q.   Okay.  Thank you.

24        How many people work for you now?

25   A.   Approximately 300.

1    Q.   And on January 6th, how many people worked for you?

2    A.   Approximately 300.

3    Q.   Captain is a pretty high rank within U.S. Capitol

4    Police; is that correct?

5    A.   Yes, ma'am, senior management.

6    Q.   Were you scheduled to work on January 6th?

7    A.   I was.

8    Q.   What were you expecting to do that day?

9    A.   I was expected to work the evening shift as the field

10   commander.

11   Q.   Okay.  And what were you expecting to happen that day?

12   A.   Well, I knew that there was a demonstration that was

13   going to take place.  I was not primary on that

14   demonstration, but I would have taken over had the

15   demonstration lasted longer than a certain period of time.

16   Q.   Do Capitol Police officers take an oath before becoming

17   officers?

18   A.   Yes, ma'am.

19   Q.   And what are they sworn to do?

20   A.   To protect and serve the community, Congress, and uphold

21   the legislative process.

22   Q.   Are they also sworn to protect the Capitol building

23   itself?

24   A.   Yes, ma'am; that's correct.

25   Q.   Are you familiar with the Capitol building, the Capitol

1   building complex, and the grounds of the Capitol building?

2   A.  Yes, ma'am.

3   Q.  Where is the U.S. Capitol located?

4   A.  The U.S. Capitol is located at No. 1 First Street in

5   Washington, D.C.

6           MS. AYERS-PEREZ:  Ms. Rouhi, can you pull up

7   Government Exhibit No. 100.

8   Q.  Okay.  Captain Mendoza, without going into details about

9   this, do you recognize what you're looking at?

10  A.  I don't see anything on my screen yet.

11          THE COURT:  Hold on.

12          (Pause)

13          THE COURT:  Ladies and gentlemen, bear with us.  I

14  know we have an IT guy on the jury, but you're not on the

15  clock over here.

16          (Pause)

17          THE COURTROOM DEPUTY:  I need to call John.

18          THE COURT:  Okay.  Ladies and gentlemen, we're

19  going to take a break and call our IT folks and get this

20  problem fixed as soon as possible.  And so just retire back

21  to the jury room, and we'll let you know when we're ready.

22          And no discussions about the case, no research

23  about the case.

24          (Jury exits courtroom)

25          THE COURT:  All right.  We're going to call

1    Mr. Cramer.

2          All right.  So Mr. Brennwald, you put a lot of

3    words in the co-defendant's mouth in openings, right?  So

4    if --

5          MR. BRENNWALD:  I hear you.

6          THE COURT:  -- they don't testify, we may have to

7    deal with that, okay?

8          (Recess taken)

9          THE COURT:  All right.  Welcome back.  Please be

10   seated, everyone.

11         Juror 14, I don't think we're going to need your

12   help.

13         JUROR NO. 14:  Okay.  Okay.

14         THE COURT:  All right.  Ms. Ayers-Perez, please

15   proceed.

16         MS. AYERS-PEREZ:  Thank you, Your Honor.

17         And thank you, Captain Mendoza.  I apologize for

18   that.

19   BY MS. AYERS-PEREZ:

20   Q.  So where we left off, can you see what's marked as

21   Government's Exhibit No. 100 on your screen?

22   A.  Yes, ma'am.

23   Q.  Okay.  And without going into details about what it is,

24   do you recognize this?

25   A.  I do.

1    Q.  Okay.  And is this a fair and accurate representation?

2                JUROR NO. 14:  Should we be seeing this?

3                THE COURT:  No, not yet.  You'll see it once it's

4    admitted into evidence.

5    Q.  Without going into details about it, is it a fair and

6    accurate representation of that building on January 6th?

7    A.  Yes, ma'am.

8                MS. AYERS-PEREZ:  Your Honor, I move to admit

9    Government's Exhibit 100 into the record.

10               THE COURT:  So moved.

11               MS. AYERS-PEREZ:  Permission to publish to the

12   jury, Your Honor?

13               THE COURT:  You may.

14               MS. AYERS-PEREZ:  May we publish Government's 100.

15               THE COURTROOM DEPUTY:  It's up.

16               MS. AYERS-PEREZ:  Thank you.

17   Q.  All right.  Captain Mendoza, what are we looking at

18   here?

19   A.  It's a photo of part of the Capitol grounds.

20   Q.  Okay.

21   A.  And some of the office buildings within the grounds.

22   Q.  Okay.  And can you see the Capitol building in this?

23   A.  Yes, ma'am.

24   Q.  So you have the ability to actually circle and write on

25   the screen, and it will pop up on all of our screens.  Do

1    you know how to do that?

2    A.  Yes.

3    Q.  Okay.  Can you circle the Capitol building for us here.

4    A.  Sure.  (Witness complies)

5    Q.  Great.  Thank you.

6           And this is how the Capitol looked there on

7    January 6th?

8    A.  Yes, ma'am.

9    Q.  Does the Capitol have a House side and a Senate side?

10   A.  Yes, ma'am, it does.

11   Q.  Could you mark the House side on there for us.

12   A.  Sure.  (Witness complies)

13   Q.  Okay.  And so that side of the Capitol building is where

14   the House Chamber sits?

15   A.  Oh, yes.  I'm sorry, you wanted it on the building?

16          We have the House side of the grounds and the

17   House side of the building.  So this is the House side of

18   the building itself.

19   Q.  Great.  Thank you.

20          And can you mark the Senate side of the building,

21   too, for us, please.

22   A.  Yes, ma'am.  (Witness complies)

23   Q.  And so you should have the ability right there on the

24   right side of your screen to press something, the clear

25   button, and that will move all of this away.  Can you do

that for us?

A.  Okay.  (Witness complies)

Q.  Perfect.  Thank you.

        Is there a west and an east side of the Capitol
building?

A.  There is.

Q.  Okay.  And what's on the west side of the Capitol
building?

A.  The west side of the Capitol building, you have the west
front grassy area, reflecting pool, and it faces the
National Monument.

Q.  Okay.  And can you show us on the map where the west
front of the Capitol building is.

A.  Yes, ma'am.  It's back here.

Q.  Perfect.  And what about on the east side of the Capitol
building?

A.  East side of the Capitol faces the Supreme Court
building, and you have the east front plaza.

Q.  And what's on the east front plaza?

A.  It's basically a driveway.  It's where people go to take
pictures, motorcades come in.  There's a walkway there, a
couple of walkways.

Q.  If I wanted to visit the Capitol, would I do that on the
east side?

A.  You could visit on -- you could really walk around any

side of the Capitol, but if you wanted to go into the building, you would go in on the east side, correct.

Q.  Okay.  And that's where the visitors center is downstairs?

A.  Yes, ma'am.  It's actually under the plaza.

Q.  Right.  Was there anything different about the west side of the building on January 6th?

A.  The inaugural stage was being built out on that day; or not just on that day, but it had started being built out prior to January 6th.

Q.  Right.  And so there was scaffolding and things of that nature that day?

A.  Yes, scaffolding and a stage.

Q.  When you say "the inaugural stage," are we talking about the stage being built for the inauguration of the presidential election to take place January 20th?

A.  Yes, ma'am, the inauguration of the President.

Q.  Okay.

         MS. AYERS-PEREZ:  If we can pull up Government Exhibit 101, Ms. Rouhi.

Q.  And, Captain Mendoza, if you could clear that circle.

A.  Sure.

Q.  Thank you.  I always forget that part.

         All right.  Without going into detail about what we're looking at, do you recognize what's on your screen,

what's marked as Government's Exhibit No. 101?

A.  Yes, ma'am, I do.

Q.  Okay.  And is this a fair and accurate representation of how this appeared on January 6th?

A.  Yes, ma'am.

MS. AYERS-PEREZ:  Okay.  Your Honor, I move to admit Government's 101 into evidence.

THE COURT:  So moved.  And you --

MS. AYERS-PEREZ:  Permission to publish to the jury, Your Honor?

THE COURT:  It may be published.  You don't have to ask specific permission each time.

MS. AYERS-PEREZ:  Thank you, Your Honor.

Q.  All right.  Captain Mendoza, what are we looking at?

A.  This is a diagram of the first floor of the Capitol building.

Q.  Okay.  And can you show us on here where that east front plaza is.

A.  East front plaza is up here.

Q.  Okay.  And moving in further, are there steps there as you get closer to the Capitol?

A.  Yes.  There are three sets of stairs.

Q.  Can you show us where the steps are or the stairs are, I apologize.

A.  Sure.  These are the Rotunda stairs, and then you have

the House -- I mean the Senate side stairs and the House side stairs.

Q. Okay. And so up those East Rotunda stairs, is there a door at the top of those stairs?

A. Yes, ma'am.

Q. Okay. And which door is that?

A. We call it the Rotunda door.

Q. Okay. Is that door unlocked during the day?

A. The door is locked, I mean, usually during the day.

Q. Okay. Was it locked on January 6th?

A. It should have been. If it's not locked, there are officers at the top that keep the doors secure.

          MS. AYERS-PEREZ: Okay. Ms. Rouhi, can you pull up Government's Exhibit No. 102.

Q. All right. Can you clear off the circles, Captain Mendoza.

A. (Witness complies)

Q. Thank you. Do you recognize what we're looking at?

A. Yes, ma'am.

Q. Is this a fair and accurate representation of how this looked on January 6th?

A. Yes.

          MS. AYERS-PEREZ: Your Honor, I move to admit Government's 102 into the record.

          THE COURT: So moved.

                    MS. AYERS-PEREZ:   Thank you.

Q.   Perfect.  Captain Mendoza, what are we looking at?

A.   This is a diagram of the second floor.

Q.   Okay.  And this is of the Capitol?

A.   Of the Capitol, yes.

Q.   And this is how it looked on January 6th?

A.   Yes, ma'am.

Q.   Do we see those East Rotunda stairs there again?

A.   Yes, ma'am.

Q.   Can you circle that for the jury.

A.   (Witness complies)

Q.   That East Rotunda door we talked about, is it there on
the second floor?

A.   Yes.

Q.   So if you were to enter through that door, you would
enter into the second floor of the Capitol building?

A.   Yes, ma'am, you would.

Q.   All right.  Do we see the Rotunda on this map?

A.   Yes, ma'am.

Q.   Can you circle for us where the Rotunda is.

A.   (Witness complies)

Q.   Thank you.

                And do we see Statuary Hall?

A.   Yes.

Q.   Can you circle Statuary Hall for us.

A.   (Witness complies)

Q.   And do we see the Senate and House Chambers here?

A.   Yes, ma'am.

Q.   Okay.  Can you show us which one is the House Chamber and which one is the Senate Chamber.

A.   Sure.  This is the House Chamber here.  Senate Chamber here.

Q.   And is the House Chamber bigger than the Senate Chamber?

A.   It is.

Q.   Because there's more members?

A.   Correct.

Q.   Okay.  All right.  If you could clear the circles for us.

A.   (Witness complies)

Q.   I want to talk about the security at the Capitol building on a normal day.

     On a normal day, is the Capitol secure?

A.   Yes.  Yes, ma'am, it is.

Q.   Okay.  And is it secured just part of the day, or is it secured the whole day?

A.   It's secured the entire day, 24/7.

Q.   And that's 365 days a year?

A.   Yes, ma'am.

Q.   Okay.  On a normal day, what kind of restrictions are in and around the Capitol building?

A.  On a normal day, in order to get into the building itself, you have officers at the door.  There are magnetometers, which are basically metal detectors, and also x-ray machines, which they use to screen baggage and those type of things.

On the grounds itself, there are several checkpoints.

Q.  And so when you talk about that interior security, it's pretty similar to what we all had to go through to get inside the courthouse today, right?

A.  Yes, ma'am.

Q.  Okay.  So the exterior security, can you give us a general idea of what that looks like.

A.  Sure.  In order to enter the grounds as far as exterior security, you would have to go over a checkpoint.  So there are officers at the checkpoints.

And then -- do you want exterior security of the building itself?

Q.  Yes.

A.  Okay.  Exterior security of the building itself, basically you have officers, prescreeners, officers that check IDs for people entering the building.

Q.  Okay.  And these checkpoints, they're manned by officers or security guards?

A.  Yes, ma'am.  Officers.

Q.  Who is allowed access to get inside the Capitol building
on a normal day?

A.  On a normal day, members of Congress, senators, staff
with offices inside the building, and United States Capitol
Police officers.

          Visitors can enter on a normal day through the
Capitol visitors center when the building is open to the
public.

Q.  And when we talk about the staffers with the offices
inside the building, do they have to show something to get
in?

A.  Yes.  They have to show their ID.

Q.  Okay.  So on a normal day when the Capitol is open to
the public, the public would have to go through that
visitors center and security through there?

A.  Yes, ma'am.

Q.  Okay.  Why is it necessary for visitors to go through
security to get into the Capitol?

A.  Well, so we can keep the building secure.  We want to
ensure that there are no explosive devices, weapons, or any
other type of contraband entering the building.

Q.  Can visitors just pass through any door of the Capitol
building?

A.  No, ma'am.

Q.  Why not?

A.  Because those -- a lot of the doors are designated just

for staff because there are -- there is business that goes

on inside the building, so a lot of those areas are just off

limits.  So that's why there's a designated area for

visitors and a designated visitors center.

Q.  Okay.  We talked about that East Rotunda door a lot

here.  Is that a door that visitors can go through?

A.  No, its not.

Q.  Okay.  What about visitors being escorted by members of

Congress or staff?  Could they go through that East Rotunda

door?

A.  That door is not typically open for anybody to go

through.  It is open for special occasions.  So not that

door specifically.

Q.  On January 6th was the Capitol open to the public?

A.  It was not.

Q.  Why not?

A.  For two reasons:  One, the building was closed due to

COVID restrictions; and the additional security was put in

place due to the certification of the electoral votes.

Q.  Okay.  Was the exterior east plaza of the U.S. Capitol

open to members of the public on January 6th?

A.  It was not.

Q.  Okay.  I'm going to show you what's marked as

Government's Exhibit 103.

Without going into details, do you recognize this?

A.  I do.

Q.  Is this a fair and accurate representation of how it looked on January 6th?

A.  Yes, ma'am.

MS. AYERS-PEREZ:  All right.  I would move to admit Government's 103 into evidence, Your Honor.

THE COURT:  Any objection?

MR. BRENNWALD:  No, Your Honor.

THE COURT:  So moved.

MS. AYERS-PEREZ:  Thank you.

Q.  Okay.  We can all see 103.

Do you recognize this?

A.  Yes, ma'am.

Q.  And what is this that we're looking at?

A.  This is the perimeter that we put in place for the -- specifically for the certification of the electoral votes.

Q.  All right.  So is this a view of the Capitol that we're looking from above?

A.  Yes, ma'am.

Q.  All right.  So what is this perimeter -- when you say "perimeter," what does that mean?

A.  Basically we placed bike rack and snow fencing around this red -- the area designated as the perimeter, which is the red lines here.  And we placed police signs and signage

on the fencing letting people know that the area was closed
to the public.

Q.  How many -- how often did you place the signage?  Was
there just one on each side?

A.  Oh, there were several -- they were either every bike
rack or every other bike rack.

Q.  Okay.  And how did you know that the perimeter was
actually in place?

A.  I actually drove the perimeter the night prior, and
another captain drove it the morning of to ensure that
everything was in place.

Q.  And when you drove it, all the bike rack was in place?

A.  Yes, ma'am.

Q.  And all the snow fencing was in place?

A.  Yes, ma'am.

Q.  And all the signs were in place?

A.  Yes, ma'am.

Q.  Could you tell us what the boundaries are from north,
south, east, and west of this perimeter.

A.  Sure.  So the north side encompasses -- it's
Constitution Avenue from First Street Northwest to the plaza
leading up to the plaza and the walkway in the east.

        And then the south side is Independence Avenue
from First Street Southwest to the plaza in the east.

        First Street on the west from Constitution Avenue

to Independence Avenue, and then the entire plaza in the east.

Q.  And when you say there's a perimeter in place, does that mean members of the public are not allowed to go beyond the perimeter?

A.  Correct.

Q.  Okay.  I'm going to show you what's been marked as Government's Exhibit No. 211.

Do you recognize this, Captain Mendoza?

A.  Yes, ma'am, I do.

Q.  And is that a fair and accurate representation of how it looked on January 6th?

A.  Yes.

MS. AYERS-PEREZ:  I move to admit Government's Exhibit 211 into evidence, Your Honor.

MR. BRENNWALD:  No objection, Your Honor.

THE COURT:  So moved.

Q.  Okay.  What are we looking at here, Captain Mendoza?

A.  Well, there's the bike rack I just described to you along with the snow fencing that's behind the bike rack, "Area Closed" signs, and individuals trying to separate the bike rack.

Q.  So can you orient us where we are at the Capitol right now in this picture?

A.  Right.  You're on the west side of the Capitol on First

Street.

Q.  Okay.  So you mentioned the bike racks.  Do they lock

together in these sort of mechanisms?

A.  Yes.

Q.  And how do they do that?

A.  There's basically a little L-shaped metal piece on the

bike rack that you have to lock in place.  And in order to

get it apart, you would have to maneuver the bike rack to

take it apart.

Q.  Is it easy to take it apart?

A.  It's not.

Q.  Have you done that before?

A.  Yes.

Q.  And so you mentioned snow fencing.  Can we see the snow

fencing in this picture?

A.  Yes, ma'am.

Q.  Okay.  Can you draw a circle around that to show us

where that is.

A.  Sure.  You can see it here, but it's actually behind all

of this bike rack here.  So you can see it in different

areas if you look through the bike rack.

Q.  And what is snow fencing?

A.  Snow fencing, it's just like a mesh fencing that

provides a little bit of extra security behind the bike

rack, and it makes it harder to separate.

Q.  And is that a sign that I see over here on the left-hand side of the picture?

A.  Yes, ma'am.

Q.  Can you circle that for us.

A.  Sure.  (Witness complies)

Q.  And what is that sign?

A.  That is an "Area Closed" sign.  So it says "Area Closed by Order of the Capitol Police Board."

Q.  So when we talked about the signs earlier when you were going around the perimeter, is this what you were referencing?

A.  Yes.

Q.  All right.  And there were quite a few of those that were around the perimeter?

A.  Yes.

Q.  I'm going to show you what's been marked as Government's Exhibit 212.

        And can you clear the screen for us.

A.  Sure.  (Witness complies)

Q.  Okay.  We're going to come back to 212.

        But before -- when we come back to -- we'll come back to that.  But before that, is there any sort of video footage in the interior and exterior or video cameras in the interior or exterior of the Capitol?

A.  Yes, ma'am.

Q.   Okay.  Can you tell me what that system is.

A.   We have a CCTV system, and we have approximately 1700 cameras on the grounds, a little over 1700 on the grounds --

Q.   Okay.

A.   -- itself.

Q.   Sorry, go ahead.

A.   On the grounds itself.

Q.   Okay.  And are they inside the Capitol as well?

A.   Yes, ma'am.

Q.   All right.  Are you familiar with that system?

A.   I am.

Q.   How are you familiar with that system?

A.   I used to oversee the system when I was a watch commander in the watch commander's office for six years.

Q.   And you said there were approximately 1700 cameras in and around the Capitol building?

A.   On Capitol grounds.  Not the building, but the grounds itself, yes.

Q.   And who controls those cameras?

A.   Mainly they're controlled from the command center.

Q.   Why does Capitol Police have a CCTV camera system?

A.   Well, we use the system to do virtual patrols.  So I always explain it as officers do patrols in their police car.  The officers in the command center patrol the grounds virtually, and we're able to catch different things and

mitigate them before they become a major issue.

Q.  Okay.  And CCTV, that's the closed-circuit television system; is that right?

A.  Yes, ma'am.

Q.  Are CCTV cameras part of the normal security there at the Capitol?

A.  Yes, ma'am, it is.

Q.  And are they regular -- are the videos regularly kept and maintained?

A.  Yes, ma'am.

Q.  All right.  Are the cameras located -- they're located in different areas both inside and outside the cameras -- outside the Capitol, I apologize?

A.  Yes, ma'am.

Q.  And do these cameras have any audio?

A.  They do not.

Q.  So we see video only with them?

A.  Yes.

          MS. AYERS-PEREZ:  Okay.  Your Honor, we actually have a stipulation at this point that's related to that.

          THE COURT:  Okay.

          Ladies and gentlemen, the parties have reached what's called a stipulation, which is essentially an agreement on certain evidence that Ms. Ayers-Perez will read into the record.  And you are to consider the stipulation as

undisputed evidence of a particular fact.  The stipulation
itself will be entered and will go back to the jury room
with you, along with all the other evidence in the record.

        MS. AYERS-PEREZ:  Thank you, Your Honor.

        This is entitled Exhibit 703, "Stipulation."

        "The United States and Defendant John Strand agree
and stipulate to the following:

        "The United States Capitol Police operate and
maintain closed-circuit video monitoring and recording
equipment that captures locations inside and outside of the
U.S. Capitol building and on the Capitol grounds.  The video
equipment time stamps each recording with the date and time
at which the footage is captured.

        "The U.S. Capitol Police controlled video
equipment was in good working order on January 6, 2021; and
video footage recovered from the cameras and equipment for
the day of January 6, 2021, is footage of January 6, 2021.

        "The events depicted in the video footage are a
fair and accurate depiction of the events at the U.S.
Capitol on January 6, 2021.

        "Where the time stamps are visible on the
recordings, they are accurate.

        "The video footage was not altered or edited in
any way.

        "The video footage is authentic, and that it is

what it purports to be."

          This is signed by Steve Brennwald, April Ayers-
Perez and John Strand.

          THE COURT:  Okay.  Exhibit 703 is admitted.
BY MS. AYERS-PEREZ:
Q.  All right.  Captain Mendoza, I'm going to show you
what's marked as Government's Exhibit 413.02.  Do you
recognize this?
A.  I do.
Q.  And is this a fair and accurate representation of how
this looked on January 6, 2021?
A.  Yes, ma'am.

          MS. AYERS-PEREZ:  Your Honor, I'd move to admit
Government's Exhibit 413.02 into evidence.

          MR. BRENNWALD:  Okay.  No objection, Your Honor.
I just wanted to make sure the time stamp was visible.

          THE COURT:  So moved.
Q.  All right.  Captain Mendoza, what are we looking at
here?
A.  This is the east front plaza, and this is a group of
people emerging on the east front plaza on January 6th.
Q.  And this is how it looked there on January 6th?
A.  Yes.
Q.  Okay.  I see what looks like two glass structures on the
right and left side of the picture.  Can you tell us what

we're looking at with those.

A.   Yes.   Those are the skylights that go down to the visitors center.

Q.   Okay.   And what about the black vehicles in the middle of the frame, what are we looking at there?

A.   That's the Vice President's motorcade.

Q.   And that's Vice President Mike Pence?

A.   Yes.

Q.   All right.   And there are steps that we see directly ahead.   Can you circle those for us.

A.   Sure.   (Witness complies)

Q.   So when we talked about those East Rotunda steps earlier, are those the steps that we're talking about?

A.   Yes.

Q.   And can you see a door at the top of those steps?

A.   Yes.

Q.   Can you circle that for us.

A.   (Witness complies)

Q.   And so the door of -- the East Rotunda door we've been talking about, is that that door?

A.   Yes, ma'am.

Q.   All right.   I'm going to show you what's been marked as Government's Exhibit 413.01.

         MS. AYERS-PEREZ:   Can you pause it and go back to the beginning.

Q.  Do you recognize this?

A.  Yes.

Q.  Is this a video?

A.  Yes.

Q.  Have you seen this video in its entirety?

A.  Yes, ma'am.

Q.  Is it a fair and accurate representation of how this looked on January 6th?

A.  Yes, ma'am.

        MS. AYERS-PEREZ:  I would move to admit Government 413.01 into evidence, Your Honor.

        MR. BRENNWALD:  No objection.

        THE COURT:  So moved.

        MS. AYERS-PEREZ:  All right.  Ms. Rouhi, if you could play the video for us.

        (Video playing)

        MS. AYERS-PEREZ:  We can pause that, Ms. Rouhi.

Q.  All right.  Captain Mendoza, is that a video from approximately 1:56 p.m. to 2:11 p.m. on January 6th?

A.  Yes, ma'am, it is.

Q.  Okay.  And is this -- we talked about that restricted perimeter earlier.  Is this within that restricted perimeter?

A.  Yes, it is.

Q.  Is anybody from the public allowed to be in this area on

January 6th?

A.  No, ma'am.

Q.  Okay.  So in the beginning we saw that a number of people were stopped there at this line in the beginning or in the bottom part of the film.  What was that line?

A.  There were -- so basically there's an additional set of bike rack once you emerge further into the east plaza, so that was that second layer of bike rack there.

Q.  Okay.  And people had momentarily stopped at it?

A.  Yes.

Q.  All right.  Did they overcome that bike rack?

A.  Yes.

Q.  Where did they stop at next?

A.  Well, I'm not sure exactly where they stopped at next.  They emerged up on the steps of the Rotunda.

Q.  Was there another additional barrier there on the steps of the East Rotunda?

A.  Yes.  There is a chain at the bottom of all three sets of stairs on the plaza.

Q.  Okay.  And was that chain -- did it have any spokes or anything like that as part of the chain there on the bottom steps?

A.  Yes.  There's chain and bike rack there at the steps.

Q.  Okay.  And did it appear that they stopped there momentarily?

A.  Yes.

Q.  Okay.  And then when they got past there, where are they stopped at now where we're paused in the video?

A.  It looks like a large crowd is actually on the steps itself, maybe some stopped at the door, doorway.

Q.  Okay.  And they're also not -- they're still within that restricted perimeter there, correct?

A.  Yes.

Q.  Okay.  What was scheduled to occur on January 6th?

A.  Certification of the electoral vote.

        THE COURT:  Ms. Ayers-Perez, it's about quarter to 1:00.  Is this a good stopping point?

        MS. AYERS-PEREZ:  I think it is, Your Honor, yes.

        THE COURT:  All right.  Ladies and gentlemen, we're going to take our lunch break.  Why don't we reconvene in the jury room just before 2:00 p.m.

        Feel free to go out for lunch or eat in the cafeteria, but no discussions about the case, no research about the case, and no contact with anyone involved in the case or any media, okay?

        Have a great lunch, and we'll see you back at 2:00.

        (Jury exits courtroom)

        THE COURT:  Okay.  See you back at 2:00.

        (Lunch break)

A F T E R N O O N   S E S S I O N

THE COURT:  Okay.  Please be seated.

Welcome back, everyone.  Everyone have a nice
lunch?

(All answer affirmatively)

THE COURT:  Good.

All right.  Ms. Ayers-Perez, the floor is yours.

Captain Mendoza, I'll remind you you're still
under oath, okay.

THE WITNESS:  Yes, sir.

MS. AYERS-PEREZ:  Thank you, Your Honor.

CARNEYSHA C. MENDOZA, Resumed

DIRECT EXAMINATION, Continued

BY MS. AYERS-PEREZ:

Q.  Good afternoon now, Captain Mendoza.  How are you?

A.  Good.

Q.  Okay.  So I want to go back to the restrictions and
perimeters around the Capitol on January 6th.  We had been
talking about the snow fencing and the bike racks.  Do you
remember that?

A.  Yes, ma'am.

Q.  All right.  I'm going to show you what's been marked as
Government's Exhibit 212.  Do you see this, Captain Mendoza?

A.  Yes.

Q.  Okay.  And do you recognize this photograph?

A.  Yes.

Q.  Is it a fair and accurate representation of how this
looked on January 6th?

A.  Yes, ma'am, it is.

        MS. AYERS-PEREZ:  I would move to admit
Government's 212 into evidence, Your Honor.

        MR. BRENNWALD:  No objection.

        THE COURT:  So moved.

Q.  Okay.  Great.

        Captain Mendoza, what are we looking at here?

A.  That is a photo of the west side of the Capitol, some
snow fencing.  And if you -- further east in that photo
there are some snow fencing, bike rack, and "Area Closed"
signs.

Q.  Can you draw a circle around that snow fencing that
we're talking about.

A.  Sure.  (Witness complies)

        There is snow fencing down here on the west side.
I'm sorry.  And then there's additional snow fencing and
bike rack here east of the west front.

Q.  Great.  And I'm seeing what looks like white either
squares or rectangles.  What is it that I'm looking at?

A.  Those are the "Area Closed" signs.

Q.  Okay.  And so the "Area Closed" signs we had talked
about earlier, that's what that is?

A.  Yes, ma'am.

Q.  Is this representative of how close they were throughout the entire perimeter of the Capitol?

A.  Yes, ma'am.

Q.  Okay.  And have you seen an actual up close "Area Closed" sign?

A.  Yes.

Q.  Okay.  And I'm going to show you what's been marked as Government's Exhibit 218.  It's a physical exhibit.

Do you recognize this, Captain Mendoza?

A.  Yes.  I have about 500 of them in my office.

Q.  And is this a fair and accurate representation of how it looked on January 6th?

A.  Yes, ma'am.

MS. AYERS-PEREZ:  Your Honor, I'd move to admit Government's 218 into evidence.

MR. BRENNWALD:  No objection.

THE COURT:  So moved.

Q.  Okay.  So what are we looking at here, Captain Mendoza?

A.  That is a sign we used to designate that an area's closed, and we use it for multi purposes, but definitely for demonstrations.

Q.  Okay.  And this is the exact sign or exact representation of this sign that was there on January 6th?

A.  Yes.

Q.  And that was around the entire perimeter restricted area?

A.  Yes, ma'am, it was.

Q.  Okay.  Great.

        MR. BRENNWALD:  Your Honor, just for the record, I'm not objecting to leading questions because it's just foundational.

        THE COURT:  Very well.

Q.  Okay.  And, Captain Mendoza, on January 6th, within that restricted area, were there any permits that were given to give speeches within that area?

A.  No.

Q.  What about there at the Capitol?

A.  No, ma'am.

Q.  Okay.  So nowhere within the restricted area was a permit given for anybody to give a speech?

A.  No, ma'am.

Q.  Okay.  And let me just rephrase that because I think I used a double negative so I kind of confused myself there.

        But there was no permit for a speech within the restricted area on January 6th?

A.  Correct.  There was not.

Q.  Okay.  Thank you, Captain Mendoza.

        Going back to how your day was on January 6th, you said earlier you were on duty.

A.  I was.

Q.  Okay.  What time did you arrive at the Capitol on January 6th?

A.  At the Capitol proper, I arrived about 1400 hours.  I arrived on duty about 1330.

Q.  Okay.  And that would be 1:30 to 2:00 p.m.?

A.  Yes, ma'am.

Q.  Okay.  And was that the time you had scheduled yourself to come in?

A.  I was scheduled to come in the evening.  I planned to arrive around 1500 hours-ish.

Q.  Okay.  And so that's about 3:00 p.m.?

A.  Yes, ma'am.  Sorry.

Q.  No, no, you're fine.

    Why did you come in early?

A.  So I received a call from another commander basically asking me where my SWAT team was located, because I'm also the assistant commander of the special operations division.  So we have 13 programs.  SWAT is one of those programs.  And so I didn't think too much of it.  I just gave her an answer.

    And then she called me back shortly thereafter, maybe a few minutes after, and said, "You may want to come in."

Q.  Okay.  So what did you observe when you arrived there at

the Capitol?

A.  So I initially was actually en route to an explosive device at the Democratic National Convention [sic], and then I heard a call for an officer needing or requesting assistance or officer in trouble.

        And so I proceeded past that, responded to the Capitol; and I just observed a sea of people in the plaza.

Q.  When you say you got a call about an officer in trouble, where was that call from?

A.  It was from the Rotunda, the Capitol Rotunda.

Q.  And that's inside the Capitol?

A.  Yes, ma'am.

Q.  Is there a certain code that's used by officers to indicate they're in trouble?

A.  Yes, ma'am.  It's a 10-33.

Q.  And is that what you heard?

A.  Yes, ma'am.

Q.  Had you ever heard a 10-33 from inside the Capitol from one of your officers before?

A.  Not from inside the building, no.

Q.  Okay.  So where do you arrive at the Capitol when you got there?

A.  I arrived on the south side because at that time I was coming from the south side, so I arrived on the south side, south barricade.  That's also known as the House side of the

plaza.

        MR. AYERS-PEREZ:  Okay.  And if we can pull up
Government's 100, which is already in the record or in
evidence.  Great.

Q.  Captain Mendoza, can you mark on this map where it is
you pulled up.

A.  Yes.  It's going to be really small though.

        So I came in from this -- I came from this
direction right here and pulled up into -- into the south
barricade, and pulled up right about there.

Q.  Okay.  Is that on the east or the west side of the
Capitol?

A.  The plaza's on the east side of the Capitol.  I was on
the south side of the east front.

Q.  Great.

        MS. AYERS-PEREZ:  Can you pull up Government's
101, Ms. Rouhi.

        Thank you.  You beat me to that.

Q.  So we're looking at Government's 101.  Can you show us
here on this map exactly where it is or around about where
it is where you pulled up.

A.  Yes.  Somewhere around here.  I drove up to this area
right here.

Q.  And what did it look like when you arrived there?

A.  I just remember -- so I was going to go into the

Rotunda, but I couldn't because there was -- there were
people, a lot of people on the stairs, so I didn't think I
was going to be able to get through.  Or a lot of people in
front of the stairs.

Q.  Around about what time was this?

A.  I believe I arrived around 1400, maybe a little after
1400 hours.

Q.  Okay.  So a little after 2:00 p.m.?

A.  Correct.

Q.  And when you talk about the stairs, can you show us on
the map what stairs you're referencing.

A.  (Witness complies)

Q.  Okay.  And are those the stairs we've been talking about
for a while here?

A.  Yes.

Q.  All right.  So when you say there were people there, are
you talking about congressmen, staffers, or other kinds of
people?

A.  Well, there were -- there were no unauthorized people at
the location.

Q.  Okay.  And so what did you do from there?

A.  So from there actually an officer approached me and
asked me where I wanted to go, and I said the Rotunda, so he
badged me into a door.  It's kind of a hidden door over on
the south side.  He badged me into that door, and I

proceeded into the building.

Q.  Okay.  And you were still going to the Rotunda because of that 10-33 call?

A.  That was -- yes.  That was the -- my intent.

Q.  What did you observe when you got inside the Capitol building?

A.  So whenever I got in, an officer locked me in, and there was about 200, 300 people in the area that he locked me into.  And so I proceeded through the crowd, kind of pushed my way through the crowd, and I saw some of my civil disturbance unit holding a crowd back in the hallway.

Q.  When you say the officer locked you in, do you mean he just locked the door behind you?

A.  Well, it's secure, so when you close it, it locks --

Q.  Okay.

A.  -- automatically.

Q.  And these 200 to 300 people, these were people who were not authorized to be in there?

A.  Correct.

Q.  Okay.  They were rioters at this point?

A.  Yes.

Q.  All right.  So how did you get through that group?

A.  I pushed my way through.

Q.  Where did you end up?

A.  I ended up in a hallway where there were some of my

officers holding back an additional crowd and trying to keep
them from penetrating further into the building.

Q.  Are you on the first or the second floor of the Capitol
building at this point?

A.  The first floor.

Q.  Okay.  Can you show us on the map around about where you
were.

A.  Yes.  So I walked in.  There's a door here.  It's really
hard to see actually.

        I came down this hallway.  There's a hallway right
around here.  And I tried -- I think this is about where the
officers were located.  It was pretty much as soon as I came
in the door.

        MS. AYERS-PEREZ:  Okay.  And when I said "the
map," I was referring to Government's 101.  I just want to
make that clear for our record.

Q.  So you ran into some officers there.  What happened from
there?

A.  I assisted the officers in holding the crowd back, and
we got overrun.  So at that point we relocated to various
locations to assist other officers.

Q.  So when you say you got overrun, what do you do when a
crowd overruns you?

A.  Well, I mean, you go to another location or you
designate a Plan B.

Q.  Okay.  And that's what you all did there?

A.  Yes.

Q.  Okay.  So where did you end up from there?

A.  I proceeded to my intended location, which was the
Rotunda.

Q.  Okay.  And so all of these people that you're seeing
inside the Capitol, the unauthorized people, had any of them
gone through the security we've been talking about?

A.  No.

Q.  None of them had gone through any of the x-ray machines,
any metal detectors, nothing like that?

A.  No.

Q.  Was that a concern for you?

A.  Yes.

Q.  Why?

A.  Well, it's a concern when one single person breaches the
building, so it's certainly a concern whenever you get a
crowd that breaches a building.  So we don't know what that
person has on them, whether they have explosive devices or
weapons or anything else, and we need to keep the building
secure so we can keep Congress secure and keep people from
getting hurt.

Q.  When you got to the Rotunda, what did you observe?

A.  When I got to the Rotunda, I observed the same.  a crowd
of people that were unauthorized, and officers trying to get

them -- push them back out the door.

Q.  How did it sound in the Rotunda?

A.  It was loud.  I mean, I had a hard time getting on the radio.  I mean, I could get on the radio, but dispatch had a hard time hearing me, so it was loud.

Q.  So you mentioned your radio.  You have a radio while you're inside the Capitol?

A.  Yes.  A radio is on me 24/7.

Q.  And is that a radio where you can hear other officers?

A.  Yes.

Q.  Were you hearing a lot of traffic on the radio on January 6th when you were inside?

A.  Yes.  I'm sorry, yes, ma'am.

Q.  What were you hearing?

A.  Officers yelling on the radio asking for assistance, and mainly other officers stating the status of the location they were at, whether it was overrun, you know, and what else they needed.

Q.  So you had the initial 10-33 call.  Were there other 10-33 calls that day you heard?

A.  Yes, ma'am, multiple.

Q.  Okay.  Quite a few?

A.  Yes.

Q.  Was it unlike anything you had seen or heard ever before?

A.  Yes.

Q.  Did you come up with a plan when you got inside the Rotunda?

A.  Yes.

Q.  What was that plan?

A.  So when I got into the Rotunda, my plan was -- I called for additional less lethal resources.  I also oversee the less lethal team.  I called for additional less lethal at least to that location to try to disperse the crowd, and then basically created two lines of officers to try to push the crowd out that was already there; put the less lethal resources to disperse the crowd on the steps so we could push other people out.

Q.  What are less lethal resources?

A.  So we have chemicals, like OC, CS.  They're different types of chemicals that create -- they both do different things, but some of them affect like your nasal passages, and some of them actually affect your skin.  And then we have impact weapons.

Q.  Okay.  And so going back to the spray, is that what we would commonly refer to as pepper spray?

A.  Similar.  It's similar.

Q.  Okay.

A.  It's different, but it's similar.

Q.  And do Capitol Police have them on them or some of them

do?

A.  Yes, the less lethal team does.

Q.  Great.  And you called your less lethal resources.  Did they come to you?

A.  Yes.

Q.  Okay.  And so what did you do from there?

A.  Basically we got to a point where we deployed some of the less lethal resources, and we eventually pushed the rioters that were in the Rotunda back out the door.

Q.  Okay.  So --

A.  It took a little while, but...

Q.  I'm going to show you Government's 102.

And that's the Rotunda right there in the middle -- oh, great.  Can you clear that?  Every single time, I always forget.

Is the Rotunda right there in the middle?

A.  Yes, ma'am.

Q.  Okay.  Can you show me where you all were pushing them to or where you were trying to clear out?

A.  Yes.  So there's -- there were people inside the Rotunda, but we were initially actually pushing people. There's like a little vestibule area right here before you -- between the stairs and the actual Rotunda.  So we were trying to clear the people off the stairs here, and then push the people that were in the secondary area right

here out so we could push people out from within the Rotunda.

Q.  Okay.  You mentioned the chemical spray with the less lethal resources.  What other less lethal resources do you have, less than lethal?

A.  That's pretty much the makeup of our less lethal.  It's all chemical impact.

Q.  Got it.

A.  So we have several different types, but it's all chemical and impact.

Q.  Okay.  What is impact?

A.  Basically a round that hits someone and causes some significant pain.

Q.  Okay.  So what's the purpose of you using that when you have a big crowd of people?

A.  To try to disperse the crowd.

Q.  And have you used that before with a crowd of people?

A.  Yes.  The CS and OC, yes.

Q.  Okay.  And does it typically work to move a crowd out?

A.  Yes.

Q.  Okay.  Was it working for you on January 6th?

A.  Not very well, no.

Q.  Was this the biggest crowd you had dealt with?

A.  Yes, ma'am.

Q.  Okay.  The crowd inside the Rotunda and there inside the

Capitol, did they resist your efforts to try to move them
outside the Capitol?

A.   Yes, ma'am.

Q.   Okay.  How did they do that?

A.   Basically by pushing back against the officers that were
trying to push them out, fighting with the officers, pushing
back against the officers, and trying to get to their
designated location.

Q.   So you have a big crowd of people.  Why use less than
lethal resources only?

A.   So basically the less lethal is the, I guess, one of the
first things that you can try to disperse crowds.  Typically
to disperse a crowd, you can use less lethal, and it will
work.

        Using impact rounds and also using lethal force
needs to be well calculated.  So in a big crowd like that, I
personally didn't feel comfortable using lethal force
because, one, we didn't know what the individuals there had,
whether they had weapons as well.  It could have created a
blood bath.

        And then the other thing is each individual
officer -- there's a use-of-force continuum.  Each
individual officer needs to justify their own use of force.
So I can't tell another officer to use lethal force; they
have to justify that.  And then it basically depends on the

totality of the circumstances that are going on at the time,
whether to use lethal force or not.

        Lethal force as well as impact munitions have to
be -- you don't use those for the crowd, per se.  You have
to use those for an individual.

        So there were too many people there, in my
opinion, to designate one individual to use lethal force on.

Q.  The Capitol Police officers and other law enforcement
officers, were you outnumbered on January 6th?

A.  Yes.

Q.  By a lot?

A.  Yes.

Q.  Okay.  Did you suffer any injuries on January 6th?

        MR. BRENNWALD:  Objection, Your Honor.  Objection,
unless it relates to Mr. Strand.

        THE COURT:  Counsel.

        (The following is a bench conference

         held outside the hearing of the jury)

        THE COURT:  Relevance, Counsel?

        MS. AYERS-PEREZ:  It really just goes to her --
what happened that day.  I'm not saying that Strand caused
any injuries or even saw her being injured, but it really
just goes to the totality of what happened to her that day
and what was happening inside the Capitol in close proximity
to when Strand was inside that area where she was.

THE COURT:  And what's she going to say?

MS. AYERS-PEREZ:  She's going to say that she was in there, she received chemical burns to her face, and it took about two months for her to recover.

THE COURT:  Okay.  I'll allow like one question, okay?

MS. AYERS-PEREZ:  Thank you.

(This is the end of the bench conference)

BY MS. AYERS-PEREZ:

Q.  Captain Mendoza, did you suffer any injuries on January 6th?

A.  Yes, ma'am, I did.

Q.  Can you tell us about those injuries.

A.  I sustained chemical burns to my face for two months. I'm still being treated for those.  I sustained an ankle injury and an arm injury.

Q.  All right.  I'm going to show you what's been marked as Government's Exhibit 414.

Can you clear?

A.  Yes.

Q.  Thank you.

Do you recognize this, Captain Mendoza?

A.  Yes.

Q.  Is this a video?

A.  Yes.

Q.  Have you seen this video in its entirety?

A.  Yes, ma'am, I have.

Q.  Is it a fair and accurate representation of the events on January 6th?

A.  Yes, ma'am.

        MS. AYERS-PEREZ:  I would move to admit Government's 414 into evidence, Your Honor.

        MR. BRENNWALD:  The Court's indulgence.

        (Pause)

        MR. BRENNWALD:  No objection, Your Honor.

        THE COURT:  So moved.

Q.  All right.  Captain Mendoza, is this a montage video of various events that occurred on January 6th at the Capitol?

A.  Yes, ma'am, it is.

Q.  We're going to play it, and at various points I'm going to stop it and have you explain what we're looking at, okay?

A.  Sure.

        (Video playing)

        MS. AYERS-PEREZ:  And if we could pause it really quick, Ms. Rouhi.  I'm pausing it at 14 seconds.

Q.  And, Captain Mendoza, are all of these videos taken from the CCTV footage that we observed at the Capitol?

A.  Yes, ma'am.

Q.  So there will be no audio on them, correct?

A.  Correct.

Q.  Okay.

          (Video playing)

          MS. AYERS-PEREZ:  We're pausing at time-stamp 22
seconds.

Q.  What are we looking at here, Captain Mendoza?

A.  That's the area on First Street around Peace Circle.

Q.  And what's the time stamp on it?

A.  It's 12:51 p.m.

Q.  And which side of the Capitol or close to the Capitol
are we looking at?

A.  The west side.

Q.  Okay.  Great.

          (Video playing)

          THE COURT:  Counsel, why don't you remove the
legend.  Thanks.

          (Video playing)

          MS. AYERS-PEREZ:  Can we pause there at one minute
and 50 seconds.

Q.  Captain Mendoza, what are we looking at here?

A.  That is the east front plaza.

Q.  Okay.  And so when we're talking about the east plaza,
this whole time this is what we're looking at?

A.  Yes, ma'am.

Q.  Okay.  Thank you.

          (Video playing)

            MS. AYERS-PEREZ:  We're pausing at time-stamp two
minutes and 27 seconds.

Q.  Captain Mendoza, are these those east steps that we've
been talking about?

A.  Yes, ma'am.

Q.  Do you see a line of people there at the top of the
steps?

A.  Yes.

Q.  Can you circle those for me?

A.  Sure.  (Witness complies)

Q.  And what is it that we're looking at there?

A.  Those are Capitol Police officers.

Q.  Okay.  And is that that East Rotunda door we've been
talking about back behind the middle officer?

A.  Yes.

Q.  If you could clear that, and then we'll continue
playing.

            (Video playing)

Q.  We've stopped it at the three-minute-and-eight-second
mark.

            Is this those Senate Wing doors?

A.  Yes, ma'am, that's the Senate Wing doors.

Q.  Is that on the east or west side of the Capitol?

A.  The west side.

Q.  And it's 2:12 p.m. here.  Is this where the first breach

occurs?

A.  Yes, ma'am.

          (Video playing)

          MS. AYERS-PEREZ:  I've paused it at five minutes
and two seconds.

Q.  Captain Mendoza, on the right side of the screen, Camera
No. 114, are there some of those metal detectors we were
talking about earlier?

A.  Yes, ma'am.

Q.  And are the people actually going through the metal
detectors at this point?

A.  No, ma'am.

Q.  Okay.

          MS. AYERS-PEREZ:  You can continue.

          (Video playing)

Q.  All right, Captain Mendoza.  We stopped at six minutes
and 38 seconds.

          We've spent a lot of time talking about an East
Rotunda door.  What are we looking at here?

A.  This is the East Rotunda door, ma'am.

Q.  Okay.  And this is the footage from the inside?

A.  Yes.

Q.  And it hasn't been breached at this point; is that
correct?

A.  I'm sorry, it hasn't?

Q.  It hasn't been breached at this point; is that correct?

A.  Correct.

Q.  Okay.

          MR. BRENNWALD:  I'm sorry, Ms. Ayers-Perez, you
said "had" or "hadn't"?

          MS. AYERS-PEREZ:  Had not.

          (Video playing)

          MS. AYERS-PEREZ:  Can you pause it.

Q.  Are you familiar --

          MS. AYERS-PEREZ:  I'm pausing it at the
eight-minute-and-11-second mark.

Q.  Are you familiar with where we are in the Capitol here?

A.  Yes, ma'am.

Q.  Okay.  Where are we looking at here?

A.  That's the area right outside the House Chamber.

Q.  Okay.  That group of people, are they going towards a
door?

A.  Yes.

Q.  And what door are they headed towards?

A.  They're headed towards the House Chamber, the door --
the Parliamentarian -- I'm not sure.  Can you play the video
a little bit more?

          (Video playing)

Q.  And I'll ask a different question, Captain Mendoza.

A.  Yes, I'm not really sure.

Q.   Do all those doors there lead into the House Chamber?

A.   Yes.

Q.   Okay.

          (Video playing)

          MS. AYERS-PEREZ:  We've paused it at eight
minutes, 40 seconds.

Q.   Are we back at that same East Rotunda door?

A.   Yes.

Q.   Okay.  Are there officers that it appears are trying to
block the door at this point?

A.   Yes, officers trying to keep the personnel from outside
coming in.

Q.   Are they outnumbered here?

A.   Yes.

Q.   Okay.

          MS. AYERS-PEREZ:  We can continue.

          (Video playing)

          MS. AYERS-PEREZ:  You can pause it.  I'm pausing
it at 12 minutes and 27 seconds.

Q.   What are we looking at here, Captain Mendoza?

A.   So we're looking at the Rotunda.  Metropolitan D.C.
Police is arriving.  We called them for assistance.

          We had approximately eight platoons that day, or
seven, a little over seven platoons that day, and obviously
needed more assistance, so we reached out to other local and

not-so-local agencies to come assist us.

Q.  What is a platoon?

A.  A platoon is -- a platoon actually consists of four squads, so it's 40 officers plus five supervisors, four sergeants and a lieutenant, so 45 total officers makes up a platoon.

          Platoons normally stay together.  Obviously you can see on January 6th the platoons were not able to stay together because so many doors were being breached that they ended up having to spread out, compromising the platoons.

Q.  All the people we're seeing in the yellow jackets, who are they?

A.  That's Metropolitan D.C. Police.

Q.  Okay.  So before Metropolitan D.C. Police, or MPD -- would that be an appropriate acronym for them?

A.  Yes, ma'am.

Q.  Okay.  Before MPD arrived, were there areas where officers were not able to handle the rioters by themselves?

A.  Yes.

Q.  And they had to wait for backup?

A.  Yes.

Q.  Okay.

          (Video playing)

          MS. AYERS-PEREZ:  We paused at 12 minutes and 49 seconds.

Q.  Captain Mendoza, am I seeing a clearing out there at the
top of the screen?

A.  Yes, ma'am.

Q.  So what's happening there?

A.  So officers are making lines and pushing the protesters
or the rioters out of the building.

Q.  Okay.  And had this been your plan, to move them out of
the Rotunda?

A.  Yes.

Q.  And is this the execution of what your plan was?

A.  Yes.

Q.  All right.  Perfect.

        All right.  Captain Mendoza, I'm going to show you
what's been marked as Exhibit 510.01, or Government's
Exhibit 510.01.

        (Video playing)

Q.  Okay.  Do you see what's on the screen?

A.  Yes.

Q.  Do you recognize this?

A.  I recognize the room, yes.

Q.  Yes.  And have you seen this video?

A.  Yes.

Q.  Okay.  And is it a fair and accurate representation of
how you remember the Rotunda on January 6th?

A.  Yes.

    MS. AYERS-PEREZ:  I would move to admit

Government's Exhibit 510.01 into evidence, Your Honor.

    MR. BRENNWALD:  No objection.

    THE COURT:  So moved.

    MS. AYERS-PEREZ:  Okay.  You can go ahead and play

it.

    (Video playing)

Q.  Okay.  Captain Mendoza, we're in the Rotunda here; is

that correct?

A.  Correct.

Q.  Do you know who that statue is?

A.  No, I don't who the statue is.

Q.  Are people allowed to stand on statues in the Rotunda?

A.  No.

Q.  All right.  Are people allowed to have bullhorns in the

Rotunda?

A.  No.

Q.  Okay.

    MS. AYERS-PEREZ:  Continue playing.

    (Video playing)

    MS. AYERS-PEREZ:  I'm pausing it here at 13

seconds.

Q.  Do you see the gentleman in the pink scarf, the yellow

jacket, and sunglasses?

A.  Yes.

Q.  Can you go ahead and circle him for us.

A.  (Witness complies)

          MS. AYERS-PEREZ:  Keep playing.

          (Video playing)

Q.  Okay.  Captain Mendoza, we're in the home stretch.

          Did you notice anything about the dress that people had on that day, what people were wearing that day that concerned you?

A.  Well, that concerned me would be some of those individuals had on gas masks, bullet-proof vests, and some tactical gear.

Q.  Working in Capitol Police, have you had protests before in and around the Capitol?

A.  Yes.

Q.  Have you ever seen people dressed in tactical gear and gas masks during those protests?

A.  No.

Q.  Was there anything about what people were carrying that was concerning to you?

A.  I'm sorry, if I could back up?

          During MAGA 1, I recall seeing people in some gas masks and also tactical vests.

Q.  What is MAGA 1?

A.  So that was the first of the protests leading up to the insurrection.  So we had -- MAGA 1, I believe, was in

November, and then MAGA 2, and then the insurrection in
January.

Q.   Okay.  And you're saying November of 2020?

A.   Yes, ma'am, November 2020.

Q.   Okay.  Was there anything about what people were
carrying that was concerning to you?

A.   Well, for me, being a tactical commander, seeing people
carrying flag poles and things like that are always a
concern.

          So flagpoles, sticks, those type of things,
because they can be used as a weapon.

Q.   If somebody was to -- were to come into the Capitol
through the visitors center, would they be allowed to bring
in a flagpole with them?

A.   No.

Q.   What about a stick?

A.   No.

Q.   What about any sort of chemical spray?

A.   No.

Q.   Okay.  You've been with Capitol Police -- I think you
said this already, but how long have you been with Capitol
Police?

A.   A little over 20 years.

Q.   Have you ever had a threat as dire as January 6th?

A.   To the Capitol complex?  I mean, we get threats all the

time.  So specifically as far as protests, I would say no.

Q.  Okay.  Have you ever had anyone at that magnitude break

into the Capitol building before?

A.  No.

          MS. AYERS-PEREZ:  Okay.  I pass the witness, Your

Honor.

          THE COURT:  Mr. Brennwald.

          MR. BRENNWALD:  I like that expression, "I pass

the witness."  That must be uniquely Texan.

                         CROSS-EXAMINATION

BY MR. BRENNWALD:

Q.  Good afternoon, Captain Mendoza.  How are you?

A.  Good afternoon.  I'm good.  How are you?

Q.  I'm well, thank you.

          You saw Mr. -- you saw the guy standing up on the

statue with the woman who was yelling through the bullhorn

just now?

A.  Yes.

Q.  Before the prosecutors talked to you in preparing you

for trial to testify, had you -- did you have any

independent memory of seeing him there that day?

A.  No, sir, I did not.

Q.  You never saw him at all until you saw these videos,

correct?

A.  Correct.

Q.  Any injuries you received had nothing to do with him; is that true?

A.  Correct.

Q.  Okay.  Did you know the name of the woman who was speaking on the bullhorn?

A.  No, sir.

Q.  Okay.  Have you heard it from the government lawyers since?

A.  I'm sorry, what was that last question?

Q.  Have you heard that name from the government lawyers since then?

A.  No.  I don't know her name, but you -- I don't know anything about her actually.

Q.  Okay.

A.  Just what I saw in the photo.

Q.  Got it, okay.

        MR. BRENNWALD:  Just to make sure, that exhibit was moved in, right?  510.01?  Okay.

Q.  Let me start where Ms. Ayers left off.  You saw people -- you were in there from, what, about 2:00 you said when you got there early?

A.  Yes, a little after 2:00.

Q.  Okay.  And you stayed pretty late that day?

A.  Yes.

Q.  Next morning or something, after midnight?

A.  Yes, early that morning.

Q.  Okay.  And during that time is it fair to say you went back and forth from the east side to the west side, correct?

A.  Yes, several -- I was in several locations.

Q.  You were on the lower level where the Crypt is, the first floor?

A.  Yes.

Q.  Second floor is where the Rotunda and the Statuary Hall are?

A.  Yes.

Q.  And also the third floor?

A.  I don't know that I made my way up to the third floor.

Q.  Okay.  And as we saw in these videos, and as you just testified, there were people there who came looking like they were ready for battle, correct?

A.  Correct.

Q.  And your officers had chemical spray?

A.  Yes.

Q.  They had rubber bullets.  Can we use that colloquial term?

A.  Impact weapon -- impact rounds.

Q.  Okay.  Made out of what?

A.  Well, there's different -- we have different types.  I mean --

Q.  I'm not going to --

A.  Right.  I mean, I'm not trying to be difficult, but, you know, there's like, you know .68 caliber, you know, plastic rounds.  There's beveled rounds.  There's -- you know, so there's different types.

        But we just call them impact rounds in general.

Q.  I actually don't want you to reveal defense tactics that you use there.  That wouldn't be very nice.  So we'll stop at that.

A.  Thank you.

Q.  Can we go back to --

        MS. BRENNWALD:  Ms. Rouhi, if you don't mind.

        Ms. Rouhi indicated pretrial that she would be nice to help my poor self out.

        Go back to 510.01.

        (Video playing)

        MR. BRENNWALD:  Okay.  Stop right there.

Q.  Do you see what the gentleman with the glasses on is doing at that point?

A.  Yes.

Q.  What does he appear to be doing?

A.  Standing on a statue listening.

Q.  Okay.  What is his right hand doing?

A.  Holding -- his right hand?

Q.  Yes.

A.  He has his right hand on his ear, it looks like.  He's

trying to hear.

Q.  And where is he looking, if you can tell?

A.  I can't tell where he's looking.  He has sunglasses on.

Q.  He could be looking straight but turning his eyes to the left, right?

A.  Yes, could be.

            MR. BRENNWALD:  Can we just finish that, Ms. Rouhi, and play it.

            (Video playing)

Q.  Does it look there like he's scanning the crowd?

A.  I'm sorry.  I can't hear you, sir.

Q.  Did it look like he was scanning the crowd, looking at the crowd?

A.  Yes, possibly.

Q.  Okay.  Thank you.

            And all the time that you spent in the Capitol that day between 2:00ish and after midnight, did you ever come across Mr. Strand?

A.  No, not to my -- I can't remember specific faces; there were too many people there that day.

Q.  Okay.

            MR. BRENNWALD:  Can we go back to 414, Ms. Rouhi, please.

            (Video playing)

            MR. BRENNWALD:  Okay.  Why don't we pause it there

one second.

Q.  Captain Mendoza, can you see Mr. Strand over there?

        Can you stand up, Mr. Strand, please.

        When you watched this video that we saw,
the entire montage of the Capitol video, did you see
Mr. Strand's face anywhere in this video?

A.  On this specific one?

Q.  Yes.

A.  No, sir.

Q.  Okay.  This is what side of the Capitol right there that
we're looking at?

A.  The west side.

        MR. BRENNWALD:  Okay.  Thank you.

        (Video playing)

Q.  And that's still the west side right there at what's
indicated at 12:54:57 p.m. on the CCTV screen?

A.  That's the west side of the Capitol building, yes.

Q.  Okay.

        (Video playing)

        MR. BRENNWALD:  Can we move forward, Ms. Rouhi,
to, let's say, 1:40.

        Madam Court Reporter, can you hear me if I...?

        Stop it right there, please.

Q.  So this is Vice President Pence's motorcade leaving?

A.  Yes, sir.

Q.  And if we look at the top of the screen where it says
Wednesday, January 6, 2021, it says it's at 1:59:15 seconds,
correct?

A.  Correct.

Q.  All right.  So is it fair to say that by 2:00 Vice
President Pence's motorcade had left?

A.  It didn't leave, but it left that specific area.

Q.  Right, because --

A.  I just want to make sure I'm clear.

Q.  Right.  I appreciate that.

        He didn't leave the entire complex.  He was taken
somewhere, correct?

A.  The motorcade was relocated.

Q.  All right.

A.  The Vice President is not in the motorcade.

Q.  Right.  I get it, okay.

        And we're not going to ask you where he was taken
because it's just not what we should do.

A.  Yes.  I probably wouldn't be able to answer that either
way.

Q.  Yes.

        So as you see here on this video, right after that
motorcade leaves, you see a crowd of people breaking through
the right side, correct?

A.  Yes, sir.

Q.  And this is about 1:59:20 and later, correct?

A.  Correct.

Q.  As we keep watching -- well, why don't we keep watching.

          (Video playing)

          MR. BRENNWALD:  All right.  Stop there for one second, please.  So this is 2:28 seconds in the bottom left or 2:06:06 p.m.

Q.  When we look at this picture at the very top, those are doors at the top in the middle of the picture, correct?

A.  What was the question?

Q.  Right there.

A.  Right.

Q.  I didn't draw it so well.

A.  The officers at the top of the stairs?

Q.  Right.  Not the officers.  I was trying to -- oh, wait a minute.

A.  Yes, I'm sorry, I'm having a hard time hearing.

Q.  I guess what I'm trying to indicate is right here.  What is that right there?

A.  The door?

Q.  Yes.

A.  The Rotunda door.

Q.  Okay.  How many sets of doors are there?

A.  In the Rotunda how many sets of doors are there?

Q.  Right there, are we looking at -- are there some big

doors that open and stay open, and there's other --

A.  It's one set, but there's two doors.

Q.  So there's only -- there's not like these big heavy

doors that open, and then some glass metal doors inside of

that?

A.  Yes, there are.

Q.  Yes?

A.  Yes, there are.

Q.  So there's two sets of doors?

A.  Yes.

Q.  Okay.  And were both of those sets of doors closed in

this picture?

A.  It's hard for me to see the picture, but I -- yeah, I

can't say for sure.  It looks like they are.

Q.  Okay.  Are those doors sometimes called the Columbus

doors or are the Columbus doors somewhere else?

A.  They're somewhere else.

        What's the question?  I'm sorry.

Q.  Are those doors sometimes called the Columbus doors, or

is that in a different place in the building?

A.  We call them the Rotunda doors.

        Like I said, I'm tactical, so I respond to the

building whenever there's an emergency.  So some people may

call them the Columbus doors, but I cannot attest to that

one way or the other.  We call them the Rotunda doors on

special operations division.

Q.   And those doors look closed right there, right?

A.   Appear to be.  I can just see -- they should be closed,

but I can only see the black -- I don't know, I mean, the

dark, you know, glob.  I can't really see that well on this

picture.

Q.   Could you describe the larger set of doors for us.

A.   Which doors specifically are you talking about?

Q.   So if you come in from the Rotunda, and you're going to

go outside --

A.   Right.

Q.   -- you first get to the door that's metal with some

glass, correct?

A.   Right.

Q.   If you were to open those and the other doors were

closed, you would have these bigger heavier metal doors?

A.   Correct.  They're iron doors.

Q.   Okay.  And those big iron doors, were they closed that

day as well?

A.   Yes.  They should have been.

Q.   They should have been?

A.   Yes.

Q.   Okay.  Do you know for sure, or you don't know?

A.   Those doors are always closed when the building's closed

to the public.

Q.   Okay.  And how do they lock?

A.   There is a -- it's going to be hard for me to explain, but there's like a latch.  There's a latch on top of the door, and then there's a latch when you close the door that you have to secure.

Q.   Kind of like an old-fashioned metal thing you just slide down?

A.   Yes, the iron doors.

Q.   Okay.  Gotcha.

And do you know, are those doors on the lighter side, or are they on the extremely heavy side, or what would you say?

A.   Those doors are heavy.  And then the doors interior to that are secured with a push bar.

Q.   A what?

A.   A push bar.

Q.   So it's magnetic, correct?

A.   Yes, the interior doors are.

MR. BRENNWALD:  If we could take a look at Defense Exhibit 101.

(Counsel confer)

MR. BRENNWALD:  Your Honor, we've labeled that as Defense Exhibit 101.  We're obviously going to include it in an exhibit list shortly.

THE COURT:  I'm sorry, which exhibit?

MR. BRENNWALD:  It's the picture right here.

THE COURT:  Okay.

Q.  And do you see what's depicted on your screen, Captain
Mendoza?

A.  Yes.

Q.  And do you see the -- these things right above what I'm
pointing at here, do you see those?

A.  Yes.

Q.  And are those the magnets that sort of lock the doors?

A.  Yes, those are magnetic locks.

MR. BRENNWALD:  Okay.  All right.  I would move
Exhibit 101 into evidence.

MS. AYERS-PEREZ:  No objection, Your Honor.

THE COURT:  Okay.  So moved as Defendant's 101.

And you'll put a label on it.

MR. BRENNWALD:  Yes, Your Honor.

THE COURT:  Okay.

Q.  How do those doors get opened, Captain Mendoza?  Like
who opens them?

A.  Officers open the doors.

Q.  Okay.

A.  Officers are supposed to open the doors.  That's how
they're supposed to get open.

Q.  Okay.  And are they remote controlled, or are they
controlled by somebody pushing the door with force at the

door?

A.  So that's kind of a trick question because the doors are supposed to be opened by a key, an officer with a key. That's how they're supposed to be open.

Q.  Okay.

A.  If there is an emergency, you can push -- you can push the doors open because it's a fire code situation.

Q.  Okay.  Do you know how these inside Rotunda doors were opened on January 6th at about 2:23, 2:24?

A.  To my knowledge, the doors were breached by rioters.

        MR. BRENNWALD:  Okay.  Can we play --

A.  The call that came over the radio is that the door was breached, so I was not at the door.

        MR. BRENNWALD:  Okay.  Can we play this in half time, Exhibit Defendant's 100.

        (Video playing)

Q.  So if you look to the right --

        MR. BRENNWALD:  Can we back up, Ms. Ali, please. I'm sorry.

Q.  Do you see this gentleman there?

A.  Yes.

Q.  Do you know who that is?

A.  I do not.

Q.  Okay.  Does he look like a police officer to you?

A.  No.

Q.  Okay.  He doesn't look like one of your people, right?

A.  I'm sorry?

Q.  He doesn't look like one of yours, right?

A.  No.

        MR. BRENNWALD:  Okay.  Go ahead, Ms. Ali.

A.  If he is, he's out of uniform.

Q.  All right.  So what is he doing there?

A.  He's pushing the push bar.

Q.  Okay.  And it's not opening, right?

A.  No.

Q.  Okay.  Now, watch what he does as he looks up somewhere.
And tell me what you see him doing.

        What's he doing right there?

A.  Pointing to the door.

        THE COURT:  I'm sorry, Mr. Brennwald.  Did we move
this?

        MR. BRENNWALD:  I'll move it into evidence.  The
government didn't object to it.  We had --

        THE COURT:  I just want to know, if the jury is
following along, if you believe it's admitted or not.

        MR. BRENNWALD:  It's probably not been admitted
yet.  I'll move it into evidence.

        THE COURT:  All right.  So moved so the jury can
follow along with what you're describing.

        MR. BRENNWALD:  Okay.  I'm going to start over

then.

Q.  So you were just describing this person pushing on the

right side of the door, correct?

A.  Correct.

Q.  And then he walks away from the doors, and it doesn't

open.  He looks up.

        MR. BRENNWALD:  Okay.  Let's pause it there.

Q.  Do you know what there is to look at right there?  Are

there cameras up in the ceiling right there?

A.  There are cameras all around that building, so yes.

Q.  Okay.  So at this point he's pointing at the door and

looking up, correct?

A.  Yes.

        MR. BRENNWALD:  Go ahead, Ms. Ali.

Q.  Does he look like he's talking there?

A.  Yes.

Q.  Okay.  Now let's see what he does.

        Now the door opens, correct?

A.  Yes.

Q.  Okay.  Is that supposed to happen?  Is a nonofficer

supposed to be able to point to somebody and tell him to

open one of these doors?

A.  I don't know what he was doing so I would not insinuate

that he was pointing to an officer and telling him to open

the door.  That door is not controlled by remote control.

Q.  It's not?

A.  It is not.

Q.  Okay.

A.  And additionally, just to clarify, if you go up the stairs, there is a breezeway right there, so maybe that's who he's talking to.  I don't know.

        I'm not him, so I can't attest to that one way or the other.  But I can tell you that that door is not opened by remote control.

Q.  Okay.  So how would it have opened right then, is what I'm trying to figure out?

A.  I can guess how it opened, but I can't tell you how it opened.  I mean, I wasn't there, so...

Q.  Oh, okay.

A.  But I can tell you my officers didn't open that door right now.

Q.  Did you see him use a key?

A.  I'm sorry?

Q.  Did you see him use a key to try to open it?

A.  No.

        So just to clarify, we talked about fire code.  I mentioned fire code earlier.  When you push on the door for 30 seconds, the door is supposed to pop open.

        So he pushed on the door, and there were people pulling on the door.  So if you're asking me my opinion,

it's that the door was breached by someone pulling and
pushing on the door.

Q.  Okay.

A.  The door actually pops whenever you hold it for a
certain amount of seconds, and that sign right there tells
you how many seconds.  I can't -- that door specifically --
some of those doors are three seconds.

Q.  So that means that if somebody were to come to the
outside of the Capitol and pull on the door for 30 seconds,
it would open for them?

A.  So before they pulled the door, before and after, he
pushed the door.

Q.  Okay.  So it takes --

A.  He pushed and held the door.  I just saw that on video.

Q.  So it takes a person on the inside and the outside to
make it work?

A.  Sir, if you manipulate the doors for long enough, and
you break the door, the door is going to open.

        When I saw that door, when I got to the Rotunda,
that door was broke.  That door was not unlocked.

Q.  Okay.  But there it doesn't look like it was broken on
the left side, does it?

A.  I can tell you for sure that door was broke because I
had to call security services to be able to secure that door
at the end of the night.

Q.  Okay.  It was broken in the sense of the glass being
broken?

A.  No.  The door was broken.  Not the glass, the door was
broken.

Q.  And do you know when it was broken?

A.  It was broken during the insurrection.  I can't tell you
exactly when it was broken, no.

Q.  Okay.  Thank you.

         All right.  Thank you, Ms. Ali.

A.  And, as a matter of fact, I put that over the radio,
that the door was broken, so that's on record.

         MR. BRENNWALD:  Okay.  Ms. Rouhi, could we play
Exhibit...

         I don't think anyone else can see it.

         Can you see anything?

         THE COURTROOM DEPUTY:  Are you asking the
government -- you're switching between --

         MR. BRENNWALD:  So, I'm sorry, it's Government
Exhibit 413.01; it's been admitted.

         (Video playing)

Q.  So when we see this, this is at 12 -- I'm sorry, 1:50
p.m. and 25 seconds?

A.  1:56 and 25, correct.

Q.  Wow, my eyes are bad.

         MR. BRENNWALD:  Keep going, Ms. Rouhi, please.

(Video playing)

          MR. BRENNWALD:  Okay.  Stop it right there.

Q.  So did you see, right before all these people kept
streaming in, the officers on that plaza all went towards
the north side of the building?  Do you remember that?

A.  What was the question?  Did I see them doing what?

Q.  The officers who were in that plaza at the bottom of the
steps all walked towards the north side of the plaza.  Did
you see that?

A.  If you rewind it.

          MR. BRENNWALD:  Okay.  Let's rewind it.

          (Video playing)

A.  I can see that.

          MR. BRENNWALD:  Stop right there.

Q.  So we have officers, it looks like, here, here, here,
here?

A.  Uh-huh.

Q.  All right.

A.  Yes.

Q.  So if you just watch them as the tape moves forward.

          MR. BRENNWALD:  If we can just play that again,
Ms. Rouhi.

          (Video playing)

          MR. BRENNWALD:  Okay, pause it right there.

Q.  So they've all gone towards the north side; is that

correct?

A.  Some of them, yes.

Q.  Okay.  Do you have any idea whether that was in response to a call from problems on the west side?

A.  I'm sure -- I'm sure I know what the call was.  There's a certain action you have to take to secure the plaza, and that's pretty much as much as I can say about that.

So officers respond to designated locations.

Q.  Okay.  Is it fair to say that there was a lot more violence on the west side than there was on this side?

A.  Yes, that's fair to say.

Q.  The west side is where people were climbing scaffolding that had been erected for the January 20th inauguration?

A.  Yes.

Q.  People were smashing in windows on that side as well?

A.  Yes.

MR. BRENNWALD:  Pause it right there.

Q.  So you see people coming not just from the -- what would be the east side, but you see them coming from the north side on the plaza, correct?

A.  Yes.

MR. BRENNWALD:  Okay.

(Video playing)

MR. BRENNWALD:  Okay.  Pause it right there.

Q.  So if you were actually looking at these officers up

here, you would see them sort of redeploying as they could

to try to get a better vantage point; is that fair to say?

A.   Yes.  I see officers over here.  I see officers here.

And before you -- if you rewind it back, you'll see officers

that were also at the bottom here.

Q.   Okay.

A.   And there's officers here.  So they're spread out in

designated locations where they're supposed to be.

Q.   Okay.  And this is at 2:04:41, right -- just where we

stopped it -- p.m.?

A.   Correct.

            MR. BRENNWALD:  Okay.  Keep going, please.

            (Video playing)

            MR. BRENNWALD:  Pause it right there.

Q.   So at 2:06, about, it looks like the people there pushed

through the line of officers that were halfway up the steps,

correct?

A.   Correct.

Q.   And they spread out on the steps to the left and to the

right at the top?

A.   Correct.

            MR. BRENNWALD:  Okay.  Keep going.

            (Video playing)

Q.   And people here keep coming and coming and coming,

right?

A.  Correct.

        MR. BRENNWALD:  Okay.  Thank you.

        Can we go to Exhibit 212, please.

Q.  This is where you told us earlier that you saw all this

snow fencing on the outside, and then you had the -- it

looks like more snow fencing, or those are bike racks,

right?

A.  Snow fencing and bike rack.

Q.  Bike racks are here?

A.  Yes, bike rack and snow fencing.

Q.  And these white things here are the signs?

A.  Yes.

Q.  Okay.  At this point there's nobody there, right, that

you can see?

A.  Right.

Q.  Do you know when this picture was taken?

A.  Do I know what time it was taken?

Q.  Right.

A.  No, I don't.

        MR. BRENNWALD:  Okay.  Nobody knows what time it

was taken?  All right.

        Can we go to 218, please.

Q.  This sign here says "Area Closed by Order of the United

States Capitol Police Board."

        Were there signs like this on the east side steps

where the bike racks were?

A.  Not on the steps, no, because that area -- we didn't

expect people to actually proceed to the area.  But there

was bike rack, and there was also a chain.  So those signs

were posted further east, and they were crossed so...

Q.  You said earlier that there were no permits given for

speeches within the restricted area of the Capitol, correct?

A.  Correct.

Q.  Were you aware that there had been eight different

permits given for events outside -- just outside the

perimeter of the Capitol?

A.  Yes.

Q.  And were you aware that at least one of those was for

speeches that people were supposed to give?

A.  Yes.

Q.  And you were expecting those to occur, correct?

A.  Yes.

Q.  And you had planned for those to occur?

A.  Yes.

Q.  Do you know -- if you know, do you have any idea whether

those events were allowed to go on?

A.  Well, early that morning they started the rally down by

the White House, and as far as I know, all those events went

on.  I know one permit, the organizer decided not to proceed

with their permit.

Q.  Okay.  Did you know what the events were?  I mean, as
far as you preparing for the security of the perimeter of
the Capitol, did you have any idea what kind of events were
supposed to happen at those different sites?

A.  There were several different types of permits, but the
Stop the Steal rally was the big one.  But there were
several different -- as there are today.  I mean, we have a
whole list of them every single day.

Q.  And was there one that had an area where people were
supposed to give speeches?

A.  Yes.

Q.  Okay.  You didn't mention this, but on top of all that
went on on the Capitol grounds, when you got the call to
come in early because of trouble at the Capitol, did you
receive or go by information relating to explosive devices
outside the RNC or DNC?

A.  What was the question?  Did I...?

Q.  Did you receive information as you were coming to the
Capitol about potentially explosive devices or suspicious
packages outside the Republican National Committee and
Democratic National Committee headquarters?

A.  So I received that information on my way into work.  On
my way into work, I contacted dispatch.  Dispatch told me
there were -- not suspicious packages, there were explosive
devices at multiple locations, as well as assault weapons

and other weapons at multiple locations.

Q.  Okay.  Did you go to those locations to inspect, or was that somebody else's task to deal with?

A.  I passed -- I was en route to the DNC for the explosive device, and I proceeded past that when I heard the 10-33 call.

Q.  Okay.

A.  So someone else was -- there were people already there, so I let them handle it.

Q.  Okay.  Thank you.

Before January 6th -- let me back up.

You're a captain in the U.S. Capitol Police, correct?

A.  Correct.

Q.  Are there -- is there more than one captain?

A.  There are a total of 16 captains currently.

Q.  Okay.

A.  18 -- there's supposed to be 18, but there's 16.

Q.  And were you personally informed about potential problems at the Capitol or on the grounds on January 6th ahead of time?

A.  Yes.

Q.  Okay.  And did you and your colleagues come up with a plan to try to deal with what you expected to happen at the Capitol?

A.  Yes.  That's why we had eight platoons drafted to respond.

Q.  And did you expect that there would be violence between different groups, for instance?

A.  I did.  I mean, we've had violence between groups before.  So yes.  And we've had to deal with those before.

Q.  Okay.  And did you become aware of any intelligence that people could be coming there to fight?

A.  Yes.  I mean, similar to the intelligence we got on the previous demos, the MAGA 1, MAGA 2, and so on.

Q.  When you arrived at the Capitol on January 6th and were there for a while, did you see any other groups besides what appeared to be Trump supporters there?

A.  So I don't designate groups as Trump supporters.  I -- we see groups, and we respond to mitigate civil disorder.  That's it.

        So we don't -- I don't get involved in the politics or anything like that.  So it's a group fighting another group.  We separate those groups.

        If they have something designating themselves, then that designation can be used in describing them, what they had, in a report, but I would not describe a person that way.

Q.  Did you --

A.  I would describe them as protesters or demonstrators and

counterdemonstrators or counterprotesters.

Q.  Did you see any counterdemonstrators that day at all fighting somebody who -- I mean, did you see any two groups fighting that day?

A.  I personally did not.

Q.  Okay.  I just want to make sure I understand your knowledge of the Capitol.

You've been there over 20 years, correct?

A.  So just to clarify, I haven't been at the Capitol for 20 years.  I've been at the Capitol Police for over 20 years.

Q.  Okay.

A.  I worked at the -- I've been inside the Capitol.  I know the basics of the building.

I am a special operations division commander captain.  So in my unit there are 13 programs, including SWAT team, civil disturbance unit, crisis negotiation team. We respond to critical incidents.

So that's my first time responding to a critical incident inside the Capitol building.

Other than that, outside the building we respond to other things; shootings, carjackings, you know, whatever comes up that's a critical incident.

Q.  People trying to break through those metal gates to try to hurt somebody?

A.  Yes.

Q.  It happened three or four years ago.

A.  Yes.  That's what my division does.

Q.  Okay.  How many times would you say you've been in the Capitol building?  I know you can't give me a number, but hundreds?

A.  Oh, yes, hundreds.  I go in there for meetings and things like that of that nature.

        MR. BRENNWALD:  Okay.  The Court's indulgence.

        (Pause)

        MR. BRENNWALD:  Thank you, Captain Mendoza.  I appreciate it.

        THE WITNESS:  Thank you, sir.

        THE COURT:  Ms. Ayers-Perez, brief rebuttal?

        MS. AYERS-PEREZ:  Brief redirect, Your Honor.

        THE COURT:  I'm sorry, brief redirect.

                    REDIRECT EXAMINATION

BY MS. AYERS-PEREZ:

Q.  Captain Mendoza, if somebody has a permit to speak outside the restricted area, does that authorize them to go into the restricted area?

A.  No, ma'am, it does not.

Q.  Does that authorize them to go inside the Capitol building?

A.  No, ma'am, it does not.

Q.  Okay.  And I assume you saw a lot of people on January

6th in and around the Capitol?

A.  Yes.

Q.  People who were not supposed to be there?

A.  Yes.

Q.  Okay.  So it would probably be pretty difficult to remember everybody you came in contact with.

A.  Correct.

         MS. AYERS-PEREZ:  No other questions, Your Honor.

         THE COURT:  Okay.  Captain Mendoza, thank you very much for your testimony.  You're excused.

         THE WITNESS:  Thank you, sir.

         THE COURT:  Please don't discuss your testimony with anyone until the trial is over, okay?

         THE WITNESS:  Yes, sir.  Thank you.

         THE COURT:  Okay.  Ladies and gentlemen, we're going to take our afternoon break.  It is about 3:30 on my clock.  So we'll reconvene in 15 minutes, about 3:45.  All right?

         And, ladies and gentlemen, have a seat real quick.

         While you're back there -- you know, we obviously require folks to wear masks in all of the public areas of the courthouse.  Folks like you are summoned here.  It wasn't your choice to come here, and so we do everything that we can, you know, to protect health and safety, most importantly our jurors and the folks who may not be here

voluntarily.

When you all go back, if you all decide unanimously that you would prefer not to wear your masks, I would be happy to allow you to do that.  I know that it's uncomfortable; I know that it's an imposition.  But, you know, we're here as a collective.

And so if you all collectively decide that you would prefer to do that, I would be happy to allow you to do that.  So you just -- let me know when you come back.

And we won't get involved in your discussions, but if that's something that the jury as a whole would like to do, I'd be happy to accommodate it.  Okay?

So we'll see you back here in about 15 minutes.

(Jury exits courtroom)

THE COURT:  All right.  We stand in recess.

(Recess taken)

THE COURT:  All right.  Welcome back, ladies and gentlemen.

Please be seated.

Ms. Ayers-Perez?

MS. AYERS-PEREZ:  The government calls Elizabeth Glavey, and Mr. Manning will be doing the direct examination.

THE COURT:  Very well.  Mr. Manning.

Step right up, ma'am.

If you could stand and raise your right hand, and feel free to slip your mask off, if you're comfortable.

ELIZABETH GLAVEY, Sworn

DIRECT EXAMINATION

BY MR. MANNING:

Q.  Good afternoon, Ms. Glavey.

A.  Good afternoon.

Q.  Please state and spell your name for the record.

A.  Elizabeth Glavey, E-L-I-Z-A-B-E-T-H, G-L-A-V-E-Y.

Q.  And where do you work, Ms. Glavey?

A.  The Secret Service.

Q.  How long have you worked for the Secret Service?

A.  13 years.

Q.  What is the mission of the U.S. Secret Service?

A.  It's a dual mission of protection and investigations.

Q.  And who do you protect?

A.  The President, Vice President, and their immediate families.

Q.  Is the Secret Service part of an executive department of the United States government?

A.  Yes.

Q.  Which one?

A.  The Department of Homeland Security.

Q.  And what is your current position in the Secret Service?

A.  My current position is I'm an instructor at our training

center.

Q.  Who do you train?

A.  I train our new hires in general protection.

Q.  What types of trainings do you provide those new hires?

A.  I teach them how to protect individuals.

Q.  Do you train these new Secret Service members on how to handle security threats?

A.  Yes, I do.

Q.  And have you previously received that training yourself?

A.  Yes, I did.

Q.  What was your position in January of 2021?

A.  I was on the Vice President's detail.

Q.  And how long had you been on the Vice President's detail?

A.  At that time, three years.

Q.  And what were your responsibilities in that position?

A.  In that position, I was responsible for protecting the Vice President as well as -- and his family, as well as conducting security advances.

Q.  What are security advances?

A.  That is -- an advance is what we do when one of our protectees travels into a district and visits a venue.  We design a security plan.

Q.  And when you use the word "protectee," are you referring to the person you're protecting?  Is that --

A.  That is correct.

Q.  Okay.  So I want to turn your attention to the days leading up to January 6, 2021.  And if I say "January 6th" going forward, will you know I'm referring to January 6, 2021?

A.  Yes.

Q.  Did you prepare for security for January 6th?

A.  I did prepare.

Q.  And approximately when were you given that assignment?

A.  I was given that assignment, I believe, January 4th.

Q.  And approximately when did you start preparing?

A.  January 5th.

Q.  And did you generally familiarize yourself with the security plan for the day?

A.  I did.

Q.  And where was the Vice President supposed to go that day?

A.  To the Capitol.

Q.  Did you have a specific assignment for January 6th?

A.  Yes.

Q.  What was that?

A.  I was the site agent.

Q.  And what does it mean to be a site agent?

A.  A site agent is responsible for taking the protectee everywhere they need to go at that venue, whether planned or

unplanned.

Q.  So did that require you to have an understanding of everywhere the Vice President intended to go on the 6th?

A.  Yes.

        MR. MANNING:  I'd like to bring up 206.

Q.  Ms. Glavey, do you -- without going into detail, do you recognize this document?

A.  Yes, I do.

Q.  And what is it?

A.  It's an email regarding the head of state notification.

Q.  And did you receive that email?

A.  Yes, I did.

Q.  And is this a fair and accurate representation of it?

A.  Yes, it is.

        MR. MANNING:  Your Honor, we move to admit Government's Exhibit 206.

        MR. BRENNWALD:  No objection, Your Honor.

        THE COURT:  So moved.

Q.  So who is this email from?

A.  Lanelle Hawa.

Q.  And who is she?

A.  She was my liaison counterpart.

Q.  What does that mean?

A.  What it means, she works in the liaison division for the Secret Service at the Capitol.  So the Capitol is her place

of duty, and she's familiar with everything pertaining to the Capitol procedures in the building.  She assists the details with navigating through the Capitol since it's not our place of duty, and we don't formulate the security plan there.

Q.  So when you're going over to the Capitol she's your Secret Service counterpart who is based there?

A.  Correct.

Q.  Can you read the subject line at the top of the page, beginning with "HOS Notification."

A.  Uh-huh.  "HOS notification.  Visit of the Vice President Michael Pence, Mrs. Pence, and Charlotte Pence to the U.S. Capitol (S-214/House and Senate floors) on Wednesday, January 6, 2021."

Q.  And is there -- does the email indicate whether there's anything attached to this email?

A.  Yes, the head of state notification.

Q.  Okay.  And who is being notified with this notification? Who is receiving this?

A.  It would be those of us working the advance, and the Capitol as well.

Q.  And what's the general purpose of this?

A.  Just to notify everyone that the Vice President would be going to the Capitol that day, as well as his family members.

Q.  And you mentioned Charlotte Pence earlier.  Who is Charlotte Pence?

A.  That's the Vice President's daughter.

Q.  And are both Charlotte Pence and Mrs. Pence Secret Service protectees?

A.  Yes.

          MR. MANNING:  Can you go to 207.

Q.  Do you recognize this document, Ms. Glavey?

A.  I do.

Q.  Is this the attachment to the email we just looked at?

A.  Yes, it is.

Q.  And is this a fair and accurate representation of it?

A.  It is.

          MR. MANNING:  Move to admit as Government's Exhibit 207, Your Honor.

          MR. BRENNWALD:  No objection.

          THE COURT:  So moved.

Q.  Ms. Glavey, could you read the heading right at the top of the page.

A.  "Head of State Worksheet, U.S. Secret Service-liaison division, (U.S. Capitol)."

Q.  And there's a reference a few lines down from the top to a rendezvous location.  What is a rendezvous location?

A.  That is where the vehicles will go to set up the motorcade prior to the departure.

Q.  And what was the designated rendezvous location on January 6th?

A.  The Naval Observatory.

Q.  And why is that?

A.  Because that's where the Vice President was leaving from that day.

Q.  And a few lines further below, do you see where it says "USS VPD Lead Agent"?

A.  Yes.

Q.  And is that a reference to you?

A.  Yes, it is.

Q.  And what does the term "VPD Lead Agent" mean?

A.  It is just notifying everyone that I would be the lead agent, the point of contact for the visit to the Capitol that day.

Q.  And is there an itinerary set forth in this document?

A.  There is, towards the bottom.

Q.  What's the purpose of setting forth this itinerary?

A.  To let everyone involved know the itinerary, the schedule of where he would be, and what locations.

Q.  Now at the top -- and I apologize for jumping around here.  At the second line from the top, do you see where it says "Visitor Full Name"?

A.  Yes.

Q.  Could you read those names.

A.  Vice President Michael Pence, Mrs. Pence, and Charlotte Pence.

Q.  And were all three of them to be protected by the Secret Service on the 6th?

A.  Yes.

Q.  According to the proposed itinerary, approximately what time was the Vice President supposed to arrive at the U.S. Capitol?

A.  12:30.

Q.  And, Ms. Glavey, if you use the touch screen on the right side, you can press the green and circle.

A.  Circle it?

Q.  Can you circle the 12:30.

            THE COURT:  Use your finger to circle the page, yes.

            THE WITNESS:  Oh, sorry.

Q.  Do you see to the right of where you circled it says "via M/C to Senate carriage"?  What does "M/C" mean?

A.  Motorcade.

Q.  Why does the Vice President travel in a motorcade?

A.  To help keep him safe.

Q.  And where at the Capitol was the motorcade supposed to arrive?

A.  At the Senate carriage entrance.

Q.  Do you know what side of the building that is on as far

as east or west?

A.  The east.

Q.  And was the motorcade intending to remain in place until the Vice President departed after the certification?

A.  It would remain at the Capitol, but they would relocate it to the plaza.

Q.  And for the entire time that the Vice President would be at the Capitol on January 6th, which agency would be responsible for his security?

A.  The Secret Service.

Q.  Do you see there's a "destination" column a few columns to the right in the itinerary?

A.  Yes.

Q.  Can you just circle that.

A.  The whole column?

Q.  Sure.

A.  (Witness complies)

Q.  And could you read the destinations here from top to bottom beginning with S-214?

A.  "S-214, the House Floor, S-214/Senate Chamber, House Floor, House Carriage."

Q.  Were these the only places that the Vice President was intending to go at the outset of January 6th?

A.  Yes.

Q.  I'm just going to clear all those circles.

Do you see the left column that we were looking at earlier was the "arrival time" column, and the first two times are 12:30 and 12:55?

I'd like to direct your attention to the three entries below that, below 12:55. Those all say "TBD." What does "TBD" mean?

A.   To be determined.

Q.   And do you know why the times of these functions were not set?

A.   We did not know how long the certification would take.

Q.   And was it your understanding that the Vice President would stay at the Capitol until the certification was completed?

A.   Yes.

Q.   In the list of functions, can you read the final function?

A.   "Motorcade departure."

Q.   And so what does that refer to?

A.   That refers to when the Vice President departs the building.

Q.   And what was the function before that?

A.   "Continuation of Electoral College certification."

        MR. MANNING:  You can take that down.

Q.   Okay.  I'd like to turn your attention to your experience on the day of January 6th itself.  When did you

begin your workday?

A.   I started at the Naval Observatory.

Q.   Approximately when?

A.   8:00, 8:30.

Q.   And where did you go first?

A.   Then I went to the Capitol.

Q.   And when you said the Naval Observatory, that's the Vice
President's residence?

A.   Correct.

Q.   And so you went from there to the Capitol?

A.   Uh-huh.

Q.   And approximately when did you go to the Capitol?

A.   I'd say I got there by 10:00.

Q.   What did you do when you first got to the Capitol?

A.   I did a walk-through with Lanelle Hawa.

Q.   Can you remind the jury who Lanelle Hawa is?

A.   My liaison counterpart.

Q.   Secret Service employee?

A.   Secret Service employee, correct.

Q.   Did you have any meetings or any discussions?

A.   We did.

Q.   What did you discuss generally?

A.   We just went over the itinerary again.  We went over the
procedures that would take place that day as far as the
formal procedures, and then we went over our emergency

action plan.

Q.  Generally speaking, what does an emergency action plan
involve?

A.  It involves what we would do in the event something were
to happen; and it's just a step-by-step process of what we
would do if we needed to stay or if we needed to ultimately
depart a location.

Q.  Did the Vice President arrive at the Capitol later that
day?

A.  He did.

Q.  Approximately when?

A.  A little after 12:00.

Q.  Did you greet his arrival?

A.  Yes, I did.

Q.  And how did he arrive?  Did he arrive in a motorcade?

A.  He arrived with the motorcade.

Q.  Did you enter the Capitol with the Vice President?

A.  Yes, I did.

Q.  Could you just walk in, or did your group need to do
anything to enter the Capitol?

A.  When the motorcade arrived, I distributed the visitor
passes to the agents that were allowed to enter the Capitol.

Q.  Do you know if the Capitol was open or closed to the
public that day?

A.  Closed to the public.

Q.  Upon entering the Capitol, where did the Vice President go first?

A.  To his office.

Q.  Do you know where in the Capitol generally that office is?

A.  On the second floor.

Q.  Did you accompany the Vice President there?

A.  I did, to the general area.  I didn't go into his office.

Q.  Do you know where the Vice President went next?

A.  I believe he went through the House Chamber -- through the Senate Chamber to the House side of the Capitol in a procession.

Q.  And, generally, did you know what was going to happen in the House side, what he was going for?

A.  Yes.  We were starting the certification of the vote.

Q.  Which vote?

A.  The presidential election.

Q.  And did you accompany the Vice President to the general area of the House Chamber?

A.  To the general area, yes.  I was outside the chamber.

Q.  At some point did the proceedings in the House Chamber adjourn?

A.  Yes.

Q.  And where did the Vice President go next?

A.  He went back to the Senate Chamber.

Q.  Did you accompany him?

A.  I did.

Q.  Were you aware of what was happening outside the Capitol at this time?

A.  Yes.  I knew crowds were gathering.

Q.  How did you know?

A.  I walked over to the windows, and I could see the crowds, and I could hear the crowds.

Q.  What did you see?

A.  I saw a mass crowd of people making their way towards the Capitol.

Q.  How did it sound?

A.  It sounded noisy, just chaotic.

Q.  How did what you saw and heard impact the Secret Service's job of protecting the Vice President?

A.  We started making the necessary decisions to enact our emergency action plan.

Q.  Was there a decision made related to the motorcade route?

        Was there a decision made related to his motorcade?

A.  Yes.  Yes, there was.

Q.  Can you describe that.

A.  It was decided with the supervisors to have the

motorcade relocate.

Q.  What did you do next?

A.  I was advised by my supervisor to walk the route to where we would be taking the Vice President.

Q.  Is that route inside the Capitol -- without going into details, is that route inside the Capitol building or outside the building?

A.  It's inside the Capitol.

Q.  And you said "where we'd be taking the Vice President." Was there a decision made to relocate the Vice President?

A.  Yes, there was.

Q.  Okay.  And was that not part of the original itinerary we saw earlier?

A.  Correct.  It was not the original itinerary.

Q.  And why was the Vice President -- why did the Secret Service decide to relocate the Vice President?

A.  The building was no longer secure.

Q.  What did you see when you were walking the route?

A.  When I walked the route, the route was fine.  When I was coming back from walking the route, as I was making my way back to the first floor, I heard glass smash, and then I saw people entering the building.

Q.  And these people you saw entering the building, were these people who you understood were authorized to be there or otherwise?

A.  No, it was general public.

      MR. MANNING:  I'd like to bring up 411.

Q.  Do you recognize this video?

A.  I do.

Q.  Okay.  Have you seen it before?

A.  Yes.

Q.  Okay.  And does it fairly and accurately represent what was happening at the Capitol on January 6th?

A.  Yes.

      MR. MANNING:  Okay.  Move to admit, although it may already be in.  Is 411 in?

      Move to admit video 411.

      MR. BRENNWALD:  No objection, Your Honor.

      THE COURT:  So moved.

Q.  Ms. Glavey, do you see a set of black vehicles on the plaza?

A.  Yes, I do.

Q.  Could you circle them.

A.  (Witness complies)

Q.  What are those black vehicles?

A.  That's the Vice President's motorcade.

Q.  And could you read the time-stamp in the upper left-hand corner.

A.  1:58.

Q.  At this time, at 1:58, are there any members of the

public immediately around the motorcade?

A.  No.

Q.  Is that intentional?

A.  Yes.

Q.  And originally was the plan that this motorcade would stay in place until the completion of the certification?

A.  Yes.  It would relocate for the departure.

Q.  And the departure would happen when?

A.  At the end of the certification.

        MR. MANNING:  We will play the video and pause at 25 seconds, please.

            (Video playing)

Q.  Ms. Glavey, can you describe what's happening here?

A.  The motorcade is relocating.

        MR. MANNING:  Can we continue playing.

            (Video playing)

        MR. MANNING:  Pause.

Q.  Ms. Glavey, do you see those people who are in the area where the motorcade had just been?

A.  I do.

Q.  Would it have been appropriate to have the Vice President depart from a motorcade had the motorcade still been in this location under these circumstances?

A.  No, it would not.

Q.  And why not?

A.  It would jeopardize the safety of all those individuals.

Q.  After the motorcade relocated, what did you do next?

A.  I proceeded back to the detail.

Q.  You mentioned earlier that you heard smashing glass when you were walking the route.  What impact did the observation of smashing glass have on your work protecting the Vice President?

A.  Well, for clarification, I heard the glass.  I didn't see the glass smash.

Q.  I'm sorry, you heard the glass.

A.  I knew at that point that the public was going to gain entry into the building; and I knew, obviously, that it was putting our protectee in jeopardy.

Q.  What did you do next?

A.  I proceeded to the stairwell to where the Vice President was upstairs.  And when I got to the stairwell, one of the supervisors was coming down the stairs.  So I, at that point, started communicating with the supervisor what I saw.

Q.  Did you use a radio to communicate with any of your colleagues on January 6th?

A.  Yes, I used the radio, and I just talked face to face.

Q.  This is a 30-second audio file.  Have you seen this previously?

A.  Yes.

Q.  And is it your voice that's on the radio?

A.  Yes, it is.

Q.  And is it a fair and accurate representation of that moment?

A.  Yes, it is.

            MR. MANNING:  Move to admit.

            MR. BRENNWALD:  Your Honor, just for the record, I don't object to any of the audio recordings from Special Agent Glavey.

            THE COURT:  Very well.  So moved.

            MR. MANNING:  Well, with no objection, we'll move to admit 208, 209, and 210.

            THE COURT:  Okay, 208 through 210 are admitted.

            MR. MANNING:  Ms. Rouhi, can you play 208 from the beginning, please.

            (Audio playing)

Q.  What were you communicating -- sorry, is that your voice?

A.  Yes, it is.

Q.  And what were you communicating at that time?

A.  They've entered the building, and hold.

Q.  And who's entered the building?

A.  The general public.

            MR. MANNING:  Can we play 209.

            (Audio playing)

Q.  Was that your voice?

A.   Yes, it was.

Q.   And what were you communicating at that time?

A.   I was communicating to the supervisors that the public was accessing the second floor, which is the floor they were on.

Q.   And why was the second floor particularly important to the Vice President's detail?

A.   So that they knew we were on limited time before they would see the public.

Q.   Is the Vice President's office on the second floor?

A.   Yes, it is.

          MR. MANNING:  Can we play 210.

          (Audio playing)

Q.   Is that your voice?

A.   Yes, it is.

Q.   And who are you referring to when you say "people five to ten feet away from me"?

A.   The general public.

Q.   At this point, did you believe the Vice President was under threat?

A.   Yes.

Q.   And what did you do next?

A.   I just continued to communicate to the supervisors when it was clear to bring him down or whether it was not clear to bring them down.

Q.  At some point was the Vice President brought down?

A.  Yes, he was.

Q.  Did you observe that happening?

A.  Yes, I did.

Q.  Was this part of the emergency action plan?

A.  Yes, it was.

          MR. MANNING:  Bring up 412.

          (Video playing)

          MR. MANNING:  Can you pause.

Q.  Do you recognize this 33-second video clip?

A.  I do.

Q.  You've seen it before?

A.  Yes, I have.

Q.  And is it a fair and accurate representation of what you
observed on January 6th?

A.  Yes, it is.

          MR. MANNING:  Your Honor, we move to admit
Exhibit 412.

          MR. BRENNWALD:  No objection.

          THE COURT:  So moved.

Q.  Before we play the video, Ms. Glavey, could you read the
time stamp in the upper left corner.

A.  2:25.

Q.  Do you recognize this stairwell?

A.  I do.

Q.  Where does it lead to?

A.  It leads to the first floor.  It's the stairwell right outside the Vice President's office.

Q.  So the first -- is the first floor on the bottom of the stairwell, and the second floor on the top?

A.  Yes.

    MR. MANNING:  Okay.  Why don't we play to 14 seconds and pause.

    (Video playing)

    MR. MANNING:  I'm sorry, could we slide back just one second to 14 seconds.

Q.  Ms. Glavey, do you recognize this man here?

A.  Yes, I do.

Q.  Who is that?

A.  Vice President Michael Pence.

Q.  And where were you at this time?

A.  I was at the bottom of that stairwell.

Q.  And where did the Vice President go next?

A.  We relocated to our secure location.

Q.  Did you generally remain with the Vice President when he was in that secure location?

A.  Yes, I did.

Q.  Approximately how long was the Vice President there?

A.  A couple of hours.

Q.  At some point did the Vice President return to the House

Chamber and preside over the certification?

A.  Yes, he did.

Q.  Approximately when was that?

A.  I'd say maybe around 8:00.

Q.  Did you stay with him?

A.  Yes, I did.

Q.  Approximately when did the certification process end?

A.  Between 3:00, 4:00 in the morning.

Q.  Were you still at the Capitol then?

A.  Yes, I was.

Q.  When did you leave?

A.  When the certification was complete.

Q.  After 4:00 in the morning?

A.  After -- yes.  Between 3:00-4:00 in the morning.

Q.  From the time the Vice President arrived in the Capitol until the time the certification ended at 3:00-4:00 in the morning, did the Vice President ever leave the U.S. Capitol?

A.  No, he did not.

Q.  Before January 6th I take it there were other times in which you assessed that there was some danger somewhere near the Vice President's location; is that fair to say?

A.  Yes.

Q.  But in your years on the Vice President's security detail, was there ever any other time that you identified a threat to the Vice President that came in such close

proximity to the Vice President?

A.  Not in my time on the detail.

Q.  Similarly for your time on the detail, was there ever a time that the Vice President had to be relocated for hours out of concern for his safety?

A.  No.

          MR. MANNING:  Nothing further, Your Honor.

          THE COURT:  Mr. Brennwald?

          MR. BRENNWALD:  The Court's indulgence.

                    CROSS-EXAMINATION

BY MR. BRENNWALD:

Q.  Good afternoon, Special Agent Glavey.

A.  Good afternoon.

Q.  I told you I was going to be mean to you, right?

A.  You promised.

Q.  No questions.

A.  No questions?

Q.  Have a nice day.

A.  Thank you.  Have a good day.

          THE COURT:  Special Agent Glavey, thank you very much for your testimony.  You're free to go.  Please don't discuss your testimony with anyone until the end of the case, okay?

          THE WITNESS:  All right.  Thank you.

          THE COURT:  All right.  Have a good day.

THE WITNESS:  Have a good day.

THE COURT:  Are we ready to proceed?

MR. MANNING:  Yes, Your Honor.  The government will call its next witness, Kyle Jones.

THE COURT:  Okay.

Ladies and gentlemen, we try to stop around 5:00 or, depending on where we are with a particular witness's testimony, either a little earlier or a little later than that.  If any of you have child care issues or other commitments, you know, that might interfere with that schedule, just raise your hand and let us know or let Ms. Jenkins know.  Okay?  We want to try to keep you folks on the schedule that we promised you as much as possible.

Okay.  Step right up, sir.

THE WITNESS:  All right.

THE COURT:  Please remain standing and raise your right hand.  And you can slip your mask off, if you'd like.

KYLE T. JONES, Sworn

DIRECT EXAMINATION

BY MR. MANNING:

Q.  Good afternoon, Mr. Jones.

A.  Good afternoon.

Q.  Can you state and spell your name for the record.

A.  Sure.  My name is Kyle, K-Y-L-E; middle name Thomas, T-H-O-M-A-S; last name Jones, J-O-N-E-S.

Q.   Mr. Jones, are you a lawyer by training?

A.   I am.

Q.   When did you graduate law school?

A.   Graduated in 2013.

Q.   And where did you work in January of 2021?

A.   I worked in the parliamentarian's office of the United States House of Representatives.

Q.   And when did you join the parliamentarian's office?

A.   I joined in May 2015.

Q.   And in January of 2021, what was your title?

A.   In January of 2021 my title was assistant parliamentarian.

Q.   What were your primary responsibilities?

A.   So my job as -- was -- the role of that office was to provide nonpartisan advice to members on both sides of the aisle with respect to the procedures in Congress as they would play out on the House floor.  Part of that role was to advise whomever was in the chair -- whether it was the Speaker of the House or the speaker pro tempore, which is just a member of Congress who the speaker appoints to be in the chair, provide real-time advice when we were in session as to how to rule on points of order or to respond to parliamentary inquiries, or even something as simple as who to recognize next and what their name was.

          And then off the floor, members from either side

of the aisle could come to us, and we would give advice to
anyone who is a member of Congress or their staff on how to
go about something on the floor, either to make something
happen or to prevent it from happening, along those lines.

Q.  Okay.  Let's break that up.

You made a reference to being a nonpartisan
position?

A.  That's correct.

Q.  Does that mean you didn't work for the Democrats or the
Republicans or any other party?

A.  That's right.  In fact, I worked under speakers for both
parties during my time at the parliamentarian's office.

Q.  And as part of your job, did you often participate in
proceedings in the House Chamber itself?

A.  I did.

Q.  Were some of those proceedings votes on new laws?

A.  Absolutely.  Votes on legislation, more general debates
on the issues of the day, ceremonial events like visiting
foreign dignitaries.  Pretty much anything that happened in
the House of Representatives during my time there, I had a
part.

Q.  And that House Chamber, is that in the U.S. Capitol
building?

A.  That's right.

MR. MANNING:  I'd like to pull up Government's

Exhibit 102, which I believe is already in evidence.

       THE WITNESS:  All right.

Q.  Can you circle the House Chamber on this map.

A.  Sure.  House Chamber is that room right there.

Q.  So we talked about votes.  Are there any other types of proceedings generally that happen in the House Chamber that you participate in?

A.  Votes.  There would be debates on issues of the day that weren't tied to legislation.  They were called special order speeches where members would get up and talk about sort of whatever they please.

       As I said, ceremonial functions, like foreign dignitaries would come to visit, or the President would come for the State of the Union; and also, of course, the joint session for the counting of electoral votes, which happens every four years.

Q.  And in January 2021, how many people worked in the House parliamentarian's office?

A.  As parliamentarians, there were six of us total, one on leave.  So five who were active and working on the day.

Q.  So for the five years or so that you worked in the parliamentarian's office, can you give a very rough estimate of how many proceedings you participated in in that House Chamber?

A.  I would say hundreds of legislative days' worth of

proceedings.  That probably is north of 1,000 -- probably in
the thousands of bills that we considered in some form or
fashion.  Hundreds of special order speeches and shorter
speeches on issues of the day.  We had three impeachments.
We had a number of foreign dignitaries visiting, five or so
States of the Union.

A broad array of experience.

MR. MANNING:  Can you bring up Government's
Exhibit 606.

Q.  Without going into detail at first, do you recognize
this?

A.  Yes, I do.

Q.  Okay.  And are you yourself actually in this photo?

A.  I am, indeed.

Q.  And is it a fair and accurate representation of what the
photo portrays?

A.  It is.

MR. MANNING:  Can we move to admit Government's
Exhibit 606.

MR. BRENNWALD:  No objection.

THE COURT:  So moved.

Q.  So what's this room that's in the photo?

A.  So this is the chamber of The House of Representatives,
and you're viewing it from the back of the chamber looking
forward.

Q.  Could you circle yourself on the screen.

A.  Sure.  That's me sort of behind that gentleman right there looking on.

     (Witness complies)

Q.  Thank you.

     Is this where you typically stood during House proceedings when you were the assistant parliamentarian?

A.  Yes.  So there -- when we were in session, there were two roles that a parliamentarian would undertake.

     One is called first chairing, where you're up directly advising the speaker.  That typically was my role at this point in my career, although in this instance, because this appears to be the joint session to count the electoral ballots, my boss, the parliamentarian, Jason Smith, was first chairing, and I was doing what is known as second chairing him, which is sort of standing off a little to his right, you know, conferring with him on questions of order and just sort of providing support and a buffer if a member came up to the rostrum with a question.

     So I was second chairing, and that was a function I performed often in my time in the parliamentarian's office as well.

Q.  Mr. Jones, do you see the gentleman in the dark suit and pink tie standing in front of the flag?

A.  Yes.

Q.  And what's the title or position of the person who usually stands there?

A.  That's the speaker pro tempore, who often is referred to colloquially as the presiding officer.

Q.  And can you circle for the jury the area of the House Chamber that you refer to as the rostrum.

A.  Sure.  The rostrum is the entirety of this sort of three-tiered desk-like structure right here.

        (Witness complies)

Q.  And for any members of Congress who are not on the rostrum, where do they sit?

A.  They sit in the sort of rows of theater-like seating that -- you see the first three rows.

        And is it all right if I use the demonstrative to demonstrate what I'm talking about?

Q.  Yes.

A.  You see the first three rows here in this shot.  They extend back maybe seven to ten rows back in sort of a theater in the round, almost, kind of format.  So that's where the members typically would sit.

Q.  When you were on the floor of the House Chamber for votes and for other proceedings, can you typically see many of the members of Congress from the spot where you stood?

A.  Yes, uh-huh.

        MR. MANNING:  You can take that down.

Q.  I'd like to turn your attention to January 6, 2021.  If
I say "January 6th," will you know that I'm referring to
January 6, 2021?

A.  I will.

Q.  Okay.  So without going into great detail at this point,
was there a particular proceeding that was scheduled to take
place in Congress on January 6th?

A.  Yes.  That is the date of the joint session to count the
electoral ballots.

Q.  I'm sorry, can you repeat that?

A.  That is the joint session, the traditional date for the
joint session to count the electoral ballots.

Q.  And in the weeks leading up to January 6th, were you
involved in preparing for that joint session?

A.  Yes, indeed.

        Before a major event like that that has, you know,
parliamentary difficulties associated with it, my office
would look at historical precedence, look at the statutes,
the rules involved, to make sure that, if a question of
order came up during the proceeding, we would be able to
answer it quickly; we'd be prepared to go so that there
wouldn't have to be a pause in the proceedings or any doubt
that things were playing out correctly.

        So it was sort of a parliamentarian Super Bowl, is
what I would call it, to my colleagues at the time, and it

certainly was one of them.

Q.  Was this parliamentary Super Bowl one of your office's top priorities in the days leading up to January 6th?

A.  Yes.

There were two inflection points during that week. The first was January 3rd, which was the opening day of the Congress, which is another tricky parliamentary day where you adopt the new rules of order for the new Congress; and then, of course, there was January 6th, which was the joint session to count the electoral ballots.

Q.  And had you also been involved in the same joint session to count the electoral ballots at the previous presidential election?

A.  Yes, indeed.

I was not in the deputy role, the second chairing role that I described earlier, because I was a more junior member of the office.  But at the preceding joint session, I was involved in the preparations, and I attended the session as well.

Q.  So by January of 2021 were you familiar with the laws governing the certification of the presidential election?

A.  Yes.

MR. MANNING:  Can we bring up 601.1.  And if you could flip to the second page.

Q.  Do you recognize this without describing what it is?

A.  Yes.  That is the Twelfth Amendment to the United States Constitution.

Q.  And is it a fair and accurate representation of the Twelfth Amendment itself?

A.  Not the original copy, but yes, it is an accurate representation of the text of the Twelfth Amendment.

          MR. MANNING:  Okay.  The government moves to admit Exhibit 601.1.

          MR. BRENNWALD:  No objection.

          THE COURT:  So moved.

Q.  And before we have you read it, we will try to zoom in to make it more visible --

A.  That would be great.

Q.  -- for you but also for the jury.

          MR. MANNING:  Ms. Rouhi, if we could zoom in on that, okay?

Q.  Now, am I right that the original Constitution is not highlighted?

A.  That is correct.

Q.  Could you read -- sorry.

          And which part of the Constitution did you say this was?

A.  This is the Twelfth Amendment to the Constitution.

Q.  Could you read the highlighted portion, please.

A.  Sure thing.  "The electors shall meet in their

respective states and vote by ballot for President and Vice-President; and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate; the President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted; the person having the greatest number of votes for President, shall be the President."

Q.  So this amendment refers to certificates that are used to count the votes.  Are there actual physical certificates that are brought to the House Chamber?

A.  There are.

Q.  Have you seen them?

A.  I have.

            MR. MANNING:  Let's go to Exhibit 602.1.

            Your Honor, perhaps for efficiency sake I can just ask defense counsel if there is any objection to the next three exhibits, and we can get them all in?

            THE COURT:  Mr. Brennwald?

            MR. BRENNWALD:  No objection.

            THE COURT:  Well, why don't you list the numbers on the record first.

MR. MANNING:  The government would move to admit
602.1, 603.1, and 604.1.

MR. BRENNWALD:  No objection.

THE COURT:  So moved.

Q.  Before we zoom in, Mr. Jones, do you recognize this?

A.  Yes.  This is a provision of Title 3 of the United
States Code, which is known as the Electoral Count Act sort
of informally; and it sets out in more detail the principles
of how to go about electing the president and the house
representatives, you know, that is originated from that
Twelfth Amendment that we just read.

Q.  And do you see up top where it says "USCA 15"?

A.  That's right, yes.

Q.  Can you read the title of the statute below that.

A.  The title of the statute for Section 15 is "Counting
Electoral Votes in Congress."

MR. MANNING:  And, Ms. Rouhi, if you could zoom
in.

Q.  Mr. Jones, could you read the highlighted portion.

A.  Sure.  "Congress shall be in session on the sixth day of
January succeeding every meeting of the electors.  The
Senate and the House of Representatives shall meet in the
Hall of The House of Representatives at the hour of 1
o'clock in the afternoon on that day, and the President of
the Senate shall be their presiding officer.

"Upon such reading of any such certificate or
paper, the President of the Senate shall call for
objections, if any.  Every objection shall be made in
writing, and shall state clearly and concisely, and without
argument, the ground thereof, and shall be signed by at
least one Senator and one Member of The House of
Representatives before the same shall be received.  When all
objections so made to any vote or paper from a State shall
have been received and read, the Senate shall thereupon
withdraw, and such objections shall be submitted to the
Senate for its decision; and the Speaker of the House of
Representatives shall, in like manner, submit such
objections to the House of Representatives for its
decision."

Q.  On the morning of January 6th, did you expect that you
would participate in the session of -- the joint session of
the House and Senate beginning at 1:00 p.m. as described in
this law?

A.  Certainly, yes.

Q.  Okay.  And from the perspective of the parliamentarian's
office, what purpose is served by having this law related to
the possible objections?

A.  Well, it sets out the procedure by which the objections
would be handled.  The Twelfth Amendment doesn't really get
into that level of detail.  And so we would study this

statute in preparing for the event.  In case there was an

objection, we would know whether it satisfied the terms of

the statute, what was required for the procedures that I

just read.

Q.  And on the morning of January 6th, did you expect that

there would be some of these objections that would require

each house to withdraw and debate?

A.  We were told to expect at least a few objections, yes.

Q.  And besides the objection process described in this law,

did you expect on January 6th that Congress would stop the

vote certification process for any other reason?

A.  Not for any other reason, no.

            MR. MANNING:  Can you pull up 603.1.

Q.  And before we zoom in, what is this, Mr. Jones?

A.  This is the next section of the statute that I just

described, the Electoral Count statute in Title 3 of the

United States Code.

            MR. MANNING:  And, Ms. Rouhi, can you zoom in,

please.

Q.  Mr. Jones, can you please read the highlighted portion.

A.  "At such joint meeting of the two Houses...  Such joint

meeting shall not be dissolved until the count of electoral

votes shall be completed and the result declared; and no

recess shall be taken unless a question shall have arisen in

regard to counting any such votes, or otherwise under this

subchapter, in which case it shall be competent for either

House, acting separately, in the manner hereinbefore

provided, to direct a recess of such House not beyond the

next calendar day.  But if the counting of the electoral

votes and the declaration of the result shall not have been

completed before the fifth calendar day next after such

first meeting of the two Houses, no further or other recess

shall be taken by either house."

Q.  So is it fair to say that this law places some limits on

how many recesses Congress can take and how long they can

be?

A.  Yes.

Q.  And, again, from the perspective of the

parliamentarian's office, what purpose is served by having a

law that does that?

A.  To ensure that the electoral vote count is completed as

expeditiously, as quickly, as possible.

Q.  And why is it important that this electoral vote count

on January 6th is completed expeditiously?

A.  Well, I would say for two reasons.  One, because it does

not -- it's not healthy for a constitutional republic to

have a question as to the succession of power; and second,

from a practical perspective, on January the 21st you have

the inauguration of the next president, so this is not a

question that can hang in the balance for very long.

Q.  When you came into work on the morning of January 6th, did you expect that you would stay until the certification was complete?

A.  Yes.

Q.  And I promise the jury we'll move on from the laws in a moment.  But can you describe, taken together, what's the basic purpose of this constitutional amendment and these specific laws related to these electoral procedures?

A.  To ensure that the electoral vote count is carried out as expeditiously as possible such that there can be a peaceful transition of power.

        MR. MANNING:  Can you pull up 604.1.

Q.  And before we zoom in, do you recognize this?

A.  Yes.  This is Senate Concurrent Resolution 1 from the 117th Congress.

Q.  And could you read the agreed to date in the upper right-hand corner.

A.  Yes.  This was agreed to on January 3, 2021, which is the opening day of the Congress that I referred to earlier.

        MR. MANNING:  Ms. Rouhi, can you zoom in so we can see the highlighted portion.

Q.  You said this is a concurrent resolution.  Basically what is a concurrent resolution?

A.  A concurrent resolution is a piece of legislation that is adopted by both Houses of Congress, but it doesn't have

to go to the President because it just deals with the inner workings of Congress.

Q.  Can you read the highlighted portion of this concurrent resolution.

A.  Sure.  "Resolved by the Senate (The House of Representatives concurring), that the two Houses of Congress shall meet in the Hall of the House of Representatives on Wednesday, the 6th day of January 2021, at 1 o'clock post meridian, pursuant to the requirements of the Constitution and laws relating to the election of President and Vice President of the United States, and the President of the Senate shall be their Presiding Officer."

Q.  With respect to the president of the Senate being the presiding officer, who is the president of the Senate?

A.  The president of the Senate is the Vice President of the United States, so at that time it would have been Vice President Mike Pence.

Q.  And is that generally always the case, the Vice President also has the role as the president of the Senate?

A.  Yes.  It's by definition the case.

Q.  And on January 3rd of 2021 were you aware that this concurrent resolution had been issued?

A.  Yes, indeed.

Q.  And so based on this resolution, did you expect that on January 6th that Congress would carry out the procedures for

certifying the election along the lines we've described?

A.   That was my expectation, yes.

Q.   Did the certification of the election go as planned?

A.   It certainly did not.

          MR. MANNING:  We can take this down.

Q.   Mr. Jones, let's talk about your day on January 6th. Approximately when did you first come to the House Chamber for the election certification proceeding?

A.   Well, the House convened at noontime that day, which is standard practice in these situations where we have a joint session between the two houses.

          The House first has to come in.  We do all of the components that are required in the rules of the House, which is a prayer, pledge of allegiance, approval of the previous day's journal.  We knocked that stuff out of the way and whatever other morning business needs to be attended to, perfunctory things.

          And then we recess the House so that we would be ready, when 1:00 p.m. came around, to receive the Senate. We'd be in session for them.

Q.   So approximately when did you recess the House?

A.   Shortly after we convened, so 12:05, 12:10, something like that.  I forget how much perfunctory business we had that morning, but it wasn't a lot.

Q.   So when you -- fair to call that a break, a break that

you took in the proceedings, or a pause?

A.   Yes.   That was a recess in the proceedings, we would call it, yes.

Q.   As of that point, did everything appear to be proceeding normally?

A.   Sure.

Q.   When did the proceedings resume?

A.   We reconvened the House at I think 12:55 p.m., and that was so that we would not be in recess when the Senate came over.   We have to be in session to receive them, and we reconvened at 12:55 and waited for them to arrive.

Q.   Can you take us from the time the proceedings resumed until the next pause in the action.

A.   Sure.

        The Senate arrived more or less on time at 1:00, which is atypical for them; and we set out on the electoral vote counting process.   That involves the Senate pages processioning in with the electoral vote certificates, which they did.   And then we sort of set up a little conveyor belt of people to hand the certificates up to the Vice President, who of course processes in with the Senate, since he's the president of the Senate.

        I would review the certificates on the way up to the president, make sure they were in order, but principally to make sure that we were handing him the right state at the

right time because we go through the states in alphabetical
order.

        We got to the state of Arizona -- which I forgot
precisely where it stands in the alphabet, but, as you can
imagine, it's pretty early on -- before we got our first
perfected objection, which is what we call an objection that
has been signed by both a House member and a Senator, which
is what the law I read earlier requires.

        Once we received that perfected objection, the
president made the announcement that the two Houses would
separate to deliberate, pursuant to the Electoral Count Act,
that objection.  And so that was the next real pause in the
proceedings at about 1:15 when we got to that.

        And the senators slowly filed out, and we began to
begin our sort of half of the debate on whether the
objection to the electoral votes from the state of Arizona
should be upheld.

Q.  Okay.  Just to be clear, when you say "the president,"
are you referring to the president of the Senate?

A.  Yes.  Sorry.

Q.  Not actually --

A.  The president --

Q.  -- the --

A.  -- of the senate.

        THE COURT REPORTER:  One at a time.

THE WITNESS:  Sorry.

Q.  When you said "the president" in your testimony a moment ago, were you referring to the president of the Senate? Withdrawn.

Who was presiding over this proceeding?

A.  Vice President Mike Pence.

Q.  And Vice President Mike Pence also has a role as the president of the Senate; is that right?

A.  That is correct.

Q.  Okay.  But the president of the United States at the time was not present in the House; is that correct?

A.  That is correct.

Q.  Okay.  So you mentioned in your testimony that the Senate withdrew to discuss the objection; is that right?

A.  Correct.

Q.  And can you describe physically where the senators go from the House Chamber to withdraw.

A.  So the back door of the House Chamber, so the one immediately across from the rostrum where I used to stand, is pretty much a direct line to the Senate Chamber on the other side of the Capitol building.

So you walk through a corridor.  You go through what we call Statuary Hall, which is where the House of Representatives chamber used to be.  Now it's a place for visitors with statues in it, which is why we call it

Statuary Hall.

Then you walk through the Rotunda, which is the area underneath the Capitol dome that we all know from the photographs.  It's sort of a broad area in the center of the building.  Then through a series of Senate offices with which I am less well acquainted until you get to the Senate Chamber on the other side of the building.

MR. MANNING:  Can you pull up Government's Exhibit 102, which is already admitted.

Q.  So with respect to the testimony you just gave, can you start just by circling the House Chamber again.

A.  Sure thing.  (Witness complies)

Q.  Okay.  And then can you circle the Senate Chamber.

A.  That's the Senate Chamber right there.

Q.  Okay.  And can you just draw a line from where the senators would go when processing out of the House Chamber to the Senate Chamber?

A.  (Witness complies) That's the path you'd take.

Q.  With respect to members of The House of Representatives, do they have to leave the House Chamber or do some of them actually stay in the House Chamber when there's these debates?

A.  Members of the House who are present and wish to participate or observe the debate that day would have remained in the chamber.

Q.  And according to the rules, how long did that debate
last?

A.  So the rules provide for two hours total of debate on an
objection to any one state.  And once you hit the two-hour
mark, no matter where you are in the debate process, you
have to hold the vote then.

Q.  So approximately what time did the Senate leave the
House Chamber to begin the debate?

A.  They left at approximately 1:15 p.m.

Q.  So at that time when did you expect that the Senate
would return to the House Chamber?

A.  Factoring in the two hours of debate prescribed by
statute, plus a little time on either end for the Senate to
leave and return, I would have guessed in two and a half to
three hours we would resume the counting of electoral
ballots.

Q.  Did that happen?

A.  It certainly did not.

Q.  So can you describe what happened instead, beginning
with the debate that began in the House Chamber.

A.  Sure.  We began debate on the state of Arizona, and it
proceeded for 15 to 30 minutes, I would say.  And I recall
that Mr. Gosar was speaking.  He claimed his five minutes of
debate time.

          And around that point in time a representative of

the sergeant at arms office approached me on the rostrum.
As a general matter of protocol, when there is a security
situation, they've been sort of trained to do that, to
approach whomever is second chairing from my office so that
the security concerns can be related to the member who is in
the chair, the presiding officer.  In this case it was
Speaker Nancy Pelosi.

The initial message we received from the sergeant
at arms office is that there had been a perimeter breach
outside the Capitol, but they believed that the breach had
been contained, and that we sort of relayed that message up
the chain, and the decision was made that we should
continue.

Shortly thereafter, we received another update
that protesters had made their way into the Rotunda, which
is the area under the Capitol dome that I just discussed.
At that point the level of concern was pretty heightened.
Nonetheless, the word I was given was that it was expected
that these people could be contained in the Rotunda,
notwithstanding the fact that it's maybe 50 or 100 yards
away.  So we made the decision briefly to continue.

Shortly thereafter there was a disturbance, and
then there was a banging on the back door of the chamber and
some screaming.  It briefly disrupted the proceedings.  I
recall we tried to continue on, but then word came in from

the side that we should stop.  And I remember the Speaker of the House, Speaker Pelosi, being sort of whisked out of the chamber by chamber security.

Another member, Representative McGovern of Massachusetts, took the chair and declared an emergency recess, which was done pursuant to House Rule, Clause 12(b) of Rule 1, which I'd never seen used, and we sat in an emergency recess at that point.

That ended up being the first of two recesses.

Q.  And after the emergency recess was declared, did any House members remain in the chamber, or did they all immediately leave?

A.  Yes.  Members did remain.  And there was obviously confusion that over the course of the next few minutes gradually turned into panic.  But there was still sort of a fog of war as to what exactly was happening outside and whether it was safe to proceed.

But as far as I could tell, most members -- there may have been some who filtered out due to seeing what was going on or out of concern, but most members remained in the chamber at that point until the decision was made that we would try another time to reconvene and proceed debating the objection to the state of Arizona.

Q.  Did you take any security measures at that time?

A.  At that time, no.  I was uncertain as to the level of

danger we were in or what precisely this situation was.

However, after we reconvened -- tried briefly, maybe five, ten minutes -- to continue to debate before it became clear that we could not, and we once again declared an emergency recess.  At that point the security measures began.

We had a member of either the sergeant at arms or the Capitol Police force come in and ask us to take cover. So members were ducking behind chairs.  Hitting the deck, essentially, I guess, would be the colloquial way to describe it.  I briefly hid behind the rostrum.

And when nothing happened immediately, the next piece of guidance was that there was a chemical substance, possibly tear gas, that had been released in the building, and that we should put on our escape hoods, which are these sort of clunky devices that are made out of plastic that you put over your head, and it has a motor that's, you know, supposed to filter the air for you.

And so I helped distribute those initially so folks who were either panicked or, you know, some of our older members who can't get around very easily had one, and then I put one on myself.

And what was striking about these escape hoods is that you could neither see through them very well nor, because of the buzzing motor, could you hear anything that

was going on.  So I and most people in the chamber, shortly after putting on these escape hoods, decided that we were better off rolling the dice with whatever chemicals were in the air and at least knowing what was around us, so we took those off.

Q.  Can you -- I'm sorry to interrupt.

Did you observe members of Congress at this time?

A.  Yes.

Q.  How did they appear to you?

A.  Sorry?

Q.  How did they appear to you?

A.  Panicked.  Some members were crying.  Some were screaming.  It was surreal.

Obviously that's not every single member in the chamber reacting that way.  Some were trying to man doors.

At this point, you have to understand, noises were coming from all over.  Some was clearly banging by folks who were not supposed to be there, shouting, trying to get in. Others seemed like it was the sound of people trying to frantically lock doors and keep people out.

There was a commotion.  You saw where I stand to the right of the speaker in the chamber.  The doors to the speaker's lobby are sort of behind my shoulder to the right.

And I could see commotion going on in there, an effort to barricade the doors to the speaker's lobby, because those are -- they were built in the 19th century.  They're made almost entirely of glass.  It would have been very easy to breach that side had they not been reinforced.

So folks began to do that.

Q.  In all your years working in the House Chamber, Mr. Jones, had you ever seen anything like this?

A.  No.

Q.  Do you recall what it sounded like inside the House Chamber?

A.  Crying.  There was some screaming.  Some people were shouting out instructions.  Others were trying to keep folks calm.  Of course there was the banging and unidentified noises; and you could hear screaming from outside the chamber.  Some of it sounded like angry screaming.  Some of it sounded like people frantically trying to react.

But the thing that I will always remember about that moment of that day was the hum of those escape hoods that were so useless.  The motors, once you opened them and activate them, they just keep going.  So for much of the rest of the day it was like having some sort of pernicious white noise machine that to this day, if I hear a noise like that, it reminds me of that moment.  It's just a steady hum. It was insidious.

453

Q.  Were you fearful for your life?

A.  Absolutely.

Q.  What, in particular, made you fearful for your life?

A.  Certainly the initial instruction to take cover, and

then the notion that there was a chemical agent in the air.

When you're told those things, it's natural to be concerned

for your well-being.

        Then, as you had more time to think about it, then

you realized that people who aren't supposed to be in the

building are in the building.  You think to yourself:  Well,

how did they get here?

        And it's difficult in that moment to envision a

way for them to get in there that doesn't involve violence,

and so I thought it was a natural assumption that violence

was to follow; and sort of I steeled myself for the fact

that if people made their way into the chamber, that I would

fight them until I was no longer capable of fighting.

Q.  At some point did you evacuate the House Chamber?

A.  Yes.

        THE COURT:  Mr. Manning, how much longer?

        MR. MANNING:  Well, Your Honor, this would be a

logical point for a break because we'll probably go, I would

say, at least another 20 or 30 minutes.  This could be a

good point for a break.

        THE COURT:  All right.  We're going to excuse

everyone for the evening.  Thank you very much for your
patience.  We've had a long but productive day, I think.

Why don't you be back ready to go at 9:15 in the
jury room tomorrow morning so that we can get started as
close to 9:30 as we can, okay?

Again, no discussions about the case, no research
about the case, and enjoy a very nice evening.  We'll see
you tomorrow.

(Jury exits courtroom)

THE COURT:  Mr. Jones, you can step down.
please don't discuss your testimony with anyone overnight,
okay?

All right.  Please be seated.

Any issues?

MS. AYERS-PEREZ:  The only issue I would raise,
Your Honor, is we are expecting a defense exhibit list
today.  I wasn't aware we had exhibits.  I don't think -- we
haven't had one furnished to us yet.  So I am expecting that
this evening.  But that's the only issue I have right now,
Your Honor.

THE COURT:  Okay.  And who do we have -- what's
the order of call tomorrow after Mr. Jones?

MS. AYERS-PEREZ:  So Mr. Jones, and then --

MR. MANNING:  And then Capitol Police Officer
Joshua Pollitt, followed by Capitol Police Officer Nelson

Vargas.

          THE COURT:  All right.  Have a good evening.  See you in the morning.

                (Whereupon the hearing was

                 concluded at 5:02 p.m.)



          **CERTIFICATE OF OFFICIAL COURT REPORTER**


          I, LISA A. MOREIRA, RDR, CRR, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

     Dated this 26th day of October, 2022.


                                   /s/Lisa A. Moreira, RDR, CRR
                                   Official Court Reporter
                                   United States Courthouse
                                   Room 6718
                                   333 Constitution Avenue, NW
                                   Washington, DC 20001

## /

**/s/Lisa** [1] - 455:17

## 0

**0186** [2] - 272:6, 272:21
**0394** [2] - 273:1, 273:2
**0406** [1] - 272:8
**0443** [1] - 272:23
**0767** [1] - 272:7
**0879** [1] - 272:25

## 1

**1** [11] - 267:3, 285:10, 316:4, 369:21, 369:23, 369:25, 396:10, 436:23, 440:14, 441:8, 449:7
**1,000** [1] - 429:1
**10-33** [6] - 347:15, 347:18, 350:3, 353:19, 353:20, 395:5
**100** [7] - 316:7, 317:21, 318:9, 318:14, 348:3, 383:15, 448:20
**1002** [2] - 272:8, 273:23
**100a** [1] - 265:14
**101** [10] - 321:20, 322:1, 322:7, 348:17, 348:19, 351:15, 381:20, 381:23, 382:12, 382:14
**102** [5] - 323:14, 323:24, 355:12, 428:1, 446:9
**103** [3] - 328:25, 329:7, 329:12
**10:00** [1] - 411:13
**11204** [1] - 265:13
**1122** [1] - 272:9
**113** [2] - 272:8, 273:10
**114** [1] - 363:7
**1176** [3] - 272:8, 273:11, 273:15
**1179** [8] - 269:4, 269:9, 269:12, 269:18, 269:23, 270:8, 270:13, 270:15
**117th** [1] - 440:15
**1195** [1] - 272:7
**11:00** [1] - 283:15
**12** [7] - 270:1, 276:12, 283:16, 283:25,

365:19, 366:24, 388:21
**12(b** [1] - 449:6
**1241** [2] - 272:7, 273:17
**1261** [1] - 272:6
**1289** [1] - 272:8
**12:00** [2] - 283:3, 412:12
**12:05** [1] - 442:22
**12:10** [1] - 442:22
**12:15** [1] - 283:19
**12:30** [4] - 283:23, 408:9, 408:13, 410:3
**12:51** [1] - 361:8
**12:54:57** [1] - 376:16
**12:55** [4] - 410:3, 410:5, 443:8, 443:11
**13** [4] - 346:19, 368:21, 397:15, 401:13
**1305** [1] - 272:6
**1330** [1] - 346:5
**136** [1] - 272:9
**14** [14] - 270:3, 270:18, 271:8, 273:25, 274:21, 274:23, 276:11, 281:17, 317:11, 317:13, 318:2, 360:20, 422:7, 422:11
**1400** [6] - 265:17, 272:7, 274:1, 346:4, 349:6, 349:7
**1405** [1] - 272:6
**1424** [2] - 272:8, 273:6
**15** [8] - 283:16, 283:24, 311:6, 399:17, 400:13, 436:12, 436:15, 447:22
**1500** [1] - 346:11
**1557** [1] - 272:9
**16** [2] - 395:16, 395:18
**1645** [1] - 272:7
**1700** [3] - 334:2, 334:3, 334:15
**1779** [4] - 268:19, 268:24, 268:25, 269:2
**1789** [2] - 272:6, 273:8
**18** [2] - 395:18
**1881** [1] - 272:7
**1884** [1] - 272:9
**19** [4] - 302:20, 307:11, 309:6, 311:21
**1920** [1] - 272:9
**19th** [1] - 452:3
**1:00** [9] - 283:3, 283:6,

283:17, 283:20, 303:16, 341:12, 437:17, 442:19, 443:15
**1:05** [1] - 283:18
**1:15** [3] - 283:18, 444:13, 447:9
**1:21-cr-00085-CRC** [1] - 265:4
**1:30** [1] - 346:6
**1:40** [1] - 376:21
**1:45** [3] - 283:24, 286:22, 287:11
**1:50** [1] - 388:21
**1:56** [3] - 288:13, 339:19, 388:23
**1:58** [2] - 416:24, 416:25
**1:59:15** [1] - 377:2
**1:59:20** [1] - 378:1

## 2

**2** [2] - 370:1, 396:10
**20** [9] - 265:4, 294:9, 302:21, 314:7, 370:23, 397:8, 397:9, 397:10, 453:23
**200** [2] - 350:8, 350:17
**20001** [2] - 265:24, 455:20
**20003** [1] - 265:21
**20005** [1] - 265:17
**2013** [1] - 426:4
**2015** [1] - 426:9
**202** [2] - 265:18, 265:25
**2020** [9] - 285:8, 285:10, 285:12, 285:24, 286:3, 286:8, 314:9, 370:3, 370:4
**2021** [24] - 285:21, 286:1, 314:18, 314:21, 336:15, 336:17, 336:20, 337:11, 377:2, 402:11, 403:3, 403:5, 405:14, 426:5, 426:10, 426:11, 428:17, 432:1, 432:3, 433:20, 440:18, 441:8, 441:21
**2022** [2] - 265:4, 455:15
**2052** [2] - 272:9, 274:1
**206** [2] - 404:5, 404:16
**207** [2] - 406:7, 406:15

**208** [3] - 419:11, 419:12, 419:13
**2087** [1] - 272:8
**209** [2] - 419:11, 419:23
**20th** [2] - 321:16, 390:13
**21-85** [1] - 267:3
**210** [3] - 419:11, 419:12, 420:12
**211** [2] - 331:8, 331:15
**212** [5] - 333:17, 333:20, 342:23, 343:6, 392:3
**218** [3] - 344:9, 344:16, 392:22
**2181** [1] - 272:8
**21st** [1] - 439:23
**22** [1] - 361:3
**24/7** [2] - 325:21, 353:8
**25** [4] - 295:11, 388:22, 388:23, 417:11
**26th** [1] - 455:15
**27** [3] - 311:4, 362:2, 365:19
**2:00** [9] - 304:13, 341:16, 341:22, 341:24, 346:6, 349:8, 372:20, 372:22, 377:5
**2:00ish** [1] - 375:17
**2:04:41** [1] - 391:9
**2:06** [1] - 391:15
**2:06:06** [1] - 378:7
**2:11** [2] - 288:14, 339:19
**2:12** [1] - 362:25
**2:23** [1] - 383:9
**2:24** [1] - 383:9
**2:25** [1] - 421:23
**2:27** [4] - 291:12, 291:21, 311:4, 312:13
**2:28** [3] - 291:21, 295:11, 378:6
**2:54** [1] - 295:11

## 3

**3** [3] - 436:6, 438:16, 440:18
**30** [4] - 386:23, 387:9, 447:22, 453:23
**30-second** [1] - 418:22
**300** [4] - 314:25, 315:2, 350:8, 350:17
**301** [1] - 265:21
**33** [2] - 270:19, 271:2

**33-second** [1] - 421:10
**333** [2] - 265:24, 455:19
**34** [3] - 270:16, 270:20, 271:2
**35** [1] - 267:15
**354-3187** [1] - 265:25
**36** [1] - 302:2
**365** [1] - 325:22
**37** [1] - 302:2
**38** [1] - 363:17
**384** [2] - 272:7, 273:21
**394** [1] - 273:3
**3:00** [2] - 346:12, 423:8
**3:00-4:00** [2] - 423:14, 423:16
**3:19** [3] - 311:4, 311:5, 312:14
**3:30** [1] - 399:16
**3:45** [1] - 399:17
**3rd** [2] - 433:6, 441:21

## 4

**40** [2] - 365:6, 366:4
**411** [3] - 416:2, 416:11, 416:12
**412** [2] - 421:7, 421:18
**413.01** [3] - 338:23, 339:11, 388:19
**413.02** [2] - 337:7, 337:14
**414** [3] - 359:18, 360:7, 375:22
**443** [1] - 272:7
**449** [1] - 272:8
**45** [1] - 366:5
**49** [1] - 366:24
**4:00** [2] - 423:8, 423:13
**4th** [1] - 403:10

## 5

**5** [1] - 285:25
**50** [2] - 361:18, 448:20
**500** [1] - 344:11
**510.01** [5] - 367:14, 367:15, 368:2, 372:18, 374:14
**514-6256** [1] - 265:18
**55** [1] - 302:2
**5:00** [1] - 425:6
**5:02** [1] - 455:5
**5:23** [1] - 311:3
**5th** [9] - 286:11, 294:10, 300:8, 300:12, 301:12, 301:13, 301:14,

457

302:7, 403:12

**6**

**6** [14] - 285:20, 314:18,
314:21, 336:15,
336:17, 336:20,
337:11, 377:2,
403:3, 403:4,
405:14, 432:1, 432:3
**601.1** [2] - 433:23,
434:8
**602.1** [2] - 435:18,
436:2
**603.1** [2] - 436:2,
438:13
**604.1** [2] - 436:2,
440:12
**606** [2] - 429:9, 429:19
**640** [1] - 272:7
**659** [4] - 272:8,
273:18, 273:19,
273:20
**6718** [2] - 265:23,
455:19
**68** [1] - 374:2
**682** [2] - 272:7, 273:11
**6th** [88] - 276:23,
286:12, 296:14,
296:19, 297:6,
297:20, 298:19,
300:8, 301:13,
302:18, 306:23,
307:3, 309:1,
309:15, 311:3,
312:13, 314:20,
315:1, 315:6, 318:6,
319:7, 321:7,
321:10, 322:4,
323:10, 323:21,
324:6, 328:15,
328:22, 329:4,
331:12, 337:21,
337:22, 339:8,
339:19, 340:1,
341:9, 342:18,
343:3, 344:13,
344:24, 345:9,
345:21, 345:24,
346:3, 353:12,
356:21, 358:9,
358:13, 359:11,
360:4, 360:13,
366:8, 367:24,
370:24, 383:9,
395:11, 395:20,
396:11, 399:1,
403:3, 403:7,
403:19, 404:3,
407:2, 408:4, 409:8,
409:23, 410:25,

416:8, 418:20,
421:15, 423:19,
432:2, 432:7,
432:13, 433:3,
433:9, 437:15,
438:5, 438:10,
439:19, 440:1,
441:8, 441:25, 442:6

**7**

**703** [2] - 336:5, 337:4
**723-6523** [1] - 265:15
**78045** [1] - 265:14

**8**

**857** [1] - 272:9
**879** [1] - 272:6
**8:00** [3] - 294:6, 411:4,
423:4
**8:30** [1] - 411:4

**9**

**922** [1] - 265:20
**928-7727** [1] - 265:21
**956** [1] - 265:15
**99** [1] - 272:9
**9:15** [1] - 454:3
**9:30** [1] - 454:5
**9:51** [1] - 265:5

**A**

**a.m** [1] - 265:5
**ability** [3] - 318:24,
319:23, 455:14
**able** [10] - 270:7,
294:15, 334:25,
349:3, 366:8,
366:18, 377:19,
385:21, 387:24,
432:20
**absolutely** [2] -
427:17, 453:2
**accept** [1] - 280:20
**access** [1] - 327:1
**accessing** [1] - 420:4
**accommodate** [1] -
400:12
**accommodated** [1] -
267:25
**accompany** [3] -
413:7, 413:19, 414:2
**according** [2] - 408:6,
447:1
**accurate** [22] - 318:1,
318:6, 322:3,
323:20, 329:3,
331:11, 336:19,

336:22, 337:10,
339:7, 343:2,
344:12, 360:3,
367:23, 404:13,
406:12, 419:2,
421:14, 429:15,
434:3, 434:5, 455:12
**accurately** [1] - 416:7
**acquainted** [1] - 446:6
**acronym** [1] - 366:15
**Act** [2] - 436:7, 444:11
**act** [2] - 286:4, 300:17
**acted** [1] - 297:16
**acting** [1] - 439:2
**action** [6] - 390:6,
412:1, 412:2,
414:18, 421:5,
443:13
**Action** [1] - 265:3
**actions** [2] - 312:9,
312:13
**activate** [1] - 452:21
**active** [1] - 428:20
**actor** [3] - 300:20,
300:23, 302:4
**actor/model/security**
[1] - 309:19
**actual** [3] - 344:5,
355:23, 435:13
**ad** [1] - 311:21
**add** [1] - 283:8
**additional** [7] -
328:19, 340:6,
340:16, 343:19,
351:1, 354:7, 354:8
**additionally** [1] -
386:4
**address** [1] - 298:22
**adhering** [1] - 269:17
**adjourn** [1] - 413:23
**admit** [21] - 318:8,
322:7, 323:23,
329:7, 331:14,
337:13, 339:10,
343:5, 344:15,
360:6, 368:1,
404:15, 406:14,
416:10, 416:12,
419:5, 419:11,
421:17, 429:18,
434:7, 436:1
**admitted** [8] - 280:3,
318:4, 337:4,
384:20, 384:21,
388:19, 419:12,
446:9
**adopt** [1] - 433:8
**adopted** [1] - 440:25
**adorned** [1] - 291:18
**adults** [1] - 302:8

**advance** [2] - 402:21,
405:20
**advances** [2] - 402:19,
402:20
**advice** [3] - 426:15,
426:21, 427:1
**advise** [1] - 426:18
**advised** [1] - 415:3
**advising** [1] - 430:11
**affect** [2] - 354:17,
354:18
**affirmatively** [1] -
342:5
**afternoon** [12] -
286:22, 342:15,
371:12, 371:13,
399:16, 401:6,
401:7, 424:12,
424:13, 425:21,
425:22, 436:24
**afterwards** [1] -
269:14
**agencies** [1] - 366:1
**agency** [1] - 409:8
**Agent** [6] - 278:22,
301:7, 407:8,
407:12, 419:8,
424:20
**agent** [7] - 284:9,
403:22, 403:23,
403:24, 407:14,
424:12, 453:5
**agents** [1] - 412:22
**ago** [3] - 283:11,
398:1, 445:3
**agree** [1] - 336:6
**agreed** [2] - 440:16,
440:18
**agreement** [1] -
335:24
**ahead** [9] - 270:5,
272:14, 334:6,
338:10, 368:5,
369:1, 384:5,
385:14, 395:21
**air** [7] - 289:4, 294:23,
305:24, 450:18,
451:4, 453:5
**airplanes** [1] - 305:23
**airport** [1] - 268:21
**aisle** [2] - 426:16,
427:1
**alarms** [2] - 291:9,
298:9
**alcoholic** [1] - 267:22
**Ali** [7] - 267:11, 279:1,
279:5, 383:18,
384:5, 385:14, 388:9
**allegedly** [1] - 276:25
**allegiance** [1] - 442:14

**allow** [4] - 283:7,
359:5, 400:4, 400:8
**allowed** [9] - 299:10,
327:1, 331:4,
339:25, 368:13,
368:15, 370:13,
393:21, 412:22
**almost** [4] - 294:9,
295:11, 431:19,
452:4
**alphabet** [1] - 444:4
**alphabetical** [1] -
444:1
**altered** [1] - 336:23
**alternate** [4] - 270:22,
270:24, 276:13,
276:16
**alternates** [3] - 270:2,
271:7, 276:14
**alternative** [1] - 304:7
**Amendment** [6] -
434:1, 434:4, 434:6,
434:23, 436:11,
437:24
**amendment** [2] -
435:12, 440:7
**America** [1] - 267:4
**AMERICA** [1] - 265:3
**America's** [1] - 301:2
**American** [1] - 303:7
**amount** [1] - 387:5
**Angeles** [1] - 300:15
**angling** [1] - 297:5
**angry** [2] - 285:11,
452:16
**ankle** [1] - 359:15
**announced** [1] - 285:7
**announcement** [1] -
444:10
**announces** [1] - 296:3
**answer** [6] - 281:1,
281:4, 342:5,
346:21, 377:19,
432:21
**answered** [1] - 281:1
**apart** [4] - 271:2,
332:8, 332:9, 332:10
**apologies** [1] - 273:4,
273:6
**apologize** [8] - 269:18,
269:20, 283:1,
283:9, 317:17,
322:24, 335:13,
407:21
**appear** [7] - 268:20,
340:24, 374:20,
380:3, 443:4,
451:10, 451:12
**APPEARANCES** [1] -
265:11

**appeared** [2] - 322:4, 396:13
**apply** [3] - 281:11, 297:13, 298:2
**appoints** [1] - 426:20
**appreciate** [5] - 275:8, 282:10, 312:20, 377:10, 398:11
**approach** [2] - 267:5, 448:4
**approached** [3] - 282:4, 349:22, 448:1
**appropriate** [2] - 366:15, 417:21
**approval** [1] - 442:14
**APRIL** [1] - 265:12
**April** [3] - 267:7, 278:18, 337:2
**ARE** [1] - 296:6
**area** [43] - 295:12, 302:14, 308:13, 320:10, 328:4, 329:24, 330:1, 331:21, 333:7, 339:25, 343:13, 343:23, 343:24, 344:5, 345:2, 345:10, 345:11, 345:15, 345:21, 348:22, 350:8, 355:22, 355:25, 358:25, 361:6, 364:15, 377:7, 392:23, 393:2, 393:3, 393:7, 394:9, 398:19, 398:20, 413:8, 413:20, 413:21, 417:18, 431:5, 446:3, 446:4, 448:16
**area's** [1] - 344:20
**areas** [5] - 328:3, 332:21, 335:12, 366:17, 399:21
**argue** [1] - 301:21
**argument** [2] - 280:11, 437:5
**arguments** [2] - 280:9, 280:13
**arise** [1] - 280:19
**arisen** [1] - 438:24
**Arizona** [4] - 444:3, 444:16, 447:21, 449:23
**arm** [1] - 359:16
**arms** [4] - 297:3, 448:1, 448:9, 450:7
**array** [1] - 429:7
**arrival** [2] - 410:2, 412:13

**arrive** [9] - 346:2, 346:11, 347:21, 408:7, 408:23, 412:8, 412:15, 443:11
**arrived** [13] - 346:4, 346:5, 346:25, 347:23, 347:24, 348:24, 349:6, 366:17, 396:11, 412:16, 412:21, 423:15, 443:15
**arriving** [1] - 365:22
**art** [1] - 275:7
**ascribe** [1] - 309:25
**aside** [1] - 274:21
**assault** [2] - 288:23, 394:25
**assaulted** [1] - 296:23
**assessed** [1] - 423:20
**assignment** [3] - 403:9, 403:10, 403:19
**assist** [2] - 351:21, 366:1
**assistance** [4] - 347:5, 353:15, 365:22, 365:25
**assistant** [4] - 278:19, 346:18, 426:11, 430:7
**assisted** [1] - 351:19
**assists** [1] - 405:2
**associated** [1] - 432:17
**assume** [3] - 268:13, 268:23, 398:25
**assumption** [1] - 453:14
**attached** [1] - 405:16
**attachment** [1] - 406:10
**attempts** [1] - 295:13
**attended** [2] - 433:18, 442:16
**attention** [5] - 276:18, 403:2, 410:4, 410:24, 432:1
**attest** [2] - 379:24, 386:7
**attorney** [1] - 278:19
**Attorney** [1] - 278:20
**Attorney's** [1] - 278:12
**ATTORNEYS** [1] - 265:12
**attorneys** [1] - 271:17
**atypical** [1] - 443:16
**audio** [7] - 335:15, 360:24, 418:22, 419:7, 419:15,

419:24, 420:13
**authentic** [1] - 336:25
**authority** [2] - 297:25, 298:4
**authorize** [2] - 398:19, 398:22
**authorized** [2] - 350:18, 415:24
**automatically** [1] - 350:16
**Avenue** [9] - 265:17, 265:20, 265:24, 303:19, 330:21, 330:23, 330:25, 331:1, 455:19
**avoid** [2] - 281:22, 281:24
**aware** [6] - 393:9, 393:13, 396:7, 414:4, 441:21, 454:17
**AYERS** [74] - 265:12, 267:7, 274:7, 278:17, 282:21, 284:8, 284:15, 313:8, 313:12, 313:20, 316:6, 317:16, 317:19, 318:8, 318:11, 318:14, 318:16, 321:19, 322:6, 322:9, 322:13, 323:13, 323:23, 324:1, 329:6, 329:11, 331:14, 335:19, 336:4, 337:5, 337:13, 338:24, 339:10, 339:14, 339:17, 341:13, 342:11, 342:14, 343:5, 344:15, 348:2, 348:16, 351:14, 358:20, 359:2, 359:7, 359:9, 360:6, 360:19, 361:3, 361:17, 362:1, 363:4, 363:14, 364:6, 364:8, 364:10, 365:5, 365:16, 365:18, 366:24, 368:1, 368:5, 368:19, 368:21, 369:3, 371:5, 382:13, 398:14, 398:17, 399:8, 400:21, 454:15, 454:23
**Ayers-Perez** [12] - 267:8, 278:15, 278:18, 282:7, 298:22, 317:14, 335:24, 341:11, 342:7, 364:4, 398:13, 400:20
**Ayers-Perez)** [1] - 266:4
**AYERS-PEREZ** [74] - 265:12, 267:7, 274:7, 278:17, 282:21, 284:8, 284:15, 313:8, 313:12, 313:20, 316:6, 317:16, 317:19, 318:8, 318:11, 318:14, 318:16, 321:19, 322:6, 322:9, 322:13, 323:13, 323:23, 324:1, 329:6, 329:11, 331:14, 335:19, 336:4, 337:5, 337:13, 338:24, 339:10, 339:14, 339:17, 341:13, 342:11, 342:14, 343:5, 344:15, 348:2, 348:16, 351:14, 358:20, 359:2, 359:7, 359:9, 360:6, 360:19, 361:3, 361:17, 362:1, 363:4, 363:14, 364:6, 364:8, 364:10, 365:5, 365:16, 365:18, 366:24, 368:1, 368:5, 368:19, 368:21, 369:3, 371:5, 382:13, 398:14, 398:17, 399:8, 400:21, 454:15, 454:23
**Ayers-Perez)** ............
.................**313** [1] -
266:4
**Ayers-Perez)** ............
.................**398** [1] -
266:5
**Ayers** [16] - 266:4, 266:5, 267:8,

# B

**backing** [1] - 310:21
**backup** [1] - 366:20
**bad** [1] - 388:24
**badged** [2] - 349:24, 349:25
**baggage** [1] - 326:4
**balance** [1] - 439:25
**ballot** [1] - 435:1
**ballots** [6] - 430:14, 432:9, 432:12, 433:10, 433:12, 447:16
**banging** [3] - 448:23, 451:19, 452:14
**bar** [3] - 381:14, 381:16, 384:8
**barricade** [4] - 293:18, 347:25, 348:10, 452:2
**barricades** [1] - 304:9
**barrier** [1] - 340:16
**based** [3] - 281:12, 405:7, 441:24
**basic** [2] - 306:1, 440:7
**basics** [1] - 397:13
**bath** [1] - 357:20
**battle** [2] - 303:3, 373:15
**bear** [1] - 316:13
**beat** [1] - 348:18
**beautiful** [2] - 286:20, 291:14
**became** [1] - 450:4
**become** [3] - 314:8, 335:1, 396:7
**becoming** [1] - 315:16
**bedlam** [1] - 289:23
**BEFORE** [1] - 265:10
**began** [5] - 444:14, 447:20, 447:21, 450:6, 452:6
**begin** [6] - 279:10, 279:13, 281:18, 411:1, 444:15, 447:8
**beginning** [9] - 301:5, 338:25, 340:3, 340:4, 405:10, 409:19, 419:14, 437:17, 447:19
**begins** [1] - 276:15
**behind** [15] - 287:14, 288:4, 289:16, 293:7, 302:14, 306:2, 331:20, 332:19, 332:24, 350:13, 362:14, 430:2, 450:9,

450:11, 451:25
**beliefs** [2] - 299:20, 299:22
**believes** [1] - 313:3
**below** [5] - 291:15, 407:7, 410:5, 436:14
**belt** [1] - 443:19
**bench** [4] - 274:3, 274:25, 358:17, 359:8
**best** [1] - 455:13
**better** [2] - 391:2, 451:3
**between** [12] - 281:16, 287:4, 290:24, 312:13, 355:23, 375:17, 388:17, 396:3, 396:5, 423:8, 423:14, 442:11
**beveled** [1] - 374:3
**beverage** [1] - 267:22
**Beverly** [2] - 301:9, 306:17
**beyond** [7] - 277:11, 277:13, 277:23, 278:1, 278:4, 331:4, 439:3
**big** [13] - 286:13, 286:20, 291:14, 291:17, 291:24, 305:20, 356:15, 357:9, 357:16, 378:25, 379:3, 380:18, 394:6
**bigger** [2] - 325:8, 380:16
**biggest** [1] - 356:23
**bike** [27] - 304:11, 329:23, 330:5, 330:6, 330:12, 331:19, 331:20, 331:22, 332:2, 332:7, 332:8, 332:20, 332:21, 332:24, 340:7, 340:8, 340:11, 340:23, 342:19, 343:13, 343:20, 392:6, 392:8, 392:9, 392:10, 393:1, 393:4
**bills** [1] - 429:2
**bit** [6] - 300:13, 307:2, 310:16, 312:21, 332:24, 364:22
**black** [5] - 292:19, 338:4, 380:4, 416:15, 416:20
**blaming** [2] - 304:24
**blaring** [2] - 291:9, 298:9

**block** [1] - 365:10
**blocked** [1] - 308:10
**blood** [1] - 357:20
**blown** [1] - 294:20
**blows** [1] - 293:1
**Blue** [1] - 303:7
**blue** [9] - 287:16, 289:14, 289:16, 290:10, 290:20, 292:20, 293:6, 297:2
**board** [3] - 283:5, 333:8, 392:24
**boasting** [2] - 296:15, 297:20
**bolts** [2] - 291:6, 291:8
**boss** [1] - 430:14
**bottom** [12] - 288:6, 288:8, 340:5, 340:18, 340:21, 378:6, 389:7, 391:5, 407:17, 409:19, 422:4, 422:17
**boundaries** [1] - 330:18
**Bowl** [2] - 432:24, 433:2
**box** [3] - 270:18, 271:9, 274:20
**breach** [4] - 362:25, 448:9, 448:10, 452:5
**breached** [7] - 296:12, 363:23, 364:1, 366:9, 383:10, 383:13, 387:1
**breaches** [2] - 352:16, 352:18
**break** [22] - 272:14, 282:12, 283:15, 283:19, 283:23, 288:1, 288:17, 291:5, 302:23, 311:11, 316:19, 341:15, 341:25, 371:2, 387:18, 397:23, 399:16, 427:5, 442:25, 453:22, 453:24
**breaking** [3] - 290:1, 310:21, 377:23
**breaks** [1] - 288:4
**breezeway** [1] - 386:5
**BRENNWALD** [95] - 265:19, 265:20, 267:10, 267:14, 268:5, 268:12, 268:15, 271:4, 271:10, 272:12, 273:13, 273:16, 273:19, 274:9, 274:12, 274:16,

274:19, 274:23, 275:11, 279:3, 282:23, 283:1, 283:14, 283:17, 283:22, 283:25, 284:6, 299:4, 317:5, 329:9, 331:16, 337:15, 339:12, 343:7, 344:17, 345:5, 358:14, 360:8, 360:10, 364:4, 368:3, 371:8, 371:11, 372:17, 374:11, 374:16, 375:7, 375:22, 375:25, 376:13, 376:20, 378:5, 381:19, 381:22, 382:1, 382:11, 382:16, 383:11, 383:14, 383:18, 384:5, 384:17, 384:21, 384:25, 385:7, 385:14, 388:12, 388:18, 388:25, 389:2, 389:11, 389:14, 389:21, 389:24, 390:17, 390:22, 390:24, 391:12, 391:14, 391:22, 392:2, 392:20, 398:8, 398:10, 404:17, 406:16, 416:13, 419:6, 421:19, 424:9, 424:11, 429:20, 434:9, 435:23, 436:3
**Brennwald** [16] - 267:11, 267:13, 267:17, 274:8, 278:25, 279:2, 279:5, 279:10, 279:15, 299:3, 317:2, 337:2, 371:7, 384:15, 424:8, 435:22
**Brennwald)...............
...................371** [1] - 266:4
**Brennwald)...............
...................424** [1] - 266:7
**brief** [7] - 271:14, 279:17, 279:22, 280:10, 398:13, 398:14, 398:15
**briefly** [4] - 448:21, 448:24, 450:2, 450:11

**bring** [15] - 268:22, 268:25, 270:2, 270:4, 270:17, 277:17, 303:4, 370:13, 404:5, 416:2, 420:24, 420:25, 421:7, 429:8, 433:23
**bringing** [2] - 271:5, 283:1
**broad** [2] - 429:7, 446:4
**Broadway** [1] - 300:17
**broke** [2] - 387:20, 387:23
**broken** [10] - 298:9, 387:21, 388:1, 388:2, 388:3, 388:4, 388:5, 388:6, 388:7, 388:11
**brother** [4] - 296:8, 296:9, 296:10, 297:20
**brought** [2] - 421:1, 435:14
**buffer** [1] - 430:18
**building** [91] - 277:2, 277:4, 277:5, 277:6, 286:18, 286:20, 288:9, 294:24, 296:11, 302:13, 307:6, 307:7, 307:8, 315:22, 315:25, 316:1, 318:6, 318:22, 319:3, 319:13, 319:15, 319:17, 319:18, 319:20, 320:5, 320:8, 320:9, 320:13, 320:16, 320:18, 321:2, 321:7, 322:16, 324:16, 325:16, 325:25, 326:1, 326:18, 326:20, 326:22, 327:1, 327:4, 327:7, 327:10, 327:19, 327:21, 327:23, 328:3, 328:18, 334:16, 334:17, 336:11, 347:20, 350:1, 350:6, 351:2, 351:4, 352:17, 352:18, 352:20, 367:6, 371:3, 376:17, 379:20, 379:23, 385:10, 389:5, 397:13, 397:19, 397:20,

398:4, 398:23, 405:2, 408:25, 410:20, 415:6, 415:7, 415:17, 415:22, 415:23, 418:12, 419:20, 419:21, 427:23, 445:21, 446:5, 446:7, 450:14, 453:10
**building's** [1] - 380:24
**buildings** [1] - 318:21
**built** [4] - 321:8, 321:9, 321:15, 452:3
**bullet** [1] - 369:10
**bullet-proof** [1] - 369:10
**bullets** [1] - 373:19
**bullhorn** [2] - 371:16, 372:5
**bullhorns** [1] - 368:15
**burden** [2] - 278:2, 297:10
**burns** [2] - 359:3, 359:14
**business** [4] - 300:11, 328:2, 442:16, 442:23
**busy** [1] - 268:2
**but..** [1] - 355:11
**button** [1] - 319:25
**buzzing** [1] - 450:25
**BY** [12] - 266:4, 266:7, 313:20, 317:19, 337:5, 342:14, 359:9, 371:11, 398:17, 401:5, 424:11, 425:20

## C

**cafeteria** [1] - 341:18
**calculated** [1] - 357:16
**calendar** [2] - 439:4, 439:6
**caliber** [1] - 374:2
**California** [1] - 301:6
**calm** [1] - 452:14
**Camera** [1] - 363:6
**camera** [2] - 310:14, 334:21
**cameras** [11] - 333:23, 334:3, 334:15, 334:19, 335:5, 335:11, 335:12, 335:15, 336:16, 385:9, 385:10
**cancelled** [2] - 303:23
**cannot** [1] - 379:24
**capable** [1] - 453:17

**capital** [1] - 295:4
**capitol** [1] - 310:8
**Capitol** [228] - 276:23, 277:5, 277:6, 285:19, 286:18, 286:19, 286:23, 286:24, 286:25, 287:1, 287:2, 287:3, 287:4, 287:12, 287:15, 287:17, 287:22, 288:1, 288:6, 288:7, 288:10, 288:18, 288:23, 289:18, 290:3, 290:4, 291:1, 291:6, 291:8, 291:11, 291:12, 291:14, 291:20, 291:24, 292:6, 293:11, 294:1, 294:24, 295:23, 295:24, 296:1, 296:2, 296:11, 296:18, 296:19, 296:20, 296:24, 297:24, 298:4, 298:7, 298:11, 300:9, 300:10, 301:14, 302:22, 302:23, 303:13, 303:15, 303:20, 304:5, 305:3, 309:3, 310:3, 310:10, 310:19, 311:4, 314:2, 314:6, 315:3, 315:16, 315:22, 315:25, 316:1, 316:3, 316:4, 318:19, 318:22, 319:3, 319:6, 319:9, 319:13, 320:4, 320:7, 320:9, 320:13, 320:15, 320:17, 320:23, 321:1, 322:15, 322:21, 324:4, 324:5, 324:16, 325:15, 325:17, 325:25, 327:1, 327:4, 327:7, 327:13, 327:18, 327:22, 328:15, 328:21, 329:18, 331:23, 331:25, 333:8, 333:24, 334:8, 334:16, 334:17, 334:21, 335:6, 335:13, 336:8, 336:11, 336:14, 336:20, 342:18, 343:11,

344:3, 345:13, 346:2, 346:4, 347:1, 347:7, 347:10, 347:11, 347:18, 347:21, 348:12, 348:13, 350:5, 351:3, 352:7, 353:7, 354:25, 357:1, 357:2, 358:8, 358:24, 360:13, 360:22, 361:9, 362:12, 362:23, 364:12, 369:12, 369:13, 370:12, 370:20, 370:21, 370:25, 371:3, 375:16, 376:5, 376:10, 376:17, 387:9, 392:24, 393:7, 393:11, 394:3, 394:13, 394:14, 394:19, 395:12, 395:20, 395:25, 396:11, 397:7, 397:9, 397:10, 397:12, 397:19, 398:4, 398:22, 399:1, 403:18, 404:25, 405:2, 405:3, 405:6, 405:13, 405:21, 405:24, 407:14, 408:8, 408:22, 409:5, 409:8, 410:12, 411:6, 411:10, 411:12, 411:14, 412:8, 412:17, 412:20, 412:22, 412:23, 413:1, 413:4, 413:12, 414:4, 414:12, 415:5, 415:6, 415:8, 416:8, 423:9, 423:15, 423:17, 427:22, 445:21, 446:3, 448:10, 448:16, 450:8, 454:24, 454:25
**Capitol)** [1] - 406:21
**Captain** [43] - 316:8, 317:17, 318:17, 321:21, 322:14, 323:15, 324:2, 331:9, 331:18, 337:6, 337:18, 339:18, 342:8, 342:15, 342:23, 343:10, 344:10, 344:19, 345:9, 345:23, 348:5,

359:10, 359:22, 360:12, 360:21, 361:5, 361:19, 362:3, 363:6, 363:16, 364:24, 365:20, 367:1, 367:13, 368:8, 369:5, 371:12, 376:2, 382:3, 382:18, 398:10, 398:18, 399:9
**captain** [7] - 314:4, 314:8, 315:3, 330:10, 395:12, 395:15, 397:15
**captains** [1] - 395:16
**captured** [1] - 336:13
**captures** [1] - 336:10
**car** [1] - 334:24
**care** [1] - 425:9
**cared** [1] - 304:21
**career** [1] - 430:12
**carjackings** [1] - 397:21
**CARNEYSHA** [4] - 266:3, 313:18, 313:24, 342:12
**Carneysha** [2] - 313:13, 313:24
**carriage** [2] - 408:18, 408:24
**Carriage** [1] - 409:21
**carried** [1] - 440:9
**carry** [1] - 441:25
**carrying** [4] - 294:25, 369:18, 370:6, 370:8
**Case** [1] - 267:3
**case** [34] - 269:16, 275:15, 275:21, 275:25, 276:18, 276:20, 277:18, 279:14, 279:19, 279:20, 280:4, 281:9, 281:17, 282:1, 285:16, 299:15, 300:3, 301:18, 307:17, 309:5, 313:4, 316:22, 316:23, 341:18, 341:19, 341:20, 424:23, 438:1, 439:1, 441:18, 441:20, 448:6, 454:6, 454:7
**case-in-chief** [2] - 279:14, 279:20
**catch** [1] - 334:25
**caused** [2] - 296:12, 358:21
**causes** [1] - 356:12

**CCTV** [6] - 334:2, 334:21, 335:2, 335:5, 360:22, 376:16
**ceiling** [1] - 385:9
**censored** [1] - 304:1
**center** [13] - 291:14, 297:15, 298:3, 321:3, 327:7, 327:15, 328:5, 334:20, 334:24, 338:3, 370:13, 402:1, 446:4
**century** [1] - 452:3
**ceremonial** [2] - 427:18, 428:12
**certain** [7] - 270:1, 270:4, 315:15, 335:24, 347:13, 387:5, 390:6
**certainly** [7] - 268:10, 352:17, 433:1, 437:19, 442:4, 447:18, 453:4
**CERTIFICATE** [1] - 455:8
**certificate** [1] - 437:1
**certificates** [6] - 435:9, 435:12, 435:13, 443:18, 443:20, 443:23
**certification** [27] - 294:5, 296:13, 297:18, 297:21, 308:24, 309:9, 309:11, 311:15, 328:20, 329:17, 341:10, 409:4, 410:10, 410:12, 410:22, 413:16, 417:6, 417:9, 423:1, 423:7, 423:12, 423:16, 433:21, 438:11, 440:2, 442:3, 442:8
**certify** [5] - 285:23, 287:6, 292:1, 435:5, 455:11
**certifying** [1] - 442:1
**cetera** [3] - 311:20, 311:21, 311:22
**chain** [6] - 340:18, 340:20, 340:21, 340:23, 393:4, 448:12
**chair** [5] - 276:2, 426:18, 426:21, 448:6, 449:5
**chairing** [6] - 430:10, 430:15, 430:16,

430:20, 433:15, 448:4
**chairs** [2] - 271:23, 450:9
**chamber** [15] - 413:21, 429:23, 429:24, 445:24, 446:25, 448:23, 449:3, 449:11, 449:21, 451:1, 451:16, 451:24, 452:16, 453:16
**Chamber** [61] - 291:21, 291:24, 292:1, 292:3, 292:9, 292:12, 293:3, 293:8, 293:14, 293:22, 293:24, 294:9, 295:10, 298:12, 307:14, 307:15, 309:22, 319:14, 325:4, 325:5, 325:6, 325:8, 364:15, 364:20, 365:1, 409:20, 413:11, 413:12, 413:20, 413:22, 414:1, 423:1, 427:14, 427:22, 428:3, 428:4, 428:6, 428:24, 431:6, 431:21, 435:14, 442:7, 445:17, 445:18, 445:20, 446:7, 446:11, 446:13, 446:14, 446:16, 446:17, 446:20, 446:21, 447:8, 447:11, 447:20, 452:7, 452:11, 453:18
**chambers** [1] - 309:12
**Chambers** [1] - 325:2
**chance** [2] - 281:20, 298:22
**chanting** [4] - 288:22, 288:25, 289:9, 289:12
**chaotic** [1] - 414:14
**charge** [2] - 268:11, 297:16
**charged** [11] - 276:20, 276:21, 276:24, 277:1, 277:2, 277:4, 277:5, 278:7, 297:7, 297:8, 297:23
**charges** [3] - 277:8, 297:22, 298:25
**charging** [1] - 277:17
**Charlotte** [5] - 405:12,

406:1, 406:2, 406:4,
408:1
**chat** [1] - 268:22
**check** [2] - 275:2,
326:22
**checking** [1] - 308:9
**checkpoint** [1] -
326:15
**checkpoints** [3] -
326:7, 326:16,
326:23
**chemical** [9] - 356:3,
356:7, 356:10,
359:3, 359:14,
370:18, 373:17,
450:13, 453:5
**chemicals** [3] -
354:15, 354:16,
451:3
**chief** [2] - 279:14,
279:20
**child** [1] - 425:9
**choice** [2] - 293:13,
399:23
**choose** [2] - 276:10,
285:2
**CHRISTOPHER** [1] -
265:10
**cigarettes** [1] - 267:23
**circle** [33] - 287:16,
287:21, 289:1,
290:21, 290:23,
292:18, 292:20,
293:5, 293:6,
318:24, 319:3,
321:21, 324:10,
324:20, 324:25,
332:17, 333:4,
338:10, 338:17,
343:15, 361:6,
362:9, 369:1,
408:11, 408:12,
408:13, 408:14,
409:14, 416:18,
428:3, 430:1, 431:5,
446:13
**circled** [2] - 290:10,
408:17
**circles** [3] - 323:15,
325:12, 409:25
**circling** [1] - 446:11
**circuit** [2] - 335:2,
336:9
**circumstances** [2] -
358:1, 417:23
**City** [1] - 269:8
**city** [2] - 286:20, 312:2
**civil** [8] - 283:4, 314:4,
314:10, 314:13,
314:16, 350:10,

396:15, 397:16
**claimed** [1] - 447:23
**clarification** [1] -
418:8
**clarify** [3] - 386:4,
386:21, 397:9
**clause** [1] - 449:6
**clear** [21] - 271:3,
272:11, 294:12,
295:20, 319:24,
321:21, 323:15,
325:12, 333:18,
351:16, 355:14,
355:19, 355:24,
359:19, 362:16,
377:9, 409:25,
420:24, 444:18,
450:4
**cleared** [1] - 267:20
**clearing** [1] - 367:1
**clearly** [3] - 299:5,
437:4, 451:19
**climb** [1] - 295:7
**climbing** [2] - 295:18,
390:12
**clip** [1] - 421:10
**clock** [2] - 316:15,
399:17
**close** [10] - 290:18,
305:19, 344:2,
344:5, 350:14,
358:24, 361:9,
381:4, 423:25, 454:5
**closed** [23] - 287:2,
287:23, 328:18,
330:1, 333:7, 335:2,
336:9, 343:13,
343:23, 343:24,
344:6, 344:21,
379:11, 380:2,
380:3, 380:16,
380:18, 380:24,
392:23, 412:23,
412:25
**Closed** [1] - 331:21
**closed-circuit** [2] -
335:2, 336:9
**closer** [2] - 305:5,
322:21
**closing** [2] - 280:9,
280:12, 312:7
**clued** [1] - 309:4
**clunky** [1] - 450:16
**CNN** [1] - 309:17
**co** [2] - 278:20, 317:3
**co-counsel** [1] -
278:20
**co-defendant's** [1] -
317:3
**Code** [2] - 436:7,

438:17
**code** [4] - 347:13,
383:7, 386:21,
386:22
**colleague** [1] - 298:21
**colleagues** [3] -
395:23, 418:20,
432:25
**collective** [1] - 400:6
**collectively** [1] - 400:7
**College** [2] - 285:23,
410:22
**colloquial** [2] -
373:19, 450:10
**colloquially** [1] - 431:4
**COLUMBIA** [1] - 265:1
**Columbus** [4] -
379:15, 379:16,
379:19, 379:24
**column** [4] - 409:11,
409:15, 410:1, 410:2
**columns** [1] - 409:11
**comfortable** [2] -
357:17, 401:2
**coming** [14] - 308:14,
311:12, 347:24,
365:12, 390:18,
390:19, 391:24,
394:18, 396:8,
415:20, 418:17,
451:19
**command** [2] -
334:20, 334:24
**commander** [8] -
314:4, 314:19,
315:10, 334:14,
346:16, 346:18,
370:7, 397:14
**commander's** [1] -
334:14
**comment** [3] - 307:1,
307:3, 311:2
**comments** [1] -
275:23
**commitments** [1] -
425:10
**committed** [1] -
277:11
**Committee** [2] -
394:20, 394:21
**commonly** [1] -
354:21
**commotion** [2] -
451:23, 452:1
**communicate** [2] -
418:19, 420:23
**communicating** [5] -
418:18, 419:16,
419:19, 420:2, 420:3
**communications** [1] -

298:18
**community** [1] -
315:20
**company** [1] - 301:5
**compare** [1] - 302:25
**competent** [1] - 439:1
**complete** [4] - 287:19,
423:12, 440:3,
455:13
**completed** [5] -
410:13, 438:23,
439:6, 439:16,
439:19
**completely** [1] - 312:3
**completion** [1] - 417:6
**complex** [4] - 283:4,
316:1, 370:25,
377:11
**complies** [23] - 319:4,
319:12, 319:22,
320:2, 323:17,
324:11, 324:21,
325:1, 325:14,
333:5, 333:19,
338:11, 338:18,
343:17, 349:12,
362:10, 369:2,
409:17, 416:19,
430:4, 431:9,
446:12, 446:18
**comply** [1] - 268:1
**components** [1] -
442:13
**compromising** [1] -
366:10
**CONCEDING** [1] -
296:6
**concepts** [1] - 306:2
**concern** [7] - 352:13,
352:16, 352:17,
370:9, 424:5,
448:17, 449:20
**concerned** [3] - 369:8,
369:9, 453:6
**concerning** [2] -
369:19, 370:6
**concerns** [1] - 448:5
**concisely** [1] - 437:4
**conclude** [1] - 312:15
**concluded** [1] - 455:5
**concludes** [1] - 312:23
**conclusion** [1] -
298:24
**concurrent** [6] -
440:14, 440:22,
440:23, 440:24,
441:3, 441:22
**concurring** [1] - 441:6
**conduct** [3] - 277:3,
277:4, 297:6

**conducting** [2] -
287:18, 402:19
**confer** [1] - 381:21
**conference** [4] -
274:3, 274:25,
358:17, 359:8
**conferring** [1] - 430:17
**confiscated** [1] -
267:21
**confused** [1] - 345:19
**confusion** [1] - 449:14
**Congress** [32] -
285:21, 285:22,
287:5, 291:25,
292:11, 293:9,
293:15, 294:1,
298:14, 315:20,
327:3, 328:10,
352:21, 426:16,
426:20, 427:2,
431:10, 431:23,
432:7, 433:7, 433:8,
436:16, 436:20,
438:10, 439:10,
440:15, 440:19,
440:25, 441:2,
441:6, 441:25, 451:7
**Congress's** [2] -
276:22, 276:25
**congressman** [1] -
309:10
**congressmen** [1] -
349:17
**congressperson** [1] -
309:10
**consider** [3] - 281:4,
298:23, 335:25
**considered** [1] - 429:2
**consists** [1] - 366:3
**constitutes** [1] -
455:11
**Constitution** [11] -
265:24, 296:5,
303:19, 330:21,
330:25, 434:2,
434:17, 434:21,
434:23, 441:9,
455:19
**constitutional** [2] -
439:21, 440:7
**contact** [3] - 341:19,
399:6, 407:14
**contacted** [1] - 394:23
**contacts** [1] - 281:24
**contained** [2] -
448:11, 448:19
**continuation** [1] -
410:22
**continue** [11] - 294:2,
294:6, 362:16,

363:14, 365:16,
368:19, 417:15,
448:13, 448:21,
448:25, 450:3
**Continued** [1] - 342:13
**continued** [1] - 420:23
**continuum** [1] -
357:22
**contraband** [2] -
267:21, 327:21
**contrary** [1] - 308:20
**control** [3] - 314:16,
385:25, 386:9
**controlled** [5] -
334:20, 336:14,
382:24, 382:25,
385:25
**controls** [1] - 334:19
**convened** [2] - 442:9,
442:22
**convention** [1] - 347:3
**conversations** [2] -
281:15, 281:16
**conveyor** [1] - 443:19
**convinced** [1] - 277:10
**Cooper** [2] - 297:11,
298:1
**COOPER** [1] - 265:10
**cops** [1] - 307:25
**copy** [2] - 280:7, 434:5
**corner** [2] - 416:23,
421:22, 440:17
**correct** [64] - 274:15,
274:18, 315:4,
315:24, 321:2,
325:11, 331:6,
341:7, 345:22,
349:9, 350:19,
360:24, 360:25,
363:24, 364:1,
364:2, 368:9,
368:10, 371:24,
371:25, 372:3,
373:3, 373:15,
373:16, 377:3,
377:4, 377:12,
377:24, 378:1,
378:2, 378:9,
380:13, 380:17,
381:17, 385:3,
385:4, 385:12,
385:18, 388:23,
390:1, 390:20,
391:11, 391:17,
391:18, 391:21,
392:1, 393:7, 393:8,
393:16, 395:13,
395:14, 397:8,
399:7, 403:1, 405:8,
411:9, 411:19,

415:14, 427:8,
434:19, 445:9,
445:11, 445:12,
445:15
**correctly** [2] - 292:11,
432:23
**corridor** [1] - 445:22
**Counsel** [3] - 272:11,
272:16, 358:19
**counsel** [9] - 267:5,
270:16, 278:20,
279:5, 284:10,
358:16, 361:14,
381:21, 435:20
**Count** [2] - 436:7,
444:11
**count** [12] - 294:3,
430:13, 432:8,
432:12, 433:10,
433:12, 435:13,
438:16, 438:22,
439:16, 439:18,
440:9
**counted** [1] - 435:10
**counterdemonstrato
rs** [2] - 397:1, 397:2
**counterpart** [3] -
404:22, 405:7,
411:17
**counterprotesters** [1]
- 397:1
**counting** [6] - 428:15,
436:15, 438:25,
439:4, 443:17,
447:15
**country** [1] - 299:10
**counts** [2] - 276:22,
298:2
**couple** [5] - 270:6,
305:3, 310:8,
320:22, 422:24
**course** [6] - 284:12,
428:14, 433:9,
443:21, 449:14,
452:14
**Court** [9] - 265:22,
265:23, 268:1,
282:5, 282:9, 283:7,
303:20, 320:17,
455:18
**court** [5] - 268:20,
271:19, 274:5,
284:24, 376:22
**COURT** [126] - 265:1,
267:9, 267:12,
267:15, 268:8,
268:13, 268:18,
269:3, 269:5,
269:10, 269:15,
269:21, 269:24,

270:9, 270:14,
270:16, 271:8,
271:13, 272:11,
272:13, 272:16,
272:22, 273:7,
274:5, 274:8,
274:11, 274:13,
274:17, 274:20,
274:24, 275:1,
275:13, 275:19,
278:24, 279:7,
282:11, 282:20,
282:24, 283:12,
283:15, 283:20,
283:23, 284:1,
284:14, 284:17,
284:20, 299:2,
312:22, 313:9,
313:14, 316:11,
316:13, 316:18,
316:25, 317:6,
317:9, 317:14,
318:3, 318:10,
318:13, 322:8,
322:11, 323:25,
329:8, 329:10,
331:17, 335:21,
337:4, 337:17,
339:13, 341:11,
341:14, 341:24,
342:2, 342:6, 343:8,
344:18, 345:8,
358:16, 358:19,
359:1, 359:5,
360:11, 361:14,
368:4, 371:7,
381:25, 382:2,
382:14, 382:17,
384:15, 384:19,
384:23, 398:13,
398:15, 399:9,
399:12, 399:15,
400:15, 400:17,
400:24, 404:18,
406:17, 408:14,
416:14, 419:9,
419:12, 421:20,
424:8, 424:20,
424:25, 425:2,
425:5, 425:16,
429:21, 434:10,
435:22, 435:24,
436:4, 444:25,
453:20, 453:25,
454:10, 454:21,
455:2, 455:8
**Court's** [3] - 360:8,
398:8, 424:9
**Courthouse** [2] -
265:23, 455:18
**courthouse** [6] -

267:20, 268:9,
275:3, 281:22,
326:10, 399:22
**courtroom** [10] -
271:12, 275:10,
276:8, 282:19,
284:19, 313:22,
316:24, 341:23,
400:14, 454:9
**COURTROOM** [14] -
267:2, 269:1,
271:11, 272:5,
272:18, 272:23,
273:8, 273:15,
273:17, 273:20,
273:25, 316:17,
318:15, 388:16
**cover** [2] - 450:8,
453:4
**coverage** [2] - 282:1,
303:3
**COVID** [1] - 328:19
**Cramer** [1] - 317:1
**crap** [1] - 268:3
**create** [1] - 354:16
**created** [2] - 354:10,
357:19
**crime** [2] - 277:17,
297:8
**crimes** [2] - 297:7,
297:11
**Criminal** [2] - 265:3,
267:3
**crisis** [1] - 397:16
**critical** [3] - 397:17,
397:18, 397:22
**critically** [1] - 287:22
**CRM** [1] - 265:16
**cross** [2] - 279:16,
279:22
**CROSS** [2] - 371:10,
424:10
**cross-examination** [1]
- 279:22
**CROSS-
EXAMINATION** [2] -
371:10, 424:10
**cross-examine** [1] -
279:16
**crossed** [2] - 297:4,
393:5
**crowd** [38] - 286:22,
287:13, 287:15,
288:3, 288:17,
289:25, 290:21,
291:3, 291:7, 306:4,
314:16, 341:4,
350:9, 350:10,
350:11, 351:1,
351:19, 351:23,

352:18, 352:24,
354:9, 354:11,
354:12, 356:15,
356:16, 356:17,
356:19, 356:23,
356:25, 357:9,
357:13, 357:16,
358:4, 375:10,
375:12, 375:13,
377:23, 414:11
**crowds** [5] - 305:7,
357:12, 414:6, 414:9
**CRR** [3] - 265:22,
455:10, 455:17
**crying** [2] - 451:13,
452:12
**Crypt** [1] - 373:5
**CS** [2] - 354:15,
356:18
**current** [3] - 301:10,
401:24, 401:25
**cuts** [2] - 291:15,
291:19

# D

**D.C** [10] - 269:8,
285:17, 286:11,
300:7, 301:12,
303:2, 316:5,
365:21, 366:13,
366:14
**damage** [1] - 293:24
**danger** [2] - 423:20,
450:1
**dark** [2] - 380:5,
430:23
**date** [5] - 301:6,
336:12, 432:8,
432:11, 440:16
**Dated** [1] - 455:15
**dating** [3] - 301:25,
302:9
**daughter** [1] - 406:3
**day's** [1] - 442:15
**days** [6] - 282:15,
298:20, 308:23,
325:22, 403:2, 433:3
**days'** [1] - 428:25
**DC** [4] - 265:17,
265:21, 265:24,
455:20
**deal** [5] - 268:3, 317:7,
395:3, 395:24, 396:6
**deals** [1] - 441:1
**dealt** [1] - 356:23
**debate** [12] - 438:7,
444:15, 446:24,
447:1, 447:3, 447:5,
447:8, 447:12,

463

447:20, 447:21,
447:24, 450:3
**debates** [3] - 427:17,
428:8, 446:22
**debating** [1] - 449:22
**December** [1] - 285:10
**decide** [6] - 277:9,
277:22, 295:7,
400:2, 400:7, 415:16
**decided** [3] - 393:24,
414:25, 451:2
**decides** [4] - 279:11,
288:2, 294:22, 295:1
**decision** [8] - 414:19,
414:21, 415:10,
437:11, 437:14,
448:12, 448:21,
449:21
**decisions** [1] - 414:17
**deck** [1] - 450:9
**declaration** [1] - 439:5
**declared** [6] - 289:8,
294:10, 438:23,
449:5, 449:10, 450:4
**defend** [2] - 296:24
**defendant** [54] -
277:19, 278:10,
278:24, 279:19,
285:7, 285:11,
285:17, 285:25,
286:1, 286:8,
286:12, 286:17,
286:21, 288:19,
288:25, 289:2,
289:7, 289:19,
289:23, 290:3,
290:7, 290:17,
290:18, 290:22,
291:4, 291:5, 291:8,
291:10, 291:15,
291:18, 292:2,
292:16, 292:19,
293:4, 293:21,
294:8, 294:15,
294:17, 295:1,
295:18, 295:22,
295:24, 296:2,
296:8, 296:17,
296:25, 297:3,
297:6, 297:16,
297:20, 297:22,
297:24, 298:3,
298:25
**Defendant** [4] - 265:7,
265:19, 267:3, 336:6
**defendant's** [9] -
285:9, 290:24,
291:4, 294:21,
296:14, 298:6,
298:17, 317:3,

382:14
**Defendant's** [1] -
383:15
**defendants** [1] -
299:10
**defending** [1] - 309:5
**Defense** [2] - 381:19,
381:23
**defense** [7] - 278:10,
278:25, 280:10,
296:4, 374:6,
435:20, 454:16
**definitely** [1] - 344:21
**definition** [1] - 441:20
**degree** [1] - 302:3
**delay** [5] - 271:14,
294:6, 296:13,
309:12, 311:14
**delaying** [1] - 297:20
**deliberate** [3] -
276:12, 291:25,
444:11
**deliberation** [1] -
285:1
**deliberations** [4] -
276:16, 280:7,
280:17, 281:19
**deliver** [2] - 282:17,
285:5
**demanding** [1] -
288:21
**democracy** [2] - 294:3,
296:25
**Democratic** [2] -
347:3, 394:21
**Democrats** [2] - 286:9,
427:9
**demonstrate** [1] -
431:15
**demonstrating** [1] -
277:6
**demonstration** [3] -
315:12, 315:14,
315:15
**demonstrations** [2] -
314:16, 344:22
**demonstrative** [1] -
431:14
**demonstrators** [1] -
396:25
**demos** [1] - 396:10
**denied** [2] - 274:11,
274:13
**depart** [2] - 412:7,
417:22
**departed** [1] - 409:4
**department** [1] -
401:19
**Department** [2] -
278:13, 401:23

**departs** [1] - 410:19
**departure** [4] - 406:25,
410:17, 417:7, 417:8
**depicted** [2] - 336:18,
382:3
**depiction** [1] - 336:19
**deployed** [1] - 355:7
**deputy** [1] - 433:15
**DEPUTY** [14] - 267:2,
269:1, 271:11,
272:5, 272:18,
272:23, 273:8,
273:15, 273:17,
273:20, 273:25,
316:17, 318:15,
388:16
**describe** [11] - 290:9,
296:22, 380:7,
396:22, 396:25,
414:24, 417:13,
440:6, 445:16,
447:19, 450:11
**described** [7] -
293:10, 331:19,
433:16, 437:17,
438:9, 438:16, 442:1
**describing** [4] -
384:24, 385:2,
396:21, 433:25
**design** [1] - 402:23
**designate** [4] - 344:20,
351:25, 358:7,
396:14
**designated** [8] -
328:1, 328:4, 328:5,
329:24, 357:8,
390:8, 391:8, 407:1
**designating** [1] -
396:20
**designation** [1] -
396:21
**desk** [1] - 431:8
**desk-like** [1] - 431:8
**destination** [1] -
409:11
**destinations** [1] -
409:18
**destroy** [1] - 306:21
**destroyed** [1] - 276:9
**detail** [13] - 321:24,
402:12, 402:14,
404:6, 418:3, 420:7,
423:24, 424:2,
424:3, 429:10,
432:5, 436:8, 437:25
**detailed** [2] - 275:24,
280:5
**details** [6] - 308:25,
309:21, 316:8,
317:23, 318:5,

329:1, 405:3, 415:6
**detectors** [4] - 326:3,
352:11, 363:7,
363:11
**determined** [4] -
285:14, 286:9,
289:8, 410:7
**device** [2] - 347:3,
395:5
**devices** [6] - 327:20,
352:19, 394:15,
394:19, 394:25,
450:16
**diagram** [2] - 322:15,
324:3
**dice** [1] - 451:3
**different** [21] - 297:24,
307:20, 312:3,
321:6, 332:20,
334:25, 335:12,
354:15, 354:16,
354:24, 356:9,
364:24, 373:23,
374:4, 379:20,
393:9, 394:4, 394:5,
394:7, 396:4
**difficult** [5] - 268:2,
299:15, 374:1,
399:5, 453:12
**difficulties** [1] -
432:17
**dignitaries** [3] -
427:19, 428:13,
429:5
**diligence** [1] - 271:17
**dire** [2] - 274:12,
370:24
**DIRECT** [4] - 313:19,
342:13, 401:4,
425:19
**direct** [6] - 279:15,
279:21, 400:22,
410:4, 439:3, 445:20
**directed** [1] - 435:6
**direction** [2] - 312:3,
348:9
**directly** [2] - 338:9,
430:11
**disaster** [1] - 299:6
**disclose** [1] - 276:14
**discuss** [7] - 281:9,
281:17, 399:12,
411:22, 424:22,
445:14, 454:11
**discussed** [1] - 448:16
**discussing** [1] -
292:18
**discussions** [5] -
316:22, 341:18,
400:10, 411:20,

454:6
**dish** [1] - 303:6
**disorder** [1] - 396:15
**disorderly** [2] - 277:3,
277:4
**dispatch** [3] - 353:4,
394:23
**disperse** [5] - 354:9,
354:12, 356:16,
357:12, 357:13
**disregard** [1] - 281:1
**disrupt** [1] - 287:7
**disrupted** [1] - 448:24
**disruptive** [1] - 277:3
**dissolved** [1] - 438:22
**distance** [1] - 287:4
**distinct** [1] - 435:2
**distracting** [1] - 276:4
**distribute** [1] - 450:19
**distributed** [1] -
412:21
**DISTRICT** [3] - 265:1,
265:1, 265:10
**district** [1] - 402:22
**District** [1] - 265:13
**disturbance** [6] -
314:5, 314:10,
314:13, 350:11,
397:16, 448:22
**division** [6] - 346:18,
380:1, 397:14,
398:2, 404:24,
406:21
**DNC** [2] - 394:16,
395:4
**doctor** [1] - 302:3
**Doctors** [1] - 301:2
**document** [3] - 404:7,
406:8, 407:16
**DOJ** [1] - 265:16
**DOJ-CRM** [1] - 265:16
**dome** [3] - 291:15,
446:3, 448:16
**domed** [1] - 286:20
**Donald** [1] - 285:11
**done** [3] - 293:24,
332:12, 449:6
**door** [107] - 287:22,
287:23, 288:12,
288:18, 288:19,
288:22, 289:3,
289:10, 289:25,
290:1, 290:5,
290:11, 290:12,
290:13, 291:8,
291:21, 292:3,
292:9, 293:3, 293:6,
293:7, 293:8,
293:18, 293:20,
294:9, 295:10,

298:8, 305:19,
306:6, 323:4, 323:6,
323:7, 323:8, 323:9,
324:12, 324:15,
326:2, 327:22,
328:6, 328:7,
328:11, 328:12,
328:14, 338:15,
338:19, 338:20,
341:5, 349:24,
349:25, 350:13,
351:8, 351:13,
353:1, 355:9,
362:13, 363:19,
363:20, 364:17,
364:19, 364:20,
365:7, 365:10,
378:20, 378:22,
380:12, 381:4,
382:25, 383:1,
383:12, 383:13,
384:14, 385:3,
385:11, 385:18,
385:25, 386:8,
386:15, 386:22,
386:23, 386:24,
386:25, 387:1,
387:2, 387:4, 387:6,
387:9, 387:11,
387:12, 387:14,
387:18, 387:19,
387:20, 387:23,
387:24, 388:3,
388:11, 445:18,
448:23
**doors** [56] - 305:16,
305:17, 306:3,
311:8, 323:12,
328:1, 362:21,
362:22, 365:1,
366:9, 378:9,
378:23, 378:24,
379:1, 379:2, 379:4,
379:9, 379:11,
379:15, 379:16,
379:19, 379:21,
379:24, 379:25,
380:2, 380:7, 380:8,
380:15, 380:16,
380:17, 380:18,
380:24, 381:8,
381:10, 381:13,
381:18, 382:9,
382:18, 382:20,
382:22, 383:2,
383:7, 383:8,
383:10, 385:5,
385:22, 387:7,
387:17, 451:17,
451:22, 451:24,
452:2

**doorway** [1] - 341:5
**double** [1] - 345:19
**doubt** [9] - 277:11,
277:13, 277:23,
278:1, 278:4, 286:3,
290:18, 312:16,
432:22
**down** [31] - 271:22,
276:6, 276:10,
286:18, 290:6,
290:19, 291:7,
296:21, 297:3,
298:7, 299:4,
299:12, 304:10,
305:13, 306:13,
306:14, 308:8,
338:2, 343:18,
351:10, 381:7,
393:22, 406:22,
410:23, 418:17,
420:24, 420:25,
421:1, 431:25,
442:5, 454:10
**downstairs** [1] - 321:4
**Dr** [23] - 301:1, 301:4,
301:12, 302:13,
302:18, 302:20,
303:11, 303:24,
304:22, 305:14,
305:21, 306:6,
306:17, 307:18,
308:5, 310:2,
310:15, 310:24,
311:1, 311:3, 312:17
**drafted** [1] - 396:1
**draw** [5] - 293:19,
332:17, 343:15,
378:13, 446:15
**dress** [1] - 369:6
**dressed** [1] - 369:15
**driveway** [1] - 320:20
**drove** [4] - 330:9,
330:10, 330:12,
348:22
**dual** [1] - 401:15
**ducking** [1] - 450:9
**due** [4] - 271:18,
328:18, 328:20,
449:19
**during** [17] - 276:19,
279:24, 284:12,
284:25, 285:22,
293:11, 323:8,
323:9, 369:16,
369:21, 373:2,
388:6, 427:12,
427:20, 430:6,
432:20, 433:5
**duty** [7] - 278:4,
280:20, 281:8,

345:25, 346:5,
405:1, 405:4
**Dwight** [1] - 298:13

# E

**ear** [1] - 374:25
**early** [6] - 346:15,
372:21, 373:1,
393:22, 394:14,
444:5
**easily** [1] - 450:21
**east** [38] - 287:12,
288:4, 288:5, 304:6,
305:16, 311:8,
320:4, 320:15,
320:17, 320:18,
320:19, 320:24,
321:2, 322:17,
322:19, 328:21,
330:19, 330:22,
330:24, 331:2,
337:20, 337:21,
340:7, 343:12,
343:20, 348:11,
348:13, 348:14,
361:20, 361:21,
362:3, 362:23,
373:3, 390:19,
392:25, 393:5,
409:1, 409:2
**East** [20] - 287:21,
287:23, 288:12,
288:18, 289:3,
289:10, 290:11,
296:19, 323:3,
324:8, 324:12,
328:6, 328:10,
338:12, 338:19,
340:17, 362:13,
363:18, 363:20,
365:7
**easy** [2] - 332:10,
452:4
**eat** [1] - 341:17
**edited** [1] - 336:23
**effect** [2] - 305:24,
306:3
**efficiency** [1] - 435:19
**efficient** [1] - 280:18
**effort** [1] - 452:1
**efforts** [1] - 357:1
**eight** [5] - 362:19,
365:5, 365:23,
393:9, 396:1
**eight-minute-and-11-
second** [1] - 364:11
**Eisenhower** [3] -
295:8, 295:19,
298:13

**either** [12] - 281:6,
330:5, 343:21,
377:19, 425:8,
426:25, 427:3,
439:1, 439:8,
447:13, 450:7,
450:20
**elected** [1] - 285:13
**electing** [1] - 436:9
**ELECTION** [1] - 296:7
**election** [22] - 285:8,
285:12, 285:24,
286:4, 286:8, 287:6,
292:1, 294:5,
297:18, 299:21,
308:19, 311:20,
312:10, 312:18,
321:16, 413:18,
433:13, 433:21,
441:10, 442:1,
442:3, 442:8
**electoral** [22] - 294:2,
328:20, 329:17,
341:10, 428:15,
430:14, 432:9,
432:12, 433:10,
433:12, 436:16,
438:16, 438:22,
439:4, 439:16,
439:18, 440:8,
440:9, 443:16,
443:18, 444:16,
447:15
**Electoral** [4] - 285:23,
410:22, 436:7,
444:11
**electors** [2] - 434:25,
436:21
**element** [2] - 277:22,
278:3
**elements** [3] - 277:13,
278:6, 297:12
**elephant** [1] - 299:16
**ELIZABETH** [3] -
266:6, 401:3, 401:9
**Elizabeth** [2] - 400:21,
401:9
**Ellipse** [3] - 286:13,
302:19
**email** [6] - 404:10,
404:11, 404:19,
405:15, 405:16,
406:10
**emerge** [1] - 340:7
**emerged** [1] - 340:15
**emergency** [10] -
379:23, 383:6,
411:25, 412:2,
414:18, 421:5,
449:5, 449:8,

449:10, 450:5
**emerging** [1] - 337:21
**emphasized** [1] -
281:11
**employed/
unemployed** [1] -
302:4
**employee** [2] - 411:18,
411:19
**en** [2] - 347:2, 395:4
**enact** [1] - 414:17
**encompasses** [1] -
330:20
**encouraging** [1] -
310:20
**end** [18] - 274:25,
275:25, 276:9,
276:11, 276:14,
277:9, 277:21,
297:11, 298:21,
308:1, 350:24,
352:3, 359:8,
387:25, 417:9,
423:7, 424:22,
447:13
**ended** [5] - 308:14,
350:25, 366:10,
423:16, 449:9
**enforcement** [2] -
305:19, 358:8
**engage** [2] - 279:17,
282:2
**engine** [1] - 306:2
**enjoy** [1] - 454:7
**ensure** [4] - 327:20,
330:10, 439:16,
440:9
**enter** [7] - 324:15,
324:16, 326:14,
327:6, 412:17,
412:20, 412:22
**entered** [4] - 298:4,
336:2, 419:20,
419:21
**entering** [7] - 277:1,
291:20, 326:22,
327:21, 413:1,
415:22, 415:23
**enters** [4] - 271:12,
284:19, 291:12
**entire** [8] - 310:3,
325:21, 331:1,
344:3, 345:1, 376:5,
377:11, 409:7
**entirely** [2] - 276:4,
452:4
**entirety** [3] - 339:5,
360:1, 431:7
**entitled** [1] - 336:5
**entrance** [2] - 267:19,

408:24
**entries** [1] - 410:5
**entry** [2] - 298:6,
418:12
**entryway** [1] - 291:13
**envision** [1] - 453:12
**envy** [2] - 311:24,
311:25
**equipment** [4] -
336:10, 336:12,
336:15, 336:16
**erase** [1] - 306:20
**erected** [1] - 390:13
**Eric** [1] - 278:22
**escape** [4] - 450:15,
450:23, 451:2,
452:19
**escort** [1] - 282:13
**escorted** [1] - 328:9
**ESQ** [3] - 265:12,
265:16, 265:19
**essentially** [2] -
335:23, 450:10
**establish** [1] - 293:2
**established** [1] - 287:3
**estimate** [1] - 428:22
**et** [3] - 311:20, 311:22
**evacuate** [2] - 294:24,
453:18
**evacuated** [1] - 294:2
**evening** [6] - 315:9,
346:10, 454:1,
454:7, 454:19, 455:2
**event** [3] - 412:4,
432:16, 438:1
**events** [10] - 336:18,
336:19, 360:3,
360:13, 393:10,
393:21, 393:23,
394:1, 394:3, 427:18
**eventually** [4] -
298:12, 305:21,
310:11, 355:8
**everywhere** [2] -
403:25, 404:3
**evidence** [37] - 269:16,
277:10, 277:15,
277:16, 277:19,
279:13, 279:24,
280:1, 280:3,
280:13, 280:14,
281:12, 281:18,
298:24, 306:21,
310:18, 313:1,
313:3, 318:4, 322:7,
329:7, 331:15,
335:24, 336:1,
336:3, 337:14,
339:11, 343:6,
344:16, 348:4,

360:7, 368:2,
382:12, 384:17,
384:22, 428:1
**evidentiary** [1] - 313:4
**exact** [2] - 344:23
**exactly** [6] - 297:1,
299:9, 340:14,
348:20, 388:7,
449:16
**examination** [6] -
279:15, 279:17,
279:22, 279:23,
400:23
**EXAMINATION** [7] -
313:19, 342:13,
371:10, 398:16,
401:4, 424:10,
425:19
**examine** [1] - 279:16
**excusable** [2] -
269:19, 269:21
**excuse** [4] - 269:25,
275:2, 277:15,
453:25
**excused** [2] - 270:19,
399:10
**execution** [1] - 367:10
**executive** [1] - 401:19
**exercise** [2] - 270:20,
270:25
**Exhibit** [36] - 316:7,
317:21, 318:9,
321:20, 322:1,
323:14, 328:25,
331:8, 331:15,
333:17, 336:5,
337:4, 337:7,
337:14, 338:23,
342:23, 344:9,
359:18, 367:14,
367:15, 368:2,
381:20, 381:23,
382:12, 383:15,
388:19, 392:3,
404:16, 406:15,
421:18, 428:1,
429:9, 429:19,
434:8, 435:18, 446:8
**exhibit** [5] - 344:9,
372:17, 381:24,
381:25, 454:16
**Exhibit..** [1] - 388:13
**exhibits** [3] - 280:2,
435:21, 454:17
**exit** [3] - 294:17,
296:18, 308:17
**exits** [7] - 275:10,
282:19, 296:18,
316:24, 341:23,
400:14, 454:9

**expect** [12] - 297:14,
298:2, 305:9, 393:3,
396:3, 437:15,
438:5, 438:8,
438:10, 440:2,
441:24, 447:10
**expectation** [1] -
442:2
**expected** [3] - 315:9,
395:24, 448:18
**expecting** [5] - 315:8,
315:11, 393:16,
454:16, 454:18
**expects** [1] - 306:12
**expeditiously** [3] -
439:17, 439:19,
440:10
**experience** [2] -
410:25, 429:7
**experts** [1] - 309:17
**explain** [4] - 275:20,
334:23, 360:16,
381:2
**explained** [1] - 276:20
**explosive** [7] - 327:20,
347:2, 352:19,
394:15, 394:19,
394:24, 395:4
**expressing** [1] -
289:12
**expression** [1] - 371:8
**extend** [1] - 431:18
**exterior** [7] - 326:12,
326:14, 326:17,
326:20, 328:21,
333:23, 333:24
**extra** [1] - 332:24
**extraneous** [1] -
281:13
**extras** [2] - 270:6
**extremely** [1] - 381:11
**eye** [2] - 289:5, 289:14
**eyes** [2] - 375:4,
388:24

## F

**face** [5] - 359:3,
359:14, 376:6,
418:21
**faces** [3] - 320:10,
320:17, 375:19
**fact** [8] - 302:24,
308:24, 309:24,
336:1, 388:10,
427:11, 448:20,
453:15
**factoring** [1] - 447:12
**facts** [2] - 304:25,
312:4

**fair** [29] - 280:18,
311:22, 318:1,
318:5, 322:3,
323:20, 329:3,
331:11, 336:19,
337:10, 339:7,
343:2, 344:12,
360:3, 367:23,
373:2, 377:5, 390:9,
390:11, 391:2,
404:13, 406:12,
419:2, 421:14,
423:21, 429:15,
434:3, 439:9, 442:25
**fairly** [2] - 281:21,
416:7
**fall** [5] - 288:7, 288:8,
293:12, 293:13,
293:14
**falls** [1] - 290:19
**familiar** [7] - 315:25,
334:10, 334:12,
364:9, 364:12,
405:1, 433:20
**familiarize** [1] - 403:13
**families** [1] - 401:18
**family** [2] - 402:18,
405:24
**far** [9] - 293:10,
303:18, 326:14,
371:1, 393:23,
394:2, 408:25,
411:24, 449:18
**fashion** [1] - 429:3
**fashioned** [1] - 381:6
**fast** [3] - 284:2, 299:5,
306:6
**fault** [2] - 271:17,
281:6
**FBI** [1] - 278:22
**fearful** [2] - 453:1,
453:3
**federal** [1] - 268:9
**feelings** [4] - 301:3,
312:1, 312:2, 312:3
**feet** [2] - 289:3, 420:17
**fell** [1] - 305:13
**fencing** [20] - 287:14,
329:23, 330:1,
330:14, 331:20,
332:14, 332:15,
332:22, 332:23,
342:19, 343:12,
343:13, 343:15,
343:18, 343:19,
392:5, 392:6, 392:8,
392:10
**few** [16] - 271:23,
275:20, 280:16,
282:15, 285:7,

285:13, 287:25,
299:12, 333:13,
346:23, 353:22,
406:22, 407:7,
409:11, 438:8,
449:14
**field** [2] - 314:19,
315:9
**fifth** [2] - 277:5, 439:6
**fight** [2] - 396:8,
453:17
**fighting** [5] - 357:6,
396:18, 397:3,
397:4, 453:17
**figure** [1] - 386:11
**file** [1] - 418:22
**filed** [1] - 444:14
**film** [1] - 340:5
**films** [1] - 310:11
**filter** [1] - 450:18
**filtered** [1] - 449:19
**final** [3] - 271:20,
276:15, 410:15
**finally** [3] - 280:16,
295:12, 295:24
**fine** [4] - 284:1,
284:14, 346:14,
415:19
**finger** [1] - 408:14
**finish** [3] - 271:15,
271:24, 375:7
**fire** [3] - 383:7, 386:21,
386:22
**firm** [4] - 289:24,
294:11, 299:20
**FIRM** [1] - 286:5
**firmly** [1] - 308:19
**first** [45] - 268:22,
270:18, 270:25,
271:8, 275:15,
276:1, 276:24,
279:9, 280:9,
295:15, 296:2,
297:8, 302:17,
306:13, 313:6,
322:15, 351:3,
351:5, 357:12,
362:25, 369:24,
373:6, 380:12,
397:18, 410:2,
411:5, 411:14,
413:2, 415:21,
422:2, 422:4,
429:10, 430:10,
430:15, 431:13,
431:17, 433:6,
435:25, 439:7,
442:7, 442:12,
444:5, 449:9
**First** [6] - 316:4,

330:21, 330:24,
330:25, 331:25,
361:6
**fist** [2] - 289:4, 297:4
**fit** [1] - 303:12
**five** [18] - 272:14,
276:22, 282:10,
282:11, 282:16,
282:24, 289:3,
294:7, 297:7,
298:25, 363:4,
366:4, 420:16,
428:20, 428:21,
429:5, 447:23, 450:3
**five-minute** [2] -
272:14, 282:11
**fixed** [1] - 316:20
**flag** [10] - 289:14,
289:15, 289:16,
289:17, 289:18,
303:1, 303:7, 370:8,
430:24
**flagpole** [1] - 370:14
**flagpoles** [4] - 288:22,
290:13, 294:25,
370:10
**flags** [2] - 303:7
**flaring** [1] - 284:10
**flask** [1] - 267:22
**flight** [2] - 268:20,
269:8
**flip** [1] - 433:24
**floor** [24] - 322:15,
324:3, 324:13,
324:16, 342:7,
351:3, 351:5, 373:6,
373:8, 373:11,
373:12, 413:6,
415:21, 420:4,
420:6, 420:10,
422:2, 422:4, 422:5,
426:17, 426:25,
427:3, 431:21
**Floor** [2] - 409:20,
409:21
**floors** [1] - 405:13
**fly** [1] - 305:22
**fog** [1] - 449:16
**folks** [17] - 270:3,
272:14, 281:15,
281:22, 282:6,
282:13, 300:16,
303:2, 316:19,
399:21, 399:22,
399:25, 425:12,
450:20, 451:19,
452:6, 452:13
**follow** [7] - 275:22,
279:11, 279:21,
297:14, 298:20,

384:24, 453:15
**followed** [2] - 304:23,
454:25
**following** [6] - 274:3,
281:23, 310:16,
336:7, 358:17,
384:20
**footage** [9] - 333:23,
336:13, 336:16,
336:17, 336:18,
336:23, 336:25,
360:22, 363:21
**FOR** [1] - 265:1
**force** [11] - 294:15,
357:15, 357:17,
357:22, 357:23,
357:24, 358:2,
358:3, 358:7,
382:25, 450:8
**forced** [3] - 295:4,
296:18, 301:16
**forceful** [1] - 310:16
**foregoing** [1] - 455:11
**foreground** [1] -
292:20
**foreign** [3] - 427:19,
428:12, 429:5
**forget** [3] - 321:23,
355:15, 442:23
**forgot** [1] - 444:3
**form** [2] - 292:7, 429:2
**formal** [2] - 277:16,
411:25
**format** [1] - 431:19
**formed** [1] - 286:22
**former** [1] - 309:3
**formulate** [1] - 405:4
**forth** [3] - 373:3,
407:16, 407:18
**fortunately** [1] - 270:4
**forward** [6] - 268:14,
312:11, 376:20,
389:20, 403:4,
429:25
**foundational** [1] -
345:7
**founder** [1] - 301:1
**four** [6] - 279:8,
297:22, 366:3,
366:4, 398:1, 428:16
**fourth** [2] - 277:4,
280:9
**frame** [1] - 338:5
**frankly** [1] - 311:25
**frantically** [2] -
451:22, 452:17
**free** [6] - 276:6, 276:9,
313:11, 341:17,
401:2, 424:21
**freedom** [1] - 301:15

**friends** [1] - 307:12
**front** [37] - 286:13,
287:11, 288:6,
288:19, 288:20,
289:2, 289:9,
289:10, 289:22,
289:25, 290:3,
290:7, 290:17,
292:5, 292:16,
293:3, 293:20,
293:21, 294:9,
295:10, 298:8,
304:3, 306:7,
320:10, 320:13,
320:18, 320:19,
322:17, 322:19,
337:20, 337:21,
343:20, 348:14,
349:4, 361:20,
430:24
**Frontline** [1] - 301:2
**frustrating** [1] - 275:6
**full** [1] - 455:12
**Full** [1] - 407:23
**fullest** [1] - 276:18
**function** [3] - 410:16,
410:21, 430:20
**functions** [3] - 410:8,
410:15, 428:12
**furnished** [1] - 454:18
**furniture** [1] - 293:18

## G

**G-L-A-V-E-Y** [1] -
401:9
**gain** [1] - 418:11
**gallery** [8] - 270:18,
271:1, 272:20,
272:25, 273:9,
273:22, 274:4, 275:1
**gas** [6] - 294:23,
303:5, 369:10,
369:16, 369:21,
450:14
**gates** [1] - 397:23
**gathered** [1] - 275:15
**gathering** [1] - 414:6
**gear** [5] - 294:25,
303:3, 369:11,
369:15
**general** [12] - 326:13,
374:5, 402:3,
405:22, 413:8,
413:19, 413:21,
416:1, 419:22,
420:18, 427:17,
448:2
**generally** [8] - 403:13,
411:22, 412:2,

413:4, 413:14,
422:20, 428:6,
441:18
**gentleman** [5] -
368:23, 374:17,
383:20, 430:2,
430:23
**gentlemen** [17] -
271:14, 272:18,
275:14, 275:19,
279:4, 285:16,
299:7, 312:24,
313:10, 316:13,
316:18, 335:22,
341:14, 399:15,
399:19, 400:18,
425:6
**girl** [1] - 304:24
**girlfriend** [3] - 290:25,
294:21, 297:5
**given** [10] - 276:3,
281:5, 303:17,
345:10, 345:16,
393:6, 393:10,
403:9, 403:10,
448:18
**glass** [12] - 337:24,
379:4, 380:13,
388:1, 388:3,
415:21, 418:4,
418:6, 418:8, 418:9,
418:10, 454:2
**glasses** [2] - 303:10,
374:17
**Glavey** [16] - 400:22,
401:6, 401:9,
401:10, 404:6,
406:8, 406:18,
408:10, 416:15,
417:13, 417:18,
419:8, 421:21,
422:12, 424:12,
424:20
**GLAVEY** [1] - 266:6,
401:3
**glob** [1] - 380:5
**Gold** [24] - 290:25,
294:22, 295:15,
301:1, 301:4,
301:12, 302:13,
302:18, 302:20,
303:11, 303:24,
304:22, 305:14,
305:21, 307:18,
308:5, 310:2,
310:15, 310:24,
311:1, 311:3, 312:17
**Gold's** [2] - 306:6,
306:17
**goodness** [2] - 299:9,

306:25
**Gosar** [1] - 447:23
**gotcha** [1] - 381:9
**governing** [1] - 433:21
**Government** [3] -
316:7, 321:19,
388:18
**government** [31] -
267:8, 274:7,
275:12, 277:12,
277:22, 278:2,
278:3, 278:6,
278:10, 278:11,
279:10, 279:17,
280:10, 280:11,
282:21, 297:10,
307:13, 308:20,
313:6, 313:12,
339:10, 372:7,
372:10, 384:18,
388:17, 400:21,
401:20, 425:3,
434:7, 435:6, 436:1
**government's** [16] -
279:13, 279:19,
282:18, 284:16,
285:5, 318:14,
323:24, 329:7,
343:6, 344:16,
348:3, 348:16,
348:19, 351:15,
355:12, 360:7
**Government's** [23] -
317:21, 318:9,
322:1, 322:7,
323:14, 328:25,
331:8, 331:14,
333:16, 337:7,
337:14, 338:23,
342:23, 344:9,
359:18, 367:14,
368:2, 404:16,
406:14, 427:25,
429:8, 429:18, 446:8
**gradually** [1] - 449:15
**graduate** [1] - 426:3
**graduated** [1] - 426:4
**grassy** [1] - 320:10
**Great** [3] - 294:18,
295:6, 295:13
**great** [13] - 319:5,
319:19, 341:21,
343:9, 343:21,
345:4, 348:4,
348:15, 355:3,
355:14, 361:12,
432:5, 434:13
**greatest** [1] - 435:10
**greatly** [1] - 292:22
**green** [2] - 287:21,

408:11
**greet** [1] - 412:13
**ground** [4] - 294:3,
294:4, 299:24, 437:5
**grounds** [17] - 277:2,
303:16, 316:1,
318:19, 318:21,
319:16, 326:6,
326:14, 334:3,
334:7, 334:17,
334:24, 336:11,
394:13, 395:20
**group** [12] - 271:22,
292:8, 292:21,
292:22, 293:17,
296:20, 337:20,
350:22, 364:16,
396:18, 396:19,
412:19
**groups** [7] - 396:4,
396:5, 396:12,
396:14, 396:15,
396:19, 397:3
**guard** [2] - 304:17,
309:19
**guarded** [1] - 286:25
**guards** [1] - 326:24
**Gucci** [1] - 300:21
**guess** [4] - 357:11,
378:18, 386:12,
450:10
**guessed** [1] - 447:14
**guidance** [1] - 450:13
**guilt** [2] - 277:19,
312:16
**guilty** [5] - 277:7,
278:1, 278:5, 278:7,
298:25
**guy** [3] - 309:20,
316:14, 371:15

## H

**half** [3] - 383:14,
444:15, 447:14
**halfway** [1] - 391:16
**Hall** [11] - 291:17,
291:19, 294:19,
294:21, 295:4,
295:13, 306:14,
324:23, 324:25,
373:8, 445:23
**hall** [4] - 308:1,
436:23, 441:7, 446:1
**hallway** [6] - 308:4,
308:10, 350:11,
350:25, 351:10
**hallways** [1] - 281:21
**halt** [2] - 294:3, 294:4
**hand** [15] - 270:9,

272:6, 275:16,
287:8, 313:17,
333:1, 374:22,
374:23, 374:25,
401:1, 416:22,
425:11, 425:17,
440:17, 443:20
**handing** [1] - 443:25
**handle** [4] - 314:15,
366:18, 395:9, 402:7
**handled** [1] - 437:24
**hang** [1] - 439:25
**happy** [6] - 303:24,
303:25, 311:17,
400:4, 400:8, 400:12
**hard** [9] - 284:2, 307:5,
312:20, 351:9,
353:3, 353:5,
378:17, 379:13,
381:2
**harder** [1] - 332:25
**hashtags** [1] - 286:6
**hat** [2] - 303:1, 310:22
**Hawa** [3] - 404:20,
411:15, 411:16
**head** [4] - 404:10,
405:17, 406:20,
450:17
**headed** [2] - 364:19,
364:20
**heading** [1] - 406:18
**headquarters** [1] -
394:21
**heads** [1] - 303:18
**health** [1] - 399:24
**healthy** [1] - 439:21
**hear** [15] - 278:9,
280:22, 280:23,
286:24, 296:21,
297:15, 317:5,
353:9, 375:1,
375:11, 376:22,
414:9, 450:25,
452:15, 452:23
**heard** [18] - 302:19,
309:7, 309:14,
311:15, 311:21,
347:4, 347:16,
347:18, 353:20,
353:24, 372:7,
372:10, 395:5,
414:15, 415:21,
418:4, 418:8, 418:10
**hearing** [8] - 274:4,
300:5, 353:5,
353:11, 353:14,
358:18, 378:17,
455:4
**heart** [1] - 286:20
**heavens** [1] - 293:24

**heavier** [1] - 380:16
**heavy** [3] - 379:3,
381:11, 381:13
**heightened** [1] -
448:17
**HELD** [1] - 265:10
**held** [4] - 274:4,
286:14, 358:18,
387:14
**helmet** [1] - 303:1
**help** [5] - 280:13,
291:3, 317:12,
374:13, 408:21
**helped** [1] - 450:19
**Herbert** [2] - 267:4,
279:6
**HERBERT** [1] - 265:6
**hereby** [1] - 455:10
**hereinbefore** [1] -
439:2
**hid** [1] - 450:11
**hidden** [1] - 349:24
**high** [1] - 315:3
**highlighted** [6] -
434:18, 434:24,
436:19, 438:20,
440:21, 441:3
**Hills** [2] - 301:9,
306:17
**himself** [2] - 288:20,
300:24
**hires** [2] - 402:3, 402:4
**historical** [1] - 432:18
**history** [3] - 291:18,
296:9, 296:10
**hit** [2] - 289:18, 447:4
**hits** [1] - 356:12
**hitting** [1] - 450:9
**hold** [8] - 292:8,
292:13, 292:21,
292:24, 316:11,
387:4, 419:20, 447:6
**holding** [6] - 289:17,
306:7, 350:11,
351:1, 351:19,
374:23
**holds** [1] - 293:23
**HOLLY** [1] - 265:12
**home** [2] - 287:20,
369:5
**Homeland** [1] - 401:23
**honestly** [2] - 269:12,
306:24
**Honor** [65] - 267:2,
267:7, 267:10,
269:1, 269:2, 271:4,
271:11, 272:10,
272:12, 274:9,
274:23, 278:17,
279:3, 282:9,

282:22, 282:23,
283:22, 284:8,
284:13, 284:16,
313:8, 313:12,
317:16, 318:8,
318:12, 322:6,
322:10, 322:13,
323:23, 329:7,
329:9, 331:15,
331:16, 335:19,
336:4, 337:13,
337:15, 339:11,
341:13, 342:11,
343:6, 344:15,
345:5, 358:14,
360:7, 360:10,
368:2, 371:6,
381:22, 382:13,
382:16, 398:14,
399:8, 404:15,
404:17, 406:15,
416:13, 419:6,
421:17, 424:7,
425:3, 435:19,
453:21, 454:16,
454:20
**HONORABLE** [1] -
265:10
**hoods** [4] - 450:15,
450:23, 451:2,
452:19
**hope** [1] - 304:6
**hoped** [2] - 271:15
**hopefully** [2] - 299:17,
310:15
**hoping** [1] - 308:17
**HOS** [2] - 405:10,
405:11
**hour** [4] - 283:16,
283:23, 436:23,
447:4
**hours** [12] - 294:7,
296:23, 311:13,
311:15, 346:4,
346:11, 349:7,
422:24, 424:4,
447:3, 447:12,
447:15
**hours-ish** [1] - 346:11
**House** [90] - 286:14,
291:21, 291:24,
292:1, 292:3, 292:9,
292:12, 293:3,
293:8, 293:14,
293:22, 293:24,
294:9, 295:10,
298:12, 307:14,
307:15, 309:22,
319:11, 319:14,
319:16, 319:17,

323:1, 325:2, 325:4,
325:6, 325:8,
364:15, 364:20,
365:1, 393:23,
409:20, 409:21,
413:11, 413:20,
413:22, 422:25,
426:7, 426:17,
426:19, 427:14,
427:20, 427:22,
428:3, 428:4, 428:6,
428:17, 428:23,
429:23, 430:6,
431:5, 431:21,
435:8, 435:14,
436:22, 436:23,
437:6, 437:11,
437:13, 437:17,
439:2, 439:3, 441:5,
441:7, 442:7, 442:9,
442:12, 442:13,
442:18, 442:21,
443:8, 445:11,
445:17, 445:18,
445:23, 446:11,
446:16, 446:19,
446:20, 446:21,
446:23, 447:8,
447:11, 447:20,
449:2, 452:7,
452:10, 453:18
**house** [14] - 301:8,
306:17, 319:9,
323:1, 347:25,
413:12, 413:15,
436:9, 438:7, 439:8,
444:7, 449:6, 449:11
**housekeeping** [2] -
267:17, 284:9
**houses** [5] - 439:7,
440:25, 441:6,
442:11, 444:10
**Houses..** [1] - 438:21
**huge** [1] - 306:12
**hum** [2] - 452:19,
452:24
**hundreds** [4] - 398:5,
398:6, 428:25, 429:3
**hurt** [2] - 352:22,
397:24

## I

**I..** [2] - 376:22, 394:17
**ID** [1] - 327:12
**idea** [9] - 272:4,
304:15, 304:16,
307:8, 307:12,
326:13, 390:3,
393:20, 394:3
**identified** [1] - 423:24

468

**identify** [1] - 267:6
**IDs** [1] - 326:22
**image** [1] - 290:19
**imagine** [2] - 299:7, 444:5
**immediate** [1] - 401:17
**immediately** [6] - 290:12, 293:7, 417:1, 445:19, 449:12, 450:12
**impact** [11] - 354:19, 356:7, 356:10, 356:11, 357:15, 358:3, 373:21, 374:5, 414:15, 418:5
**impanelled** [2] - 281:10, 281:24
**impeachments** [1] - 429:4
**important** [4] - 268:1, 281:11, 420:6, 439:18
**importantly** [1] - 399:25
**imposition** [1] - 400:5
**improper** [1] - 281:7
**IN** [1] - 265:1
**inappropriate** [1] - 282:4
**inaugural** [2] - 321:8, 321:14
**inauguration** [4] - 321:15, 321:17, 390:13, 439:24
**incident** [3] - 267:18, 397:19, 397:22
**incidents** [1] - 397:17
**include** [1] - 381:23
**including** [3] - 267:22, 312:25, 397:15
**increases** [1] - 305:25
**incredibly** [1] - 296:3
**indeed** [4] - 429:14, 432:15, 433:14, 441:23
**Independence** [2] - 330:23, 331:1
**independent** [2] - 281:14, 371:21
**indicate** [3] - 347:14, 378:18, 405:15
**indicated** [2] - 374:12, 376:16
**indicating** [2] - 268:19, 269:7
**indicted** [1] - 277:20
**indictment** [4] - 276:21, 277:15, 277:18
**individual** [4] - 357:21,

357:23, 358:5, 358:7
**individuals** [5] - 331:21, 357:18, 369:10, 402:5, 418:1
**indulge** [1] - 282:10
**indulgence** [3] - 360:8, 398:8, 424:9
**inflection** [1] - 433:5
**informally** [1] - 436:8
**information** [3] - 394:15, 394:18, 394:22
**informed** [1] - 395:19
**initial** [5] - 294:12, 313:25, 353:19, 448:8, 453:4
**injured** [1] - 358:22
**injuries** [5] - 358:13, 358:22, 359:10, 359:13, 372:1
**injury** [3] - 284:10, 359:16
**inner** [1] - 441:1
**innocent** [1] - 277:25
**inquiries** [1] - 426:23
**insane** [1] - 307:22
**inside** [44] - 287:5, 287:17, 291:10, 292:12, 293:14, 294:1, 297:24, 305:17, 305:19, 310:3, 310:8, 326:10, 327:1, 327:4, 327:10, 328:3, 334:8, 335:12, 336:10, 347:11, 347:18, 347:20, 350:5, 352:7, 353:7, 353:12, 354:2, 355:20, 356:25, 358:24, 358:25, 363:21, 379:4, 383:8, 387:15, 397:12, 397:19, 398:22, 415:5, 415:6, 415:8, 452:10
**insidious** [1] - 452:25
**insinuate** [1] - 385:23
**insists** [1] - 304:13
**inspect** [1] - 395:2
**instance** [2] - 396:4, 430:12
**instead** [1] - 447:19
**instruct** [3] - 280:5, 280:19, 280:21, 297:12
**instruction** [1] - 453:4
**instructions** [8] - 275:24, 276:15,

280:5, 280:8, 280:16, 297:13, 298:1, 452:13
**instructor** [1] - 401:25
**insurrection** [3] - 369:25, 370:1, 388:6
**intelligence** [2] - 396:7, 396:9
**intended** [4] - 280:13, 313:2, 352:4, 404:3
**intending** [2] - 409:3, 409:23
**intent** [4] - 297:16, 311:18, 311:19, 350:4
**intentional** [1] - 417:3
**intentions** [1] - 291:11
**interfere** [2] - 297:17, 425:10
**interfered** [1] - 296:15
**interfering** [1] - 276:25
**interior** [5] - 326:8, 333:23, 333:24, 381:13, 381:18
**interrupt** [1] - 451:6
**intimate** [1] - 302:9
**introduce** [1] - 278:16
**investigations** [1] - 401:15
**involve** [2] - 412:3, 453:13
**involved** [8] - 341:19, 396:17, 400:10, 407:19, 432:14, 432:19, 433:11, 433:18
**involves** [1] - 412:4, 443:17
**involving** [1] - 305:20
**iron** [3] - 380:17, 380:18, 381:8
**IS** [2] - 285:6, 285:8
**ish** [1] - 346:11
**issue** [6] - 267:20, 268:18, 312:19, 335:1, 454:15, 454:19
**issued** [1] - 441:22
**issues** [8] - 268:14, 274:6, 274:7, 425:9, 427:18, 428:8, 429:4, 454:14
**IT** [2] - 316:14, 316:19
**items** [1] - 267:21
**itinerary** [8] - 407:16, 407:18, 407:19, 408:6, 409:12, 411:23, 415:12, 415:14
**itself** [15] - 292:2,

315:23, 319:18, 326:2, 326:6, 326:18, 326:20, 334:5, 334:7, 334:18, 336:2, 341:5, 410:25, 427:14, 434:4

---

**J**

**J-O-N-E-S** [1] - 425:25
**jacket** [2] - 303:9, 368:24
**jackets** [1] - 366:11
**January** [124] - 276:23, 285:20, 285:25, 286:11, 286:12, 294:10, 296:14, 296:19, 297:6, 297:20, 298:19, 300:8, 300:11, 301:12, 301:13, 301:14, 302:7, 302:18, 306:23, 307:3, 309:1, 309:15, 311:3, 312:13, 314:18, 314:20, 314:21, 315:1, 315:6, 318:6, 319:7, 321:7, 321:10, 321:16, 322:4, 323:10, 323:21, 324:6, 328:15, 328:22, 329:4, 331:12, 336:15, 336:17, 336:20, 337:11, 337:21, 337:22, 339:8, 339:19, 340:1, 341:9, 342:18, 343:3, 344:13, 344:24, 345:9, 345:21, 345:24, 346:3, 353:12, 356:21, 358:9, 358:13, 359:10, 360:4, 360:13, 366:8, 367:24, 370:2, 370:24, 377:2, 383:9, 390:13, 395:11, 395:20, 396:11, 398:25, 402:11, 403:3, 403:4, 403:7, 403:10, 403:12, 403:19, 405:14, 407:2, 409:8, 409:23, 410:25, 416:8, 418:20, 421:15, 423:19,

426:5, 426:10, 426:11, 428:17, 432:1, 432:2, 432:3, 432:7, 432:13, 433:3, 433:6, 433:9, 433:20, 436:21, 437:15, 438:5, 438:10, 439:19, 439:23, 440:1, 440:18, 441:8, 441:21, 441:25, 442:6
**JASON** [1] - 265:16
**Jason** [3] - 267:8, 278:20, 430:14
**jason.manning@usdoj.gov** [1] - 265:18
**jeans** [1] - 303:9
**Jenkins** [3] - 271:5, 273:13, 425:12
**jeopardize** [1] - 418:1
**jeopardy** [1] - 418:13
**jet** [1] - 306:2
**job** [8] - 268:2, 280:18, 304:21, 308:9, 314:18, 414:16, 426:14, 427:13
**John** [11] - 267:4, 279:6, 285:7, 285:17, 289:2, 292:19, 293:4, 295:22, 316:17, 336:6, 337:3
**JOHN** [1] - 265:6
**join** [2] - 289:25, 426:8
**joined** [4] - 278:19, 278:21, 285:18, 426:9
**joins** [1] - 292:2
**joint** [14] - 285:21, 428:14, 430:13, 432:8, 432:11, 432:12, 432:14, 433:9, 433:11, 433:17, 437:16, 438:21, 442:10
**Jones** [14] - 425:4, 425:21, 425:25, 426:1, 430:23, 436:5, 436:19, 438:14, 438:20, 442:6, 452:8, 454:10, 454:22, 454:23
**JONES** [2] - 266:8, 425:18
**Joshua** [2] - 290:8, 454:25
**journal** [1] - 442:15

Judge [2] - 297:11, 297:25
judge [1] - 270:10
JUDGE [1] - 265:10
jumping [1] - 407:21
junctures [1] - 293:11
junior [1] - 433:16
juror [7] - 268:18, 270:21, 272:4, 273:23, 276:17, 317:11
Juror [18] - 269:2, 272:21, 272:23, 272:25, 273:2, 273:3, 273:6, 273:8, 273:10, 273:11, 273:15, 273:17, 273:18, 273:21, 273:25, 274:1
JUROR [10] - 269:4, 269:9, 269:12, 269:18, 269:23, 270:8, 270:13, 270:15, 317:13, 318:2
jurors [9] - 267:16, 270:1, 270:17, 272:2, 274:21, 275:23, 276:3, 281:24, 399:25
jury [42] - 270:2, 271:11, 271:18, 271:20, 272:10, 274:14, 274:17, 275:2, 275:7, 275:15, 275:18, 276:8, 276:15, 281:10, 282:14, 282:19, 284:17, 284:19, 285:1, 295:20, 307:11, 316:14, 316:21, 316:24, 318:12, 322:10, 324:10, 336:2, 341:16, 341:23, 358:18, 384:19, 384:23, 400:11, 400:14, 411:16, 431:5, 434:14, 440:5, 454:4, 454:9
JURY [1] - 265:9
Justice [1] - 278:12
justify [2] - 357:23, 357:25

**K**

Kansas [1] - 269:8
keep [27] - 287:4, 287:15, 288:9,
289:5, 289:14, 290:5, 307:23, 312:20, 323:12, 327:19, 351:1, 352:20, 352:21, 365:11, 369:3, 378:3, 388:25, 391:12, 391:22, 391:24, 408:21, 425:12, 451:22, 452:13, 452:21
keeping [2] - 273:7, 304:20
kept [3] - 300:23, 335:8, 389:3
key [4] - 383:3, 386:17, 386:19
kind [15] - 300:16, 302:5, 303:5, 305:21, 306:1, 306:6, 312:7, 325:24, 345:19, 349:24, 350:9, 381:6, 383:2, 394:3, 431:19
kinds [1] - 349:17
knife [1] - 267:22
knocked [1] - 442:15
knowing [3] - 298:4, 307:10, 451:4
knowledge [2] - 383:10, 397:7
knowledgeable [1] - 308:25
known [3] - 347:25, 430:15, 436:7
knows [3] - 292:10, 292:11, 392:20
KYLE [3] - 266:8, 425:18, 425:24
Kyle [2] - 425:4, 425:24

**L**

L-shaped [1] - 332:6
LA [1] - 300:19
label [1] - 382:15
labeled [1] - 381:22
ladies [17] - 271:13, 272:18, 275:14, 275:19, 279:4, 285:16, 299:7, 312:24, 313:10, 316:13, 316:18, 335:22, 341:14, 399:15, 399:19, 400:17, 425:6
Lanelle [4] - 404:20, 411:15, 411:16
lapse [1] - 288:13
Laredo [1] - 265:14
large [2] - 294:20, 341:4
larger [1] - 380:7
last [7] - 269:16, 273:14, 311:21, 313:25, 372:9, 425:25, 447:2
lasted [1] - 315:15
latch [3] - 381:3, 381:4
late [3] - 271:18, 283:8, 372:23
Lauren [2] - 272:22, 282:13
law [17] - 280:5, 280:20, 287:10, 297:12, 302:3, 305:19, 312:7, 358:8, 426:3, 437:18, 437:21, 438:9, 439:9, 439:15, 444:8
lawful [1] - 297:25
lawn [1] - 286:13
laws [5] - 427:16, 433:20, 440:5, 440:8, 441:10
lawyer [2] - 280:23, 426:1
lawyers [10] - 271:21, 272:1, 278:12, 279:24, 280:12, 281:20, 312:6, 312:25, 372:7, 372:10
lawyers' [1] - 280:1
layer [1] - 340:8
Lead [2] - 407:8, 407:12
lead [3] - 365:1, 407:13, 422:1
leading [7] - 298:19, 330:22, 345:6, 369:24, 403:3, 432:13, 433:3
leads [2] - 291:13, 422:2
learn [2] - 285:20, 292:23
least [9] - 310:15, 312:15, 312:16, 354:9, 393:13, 437:6, 438:8, 451:4, 453:23
leave [13] - 275:3, 295:5, 295:12, 311:6, 377:7, 377:11, 423:11, 423:17, 428:20,
446:20, 447:7, 447:14, 449:12
leaves [2] - 295:24, 377:23
leaving [3] - 308:13, 376:24, 407:5
lectern [1] - 267:5
left [17] - 293:5, 295:15, 311:3, 317:20, 333:1, 337:25, 372:19, 375:5, 377:6, 377:7, 378:6, 387:22, 391:19, 410:1, 416:22, 421:22, 447:9
left-hand [2] - 333:1, 416:22
legal [3] - 275:22, 275:24, 280:19
legend [1] - 361:15
legislation [2] - 427:17, 428:9, 440:24
legislative [2] - 315:21, 428:25
less [17] - 354:7, 354:8, 354:11, 354:14, 355:2, 355:3, 355:8, 356:3, 356:4, 356:5, 356:6, 357:9, 357:11, 357:13, 443:15, 446:6
lethal [21] - 354:7, 354:8, 354:11, 354:14, 355:2, 355:3, 355:8, 356:4, 356:5, 356:6, 357:10, 357:11, 357:13, 357:15, 357:17, 357:24, 358:2, 358:3, 358:7
letting [1] - 330:1
level [6] - 301:19, 302:10, 373:5, 437:25, 448:17, 449:25
liaison [4] - 404:22, 404:24, 406:20, 411:17
liberty [1] - 296:5
license [2] - 301:6, 301:10
lies [1] - 278:2
lieutenant [1] - 366:5
life [3] - 300:22, 453:1, 453:3
lighter [1] - 381:10
limited [1] - 420:8
limits [2] - 328:4, 439:9
Line [1] - 303:7
line [15] - 287:14, 288:18, 292:7, 292:13, 293:2, 293:23, 298:11, 340:4, 340:5, 362:6, 391:16, 405:9, 407:22, 445:20, 446:15
lines [7] - 329:25, 354:10, 367:5, 406:22, 407:7, 427:4, 442:1
Lisa [1] - 265:22
LISA [1] - 455:10
list [5] - 381:24, 394:8, 410:15, 435:24, 454:16
listen [2] - 310:17, 312:14
listening [1] - 374:21
lists [2] - 435:2, 435:5
literally [2] - 306:7, 311:9
litigation [1] - 283:4
live [1] - 299:21
lived [1] - 309:6
LLP [1] - 265:20
lobby [2] - 451:25, 452:2
local [2] - 365:25, 366:1
located [6] - 316:3, 316:4, 335:11, 346:17, 351:12
location [17] - 294:1, 294:13, 294:16, 349:20, 351:24, 352:4, 353:16, 354:9, 357:8, 406:23, 407:1, 412:7, 417:23, 422:19, 422:21, 423:21
locations [9] - 336:10, 351:21, 373:4, 390:8, 391:8, 394:25, 395:1, 395:2, 407:20
lock [5] - 332:2, 332:7, 381:1, 382:9, 451:22
locked [14] - 276:7, 287:22, 287:24, 288:12, 288:21, 289:3, 289:10, 323:9, 323:10, 323:11, 350:7, 350:8, 350:12,

350:13
**locks** [2] - 350:14, 382:10
**logical** [1] - 453:22
**loiter** [1] - 307:24
**look** [21] - 302:24, 305:23, 308:11, 310:25, 332:21, 348:24, 375:10, 375:12, 377:1, 378:8, 380:2, 381:19, 383:17, 383:24, 384:1, 384:3, 385:8, 385:15, 387:21, 432:18
**looked** [12] - 308:5, 319:6, 323:21, 324:6, 329:4, 331:12, 337:11, 337:22, 339:8, 343:3, 344:13, 406:10
**looking** [41] - 302:14, 308:7, 316:9, 318:17, 321:25, 322:14, 323:18, 324:2, 329:15, 329:19, 331:18, 337:18, 338:1, 338:5, 343:10, 343:22, 344:19, 348:19, 360:16, 361:5, 361:10, 361:19, 361:22, 362:11, 363:19, 364:14, 365:20, 365:21, 373:14, 375:2, 375:3, 375:4, 375:12, 376:11, 378:25, 385:12, 390:25, 410:1, 429:24, 430:3
**looks** [11] - 326:13, 337:24, 341:4, 343:21, 374:25, 379:14, 384:11, 385:6, 389:15, 391:15, 392:6
**Los** [1] - 300:15
**lost** [1] - 285:11
**loud** [3] - 310:10, 353:3, 353:5
**louder** [1] - 312:9
**lower** [2] - 290:20, 373:5
**luck** [1] - 270:14
**lunch** [8] - 281:22, 283:16, 283:24, 341:15, 341:17,

341:21, 341:25, 342:4

## M

**M-E-N-D-O-Z-A** [1] - 313:25
**M/C** [2] - 408:18
**ma'am** [89] - 313:15, 314:12, 314:22, 315:5, 315:18, 315:24, 316:2, 317:22, 318:7, 318:23, 319:8, 319:10, 319:22, 320:14, 321:5, 322:5, 323:5, 323:19, 324:7, 324:9, 324:17, 324:19, 325:3, 325:18, 325:23, 326:11, 326:25, 327:16, 327:24, 329:5, 329:14, 329:20, 330:13, 330:15, 330:17, 331:10, 332:16, 333:3, 333:25, 334:9, 335:4, 335:7, 335:10, 335:14, 337:12, 338:21, 339:6, 339:9, 339:20, 340:2, 342:21, 343:4, 344:1, 344:4, 344:14, 345:3, 345:14, 345:17, 346:7, 346:13, 347:12, 347:15, 347:17, 353:13, 353:21, 355:17, 356:24, 357:3, 359:12, 360:2, 360:5, 360:14, 360:23, 361:23, 362:5, 362:22, 363:2, 363:9, 363:12, 363:20, 364:13, 366:16, 367:3, 370:4, 398:21, 398:24, 400:25
**machine** [1] - 452:23
**machines** [2] - 326:4, 352:10
**madam** [1] - 376:22
**MAGA** [8] - 302:25, 310:22, 369:21, 369:23, 369:25, 370:1, 396:10

**MAGAforever** [1] - 296:6
**magnetic** [2] - 381:17, 382:10
**magnetometers** [1] - 326:3
**magnets** [1] - 382:9
**magnitude** [1] - 371:2
**main** [1] - 314:12
**maintain** [1] - 336:9
**maintained** [1] - 335:9
**major** [2] - 335:1, 432:16
**makeup** [1] - 356:6
**man** [2] - 422:12, 451:16
**management** [1] - 315:5
**maneuver** [1] - 332:8
**manipulate** [1] - 387:17
**manned** [1] - 326:23
**manner** [2] - 437:12, 439:2
**Manning** [14] - 267:8, 278:20, 278:21, 282:8, 282:17, 285:4, 299:2, 299:25, 305:11, 306:15, 310:7, 400:22, 400:24, 453:20
**MANNING** [50] - 265:16, 282:9, 284:16, 285:6, 288:16, 289:7, 289:22, 290:15, 401:5, 404:5, 404:15, 406:7, 406:14, 410:23, 416:2, 416:10, 417:10, 417:15, 417:17, 419:5, 419:10, 419:13, 419:23, 420:12, 421:7, 421:9, 421:17, 422:7, 422:10, 424:7, 425:3, 425:20, 427:25, 429:8, 429:18, 431:25, 433:23, 434:7, 434:15, 435:18, 436:1, 436:17, 438:13, 438:18, 440:12, 440:20, 442:5, 446:8, 453:21, 454:24
**Manning)..................
.................401** [1] -

266:6
**Manning)..................
.................425** [1] -
266:8
**map** [8] - 320:12, 324:18, 348:5, 348:20, 349:11, 351:6, 351:15, 428:3
**mark** [6] - 319:11, 319:20, 348:5, 362:20, 364:11, 447:5
**marked** [11] - 317:20, 322:1, 328:24, 331:7, 333:16, 337:7, 338:22, 342:22, 344:8, 359:17, 367:14
**Marshals** [2] - 267:18, 268:2
**Maryland** [1] - 283:5
**mask** [5] - 267:20, 269:5, 313:16, 401:2, 425:17
**masks** [6] - 303:4, 369:10, 369:16, 369:22, 399:21, 400:3
**mass** [1] - 414:11
**Massachusetts** [1] - 449:5
**math** [1] - 302:2
**matter** [7] - 267:17, 283:9, 284:9, 292:24, 388:10, 447:5, 448:2
**mayhem** [2] - 288:19, 305:4
**McGovern** [1] - 449:4
**McPherson** [1] - 265:13
**mean** [27] - 283:12, 314:21, 323:1, 323:9, 329:22, 331:4, 350:12, 351:24, 353:3, 353:4, 370:25, 373:24, 374:1, 380:4, 386:13, 394:1, 394:7, 396:5, 396:9, 397:3, 403:23, 404:23, 407:12, 408:18, 410:6, 424:14, 427:9
**means** [5] - 278:11, 280:24, 281:3, 387:8, 404:24
**measures** [2] - 449:24, 450:5
**mechanisms** [1] -

332:3
**media** [2] - 281:25, 341:20
**medical** [1] - 301:15
**medicine** [2] - 301:21, 304:1
**meet** [3] - 434:25, 436:22, 441:7
**meeting** [10] - 276:22, 277:1, 283:3, 283:6, 283:11, 291:25, 436:21, 438:21, 438:22, 439:7
**meetings** [2] - 398:6, 411:20
**melee** [1] - 305:20
**member** [10] - 426:20, 427:2, 430:19, 433:17, 437:6, 444:7, 448:5, 449:4, 450:7, 451:15
**members** [36] - 271:1, 281:21, 281:25, 287:5, 291:3, 291:25, 292:11, 293:8, 293:15, 294:1, 295:20, 298:14, 325:10, 327:3, 328:9, 328:22, 331:4, 402:6, 405:25, 416:25, 426:15, 426:25, 428:10, 431:10, 431:20, 431:23, 446:19, 446:23, 449:11, 449:13, 449:18, 449:20, 450:9, 450:21, 451:7, 451:13
**memory** [2] - 285:2, 371:21
**MENDOZA** [3] - 266:3, 313:18, 342:12
**Mendoza** [46] - 313:13, 313:24, 313:25, 316:8, 317:17, 318:17, 321:21, 322:14, 323:16, 324:2, 331:9, 331:18, 337:6, 337:18, 339:18, 342:8, 342:15, 342:23, 343:10, 344:10, 344:19, 345:9, 345:23, 348:5, 359:10, 359:22, 360:12, 360:21, 361:5, 361:19, 362:3,

363:6, 363:16,
364:24, 365:20,
367:1, 367:13,
368:8, 369:5,
371:12, 376:2,
382:4, 382:18,
398:10, 398:18,
399:9
**mention** [3] - 269:10,
284:23, 394:12
**mentioned** [8] - 332:2,
332:14, 353:6,
356:3, 386:22,
406:1, 418:4, 445:13
**merely** [1] - 289:11
**meridian** [1] - 441:9
**mesh** [1] - 332:23
**mess** [1] - 303:14
**message** [5] - 296:6,
304:3, 311:14,
448:8, 448:11
**messages** [1] - 306:15
**met** [1] - 302:5
**metal** [10] - 326:3,
332:6, 352:11,
363:7, 363:10,
379:4, 380:12,
380:16, 381:6,
397:23
**Metropolitan** [1] -
365:21
**metropolitan** [2] -
366:13, 366:14
**Michael** [3] - 405:12,
408:1, 422:15
**middle** [12] - 283:4,
289:15, 289:23,
294:23, 303:13,
313:25, 338:4,
355:14, 355:16,
362:14, 378:9,
425:24
**midnight** [2] - 372:25,
375:17
**might** [9] - 268:6,
281:14, 282:2,
287:6, 304:23,
312:10, 312:11,
312:12, 425:10
**Mike** [4] - 338:7,
441:17, 445:6, 445:7
**mind** [4] - 291:4,
304:22, 312:21,
374:11
**minds** [1] - 309:13
**minor** [1] - 284:9
**minute** [8] - 272:14,
282:11, 283:24,
291:22, 310:14,
361:17, 362:19,

378:16
**minutes** [29] - 271:23,
275:20, 282:10,
282:16, 282:24,
283:6, 283:9,
283:16, 287:25,
292:5, 292:15,
294:9, 295:11,
299:12, 311:6,
346:23, 362:2,
363:4, 363:16,
365:6, 365:19,
366:24, 399:17,
400:13, 447:22,
447:23, 449:14,
450:3, 453:23
**mission** [2] - 401:14,
401:15
**mitigate** [2] - 335:1,
396:15
**mob** [19] - 285:18,
289:9, 289:22,
290:4, 290:6,
291:20, 292:2,
292:5, 292:8,
292:14, 292:17,
292:21, 292:24,
293:1, 293:22,
293:23, 294:8,
296:24, 298:8
**model** [2] - 300:23,
302:5
**modeling** [2] - 300:20
**moment** [7] - 275:11,
419:3, 440:6, 445:2,
452:19, 452:24,
453:12
**momentarily** [2] -
340:9, 340:25
**moments** [1] - 290:2
**monitoring** [1] - 336:9
**montage** [2] - 360:12,
376:5
**months** [7] - 283:11,
307:11, 308:23,
309:6, 311:22,
359:4, 359:14
**monument** [1] -
320:11
**Moreira** [2] - 265:22,
455:17
**MOREIRA** [1] - 455:10
**morning** [29] - 267:7,
267:9, 267:10,
267:12, 269:3,
269:4, 271:14,
278:18, 279:4,
286:2, 286:12,
299:7, 313:21,
313:22, 330:10,

372:25, 373:1,
393:22, 423:8,
423:13, 423:14,
423:17, 437:15,
438:5, 440:1,
442:16, 442:24,
454:4, 455:3
**most** [7] - 276:18,
299:21, 307:6,
399:24, 449:18,
449:20, 451:1
**motion** [2] - 274:10,
274:22
**motive** [1] - 307:16
**motor** [2] - 450:17,
450:25
**motorcade** [29] -
287:17, 287:18,
288:3, 338:6,
376:24, 377:6,
377:13, 377:15,
377:23, 406:25,
408:19, 408:20,
408:22, 409:3,
410:17, 412:15,
412:16, 412:21,
414:19, 414:22,
415:1, 416:21,
417:1, 417:5,
417:14, 417:19,
417:22, 418:2
**motorcades** [1] -
320:21
**motors** [1] - 452:20
**mouth** [1] - 317:3
**move** [31] - 269:22,
318:8, 319:25,
322:6, 323:23,
329:6, 331:14,
337:13, 339:10,
343:5, 344:15,
356:19, 357:1,
360:6, 367:7, 368:1,
376:20, 382:11,
384:15, 384:17,
384:22, 404:15,
406:14, 416:10,
416:12, 419:5,
419:10, 421:17,
429:18, 436:1, 440:5
**moved** [22] - 318:10,
322:8, 323:25,
329:10, 331:17,
337:17, 339:13,
343:8, 344:18,
360:11, 368:4,
372:18, 382:14,
384:23, 404:18,
406:17, 416:14,
419:9, 421:20,

429:21, 434:10,
436:4
**moves** [2] - 389:20,
434:7
**moving** [2] - 295:17,
322:20
**MPD** [2] - 366:14,
366:17
**MR** [142] - 267:10,
267:14, 268:5,
268:12, 268:15,
271:4, 271:10,
272:12, 273:13,
273:16, 273:19,
274:9, 274:12,
274:16, 274:19,
274:23, 275:11,
279:3, 282:9,
282:23, 283:1,
283:14, 283:17,
283:22, 283:25,
284:6, 284:16,
285:6, 286:16,
289:7, 289:22,
290:15, 299:4,
317:5, 329:9,
331:16, 337:15,
339:12, 343:7,
344:17, 345:5,
348:2, 358:14,
360:8, 360:10,
364:4, 368:3, 371:8,
371:11, 372:17,
374:16, 375:7,
375:22, 375:25,
376:13, 376:20,
378:5, 381:19,
381:22, 382:1,
382:11, 382:16,
383:11, 383:14,
383:18, 384:5,
384:17, 384:21,
384:25, 385:7,
385:14, 388:12,
388:18, 388:25,
389:2, 389:11,
389:14, 389:21,
389:24, 390:17,
390:22, 390:24,
391:12, 391:14,
391:22, 392:2,
392:20, 398:8,
398:10, 401:5,
404:5, 404:15,
404:17, 406:7,
406:14, 406:16,
410:23, 416:2,
416:10, 416:13,
417:10, 417:15,
417:17, 419:5,
419:6, 419:10,

419:13, 419:23,
420:12, 421:7,
421:9, 421:17,
421:19, 422:7,
422:10, 424:7,
424:9, 424:11,
425:3, 425:20,
427:25, 429:8,
429:18, 429:20,
431:25, 433:23,
434:7, 434:9,
434:15, 435:18,
435:23, 436:1,
436:3, 436:17,
438:13, 438:18,
440:12, 440:20,
442:5, 446:8,
453:21, 454:24
**MS** [73] - 267:7, 274:7,
278:17, 282:21,
284:8, 284:15,
313:8, 313:12,
313:20, 316:6,
317:16, 317:19,
318:8, 318:11,
318:14, 318:16,
321:19, 322:6,
322:9, 322:13,
323:13, 323:23,
324:1, 329:6,
329:11, 331:14,
335:19, 336:4,
337:5, 337:13,
338:24, 339:10,
339:14, 339:17,
341:13, 342:11,
342:14, 343:5,
344:15, 348:16,
351:14, 358:20,
359:2, 359:7, 359:9,
360:6, 360:19,
361:3, 361:17,
362:1, 363:4,
363:14, 364:6,
364:8, 364:10,
365:5, 365:16,
365:18, 366:24,
368:1, 368:5,
368:19, 368:21,
369:3, 371:5,
374:11, 382:13,
398:14, 398:17,
399:8, 400:21,
454:15, 454:23
**MSNBC** [1] - 309:17
**multi** [1] - 344:21
**multiple** [3] - 353:21,
394:25, 395:1
**mumble** [1] - 299:5
**munitions** [1] - 358:3

musical [1] - 271:23
must [7] - 277:12, 277:18, 278:7, 280:25, 285:1, 288:2, 371:9

## N

name [13] - 278:18, 279:4, 313:23, 313:25, 372:4, 372:10, 372:12, 401:8, 425:23, 425:24, 425:25, 426:24
Name [1] - 407:23
named [1] - 292:6
names [1] - 407:25
Nancy [1] - 448:7
nasal [1] - 354:17
nation's [1] - 291:18
National [2] - 394:20, 394:21
national [3] - 268:21, 320:11, 347:3
natural [2] - 453:6, 453:14
naturally [1] - 291:13
nature [2] - 321:12, 398:7
nauseam [1] - 311:21
naval [1] - 407:3
Naval [2] - 411:2, 411:7
navigating [1] - 405:3
navigation [1] - 303:18
near [2] - 303:15, 423:20
nearer [1] - 303:20
necessary [2] - 327:17, 414:17
need [13] - 268:3, 275:16, 282:6, 297:13, 306:18, 307:10, 308:18, 312:11, 316:17, 317:11, 352:20, 403:25, 412:19
needed [5] - 275:4, 353:18, 365:25, 412:6
needing [1] - 347:4
needs [3] - 357:16, 357:23, 442:16
negative [2] - 268:15, 345:19
neglected [1] - 284:23
negotiation [1] - 397:16

Nelson [1] - 454:25
nervousness [1] - 269:13
NEVER [1] - 296:6
never [4] - 300:9, 308:23, 371:23, 449:7
new [6] - 402:3, 402:4, 402:6, 427:16, 433:8
New [3] - 265:17, 283:2, 300:16
newly [1] - 285:13
news [3] - 309:7, 309:16, 311:15
next [31] - 273:3, 275:9, 282:15, 286:12, 289:14, 291:17, 295:17, 296:8, 305:12, 305:14, 340:13, 340:14, 372:25, 413:10, 413:25, 415:2, 418:2, 418:14, 420:22, 422:18, 425:4, 426:24, 435:20, 438:15, 439:4, 439:6, 439:24, 443:13, 444:12, 449:14, 450:12
nice [6] - 304:10, 342:3, 374:7, 374:13, 424:18, 454:7
night [3] - 294:6, 330:9, 387:25
NO [10] - 269:4, 269:9, 269:12, 269:18, 269:23, 270:8, 270:13, 270:15, 317:13, 318:2
nobody [2] - 392:13, 392:20
noise [2] - 452:23
noises [2] - 451:18, 452:15
noisy [1] - 414:14
nonalternate [2] - 270:21, 271:1
none [1] - 352:10
nonetheless [1] - 448:18
nonofficer [1] - 385:20
nonpartisan [2] - 426:15, 427:6
noontime [1] - 442:9
normal [9] - 325:16, 325:17, 325:24, 326:1, 327:2, 327:3, 327:6, 327:13, 335:5

normally [2] - 366:7, 443:5
north [7] - 330:18, 330:20, 389:5, 389:8, 389:25, 390:19, 429:1
northeast [1] - 303:19
Northwest [1] - 330:21
Nos [1] - 270:19
not-so-local [1] - 366:1
note [3] - 268:19, 269:7, 274:14
notebook [1] - 276:3
notebooks [3] - 276:7, 282:6, 282:17
notes [7] - 271:21, 276:4, 276:5, 276:6, 276:10, 285:2, 455:12
nothing [5] - 282:21, 352:11, 372:1, 424:7, 450:12
notice [3] - 305:6, 308:6, 369:6
notification [4] - 404:10, 405:11, 405:17, 405:18
Notification [1] - 405:10
notified [1] - 405:18
notify [1] - 405:23
notifying [1] - 407:13
notion [1] - 453:5
notwithstanding [1] - 448:20
November [4] - 285:12, 370:1, 370:3, 370:4
nowhere [3] - 293:16, 308:14, 345:15
number [14] - 267:21, 270:1, 270:4, 272:5, 272:19, 273:5, 273:14, 306:20, 306:22, 340:3, 398:4, 429:5, 435:4, 435:10
numbers [4] - 284:2, 292:24, 294:14, 435:24
NW [3] - 265:17, 265:24, 455:19

## O

o'clock [2] - 436:24, 441:8
oath [2] - 315:16, 342:9

object [4] - 280:23, 281:8, 384:18, 419:7
objecting [2] - 281:6, 345:6
objection [35] - 280:24, 281:3, 281:8, 329:8, 331:16, 337:15, 339:12, 343:7, 344:17, 358:14, 360:10, 368:3, 382:13, 404:17, 406:16, 416:13, 419:10, 421:19, 429:20, 434:9, 435:20, 435:23, 436:3, 437:3, 438:2, 438:9, 444:6, 444:9, 444:12, 446:16, 445:14, 447:4, 449:23
objections [8] - 437:3, 437:8, 437:10, 437:13, 437:22, 437:23, 438:6, 438:8
objects [1] - 309:11
obligation [1] - 270:7
observation [1] - 418:5
observatory [1] - 407:3
Observatory [2] - 411:2, 411:7
observe [6] - 346:25, 350:5, 352:23, 421:3, 446:24, 451:7
observed [4] - 347:7, 352:24, 360:22, 421:15
obsessed [2] - 304:20
obsession [1] - 310:9
obstruct [2] - 297:17, 300:8
obstructing [1] - 276:24
obstruction [2] - 297:8, 297:14
obvious [2] - 268:7, 268:9
obviously [10] - 267:23, 284:2, 309:2, 365:24, 366:7, 381:23, 399:20, 418:12, 449:13, 451:15
OC [2] - 354:15, 356:18
occasionally [2] - 280:22
occasions [1] - 328:13

occur [3] - 341:9, 393:16, 393:18
occurred [1] - 360:13
occurs [2] - 363:1
October [1] - 455:15
OF [4] - 265:1, 265:3, 265:9, 455:8
offense [6] - 277:14, 277:23, 278:4, 278:5, 278:7, 278:8
offenses [2] - 277:12
office [24] - 275:3, 285:14, 318:21, 334:14, 344:11, 413:3, 413:4, 413:9, 420:10, 422:3, 426:6, 426:8, 426:14, 427:12, 428:18, 428:22, 430:21, 432:17, 433:17, 437:21, 439:14, 448:1, 448:4, 448:9
OFFICE [1] - 265:12
Office [1] - 278:12
office's [1] - 433:2
officer [24] - 290:3, 290:4, 290:8, 292:6, 298:7, 305:12, 347:4, 347:5, 347:8, 349:22, 350:7, 350:12, 357:22, 357:23, 357:24, 362:14, 383:3, 383:24, 385:24, 431:4, 436:25, 441:14, 448:6, 454:25
Officer [16] - 290:8, 290:15, 290:18, 290:20, 291:2, 291:7, 292:6, 292:10, 292:20, 292:22, 293:1, 293:5, 293:7, 305:12, 441:12, 454:24
officers [71] - 288:23, 289:18, 292:8, 292:13, 292:21, 293:17, 294:12, 294:24, 295:4, 295:16, 296:20, 296:22, 296:25, 297:2, 298:11, 303:8, 303:11, 307:25, 308:2, 315:16, 315:17, 323:12, 326:2, 326:16, 326:21,

326:23, 326:25, 327:5, 334:23, 334:24, 347:13, 347:19, 351:1, 351:12, 351:17, 351:19, 351:21, 352:25, 353:9, 353:15, 353:16, 354:10, 357:5, 357:6, 357:7, 358:8, 358:9, 362:12, 365:9, 365:11, 366:4, 366:5, 366:18, 367:5, 373:17, 378:14, 378:15, 382:20, 382:22, 386:15, 389:4, 389:7, 389:15, 390:8, 390:25, 391:3, 391:4, 391:7, 391:16
**offices** [3] - 327:4, 327:9, 446:5
**Official** [1] - 265:23
**official** [7] - 276:24, 285:23, 285:24, 297:9, 297:15, 297:17, 455:18
**OFFICIAL** [1] - 455:8
**often** [4] - 330:3, 427:13, 430:21, 431:3
**old** [1] - 381:6
**old-fashioned** [1] - 381:6
**older** [1] - 450:21
**once** [10] - 278:16, 284:17, 305:10, 313:3, 318:3, 340:7, 444:9, 447:4, 450:4, 452:20
**One** [1] - 444:25
**one** [67] - 267:17, 268:18, 270:3, 270:19, 270:24, 270:25, 271:1, 274:14, 274:17, 275:11, 278:6, 278:11, 284:8, 284:23, 294:19, 303:11, 306:1, 306:20, 307:11, 308:4, 309:9, 309:10, 312:6, 325:4, 325:5, 328:18, 330:4, 346:19, 347:19, 352:16, 357:11, 357:18, 358:7, 359:5, 361:17,

376:1, 376:7, 378:5, 379:2, 379:25, 384:1, 384:3, 385:22, 386:7, 393:13, 393:24, 394:6, 394:9, 395:15, 401:22, 402:21, 418:16, 422:11, 428:19, 430:10, 433:1, 433:2, 437:6, 439:20, 445:18, 447:4, 450:21, 450:22, 454:18
**open** [29] - 272:20, 272:24, 305:16, 312:20, 327:7, 327:13, 328:12, 328:13, 328:15, 328:22, 379:1, 379:4, 380:15, 382:20, 382:22, 382:23, 383:4, 383:7, 385:6, 385:22, 385:24, 386:15, 386:19, 386:23, 387:10, 387:18, 412:23, 435:9
**opened** [10] - 305:17, 306:4, 382:18, 383:3, 383:9, 386:8, 386:10, 386:12, 386:13, 452:20
**opening** [14] - 279:9, 279:11, 279:25, 280:11, 282:8, 282:18, 285:5, 299:25, 312:7, 312:23, 312:25, 384:9, 433:6, 440:19
**openings** [1] - 317:3
**opens** [2] - 382:19, 385:18
**operate** [1] - 336:8
**operations** [3] - 346:18, 380:1, 397:14
**opinion** [2] - 358:7, 386:25
**opportunity** [2] - 279:16, 291:5
**opposite** [1] - 299:22
**order** [18] - 270:17, 277:17, 279:21, 326:1, 326:14, 332:7, 333:8, 336:15, 392:23, 426:22, 428:9, 429:3, 430:18,

432:20, 433:8, 443:24, 444:2, 454:22
**organization** [1] - 301:1
**organizer** [1] - 393:24
**orient** [1] - 331:23
**original** [4] - 415:12, 415:14, 434:5, 434:17
**originally** [1] - 417:5
**originated** [1] - 436:10
**Orleans** [1] - 283:2
**otherwise** [2] - 415:25, 438:25
**outlets** [1] - 304:1
**outnumbered** [6] - 288:10, 292:23, 292:25, 293:12, 358:9, 365:13
**outraged** [1] - 299:23
**outset** [1] - 409:23
**outside** [32] - 274:4, 287:6, 291:21, 294:9, 301:13, 302:22, 305:18, 309:22, 335:12, 335:13, 336:10, 357:2, 358:18, 364:15, 365:11, 380:10, 387:9, 387:15, 392:5, 393:10, 394:16, 394:20, 397:20, 398:19, 413:21, 414:4, 415:7, 422:3, 448:10, 449:16, 452:15
**overcome** [1] - 340:11
**overnight** [2] - 276:8, 454:11
**overrule** [1] - 281:3
**overrun** [5] - 288:7, 288:11, 351:20, 351:22, 353:17
**overruns** [2] - 298:11, 351:23
**oversee** [2] - 334:13, 354:7
**own** [5] - 296:14, 297:19, 298:17, 357:23

## P

**p.m** [23] - 283:21, 286:22, 287:11, 291:12, 312:14, 339:19, 341:16, 346:6, 346:12,

349:8, 361:8, 362:25, 376:16, 378:7, 388:22, 391:10, 437:17, 442:19, 443:8, 447:9, 455:5
**packages** [2] - 394:20, 394:24
**packing** [3] - 305:7, 305:8
**PAGE** [1] - 266:2
**page** [4] - 405:9, 406:19, 408:14, 433:24
**pages** [1] - 443:17
**pain** [1] - 356:13
**panel** [2] - 271:11, 272:10
**panic** [1] - 449:15
**panicked** [2] - 450:20, 451:13
**paper** [2] - 437:2, 437:8
**parading** [1] - 277:5
**paralegal** [1] - 278:21
**pardon** [1] - 307:25
**Parliamentarian** [1] - 364:21
**parliamentarian** [5] - 426:12, 430:7, 430:9, 430:14, 432:24
**parliamentarian's** [8] - 426:6, 426:8, 427:12, 428:18, 428:22, 430:21, 437:20, 439:14
**parliamentarians** [1] - 428:19
**parliamentary** [4] - 426:23, 432:17, 433:2, 433:7
**part** [19] - 291:20, 299:15, 300:18, 310:11, 310:12, 311:24, 318:19, 321:23, 325:19, 335:5, 340:5, 340:21, 401:19, 415:12, 421:5, 426:17, 427:13, 427:21, 434:21
**participate** [4] - 427:13, 428:7, 437:16, 446:24
**participated** [1] - 428:23
**particular** [4] - 336:1, 425:7, 432:6, 453:3
**particularly** [1] - 420:6

**parties** [2] - 335:22, 427:12
**partner/friend** [1] - 300:11
**party** [1] - 427:10
**pass** [3] - 327:22, 371:5, 371:8
**passages** [1] - 354:17
**passed** [1] - 395:4
**passes** [1] - 412:22
**passionate** [1] - 309:20
**past** [5] - 293:1, 294:20, 341:2, 347:6, 395:5
**path** [2] - 295:9, 446:18
**patience** [1] - 454:2
**patriot** [1] - 296:4
**patrol** [1] - 334:24
**patrols** [2] - 334:22, 334:23
**Pause** [9] - 272:15, 272:17, 273:24, 284:7, 284:18, 316:12, 316:16, 360:9, 398:9
**pause** [20] - 338:24, 339:17, 360:19, 361:17, 364:8, 365:18, 375:25, 385:7, 389:24, 390:17, 390:24, 391:14, 417:10, 417:17, 421:9, 422:8, 432:22, 443:1, 443:13, 444:12
**paused** [4] - 341:3, 363:4, 365:5, 366:24
**pausing** [6] - 360:20, 361:3, 362:1, 364:10, 365:18, 368:21
**peace** [1] - 361:6
**peaceful** [3] - 285:19, 296:15, 440:11
**Pelosi** [2] - 448:7, 449:2
**Pence** [19] - 296:12, 307:1, 311:2, 311:14, 338:7, 405:12, 406:1, 406:2, 406:4, 408:1, 408:2, 422:15, 441:17, 445:6, 445:7
**Pence's** [2] - 376:24, 377:6
**penetrating** [1] - 351:2
**Pennsylvania** [1] -

265:20
**people** [106] - 270:1, 289:12, 299:22, 300:17, 301:2, 302:21, 303:5, 304:3, 304:6, 304:10, 304:11, 305:22, 306:13, 307:6, 307:21, 308:7, 309:16, 310:3, 310:4, 310:23, 311:7, 311:11, 312:6, 312:17, 314:24, 315:1, 320:20, 326:22, 330:1, 337:21, 340:4, 340:9, 347:7, 349:2, 349:3, 349:16, 349:18, 349:19, 350:8, 350:17, 352:6, 352:7, 352:21, 352:25, 354:13, 355:20, 355:21, 355:24, 355:25, 356:1, 356:15, 356:17, 357:9, 358:6, 362:6, 363:10, 364:16, 366:11, 368:13, 368:15, 369:7, 369:15, 369:18, 369:21, 370:5, 370:7, 372:20, 373:14, 375:20, 377:23, 379:23, 384:1, 386:24, 389:3, 390:12, 390:15, 390:18, 391:15, 391:24, 393:3, 393:14, 394:9, 395:8, 396:8, 397:23, 398:25, 399:3, 414:11, 415:22, 415:23, 415:24, 417:18, 420:16, 428:17, 443:20, 448:19, 451:1, 451:21, 451:22, 452:12, 452:17, 453:9, 453:16
**pepper** [1] - 354:21
**per** [1] - 358:4
**peremptories** [1] - 270:21
**Perez** [13] - 267:8, 278:15, 278:18, 282:7, 298:22, 317:14, 335:24,

337:3, 341:11, 342:7, 364:4, 398:13, 400:20
**PEREZ** [74] - 265:12, 267:7, 274:7, 278:17, 282:21, 284:8, 284:15, 313:8, 313:12, 313:20, 316:6, 317:16, 317:19, 318:8, 318:11, 318:14, 318:16, 321:19, 322:6, 322:9, 322:13, 323:13, 323:23, 324:1, 329:6, 329:11, 331:14, 335:19, 336:4, 337:5, 337:13, 338:24, 339:10, 339:14, 339:17, 341:13, 342:11, 342:14, 343:5, 344:15, 348:2, 348:16, 351:14, 358:20, 359:2, 359:7, 359:9, 360:6, 360:19, 361:3, 361:17, 362:1, 363:4, 363:14, 364:6, 364:8, 364:10, 365:5, 365:16, 365:18, 366:24, 368:1, 368:5, 368:19, 368:21, 369:3, 371:5, 382:13, 398:14, 398:17, 399:8, 400:21, 454:15, 454:23
**Perez)......................
.......313** [1] - 266:4
**Perez)......................
........398** [1] - 266:5
**perfect** [4] - 320:3, 320:15, 324:2, 367:12
**perfected** [2] - 444:6, 444:9
**perfectly** [1] - 295:20
**performed** [1] - 430:21
**perfunctory** [2] - 442:17, 442:23
**perhaps** [1] - 435:19
**perimeter** [24] - 287:3, 287:13, 288:2, 288:4, 288:5, 329:16, 329:21, 329:22, 329:24, 330:7, 330:9,

330:19, 331:3, 331:5, 333:10, 333:14, 339:22, 339:23, 341:7, 344:3, 345:1, 393:11, 394:2, 448:9
**perimeters** [1] - 342:18
**period** [1] - 315:15
**Permission** [1] - 322:9
**permission** [2] - 318:11, 322:12
**permit** [7] - 302:21, 303:15, 345:16, 345:20, 393:24, 393:25, 398:18
**permits** [4] - 345:10, 393:6, 393:10, 394:5
**pernicious** [1] - 452:22
**person** [10] - 277:17, 310:16, 352:16, 352:19, 385:2, 387:15, 396:22, 402:25, 431:1, 435:10
**personally** [3] - 357:17, 395:19, 397:5
**personnel** [1] - 365:11
**persons** [2] - 435:3
**perspective** [4] - 280:14, 437:20, 439:13, 439:23
**pertaining** [1] - 405:1
**phone** [1] - 306:16
**photo** [8] - 297:5, 318:19, 343:11, 343:12, 372:15, 429:13, 429:16, 429:22
**photograph** [1] - 342:25
**photographs** [1] - 446:4
**physical** [2] - 344:9, 435:13
**physically** [1] - 445:16
**physician** [1] - 268:19
**pick** [1] - 268:10
**picked** [2] - 300:1
**picketing** [1] - 277:6
**picking** [1] - 275:7
**picture** [13] - 292:17, 305:8, 331:24, 332:15, 333:2, 337:25, 378:8, 378:9, 379:12, 379:13, 380:6, 382:1, 392:16

**pictures** [1] - 320:21
**piece** [3] - 332:6, 440:24, 450:13
**pink** [3] - 303:9, 368:23, 430:24
**place** [24] - 291:24, 292:12, 293:9, 302:17, 315:13, 321:16, 328:20, 329:16, 330:3, 330:8, 330:11, 330:12, 330:14, 330:16, 331:3, 332:7, 379:20, 404:25, 405:4, 409:3, 411:24, 417:6, 432:7, 445:24
**placed** [2] - 329:23, 329:25
**places** [2] - 409:22, 439:9
**Plaintiff** [1] - 265:4
**plan** [16] - 304:19, 354:2, 354:5, 354:6, 367:7, 367:10, 395:24, 402:23, 403:14, 405:4, 412:1, 412:2, 414:18, 417:5, 421:5
**Plan** [1] - 351:25
**planned** [5] - 270:4, 346:10, 393:18, 403:25, 442:3
**plastic** [2] - 374:2, 450:16
**platoon** [4] - 366:2, 366:3, 366:6
**platoons** [6] - 365:23, 365:24, 366:7, 366:8, 366:10, 396:1
**play** [19] - 270:20, 289:5, 289:17, 339:15, 360:15, 364:21, 368:5, 375:8, 383:11, 383:14, 388:12, 389:21, 417:10, 419:13, 419:23, 420:12, 421:21, 422:7, 426:17
**playing** [48] - 288:15, 289:6, 289:21, 290:14, 339:16, 360:18, 361:2, 361:13, 361:16, 361:25, 362:17, 362:18, 363:3, 363:15, 364:7, 364:23, 365:4, 365:17, 366:23,

367:16, 368:7, 368:19, 368:20, 369:3, 369:4, 374:15, 375:9, 375:24, 376:14, 376:19, 378:4, 383:16, 388:20, 389:1, 389:12, 389:23, 390:23, 391:13, 391:23, 417:12, 417:15, 417:16, 419:15, 419:24, 420:13, 421:8, 422:9, 432:23
**plaza** [26] - 288:5, 320:18, 320:19, 321:5, 322:18, 322:19, 328:21, 330:21, 330:22, 330:24, 331:1, 337:20, 337:21, 340:7, 340:19, 347:7, 348:1, 361:20, 361:21, 389:4, 389:7, 389:8, 390:6, 390:20, 409:6, 416:16
**plaza's** [1] - 348:13
**pled** [1] - 277:7
**pledge** [1] - 442:14
**plus** [2] - 366:4, 447:13
**pocket** [1] - 267:22
**point** [43] - 301:25, 305:16, 306:9, 307:18, 307:21, 308:4, 308:16, 311:9, 311:10, 335:20, 341:12, 350:20, 351:4, 351:20, 355:7, 363:11, 363:23, 364:1, 365:10, 374:18, 385:11, 385:21, 391:2, 392:13, 407:14, 413:22, 418:11, 418:18, 420:19, 421:1, 422:25, 430:12, 432:5, 443:4, 447:25, 448:17, 449:8, 449:21, 450:5, 451:18, 453:18, 453:22, 453:24
**pointing** [4] - 382:7, 384:14, 385:11, 385:24
**points** [3] - 360:15, 426:22, 433:5

**poles** [1] - 370:8
**Police** [36] - 286:25, 287:3, 288:7, 288:10, 288:18, 288:23, 289:18, 290:3, 290:4, 292:6, 293:11, 294:24, 295:4, 296:20, 298:7, 298:11, 314:2, 314:6, 315:4, 315:16, 327:5, 333:8, 334:21, 354:25, 358:8, 362:12, 365:22, 366:13, 366:14, 369:12, 370:20, 370:22, 395:12, 397:10, 454:24, 454:25
**police** [12] - 303:8, 305:12, 307:25, 308:11, 310:21, 329:25, 334:23, 336:8, 336:14, 383:24, 392:24, 450:8
**political** [3] - 289:12, 312:1, 312:3
**politics** [6] - 299:16, 299:18, 300:24, 304:17, 396:18
**Pollitt** [8] - 290:8, 290:16, 290:18, 290:20, 291:2, 291:7, 305:13, 454:25
**pool** [1] - 320:10
**pools** [1] - 271:18
**poor** [1] - 374:13
**pop** [2] - 318:25, 386:23
**pops** [1] - 387:4
**popular** [2] - 300:25
**portion** [6] - 313:4, 434:24, 436:19, 438:20, 440:21, 441:3
**portrays** [1] - 429:16
**position** [7] - 401:24, 401:25, 402:11, 402:16, 402:17, 427:7, 431:1
**possible** [7] - 299:17, 304:3, 316:20, 425:13, 437:22, 439:17, 440:10
**possibly** [2] - 375:14, 450:14
**post** [1] - 441:8
**posted** [1] - 393:5

**potential** [1] - 395:19
**potentially** [1] - 394:19
**power** [4] - 285:19, 296:16, 439:22, 440:11
**practical** [1] - 439:23
**practice** [1] - 442:10
**prayer** [1] - 442:14
**precedence** [1] - 432:18
**preceding** [1] - 433:17
**precisely** [2] - 444:4, 450:1
**predictable** [1] - 304:18
**prefer** [2] - 400:3, 400:8
**preparations** [1] - 433:18
**prepare** [2] - 403:7, 403:8
**prepared** [4] - 282:7, 285:4, 313:6, 432:21
**preparing** [5] - 371:19, 394:2, 403:11, 432:14, 438:1
**prescreeners** [1] - 326:21
**prescribed** [1] - 447:12
**presence** [4] - 269:22, 269:23, 275:8, 435:8
**present** [3] - 305:1, 445:11, 446:23
**presentation** [2] - 279:12, 279:24
**presented** [1] - 277:10
**preside** [1] - 423:1
**president** [28] - 285:13, 285:14, 435:1, 435:2, 435:3, 435:4, 435:7, 436:9, 436:24, 437:2, 439:24, 441:10, 441:11, 441:13, 441:14, 441:15, 441:19, 443:22, 443:24, 444:10, 444:18, 444:19, 444:22, 445:2, 445:3, 445:8, 445:10
**President** [71] - 286:15, 287:5, 287:9, 287:17, 293:25, 295:8, 298:14, 309:2, 309:3, 311:2, 321:17, 338:7, 376:24, 377:6,

377:15, 401:17, 402:18, 403:16, 404:3, 405:11, 405:23, 407:5, 408:1, 408:7, 408:20, 409:4, 409:7, 409:22, 410:11, 410:19, 412:8, 412:17, 413:1, 413:7, 413:10, 413:19, 413:25, 414:16, 415:4, 415:9, 415:10, 415:15, 415:16, 417:22, 418:7, 418:15, 420:19, 421:1, 422:15, 422:18, 422:20, 422:23, 422:25, 423:15, 423:17, 423:25, 424:1, 424:4, 428:13, 435:7, 435:11, 441:1, 441:15, 441:17, 441:19, 443:20, 445:6, 445:7
**President's** [13] - 287:16, 288:3, 338:6, 402:12, 402:13, 406:3, 411:8, 416:21, 420:7, 420:10, 422:3, 423:21, 423:23
**presidential** [7] - 285:8, 285:12, 285:24, 321:16, 413:18, 433:12, 433:21
**Presiding** [1] - 441:12
**presiding** [6] - 287:10, 431:4, 436:25, 441:14, 445:5, 448:6
**press** [3] - 282:1, 319:24, 408:11
**pressure** [1] - 305:25
**presumed** [1] - 277:24
**presuming** [1] - 270:18
**presumption** [1] - 277:25
**pretrial** [1] - 374:12
**pretty** [14] - 283:4, 299:11, 301:21, 315:3, 326:9, 351:12, 356:6, 372:23, 390:7, 399:5, 427:19, 444:5, 445:20,

448:17
**prevent** [1] - 427:4
**previous** [3] - 396:10, 433:12, 442:15
**previously** [2] - 402:9, 418:23
**primary** [2] - 315:13, 426:13
**principally** [1] - 443:24
**principles** [1] - 436:8
**priorities** [1] - 433:3
**pro** [2] - 426:19, 431:3
**problem** [2] - 309:5, 316:20
**problems** [2] - 390:4, 395:20
**procedure** [1] - 437:23
**procedures** [7] - 405:2, 411:24, 411:25, 426:16, 438:3, 440:8, 441:25
**proceed** [7] - 279:7, 317:15, 393:3, 393:24, 425:2, 449:17, 449:22
**proceeded** [8] - 347:6, 350:1, 350:9, 352:4, 395:5, 418:3, 418:15, 447:22
**proceeding** [13] - 276:25, 287:10, 294:3, 294:5, 297:9, 297:15, 297:17, 300:9, 432:6, 432:20, 442:8, 443:4, 445:5
**proceedings** [18] - 287:18, 287:19, 413:22, 427:14, 427:16, 428:6, 428:23, 429:1, 430:7, 431:22, 432:22, 443:1, 443:2, 443:7, 443:12, 444:13, 448:24, 455:13
**process** [8] - 271:24, 315:21, 412:5, 423:7, 438:9, 438:11, 443:17, 447:5
**processes** [1] - 443:21
**processing** [1] - 446:16
**procession** [1] - 413:13
**processioning** [1] - 443:18
**productive** [1] - 454:2

**programs** [3] - 346:19, 397:15
**promise** [2] - 299:11, 440:5
**promised** [2] - 424:15, 425:13
**promptly** [1] - 294:17
**proof** [1] - 369:10
**proper** [1] - 346:4
**proposed** [1] - 408:6
**prosecution** [1] - 278:11
**prosecutors** [1] - 371:19
**protect** [7] - 287:1, 287:9, 315:20, 315:22, 399:24, 401:16, 402:5
**protected** [1] - 408:3
**protectee** [3] - 402:24, 403:24, 418:13
**protectees** [2] - 402:22, 406:5
**protecting** [4] - 402:17, 402:25, 414:16, 418:6
**protection** [2] - 401:15, 402:3
**protest** [1] - 314:15
**protesters** [5] - 288:1, 288:9, 288:11, 367:5, 396:25, 448:15
**protests** [4] - 369:12, 369:16, 369:24, 371:1
**protocol** [1] - 448:2
**proud** [1] - 296:3
**prove** [3] - 277:12, 277:13, 297:10
**proved** [1] - 278:6
**proven** [2] - 277:22, 278:1
**proves** [1] - 278:3
**provide** [5] - 302:10, 402:4, 426:15, 426:21, 447:3
**provided** [1] - 439:3
**provides** [1] - 332:24
**providing** [1] - 430:18
**provision** [1] - 436:6
**proximity** [2] - 358:24, 424:1
**public** [21] - 287:2, 287:23, 327:8, 327:14, 328:15, 328:22, 330:2, 331:4, 339:25, 380:25, 399:21, 412:24, 412:25,

476

416:1, 417:1,
418:11, 419:22,
420:3, 420:9, 420:18
**publish** [3] - 318:11,
318:14, 322:9
**published** [1] - 322:11
**pull** [10] - 316:6,
321:19, 323:13,
348:2, 348:16,
387:9, 427:25,
438:13, 440:12,
446:8
**pulled** [5] - 290:4,
290:6, 290:21,
291:7, 348:6, 348:9,
348:10, 348:21,
387:11
**pulling** [2] - 386:25,
387:1
**purports** [1] - 337:1
**purpose** [6] - 356:14,
405:22, 407:18,
437:21, 439:14,
440:7
**purposes** [1] - 344:21
**pursuant** [3] - 441:9,
444:11, 449:6
**push** [12] - 353:1,
354:10, 354:13,
355:25, 356:1,
357:6, 381:14,
381:16, 383:6,
384:8, 386:24
**pushed** [16] - 293:6,
305:6, 305:18,
305:21, 306:1,
306:5, 306:10,
310:10, 311:4,
350:9, 350:23,
355:8, 386:24,
387:12, 387:14,
391:15
**pushes** [2] - 288:20,
293:1
**pushing** [13] - 289:25,
292:2, 306:4,
355:18, 355:21,
357:5, 357:6, 367:5,
382:25, 384:8,
385:2, 387:2
**put** [11] - 279:20,
302:8, 317:2,
328:19, 329:16,
354:11, 382:15,
388:10, 450:15,
450:17, 450:22
**putting** [2] - 418:13,
451:2

**Q**

**qualified** [2] - 270:3,
270:17
**quarter** [1] - 341:11
**questions** [9] -
279:25, 280:1,
280:12, 280:19,
345:6, 399:8,
424:16, 424:17,
430:17
**quick** [3] - 300:2,
360:20, 399:19
**quickly** [2] - 432:21,
439:17
**quite** [2] - 333:13,
353:22

**R**

**races** [1] - 288:6
**rack** [21] - 329:23,
330:6, 330:12,
331:19, 331:20,
331:22, 332:7,
332:8, 332:20,
332:21, 332:25,
340:7, 340:8,
340:11, 340:23,
343:13, 343:20,
392:8, 392:10, 393:4
**racks** [6] - 304:11,
332:2, 342:19,
392:6, 392:9, 393:1
**radio** [13] - 353:4,
353:6, 353:8, 353:9,
353:11, 353:15,
383:12, 388:10,
418:19, 418:21,
418:25
**raise** [9] - 270:9,
272:6, 275:16,
282:20, 313:17,
401:1, 425:11,
425:16, 454:15
**raising** [1] - 297:4
**rally** [6] - 286:14,
286:15, 286:16,
286:17, 393:22,
394:6
**ran** [2] - 271:16,
351:17
**randomly** [1] - 276:13
**rank** [1] - 315:3
**ray** [2] - 326:4, 352:10
**RDR** [3] - 265:22,
455:10, 455:17
**reach** [1] - 298:24
**reached** [2] - 335:22,
365:25
**react** [1] - 452:17

**reacting** [1] - 451:16
**read** [21] - 280:6,
335:24, 405:9,
406:18, 407:25,
409:18, 410:15,
416:22, 421:21,
434:11, 434:20,
434:24, 436:11,
436:14, 436:19,
437:9, 438:4,
438:20, 440:16,
441:3, 444:8
**reading** [1] - 437:1
**ready** [7] - 284:16,
311:6, 316:21,
373:15, 425:2,
442:19, 454:3
**real** [3] - 399:19,
426:21, 444:12
**real-time** [1] - 426:21
**realize** [1] - 293:12
**realized** [2] - 307:18,
453:9
**really** [12] - 301:18,
304:20, 307:12,
320:25, 348:7,
351:8, 358:20,
358:22, 360:19,
364:25, 380:5,
437:24
**reason** [6] - 300:6,
300:7, 301:11,
301:24, 438:11,
438:12
**reasonable** [5] -
277:11, 277:13,
277:23, 278:1,
278:4, 298:24,
312:16
**reasons** [2] - 328:18,
439:20
**rebuttal** [2] - 280:10,
398:13
**receive** [6] - 281:12,
394:15, 394:18,
404:11, 442:19,
443:10
**received** [11] - 267:18,
346:16, 359:3,
372:1, 394:22,
402:9, 437:7, 437:9,
444:9, 448:8, 448:14
**receiving** [1] - 405:19
**recess** [12] - 400:15,
438:24, 439:3,
439:7, 442:18,
442:21, 443:2,
443:9, 449:6, 449:8,
449:10, 450:5
**Recess** [3] - 282:25,

317:8, 400:16
**recesses** [2] - 439:10,
449:9
**recognize** [25] - 316:9,
317:24, 321:25,
323:18, 329:1,
329:13, 331:9,
337:8, 339:1,
342:25, 344:10,
359:22, 367:19,
367:20, 404:7,
406:8, 416:3,
421:10, 421:24,
422:12, 426:24,
429:10, 433:25,
436:5, 440:13
**reconvene** [4] -
282:16, 341:15,
399:17, 449:22
**reconvened** [3] -
443:8, 443:11, 450:2
**record** [16] - 267:3,
267:6, 274:10,
313:23, 318:9,
323:24, 335:25,
336:3, 345:5, 348:3,
351:16, 388:11,
401:8, 419:6,
425:23, 435:25
**recording** [2] - 336:9,
336:12
**recordings** [2] -
336:22, 419:7
**records** [1] - 295:2
**recount** [1] - 312:11
**recover** [1] - 359:4
**recovered** [1] - 336:16
**rectangles** [1] -
343:22
**red** [4] - 287:14, 297:5,
329:24, 329:25
**redeploying** [1] -
391:1
**redirect** [4] - 279:17,
279:22, 398:14,
398:15
**REDIRECT** [1] -
398:16
**refer** [5] - 278:9,
278:24, 354:21,
410:18, 431:6
**reference** [3] - 406:22,
407:10, 427:6
**referencing** [2] -
333:11, 349:11
**referred** [2] - 431:3,
440:19
**referring** [7] - 351:15,
402:24, 403:4,
420:16, 432:2,

444:19, 445:3
**refers** [2] - 410:19,
435:12
**reflecting** [1] - 320:10
**regard** [1] - 438:25
**regarding** [3] - 267:19,
280:17, 404:10
**registered** [1] - 301:7
**regular** [2] - 276:17,
335:8
**regularly** [1] - 335:8
**reinforced** [1] - 452:5
**reinforcements** [1] -
294:14
**relate** [2] - 276:22,
297:23
**related** [6] - 335:20,
414:19, 414:21,
437:21, 440:8, 448:5
**relates** [1] - 358:15
**relating** [2] - 394:15,
441:10
**relayed** [1] - 448:11
**release** [1] - 268:23
**released** [1] - 450:14
**relevance** [1] - 358:19
**relocate** [7] - 288:2,
293:25, 409:5,
415:1, 415:10,
415:16, 417:7
**relocated** [5] - 351:20,
377:13, 418:2,
422:19, 424:4
**relocating** [1] - 417:14
**rely** [1] - 285:1
**remain** [7] - 313:16,
409:3, 409:5,
422:20, 425:16,
449:11, 449:13
**remained** [2] - 446:25,
449:20
**remaining** [2] - 277:1,
294:15
**remains** [1] - 277:25
**remember** [11] -
284:20, 291:4,
300:4, 342:20,
348:25, 367:24,
375:19, 389:5,
399:6, 449:1, 452:18
**remind** [4] - 312:24,
313:4, 342:8, 411:16
**reminds** [1] - 452:24
**remote** [3] - 382:24,
385:25, 386:9
**remove** [2] - 313:16,
361:14
**rendezvous** [3] -
406:23, 407:1
**renew** [1] - 274:9

477

**repeat** [1] - 432:10
**repeatedly** [1] - 296:23
**rephrase** [1] - 345:18
**replace** [1] - 272:22
**report** [5] - 267:18, 267:23, 268:21, 282:5, 396:22
**REPORTER** [2] - 444:25, 455:8
**reporter** [2] - 274:5, 284:24
**Reporter** [4] - 265:22, 265:23, 376:22, 455:18
**reporters** [2] - 282:2, 282:3
**represent** [2] - 283:2, 416:7
**representation** [20] - 318:1, 318:6, 322:3, 323:20, 329:3, 331:11, 337:10, 339:7, 343:2, 344:12, 344:24, 360:3, 367:23, 404:13, 406:12, 419:2, 421:14, 429:15, 434:3, 434:6
**representative** [3] - 344:2, 447:25, 449:4
**representatives** [1] - 436:10
**Representatives** [13] - 426:7, 427:20, 429:23, 435:9, 436:22, 436:23, 437:7, 437:12, 437:13, 441:6, 441:7, 445:24, 446:19
**representing** [1] - 278:13
**republic** [1] - 439:21
**Republican** [1] - 394:20
**Republicans** [1] - 427:10
**requesting** [1] - 347:4
**require** [3] - 399:21, 404:2, 438:6
**required** [7] - 269:22, 269:23, 279:20, 280:6, 287:10, 438:3, 442:13
**requirements** [1] - 441:9
**requires** [1] - 444:8
**research** [4] - 281:14, 316:22, 341:18, 454:6

**reserve** [1] - 270:23
**residence** [1] - 411:8
**resist** [2] - 295:16, 357:1
**resolution** [7] - 440:14, 440:22, 440:23, 440:24, 441:4, 441:22, 441:24
**resolved** [1] - 441:5
**resources** [8] - 354:7, 354:12, 354:14, 355:3, 355:8, 356:4, 357:10
**respect** [6] - 297:1, 297:14, 426:16, 441:13, 446:10, 446:19
**respective** [1] - 435:1
**respond** [7] - 379:22, 390:8, 396:2, 396:15, 397:17, 397:20, 426:22
**responded** [1] - 347:6
**responding** [1] - 397:18
**response** [3] - 270:11, 390:3
**responsibilities** [3] - 275:23, 402:16, 426:13
**responsible** [3] - 402:17, 403:24, 409:9
**rest** [4] - 270:18, 302:5, 314:20, 452:22
**restricted** [12] - 277:2, 277:3, 339:21, 339:22, 341:7, 345:1, 345:10, 345:15, 345:21, 393:7, 398:19, 398:20
**restrictions** [3] - 325:24, 328:19, 342:17
**result** [3] - 268:17, 438:23, 439:5
**results** [3] - 285:23, 285:24, 292:1
**resume** [2] - 443:7, 447:15
**Resumed** [1] - 342:12
**resumed** [1] - 443:12
**retire** [2] - 280:6, 316:20
**return** [3] - 422:25, 447:11, 447:14
**reveal** [1] - 374:6

**review** [1] - 443:23
**reviewed** [1] - 311:20
**rewind** [3] - 389:10, 389:11, 391:4
**right-hand** [1] - 440:17
**riot** [3] - 293:11, 294:23, 303:3
**rioter** [1] - 289:17
**rioters** [12] - 288:21, 288:22, 290:5, 290:6, 294:16, 294:25, 310:19, 350:20, 355:9, 366:18, 367:6, 383:10
**riots** [1] - 314:16
**RNC** [1] - 394:16
**Road** [1] - 265:13
**ROBERTSON** [1] - 265:20
**role** [8] - 272:3, 426:14, 426:17, 430:11, 433:15, 433:16, 441:19, 445:7
**roles** [1] - 430:9
**rolling** [1] - 451:3
**room** [17] - 276:8, 282:14, 285:1, 291:14, 291:17, 294:18, 295:17, 299:16, 308:8, 316:21, 336:2, 341:16, 367:20, 428:4, 429:22, 454:4
**Room** [2] - 265:23, 455:19
**rooms** [2] - 291:24, 294:20
**rostrum** [7] - 430:19, 431:6, 431:7, 431:11, 445:19, 448:1, 450:11
**Rotunda** [67] - 287:22, 287:23, 288:12, 288:18, 289:3, 289:10, 290:11, 291:13, 291:14, 291:16, 294:18, 295:6, 295:14, 295:18, 306:14, 322:25, 323:3, 323:7, 324:8, 324:12, 324:18, 324:20, 328:6, 328:10, 338:12, 338:19, 340:15, 340:17, 347:10, 349:1, 349:23, 350:2, 352:5,

352:23, 352:24, 353:2, 354:3, 354:6, 355:9, 355:13, 355:16, 355:21, 355:23, 356:2, 356:25, 362:13, 363:19, 363:20, 365:7, 365:21, 367:8, 367:24, 368:8, 368:13, 368:16, 373:8, 378:22, 378:24, 379:21, 379:25, 380:9, 383:8, 387:19, 446:2, 448:15, 448:19
**rough** [1] - 428:22
**Rouhi** [21] - 278:22, 316:6, 321:20, 323:13, 339:14, 339:17, 348:17, 360:20, 374:11, 374:12, 375:8, 375:22, 376:20, 388:12, 388:25, 389:22, 419:13, 434:15, 436:17, 438:18, 440:20
**round** [4] - 270:24, 270:25, 356:12, 431:19
**rounds** [5] - 357:15, 373:21, 374:3, 374:5
**route** [11] - 347:2, 395:4, 414:20, 415:3, 415:5, 415:6, 415:18, 415:19, 415:20, 418:5
**row** [1] - 287:14
**rows** [4] - 431:12, 431:13, 431:17, 431:18
**rubber** [1] - 373:19
**rude** [1] - 281:23
**Rule** [1] - 449:7
**rule** [4] - 280:19, 281:8, 426:22, 449:6
**rules** [9] - 268:1, 275:22, 281:11, 281:23, 432:19, 433:8, 442:13, 447:1, 447:3
**run** [2] - 280:18, 281:20
**runs** [1] - 298:8

# S

**S-214** [2] - 409:19, 409:20
**S-214/House** [1] -

405:13
**S-214/Senate** [1] - 409:20
**safe** [6] - 287:4, 302:11, 302:15, 304:20, 408:21, 449:17
**safety** [5] - 298:15, 307:23, 399:24, 418:1, 424:5
**sake** [1] - 435:19
**Sameera** [2] - 267:11, 279:5
**sat** [1] - 449:7
**satisfied** [1] - 438:2
**saw** [27] - 290:2, 293:21, 305:4, 305:8, 307:25, 340:3, 350:10, 358:22, 371:15, 371:23, 372:15, 372:19, 373:13, 376:4, 387:14, 387:19, 392:4, 398:25, 414:11, 414:15, 415:13, 415:21, 415:23, 418:18, 451:23
**scaffolding** [3] - 321:11, 321:13, 390:12
**scanning** [3] - 302:14, 375:10, 375:12
**scarf** [2] - 303:10, 368:23
**scene** [11] - 287:11, 288:16, 288:19, 288:20, 288:24, 289:11, 289:12, 290:2, 290:10, 293:21, 307:22
**schedule** [5] - 269:15, 269:17, 407:20, 425:11, 425:13
**scheduled** [9] - 283:10, 285:22, 301:12, 302:21, 315:6, 341:9, 346:8, 346:10, 432:6
**school** [1] - 426:3
**schoolish** [1] - 312:8
**science** [1] - 275:8
**scoping** [1] - 308:8
**screaming** [5] - 448:24, 451:14, 452:12, 452:15, 452:16
**screen** [16] - 297:23, 316:10, 317:21, 318:25, 319:24,

478

321:25, 326:4,
333:18, 363:6,
367:2, 367:17,
376:16, 377:1,
382:3, 408:10, 430:1
**screens** [1] - 318:25
**se** [1] - 358:4
**SE** [1] - 265:20
**sea** [1] - 347:7
**sealed** [1] - 435:5
**searched** [2] - 301:9,
306:16
**seat** [18] - 271:6,
271:8, 272:19,
272:24, 273:1,
273:3, 273:9,
273:10, 273:12,
273:18, 273:21,
273:23, 274:1,
274:2, 276:16,
276:17, 399:19,
435:6
**seated** [7] - 271:15,
272:2, 284:22,
317:10, 342:2,
400:19, 454:13
**seating** [2] - 271:5,
431:12
**seats** [5] - 270:22,
270:23, 271:1,
276:13, 284:20
**second** [25] - 270:23,
277:1, 279:12,
324:3, 324:13,
324:16, 340:8,
351:3, 362:19,
373:8, 376:1, 378:6,
407:22, 413:6,
420:4, 420:6,
420:10, 422:5,
422:11, 430:16,
430:20, 433:15,
433:24, 439:22,
448:4
**secondary** [1] - 355:25
**seconds** [22] - 311:5,
360:20, 361:4,
361:18, 362:2,
363:5, 363:17,
365:6, 365:19,
366:25, 368:22,
377:2, 378:6,
386:23, 387:5,
387:6, 387:7, 387:9,
388:22, 417:11,
422:8, 422:11
**Secret** [19] - 287:8,
288:2, 293:25,
401:11, 401:12,
401:14, 401:19,

401:24, 402:6,
404:25, 405:7,
406:4, 406:20,
408:3, 409:10,
411:18, 411:19,
414:15, 415:15
**section** [2] - 436:15,
438:15
**secure** [13] - 294:1,
323:12, 325:17,
327:19, 350:14,
352:21, 381:5,
387:24, 390:6,
415:17, 422:19,
422:21
**secured** [4] - 325:19,
325:20, 325:21,
381:14
**security** [40] - 287:3,
287:13, 288:1,
288:4, 301:5, 301:6,
301:7, 301:10,
301:23, 302:10,
304:17, 325:15,
326:8, 326:12,
326:15, 326:17,
326:20, 326:24,
327:15, 327:18,
328:19, 332:24,
335:5, 352:8,
387:24, 394:2,
402:7, 402:19,
402:20, 402:23,
403:7, 403:14,
405:4, 409:9,
423:23, 448:2,
448:5, 449:3,
449:24, 450:5
**Security** [1] - 401:23
**see** [119] - 275:9,
276:11, 282:24,
286:8, 287:13,
287:16, 287:21,
288:10, 288:24,
288:25, 289:1,
289:4, 289:16,
290:10, 290:12,
292:4, 292:15,
295:9, 295:15,
297:2, 297:19,
297:23, 298:16,
298:17, 299:13,
302:13, 305:10,
305:23, 306:5,
308:5, 308:12,
310:2, 310:12,
310:14, 311:1,
316:10, 317:20,
318:3, 318:22,
324:8, 324:18,

324:23, 325:2,
329:12, 332:14,
332:19, 332:20,
333:1, 335:17,
337:24, 338:9,
338:15, 341:21,
341:24, 342:23,
351:9, 362:6, 366:8,
367:17, 368:23,
374:17, 376:2,
376:5, 377:22,
377:23, 379:13,
380:3, 380:4, 380:5,
382:3, 382:6, 382:7,
383:20, 384:12,
385:17, 386:17,
386:19, 388:14,
388:15, 388:21,
389:3, 389:6, 389:9,
389:13, 390:18,
390:19, 391:1,
391:3, 391:4,
392:14, 396:12,
396:15, 397:2,
397:3, 400:13,
407:7, 407:22,
408:17, 409:11,
410:1, 414:8,
414:10, 415:18,
416:15, 417:18,
418:9, 420:9,
430:23, 431:13,
431:17, 431:22,
436:12, 440:21,
450:24, 452:1,
454:7, 455:2
**seeing** [9] - 318:2,
343:21, 352:6,
366:11, 367:1,
369:21, 370:7,
371:21, 449:19
**seek** [1] - 287:6
**sees** [2] - 291:5,
296:20
**select** [1] - 269:25
**selected** [1] - 276:13
**selection** [1] - 271:20
**self** [1] - 374:13
**selfie** [1] - 296:2
**semimonthly** [1] -
283:3
**semistarving** [1] -
302:4
**senate** [1] - 444:24
**Senate** [49] - 319:9,
319:20, 323:1,
325:2, 325:5, 325:6,
325:8, 362:21,
362:22, 405:13,
408:18, 408:24,

413:12, 414:1,
435:7, 435:8,
436:22, 436:25,
437:2, 437:9,
437:11, 437:17,
440:14, 441:5,
441:12, 441:13,
441:14, 441:15,
441:19, 442:19,
443:9, 443:15,
443:17, 443:21,
443:22, 444:19,
445:3, 445:8,
445:14, 445:20,
446:5, 446:6,
446:13, 446:14,
446:17, 447:7,
447:10, 447:13
**senator** [3] - 309:10,
437:6, 444:7
**senators** [4] - 327:3,
444:14, 445:16,
446:16
**send** [1] - 296:6
**senior** [1] - 315:5
**sense** [5] - 275:21,
303:21, 310:15,
313:2, 388:1
**sent** [3] - 268:19,
269:7, 311:13
**separate** [6] - 276:22,
311:25, 331:21,
332:25, 396:19,
444:11
**separately** [1] - 439:2
**September** [1] - 265:4
**sequence** [1] - 288:13
**sergeant** [3] - 448:1,
448:8, 450:7
**sergeants** [1] - 366:5
**series** [1] - 446:5
**seriously** [1] - 299:14
**serve** [1] - 315:20
**served** [2] - 437:21,
439:14
**service** [3] - 275:2,
275:4, 275:5
**Service** [19] - 267:19,
287:8, 288:2,
293:25, 401:11,
401:12, 401:14,
401:19, 401:24,
402:6, 404:25,
405:7, 406:5,
406:20, 408:4,
409:10, 411:18,
411:19, 415:16
**Service's** [1] - 414:16
**Service-liaison** [1] -
406:20

**services** [1] - 387:24
**session** [19] - 285:21,
426:21, 428:15,
430:8, 430:13,
432:8, 432:11,
432:12, 432:14,
433:10, 433:11,
433:17, 433:18,
436:20, 437:16,
442:11, 442:20,
443:10
**set** [10] - 287:15,
340:6, 379:2, 380:7,
406:24, 407:16,
410:9, 416:15,
443:16, 443:19
**sets** [8] - 322:22,
340:18, 378:23,
378:24, 379:9,
379:11, 436:8,
437:23
**setting** [1] - 407:18
**seven** [3] - 365:24,
431:18
**several** [7] - 326:6,
330:5, 356:9, 373:4,
394:5, 394:7
**shall** [27] - 434:25,
435:2, 435:5, 435:8,
435:10, 435:11,
436:20, 436:22,
436:25, 437:2,
437:3, 437:4, 437:5,
437:7, 437:8, 437:9,
437:10, 437:12,
438:22, 438:23,
438:24, 439:1,
439:5, 439:8, 441:7,
441:12
**shaped** [1] - 332:6
**sheltering** [4] -
292:12, 293:9,
293:15, 298:14
**shift** [1] - 315:9
**Shirine** [1] - 278:21
**shootings** [1] - 397:21
**shorter** [1] - 429:3
**shortly** [6] - 346:22,
381:24, 442:22,
448:14, 448:22,
451:1
**shot** [1] - 431:17
**shoulder** [2] - 290:22,
451:25
**shouting** [2] - 451:20,
452:13
**show** [23] - 307:11,
313:3, 320:12,
322:17, 322:23,
325:4, 327:10,

327:12, 328:24,
331:7, 332:17,
333:16, 337:6,
338:22, 342:22,
344:8, 348:19,
349:10, 351:6,
355:12, 355:18,
359:17, 367:13
**shows** [3] - 280:14,
288:13, 296:25
**sic** [1] - 347:3
**side** [91] - 272:20,
280:15, 281:6,
281:21, 284:11,
287:12, 288:1,
288:4, 293:8,
293:20, 303:19,
304:6, 305:14,
305:16, 305:25,
311:8, 311:9, 313:3,
319:9, 319:11,
319:13, 319:16,
319:17, 319:20,
319:24, 320:4,
320:7, 320:9,
320:15, 320:17,
320:24, 321:1,
321:2, 321:6, 323:1,
323:2, 330:4,
330:20, 330:23,
331:25, 333:2,
337:25, 343:11,
343:18, 347:23,
347:24, 347:25,
348:11, 348:13,
348:14, 349:25,
361:9, 361:11,
362:23, 362:24,
363:6, 373:3,
376:10, 376:12,
376:15, 376:17,
377:24, 381:11,
385:3, 387:22,
389:5, 389:8,
389:25, 390:4,
390:10, 390:12,
390:15, 390:19,
390:20, 392:25,
408:11, 408:25,
413:12, 413:15,
426:25, 445:21,
446:7, 449:1, 452:5
**side's** [1] - 279:9
**sides** [1] - 426:15
**sign** [10] - 333:1,
333:6, 333:7, 344:6,
344:20, 344:23,
344:24, 387:5,
392:23, 435:5
**signage** [2] - 329:25,

330:3
**signature** [1] - 292:18
**signed** [3] - 337:2,
437:5, 444:7
**significant** [3] -
291:23, 296:13,
356:13
**signs** [11] - 304:11,
329:25, 330:16,
331:21, 333:9,
343:14, 343:23,
343:24, 392:11,
392:25, 393:4
**similar** [5] - 326:9,
354:22, 354:24,
396:9
**similarly** [2] - 301:22,
424:3
**Simone** [2] - 290:25,
294:22
**simple** [2] - 307:8,
426:23
**simply** [5] - 277:16,
278:11, 281:8,
281:12, 281:23
**sincere** [1] - 276:18
**single** [4] - 352:16,
355:14, 394:8,
451:15
**sinister** [1] - 307:15
**sit** [8] - 270:2, 270:17,
271:24, 272:25,
299:12, 431:11,
431:12, 431:20
**site** [3] - 403:22,
403:23, 403:24
**sites** [1] - 394:4
**sits** [1] - 319:14
**situation** [4] - 307:19,
383:7, 448:3, 450:1
**situations** [1] - 442:10
**six** [4] - 289:3, 334:14,
363:16, 428:19
**sixth** [1] - 436:20
**skin** [1] - 354:18
**skylights** [1] - 338:2
**slide** [2] - 381:6,
422:10
**slip** [2] - 401:2, 425:17
**slots** [1] - 272:2
**slow** [1] - 299:4
**slowly** [1] - 444:14
**small** [7] - 281:21,
292:8, 292:13,
292:20, 293:17,
296:20, 348:7
**smaller** [1] - 305:24
**smash** [2] - 415:21,
418:9
**smashed** [1] - 290:13,

291:9
**smashing** [3] - 390:15,
418:4, 418:6
**smell** [1] - 294:23
**Smith** [1] - 430:15
**snow** [17] - 329:23,
330:14, 331:20,
332:14, 332:22,
332:23, 342:19,
343:12, 343:13,
343:15, 343:18,
343:19, 392:5,
392:6, 392:8, 392:10
**so..** [2] - 386:13, 393:5
**someone** [4] - 305:18,
356:12, 387:1, 395:8
**sometimes** [4] -
284:11, 302:4,
379:15, 379:19
**sometimes-
employed/
unemployed** [1] -
302:4
**somewhere** [6] -
348:22, 377:12,
379:16, 379:17,
384:11, 423:20
**soon** [3] - 271:25,
316:20, 351:12
**sorry** [40] - 271:14,
273:4, 273:5,
273:13, 274:1,
274:16, 283:20,
294:19, 302:8,
313:22, 319:15,
334:6, 343:19,
346:13, 353:13,
363:25, 364:4,
369:20, 372:9,
375:11, 378:17,
379:18, 381:25,
383:19, 384:2,
384:15, 386:18,
388:18, 388:21,
398:15, 408:16,
418:10, 419:16,
422:10, 432:10,
434:20, 444:20,
445:1, 451:6, 451:11
**sort** [27] - 302:4,
303:20, 332:3,
333:22, 370:18,
382:9, 391:1,
428:10, 430:2,
430:16, 430:18,
431:7, 431:12,
431:18, 432:24,
436:7, 443:19,
444:15, 446:4,
448:3, 448:11,

449:2, 449:15,
450:16, 451:25,
452:22, 453:15
**sound** [4] - 307:1,
353:2, 414:13,
451:21
**sounded** [4] - 414:14,
452:10, 452:16,
452:17
**south** [9] - 330:19,
330:23, 347:23,
347:24, 347:25,
348:9, 348:14,
349:25
**Southern** [1] - 265:13
**Southwest** [1] -
330:24
**space** [1] - 305:24
**Speaker** [3] - 426:19,
449:1, 449:2
**speaker** [7] - 426:19,
426:20, 430:11,
431:3, 437:11,
448:7, 451:24
**speaker's** [2] - 451:25,
452:2
**speakers** [1] - 427:11
**speaking** [4] - 278:25,
372:5, 412:2, 447:23
**special** [8] - 284:9,
328:13, 346:18,
380:1, 397:14,
424:12, 428:9, 429:3
**Special** [3] - 278:22,
419:7, 424:20
**specific** [8] - 298:1,
300:6, 322:12,
375:19, 376:7,
377:7, 403:19, 440:8
**specifically** [5] -
328:14, 329:17,
371:1, 380:8, 387:6
**speech** [18] - 294:22,
295:1, 295:4, 295:7,
295:8, 295:17,
300:3, 300:4,
301:15, 303:14,
303:17, 308:21,
310:5, 310:6,
310:11, 310:12,
345:16, 345:20
**speeches** [14] -
295:13, 295:21,
302:19, 302:21,
303:22, 303:23,
310:8, 345:11,
393:7, 393:14,
394:10, 428:10,
429:3, 429:4
**spell** [3] - 313:23,

401:8, 425:23
**spend** [1] - 275:6
**spending** [1] - 282:14
**spent** [3] - 296:23,
363:18, 375:16
**spokes** [1] - 340:20
**spot** [1] - 431:23
**spray** [6] - 303:5,
354:20, 354:21,
356:3, 370:18,
373:17
**spread** [4] - 304:3,
366:10, 391:7,
391:19
**squads** [1] - 366:4
**squares** [1] - 343:22
**staff** [5] - 271:17,
327:3, 328:2,
328:10, 427:2
**staffers** [2] - 327:9,
349:17
**stage** [11] - 271:20,
279:9, 279:12,
280:4, 280:9, 304:7,
304:19, 321:8,
321:13, 321:14,
321:15
**stages** [1] - 279:8
**stairs** [20] - 288:8,
322:22, 322:23,
322:25, 323:1,
323:2, 323:3, 323:4,
324:8, 340:19,
349:2, 349:4,
349:10, 349:11,
349:13, 355:23,
355:24, 378:14,
386:5, 418:17
**stairwell** [6] - 418:15,
418:16, 421:24,
422:2, 422:5, 422:17
**stamp** [6] - 337:16,
361:3, 361:7, 362:1,
416:22, 421:22
**stamps** [2] - 336:12,
336:21
**STAND** [1] - 286:5
**stand** [17] - 270:9,
272:19, 275:16,
284:4, 284:5,
284:11, 289:24,
294:11, 296:4,
309:22, 368:13,
376:3, 400:15,
401:1, 445:19,
451:23
**standard** [1] - 442:10
**standing** [10] - 290:5,
296:19, 298:12,
301:8, 313:16,

371:15, 374:21,
425:16, 430:16,
430:24
**stands** [3] - 281:4,
431:2, 444:4
**start** [7] - 282:7, 283:8,
283:17, 372:19,
384:25, 403:11,
446:11
**started** [13] - 271:18,
276:2, 301:25,
302:1, 305:7,
307:22, 311:11,
321:9, 393:22,
411:2, 414:17,
418:18, 454:4
**starting** [2] - 299:24,
413:16
**starts** [2] - 283:20,
292:4
**state** [14] - 313:23,
401:8, 404:10,
405:17, 425:23,
428:14, 437:4,
437:8, 443:25,
444:3, 444:16,
447:4, 447:21,
449:23
**State** [1] - 406:20
**state's** [1] - 309:11
**statement** [7] -
279:10, 279:11,
282:8, 282:18,
285:5, 299:25, 300:2
**statements** [5] -
279:25, 280:12,
312:23, 312:25,
313:2
**states** [4] - 289:23,
429:6, 435:1, 444:1
**STATES** [3] - 265:1,
265:3, 265:10
**States** [25] - 265:12,
267:4, 276:23,
278:13, 278:19,
285:18, 286:18,
286:25, 287:12,
289:15, 314:2,
327:4, 336:6, 336:8,
392:24, 401:20,
426:7, 434:1, 435:6,
436:7, 438:17,
441:11, 441:16,
445:10, 455:18
**stating** [1] - 353:16
**Statuary** [12] - 291:17,
291:19, 294:19,
294:21, 295:4,
295:13, 306:14,
324:23, 324:25,

373:8, 445:23, 446:1
**statue** [7] - 295:8,
295:19, 298:13,
368:11, 368:12,
371:16, 374:21
**statues** [3] - 291:18,
368:13, 445:25
**status** [1] - 353:16
**statute** [7] - 436:14,
436:15, 438:1,
438:3, 438:15,
438:16, 447:13
**statutes** [1] - 432:18
**stay** [12] - 267:13,
301:17, 308:15,
366:7, 366:8, 379:1,
410:12, 412:6,
417:6, 423:5, 440:2,
446:21
**stayed** [1] - 372:23
**staying** [1] - 305:15
**stays** [3] - 289:24,
292:16, 294:8
**steady** [1] - 452:24
**Steal** [6] - 286:10,
286:15, 289:8,
289:10, 310:5, 394:6
**steeled** [1] - 453:15
**stenographic** [1] -
455:12
**step** [8] - 269:5,
313:14, 313:15,
400:25, 412:5,
425:14, 454:10
**step-by-step** [1] -
412:5
**Stephen** [1] - 279:5
**STEPHEN** [1] - 265:19
**stepped** [1] - 289:7
**steps** [28] - 288:6,
288:17, 296:3,
296:19, 296:21,
297:3, 304:6, 305:3,
310:10, 322:20,
322:23, 338:9,
338:12, 338:13,
338:15, 340:15,
340:16, 340:22,
340:23, 341:4,
354:12, 362:3,
362:7, 389:8,
391:16, 391:19,
392:25, 393:2
**Steve** [2] - 267:10,
337:2
**stick** [1] - 370:16
**sticks** [1] - 370:10
**still** [12] - 275:4,
290:19, 292:12,
311:7, 341:6, 342:8,

350:2, 359:15,
376:15, 417:22,
423:9, 449:15
**stills** [1] - 313:1
**stipulate** [1] - 336:7
**stipulation** [4] -
335:20, 335:23,
335:25, 336:1
**Stipulation** [1] - 336:5
**stolen** [2] - 286:9,
308:19
**STOLEN** [1] - 296:7
**stood** [3] - 311:9,
430:6, 431:23
**stop** [16] - 285:15,
285:19, 308:24,
309:23, 311:23,
340:13, 360:16,
374:7, 374:16,
376:23, 378:5,
389:2, 389:14,
425:6, 438:10, 449:1
**Stop** [6] - 286:10,
286:15, 289:8,
289:9, 310:4, 394:6
**stopped** [11] - 307:21,
309:24, 340:4,
340:9, 340:14,
340:24, 341:3,
341:5, 362:19,
363:16, 391:10
**stopping** [1] - 341:12
**StopTheSteal** [2] -
285:9, 286:7
**storm** [1] - 302:24
**stormed** [4] - 285:18,
295:23, 296:1,
296:12
**storms** [1] - 288:5
**straight** [1] - 375:4
**STRAND** [1] - 265:6
**Strand** [44] - 267:4,
267:11, 267:25,
276:21, 277:11,
277:24, 278:5,
279:1, 279:6,
281:12, 285:7,
285:17, 289:2,
292:19, 293:4,
295:22, 299:20,
300:7, 300:14,
301:4, 301:11,
302:18, 303:9,
304:14, 305:11,
305:12, 305:13,
305:20, 306:7,
308:18, 309:19,
310:2, 310:18,
311:1, 311:3, 336:6,
337:3, 358:15,

358:21, 358:25,
375:18, 376:2, 376:3
**Strand's** [4] - 267:19,
306:16, 312:2, 376:6
**streaming** [3] -
307:21, 311:8, 389:4
**Street** [6] - 316:4,
330:21, 330:24,
330:25, 332:1, 361:6
**stretch** [2] - 313:11,
369:5
**strike** [1] - 270:24
**strikes** [1] - 270:23
**striking** [1] - 450:23
**strong** [4] - 301:3,
312:1, 312:2
**struck** [3] - 274:14,
274:18, 274:21
**structure** [1] - 431:8
**structures** [1] - 337:24
**stuck** [1] - 303:12
**study** [1] - 437:25
**stuff** [1] - 442:15
**subchapter** [1] - 439:1
**subject** [1] - 405:9
**submit** [1] - 437:12
**submitted** [1] - 437:10
**substance** [1] - 450:13
**substitute** [1] - 275:24
**succeeding** [1] -
436:21
**succession** [1] -
439:22
**suffer** [2] - 358:13,
359:10
**suit** [1] - 430:23
**Suite** [1] - 265:14
**sum** [1] - 312:5
**summarized** [1] -
277:16
**summoned** [1] -
399:22
**sunglasses** [4] -
290:23, 292:19,
368:24, 375:3
**Super** [2] - 432:24,
433:2
**supervisor** [2] - 415:3,
418:18
**supervisors** [5] -
366:4, 414:25,
418:17, 420:3,
420:23
**support** [2] - 296:5,
430:18
**supporters** [3] -
286:14, 396:13,
396:14
**supposed** [27] -
303:13, 303:14,

303:17, 309:1,
309:8, 309:9,
309:18, 382:22,
382:23, 383:3,
383:4, 385:20,
385:21, 386:23,
391:8, 393:14,
394:4, 394:10,
395:18, 399:3,
403:16, 408:7,
408:22, 450:18,
451:20, 453:9
**Supreme** [2] - 303:20,
320:17
**surreal** [1] - 451:14
**suspect** [1] - 301:21
**suspicious** [2] -
394:19, 394:24
**sustain** [1] - 280:24
**sustained** [2] - 359:14,
359:15
**SWAT** [3] - 346:17,
346:19, 397:16
**switching** [1] - 388:17
**Sworn** [3] - 313:18,
401:3, 425:18
**sworn** [2] - 275:17,
275:18, 280:2,
280:20, 285:14,
286:25, 315:19,
315:22
**system** [8] - 334:1,
334:2, 334:10,
334:12, 334:13,
334:21, 334:22,
335:3

---

# T

**table** [1] - 284:10
**tactical** [6] - 294:25,
369:11, 369:15,
369:22, 370:7,
379:22
**tactics** [1] - 374:6
**tall** [1] - 296:4
**Tampa** [1] - 300:11
**tape** [1] - 389:20
**task** [1] - 395:3
**TBD** [2] - 410:5, 410:6
**teach** [1] - 402:5
**team** [5] - 278:11,
278:16, 346:11,
354:8, 355:2, 397:16
**tear** [3] - 294:23,
303:5, 450:14
**television** [1] - 335:2
**tempore** [2] - 426:19,
431:3
**ten** [5] - 283:6, 283:9,

420:17, 431:18,
450:3
**term** [2] - 373:20,
407:12
**terms** [1] - 438:2
**terrible** [2] - 301:20
**test** [1] - 268:15
**testified** [1] - 373:14
**testify** [7] - 290:9,
291:2, 292:7,
292:10, 310:13,
317:6, 371:20
**testimony** [12] - 280:2,
296:21, 312:15,
399:10, 399:12,
424:21, 424:22,
425:8, 445:2,
445:13, 446:10,
454:11
**testing** [1] - 268:16
**Texan** [1] - 371:9
**Texas** [1] - 265:13
**text** [2] - 306:15, 434:6
**texts** [2] - 296:8,
298:18
**THE** [151] - 265:1,
265:1, 265:10,
267:2, 267:9,
267:12, 267:15,
268:8, 268:13,
268:18, 269:1,
269:3, 269:5,
269:10, 269:15,
269:21, 269:24,
270:9, 270:14,
270:16, 271:8,
271:11, 271:13,
272:5, 272:11,
272:13, 272:16,
272:18, 272:22,
272:23, 273:7,
273:8, 273:15,
273:17, 273:20,
273:25, 274:5,
274:8, 274:11,
274:13, 274:17,
274:20, 274:24,
275:1, 275:13,
275:19, 278:24,
279:7, 282:11,
282:20, 282:24,
283:12, 283:15,
283:20, 283:23,
284:1, 284:14,
284:17, 284:20,
299:2, 312:22,
313:9, 313:14,
316:11, 316:13,
316:17, 316:18,
316:25, 317:6,

317:9, 317:14,
318:3, 318:10,
318:13, 318:15,
322:8, 322:11,
323:25, 329:8,
329:10, 331:17,
335:21, 337:4,
337:17, 339:13,
341:11, 341:14,
341:24, 342:2,
342:6, 342:10,
343:8, 344:18,
345:8, 358:16,
358:19, 359:1,
359:5, 360:11,
361:14, 368:4,
371:7, 381:25,
382:2, 382:14,
382:17, 384:15,
384:19, 384:23,
388:16, 398:12,
398:13, 398:15,
399:9, 399:11,
399:12, 399:14,
399:15, 400:15,
400:17, 400:24,
404:18, 406:17,
408:14, 408:16,
416:14, 419:9,
419:12, 421:20,
424:8, 424:20,
424:24, 424:25,
425:1, 425:2, 425:5,
425:15, 425:16,
428:2, 429:21,
434:10, 435:22,
435:24, 436:4,
444:25, 445:1,
453:20, 453:25,
454:10, 454:21,
455:2
**theater** [2] - 431:12,
431:19
**theater-like** [1] -
431:12
**theme** [3] - 312:6,
312:7, 312:9
**themselves** [2] -
366:18, 396:20
**thereafter** [3] - 346:22,
448:14, 448:22
**thereof** [1] - 437:5
**thereupon** [1] - 437:9
**they've** [3] - 389:25,
419:20, 448:3
**thinking** [5] - 299:8,
299:13, 306:25,
308:15
**thinks** [1] - 309:21
**third** [5] - 277:2,

280:4, 296:17,
373:11, 373:12
**THIS** [2] - 285:6, 285:8
**ThisElectionWASrig
ged** [1] - 285:9
**Thomas** [1] - 425:24
**THOMAS** [1] - 425:25
**thousand** [1] - 305:9
**thousands** [1] - 429:2
**threat** [3] - 370:24,
420:20, 423:25
**threats** [2] - 370:25,
402:7
**three** [16] - 295:25,
307:7, 322:22,
340:18, 362:19,
387:7, 398:1,
402:15, 408:3,
410:4, 429:4, 431:8,
431:13, 431:17,
435:21, 447:15
**three-minute-and-
eight-second** [1] -
362:19
**three-tiered** [1] - 431:8
**throughout** [5] -
277:25, 278:9,
290:25, 298:16,
344:2
**thrown** [1] - 298:7
**tie** [1] - 430:24
**tied** [1] - 428:9
**tiered** [1] - 431:8
**tight** [1] - 271:24
**time-lapse** [1] - 288:13
**time-stamp** [3] -
361:3, 362:1, 416:22
**title** [7] - 314:3,
314:18, 426:10,
426:11, 431:1,
436:14, 436:15
**Title** [2] - 436:6,
438:16
**today** [11] - 267:19,
268:16, 268:21,
269:8, 275:3,
284:11, 284:12,
296:4, 326:10,
394:7, 454:17
**toes** [1] - 273:7
**together** [4] - 332:3,
366:7, 366:9, 440:6
**tomorrow** [4] - 268:20,
454:4, 454:8, 454:22
**took** [6] - 286:2,
355:11, 359:4,
443:1, 449:5, 451:4
**top** [26] - 288:16,
295:7, 295:18,
297:4, 305:5, 323:4,

323:12, 338:15,
362:6, 367:2, 377:1,
378:8, 378:9,
378:14, 381:3,
391:20, 394:12,
405:9, 406:18,
406:22, 407:21,
407:22, 409:18,
422:5, 433:3, 436:12
**total** [4] - 366:5,
395:16, 428:19,
447:3
**totality** [2] - 358:1,
358:23
**touch** [1] - 408:10
**towards** [8] - 364:16,
364:19, 364:20,
389:4, 389:8,
389:25, 407:17,
414:11
**traditional** [1] - 432:11
**traffic** [1] - 353:11
**train** [3] - 402:2, 402:3,
402:6
**trained** [2] - 301:5,
448:3
**training** [3] - 401:25,
402:9, 426:1
**trainings** [1] - 402:4
**transcribing** [1] -
284:24
**TRANSCRIPT** [1] -
265:9
**transcript** [3] - 284:25,
455:12, 455:13
**transfer** [2] - 285:19,
296:15
**transition** [1] - 440:11
**transmit** [1] - 435:5
**travel** [1] - 408:20
**traveled** [2] - 285:17,
286:1
**travels** [3] - 286:17,
290:25, 402:22
**treated** [1] - 359:15
**trial** [37] - 275:20,
276:9, 276:12,
276:19, 277:9,
277:18, 277:21,
277:25, 278:9,
278:14, 279:7,
280:18, 281:12,
281:13, 282:3,
283:10, 283:13,
284:12, 284:25,
285:1, 285:20,
286:24, 290:9,
292:7, 292:23,
295:21, 295:22,
296:21, 297:11,

298:16, 298:21,
299:16, 300:2,
302:12, 306:19,
371:20, 399:13
**Trial** [1] - 278:19
**TRIAL** [1] - 265:9
**trick** [1] - 383:2
**tricky** [2] - 311:24,
433:7
**tried** [1] - 291:3,
294:12, 295:3,
296:24, 305:3,
308:12, 310:7,
310:9, 351:11,
448:25, 450:2
**tries** [1] - 292:7
**trouble** [5] - 269:17,
347:5, 347:8,
347:14, 394:14
**true** [3] - 372:2,
455:11, 455:13
**Trump** [7] - 285:11,
286:15, 289:16,
296:5, 303:7,
396:13, 396:14
**truth** [3] - 270:10,
286:3, 286:5
**TruthMaverick** [1] -
286:6
**try** [24] - 285:19,
288:22, 289:18,
295:6, 300:8,
300:17, 300:18,
301:17, 304:10,
305:19, 306:20,
354:9, 354:10,
356:16, 357:1,
357:12, 386:19,
391:2, 395:24,
397:23, 425:6,
425:12, 434:11,
449:22
**trying** [38] - 288:8,
289:25, 290:5,
292:13, 292:21,
292:24, 293:2,
293:22, 294:24,
295:16, 300:19,
300:20, 306:11,
307:17, 307:19,
307:23, 309:16,
331:21, 351:1,
352:25, 355:19,
355:24, 357:6,
357:7, 365:9,
365:11, 374:1,
375:1, 378:15,
378:18, 386:11,
397:23, 451:16,
451:20, 451:21,

452:13, 452:17
**Tuesday** [1] - 265:4
**turn** [4] - 294:14,
403:2, 410:24, 432:1
**turned** [1] - 449:15
**Turner** [2] - 278:22,
301:8
**turning** [2] - 306:9,
375:4
**Tweets** [1] - 298:18
**Twelfth** [6] - 434:1,
434:4, 434:6,
434:23, 436:11,
437:24
**twice** [1] - 295:3
**Twitter** [5] - 285:7,
286:2, 289:24, 296:3
**two** [36] - 270:2,
270:22, 276:13,
290:24, 295:12,
302:5, 306:22,
310:3, 310:4,
311:13, 311:15,
312:17, 328:18,
337:24, 354:10,
359:4, 359:14,
362:1, 363:5, 379:2,
379:9, 397:3, 410:2,
430:9, 433:5,
438:21, 439:7,
439:20, 441:6,
442:11, 444:10,
447:3, 447:4,
447:12, 447:14,
449:9
**two-hour** [1] - 447:4
**TX** [1] - 265:14
**type** [5] - 314:15,
314:17, 326:5,
327:21, 370:10
**types** [7] - 354:16,
356:9, 373:23,
374:4, 394:5, 402:4,
428:5
**typically** [7] - 328:12,
356:19, 357:12,
430:6, 430:11,
431:20, 431:22

## U

**U.S** [21] - 265:12,
265:23, 278:12,
286:19, 296:11,
314:6, 315:3, 316:3,
316:4, 328:21,
336:11, 336:14,
336:19, 395:12,
401:14, 405:12,
406:20, 406:21,
408:7, 423:17,

427:22
**ultimately** [1] - 412:6
**unable** [1] - 294:13
**unanimously** [1] -
400:3
**unauthorized** [3] -
349:19, 352:7,
352:25
**uncertain** [1] - 449:25
**uncomfortable** [1] -
400:5
**under** [7] - 321:5,
342:9, 417:23,
420:20, 427:11,
438:25, 448:16
**underneath** [1] - 446:3
**understood** [1] -
415:24
**undertake** [1] - 430:9
**undisputed** [1] - 336:1
**unfolds** [1] - 289:11
**unidentified** [1] -
452:14
**uniform** [1] - 384:6
**union** [2] - 428:14,
429:6
**uniquely** [1] - 371:9
**unit** [7] - 314:5,
314:11, 314:12,
314:13, 350:11,
397:15, 397:16
**UNITED** [3] - 265:1,
265:3, 265:10
**United** [25] - 265:12,
267:3, 276:23,
278:13, 278:19,
285:18, 286:18,
286:25, 287:12,
289:15, 314:2,
327:4, 336:6, 336:8,
392:23, 401:20,
426:6, 434:1, 435:6,
436:6, 438:17,
441:11, 441:16,
445:10, 455:18
**unless** [3] - 278:1,
358:15, 438:24
**unlike** [1] - 353:24
**unlocked** [2] - 323:8,
387:20
**unplanned** [1] - 404:1
**unrest** [1] - 314:16
**up** [103] - 267:13,
267:20, 268:10,
269:5, 270:9,
271:16, 276:4,
283:1, 284:10,
287:15, 288:12,
289:4, 291:3, 292:2,
293:3, 296:4,

298:19, 300:1,
300:11, 300:13,
302:5, 302:16,
304:5, 304:22,
305:2, 305:13,
305:23, 307:2,
308:4, 308:10,
308:14, 310:21,
312:5, 313:11,
313:14, 313:15,
316:6, 318:15,
318:25, 321:19,
322:19, 323:3,
323:14, 330:22,
340:15, 344:5,
348:2, 348:6, 348:9,
348:10, 348:16,
348:21, 348:22,
350:24, 350:25,
352:3, 354:2, 366:5,
366:10, 369:20,
369:24, 371:15,
373:12, 376:3,
383:18, 384:11,
385:6, 385:9,
385:12, 386:4,
390:25, 391:16,
395:11, 395:23,
397:22, 400:25,
403:3, 404:5,
406:24, 416:2,
421:7, 425:14,
427:5, 427:25,
428:10, 429:8,
430:10, 430:19,
432:13, 432:20,
433:3, 433:23,
436:12, 438:13,
440:12, 443:19,
443:20, 443:23,
446:8, 448:11, 449:9
**update** [1] - 448:14
**upheld** [1] - 444:17
**uphold** [1] - 315:20
**upper** [3] - 416:22,
421:22, 440:16
**upstairs** [1] - 418:16
**USCA** [1] - 436:12
**use-of-force** [1] -
357:22
**useful** [1] - 276:3
**useless** [1] - 452:20
**uses** [1] - 289:18
**USS** [1] - 407:8

## V

**vaccine** [1] - 301:19
**vaccines** [2] - 301:16,
304:2
**valid** [1] - 301:10

**vantage** [1] - 391:2
**Vargas** [8] - 292:6,
292:10, 292:20,
292:22, 293:1,
293:5, 293:7, 455:1
**various** [4] - 304:1,
351:20, 360:13,
360:15
**vehicles** [4] - 338:4,
406:24, 416:15,
416:20
**venire** [2] - 271:12,
275:10
**Venturi** [2] - 305:24,
306:3
**venue** [4] - 274:10,
274:21, 402:22,
403:25
**vestibule** [1] - 355:22
**vests** [2] - 369:10,
369:22
**via** [2] - 276:21,
408:18
**Vice** [73] - 287:5,
287:9, 287:16,
287:17, 288:3,
293:25, 298:13,
311:2, 338:6, 338:7,
376:24, 377:5,
377:15, 401:17,
402:12, 402:13,
402:18, 403:16,
404:3, 405:11,
405:23, 406:3,
407:5, 408:1, 408:7,
408:20, 409:4,
409:7, 409:22,
410:11, 410:19,
411:7, 412:8,
412:17, 413:1,
413:7, 413:10,
413:19, 413:25,
414:16, 415:4,
415:9, 415:10,
415:15, 415:16,
416:21, 417:21,
418:6, 418:15,
420:7, 420:10,
420:19, 421:1,
422:3, 422:15,
422:18, 422:20,
422:23, 422:25,
423:15, 423:17,
423:21, 423:23,
423:25, 424:1,
424:4, 441:15,
441:16, 441:18,
443:20, 445:6, 445:7
**vice** [4] - 285:13,
435:2, 435:4, 441:10

**vice-president** [2] -
435:2, 435:4
**video** [37] - 288:13,
289:5, 289:14,
289:17, 290:14,
298:17, 333:22,
333:23, 335:17,
336:9, 336:11,
336:14, 336:16,
336:18, 336:23,
336:25, 339:3,
339:5, 339:15,
339:16, 339:18,
341:3, 359:24,
360:1, 360:12,
364:21, 367:21,
376:4, 376:5, 376:6,
377:22, 387:14,
416:3, 416:12,
417:10, 421:10,
421:21
**Video** [38] - 288:15,
289:6, 289:21,
360:18, 361:2,
361:13, 361:16,
361:25, 362:18,
363:3, 363:15,
364:7, 364:23,
365:4, 365:17,
366:23, 367:16,
368:7, 368:20,
369:4, 374:15,
375:9, 375:24,
376:14, 376:19,
378:4, 383:16,
388:20, 389:1,
389:12, 389:23,
390:23, 391:13,
391:23, 417:12,
417:16, 421:8, 422:9
**videos** [12] - 302:12,
302:24, 305:7,
308:7, 310:17,
310:25, 312:14,
312:25, 335:8,
360:21, 371:23,
373:13
**view** [2] - 303:25,
329:18
**viewing** [1] - 429:24
**viewpoint** [1] - 300:24
**views** [2] - 289:12,
304:1
**violence** [5] - 390:10,
396:3, 396:5,
453:13, 453:14
**violent** [4] - 285:18,
289:13, 290:4,
290:21
**virtual** [1] - 334:22

**virtually** [1] - 334:25
**visible** [3] - 336:21, 337:16, 434:12
**visit** [5] - 320:23, 320:25, 405:11, 407:14, 428:13
**visiting** [2] - 427:18, 429:5
**Visitor** [1] - 407:23
**visitor** [1] - 412:21
**visitors** [13] - 321:3, 327:6, 327:7, 327:15, 327:17, 327:22, 328:5, 328:7, 328:9, 338:3, 370:13, 445:25
**visits** [1] - 402:22
**voice** [4] - 418:25, 419:17, 419:25, 420:14
**voir** [1] - 274:12
**voluntarily** [1] - 400:1
**vote** [13] - 285:23, 341:10, 413:16, 413:17, 435:1, 437:8, 438:11, 439:16, 439:18, 440:9, 443:17, 443:18, 447:6
**voted** [2] - 435:3
**votes** [18] - 309:11, 328:20, 329:17, 427:16, 427:17, 428:5, 428:8, 428:15, 431:22, 435:4, 435:9, 435:11, 435:13, 436:16, 438:23, 438:25, 439:5, 444:16
**VPD** [2] - 407:8, 407:12
**vs** [2] - 265:5, 267:4

**W**

**wait** [2] - 366:20, 378:15
**waited** [5] - 311:9, 311:10, 443:11
**waiters** [1] - 300:17
**waiting** [4] - 287:18, 308:1, 308:2
**waits** [1] - 298:7
**walk** [6] - 320:25, 411:15, 412:19, 415:3, 445:22, 446:2
**walk-through** [1] - 411:15
**walked** [6] - 304:8,

304:9, 351:8, 389:8, 414:8, 415:19
**walking** [5] - 296:20, 297:2, 415:18, 415:20, 418:5
**walks** [1] - 385:5
**walkway** [2] - 320:21, 330:22
**walkways** [1] - 320:22
**wall** [1] - 305:14
**wants** [1] - 307:13
**war** [2] - 291:5, 449:16
**WAR** [2] - 285:6, 285:8
**Washington** [10] - 265:17, 265:21, 265:24, 285:17, 286:1, 286:10, 300:7, 301:11, 316:5, 455:20
**watch** [13] - 288:12, 288:24, 289:19, 290:15, 302:12, 302:24, 308:6, 310:17, 312:14, 334:13, 334:14, 384:11, 389:20
**watched** [3] - 268:16, 376:4
**watching** [5] - 309:7, 309:16, 310:18, 378:3
**wave** [1] - 306:12
**ways** [1] - 297:24
**WE** [1] - 296:6
**weapon** [4] - 268:8, 301:7, 370:11, 373:21
**weapons** [8] - 293:19, 295:1, 327:20, 352:20, 354:19, 357:19, 394:25, 395:1
**wear** [2] - 399:21, 400:3
**wearing** [4] - 294:25, 303:9, 310:22, 369:7
**Wednesday** [3] - 377:2, 405:13, 441:8
**week** [2] - 269:16, 433:5
**weeks** [4] - 285:8, 285:13, 298:19, 432:13
**welcome** [5] - 271:13, 313:15, 317:9, 342:3, 400:17
**well-being** [1] - 453:7
**west** [24] - 320:4, 320:7, 320:9, 320:12, 321:6,

330:19, 330:25, 331:25, 343:11, 343:18, 343:20, 348:11, 361:11, 362:23, 362:24, 373:3, 376:12, 376:15, 376:17, 390:4, 390:10, 390:12, 409:1
**whisked** [1] - 449:2
**White** [2] - 286:14, 393:23
**white** [3] - 343:21, 392:11, 452:23
**whole** [9] - 307:22, 310:20, 311:19, 325:20, 361:22, 394:8, 400:11, 409:15
**WILL** [1] - 286:5
**window** [3] - 290:12, 291:9, 298:9
**windows** [2] - 390:15, 414:8
**Wing** [2] - 362:21, 362:22
**winnow** [1] - 271:22
**wish** [1] - 446:23
**withdraw** [3] - 437:10, 438:7, 445:17
**withdrawn** [2] - 280:25, 445:4
**withdrew** [1] - 445:14
**witness** [10] - 279:16, 279:18, 281:1, 284:4, 284:5, 313:7, 323:17, 371:5, 371:9, 425:4
**WITNESS** [11] - 266:2, 342:10, 398:12, 399:11, 399:14, 408:16, 424:24, 425:1, 425:15, 428:2, 445:1
**Witness** [22] - 319:4, 319:12, 319:22, 320:2, 324:11, 324:21, 325:1, 325:14, 333:5, 333:19, 338:11, 338:18, 343:17, 349:12, 362:10, 369:2, 409:17, 416:19, 430:4, 431:9, 446:12, 446:18
**witness's** [1] - 425:7
**witnesses** [3] - 279:14, 279:21, 280:2

**woman** [5] - 300:3, 300:4, 304:24, 371:16, 372:4
**wondering** [1] - 283:7
**word** [3] - 402:24, 448:18, 448:25
**words** [7] - 285:10, 286:10, 296:14, 297:19, 298:18, 312:10, 317:3
**workday** [1] - 411:1
**workings** [1] - 441:2
**works** [4] - 292:5, 292:16, 309:13, 404:24
**Worksheet** [1] - 406:20
**worth** [1] - 428:25
**wow** [1] - 388:24
**write** [3] - 276:6, 276:9, 318:24
**writing** [2] - 306:23, 437:4
**written** [1] - 280:7
**wrote** [3] - 306:22, 307:10

**X**

**x-ray** [2] - 326:4, 352:10

**Y**

**yards** [1] - 448:20
**year** [1] - 325:22
**years** [14] - 300:19, 314:7, 334:14, 370:23, 397:8, 397:10, 398:1, 401:13, 402:15, 423:23, 428:16, 428:21, 452:7
**yelling** [2] - 353:15, 371:16
**yellow** [7] - 289:1, 290:23, 292:18, 293:5, 297:3, 366:11, 368:23
**yesterday** [9] - 267:20, 268:3, 268:22, 269:11, 271:16, 271:19, 276:20, 277:24, 281:11
**YMCA** [1] - 283:2
**York** [2] - 265:17, 300:16
**YOU** [1] - 286:5
**young** [1] - 300:15
**yourself** [8] - 276:17, 278:16, 346:8,

402:9, 403:13, 429:13, 430:1, 453:10
**yourselves** [2] - 267:6, 310:18

**Z**

**zoom** [8] - 434:11, 434:15, 436:5, 436:17, 438:14, 438:18, 440:13, 440:20