```
1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2
       - - - - - - - - - - - - - - - - x
3      THE UNITED STATES OF AMERICA,
                                        Criminal Action No.
4                    Plaintiff,        1:21-cr-00085-CRC
                                        Wednesday, September 21, 2022
5      vs.                             9:53 a.m.

6      JOHN HERBERT STRAND,

7                    Defendant.
       - - - - - - - - - - - - - - - - x
8

9      _____

10                    TRANSCRIPT OF JURY TRIAL
            HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                 UNITED STATES DISTRICT JUDGE
       _____
       APPEARANCES:
12     For the United States:      APRIL HOLLY AYERS-PEREZ, ESQ.
                                   U.S. ATTORNEYS OFFICE
13                                 Southern District of Texas
                                   11204 McPherson Road
14                                 Suite 100a
                                   Laredo, TX 78045
15                                 (956) 723-6523

16                                 JASON MANNING, ESQ.
                                   DOJ-CRM
17                                 1400 New York Avenue NW
                                   Washington, DC 20005
18                                 (202) 514-6256
                                   jason.manning@usdoj.gov
19
       For the Defendant:          STEPHEN F. BRENNWALD, ESQ.
20                                 BRENNWALD & ROBERTSON, LLP
                                   922 Pennsylvania Avenue, SE
21                                 Washington, DC 20003
                                   (301) 928-7727
22
       Court Reporter:             Lisa A. Moreira, RDR, CRR
23                                 Official Court Reporter
                                   U.S. Courthouse, Room 6718
24                                 333 Constitution Avenue, NW
                                   Washington, DC  20001
25                                 (202) 354-3187
```

```
1                    I N D E X

2
      WITNESS                                          PAGE
3
      KYLE T. JONES, Resumed
4          (By Mr. Manning).................................486
           (BY Mr. Brennwald)..............................504
5
      JOSHUA D. POLLITT
6          (By Mr. Manning).................................507
           (By Mr. Brennwald)..............................548
7          (By Mr. Manning).................................561

8     NELSON VARGAS
           (By Mr. Manning).................................564
9          (By Mr. Brennwald)..............................610

10    JOSEPH PITTS
           (By Ms. Ayers-Perez).............................633
11         (By Mr. Brennwald)..............................660
           (By Ms. Ayers-Perez).............................665
12
      AUSTIN McGOFF
13         (By Ms. Ayers-Perez).............................667
           (By Mr. Brennwald)...............................^
14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                      P R O C E E D I N G S
2              THE COURT:  All right.  Good morning, folks.
3     Mr. Strand is having testing issues, so we're going to have
4     to be a little patient.
5              (Pause)
6              THE COURT:  All right.  Good morning, ladies and
7     gentlemen.  Welcome back.  My apologies for the delay.  I
8     think we're ready to get started.
9              Mr. Manning?
10             Welcome back, sir.
11             THE WITNESS:  Thank you.
12             THE COURT:  All right.  You know the drill, and
13    I'll remind you that you're still under oath, okay?
14             Mr. Manning.
15             THE WITNESS:  I can take my seat?
16             THE COURT:  You can.
17                      KYLE T. JONES, Resumed
18                      DIRECT EXAMINATION
19    BY MR. MANNING:
20    Q.  Good morning, Mr. Jones.
21    A.  Good morning.
22    Q.  I'll just let you know there's a cup of water on the
23    table, if you'd like.
24    A.  That is wonderful.  Thank you.
25    Q.  Mr. Jones, where we finished up yesterday, the question
```

1   had been at some point you had been evacuated from the House

2   Chamber, and I believe you said yes.

3   A.  Correct.

4   Q.  At some point after you were evacuated, did you return

5   to the House Chamber?

6   A.  Yes.

7   Q.  Approximately when?

8   A.  I returned to the House Chamber approximately 8:00 p.m.

9   that evening.

10  Q.  Many hours later after you were evacuated; is that

11  right?

12  A.  That's correct.

13  Q.  Okay.  When you returned at 8:00 p.m. that evening, was

14  that your choice to return, or did someone else give you an

15  instruction?

16  A.  So the circumstance was this:  Once it was determined,

17  at least provisionally, that the Capitol building had been

18  secured, we, of course, you know, as an institution, wanted

19  to get back to continue the electoral vote counting process.

20  In order to do that, someone with knowledge and expertise of

21  the process had to get back in that building and, you know,

22  assess the amount of damage that had been done so that we

23  could ascertain how much time would be needed before we

24  could reconvene and recontinue the counting process.

25           I was asked to do that, and I agreed and was led,

1    with some of my colleagues, back into the building by an

2    armed team and did a damage assessment at that point.

3    Q.  So before you got into the House Chamber itself, did you

4    have to walk through hallways and other parts of the

5    Capitol?

6    A.  I did.

7    Q.  And generally how did those areas appear?

8    A.  In the Capitol building itself is where I was most

9    struck, and so that's what I remember the best.  And

10   hallways that I'd walked through for the previous five years

11   of my professional life were covered in a thin sort of

12   whitish film that I was told was tear gas or something along

13   those lines.

14          And so I recall that specifically because for the

15   rest of the evening, notwithstanding the fact that I was

16   exhausted and hadn't had anything to eat and not much to

17   drink, I had to constantly be conscious of not touching my

18   eyes, rubbing my eyes, putting my hands to my mouth, wiping

19   my forehead, anything like that, and there was sort of an

20   acrid odor in the air.

21          There was broken glass from windows that had been

22   broken.  I mentioned the Speaker's Lobby's windows yesterday

23   that had to be barricaded.  There was broken glass from that

24   and from other sources that I couldn't tell.

25          There was what appeared to be blood on the ground

1    in the hallway outside of the Chamber.

2    Q.  Had you honestly ever seen the Capitol looking like that

3    before?

4    A.  Never.

5    Q.  When you got to the House Chamber itself, how did it

6    appear?

7    A.  So the House Chamber was never breached; nonetheless, it

8    was in a state of disarray owing to the nature of the

9    evacuation and the fact that members of Congress and staff

10   were huddling in place there for a period of time.  So

11   podiums were shunted to the side; you know, power cords were

12   all sort of all over the place; papers were scattered.

13           So it was in a state of disarray.

14   Q.  And after you observed the House Chamber, what did you

15   recommend?

16   A.  After observing the chamber, collecting the papers that

17   we needed to continue with our work and in consultation with

18   my colleagues, we thought that we could get going again in,

19   fortunately, relatively short order, and we told leadership

20   staff as much.

21           MR. MANNING:  I'd like to pull up Government's

22   Exhibit 704, which is a stipulation that's been agreed to by

23   the parties.

24           Ms. Rouhi, could you just scroll down to show the

25   signatures.

1          Ms. Rouhi, if you could scroll back to the top

2    again.

3          Your Honor, we'd like to move Exhibit 704 -- it's

4    a stipulation signed by both parties -- into the record.

5          THE COURT:  So moved.

6          And, ladies and gentlemen, this is another one of

7    those stipulations that we talked about yesterday which is

8    now undisputed evidence in the case.

9    BY MR. MANNING:

10   Q.  Mr. Jones, may I ask you to read the stipulation

11   beginning "The United States and Defendant"?

12   A.  Sure.

13          "The United States and Defendant John Strand agree

14   and stipulate to the following:

15          "The House Recording Studio and the Senate

16   Recording Studio operate and maintain closed-circuit video

17   monitoring and recording equipment that captures locations

18   inside the House Chamber and the Senate Chamber.  The video

19   equipment time-stamps each recording with the date and time

20   at which the footage is captured.  The House Recording

21   Studio and Senate Recording Studio controlled video

22   equipment was in good working order on January 6, 2021, and

23   video footage recovered from the cameras and equipment for

24   the day of January 6, 2021, is footage of January 6, 2021.

25   The events depicted in the video footage are a fair and

1    accurate depiction of the events in the Senate Chamber and

2    House Chamber on January 6, 2021.  Where the time-stamps are

3    visible on the recordings, they are accurate.  The video

4    footage was not altered or edited in any way.  The video

5    footage is authentic in that it is what it purports to be."

6    Q.  Thank you.

7         MR. MANNING:  And before we play any of that video

8    footage, I'd like to pull up one more stipulation between

9    the parties, Exhibit 702.

10         And, Ms. Rouhi, if you could scroll to the second

11    page so we could see the signatures.

12         Thank you.

13         Your Honor, the government moves to enter

14    Government's Exhibit 702, which is another stipulation

15    agreed by both parties.

16         THE COURT:  So moved.

17         MR. MANNING:  Ms. Rouhi, if you could scroll up to

18    the top and again make this at about 130 percent.

19    BY MR. MANNING:

20    Q.  Mr. Jones, could you read for the jury this stipulation

21    as well beginning with the same place you did last time.

22    A.  Sure.

23         "The United States and Defendant John Strand agree

24    and stipulate to the following:

25         "On January 6, 2021, a Joint Session of the United

1  States Congress convened at the U.S. Capitol.  During the

2  Joint Session, elected members of the United States House of

3  Representatives and the United States Senate were meeting in

4  both the House and Senate Chambers of the Capitol to certify

5  the vote count of the Electoral College of the 2020

6  presidential election, which had taken place on Tuesday,

7  November 3, 2020.

8         "On January 6, 2021, The House of Representatives

9  began its session at approximately 12:00 p.m., the Senate

10 began its session at approximately 12:30 p.m., and the two

11 Houses met together at approximately 1:00 p.m. in the House

12 of Representatives Chamber to begin the Joint Session.  Vice

13 President Mike Pence was in the Capitol building and

14 presiding over the Joint Session.  At approximately 1:15

15 p.m., the House and Senate adjourned to their separate

16 chambers for up to two hours to resolve a particular

17 objection.

18        "At approximately 2:12 p.m., Vice President Pence

19 evacuated the Senate Chamber, and approximately one minute

20 later the Senator who had become the presiding officer in

21 Vice President Pence's absence declared that the Senate

22 would stand in recess.  Senators evacuated the Senate

23 Chamber.

24        "At approximately 2:15 p.m., Speaker Nancy Pelosi,

25 who was presiding over the House of Representatives,

1    evacuated the House Chamber, and approximately fifteen

2    minutes later the Representative who had become the

3    presiding officer in her absence declared that the House

4    would stand in recess.  Representatives evacuated the House

5    Chamber.

6            "The joint session was suspended.

7            "The Senate and House resumed meeting at

8    approximately 8:06 p.m. and 9:02 p.m., respectively.

9    Congress's Joint Session continued until approximately 3:44

10   a.m. on January 7, 2021, when it completed the certification

11   of the Electoral College vote."

12   Q.  Thank you.

13           MR. MANNING:  And, Your Honor, I'll just note for

14   the record that Ms. Jenkins kindly reminds me that these

15   last two are 702.1 and 704.1.  Thank you.

16           Can we pull up Exhibit 600.  Just pull it up.

17   Don't play it.

18   Q.  Mr. Jones, I'd like to show you a video compilation and

19   ask some questions about it.  But before I do, could I just

20   ask foundationally:  Have you seen this video before?

21   A.  I have.

22   Q.  Do you appear multiple times in it?

23   A.  I do.

24   Q.  Is it a fair and accurate reflection of what it shows?

25   A.  It is.

 1          MR. MANNING:  Your Honor, we move to admit

 2     Government's Exhibit 600.

 3          MR. BRENNWALD:  No objection, Your Honor.

 4          THE COURT:  So moved.

 5          MR. MANNING:  Ms. Rouhi, if we could play from the

 6     beginning and pause at 15 seconds.

 7          (Video playing)

 8     Q.  Mr. Jones, do you see yourself in this picture?

 9     A.  I do.

10     Q.  Can you circle yourself for the jury.

11     A.  (Witness complies)  That's me right there.

12     Q.  Do you see on the bottom of the screen there is a

13     picture of the U.S. Capitol building?

14     A.  I do.

15     Q.  And do you see the word "House" is surrounded by the red

16     box?

17     A.  I do.

18     Q.  In this video, whenever it shows something that's

19     happening in the House of Representatives or in the House

20     Chamber, is the word "House" covered in that red box?

21     A.  Yes.

22     Q.  And similarly, when the video portrays events taking

23     place in the Senate Chamber, is the Senate side of that

24     image then covered in the red box?

25     A.  Yes.

```
1    Q.  And does this image of the Capitol building at the

2    bottom accurately reflect that the House Chamber is

3    physically on one side of the U.S. Capitol building and the

4    Senate Chamber on the opposite side?

5    A.  Yes, that is accurate.

6    Q.  Okay.  Do you see in the upper left-hand side of the

7    screen the document that says "Congressional Record"?

8    A.  I do.

9    Q.  What is the Congressional Record?

10   A.  It is a verbatim transcript of the proceedings in the

11   House of Representatives.  It essentially sets out what

12   everyone said in a debate on a particular day.

13   Q.  And is all the text in this video other than the time-

14   stamps taken from the Congressional Record?

15   A.  Yes.

16          MR. MANNING:  Let's play until 51 seconds and

17   pause.

18          (Video playing)

19          MR. MANNING:  Ms. Rouhi, can you pause a moment.

20          (Pause)

21          MR. MANNING:  Okay.  Please continue.

22   Q.  Mr. Jones, do you see the big yellow time that says

23   12:51 p.m.?

24   A.  I do.

25   Q.  Okay.  And do you see above that there's another number
```

```
 1    with a lot of digits?

 2    A.  I do.

 3    Q.  Can you circle that number.

 4    A.  (Witness complies)

 5    Q.  And is that how the time is reflected on the official

 6    video?

 7    A.  It is.

 8              MR. MANNING:  Ms. Rouhi, can we continue until

 9    1:15.

10              (Video playing)

11    Q.  Mr. Jones, is Vice President Pence in this picture?

12    A.  He is.

13    Q.  Can you circle him.

14    A.  (Witness complies)

15    Q.  What's he doing?

16    A.  He is departing the Senate Chamber in this shot, based

17    on the time-stamp, to head over to the House Chamber.

18              MR. MANNING:  Ms. Rouhi, please continue the video

19    until two minutes, ten seconds.

20              (Video playing)

21              MR. MANNING:  Ms. Rouhi, could we pause there.

22    Q.  Mr. Jones, could you just read for the jury the all

23    capitals writing in the top of this Congressional Register?

24    A.  Sure.  "Counting electoral votes -- Joint Session of the

25    House and Senate held pursuant to the provisions of Senate
```

1    Concurrent Resolution 1."

2              MR. MANNING:  Ms. Rouhi, could we continue to two

3    minutes, ten seconds.

4              (Video playing)

5    Q.  Mr. Jones, do you see these people walking down the

6    aisle who are carrying boxes and envelopes?

7    A.  I do.

8    Q.  And what are those?

9    A.  Those boxes contain the electoral vote certificates that

10   we discussed yesterday.

11   Q.  And are those the electoral vote certificates that are

12   actually going to have to be counted in this election

13   certification proceeding?

14   A.  Yes.

15   Q.  Can you circle one example of them for the jury.

16   A.  Sure.  I think the most clearly viewed one in this shot

17   is this Senate page carrying the collection papers right

18   there.

19   Q.  Thank you.

20             MR. MANNING:  Ms. Rouhi, could we play until two

21   minutes, 24 seconds.  Thank you.

22             (Video playing)

23   Q.  Mr. Jones, do you see these men walking down the aisle?

24   A.  I do.

25   Q.  You don't need to name them all by name, but generally

1    who are they?

2    A.   They are Senators progressing into the chamber for the

3    joint session.

4    Q.   And do you see the man at the front of the line with a

5    blue mask on his face that has his right hand outstretched?

6    A.   I do.

7    Q.   Do you recognize him?

8    A.   Yes.   That is the then Senate Majority Leader and now

9    Senate Minority Leader, Mitch McConnell of Kentucky.

10             MR. MANNING:   Ms. Rouhi, can you continue playing

11   until two minutes, 42 seconds.

12             (Video playing)

13   Q.   Mr. Jones, do you see a woman in the top of the rostrum

14   wearing a purple or blue dress?

15   A.   I do.

16   Q.   Can you circle her.

17   A.   (Witness complies)

18   Q.   And who is that?

19   A.   That is the Speaker of the House, Nancy Pelosi.

20   Q.   And to her left in this picture or to her right-hand

21   side, who is that?

22   A.   That is Vice President Pence.

23   Q.   Can you circle him.

24   A.   (Witness complies)

25   Q.   And why are the two of them at the top of the rostrum at

1    this time?

2    A.  Because we were in a joint session of Congress, the

3    President of the Senate, who is the Vice President of the

4    United States, presides.  As a matter of tradition, the

5    Speaker of the House sits up on the rostrum with the Vice

6    President.

7    Q.  Is it fair to say that both Vice President Pence and

8    Speaker Pelosi had critical roles in this election

9    certification proceeding?

10   A.  Absolutely.

11           MR. MANNING:  Ms. Rouhi, could we play until three

12   minutes, 43 seconds.

13           (Video playing)

14   Q.  Mr. Jones, we just heard Vice President Pence say, "The

15   Senate will retire to its chamber."

16           Even though the Senate was retiring to its chamber

17   at this point, was the election certification proceeding

18   nevertheless sort of still moving forward at this point?

19   A.  Yes.  The process was ongoing.

20   Q.  Okay.  And at 1:14 p.m., was there anything unexpected

21   about the fact that at this point the Senate is retiring?

22   A.  No.  We were not surprised by the fact that there was a

23   perfected objection to the state of Arizona, which, again,

24   is an objection signed by both a House member and a Senator.

25           MR. MANNING:  Ms. Rouhi, please continue and pause

1    at four minutes, two seconds.

2              (Video playing)

3    Q.  Mr. Jones, are you in this picture?

4    A.  I am, indeed.

5    Q.  Can you circle yourself for the jury.

6    A.  (Witness complies)  I'm right there.

7    Q.  Can you clear that?  I can do it.

8              MR. MANNING:  Okay.  Ms. Rouhi, can you play until

9    four minutes, 52 seconds.

10   Q.  And, Mr. Jones, we just heard the Vice President say

11   that the debate would not exceed two hours.  So

12   approximately what time did you expect the Senators to

13   return to the House Chamber?

14   A.  So tacking two hours on to 1:30, which is the time the

15   debate began, and allowing for time for the Senate to filter

16   back into the House, I would have guessed we'd get started

17   between 3:30/4:00 p.m. resuming the counting of the

18   electoral ballots.

19             MR. MANNING:  Ms. Rouhi, can you continue the

20   video, and pause at six minutes and nineteen seconds.

21             (Video playing)

22   Q.  Mr. Jones, the congressman at the podium there addressed

23   Mr. Speaker with his question.  Was Ms. Nancy Pelosi no

24   longer presiding as the Speaker at this point?

25   A.  She was no longer presiding as Speaker.  This is after

1    the point that I mentioned yesterday where security came and

2    quickly removed her.

3         MR. MANNING:  Ms. Rouhi, can we please continue

4    playing until seven minutes and six seconds.

5         (Video playing)

6    Q.  Mr. Jones, can you remind the jury what Clause 12(b) of

7    Rule 1 is, the rule that was just mentioned a moment ago?

8    A.  So Clause 12(b) of Rule 1 gives the presiding officer

9    the authority to declare a recess at any time in the face of

10   an extreme emergency.

11        Typically the Speaker can't just take a member off

12   his or her feet, which is what we call interrupting a member

13   who is in the middle of speaking, to declare a recess.  The

14   exception is in Clause 12(b) that allows you to declare it

15   at any time for a matter of physical safety.

16   Q.  In all the years you've worked in Congress, have you

17   ever seen Clause 12(b) invoked before?

18   A.  No.

19        MR. MANNING:  Ms. Rouhi, please continue until

20   eight minutes, two seconds.

21        (Video playing)

22   Q.  Mr. Jones, the video compilation here skips from 2:26

23   p.m. to 8:06 p.m.  Does that encompass the period you

24   testified to yesterday regarding sheltering in place in the

25   House and evacuating?

1    A.   Sheltering in place in the House, evacuating, and then

2    time spent hiding in fear of our lives, yes.

3    Q.   And during this period, were you uncertain about whether

4    the election certification proceedings would continue?

5    A.   During this time I was uncertain whether I would live;

6    so yes, I was uncertain whether the proceedings would be

7    able to continue.

8    Q.   So what was the impact of the evacuation on the House's

9    ability to carry out the certification of the election?

10   A.   It halted it.

11            MR. MANNING:  Ms. Rouhi, can you continue the

12   video and pause at 9:16; nine minutes, 16 seconds.

13            (Video playing)

14   Q.   Mr. Jones, could you just read the text that begins with

15   "The Vice President" before the parenthetical.

16   A.   "The Vice President.  The purpose of the Joint Session

17   having concluded, pursuant to Senate Concurrent Resolution

18   1, 117th Congress, the Chair declares the Joint Session

19   dissolved.

20            "(Thereupon at three o'clock and 44 minutes a.m.,

21   the Joint Session of the two Houses of Congress was

22   dissolved.)"

23   Q.   Mr. Jones, are you in this picture?

24   A.   I am.

25   Q.   Can you circle yourself.

```
1    A.   That's me right there.   (Witness complies)

2    Q.   Thank you.

3              MR. MANNING:   Ms. Rouhi, can you continue playing

4    the video to the end.

5              (Video playing)

6    Q.   So, Mr. Jones, you were in this House Chamber through

7    3:44 a.m.?

8    A.   Yes.

9    Q.   What does it mean to you that Congress finally completed

10   the certification of the election?

11   A.   I was proud of what we'd done.   Notwithstanding the fear

12   for my life and the sense of disbelief and panic as to what

13   was going on that day, I was still genuinely aware of the

14   historical significance of what was happening.

15             There were points in the day when I wondered

16   whether this wasn't the end of our constitutional republic,

17   and so the fact that we were able to come back and finish

18   the job gave me a great sense of satisfaction.

19             Nonetheless, it would not be correct to say that I

20   was happy that day because I had a profound sense of sadness

21   over what occurred and the fact that something like that

22   could happen in our country; and a general knowledge that

23   even though we'd overcome the events of the day, it was a

24   wound from which the nation would have to do a lot of work

25   to heal from.
```

```
1              MR. MANNING:  Thank you.  No more questions, Your

2     Honor.

3              THE COURT:  Mr. Brennwald.

4              MR. BRENNWALD:  Thank you, Your Honor.

5                      CROSS-EXAMINATION

6     BY MR. BRENNWALD:

7     Q.  Good morning, Mr. Jones.

8     A.  Good morning.

9     Q.  First of all, I'm sorry for what you went through.

10    Nobody should have to go through that.

11              On a lighter note, we all agree on the defense

12    team that you should be a voiceover person in Los Angeles.

13    Your voice is unbelievable.

14    A.  I appreciate that.

15    Q.  We're all jealous of it.

16              The House and Senate initially met in the same

17    chamber; is that correct?

18    A.  The House and Senate initially convened separately, and

19    then the Senate made its way to the House Chamber to convene

20    the joint session at about 1:00 p.m.

21    Q.  And then in order for there to be a separation of the

22    two houses of Congress again, there had to be an objection

23    from one Senator -- at least one Senator and at least one

24    congressperson from a state in order to cause the chambers

25    to go back to their separate chambers, correct?
```

1   A.   That's right.  We would need to receive a single

2   objection that had been signed by at least one House member

3   and at least one Senator to trigger that process.

4   Q.   Okay.  And that did happen in this case, correct?

5   A.   Correct.

6   Q.   Somebody from Arizona -- does it have to be a Senator

7   and congressperson from that state?

8   A.   It does not.

9   Q.   Okay.  So somebody objected to the Arizona counting,

10   correct?

11   A.   That's correct.  At least one Senator and House member

12   objected.

13   Q.   And then the Senators went back to their chamber, and

14   the House members stayed where they were?

15   A.   Correct.

16   Q.   Okay.  And do you know about what time that happened,

17   just generally?

18   A.   The first perfected objection was accomplished at about

19   1:15 p.m. on the 6th.

20   Q.   Okay.  So at that point the Houses were meeting

21   separately, and when all hell broke loose, the Houses were

22   in their separate chambers, is that right, in their

23   respective chambers?

24   A.   That is correct.

25   Q.   Okay.  When everybody came back at around 8:00, even

1    after all that had happened -- first of all, let me back up.

2         The first objection was about the counting of the

3    votes from the state of Arizona, correct?

4    A.  That's correct.

5    Q.  And even after all that happened, when people came back

6    at 8:00 and the session resumed, there was at least another

7    objection from one Senator and one congressperson about

8    acceptance of the votes from the state of Pennsylvania, or

9    the Commonwealth of Pennsylvania; is that correct?

10   A.  Yes.  We did not necessarily know that that objection

11   was still going to be coming when we got back, but that did

12   eventually end up happening, that's correct.

13   Q.  And did that end up taking two hours to resolve?  In

14   other words, did people stay in their chambers for two

15   hours?

16   A.  Two hours of debate, tack on time for the Senate to make

17   the trip back to its chamber and return to the House and so

18   forth; so ballpark, yes.

19   Q.  Okay.  Do you see the gentleman there?

20        Please stand up, Mr. Strand.

21        Do you see that person there?

22   A.  I do.

23   Q.  Okay.  Before maybe seeing him in court today or

24   yesterday, had you ever seen him before in your life?

25   A.  I have not.

1   Q.  Okay.  Do you have any idea what he did or didn't do at

2   the Capitol on January 6th?

3   A.  No, not with any degree of particularity, no.

4   Q.  Okay.  I appreciate it.  Again, I'm sorry.

5           MR. MANNING:  Nothing further, Your Honor.

6           THE COURT:  Okay.  Mr. Jones, thank you very much

7   for your testimony.  You are excused.  Please don't discuss

8   your testimony with anyone until the end of trial, all

9   right?

10          Have a great day.

11          THE WITNESS:  Thank you.

12          THE COURT:  Good morning, sir.  You can remove

13  your mask and remain standing and raise your right hand.

14                  JOSHUA D. POLLITT, Sworn

15                    DIRECT EXAMINATION

16  BY MR. MANNING:

17  Q.  Good morning, Officer Pollitt.

18  A.  Good morning.

19  Q.  Please state and spell your name for the record.

20  A.  Yes.  Joshua David Pollitt, J-O-S-H-U-A, D-A-V-I-D,

21  P-O-L-L-I-T-T.

22  Q.  Mr. Pollitt, where do you work?

23  A.  I'm a United States Capitol Police officer.

24  Q.  And how long have you worked for the Capitol Police?

25  A.  I was hired in March of 2009.

1    Q.  And did you work for the government previously?

2    A.  I did.

3    Q.  How long were you a -- sorry.  And who did you work for

4    in the government previously?

5    A.  I was enlisted in the United States Coast Guard.

6    Q.  And how long were you in the Coast Guard?

7    A.  I enlisted in the summer of 2001, so roughly eight

8    years.

9    Q.  Eight years?

10   A.  Yes, eight or nine years, give or take a couple of

11   months.

12   Q.  Okay.  And then, when you joined the Capitol Police, was

13   there any training period?

14   A.  Yes, there was.

15   Q.  Can you briefly describe the training process.

16   A.  Yes.  I had to go down to the Federal Law Enforcement

17   Training Center in Glynco, Georgia, for a few months, and

18   then my class came back up to Maryland.  We went through the

19   Federal Law Enforcement Training Center in Maryland.

20   Q.  And, Mr. Pollitt, I'll just remind you that the court

21   reporter has the hardest job of any of us today, so let's

22   try to speak slowly for her.

23           You said you had a class during your training.

24   You were part of a class?

25   A.  Yes, sir, my recruit officer class.

1    Q.  And did that class have a motto?

2    A.  Yes, it did.  It was "Secure the Hill, Protect the

3    Nation."

4    Q.  And what does that motto mean to you?

5    A.  It was something I took very personally because,

6    bragging a little bit, I am the one who came up with the

7    motto.  It meant that if we were able to secure the Hill

8    and -- the Capitol Hill -- and let the members of Congress

9    do their job, then we were directly protecting democracy and

10   our Constitution.

11   Q.  Did you start in a particular division of the Capitol

12   Police?

13   A.  Yes, I did.

14   Q.  Which division did you start in?

15   A.  When I came out of training, I started with the Library

16   of Congress.  I worked the midnight shift for a couple of

17   years.

18          I then went to the dignitary protection division,

19   which is a division that directly follows members of

20   Congress who are in leadership, whether they're on the road

21   or at their hometown.

22          After that I went to the --

23   Q.  Mr. Pollitt --

24   A.  I'm sorry.

25   Q.  I'll just pause you there on the dignitary protection

1   division.  Can you describe your responsibilities in that

2   division.

3   A.  Yes, sir.  In the dignitary protection division, it's

4   like, if you can imagine, the Secret Service.  We're in

5   plain clothes; we follow members who are in leadership, like

6   the Speaker of the House or the president pro temp on the

7   Senate side.  We follow them to any events they're going to.

8   On the floor for votes, when they travel across the country,

9   we're with them.  We drive them around.  We sit outside

10  their homes and make sure they're secure.

11  Q.  And approximately how long were you in the dignitary

12  protection division?

13  A.  About five to six years.

14  Q.  And is that sometimes referred to by the acronym DPD?

15  A.  Yes, it is.

16  Q.  So after your five or six years in DPD, what division

17  did you join next?

18  A.  After that I went to the Capitol visitors center where I

19  would screen tourists to come in and get tours of the

20  Capitol building.  And from there I transferred to the first

21  responders unit.

22  Q.  And in your time in the Capitol visitors center, are you

23  familiar with the security procedures that members of the

24  public have to go through to enter the Capitol?

25  A.  I was.

1    Q.  Now, the first responders unit, can you describe your

2    responsibilities when you were in that unit.

3    A.  Yes, sir.  First responders unit is a group of officers

4    who were assigned to be outside the Capitol building.  We do

5    some prescreening to visitors and people who have business

6    coming inside the Capitol building, and then we'll also

7    respond to any calls that would require police or medical

8    action on Capitol grounds.

9    Q.  And before January of 2021, had you worked any

10   demonstrations or protests at the Capitol area?

11   A.  Yes, I had.

12   Q.  Were you in that first responders unit on January 6,

13   2021?

14   A.  Yes, I was.

15   Q.  And going forward, if I just say "January 6th," will you

16   know I'm referring to January 6, 2021?

17   A.  Yes, sir.

18   Q.  So were you scheduled to work on January 6th?

19   A.  I'm sorry, one more time?

20   Q.  Were you scheduled to work on January 6th?

21   A.  Yes, I was.

22   Q.  And what did you expect you would be doing that day?

23   A.  We were anticipating a scheduled First Amendment

24   protest.  Come in at 7:00 in the morning, probably be done

25   around 6:00 that night at the latest.

1    Q.  And what type of gear were you wearing?

2    A.  Just my standard uniform:  pants, gun belt, body armor,

3    cruiser jacket, and my hat.

4    Q.  Are you familiar with something known as hard gear or

5    turtle gear?

6    A.  Yes, I am.

7    Q.  And what kind of gear is that?

8    A.  Hard gear or turtle gear is what you would think of as

9    riot gear.  It's like a hard plastic that officers would

10   wear on their arms, their chests, their legs to protect them

11   if someone swung, say, a bat at them or threw glass bottles

12   at them, stuff like that.

13   Q.  Were you wearing any hard gear on January 6th?

14   A.  I was not.

15   Q.  And were you assigned to cover a particular side of the

16   Capitol or a particular area of the Capitol complex?

17   A.  Yes, sir, I was.

18   Q.  Generally which area were you --

19   A.  I was on the east side of the Capitol building, the

20   plaza area rotating between what we call the Memorial door,

21   the Law Library door, and then the House and Senate steps.

22              MR. MANNING:  I'd like to bring up Government's

23   Exhibit 413.02.

24   Q.  And, Officer Pollitt, before we go into any detailed

25   questions on this, let me just ask you:  Have you seen this

1    picture before?

2    A.  Yes, I have.

3    Q.  And is it a fair and accurate representation of the east

4    side of the Capitol on January 6th at this moment?

5    A.  Yes, it is.

6              MR. MANNING:  The government moves to enter

7    Government's 413.02 into evidence.

8              MR. BRENNWALD:  No objection.

9              MR. MANNING:  It's already in, I understand.

10             THE COURT:  It's already in.

11   Q.  Officer Pollitt, sorry to make you squint, but can you

12   read the time-stamp in the upper left corner?

13   A.  Yes, sir.  It looks like 1:45 p.m.

14   Q.  So you mentioned some locations on the east side of the

15   Capitol that you were responsible for manning to some

16   degree.  Could you identify those in the picture and circle

17   them.

18   A.  Yes, sir.  This here is what we call the Memorial door.

19             This here is the Law Library door.

20             And this over here would be the Senate steps.

21   Q.  And at 1:45 p.m. where were you?

22   A.  I was at the Memorial door right here.

23   Q.  On January 6th on this east side, was there a security

24   perimeter set up?

25   A.  Yes, there was.

1    Q.   What was that security perimeter made of?

2    A.   It was a line of bike racks that we had set up on the

3    east plaza right where the light posts are right here, so

4    the bike racks ran this entire line.

5    Q.   So is this crowd of people all standing behind the bike

6    racks in this picture?

7    A.   Yes, they are.

8    Q.   Is the Vice President's motorcade shown in this picture?

9    A.   Yes, it is.

10   Q.   Can you circle that as well.

11   A.   (Witness complies) The Vice President's motorcade is

12   right here.

13   Q.   And do you recognize the East Rotunda door in this

14   picture?

15   A.   Yes, I do.

16   Q.   Can you circle that.

17   A.   This is the East Rotunda door.

18   Q.   Are members of the public generally allowed to enter the

19   Capitol through the East Rotunda door?

20   A.   No.   The East Rotunda door is almost exclusively secured

21   at all times.   The only time it's ever opened is when we

22   have special events like a presidential inauguration or a

23   lying in state or the rare occasions that they're doing

24   maintenance.

25   Q.   Was the East Rotunda door locked on January 6th?

 1    A.  Yes, it was.

 2    Q.  Was the Capitol closed to the public on January 6th?

 3    A.  Yes, it was.

 4    Q.  Do you see the steps that lead up to that East Rotunda

 5    door?

 6    A.  I do.

 7    Q.  Are there any security barriers at the bottom of those

 8    steps?

 9    A.  Yes, there is.  It's, I think, the top steps there.

10    There are several of these little posts here.  They're

11    metal, and connecting all of those is a metal chain.

12    Q.  And that was in place on January 6th?

13    A.  Yes, it was.

14    Q.  Thank you.

15          MR. MANNING:  I'd like to bring up Government's

16    Exhibit 413, which is already in evidence.

17          Can we pause.

18    Q.  I'm sorry, before we play this video, and before I ask

19    you any questions about it, generally do you recognize this

20    video?

21    A.  Yes, I do.

22    Q.  Have you seen it before?

23    A.  I have.

24    Q.  And is it a fair and accurate representation of events

25    you observed?

1    A.  Yes, it is.

2            MR. MANNING:  The government moves to enter 413

3    into evidence.

4            MR. BRENNWALD:  No objection.

5            THE COURT:  So moved.

6            MR. MANNING:  Ms. Rouhi, if I could please ask you

7    to position the video at 13 minutes and 30 seconds, but do

8    not begin playing it, please.

9    Q.  Officer Pollitt, do you see the time-stamp in the upper

10   left corner of the video?

11   A.  Yes, I do.

12   Q.  And what time is it?

13   A.  It is 1:58 p.m.

14           MR. MANNING:  Ms. Rouhi, please play for one

15   minute until 14 minutes, 30 seconds.

16           (Video playing)

17   Q.  Officer Pollitt, were you still on the east front when

18   this happened?

19   A.  Yes, I was.

20   Q.  Can you describe what you did at this time.

21   A.  At this point I'm still at the Memorial door.  I saw

22   that the Vice President's motorcade was leaving and that

23   the -- at the time illegal protesters had breached past that

24   barricade and were now further onto the east plaza.

25   Q.  And then what do you do next?

1    A.  Myself and several other officers tried to create a

2    police line in front of the Memorial door to prevent any

3    rioters to come any closer to us.

4             MR. MANNING:  Why don't we --

5    Q.  And so when the rioters first breached the security

6    perimeter, what was your goal originally?

7    A.  Before -- I'm sorry, I didn't understand your question.

8    Before they breach --

9    Q.  In this moment that we just saw where they -- you had

10   drawn a security perimeter and now we see these people

11   running past where that security perimeter had been, what

12   was your goal initially when you see that group come across?

13   A.  So as we're watching them come across, we need to

14   establish another police line, another perimeter, which is

15   what me and several officers tried to do by using ourselves

16   as that barrier, creating an actual physical line of

17   officers to prevent any rioters to come any closer to the

18   building.

19             MR. MANNING:  Ms. Rouhi, can you play until 15

20   minutes, 12 seconds and pause.

21             (Video playing)

22   Q.  Now, Officer Pollitt, I believe you testified before

23   that the security perimeter had one, among other places,

24   between those two big sort of lampposts?

25   A.  Yes, sir.

1   Q.  Can you draw a line where that was again.

2   A.  That was right here.  (Witness complies)

3   Q.  And at this moment do you still -- do you see that

4   there's many members of the public who are still behind that

5   line?

6   A.  Yes, there are.

7   Q.  And from your recollection of January 6th, were there

8   some people who did not run forward across the East Capitol

9   at this moment?

10  A.  Yes, there was.

11  Q.  Now, I want to direct your attention back to the steps

12  leading up to the East Rotunda door.  Do you see a line of

13  people towards the bottom of those steps wearing black?

14  A.  Yes, I do.

15  Q.  Can you circle them.

16  A.  (Witness complies)

17  Q.  Who are they?

18  A.  Those are my fellow officers.

19  Q.  Okay.  And is that the line that you previously

20  described, the line of officers?

21  A.  Yes, it is.  It's a line of officers there standing

22  behind yet another barrier that we had, which was, like I

23  said earlier, the posts and the metal chains.

24          MR. MANNING:  Ms. Rouhi, if you could skip ahead

25  to 20 minutes and 30 seconds, and pause it there.

1    Q.  Officer Pollitt, can you read the time-stamp in the

2    upper left corner?

3    A.  Yes.  It's 2:05 p.m.

4    Q.  So now it's 2:05 p.m.

5            And do you see a group of people wearing black at

6    the top of those steps?

7    A.  Yes, I do.

8    Q.  Okay.  And can you describe what your understanding is

9    of what's happening there.

10           Well, who are those people?

11   A.  Those are more of my fellow officers.

12           MR. MANNING:  Okay.  Can we skip to 21 minutes

13   flat and pause.

14   Q.  And what time is it now, Officer Pollitt, in the video?

15   A.  It's 2:06 p.m.

16           MR. MANNING:  Ms. Rouhi, could we play for 30

17   seconds and pause at 21:30.

18           (Video playing)

19   Q.  Officer Pollitt, were you in this area when the crowd

20   came up the steps?

21   A.  Yes, I was.

22   Q.  What did you do?

23   A.  Once I noticed that the rioters had pushed past the

24   Rotunda steps and were charging up towards the door, myself

25   and a few other officers came up those steps to reinforce

1    the Rotunda door and back up our fellow officers.

2    Q.  Why was it important for you to reinforce the Rotunda

3    door?

4    A.  Because at this time the Senate was counting the

5    Electoral College votes, and we were attempting to prevent

6    the rioters from breaking into the building and disrupting

7    that from happening.

8    Q.  Did you observe a situation with respect to any one

9    particular of your fellow officers that called your

10   attention?

11   A.  Yeah, up until this point, listening to the radio, you

12   still -- we were hearing calls for a police code we call

13   10-33.  A 10-33 call is very serious.  It means that -- it

14   means that an officer's life is in danger, and we were

15   getting them from the officers on the west side of the

16   Capitol.

17   Q.  During this scene on the east front, at some point did

18   you -- did any of your officers have what's known as a long

19   gun?

20   A.  There was one officer who was up at the top of the

21   Rotunda steps.  He was carrying an M4 rifle, something we

22   call a long gun, an overwatch post.

23   Q.  And did you take any action with respect to him?

24   A.  I did.  We had had a conversation before the rioters had

25   come across that if something like this were to happen, that

1    it wouldn't be safe for him to be up at the top of the
2    steps, and that it would be smart for him to come down and
3    get inside the building.
4    Q.  So is that what he did?
5    A.  Yes.  Once the rioters came across on the Senate plaza,
6    him and I just made eye contact, and we knew.  So he came
7    running down the steps, and I let him in through the
8    Memorial door and secured the door behind me.
9    Q.  And then did you go back to the east front steps?
10   A.  I did, yes.
11   Q.  Okay.  So when you got to the top of the steps by the
12   East Rotunda door, could you just circle that area that
13   we're talking about.
14   A.  Yes.  That's way up here.
15   Q.  Okay.  So when you got back up to the area, can you
16   describe the scene that you observed.
17   A.  Chaos.  I had pushed -- me and a couple of the other
18   officers had pushed our way up the stairs.
19         Once we got to the top of the Rotunda, we could
20   see that there were rioters trying to push their way through
21   the door, smacking it with flagpoles, things like that; and
22   a group of officers were pinned on the southern more side of
23   the Rotunda door trying to set up a police line and push
24   rioters out from that doorway and keeping them away from
25   the -- to get inside the building.

 1              MR. MANNING:  Ms. Rouhi, if we could bring this

 2     down and bring up Government's Exhibit 512.01, which is a

 3     video.

 4              Thank you.

 5     Q.  Mr. Pollitt, I'd like to show you a nine-minute video

 6     clip, but before I ask you any specific questions about it,

 7     have you seen this video before?

 8     A.  Yes, I have.

 9     Q.  Do you appear in it multiple times?

10     A.  I do.

11     Q.  At the times that you don't appear in it, is it your

12     recollection that you were nevertheless in that area that's

13     being appeared?

14     A.  I apologize, sir, I only heard half of what you said.

15     Q.  We can come back to that.

16              Do you appear in the video multiple times?

17     A.  Yes, I do.

18     Q.  And does it fairly and accurately represent what you

19     observed in this place and time?

20     A.  Yes, it does.

21              MR. MANNING:  The government moves to enter 512.01

22     into evidence.

23              MR. BRENNWALD:  No objection.

24              THE COURT:  So moved.

25              MR. MANNING:  Ms. Rouhi, if you could play the

1    first ten seconds and pause.

2                (Video playing)

3    Q.  Is that big bronze door the East Rotunda door that we've

4    been talking about?

5    A.  Yes, it is.

6    Q.  In the doorway on its right side do you see a man with

7    black hair who is wearing sunglasses?

8    A.  Yes, I do.

9    Q.  Can you circle him for the jury.

10   A.  He's right there.  (Witness complies)

11               MR. MANNING:  Ms. Rouhi, could you play until 18

12   seconds and pause.

13               (Video playing)

14   Q.  What was the crowd chanting there?

15   A.  They were chanting "stop the steal."

16   Q.  Did you hear "stop the steal" being chanted a lot at the

17   Capitol on January 6th?

18   A.  Yes, I did.

19   Q.  In the video that we just saw, as the crowd is chanting

20   "stop the steal," what does the man in the black sunglasses

21   and black hair appear to be doing?

22   A.  He's pumping his fist at the tempo -- same tempo as

23   "stop the steal."

24   Q.  And approximately how close is he to the door itself?

25   A.  Within an arm's reach, maybe a little bit more.

```
1              MR. MANNING:  Ms. Rouhi, can we play until one

2     minute and one second and pause.

3              (Video playing)

4     Q.  Officer Pollitt, at this time what's your goal as far as

5     this East Rotunda door?

6     A.  We're still trying to set up a police line to push

7     rioters away from the doorway and prevent anybody from

8     coming inside the building.

9     Q.  And how did the size of this crowd compare to the number

10    of officers you had up there?

11    A.  We were drastically outnumbered.  I mean, easily 100 to

12    1 maybe.

13             MR. MANNING:  Ms. Rouhi, could you play just six

14    more seconds to 1:07 and pause.

15             (Video playing)

16    Q.  Did you hear that banging sound?

17    A.  Yes, I did.

18    Q.  What was that?

19    A.  That was the rioters starting to break the glass at the

20    Rotunda door.

21    Q.  In the doorway on that same right side of the doorway we

22    looked at earlier, do you see a fist raised?

23    A.  I do.

24    Q.  And do you see the face in front of it with the man in

25    sunglasses?
```

1   A.  Yes, I do.

2   Q.  Does that appear to be the same man we circled last

3   time?

4   A.  Yes, it does.

5   Q.  Can you circle him again for the jury.

6   A.  (Witness complies)

7           MR. MANNING:  Ms. Rouhi, if you can play until two

8   minutes flat and pause.

9           (Video playing)

10          MR. MANNING:  Can you play a few more seconds.

11          (Video playing)

12          MR. MANNING:  Pause at 2:09.  Thank you.

13  Q.  Officer Pollitt, do you see an American flag that's sort

14  of sideways with the pole pointed toward the door?

15  A.  Yes, I do.

16  Q.  Can you circle it.

17  A.  (Witness complies)

18  Q.  I'm going to clear that, but please keep your eye on

19  that area as we play just the next few seconds.

20          (Video playing)

21  Q.  How was that flag being used?

22  A.  The rioters are using it to continue to break the glass

23  in the Rotunda door.

24          MR. MANNING:  Can we play until three minutes, 20

25  seconds, and pause.

```
 1                    (Video playing)
 2                    MR. MANNING:  Ten more seconds.
 3                    (Video playing)
 4     Q.  Do you hear the voice screaming "stand down and let us
 5     in"?
 6     A.  I do.
 7     Q.  Is that a Capitol Police officer or someone else?
 8     A.  Absolutely not.  That was a rioter.
 9     Q.  And do you remember on January 6th people yelling that
10     you should stand down and let them into the Capitol?
11     A.  Yes, I do.
12     Q.  Were you going to do so?
13     A.  Absolutely not.
14     Q.  Do you see in front of the door there's an angled
15     Confederate flag blocking the view of much of the door and
16     then some other flag standing straight behind it?
17     A.  Yes, I do.
18     Q.  And to the right of that other flag at the top of the
19     line of people, do you also see a man in black sunglasses?
20     A.  I do.
21     Q.  Is that the same man we've been circling earlier?
22     A.  Yes, it is.
23     Q.  Or it appears to be.
24                    Can you circle him for the jury.
25     A.  (Witness complies)
```

1    Q.  Do you notice anything distinct about his hair?

2    A.  I do.  It's standing almost straight up.

3    Q.  Mr. Pollitt, if you could please keep your eye on that

4    Rotunda door as we play the next eight seconds to three

5    minutes, 28 seconds.

6                  (Video playing)

7    Q.  And what did you see there at the door?

8    A.  Rioters continuing to break the glass with American flag

9    poles.

10   Q.  And can you estimate the distance between that glass and

11   the man that we just circled?

12   A.  Roughly six to eight feet.

13                  MR. MANNING:  Ms. Rouhi, can you play to four

14   minutes, ten seconds, and pause.

15                  (Video playing)

16   Q.  What's happened to the window of the East Rotunda door

17   at this point?

18   A.  The rioters had broken through.

19   Q.  Had you ever seen windows smashed at the Capitol before?

20   A.  No, I haven't.

21   Q.  And to be clear, is that the same location that a moment

22   ago was about six to eight feet from the man we had circled?

23   A.  Yes, it is.

24   Q.  Are you visible on the screen?

25   A.  I am.

1    Q.   Could you circle yourself.

2    A.   (Witness complies)

3    Q.   And can you also circle the smashed window.

4    A.   (Witness complies)

5    Q.   Is there something distinct about the way you wear your

6    hat vis-a-vis other officers?

7    A.   Yes.   I'm one of the few officers who wears a baseball

8    cap with a knitted cap over top of it.   I'm also one of the

9    few officers who keeps their fur collar on their cruiser

10   jacket in the winter.

11   Q.   By the end of the afternoon on January 6th did you still

12   have that hat?

13   A.   No.   I don't have either hats, and my cruiser jacket was

14   torn.

15   Q.   And this is the first time I've asked you to circle

16   yourself in this video, but were you in this general area

17   for the previous few minutes that we watched as well?

18   A.   Yes, I was.

19           MR. MANNING:   Can you play just 13 seconds to 4:23

20   and pause.

21           (Video playing)

22   Q.   Do you see someone in this image wearing a camouflage

23   helmet?

24   A.   I do.

25   Q.   Can you circle him for the jury.

```
 1    A.   (Witness complies)

 2    Q.   What's on his face?

 3    A.   That rioter is wearing a gas mask, something you would

 4    pick up at an Army Navy surplus.

 5    Q.   And the other protests you've covered at the Capitol,

 6    did you ever see people showing up in gas masks?

 7    A.   No, I haven't.

 8    Q.   Did you see people wearing similar kinds of gear on

 9    January 6th?

10    A.   Yes, I had.

11    Q.   Can you describe it.

12    A.   Yes.  Some individuals were wearing what we would call a

13    tactical vest, something that you would put pouches on or

14    ammo pockets or things like that.

15             Additionally, they were wearing military style

16    Kevlar helmets, gloves with hardened knuckles, things like

17    that.  Again, stuff you would buy at an Army Navy surplus or

18    gun convention or something like that.

19    Q.   As an officer defending the Capitol that day, what was

20    your reaction to seeing people in hard knuckle gloves and

21    the other gear you've described?

22    A.   It, to me, showed intent.  Somebody coming up with a gas

23    mask on, it means that any kind of pepper spray or less than

24    lethal that we would try to use on them would not be

25    effective.
```

```
 1                  MR. MANNING:  Ms. Rouhi, if we could play to five

 2      minutes and ten seconds and pause.

 3                  (Video playing)

 4      Q.  Officer Pollitt, did you just hear people chanting

 5      "Whose house?  Our house"?

 6      A.  Yes.

 7      Q.  Do you recall hearing a lot of that on January 6th?

 8      A.  Yes.

 9      Q.  Did you ever hear anyone chanting "We want to come in to

10      hear some speeches"?

11      A.  No.

12      Q.  Did you ever hear anyone chanting "We're here to see

13      Simone Gold"?

14      A.  No.

15      Q.  Do you see the man in the sunglasses on the far right

16      side of the screen?

17      A.  Yes, I do.

18      Q.  Can you circle him.

19      A.  (Witness complies)

20      Q.  Is it fair to say he's still about ten feet from the

21      door?

22      A.  Yes, it is.

23      Q.  Which direction does he appear to be looking?

24      A.  He's looking towards the Rotunda door.

25                  MR. MANNING:  Ms. Rouhi, play just four seconds
```

1   until 5:07 and pause.

2                  (Video playing)

3   Q.  Officer Pollitt, immediately to the right of that

4   camouflage helmet we previously saw do you see a man in a

5   black beanie?

6   A.  Yes, I do.

7   Q.  Can you circle him -- well, let me clear the previous

8   circle.  And can you circle him for the jury.

9   A.  Sure.  (Witness complies)

10  Q.  And I'll clear the screen, but I'll ask you to keep your

11  focus there as we play the next seven seconds until 5:14.

12                 (Video playing)

13                 What just happened there, Officer Pollitt?

14  A.  I was just Maced in the eye.

15  Q.  How did that feel?

16  A.  It hurt.

17  Q.  Do chemical sprays have a strong smell as well?

18  A.  They do.  We use pepper spray.  We were using it that

19  day.  It was in the air.  Not enough that anybody standing

20  around would be affected by it, but you could smell it.

21  Q.  So it was already in the air before this?

22  A.  Yes, it was.

23  Q.  The person who used that pepper spray, is that a Capitol

24  Police officer?

25  A.  It was not.  And it wasn't our pepper spray, either.  It

1    was clearly Mace.

2    Q.  Had you ever been Maced or pepper sprayed by a member of

3    the public before?

4    A.  No, I haven't.

5              MR. MANNING:  Ms. Rouhi, could we play until 5:25

6    and pause.

7              (Video playing)

8    Q.  What was that sound?

9    A.  That was a flash bang.

10   Q.  What's the purpose of a flash bang?

11   A.  The purpose of the flash bang is to break one's

12   concentration, startle them, get them to stop doing what

13   they're doing for at least a moment in time that we can gain

14   compliance.

15   Q.  What's it like to hear that in person?

16   A.  It's startling.  It's very, very loud.

17   Q.  Did it succeed in gaining compliance from this crowd?

18   A.  Not long enough.  We had maybe a half a second where

19   people backed off, but the rioters were calling it out that

20   "It's just a bang," and then they immediately rushed us

21   again.  So we didn't gain much footage there.

22             MR. MANNING:  Ms. Rouhi, could you play until five

23   minutes and 40 seconds and pause.

24             (Video playing)

25   Q.  Can you see the same man in the black sunglasses?

```
1    A.  Yes, I do.

2    Q.  Can you circle it for the jury.

3    A.  (Witness complies)

4    Q.  Does it look like he's moved much away from the door in

5    the last few minutes?

6    A.  No, he hasn't.

7    Q.  Do you see behind him, behind the circle you drew, that

8    there's an American flag pointing up?

9    A.  Yes.

10   Q.  And then behind it there's a blueish flag that's a bit

11   difficult to see what it is?

12   A.  Yes.

13   Q.  Can you circle that blueish flag as well.

14   A.  (Witness complies)

15   Q.  Okay.  I'm going to clear this, but if you could keep

16   your eye on that blueish flag as we play the next ten

17   seconds.

18              MR. MANNING:  And we'll play it until 5:50 and

19   pause.

20              (Video playing)

21   Q.  How was that flag being used?

22   A.  It was used to attack fellow officers.

23   Q.  Can you circle the man in sunglasses again.

24   A.  (Witness complies)

25   Q.  About how far is he from where that flag was just swung?
```

1    A.  He could have reached out and touched it.

2    Q.  Can you tell from this picture what color jacket he's

3    wearing?

4    A.  Yes.  It looks like a dark blue jacket, maybe black.

5    Q.  And do you see something, is there something around his

6    neck?

7    A.  Yes.  It looks like a pale scarf.

8                MR. MANNING:  Ms. Rouhi, can you play until six

9    minutes and six seconds and pause.

10               (Video playing)

11   Q.  What just happened at the door?

12   A.  The rioters were able to get the door open.

13   Q.  And had you been trying to keep that door from being

14   opened?

15   A.  Yes, we were.

16   Q.  And in your mind, what was the single biggest factor

17   that prevented you and the officers from being able to keep

18   that door closed?

19   A.  We were incredibly outnumbered.

20               MR. MANNING:  Ms. Rouhi, can you play until 6:28

21   and pause.

22               (Video playing)

23   Q.  Are you on the screen here?

24   A.  Yes, I am.

25   Q.  Could you circle yourself.

```
 1    A.  (Witness complies)
 2              MR. MANNING:  Ms. Rouhi, can we play until 7
 3    minutes and 42 seconds and pause.
 4              (Video playing)
 5    Q.  Do you see the man we've been circling by the door?
 6    A.  Yes, I do.
 7    Q.  Can you circle him again.
 8    A.  (Witness complies)
 9              MR. MANNING:  Ms. Rouhi, can we play until eight
10    minutes, 40 seconds and pause.
11              (Video playing)
12    Q.  I'm trying to direct your attention to the circle I just
13    drew there.  Do you see that red hat?
14    A.  I do.
15    Q.  Is that a "Make America Great Again" hat?
16    A.  Yes, it is.
17    Q.  Did you see a fair amount of folks wearing that stuff on
18    January 6th?
19    A.  I did.
20    Q.  Did you see folks wearing other Trump attire?
21    A.  Yes, I did.
22    Q.  I want to direct your attention to this man here.  Do
23    you see any "Make America Great Again" clothing on him?
24    A.  No, I don't.
25    Q.  Any Trump attire on him?
```

1   A.  No, none.

2   Q.  Generally speaking, did you see a bunch of folks wearing

3   Trump stuff on January 6th and a bunch of folks who weren't?

4   A.  That's correct, yes.

5   Q.  I'm going to clear the screen, but please keep your eye

6   on this man in the gray cap with his hands open as we play

7   just the next five seconds of the video.

8            (Video playing)

9   Q.  That man in the gray hat that we were talking about,

10  which direction did he go?  Toward the door or away from the

11  door?

12  A.  He went away from the door.

13  Q.  And on January 6th, did you see people who approached

14  the Capitol building but then turned back?

15  A.  Yes, I did.

16  Q.  So based on your experience in front of the East Rotunda

17  door at this time, if an adult man were to say to you that

18  he hadn't wanted to enter the building on January 6th but

19  the building somehow sucked him in, would that make any

20  sense to you?

21  A.  It wouldn't make any sense at all.

22           MR. MANNING:  Can you take that video down.

23  Q.  Officer Pollitt, how long did you stay at the Capitol on

24  January 6th?

25           THE COURT:  Mr. Manning, how much longer do you

 1    have?  Might this be a good stopping point?

 2              MR. MANNING:  Yes, maybe 15 or 20 minutes.

 3              THE COURT:  Ladies and gentlemen of the jury,

 4    we're going to take our morning break, about 15 minutes.  No

 5    discussions about the case, no research about the case.

 6              (Jury exits courtroom)

 7              THE COURT:  All right.  Quarter to 12:00.

 8              Did we get a result, Mr. Brennwald?

 9              MR. BRENNWALD:  Negative.

10              THE COURT:  Great.

11              (Recess taken)

12              THE COURT:  All right, please be seated.

13              Mr. Manning.

14    BY MR. MANNING:

15    Q.  Officer Pollitt, how long did you stay at the Capitol on

16    January 6th, approximately?

17    A.  I left the Capitol roughly around 10:00, 11:00 that

18    night.

19    Q.  Roughly how many people do you think you encountered

20    that day?

21    A.  A thousand.

22    Q.  How many people do you think you encountered who entered

23    the Capitol that day?

24    A.  Hundreds.

25    Q.  Did you go back into the building after the events that

1    we were watching earlier?

2    A.  Yes, I did.

3    Q.  Do you specifically remember every one of these people

4    that you came across at the Capitol?

5    A.  No, I don't.

6    Q.  The man in the black sunglasses that you've been

7    circling on the screen, do you remember encountering him on

8    the 6th?

9    A.  No, I don't.

10            MR. MANNING:  Ms. Rouhi, can we bring up 503.01,

11    the video.

12    Q.  Officer Pollitt, I'm going to ask you a few questions

13    about this video clip, but before I ask anything specific,

14    is this generally -- this 30-second clip, have you seen this

15    before?

16    A.  Yes, I have.

17    Q.  And does it take place on the East Rotunda steps?

18    A.  Yes, it does.

19    Q.  And does it fairly and accurately capture what you saw

20    on those steps?

21    A.  Yes, it does.

22            MR. MANNING:  The government moves into evidence

23    Exhibit 503.01.

24            MR. BRENNWALD:  No objection.

25            THE COURT:  So moved.

 1              MR. MANNING:  Ms. Rouhi, if we can play until 13

 2      seconds and pause.

 3                  (Video playing)

 4      Q.  Toward the bottom center right of the screen, do you see

 5      the same man in the sunglasses and the black hair that

 6      you've been circling?

 7      A.  Yes, I do.

 8      Q.  Can you draw a big circle around him.

 9      A.  (Witness complies)

10              MR. MANNING:  Ms. Rouhi, can you -- well, before

11      you do this, please keep your attention on that area as we

12      play.

13              Can you play two more seconds and pause.

14                  (Video playing)

15      Q.  Which direction was that man walking?

16      A.  He's heading towards the Rotunda door.

17      Q.  And is that the same door that we saw on the previous

18      video clip?

19      A.  Yes, it was.

20      Q.  Have you been on those East Rotunda stairs many times?

21      A.  Yes, I have.

22      Q.  Are they pretty wide?

23      A.  Yes, they are.

24      Q.  From your experience there, do you believe that a person

25      on those stairs who wanted to turn around and walk down

1     would have had any difficulty doing so?

2     A.  No, they would have been able to walk down the stairs.

3             MR. MANNING:  Ms. Rouhi, can you play just four

4     more seconds to 19 and pause.

5             (Video playing)

6     Q.  Do you see the same man?

7     A.  Yes, I do.

8     Q.  Can you circle him?

9     A.  (Witness complies)

10    Q.  So based on your knowledge of this area, does this now

11    appear to be the same general place we saw that man in the

12    previous video but just filmed from the opposite side?

13    A.  Yes, it is.

14            MR. MANNING:  You can take that down.

15            Can you bring up 504.01, but don't play it.

16    Q.  Similar routine as we did with the last video clip, sir.

17    This is a 25-second video clip.

18            Have you seen this before?

19    A.  Yes, I have.

20    Q.  Do you appear in it?

21    A.  Yes, I do.

22    Q.  Is it a fair and accurate representation of what

23    happened?

24    A.  Yes, it is.

25            MR. MANNING:  The government moves to enter into

```
1    evidence 504.01.
2              MR. BRENNWALD:  Sorry, what's the number?
3              MR. MANNING:  504.01.
4              MR. BRENNWALD:  .201?
5              MR. MANNING:  01.
6              MR. BRENNWALD:  No objection.
7              THE COURT:  So moved.
8              MR. MANNING:  504.01.
9    Q.  Officer Pollitt, can you circle yourself in this video.
10   A.  (Witness complies)
11   Q.  At this point have you lost your hat?
12   A.  Yes, I have.
13   Q.  And can you circle the window of the door behind you.
14   A.  (Witness complies)
15   Q.  Is that the same smashed window we were seeing
16   previously?
17   A.  Yes, it is.
18   Q.  How did you lose your hat between the last time we saw
19   you and this time?
20   A.  After I was Maced, I was still trying to keep rioters
21   away from the door.  I had my baton in my hand.  Somebody
22   reached for it.  We wrestled.  I fell to the ground, fought
23   my way back up, and then noticed a fellow officer was pinned
24   by the door and fought my way to try to help him.
25   Q.  Do you see the man -- sorry, I cleared the screen, but
```

1    do you see the man behind you in the blue hat?

2    A.  Yes, I do.

3    Q.  Is he also a Capitol Police officer?

4    A.  Yes, he is.

5    Q.  And generally what are you guys trying to do at this

6    time?

7    A.  We're still trying to get the door closed and stop

8    rioters from coming up and into the building.

9    Q.  Is this pretty shortly after the time you got Maced in

10   that last video?

11   A.  Yes, it is.  Within minutes.

12              MR. MANNING:  Ms. Rouhi, can you play until 12

13   seconds and pause.

14              (Video playing)

15   Q.  Did you hear a beeping sound?

16   A.  Yes, I did.

17   Q.  What's that sound?

18   A.  That beeping sound is the Rotunda door and alarm.

19   Because it's almost always secure, any time it is breached,

20   an audible alarm will go off as well as a signal that goes

21   to our communications center telling someone that the door

22   has been breached.

23   Q.  From your knowledge of that door, do you expect that the

24   moment the door opened, almost immediately thereafter that

25   alarm would have started?

1     A.  Yes.  As soon as the magna lock sensor breaks, the alarm

2     goes off.

3     Q.  Do you see there's an image of a person inside of that

4     smashed window?

5     A.  Yes, I do.

6     Q.  Was that a Capitol Police officer or somebody else?

7     A.  That is not a Capitol Police officer.  That's a rioter.

8     Q.  And can these -- I believe you touched on this earlier,

9     but can these doors be forcefully opened from the inside?

10    A.  Kind of.  Even though the doors are secure, they have a

11    push bar on them.  You need to push and hold the bar for

12    anywhere between 15 to 30 seconds before the door will

13    release.  And that's just a fire code in case we needed to

14    dump the building.

15              If that happened, though, the alarm would still go

16    off.

17    Q.  Now, it's difficult to see you in this video, but am I

18    right that you're just in the foreground in front of the man

19    with the blue cap?

20    A.  Yes.

21              MR. MANNING:  Okay.  So, Ms. Rouhi, can we play to

22    the end.

23              (Video playing)

24              MR. MANNING:  Pause.  Sorry, Ms. Rouhi.

25    Q.  Officer Pollitt, can you just circle yourself for the

1     jury here.

2     A.   Yes, sir.  (Witness complies)

3     Q.   Okay.  Now, we'll play to the end, and then I'll ask you

4     what happened.

5                   (Video playing)

6     Q.   Can you describe what happened there.

7     A.   Yes.  I was crushed against the doorway heading into the

8     Rotunda.  Unfortunately, I wasn't able to get my arms up,

9     they were pinned at my side, and I couldn't take any deep

10    breaths, and I briefly lost consciousness and collapsed

11    while being yanked out of the doorway.

12    Q.   And then were you -- did you move from the area you were

13    in in front of the doorway?

14    A.   Yes.  I was able to get my wits about me, come back to

15    my feet, and worked my way off to the southern more side

16    of -- excuse me, the northern more side of the Rotunda door

17    where I met up with a few other officers who were forming a

18    police line over a broken window into an office.

19    Q.   My apologies there.  You said you managed to get back on

20    your feet.  Did anybody help you?

21    A.   I think a few rioters helped me up.

22    Q.   And what was your main concern as you were being pulled

23    into that crowd?

24    A.   I was terrified that a rioter was going to get my gun

25    and use it on one of my fellow officers.

```
 1              MR. MANNING:  Bring up 504.01A.

 2    Q.  Do you recognize this image?

 3    A.  Yes, I do.

 4    Q.  And do you appear in it?

 5    A.  Yes, I do.

 6              MR. MANNING:  The government moves to admit

 7    504.01A into evidence.

 8              MR. BRENNWALD:  No objection.

 9              THE COURT:  So moved.

10    Q.  So is this a still image from that video we just

11    watched?

12    A.  Yes, it is.

13    Q.  Can you circle yourself.

14    A.  (Witness complies)

15    Q.  Can you circle the man in the black sunglasses with the

16    black hair sticking up.

17    A.  (Witness complies)

18    Q.  Do you recognize the woman in between you and the man we

19    just circled?

20    A.  No, I don't.

21    Q.  Okay.  Can you circle her as well.

22    A.  (Witness complies)

23              MR. MANNING:  Bring this up, and bring up 504.01B.

24    Q.  Is this another still image from that video?

25    A.  Yes, it is.
```

1    Q.  And do you appear in it?

2    A.  That might be me in the corner.

3    Q.  Is this a fair representation of the longer video that

4    we just watched?

5    A.  Yes, it is.

6              MR. MANNING:  I'll move to admit 504.01B.

7              MR. BRENNWALD:  No objection.

8              THE COURT:  So moved.

9    Q.  So you were falling away from the door at this time; is

10   that right?

11   A.  Yes, I am.

12   Q.  Okay.  And at this time as that's happening, do you see

13   the man in the black sunglasses there?

14   A.  Yes, I do.

15   Q.  And where does he appear to be facing?

16   A.  He's facing towards the Rotunda door.

17   Q.  Is that the door with the broken window?

18   A.  Yes, it is.

19   Q.  The woman in front of him, black jacket, black

20   sunglasses, brown hair, did she try to help you at all when

21   you were pulled into the crowd?

22   A.  No.

23   Q.  How about the man in the black sunglasses?  Did he try

24   to help you at all?

25   A.  No.

1    Q.  While you were pulled down, did that prevent you from

2    being able to keep other rioters from the door?

3    A.  Yes, it did.

4    Q.  Do you know what happened next at the door?

5    A.  More rioters got into the door, got into the building.

6    Q.  Why had you been trying so hard to keep rioters away

7    from the door?

8    A.  Because the Senate was counting the electoral count, the

9    Electoral College vote, and if they were to be stopped, it

10   disrupts the transfer of power.

11   Q.  Was your experience in the dignitary protection division

12   relevant at all to your inner motivations on the 6th as

13   well?

14   A.  It was.

15   Q.  How is that?

16   A.  Because the primary job of the dignitary protection

17   division is to protect elected members of Congress so that

18   they can do their job that they were elected to do.  If we

19   just had violence and people could just stop members from

20   doing it, that's not a democracy.

21              MR. MANNING:  Ms. Rouhi, could you take the image

22   down.

23   Q.  Did you have a radio on you on January 6th?

24   A.  I did.

25   Q.  Did you use it to communicate with other officers?

1    A.  I did.

2    Q.  In this general time period covering the videos we've

3    been watching, do you recall hearing a lot of activity on

4    the radio?

5    A.  Yes, there was a lot of activity on the radio.

6    Q.  What kind of radio calls did you hear?

7    A.  An abundance of 10-33 calls.

8    Q.  What's a 10-33 call?

9    A.  A 10-33 is a police code for officer down, officer in

10   trouble.

11   Q.  Were you able to respond to those calls?

12   A.  I wasn't.

13   Q.  Why not?

14   A.  Because I was also in the midst of my own 10-33.

15          MR. MANNING:  Nothing further, Your Honor.

16          THE COURT:  Mr. Brennwald.

17                      CROSS-EXAMINATION

18   BY MR. BRENNWALD:

19   Q.  Good afternoon, Officer Pollitt.

20          You said just now that, when you fell down, the

21   gentleman you saw in the video and the woman you saw, or at

22   least in the picture, didn't try to help you up.

23   A.  Yes, sir.

24          MR. BRENNWALD:  Okay.  Could we go to Exhibit --

25   is it 504?

1          The Court's indulgence.

2          (Pause)

3          MR. BRENNWALD:  Can we play this, please.  This is

4     504.01.

5     Q.  Before we start, do you see yourself there, Officer

6     Pollitt?

7     A.  Yes, I do.

8          MR. BRENNWALD:  Okay.  And let's go ahead and play

9     it.

10         I move 504 into evidence.

11         THE COURT:  I'm sorry, Mr. Brennwald, is this a

12    different exhibit than was played in the government's case?

13         MR. BRENNWALD:  Well, they took from -- they took

14    504.01 from this.  This is a broader view.

15         THE COURT:  Any objection?

16         MS. AYERS-PEREZ:  No objection, Your Honor.

17         THE COURT:  So moved.

18         MR. BRENNWALD:  So let me start this.

19         (Video playing)

20         MR. BRENNWALD:  Stop it there.

21    Q.  All right.  Do you see yourself at the bottom right of

22    this video?

23    A.  Yes, I do.

24    Q.  And do you see the woman right behind you with the

25    glasses and the brownish hair?

1    A.  Yes, I do.

2              MR. BRENNWALD:  Okay.  All right.  Let's keep

3    going.

4              (Video playing)

5              MR. BRENNWALD:  Okay, stop it there.

6    Q.  You're on the ground at this point, which is 22 seconds

7    into the video.

8              At this point there do you see the woman and the

9    man that we just saw earlier?

10   A.  No, I don't.

11   Q.  Okay.  How many people do you count around you as you're

12   on the ground?

13   A.  Five to six.

14   Q.  Okay.  And were they looking down and leaning over you

15   at that point?

16   A.  Yes, they were.

17             MR. BRENNWALD:  Okay.  Go ahead, Ms. Ali.

18             (Video playing)

19             MR. BRENNWALD:  Stop it.

20   Q.  Do you see that same woman and the same man in the scene

21   where you're on the ground in this video at 24 seconds

22   after?

23   A.  No, I don't.

24   Q.  Okay.

25             (Video playing)

1           MR. BRENNWALD:  Stop.  Go back to 29 seconds.

2    Q.  Do you think the lady on the right with the brown hair,

3    do you think that's the same person who you saw earlier?

4    Can you tell?

5    A.  No.

6    Q.  You don't think it is, or you can't tell?

7    A.  I'm sorry, are you referring to the woman with the cell

8    phone?

9    Q.  This person here, can you tell if that's the same

10   person?

11   A.  No, I don't believe that's the same woman.

12          MR. BRENNWALD:  Okay.  The Court's indulgence.

13   Q.  So I just noticed, as we were watching it, that was

14   being played at half speed so we can see it better, but

15   we're going to play it back at regular speed so we can see

16   the actual.

17          (Video playing)

18          MR. BRENNWALD:  Regular speed, please.

19          (Video playing)

20          MR. BRENNWALD:  Stop there.

21   Q.  So it's almost as if before anybody had a chance to

22   react to anything people were surrounding you already and

23   trying to help you at that point; is that correct?

24   A.  Yes.

25   Q.  Okay.  And nobody took your gun, correct?

1    A.   No.   Luckily no one took my gun.

2    Q.   Okay.   I'm sorry?

3    A.   No, sir, luckily no one did take my gun.

4              MR. BRENNWALD:   All right.   Let's go to 504.01A --

5    I think the government introduced that one -- if you don't

6    mind, Ms. Rouhi.

7              (Video playing)

8    Q.   All right.   So we're taking a look at Government's

9    504.01A for the record.

10             Do you see the man you've been circling with the

11   hair that kind of sticks up?   Do you see where his right arm

12   is in relation to the woman in front of him?

13   A.   Yes, I do.

14   Q.   And where is it?

15   A.   It's down at his side.

16   Q.   Okay.   Does it look like he's protecting her or putting

17   his arms around her?

18   A.   Not really.

19   Q.   No?   It doesn't look like he has a slight bend in the

20   elbow?   You think it's just straight down?

21   A.   Yes, there could be a slight bend at the elbow.

22             MR. BRENNWALD:   Okay.   Let's go to 504.01B,

23   please.

24   Q.   Now, this view, do you have any doubts that he has his

25   arm around her waist at that point, Officer Pollitt?

1    A.  Yes.  It appears that it's on her waist, yes, sir.

2    Q.  Okay.  And do you know that person around whose arms he

3    has -- around whose waist he has his arms is?

4    A.  No, sir.

5              MR. BRENNWALD:  Okay.  Can you go to 503.01,

6    Ms. Rouhi.  And if we can stop it at 13 seconds.  Yes, play

7    until 13 seconds, please.

8              (Video playing)

9    Q.  All right.  And that's where we saw the man earlier that

10   you pointed out right here?

11   A.  Yes, sir.

12   Q.  Do you see this person right here?

13   A.  Yes, sir.

14   Q.  Just generally speaking, does that appear to be the same

15   woman as the woman you saw in front of that man towards the

16   top of the steps?

17   A.  Yes, sir, it appears so.

18             MR. BRENNWALD:  And if we can go to 19 seconds,

19   please.  You can play it through to 19.

20             (Video playing)

21             MR. BRENNWALD:  Sorry.  Can you just back up a

22   little bit and go through it again real quick?

23             (Video playing)

24             MR. BRENNWALD:  I'm sorry, back it up a second or

25   two.  Can you play it in reverse a little bit?  Is that

1    possible?

2              MS. ROUHI:  No.

3              MR. BRENNWALD:  Okay.  All right.  Stop it right

4    there.

5    Q.  Do you see that man again here?

6    A.  Yes, sir.

7    Q.  And you see this woman again there?

8    A.  Yes.

9              MR. BRENNWALD:  Okay.  All right.  Thank you.

10   Q.  Which of these two people is closer to the Rotunda doors

11   in all the pictures that you've seen so far?

12   A.  The woman is.

13             MR. BRENNWALD:  Can we go to 512.01, please.

14             Do you have the ability to play this in slow

15   motion, Ms. Rouhi?  If not, I can have --

16             MS. ROUHI:  I don't have the ability.

17             MR. BRENNWALD:  Okay.

18             Before we start, Ms. Ali, you need to go back to

19   the beginning.

20   Q.  This is the video, Officer Pollitt, where you said it

21   looked like the man that we've been looking at was pumping

22   his fist to the "stop the steal."  Do you remember that?

23   A.  Yes, sir.

24   Q.  All right.  Let's watch this again in slow motion,

25   please.

```
1              (Video playing)
2              MR. BRENNWALD:  Stop it right there.
3    Q.  It's your testimony that the person right there is the
4    one who is raising his fist, based on your view, not this
5    person here or someone else over here, right?
6    A.  Yes, sir.
7    Q.  It is?  Okay.
8              And that's just based upon you looking at this.
9    You think that he was holding his hand like this with his
10   fist turned towards him as he's pumping his fist, correct?
11   A.  It looked -- it appeared to me that it was more of a
12   forward.
13             MR. BRENNWALD:  Okay.  Let's keep going, Ms. Ali.
14             (Video playing)
15             MR. BRENNWALD:  Stop it right there.
16   Q.  So your opinion is that that fist is attached to the
17   person back in the back of that video, correct?
18   A.  It is my opinion or the view here, sir, it looks like it
19   is attached to the man that I've been circling.
20   Q.  Okay.  At the end of the day -- or not the end of the
21   day, but sometime later in the afternoon, did you and any of
22   your fellow officers walk down the East Rotunda steps in a
23   group, in a line, to leave that area at some point?
24   A.  I did not, no, sir.
25   Q.  You were not part of that group?
```

```
1    A.  No, sir.

2    Q.  Okay.

3            MR. BRENNWALD:  Can we go to 1:07, please,

4    Ms. Ali.  Same Exhibit but 1:07, one minute and seven

5    seconds.

6            (Video playing)

7            MR. BRENNWALD:  Okay.

8    Q.  Do you see that same person there anywhere in this

9    picture at this point?

10   A.  I don't really make him out, sir.  Your video appears

11   darker than the other one though.

12   Q.  Okay.

13   A.  Is that something we can...?

14           MR. BRENNWALD:  Can we go to 5:40, please.

15           (Video playing)

16           MR. BRENNWALD:  Stop it right there.

17   Q.  Do you see this gentleman again?

18   A.  Yes, sir.

19   Q.  And who does this appear to be?

20   A.  It appears to be the same woman.

21   Q.  Okay.

22           (Video playing)

23           MR. BRENNWALD:  Thank you.

24   Q.  This person who you've pointed out with the hair that's

25   raised up and the glasses, did you see him wearing any MAGA
```

```
1    hat at all ever?

2    A.  No, sir.

3    Q.  Did you see him wearing any MAGA shirt or anything like

4    that?

5    A.  No, sir.

6    Q.  Did you see him wearing any clothes that would indicate

7    a party affiliation or movement affiliation, anything like

8    that?

9    A.  No, sir.

10   Q.  Did you see him wearing any helmet ever?

11   A.  No, sir.

12   Q.  Did you ever see him wearing any gas mask?

13   A.  No, sir, I did not.

14   Q.  Did you ever see him carrying a flag?

15   A.  No, sir.

16   Q.  Did you ever see him carry a stick or baton or weapon?

17   A.  No, sir.

18          MR. BRENNWALD:  Can we go to 7:42, please.

19          (Video playing)

20          MR. BRENNWALD:  Stop it right there.

21   Q.  How densely packed would you say that crowd is right

22   there, sir?

23   A.  It's pretty tight.

24   Q.  Did you see and experience people pushing towards the

25   doors throughout this time?
```

1    A.  Yes, sir.

2    Q.  And I think you said earlier even you were getting

3    crushed against the doors because of the push of the crowd,

4    correct?

5    A.  Yes, sir.

6    Q.  As were your fellow officers.

7              THE COURT:  Was there an answer?

8              THE WITNESS:  I'm sorry, yes, sir.

9    Q.  I thought I heard it.

10             THE WITNESS:  Sorry.

11   Q.  You said that at some point a U.S. Capitol Police

12   officer deployed flash bang -- a flash bang or flash bangs.

13   A.  Yes, sir.

14   Q.  And what do those do?

15   A.  They create a very loud booming sound.

16   Q.  They don't emit any kind of chemical, right?

17   A.  No, sir.

18   Q.  But the Capitol Police did spray some chemicals there at

19   that point in time?

20   A.  Yes, sir.  Multiple officers deployed OC spray.

21   Q.  Multiple officers?

22   A.  Yes, sir.

23   Q.  Okay.  Did you deploy any spray?

24   A.  Yes, sir.

25   Q.  Okay.  And what type of spray is it?

1    A.  I'm sorry, I can't remember the acronym.  "OC" stands

2    for occa-something-caparella.  It has to do with the

3    chemicals that are inside actual peppers, like your habanero

4    pepper and things like that.  They express that and put it

5    into the spray.

6    Q.  Is it more to burn your skin or burn your eyes?

7    A.  It does both.  The best way I can describe it is -- for

8    someone who has been pepper sprayed is eat the hottest

9    chicken wings you've ever had, and now, without wiping your

10   hands, start rubbing your eyes and put your contacts in.  It

11   burns your eyes.  It burns the skin.

12   Q.  Okay.  And that's what the Capitol Police deployed on

13   the crowd?

14   A.  Yes, sir.

15   Q.  Are there two sets of doors at the top of the steps

16   there where the hallway leads into the Rotunda?

17   A.  Yes, sir.

18   Q.  And there are inner doors, "inner" meaning inside --

19   facing the Rotunda inside that are metal with glass windows?

20   A.  Yes.

21   Q.  Or Plexiglas windows, correct?

22   A.  Yes, sir, there are.

23   Q.  Okay.  And they're held closed by a magnet at the top on

24   each side, correct?

25   A.  Yes, sir.

1   Q.  And then there are outer doors that are much larger and

2   taller and heavier, correct?

3   A.  Yes, sir.  They're ornamental, I'd say.

4   Q.  I don't want to exaggerate, but are they in the 20,000-

5   pound range?

6   A.  I'm sorry, sir, I wouldn't feel comfortable giving you

7   that guess.  They're probably pretty heavy.  I couldn't give

8   you the exact --

9   Q.  Have you ever closed them yourself?

10  A.  I have not, no.

11  Q.  Have you ever opened them yourself?

12  A.  No, I haven't.

13  Q.  Have you ever seen anybody open or close them?

14  A.  That night I believe at one point.  Because I ended up

15  making my way into the building, into the Rotunda.  We were

16  able to get them partially closed.

17          But I wasn't a part of that.  I only saw the

18  aftermath.

19  Q.  Ahead of this anticipated protest at the beginning, the

20  Capitol Police tried to secure the perimeter as much as they

21  could, correct?

22  A.  Yes, sir.

23  Q.  And would it be fair to say that those huge heavy doors

24  were closed at some point before 1:00?

25  A.  Just so I understand your question, sir, you're saying

1   that the outermost -- the decorative doors --

2   Q.  Yes.

3   A.  -- that they were closed so that no one could see into

4   the building?

5   Q.  Well, not see, but get into the building.

6   A.  No, sir.  They were pushed back like you see them in the

7   videos here.  We typically don't close or secure them at

8   all.

9   Q.  So were they that way the whole day?  Basically, they're

10  open?

11  A.  Yes, sir.

12          MR. BRENNWALD:  The Court's indulgence.

13          (Pause)

14          MR. BRENNWALD:  The Court's indulgence.

15          (Pause)

16          MR. BRENNWALD:  Thank you, sir.  I appreciate your

17  time.

18          MR. MANNING:  Brief redirect, Your Honor?

19          THE COURT:  Yes.

20                  REDIRECT EXAMINATION

21  BY MR. MANNING:

22  Q.  Officer Pollitt, you were asked a few questions a moment

23  ago about the Capitol Police's use of pepper spray.

24  A.  Yes, sir.

25  Q.  From what you observed, did the Capitol Police use

 1    pepper spray immediately upon being confronted by this

 2    crowd, or did they try other things first?

 3    A.   Tried other things first.  Verbal commands.  We do a

 4    technique where -- I did it myself -- where you extend --

 5    you extend your baton and you kind of hold it in front of

 6    you like this.  It creates an additional barrier.  And if

 7    people get a little too close, you have something to push

 8    them off, push them away.

 9    Q.   And did those techniques generally succeed in getting

10    the crowd to leave this --

11    A.   No.

12    Q.   -- restricted area?

13    A.   No, sir, which is why a few officers ended up deploying

14    pepper spray.

15              MR. MANNING:  Could we bring up Exhibit 504.

16              MR. BRENNWALD:  You want us to do it, right?

17              MR. MANNING:  If you have it.

18              Let's just bring up 504.01.

19              Can we play this video, please.

20              MS. ALI:  From the beginning?

21              MR. MANNING:  From the beginning until I ask you

22    to pause.  Thank you.

23              (Video playing)

24              MR. MANNING:  Please pause that.

25    Q.   Mr. Pollitt, at this point you had already been Maced;

1    is that correct?

2    A.   That is correct.

3    Q.   And you've just been pulled to the ground here?

4    A.   Yes, I have.

5    Q.   In an ideal world, would the attention of a medical

6    doctor maybe have been helpful to you?

7    A.   I wouldn't have turned it down.

8              MR. BRENNWALD:  Your Honor, I'm having a hard time

9    hearing Mr. Manning's questions because of the Plexiglas.

10             THE COURT:  Repeat your last question.

11   Q.   At this moment, Officer Pollitt, would the attention of

12   a medical doctor have been helpful to you?

13   A.   Yes, it would have been.

14   Q.   Did any doctor come and try to help you?

15   A.   No.

16             MR. MANNING:  You could take that down.

17   Q.   The last question, Officer Pollitt.  If any of these

18   persons that we saw by the East Rotunda door had come up to

19   you and said something along the lines of, "I don't want to

20   go into the Capitol myself, but one of these other rioters

21   insist that I come with her," what would you say to that?

22             MR. BRENNWALD:  Objection, Your Honor.

23             THE COURT:  Sustained.

24             MR. MANNING:  No further questions, Your Honor.

25             THE COURT:  All right.  It's about 12:30, ladies

```
 1    and gentlemen.  I know we took our morning break a little

 2    late.  We can either break for lunch now, or we can get

 3    started with the government's next witness and go for about

 4    15 or 20 minutes.  What's your preference?  Break now?  Keep

 5    going?

 6              Keep going?  All right.

 7              Mr. Manning.

 8              (To Officer Pollitt) Thank you, sir.  Please don't

 9    discuss your testimony with anyone until the trial is over.

10    Thank you for your testimony, and have a great day.

11              THE WITNESS:  Thank you, Your Honor.

12              THE COURT:  Step right up, sir.

13              Good afternoon, sir.  Step right up.  Remain

14    standing, raise your right hand, and you can slide your mask

15    off.  Feel free to take your mask off.

16              THE WITNESS:  Thank you, sir.

17                        NELSON VARGAS, Sworn

18                        DIRECT EXAMINATION

19    BY MR. MANNING:

20    Q.  Good afternoon, Officer Vargas.

21    A.  Good afternoon.

22    Q.  Sir, could you state and spell your name for the record.

23    A.  Yes.  My first name is Nelson, N-E-L-S-O-N; last name,

24    Vargas, that's V, as in Victor, A-R-G-A-S.

25    Q.  And, Officer Vargas, I'll just remind you that the court
```

1    reporter is going to have to write everything down today, so

2    let's all try to speak slowly for her.

3                  Officer Vargas, where do you work?

4    A.   I am currently assigned to the library division of the

5    19th Capitol Police.

6    Q.   How long have you worked for the Capitol Police?

7    A.   Approximately 24 years.

8    Q.   Did you work for federal or local government before

9    that?

10   A.   I was a deputy sheriff for the Newport News Sheriff's

11   Office before my arrival here, and prior to that I was an

12   Army veteran.

13   Q.   And that Newport News, is that Newport News, Virginia?

14   A.   Yes, sir, Newport News, Virginia.

15   Q.   Okay.  And you said you were in the Army before that; is

16   that right?

17   A.   Yes, sir, I was.

18   Q.   What was your role in the Army?

19   A.   I was what they call a 19 kilo.  I was a tanker.  I

20   started as a driver of a tank, and then I became a gunner.

21   Q.   In your first few years in the Capitol Police, what

22   division were you in?

23   A.   After training, I went to the Capitol division, power

24   shift unit.

25   Q.   And then what division did you go to next?

1    A.  I ended up going to dignitary protection after the

2    9/11, and that's a protection status where you become a

3    special agent for the Capitol Police and you provide the

4    same type of protection as the U.S. Secret Service does for

5    a member -- for the president and vice president.  We

6    provide that same service for the higher leadership of

7    Congress, the president pro temp, speaker, and the minority

8    and the majority whips.

9    Q.  And what's that primary service?  What's your mission in

10   dignitary protection?

11   A.  To protect the members, to make sure that they can

12   continue with their duties representing the country.

13   Q.  After you left dignitary protection, were you part of

14   the Capitol emergency response team?

15   A.  Yes, sir.  I got promoted from dignitary protection to

16   the rank of sergeant, which is what I hold now.  And yes,

17   then I applied to become part of our -- it's the equivalent

18   to a SWAT team, which everybody understands, but our acronym

19   is CERT, which is the continuing emergency response team.

20   Q.  And why did you choose the CERT team?

21   A.  When I was in the sheriff's office, it was something

22   that I did for them, and it was just personal pride.  I

23   wanted to continue in the tactical field providing that for

24   now Capitol Police.

25   Q.  So the "E" in CERT is "emergency"?

1    A.  Yes.  Yes, it is.

2    Q.  And so is the CERT team responsible for responding to

3    emergencies at the Capitol?

4    A.  Yes, sir.

5    Q.  And what was your particular role on the CERT team?

6    A.  I was a team leader, so I would train with my team as

7    their leader making sure of numerous types of training, from

8    hostage negotiations to breaching of buildings in the event

9    of an active shooter.  We trained on bus assaults, which is

10   in the event someone was in a parked vehicle and they're

11   trying to claim that there's some type of explosives in the

12   vehicle.  We were trained with our hazardous side of the

13   house, which is our bomb techs, to distract while we try to

14   engage the threat per se.

15           So the CERT team does a numerous amount of

16   training for different types of scenarios, and in

17   preparation for anything that was coming to the Hill or

18   coming to the Hill.

19   Q.  And were you in charge of other people when you were on

20   the CERT team?

21   A.  Yes, sir.  As a ranking sergeant, I was in charge of my

22   team.

23   Q.  Approximately how big was the team?

24   A.  Approximately we were anywhere between 12 to 15

25   officers.

1    Q.  I want to turn your attention to the start of 2021.  So

2    in the first few days of the year, in the days before

3    January 6, 2021, what was your position at that time?

4    A.  In '21, I was assigned to the library division, where I

5    am now, in the rank of sergeant on the day work hours.

6    Q.  On the what?

7    A.  Day work hours.  Our shifts are kind of complex.  I

8    start at 5:30 in the morning until 1:30 in the afternoon,

9    but I'm also in charge of the special events at the library

10   division where the library has the ability to rent space,

11   per se.  As their coordinator, there's a responsibility on

12   the law enforcement side to provide protection to the

13   library because it's like a special event where other

14   members and outside entities are there, and we have to

15   provide the same type of service for an extended period of

16   time in the afternoons and things of that nature.

17   Q.  And in this division, approximately how many officers

18   were you responsible for?

19   A.  On the library division?  At the time it was

20   approximately 47 officers.

21              MR. MANNING:  I'd like to pull up Government's

22   Exhibit 100, which I believe is already in evidence.

23   Q.  Do you recognize this map?

24   A.  Yes, sir.

25   Q.  So what is it a map of?

1    A.  This is a map of a representation of what we consider

2    Capitol grounds.  It covers from the center office

3    buildings, House buildings, the library buildings, to

4    include the Capitol building.

5    Q.  And can you circle in this map the Library of Congress

6    buildings that you had some responsibility for --

7    A.  Yes.

8    Q.  -- as of January 6th.

9    A.  Yes, sir.  The first building, this building over here,

10   is the Madison building.  This building right here is the

11   Adams building.  And then, of course, our main building

12   where everything really takes place is right there in the

13   Thomas Jefferson building.  That is the, quote-unquote,

14   museum of the library.

15   Q.  And is that Jefferson building connected to the Capitol

16   building?

17   A.  Yes, sir.  There is numerous amount of tunnels that

18   connect these buildings.

19          In the Madison building there is a tunnel that

20   comes under here that connects the Adams to the Jefferson.

21   But once you're in the Jefferson building, there's a tunnel

22   that's directly connected in this direction to the Capitol.

23   Q.  And I believe you said earlier that your shift hours

24   were 5:30 a.m. to 1:30 p.m.  Did I hear that correctly?

25   A.  That is correct.

1    Q.  And if I use the term "January 6th," will you know that

2    I'm referring to January 6, 2021 --

3    A.  Yes, sir.

4    Q.  -- in your testimony today?

5    A.  Uh-huh.

6    Q.  So when the day of January 6th started, did you expect

7    to do a 5:30 to 1:30 shift roughly?

8    A.  We were notified of possible civil disobedience, so when

9    I say CDU that's basically what I'm referring to.

10            But for Capitol Police, I don't want to say that

11   that's normal.

12            What I mean is that we have numerous

13   demonstrations on Capitol grounds almost all the time, so

14   it's something that we deal with on a routine basis.

15            That particular day we were notified of the

16   possibility of civil disobedience, so we have designated

17   personnel that come in on a -- from other shifts.  They're

18   like drafted or they're held over for that portion of the

19   day, per se.  But I was not one of them.

20            So to answer your question, we were notified of

21   the possibility that we may get held over, but that's a

22   normal routine for us.

23            So to answer your question, it's almost two-part.

24   It's like I knew that there was a possibility that I may

25   have to stay, but, of course, I was looking forward to going

1    home at 1:30.

2    Q.  And can you describe when on January 6th you realized

3    that January 6th would not be a routine day?

4    A.  Unfortunately when we started getting notified over the

5    radio that things were not routine anymore due to the,

6    quote-unquote, mob that was coming to the Capitol.

7    Q.  Was there any incident near this Madison building that

8    we see on the map or behind it, sort of in that area, that

9    called your attention?

10   A.  Yes, sir.

11        We were notified through USC communications, which

12   is our -- we hear everything through the radio, that there

13   was what we call in a professional level a 10-100, which is

14   a suspicious package, that was located on the rear --

15   specifics I don't actually know, but it was called at the

16   Republican Club, which unfortunately on this map is just

17   basically behind the Madison building.  That there was a

18   device there, and our bomb techs were going to go and take a

19   look at it.

20        So that was the first indication that the day

21   wasn't going to go as planned.

22   Q.  And you testified earlier that you received

23   notifications on the radio about the crowd on the west side

24   of the Capitol; is that right?

25   A.  Yes, sir.

1    Q.  And when you first received those notifications, were

2    you and all your fellow officers in the library buildings

3    able to just leave the library buildings and go to the west

4    side?

5    A.  No.

6              Unfortunately, soon after the device was looked

7    at, it was deemed that the device was a live device, so now

8    it wasn't no more -- it wasn't deemed any more as a

9    suspicious package; it was deemed a live explosive.

10             So there are certain things that we have to now --

11   to the library community, we had to provide services there

12   as far as moving staff from windows, if the device was to

13   explode, to make sure that they don't get injured.  And you

14   see, the Madison building is a large building.  So everybody

15   on, if we're looking at the picture, the left side, which is

16   the south side of the building, had to be relocated.

17             So to answer your question, I was one of the

18   supervisors in charge of gathering up all of our officers,

19   knocking door by door, to let the library community know

20   that they needed to remove themselves from that portion of

21   the building.

22             So no, I was not -- not only myself, but several

23   of my officers weren't able to respond to what was happening

24   at the Capitol at that time.

25   Q.  But at some point did you leave those areas and go

1    towards the Capitol?

2    A.  Yes.

3         The screams over the radio were horrendous, so --

4    excuse me, we had to make that decision from a supervisor's

5    standpoint where we kept what we could keep at the library,

6    and then we had to respond to the Capitol.

7    Q.  So did you yourself go to the Capitol?

8    A.  Yes, sir, I did.

9    Q.  And did anybody go with you?

10   A.  There was two supervisors, myself and another

11   supervisor, that we took all the actions that we could, and

12   we decided to send a team inside the building and a team

13   outside the building.

14        Based on my experience, I took approximately seven

15   officers on the exterior of the building directly to the

16   east side of the Capitol, which is the side facing the

17   Jefferson building, where the other sergeant decided to go

18   inside the building to -- inside of the Capitol to split our

19   assets and help on whatever avenues there we could.

20   Q.  And that group of officers with you, were you the leader

21   of that group?

22   A.  Yes, sir, I was.

23   Q.  What type of gear did you have on when you headed to the

24   Capitol?

25   A.  Exactly what I'm wearing right now, just a long-sleeved

1    shirt.

2    Q.  No helmet?

3    A.  No, sir.

4    Q.  No hard --

5    A.  If you can consider my hat a helmet.  It was just my

6    hat.

7    Q.  So when you got to the Capitol -- I just want to break

8    it down a little bit -- where did you go first?

9    A.  If we're looking at the Capitol building right now, as

10   you can see, we have the dome, and we have two entities on

11   the left and right of the building.

12          The entity in this picture to the left, which is

13   right here, this is considered the House side of the

14   Capitol, and there's the steps that are right in front of

15   it.  It's considered the House front steps.

16          I took my team and I was heading towards that area

17   because as soon I was walking there it came over the radio

18   that the mob had breached the Senate side of the building.

19   They were already coming in.

20          And where I was headed with my team to try to

21   provide support on the west -- on the northwest side of the

22   building, which is this side over here, to try to assist the

23   officers at that time with their leader was retreating --

24   they were backing -- they were giving up the position

25   because they had lost it due to the amount of people that

1    were causing damage to the officers.

2              So I -- since I was already on the House side, and

3    I was already there, I just formed a line with my officers

4    right there at the House steps.

5    Q.  And just briefly and generally, what do you observe of

6    the crowd at that moment?

7    A.  It was -- it was -- I mean, it's hard to explain.  It

8    was something I've never seen before.  It was a large amount

9    of people with a mob mentality, that they were just -- there

10   was -- there was no order.  There was just a lot of people

11   angry, shouting, throwing things.  Total civil disobedience.

12   Q.  So now take us from when you leave that circled area

13   where the House steps are and take us to the -- just the

14   next place you go.

15   A.  It came over the radio that we had lost the Senate.  At

16   some portion the Senate had personnel unauthorized in the

17   Senate where the members were -- had already left out of the

18   area and the mob now was now moving towards the House side.

19             I had prior knowledge that we had -- the House was

20   still conducting business, although what was transpiring was

21   still going on.  They were doing a vote on the election, and

22   I knew that the vice president was in the building.

23             With that knowledge, knowing that I was on the

24   House side, and now I was under the understanding, because

25   it came over the radio, that the mob was now moving inside

1    of the building towards the House side, I guess it was

2    instinct based on my training that we had to hold the House.

3    I had to get there.

4              So I left the west front through the -- what's

5    considered the Memorial door, so it's one of the doors

6    that's located right in this area right here; entering the

7    Memorial door, taking my team, making a left through the

8    building to basically the south side of the building, taking

9    the elevators up to what's considered a House main door.

10   That's the door that the members traverse in and out.  When

11   they're in the building traversing from north to south, they

12   walk right into the main -- onto the main floor.

13   Q.  I'm going to try to bring up a map to help illustrate

14   that.

15             MR. MANNING:  Can we bring up Government's Exhibit

16   101, which is already in evidence.

17   Q.  Do you recognize this map?

18   A.  Yes, sir, I do.

19   Q.  Okay.  So can you mark where on this first floor of the

20   Capitol, where you entered that Memorial door you were

21   describing?

22   A.  Yes, sir.

23             I was located here first.  I traversed in this

24   direction here with my team entering the Memorial door,

25   traversed in through the building to this hallway here where

1    I made a left to the elevators -- I want to say the

2    elevators are literally right here on both sides -- where we

3    went up to the House floor area into the building.

4              MR. MANNING:  And we'll bring up Government's 102

5    next.

6              And actually, for this we'll use 102.1, which is a

7    blown-up map.

8              Give you just a moment to position it.

9              And, Your Honor, it's 12:45, so if we're looking

10   for a logical place, this would be it.

11             THE COURT:  Great.

12             Why don't we take our lunch break, ladies and

13   gentlemen.  Have a nice lunch.  No discussions about the

14   case; no research about the case; no contact with anyone

15   involved in the case.  And let's reconvene and be ready to

16   go at 2:00, all right?  Have a nice lunch.

17             (Jury exits courtroom)

18             THE COURT:  All right.  See you at 2:00.

19             (Lunch recess taken)

20

21

22

23

24

25

```
1                  A F T E R N O O N    S E S S I O N
2           MR. BRENNWALD:  When I came back from lunch I
3    asked the government about the scheduling, et cetera, of
4    their witnesses and how long it was going to take, and it
5    appears that the government's best-case scenario is to
6    finish by noon tomorrow.  If that was the case, Mr. Strand
7    would testify in the afternoon, maybe a couple of character
8    witnesses, we'd probably be done with our case then.
9           I would imagine at that point, given the evidence
10   and the videos and the exhibits, that we would do closings
11   the next day.  And I guess we're wondering if the next day
12   would be on Friday, if the Court is going to sit that day,
13   or if it would --
14           THE COURT:  You should plan to sit on Friday.
15           MR. BRENNWALD:  Okay.  Thank you.
16           THE COURT:  And let's see how much progress we
17   make today, and at the end of the day we'll talk about more
18   specific scheduling issues, okay?
19           (Jury enters courtroom)
20           THE COURT:  Welcome back, everyone.  Hope you had
21   a nice lunch.
22           All right.  If we could call back Officer Vargas.
23           Okay.  Welcome back, and I'll remind you that
24   you're still under oath, Officer Vargas.
25           THE WITNESS:  Yes, Your Honor.
```

```
 1                    NELSON VARGAS, Resumed

 2                 DIRECT EXAMINATION, Continued

 3    BY MR. MANNING:

 4    Q.  Good afternoon, Officer Vargas.

 5    A.  Good afternoon, sir.

 6              MR. MANNING:  Ms. Rouhi, could you pull up

 7    Government's Exhibit 102, which is admitted in evidence.

 8    Q.  Officer Vargas, I believe you testified before the break

 9    that at some point you had come up from the first floor to

10    the second floor of the Capitol.  Is that --

11    A.  That is correct, sir.

12    Q.  And can you just circle for the jury on this second

13    floor map here the area where you positioned yourself.

14    A.  Yes, sir.  I'm sorry?

15    Q.  I was going to direct you how to use the touch screen,

16    unless you're familiar with it.

17    A.  I'm familiar with it, sir.

18    Q.  Can you circle for the jury where you came up.

19    A.  Yes.  (Witness complies)

20              I came up on these elevators in this location

21    right here, and then I proceeded through this hallway to

22    where I -- this is a hallway right here.  I put my officers

23    in a line here, and then I positioned myself at that dot.

24    So it was there, if that makes sense.

25    Q.  Yes.
```

```
 1    A.   There was a line behind me in the hallway, and then I

 2    stepped up to where the dot is.

 3              MR. BRENNWALD:  Okay.

 4              (Counsel confer)

 5              MR. MANNING:  Ms. Rouhi, could you zoom in on that

 6    area so we can see the area that's been marked, that whole

 7    left side, say.

 8    Q.   Okay.  Officer Vargas, sorry to ask you to do this

 9    again.  So can you put the X on -- in the zoomed-in version

10    of the map where you position yourself.

11    A.   Yes.  (Witness complies)

12              So, again, for information purposes, I want to

13    make sure that I'm looking at the hallway.

14              So this is the hallway here.  So I'm coming from

15    this direction here.  And I positioned my officers in this

16    location here, and then I stepped up to right there.

17    Q.   Okay.  And so let's start with those three dots where

18    you positioned the officers.

19    A.   Yes, sir.

20    Q.   There's a big room behind them; is that right?

21    A.   Yes, sir.

22              There's -- it's what I consider a room between two

23    doors.  It's a little difficult for me to pronounce the

24    word.

25    Q.   Is the word "vestibule"?
```

```
 1    A.   Yes, it's vestibule.

 2    Q.   Shall we call it the room between two doors?

 3    A.   Please.

 4    Q.   And could you circle that room between two doors.

 5    A.   It's right here.

 6    Q.   Okay.  And behind that room between two doors, there's a

 7    whole big room, right?

 8    A.   Yes, sir.

 9    Q.   What's that whole big room?

10    A.   That is the House chambers.

11    Q.   Okay.  So in that --

12              MR. BRENNWALD:  Excuse me, Your Honor, could we

13    have a quick conference about the exhibits real quick on the

14    phone?

15              (The following is a bench conference

16               held outside the hearing of the jury)

17              MR. BRENNWALD:  Thank you, Your Honor.

18              I was told not to take pictures of these exhibits

19    when they're marked, and I was just told by the paralegal

20    for the government that they can't do screenshots of what is

21    being marked so we can actually memorialize where people

22    mark things.

23              I would ask the Court to allow me permission to

24    take a shot with my camera of what's been marked.  I don't

25    know what else we can do.  But I think there should be a
```

1   way, especially since this is evidence, and it's not going

2   to make any sense for appellate purposes, if it comes to

3   that, for the Appeals Court or anybody to look at an exhibit

4   and know who marked what.  It's just completely without a

5   record.

6           So I don't know what to do.  But I really think

7   it's important that we be able to memorialize where people

8   mark certain things.

9           THE COURT:  All right.  So I don't want you taking

10  photographs of the computer.  I've never seen that done

11  before.

12          What generally happens, Mr. Manning, is that you

13  describe by reference to the image where he has marked so

14  that there's a record of where he has placed the mark.  But

15  just describe it.

16          And then, Mr. Brennwald, on cross you can

17  obviously use the same exhibits and ask him to re-mark where

18  he was, if you need an image to depict that.

19          MR. BRENNWALD:  Okay.  Thank you.

20          (This is the end of the bench conference)

21          MR. MANNING:  Thank you for your patience, Officer

22  Vargas.

23          I'll just say for the record that the area that

24  Officer Vargas circled to describe what we've been calling

25  the vestibule or the room between two doors is a small

1    anteroom leading into the larger semicircular room that is

2    the House Chamber.

3              THE COURT:  Right in the middle.

4              MR. MANNING:  Right in the middle.

5    BY MR. MANNING:

6    Q.  In this small room with the two doors in front of the

7    House Chamber, can you describe the doors that are in the

8    front and the doors that are in the back?

9              And sorry, to be more clear, let me withdraw that

10   question.  Withdrawn.

11             Is there a long hallway that runs across this

12   House Chamber?

13   A.  Yes, sir.

14   Q.  Mark that for the jury.

15   A.  Yes, sir.  (Witness complies)

16             It's this hallway.  I'll just mark the entire

17   hallway.  That is the entire hallway.

18             MR. MANNING:  Okay.  And the record will reflect

19   that Officer Vargas marked a long hallway from top to bottom

20   on the right side of what's described as the House Chamber.

21   Q.  And so if you were to enter the room with the two doors

22   that leads to the House Chamber from that long hallway, you

23   say there's two different sets of doors you'd have to go to?

24   A.  Yes, sir.

25             If I need to use an example, it's basically the

1    doors that we just entered into this room.  You have a door

2    on the exterior and a door on the interior.

3            So if we think of this room as the House Chambers,

4    we are technically in the chambers.  There's the door, the

5    room between two doors, and the exterior door that's right

6    outside of the hallway, if that makes sense.

7    Q.  Yes, thank you.

8            And so if you're entering that first set of doors

9    from the hallway --

10   A.  Yes, sir.

11   Q.  -- do those doors generally lock?

12   A.  No, sir.  They're -- normally they're of a -- they're

13   made out of glass, and they're normally open.  It's just an

14   area that's normally staffed if the room is open when the

15   members walk in.

16           But that particular door is not locked.  The

17   interior door, the second set of doors, is -- it's always

18   locked unless opened for the members.

19   Q.  And -- okay.  And was it your understanding that on

20   January 6th that interior door closest to the House Chamber

21   was locked?

22   A.  Correct, it was locked.

23           MR. MANNING:  We can take down 102.

24   Q.  When you positioned yourself in front of the House

25   Chamber, did you believe there were members of Congress

1    still inside?

2    A.  Yes.

3    Q.  And why did you believe that?

4    A.  Because that was the main room that they were doing the

5    voting.  But more importantly, because they were in session,

6    as I testified earlier, during the beginning of the riot to

7    the time that I approached with my team and positioned them

8    there, so it never came out over the radio to evacuate the

9    room.

10         We're normally trained if the -- if there's a

11   threat outside of the building, they hold inside the

12   building the members, those that are on the floor.

13         In this situation, because it was something that

14   we never dealt with in the past, the threat actually was in

15   the exterior of the building, and they made their way inside

16   of the building; and since they were inside the building, we

17   never, from our command staff, was told to evac because we

18   didn't know where the threat was at that time.

19   Q.  Had you heard that the Senate had been evacuated?

20   A.  At that particular time when I was there, yes.  There

21   was no members on the Senate.  And that's why, quote-

22   unquote, the mob was working their way north to south, my

23   way, on that hallway from the Rotunda because the members

24   were no longer over there, so they believed that they were

25   still on our end of the building.

```
 1            MR. MANNING:  Okay.  I'd like to bring up
 2   Government's Exhibit 506.1.
 3   Q.  And, Officer Vargas, before I ask any specific questions
 4   about this video, I'll just ask you generally:  This is a
 5   13-minute segment of a video, sometimes referred to as the
 6   Jayden X video.  Have you seen this video segment before?
 7   A.  Yes, I have.
 8   Q.  And did you see yourself in the video multiple times?
 9   A.  Yes, sir.
10   Q.  And does the video fairly and accurately reflect what
11   you observed?
12   A.  Yes, sir.
13            MR. MANNING:  The government moves to admit --
14   pardon me -- 506.1.
15            MR. BRENNWALD:  Your Honor, we've already
16   discussed this, and the defense's position has not changed.
17            THE COURT:  So moved.
18            And, ladies and gentlemen, I believe, on this
19   video, you will see a legend -- and correct me if I'm wrong,
20   Counsel, but this is a third-party video taken by an
21   organization that Mr. Strand -- there's no evidence that he
22   is a part of, okay?
23            Is that fair, Mr. Brennwald?
24            MR. BRENNWALD:  That is correct.
25            THE COURT:  Okay.
```

```
1                    MR. MANNING:  Ms. Rouhi, if you could start
2         playing the video and pause at 37 seconds.
3                    (Video playing)
4         Q.  Officer Vargas, do you recognize yourself on the screen?
5         A.  Yes, sir.
6         Q.  Can you circle yourself for the jury.
7         A.  (Witness complies)
8         Q.  And those sets of doors that we were discussing
9         earlier --
10                   MR. MANNING:  Oh, and let the record reflect that
11        Officer Vargas circled the man in the Capitol Police uniform
12        standing apart from other Capitol Police officers at the
13        front of the screen.
14        Q.  And, Officer Vargas, those glass doors that we were
15        discussing earlier, are those the doors behind you and
16        behind that group of officers?
17        A.  Yes, sir.
18        Q.  And further behind that first set of doors, is that the
19        small vestibule area that we were discussing?
20        A.  Yes, sir.
21        Q.  And where the group of officers are standing, are they
22        standing in a hallway?
23        A.  Yes, sir, they are.
24        Q.  And does that hallway go off in both directions, to the
25        left and to the right?
```

1    A.  Yes, sir.

2    Q.  Approximately how many officers are with you at this

3    time?

4    A.  Approximately seven officers.

5              MR. MANNING:  Ms. Rouhi, if you could play another

6    ten seconds and pause at 47 seconds.

7              (Video playing)

8    Q.  What were you trying to communicate to these people at

9    this time?

10   A.  What I was explaining to the gentleman at the beginning,

11   he was trying to cross, and I advised him that I had formed

12   a police line, and that they're not to cross.

13             I was trying to make sure that everyone understood

14   that my presence in front of my police line was to let them

15   know that they are not to cross me.  If they were to cross

16   this area, they would be literally crossing a police line.

17   And basically what I was just trying to do was make sure

18   that my presence as a supervisor, to let them know that it

19   stops here.

20   Q.  And why did you choose to place the police line in that

21   place as opposed to any other place?

22   A.  I guess it went back to my training, sir, in reference

23   to leading by example.  I'm not going to put my officers in

24   a position of danger without putting myself there first.

25             It's letting them know that if something's going

1    to happen, they have to go through me first, and then we're

2    all going to be in somewhat of a team concept.

3            It was also to let the mob know that crossing me

4    was where the illegal activity was going to take place

5    because I'm giving them the opportunity to not cross me.

6    Because once they cross me, they're heading towards my

7    police line, and that's that buffer that if you don't want

8    to commit a crime, this is your opportunity to walk away.

9    Q.  Well, and behind that -- what's behind that police line

10   that you're trying to protect?

11   A.  I was trying to protect the House Chambers with all the

12   members in there.

13           MR. MANNING:  Can we, Ms. Rouhi, play again to

14   1:11 and pause.

15           (Video playing)

16   Q.  Officer Vargas, we just saw a large group spread out in

17   front of you in the hallway; is that right?

18   A.  Yes, sir.

19   Q.  Okay.  Is it fair to say at this time that you didn't

20   know how -- you didn't know specifically how all of those

21   people had gotten into the building?

22   A.  No, I did not.  From what direction nor where they came

23   in from the building -- into the building, no, I did not.

24   Q.  So fair to say that you don't know one way or the other

25   whether they had committed any illegal activity at that

1    point?

2    A.  I mean, it did come over the radio that the building was

3    breached, so that means everybody that was in the

4    building -- a large majority of the people in the building

5    had not gone through security, so we don't know what was in

6    the building at that point.

7            MR. MANNING:  Ms. Rouhi, can you play again until

8    two minutes, eight seconds, and pause.

9            (Video playing)

10   Q.  Officer Vargas, do you see a man towards the middle of

11   the screen wearing a green helmet?

12   A.  Yes, sir, I do.

13   Q.  Can you circle him for the jury.

14   A.  (Witness complies)

15           MR. MANNING:  And let the record reflect that at

16   two minutes, eight seconds of the video Officer Vargas drew

17   a circle around a man in the middle of the screen with a

18   black mask and a green helmet.

19   Q.  Officer Vargas, have you seen a lot of protests in your

20   years on Capitol Police?

21   A.  Yes, sir, I have.

22   Q.  In your experience, do people often wear gear like that

23   to protests?

24   A.  No, sir, they do not.

25   Q.  Now, at this point, approximately how many people appear

1    to be in this crowd in front of you?

2    A.  By the looks of it, without counting, approximately 20

3    to 25 people.

4              MR. MANNING:  Ms. Rouhi, can you play until three

5    minutes and 11 seconds and pause.

6              (Video playing)

7    Q.  Officer Vargas, do you recall this man in the gray

8    jacket and the mustache who had just said "give me a minute"

9    and had his hands up?

10   A.  Yes, sir.

11   Q.  As far as you could tell, what was he trying to do here?

12   A.  It was unclear at the time.  By watching the video, it

13   seems like he was trying to stop the mob from continuing

14   into the room.

15   Q.  And do you recall if that had any success?

16   A.  No, it did not.

17             MR. MANNING:  Ms. Rouhi, can you play until three

18   minutes, 40 seconds, and pause.

19             (Video playing)

20   Q.  Officer Vargas, can you describe where you are on this

21   screen here.

22   A.  I am the gentleman right here.  (Indicating)

23   Q.  Is that the same hat you have with you today?

24   A.  Yes, sir, it is.

25   Q.  Do you remember this woman in front of you?

1     A.  Yes, the young lady in front of me, I do.

2     Q.  And when you say "young lady," you're referring to the

3     lady with the gray hair?

4     A.  Yes, sir.

5     Q.  And what is she holding?

6     A.  She's holding what appears to be a piece of a flagpole,

7     so it's basically a -- a good -- a stick of approximately

8     two and a half, three inches thick.

9          MR. MANNING:  And, I'm sorry, for the record, let

10    the record show that previously, when I asked him to

11    identify himself, Officer Vargas circled the man on the left

12    side of the screen with his back to the camera.

13    Q.  That stick that you just described, Officer Vargas, that

14    the lady was holding, what was she doing with it?

15    A.  She was using it as a barrier to push or to forceful --

16    for lack of words, basically using it to provide an area

17    where it could be pushed towards me and, since it was larger

18    than me, cause me to lose balance, per se.  She was using it

19    as a barrier to push me at the time.

20         MR. MANNING:  Ms. Rouhi, can you play until four

21    minutes and 30 seconds and pause.

22         (Video playing)

23         MR. MANNING:  Can you pause that.

24    Q.  Is that the same stick in the lady's hands?

25    A.  Yes, sir.

1          MR. MANNING:  We can continue until four minutes,

2     30 seconds.

3               (Video playing)

4     Q.  And, Officer Vargas, the man in the middle of the screen

5     with his back to us with the black hat on, is that you

6     again?

7     A.  Yes, sir, it is.

8               MR. MANNING:  Ms. Rouhi, can you play just three

9     seconds and pause.

10              (Video playing)

11    Q.  Officer Vargas, do you see a man in black sunglasses

12    towards the bottom left of the screen?

13    A.  Yes, sir.

14    Q.  Can you circle him for the jury.

15    A.  (Witness complies)

16              MR. MANNING:  And the record will reflect that

17    Officer Vargas circled a man who is about the fourth man in

18    from the left corner, bottom left corner of the screen.

19    Q.  Of all the people in this crowd, Officer Vargas, do you

20    remember anything in particular about the man you just

21    circled?

22    A.  No, sir.

23    Q.  How come?

24    A.  Unfortunately at that particular time my attention was

25    not only to one individual, but it was to a multitude of

 1   things that were confronted to me, which this picture shows.

 2   Q.  And earlier you had estimated that the group in front of

 3   you was about 20 people.  At this point had the group gotten

 4   bigger?

 5   A.  It got way bigger.  And there was -- again, I'm paying

 6   attention to what I will consider a weapon in the building.

 7   Q.  And you had described earlier that your officers were

 8   trying to hold the line; is that fair to say?

 9   A.  Yes, sir.

10   Q.  And all things being equal, when you're trying to hold

11   the line, is it easier to hold the line against a small

12   group than a bigger group?

13   A.  Absolutely.

14        MR. MANNING:  Ms. Rouhi, can you play until five

15   minutes, 44 seconds and pause.

16        (Video playing)

17   Q.  Officer Vargas, do you see the same man that we had

18   previously circled with the black hair and black sunglasses

19   on the bottom left side of the screen?

20   A.  Yes, sir.

21   Q.  Can you circle him for the jury.

22   A.  (Witness complies)

23        MR. MANNING:  And let the record reflect that

24   Officer Vargas circled a man with black hair and black

25   sunglasses about four men in from the left corner of the

1    screen.

2              Ms. Rouhi, can you play until seven minutes, one

3    second and pause.  Seven minutes, one second.

4              (Video playing)

5              MR. MANNING:  Can you pause it.

6    Q.  Did you hear a sound there, Officer Vargas?

7    A.  I heard multiple sounds, sir.  I'm sorry.

8    Q.  Sorry.

9              MR. MANNING:  Could we -- why don't we play that

10   again from 44.

11             (Video playing)

12             MR. MANNING:  Pause.

13   Q.  Officer Vargas, is that you in the left side of the

14   screen looking over your right shoulder?

15   A.  Yes, it is.

16   Q.  Do you recall anything calling your attention at this

17   time?

18   A.  I was -- at that particular time there was other noises,

19   but I was paying attention to the gentleman that was coming

20   up from our rear.

21             MR. MANNING:  Ms. Rouhi, can you continue and

22   pause at seven minutes and one second.

23             (Video playing)

24   Q.  Officer Vargas, do you hear that man say something along

25   the lines of:  We can go in this room if we are calm and

1    commit to no violence?

2    A.  Yes, sir, I did.

3    Q.  Did you tell any of these people that under any

4    circumstances they could go into the House Chamber?

5    A.  Absolutely not.

6    Q.  Did you hear any of your fellow officers say anything

7    like that?

8    A.  Absolutely not.

9         MR. MANNING:  Ms. Rouhi, can you play 18 seconds

10   until 7:19 and pause.

11        (Video playing)

12   Q.  Officer Vargas, on the left side of the screen do you

13   see the same man in the sunglasses?

14   A.  Yes, sir.

15   Q.  Can you circle him again.

16   A.  (Witness complies)

17   Q.  What does the man immediately behind him appear to be

18   wearing on his head?

19   A.  Are we speaking of the white helmet or the black helmet?

20   Q.  Yes, the white helmet.

21   A.  It looks like a -- some type of construction helmet with

22   some type of eye protection, and it looks like a United

23   States bandana or some type of covering over his mouth.

24        MR. MANNING:  And let the record reflect that

25   Officer Vargas drew a circle around an individual in the

1   left side of the screen, just one individual to the right of

2   the edge of the image.

3   Q.  And on the other side of the man we circled, do you also

4   see someone in the foreground who is also wearing a helmet?

5   A.  Yes, sir.

6           MR. MANNING:  Ms. Rouhi, please continue playing

7   until seven minutes and 50 seconds, 5-0, and pause.

8               (Video playing)

9   Q.  Officer Vargas, just at the end there did you hear

10  someone say, "It's starting, it's starting"?

11  A.  Yes, sir, I did.

12  Q.  What was starting to happen at this time?

13  A.  Unfortunately, soon right after this, there was some

14  liquid on the floor so it made it a little harder for us to

15  hold our position, but the mob began to forcefully push us

16  and started their forward movement towards the area that I

17  was trying to protect.

18  Q.  Which area was that?

19  A.  Which was the House floor.

20  Q.  And did you try to hold that mob off?

21  A.  We did the best we could.

22  Q.  And what prevented you from doing so?

23  A.  The pure weight or the size of the crowd that was

24  pushing our way.  We were overpowered.

25          MR. MANNING:  Ms. Rouhi, can you play until eight

 1    minutes and four seconds and pause.

 2              (Video playing)

 3    Q.  Officer Vargas, you testified earlier that between the

 4    line of officers -- sorry, withdrawn.

 5              You testified earlier that near the line of

 6    officers behind you there was a hallway going in both

 7    directions; is that right?

 8    A.  Yes, sir, uh-huh.

 9    Q.  And is this the hallway that we see behind the gentleman

10    in the black hat?

11    A.  Yes, sir, the same hallway, and the same amount of space

12    is behind the camera as well.  So the hallway goes in the

13    same direction in the other direction, if that makes sense.

14    Q.  Thank you.

15              MR. MANNING:  Ms. Rouhi, can you play just seven

16    more seconds to 8:11.

17              (Video playing)

18    Q.  Officer Vargas, where are you in this moment?

19    A.  Unfortunately at this point I was already pushed into

20    the room between two doors, and that is where I got pushed

21    all the way in.

22              And right before you get to the second set of

23    doors, there's three steps.  Because I was being pushed, I

24    wasn't looking behind me, and that's where I tripped, and I

25    hit my head up against the marble statues that are there in

1    that area between two rooms.

2    Q.  Were you wearing a helmet at the time?

3    A.  No, I was not.

4    Q.  You had just that hat?

5    A.  Yes, sir.

6    Q.  Did it hurt to hit your head against the statue?

7    A.  The pure force of the amount of weight that was being

8    pushed by the mob, it kind of -- when I smacked my head --

9    it's something that I normally don't do, walk around

10   smacking marble with your head -- it kind of dazed me for a

11   minute.  And then I had to start thinking of what I'm

12   carrying on my person at that time.

13   Q.  Were you concerned about what you were carrying on your

14   person at the time?

15   A.  I didn't want to lose consciousness.  So yes, I was -- I

16   was dazed.

17           It was quick.  The impact was forceful.  Thank God

18   I didn't lose conscious.

19           But yes, now, as it shows in the video where it's

20   paused, I'm in the very small area surrounded by personnel,

21   and it's just me where I'm now surrounded by all these

22   people that have already showed what their intent was.

23           Unfortunately, at that point, I'm thinking of I

24   don't want to be overpowered where now I'm putting either

25   myself or my fellow officers in danger by losing anything on

1    my belt.  Of course, I'm a police officer.  I'm armed.  I

2    was concerned about my weapon or anything else, pepper

3    spray, anything that could be used to empower the mob at

4    this point.

5              MR. MANNING:  Ms. Rouhi, can you play until eight

6    minutes, 30 seconds and pause.

7              (Video playing)

8              MR. MANNING:  Six more seconds, please.

9              (Video playing)

10   Q.  Do you hear the crowd there chanting "Stop the steal"?

11   A.  Yes, sir.

12   Q.  Is that something you remember hearing a lot of on

13   January 6th?

14   A.  Yes, sir, amongst other things as well.

15   Q.  Could you circle yourself in this picture.

16   A.  I'm right here.

17             MR. MANNING:  And let the record reflect that

18   Officer Vargas circled himself wearing a black Capitol

19   Police hat all the way to the right of the group of people

20   in front of a door.

21   Q.  And, Officer Vargas, in the middle of the picture, at

22   sort of the front of this group of people, you see there's a

23   closed door?

24   A.  Yes, sir.

25   Q.  What's immediately on the other side of that door?

1    A.  The House, main floor of the House Chambers.

2    Q.  And do you see the door immediately next to your head?

3    A.  Yes, sir.  The glass door.

4    Q.  Is that the door that you described does not lock?

5    A.  Yes, sir.

6    Q.  And the door to the House Chamber at this time, is that

7    locked?

8    A.  Yes, it is.

9    Q.  Were you concerned that even though the door is locked,

10   that this group might somehow get through the door?

11   A.  Yes, sir, because I just experienced the pure force of

12   the mob at that time.

13   Q.  Was there anything that the mob was carrying, things

14   that you saw people have in their hands, that also made you

15   concerned?

16   A.  As I testified to just earlier, yes, I was purely

17   looking at what was -- what could be used as a weapon, as an

18   improvised weapon.

19           When we're -- when the public is allowed into the

20   Capitol building or to any buildings on Capitol grounds,

21   there are certain things that they cannot carry into the

22   building because it can be used as weapons.

23           These particular -- it illustrates in this still

24   of the video where there is multiple flags that are being

25   carried into the building, where the flagpole itself can be

1    used as a weapon not only to police but to staff or

2    visitors.

3    Q.  So -- I'm sorry to interrupt you.

4          So is it your understanding that even if someone

5    was going through the visitors center in a normal way, they

6    couldn't fly flags like this?

7    A.  Absolutely not.

8          MR. MANNING:  Ms. Rouhi, can you play again and

9    pause at nine minutes and three seconds.

10         (Video playing)

11   Q.  In the lower right of the screen, do you see the same

12   man -- sorry, do you see a man in black hair and sunglasses?

13   A.  Yes, sir.

14   Q.  Does that appear to be the same man you've been circling

15   previously?

16   A.  Yes, sir.

17   Q.  Can you circle him.

18   A.  (Witness complies)

19         MR. MANNING:  And let the record reflect that

20   Officer Vargas circled the image of a man at the bottom of

21   the screen right below a white statue at nine minutes, three

22   seconds in the video.

23   Q.  You testified earlier that you believe you hit your head

24   on one of the statues.  Is that visible in the video?

25   A.  Yes, sir, it is.

1              MR. MANNING:  Ms. Rouhi, please continue to play

2      until nine minutes and 19 seconds.

3              (Video playing)

4      Q.  Officer Vargas, are you in this video?

5      A.  Yes, I am.

6      Q.  Can you identify yourself?

7      A.  I'm right here.

8              MR. MANNING:  Officer Vargas circled a man in the

9      Capitol Police hat and towards the left side with his head

10     above a man with a red hat.

11     Q.  Officer Vargas, is this what you described earlier about

12     your efforts to get out of this room?

13     A.  Yes, sir.  As I testified earlier, when I was up against

14     that wall, I was at a very -- that was in a location where I

15     was -- as I stated earlier, I was worried about my weapon.

16             There was a lot of people on my weapons side at

17     the time, and although I was holding my collapsible baton, I

18     was always having my elbow on my weapon because that was my

19     concern.  I didn't want to empower them with a weapon under

20     these circumstances because of where I was at, and more

21     importantly for my safety.

22             What I was doing there is I used my collapsable

23     baton at that time to help me push them off, as the video

24     illustrated, that I was just basically trying to get out of

25     there.

1          MR. MANNING:  Ms. Rouhi, can we play again until

2     ten minutes and eight seconds and pause.

3               (Video playing)

4     Q.  Officer Vargas, do you see in the lower right corner of

5     the screen the man with the black hair and sunglasses?

6     A.  Yes, sir.

7     Q.  Can you circle him.

8     A.  (Witness complies)

9          MR. MANNING:  And let the record reflect that

10    Officer Vargas circled an individual with black hair and

11    sunglasses in the bottom right corner of the screen.

12    Q.  Other than the events of this day, had you been in this

13    small room plenty of other times as well?

14    A.  Yes, sir, I have.

15    Q.  So you're familiar with the size and shape of the room?

16    A.  Yes, sir, I am.

17    Q.  Okay.  Is it fair to say that the man you circled is

18    within ten feet of that door?

19    A.  Actually closer, yes.

20          MR. BRENNWALD:  I'm sorry, I didn't hear the

21    question.

22    Q.  The question was:  Is it fair to say that the man he

23    just circled is within ten feet of the door?

24    A.  Yes, sir.

25    Q.  And what direction does he appear to be facing?

1    A.   Towards the chambers, towards the door.

2              MR. MANNING:  Ms. Rouhi, can you play again until

3    ten minutes, 25 seconds and pause.

4              (Video playing)

5    Q.   What just happened to the door there?

6              MR. MANNING:  Why don't we -- sorry.  Why don't we

7    bring it back to ten minutes and 15 seconds.

8    Q.   And I'll ask Officer Vargas if you'll just direct your

9    attention to the House Chamber door.

10             (Video playing)

11   A.   It appears that they're striking the glass with the

12   flagpole in attempts to break the window.

13   Q.   Is that the kind of thing that you were concerned would

14   allow that group to get into the House Chamber?

15   A.   Absolutely.

16             MR. MANNING:  Ms. Rouhi, can you play again until

17   ten minutes and 41 seconds and pause.

18             (Video playing)

19   Q.   Do you hear a reference to "use your Kevlar"?

20   A.   Yes, sir.

21   Q.   What is Kevlar?

22   A.   Kevlar is a material that's made for tactical helmets,

23   tactical vests.

24   Q.   What's the purpose of it?

25   A.   It's extremely hard, and it's to allow someone to be

1   struck and -- from a military standpoint, if you're wearing

2   a Kevlar helmet, you can take a round to the head, and it

3   won't go through.  So it's extremely hard.

4   Q.  In your experience working at the Capitol, do people

5   often wear Kevlar to protests?

6   A.  They're not allowed to, no.

7           MR. MANNING:  Ms. Rouhi, can you play again to ten

8   minutes, 50 seconds and pause.

9           (Video playing)

10  Q.  And, Officer Vargas, I just want to direct your

11  attention to -- there's a flag standing up in the middle of

12  the screen.

13  A.  Yes, sir.

14  Q.  And then immediately to the right, are you in this

15  image?

16  A.  Yes, sir, I am.

17  Q.  How do you know?

18  A.  If I may, I can circle myself.

19  Q.  Yes, please do.

20  A.  (Witness complies) I'm the gentleman right here wearing

21  the hat.

22  Q.  Is there something distinct about your hat?

23  A.  There's a bent badge, and of course my gold brim

24  represents my rank.

25          MR. MANNING:  And let the record reflect that

1    Officer Vargas circled a black hat in the crowd against the

2    wall two-thirds of the way over from the left side of the

3    screen.

4              Ms. Rouhi, can you play -- Ms. Rouhi, can you play

5    again until 11 minutes, 36 seconds, and pause.

6              (Video playing)

7    Q.  Officer Vargas, do you see the same man in the

8    sunglasses and black hair to the right side of the screen?

9    A.  Yes, sir.

10   Q.  Could you circle him.

11   A.  (Witness complies)

12             MR. MANNING:  Let the record reflect that Officer

13   Vargas circled a man with black hair and sunglasses toward

14   the right corner of the screen.

15   Q.  Does he appear to be at approximately the same place

16   that we last circled this individual?

17   A.  Yes, sir.

18             MR. MANNING:  Ms. Rouhi, can you play until 12

19   minutes, 19 seconds, and pause.

20             (Video playing)

21   Q.  Do you see the same man with the black hat and

22   sunglasses below the white statue?

23   A.  Black hair and sunglasses?

24   Q.  Yes.

25   A.  Yes, sir.

```
1    Q.  I'm sorry if I misspoke.  Can you circle him.

2    A.  Right here. (Witness complies)

3              MR. MANNING:  And let the record reflect that

4    Officer Vargas circled the man with black hair and

5    sunglasses below the white statue, although a little

6    obscured in reference to the name of the video.

7              Ms. Rouhi, please play until 12 minutes, 34

8    seconds and pause.

9              (Video playing)

10   Q.  And, Officer Vargas, I apologize if I asked this

11   previously, but do you see these poles in the picture?

12   A.  Yes, sir, I do.

13   Q.  And are these poles allowed through Capitol security?

14   A.  Absolutely not.

15   Q.  And to your knowledge, had any of the people in this

16   room been through security?

17   A.  No, sir.

18             MR. MANNING:  Ms. Rouhi, can you continue playing.

19             (Video playing)

20   Q.  Did you hear the crowd chanting "break it down" just

21   now?

22   A.  Yes, sir.

23   Q.  And do you see the same man in the black hair and

24   sunglasses by the white statue?

25   A.  Yes, sir.
```

```
 1   Q.  Can you circle him.

 2   A.  (Witness complies)

 3           MR. MANNING:  And let the reflect that Officer

 4   Vargas circled a man with black hair and black sunglasses

 5   towards the center of the screen below a white statue.

 6           Ms. Rouhi, please play the video to the end.

 7           (Video playing)

 8   Q.  Moving on from that, Officer Vargas, on January 6th did

 9   you hear calls from other officers for help on the radio at

10   all during the day?

11   A.  Yes, sir.

12   Q.  Did you hear a lot of them?

13   A.  I'm sorry?  Repeat the question.

14   Q.  Did you hear a lot of them?

15   A.  Over the radio, yes, I did.

16   Q.  Were you able to respond to all of them?

17   A.  Unfortunately not.

18   Q.  Why not?

19   A.  I had a responsibility to the library community because

20   of that device that I testified earlier.  And more

21   importantly, when I did arrive there to the east front of

22   the Capitol on the steps, and when I was inside, it was

23   just -- it was just overwhelming.  You couldn't respond to

24   everything that was coming over the radio because you were

25   being confronted with what was in front of you at that time.
```

1    Q.  So if you had heard any radio calls during the whole

2    video segment we just watched, would you have been able to

3    respond to anyone at that time?

4    A.  Absolutely not.

5              MR. MANNING:  Nothing further, Your Honor.  Thank

6    you.

7              THE COURT:  Mr. Brennwald.

8                        CROSS-EXAMINATION

9    BY MR. BRENNWALD:

10   Q.  Good afternoon, Officer Vargas.

11   A.  Good afternoon, sir.

12   Q.  How are you?

13   A.  Emotional.

14   Q.  Did you get your sandwich?

15   A.  Yes, sir, I did.

16   Q.  Okay.

17             MR. BRENNWALD:  Could we pull up, Ms. Rouhi --

18   sorry, it will keep you warm -- Government's Exhibit 101,

19   please.  Thank you.

20   Q.  Officer Vargas, in your earlier testimony when asked by

21   Mr. Manning about where you went in, you went in on the

22   first floor initially and took the elevators somewhere.

23   Just show me where it was that you took the elevators, sir.

24   A.  Yes, sir.

25             I came in through the Memorial door of the

1    Capitol, which is right here.

2    Q.  Okay.

3    A.  Proceeded through the building making a left going down

4    the hallway to where the elevator banks are, and took that

5    up to the second floor.

6    Q.  All right.  Let me ask you this:  Is the House Chamber

7    that we've been talking about above where you're pointing

8    right here?

9    A.  Yes, sir, it is.

10   Q.  The House Chamber is actually pretty tall, though, isn't

11   it, from floor to ceiling?  It's not like a regular floor 10

12   feet or 15 feet, correct?

13   A.  I'm sorry, sir, are you speaking of is there high

14   ceilings, a gallery?

15   Q.  The actual House Chamber where the members meet.

16   A.  Yes, sir.

17   Q.  Is that right above this?

18   A.  Yes, sir, it is.

19   Q.  Okay.  And that's a very large room, correct?

20   A.  Yes, sir.

21   Q.  So when you get --

22           MR. BRENNWALD:  Can we go to 102, please.

23   Q.  So when you got up off the elevators, where did you go

24   again?

25   A.  I came off of the elevators, and I came down the hallway

1    this way where I was with my officers here, and I was there.

2    Q.  Okay.  And we saw in this video, 506.01, where you were

3    initially positioned with other officers behind you,

4    correct?

5    A.  Correct.

6    Q.  And just to be clear, at the bottom of this exhibit, No.

7    102, it talks about the east front, and the top of the

8    exhibit talks about the west front.  Were you familiar that

9    day with -- strike that.

10          The east front where it says east front --

11   A.  Yes, sir.

12   Q.  -- is there a huge -- I don't know what it's made out of

13   -- marble concrete plaza out there on the east front in

14   front of the Capitol?

15   A.  If I may answer that correct, there is a plaza.  I'm not

16   familiar with the material, sir.

17   Q.  But it's a very large area outside, right?

18   A.  Yes, sir, it is.

19   Q.  Okay.  And when House members come in to work at the

20   House, they come in through a guard gate, which I think you

21   guys are redoing now, and there are these little metal

22   barriers that keep people who are not supposed to come in

23   from coming in?

24   A.  Yes, sir, there is.

25   Q.  And then they would come in through here, and sometimes

1    they're dropped off in front of the building here, correct?

2    A.  Sometimes it's -- mostly the Members go through their

3    designated doors.

4        What I mean is -- if I may, if I may mark on this?

5    Q.  Sure.  Let me clear my mark.

6    A.  When they come in through the barriers, they're for

7    vehicular traffic, pedestrians can still come in.  We do

8    have barricades that are all the way around the east in

9    reference to it.  They're bike racks to keep the pedestrians

10   on the sidewalks.

11       But when a vehicle comes in and it drops off the

12   members, the members normally -- they come in this way, and

13   they enter underneath the steps.  There's -- it's like a

14   carriage entrance, per se, and they enter underneath when

15   they get dropped off.

16       When they do park out here, they do walk in, but

17   they normally go in through those designated doors.

18   Q.  Okay.  This whole area on the east front is flat and

19   pretty large, correct?

20   A.  Yes, sir.

21   Q.  And on the west front, it's actually -- there are some

22   steps, different levels of steps and terraces, correct?

23   A.  Yes, sir.

24   Q.  And then there's eventually a lot of grass heading down

25   towards the pool on the bottom?

1    A.   Correct.  On the sides, there's grass areas.

2    Q.   And the Supreme Court would be this way, correct?

3    A.   Correct.  It will be exactly where the arrow is where on

4    this side the Library of Congress/Jefferson building is.

5    Q.   Okay.  Thank you.

6             You said earlier in your testimony that you were

7    told that the mob had breached the west side of the

8    building; is that correct?

9    A.   I wasn't told.  I heard it over the radio, sir.

10   Q.   You were told or heard it over the radio, okay.  That's

11   fine.

12   A.   I'm just trying --

13   Q.   You weren't told specifically.  You just heard a

14   broadcast?

15   A.   Correct.

16   Q.   Okay.  Sorry to mix that up.

17   A.   No worries.  I just want to be clear.

18   Q.   So the west -- they would have breached the west side,

19   which would be at the top right side of this Exhibit 102?

20   A.   When they came over the radio, when they said that they

21   had breached the west front, it wasn't specific to the House

22   or Senate.

23             The west front, if I may again -- I do

24   apologize -- is all of this area.

25             MR. BRENNWALD:  Okay.  All right.  Can we go to

```
 1    506.01, and could we go to 1:11, please.

 2              (Video playing)

 3              MR. BRENNWALD:  Okay.  Stop it there, please.

 4    Q.  Do you see this man here I'm pointing out?

 5    A.  Yes, sir.

 6    Q.  You talked about him earlier in your testimony, correct?

 7    A.  Yes, sir.

 8    Q.  And he was the very first person at the front of this

 9    line at that time, correct?

10    A.  Yes, sir.

11    Q.  Even ahead of this young lady in the gray hair, right?

12    A.  Yes.

13    Q.  Okay.  And he was talking to you at some point?

14    A.  Yes.

15    Q.  Do you know what he was talking about?

16    A.  He was trying to, quote-unquote, negotiate for me to let

17    him and his peers, I guess, or the mob pass.

18    Q.  Okay.

19    A.  He was trying to be like the peaceful guy.

20    Q.  Okay.  And -- okay.

21              MR. BRENNWALD:  Keep going, please.

22              (Video playing)

23              MR. BRENNWALD:  Stop it there.

24    Q.  So that man is still there, right?

25    A.  Yes, sir.
```

1    Q.  And he's still at the front of the line?

2    A.  He actually moved beyond me, and he was in front of

3    several of my officers, yes.

4    Q.  Right.  And at that point is he still trying to let you

5    let him through?

6    A.  At this point I really didn't know what he was doing.  I

7    was more concerned who was in front of me at the time.

8            The video does illustrate that he's, again, still

9    having conversations with other officers.

10   Q.  Okay.  You referred to him earlier as what you perceived

11   as a peacemaker, right?

12   A.  That was what it appeared at the time, yes.

13   Q.  And then there was another man who appeared to you --

14   you haven't mentioned this yet, but there was another man

15   who appeared to you to be an agitator who was trying to get

16   everybody's attention.  Do you remember that?

17   A.  Are we speaking of the gentleman that comes from behind

18   us yelling?

19           MR. BRENNWALD:  Why don't we move forward to

20   3:40 -- I'm sorry, 4:30.  4:30.

21           (Video playing)

22           MR. BRENNWALD:  All right.  Stop right there.

23   Q.  Did you hear that person yelling?

24   A.  I'm sorry, can we play it again?

25           I do apologize.  I really want to answer it

1   correctly because, again, I'm hearing a lot of things.

2   Q.  Right, right.

3           MR. BRENNWALD:  Go back, Ms. Rouhi.

4           That's fine.  There is fine.

5           (Video playing)

6   Q.  Do you hear that, "Be quiet, be quiet"?

7   A.  Oh, yes, I heard a whistle and someone saying "Be quiet,

8   be quiet."

9   Q.  Okay.  And you recall that that person here was trying

10  to get the crowd's attention, but he eventually told them to

11  move forward, and that's what caused the whole crowd to go

12  through?

13  A.  I do recall the video of the gentleman, yes, trying to

14  get everyone's attention.  And I don't recall him actually

15  saying:  Move forward.  He was saying that:  We could go

16  into the area if we go in peacefully and quietly.

17  Q.  Okay.  Do you remember giving a statement about your

18  recollection of these events on January 28, 2021, basically

19  22 days after this happened?

20  A.  Do I remember?

21  Q.  Yes.

22  A.  I do apologize.  No, I don't, not off recollection.

23  Q.  Okay.  Did you ever speak to any FBI agents about your

24  recollection of that day at the field office here?

25  A.  I do apologize, on that particular day or --

1    Q.  No, on January 28th of 2021.

2    A.  I do apologize.  I've spoken to a lot of FBI agents.

3    Q.  Okay.

4    A.  I don't --

5    Q.  Have you reviewed any documents that concern your prior

6    statements to the government before you came into court

7    today, either with the prosecutors or anybody else?

8    A.  I cannot recall.

9    Q.  Okay.

10             MR. BRENNWALD:  I'm going to mark Defense 102.

11   It's actually on old-fashioned paper.  I'm going to show it

12   to the government.

13             The government's going to object so I'm going to

14   try to do it differently.

15   Q.  Officer Vargas, do you recall telling an FBI agent back

16   on February 28th -- 26th, 2021, that there was an unknown

17   subject who yelled "Let's go" and started waving his hands

18   which caused the other protesters to charge?  And then you

19   told this FBI agent, "The protesters never would have

20   charged and no one would have gotten hurt if that person had

21   not done that."

22             Do you recall that?

23   A.  I do recall something to that entry, yes, sir.

24   Q.  Okay.  Is the person who we just saw trying to get

25   everybody's attention that person?

1    A.  Yes, sir.

2    Q.  Okay.  And, again, to be clear, your statement 22 days

3    after this happened was that if that person hadn't done what

4    he did, none of this would have happened.  Nobody would have

5    moved forward.  Nobody would have got hurt.  Is that right?

6    A.  That's fair to say, because my presence at the time,

7    everybody was -- illustrated in the video that at that

8    particular time nobody was trying to pass my police line.

9    Q.  Okay.  Thank you.

10            MR. BRENNWALD:  Can we go to 4:33, please,

11   Ms. Rouhi.  4:33.

12            (Video playing)

13            MR. BRENNWALD:  Oh, no, right there is fine.

14   Right there is fine actually.  No, I mean, you can just

15   leave it right there.

16   Q.  Do you see this gentleman here that you've been circling

17   this afternoon?

18   A.  Yes, sir.

19   Q.  Okay.  Do you see this right here?

20   A.  Are we speaking of just the hair, sir?

21   Q.  Yes.

22   A.  Yes, I do see it.

23   Q.  Can you tell if that's a man or a woman from that

24   picture?

25   A.  Unfortunately not.  No, I cannot.

 1   Q.  Certainly not these days.

 2   A.  I'm sorry, sir?

 3   Q.  Certainly not these days, right?

 4           I'm not asking you to comment.

 5           MR. BRENNWALD:  Okay.  Keep going.

 6           So can we go, Ms. Rouhi, to 4:35, please.

 7   Q.  Okay.  What would you describe the crowd density like

 8   right there?

 9   A.  As far as in numbers or just -- when you say "density,"

10   can you clarify?

11   Q.  How thick, how full it was.  Was it sparse?  Was it

12   full?

13   A.  I mean, it's pretty large in numbers.

14   Q.  Okay.  I'm going to circle this again here.  Does that

15   look like the hair of the same person who was in front of

16   that gentleman in the glasses earlier, a few seconds ago?

17   A.  By what I saw in the video, yes, it does appear to be

18   the same person.

19   Q.  And you can't tell if that's a man or a woman at this

20   point?

21   A.  Unfortunately, in today's society there are a lot of

22   males that have long hair.

23   Q.  Right.

24   A.  So I can't physically say that that's a male or a female

25   by what I'm seeing.

```
 1    Q.  I got it.
 2                MR. BRENNWALD:  Can we go to 5:44, please.
 3                (Video playing)
 4                MR. BRENNWALD:  Stop it there.
 5    Q.  Did you see that same man in that video on the left
 6    side?
 7                MR. BRENNWALD:  Let's go back a little bit.
 8                (Video playing)
 9    A.  Are we speaking of the gentleman that I've been circling
10    the whole time?
11    Q.  Yes.
12    A.  Yes, sir, he's right here.  Do you want me to circle
13    him?
14    Q.  Whenever you watched this -- have you watched this video
15    before you came to court today?
16    A.  I've been shown -- yes, I have.
17    Q.  Okay.  How many times would you say you've seen this?
18    A.  Unfortunately I dream of this day, so it will be
19    something that I can't physically say that I haven't seen on
20    the news.  There's a movie.  I've seen the video.  I've seen
21    myself.
22    Q.  I'm talking about this video --
23    A.  This particular video itself, I can say maybe a handful
24    of times.
25    Q.  Okay.  Throughout the entire video, whenever you've
```

1    pointed out this person here, have you ever seen him or

2    heard a sound that sounds like it's coming from him yell at

3    all while everybody else is yelling?

4    A.  By what appears in the video, by what I've seen for

5    the -- no, but I can't testify to say that he never spoke.

6    Q.  Right.  Just what you've seen here, you've never heard

7    him yell, right?

8    A.  No, I have not.

9    Q.  And you don't see a MAGA hat or a Trump hat on his head

10   or anything, right?

11   A.  No, sir.

12   Q.  You don't see any kind of a helmet, weapon -- not

13   helmet.  A helmet, a mask, gas mask, anything like that,

14   right?

15   A.  I can't testify to him not having a weapon because he

16   never went through security.

17   Q.  Okay.

18   A.  His presence in the building at this time alone is

19   unlawful.

20          But in reference to him wearing a hat, no, I never

21   saw him wearing a hat.  No, I never saw him wearing a

22   helmet.

23          MR. BRENNWALD:  Let's go up to 7:19 again, please,

24   Ms. Rouhi.

25          MS. ROUHI:  What did you say?

```
1                MR. BRENNWALD:  7:19.  I'm trying to speak as
2        softly as Mr. Manning.
3                Yes, 7 minutes, 19 seconds.  Oh, I'm so sorry.
4        Let's stick with this one.
5                (Video playing)
6                MR. BRENNWALD:  Pause it there.
7        Q.  Do you see that same man right here?
8        A.  Yes, sir.
9        Q.  Okay.  Have they pushed you all back at this point, or
10       no?
11       A.  Well, we do have personnel behind me.
12       Q.  Okay.
13       A.  But nobody has forcefully started pushing us, no, sir.
14       Q.  Okay.  And this man's still at the front?
15       A.  It appears so, yes.
16       Q.  Towards the front.
17                All right.  Let's go up to -- well, first of all,
18       how dense or -- when I say "dense," how packed or how
19       unpacked does this room, spot, look at this point?
20       A.  The mob has grown in significant size.
21       Q.  All right.  My mom used to talk about a can of sardines.
22       Does it look like that type of thing, like it's packed in
23       like sardines?
24       A.  If we're speaking of a lot of people in an enclosed
25       environment, yes.
```

624

```
 1      Q.   Right.
 2      A.   I can't state what sardines look like in a can because
 3      I've never been in a can of sardines.
 4      Q.   And you're much younger than me so --
 5      A.   Unfortunately I can't say what that looks like.
 6               MR. BRENNWALD:   Can we go to 7:50, please.
 7               I won't age myself talking about sardines anymore.
 8      7:50, please.
 9               (Video playing)
10               MR. BRENNWALD:   I'm sorry, can we go back about
11      two seconds, please, or wherever I see that doorway.
12               Can you just go and stop it at 7 -- 8:00, I mean
13      eight, zero, zero.
14               One more.
15               One more.   Okay.   Right there.
16      Q.   So I see some doors there on the left of this image,
17      correct?
18      A.   Yes, sir.   The glass doors?
19      Q.   Yes.   Is that the first set of doors?
20      A.   That is the first set of doors in the room between two
21      doors.
22      Q.   Okay.   Did the people ever get inside of those doors?
23      A.   I'm sorry, sir, what people?
24      Q.   The people who were pushing forward.
25      A.   Oh, eventually the video does show that they overpower
```

1      me, which I am in the picture, and yes, they do happen to go

2      into that room between two doors.

3      Q.  And then there's a second set of doors after that,

4      right?

5      A.  Yes, sir.

6      Q.  And they never got through that, correct?

7      A.  The video doesn't show that they got through.

8      Q.  Okay.  Did you ever hear that they got through into the

9      House Chamber, that these people did?

10     A.  Not this particular door, no.

11             MR. BRENNWALD:  Okay.  Keep going, please.

12             (Video playing)

13             MR. BRENNWALD:  Pause it there.

14     Q.  There's an archway there, right, that goes into the --

15     towards the doors, an archway?

16     A.  Are we speaking about the glass, first set of doors?

17     Q.  Right above here, if you could see it.  There's an

18     archway, right, that goes into that --

19     A.  Oh, the doors are there, and then there is a glass over

20     top of it, yes.

21     Q.  Right.  Does it say House Floor there or House Chamber

22     there?

23     A.  Hmmm...

24             MR. BRENNWALD:  Why don't we keep going,

25     Ms. Rouhi, and see.

```
 1                    (Video playing)

 2              MR. BRENNWALD:  Stop it there.

 3    Q.  Do you see any signs there at all that say "House

 4    Chamber This Way" or "This is the House Chamber" or --

 5    A.  Not on top of that door, no.

 6    Q.  Okay.  How about right -- clear that one out.

 7              How about over this arch or anywhere around here?

 8    A.  No, sir.

 9    Q.  Okay.  How about back here where these metal doors are?

10    A.  No, sir.

11              MR. BRENNWALD:  Can we go to 8:36, please.

12              THE COURT:  Mr. Brennwald, how much longer do you

13    have?

14              MR. BRENNWALD:  About ten minutes.

15                    (Video playing)

16              MR. BRENNWALD:  Stop.

17    Q.  I don't know if you were following it, but right there

18    that man with the glasses and the hair, do you see that?

19              Did you see that before it stopped, or no?

20    A.  No, sir, I did not.  I do apologize, I did not.

21              THE COURT:  Mr. Brennwald, why don't we take a

22    short break.

23              Let's take our afternoon break, about ten minutes,

24    and then reconvene and see if you can streamline it, okay?

25              MR. BRENNWALD:  Yes, sir.
```

```
 1                    (Jury exits courtroom)

 2                    (Recess taken)

 3               THE COURT:  All right.  Welcome back, everyone.

 4     BY MR. BRENNWALD:

 5     Q.  Good afternoon, Officer Vargas.

 6               MR. BRENNWALD:  Can we go to 9:03, please, in

 7     Exhibit 506.01.

 8                    (Video playing)

 9               MR. BRENNWALD:  Stop right there.

10     Q.  So this is the guy you pointed to before in the area --

11     A.  Yes, sir.

12     Q.  I'm sorry?

13     A.  Yes, sir, the gentleman circled is --

14     Q.  What part of the hallway is he in at this point?  And I

15     mean left side?  Right side?  Middle?

16     A.  He's in the left side of the room between two doors.

17     Q.  Okay.  On our picture he's on the right side, right?

18     A.  On the right side, yes.

19     Q.  And he's up against the wall there?

20     A.  He is -- there is -- it's like a cubbyhole where you see

21     the marble statue.

22     Q.  Okay.

23     A.  So there's a little bit of room behind him right there.

24     Q.  Okay.  He's not in the middle of all these people,

25     right?
```

1    A.   No, sir.

2              MR. BRENNWALD:   Can we go to 9:19, please.

3              (Video playing)

4              MR. BRENNWALD:   Okay.

5    Q.   Do you see how people came in that hall and they were

6    pushing in?

7    A.   I'm sorry, sir?   Repeat.

8    Q.   Do you see how the people we just saw come in towards

9    that hallway were coming in and pushing in to get into

10   that --

11   A.   At that particular time, sir, I was pushing my way out.

12   Is that what you mean?

13   Q.   No.   I'm just saying, did you notice on the screen

14   people coming in and pushing their way into the area under

15   these doors or under this overhang?   You didn't notice that?

16   A.   Can we see it again?

17   Q.   Yes, sure.

18   A.   I just want to make sure because at that time I see

19   myself pushing my way out.

20   Q.   Right.

21   A.   I wasn't paying attention to the crowd going in.

22              (Video playing)

23   Q.   So people at that point were still pushing their way

24   into that area as you're trying to come out, correct?

25   A.   It's true to say, when I was pushing my way out, I was

1    creating space, and the space was quickly taken back over

2    by the people.  I can't physically say that they were trying

3    to push their way in because it doesn't seem that way to

4    me.

5              MR. BRENNWALD:  Let's go to 10:08, please.

6              (Video playing)

7    Q.  See that guy right here?

8    A.  Yes, sir.

9    Q.  Is he still in that same right side?

10   A.  Yes, sir.

11   Q.  Okay.  Where is he looking now?

12   A.  He's looking towards the cubbyhole, as I spoke.  He's

13   basically looking towards the wall.

14             But I don't know.  I can't see if he's talking to

15   someone or not.  He's just looking that way.

16   Q.  You don't know if he was with anybody?

17   A.  I'm not familiar with the gentleman or his occupants,

18   no.

19   Q.  All right.

20             MR. BRENNWALD:  Let's go to 10:26, please.

21             (Video playing)

22             MR. BRENNWALD:  Can you stop it right there.

23   Q.  If you were trying to get out at that point, would it

24   have been easy to do?

25   A.  Are you meaning if I was trying to get out like I did

1    before with the amount of people?

2    Q.  If you were one of these people in this group, and you

3    were trying to get out from here, would it have been an easy

4    task?

5    A.  No, sir.

6              MR. BRENNWALD:  Okay.  Let's go to 11:36, please.

7              (Video playing)

8    Q.  Do you see this phone right here?

9    A.  Yes, sir.

10   Q.  All right.  Do you think that's the phone of this

11   gentleman here, or somebody else?

12   A.  I do apologize, sir.  The angle of the video I can't --

13   I can't state if it was his hand holding the video -- I mean

14   the phone up.

15   Q.  Is that man with the glasses still off to the right of

16   that hallway?

17   A.  Yes, sir.

18   Q.  Okay.  Do you see a person here with brown hair?

19   A.  What appears to be a head, yes.

20   Q.  Okay.  Thank you.

21             MR. BRENNWALD:  Why don't we play it a little bit

22   more.

23             (Video playing)

24   Q.  Can you tell that this hand goes to this person here

25   with the red jacket?

1    A.  I do apologize, sir.  I can't physically state that

2    because I don't even know if that's a jacket or sleeve.

3    Q.  Okay.

4    A.  It could be a small person that can't be seen so they

5    just have their hand up.  So I can't -- I can't put two and

6    two together, if you know what I mean.

7    Q.  Okay.  The last few clips that we've seen with the man

8    with the glasses, did you ever see him with his mouth open

9    as if he's yelling or participating in this shout?

10   A.  No, sir, I have not seen him.

11          MR. BRENNWALD:  Okay.  Let's go to 12:50, please.

12   We're almost done.

13          (Video playing)

14          MR. BRENNWALD:  Stop it right there.

15   Q.  Do you see that guy right here?

16   A.  Yes, sir.

17   Q.  That's the guy we saw earlier that was at the front of

18   the line, right?

19   A.  Yes, sir.

20   Q.  And is it fair to say that he's almost at the front of

21   all of these folks, almost at the door?

22   A.  He's almost at the door.  I can't tell if there's anyone

23   in front of him or not.  It does seem that there's something

24   in front of him.  It could be a person with a hoodie.

25   Q.  And he was the one that we talked about earlier who

```
1    seemed like he was trying to calm people down and be a
2    peacemaker, correct?
3    A.  At that time.  But he's already where he is now.
4           Remember, I formed the police line, so everyone
5    now is in a crime because they bypassed my police line.
6    Q.  Do you know if he got there because he wanted to walk
7    there or because he was pushed?  Do you know?
8    A.  I can't physically say if he walked there or if he was
9    pushed, no.
10          MR. BRENNWALD:  Okay.  The Court's indulgence.
11          (Pause)
12          MR. BRENNWALD:  Nothing further.
13          MR. MANNING:  Nothing further from the government.
14          THE COURT:  Okay.  Officer Vargas, thank you very
15   much for your testimony.  Please don't discuss your
16   testimony with anyone until the --
17          THE WITNESS:  Absolutely not.
18          THE COURT:  -- case is over.
19          THE WITNESS:  Thank you, sir.
20          THE COURT:  Have a good day.
21          MS. AYERS-PEREZ:  The government calls Joseph
22   Pitts.
23          THE COURT:  Step right up, sir.
24          All right.  If you could step up, remain standing,
25   and raise your right hand and slip your mask off.
```

```
 1                      JOSEPH PITTS, Sworn

 2                      DIRECT EXAMINATION

 3    BY MS. AYERS-PEREZ:

 4    Q.   Good afternoon.  Can you state and spell your name for

 5    the record.

 6    A.   Joseph Pitts; J-O-S-E-P-H, P-I-T-T-S.

 7    Q.   And where do you work?

 8    A.   I'm assigned to the Capitol Division of the United

 9    States Capitol Police.

10    Q.   How long have you worked with the U.S. Capitol Police?

11    A.   I just started my 19th year.

12    Q.   And were you involved with law enforcement prior to

13    working with the Capitol Police?

14    A.   I was.  I worked for the Delaware Department of

15    Corrections.

16    Q.   And what did you do at the Delaware Department of

17    Corrections?

18    A.   I was a correctional officer.

19    Q.   How long were you there?

20    A.   Just under 19 months.

21    Q.   Okay.  When did you come to U.S. Capitol Police?  You

22    said 19 years ago?

23    A.   It was July 1st of 2004, so I just started my 19th year.

24    Q.   What's your rank with Capitol Police right now?

25    A.   I'm a sergeant.
```

1    Q.  Did you start out as a sergeant?

2    A.  I did not.

3    Q.  What did you start out as?

4    A.  When you come in the training, you come in as a private

5    without training.  Once you finish training, you get private

6    with training.  After two and a half years, you become a

7    private first class.

8    Q.  And when did you become a sergeant?

9    A.  June of 2016.

10   Q.  And that's your current rank?

11   A.  Yes.

12   Q.  What are your day-to-day responsibilities?

13   A.  I'm in charge of administrative duties for two sections,

14   so I do leave schedules, day-to-day like -- giving out like

15   if we have a VIP arrival, for it to be covered, things like

16   that.

17   Q.  Is there a certain unit you're a part of at Capitol

18   Police?

19   A.  So I'm technically assigned to the CVC, which is the

20   Capitol visitors center where the tours get to come in.  But

21   I'm also working for Section 2, which is our day shift

22   within the Capitol itself.

23   Q.  Okay.  And were you doing this on January 6th of 2021?

24   A.  Yes.

25   Q.  And for the rest of this time, if I say "January 6th,"

1    will you know that to mean January 6th of 2021?

2    A.  Yes, ma'am.

3    Q.  Okay.  Were you scheduled to work on January 6th?

4    A.  Yes.

5    Q.  And what was that day supposed to look like for you?

6    A.  We knew we had a protest coming up because the President

7    at the time was having a large event down by the White

8    House, and we would have protesters coming up.  But we had

9    gotten some intel saying that there was possibly people who

10   were -- who would like to cause disruption and have civil

11   disturbance.

12   Q.  Okay.  When were you supposed to arrive at work?

13   A.  I get to work at 5:30 in the morning.

14   Q.  And is that at the U.S. Capitol?

15   A.  Yes, ma'am.

16   Q.  Okay.  Did you expect this to be a somewhat normal

17   protest?

18   A.  We had dealt with like the George Floyd protests, so we

19   had become accustomed with the protest coming up, so we were

20   all kind of under the belief that it would be something

21   similar to that.

22   Q.  What did it look like when you arrived at the Capitol

23   that morning?

24   A.  It was kind of normal for us.  There wasn't -- I mean, I

25   walked in and I got prepared for my roll call, prepared any

1    intelligence that had come out about the events that were

2    going to come on that day.

3              But in the morning it was kind of normal for us,

4    but we were bringing a lot of extra bodies earlier in

5    preparation for the events later in the afternoon.

6    Q.  And when you say "a lot of extra bodies," you mean extra

7    Capitol Police officers were coming in --

8    A.  Yes, ma'am.

9    Q.  Okay.  Was the day -- did the day end up being normal?

10   A.  It did not.

11   Q.  When did you know it was no longer normal?

12   A.  About 1:00 p.m. the crowd started making their way down

13   to the west front of the Capitol.  And within five or ten

14   minutes one of the officers had taken a pipe -- someone had

15   thrown like a spear to the face, and that's when I knew this

16   was not going to be a normal day.

17   Q.  Where were you when this happened?

18   A.  When it initially happened, I was on the platform where

19   the speakers or the president speaks from when he does the

20   inauguration.  And then when what happened, I went

21   downstairs to check with him, went down the makeshift stairs

22   that they had made.

23   Q.  And when you talk about this inauguration, is that on

24   the east side or the west side of the Capitol?

25   A.  It's on the west side of the Capitol.

1   Q.  East side or west side of the Capitol?

2   A.  West side, ma'am.

3   Q.  Okay.  So you went down -- or you went down the

4   scaffolding?

5   A.  No.  They had built some steps to go down.

6   Q.  What did you see when you got down there?

7   A.  The officer that I saw that took the metal pipe to the

8   face, he was there bleeding.  And then another one of the

9   supervisors that I work with every day had been hit with --

10  sorry, sprayed with some kind of OC spray, so we were trying

11  to decon him.

12  Q.  What does "decon" mean?

13  A.  Decontamination.  Try to get the OC spray or spray that

14  he was sprayed with out of his eyes.

15  Q.  And when you say he was sprayed with it, was he sprayed

16  by another officer?

17  A.  No.

18  Q.  Okay.  So was he sprayed by somebody else?

19  A.  He was sprayed by someone in the crowd that came up.

20  Q.  What did the crowd look like at this point?

21  A.  It was a lot of fighting and commotion going on, but it

22  was a lot of people in like tactical military-style gear.

23  Q.  Is this something you had seen before?

24  A.  No.

25  Q.  Is this something that concerned you?

1    A.   Yes.

2    Q.   Why?

3    A.   They were more prepared for what they were about to do

4    than we were.  I was literally in the same outfit I have on

5    today, while they were wearing Kevlar helmets, Kevlar vests.

6    They had gloves with plastic on the knuckles.  They had all

7    kinds of -- they were -- they had all kind of -- they had

8    like little pellet balls they were using sling shots at us

9    with.

10   Q.   Had you seen a number of protests in your time with

11   Capitol Police at this point?

12   A.   Yes.

13   Q.   Had you ever seen protesters with that kind of gear on?

14   A.   No, I had not.

15   Q.   Okay.  So what happens next there on the west side?

16   A.   On the radio they just kept calling out for additional

17   officers to respond.  There was basically little fights

18   breaking out between protesters and officers that -- on the

19   line that we had established with like a bike-rack-type

20   fence line.

21   Q.   When you originally went out on the west side, did you

22   take any sort of photographs?

23   A.   I did.

24   Q.   Okay.  I'm going to pull up what is marked as

25   Government's Exhibit 205.

1              Now, Sergeant Pitts, without describing this, can

2      you see what's on your screen?

3      A.  Yes.

4      Q.  Is this the photograph you took on January 6th?

5      A.  Yes, it is.

6      Q.  Is it a fair and accurate representation of what you saw

7      that day?

8      A.  Yes.

9              MS. AYERS-PEREZ:  The government -- I'd move --

10     Your Honor, I would move to admit Government's Exhibit 205

11     into the record.

12             MR. BRENNWALD:  No objection.

13             THE COURT:  So moved.

14     Q.  All right.  Sergeant Pitts, what are we looking at here?

15     A.  The police officer that you see standing looking out to

16     the west of the building, that is my division commander,

17     Inspector Tom Lloyd.  And he went out -- he went out the

18     building from the Lower West Terrace door just prior to when

19     I did, so I wanted to like take a picture and say, hey, I

20     got a picture of you before the protest got here, not

21     knowing what the day's events would be.

22     Q.  And what is that large metal structure in the middle of

23     the photograph that we're looking at?

24     A.  So the metal -- it's where they put the cameras when

25     they do the inauguration to film the president as he gives

 1    his speech and gets sworn in.

 2    Q.  Okay.  And I'm going to circle that for you.

 3           So who are these individuals we see on this metal

 4    structure?

 5    A.  They are part of the protest group climbing up there.

 6    Q.  Okay.  So those are not staffers or anyone who was

 7    allowed to be there?

 8    A.  No.

 9    Q.  All right.  Around what time of day do you remember that

10    this was?

11    A.  This was -- I have a time-stamp in my phone.  It's 1:00

12    p.m. exactly.

13    Q.  Okay.  What happened from there?

14    A.  Right after I took this photo, I walked outside.  I

15    stood basically where he is for a few minutes while our less

16    than lethal team started to engage with the rioters

17    underneath of them that were fighting the other officers

18    that were down below and -- until the officer took the metal

19    pole to the face, and then to the left of this picture is

20    where the stairs were that led down to the actual lower west

21    area.

22    Q.  Okay.  And so at that point you went down those stairs?

23    A.  Yes, ma'am.

24    Q.  So what did you observe down there?

25    A.  Fights, lots of fights between officers and protesters.

```
 1              We were trying to hold the line.  They were
 2    spraying us with pepper spray, OC spray, bear spray.  They
 3    were throwing frozen bottles of water at us, batteries, soda
 4    cans, you name it.  Anything they could throw, they would
 5    throw.  They picked up a large Donald Trump sign and threw
 6    that at us, too, that was made out of 2 by 4s.
 7    Q.  Were you personally sprayed?
 8    A.  Yes.
 9    Q.  Have you ever been sprayed other than in training?
10    A.  Yes, I have.
11    Q.  Okay.  What did it feel like?
12    A.  So it burns the eyes, and it causes them to inflame.  So
13    when it does that, your eyes' natural reaction is to close.
14    And it has like a -- it's kind of like hot sauce being
15    thrown into your eyes.
16              So that's what it feels like when you get hit with
17    OC spray, pepper spray.
18    Q.  What did you do after you were sprayed?
19    A.  The best we could.  We had like small bottles of water
20    down there.  We would pour it in our eyes.
21              I actually got on the radio and asked for more
22    cases of water to be delivered, which never were, but...
23    Q.  Did you all run out of the water at any point?
24    A.  We did.  We ran out of water.  And the Architect of the
25    Capitol, the employees that work for him, were able to find
```

1    cases of water and bring them down and drop them down to us.

2    Q.   Okay.  Where did you go after you left the west side?

3    A.   So from the lower side, I ended up going up -- back up

4    the steps to -- there's a media tower on the north side of

5    where this picture is, and I was under that for a little

6    while, until we lost containment of everything.

7         And then, as I was retreating back, I was sprayed

8    with some kind of spray that completely took my vision away,

9    and I made my way back into the building to be deconned.

10   Q.   All right.  I'm going to pull up what's been marked as

11   Government's Exhibit No. 101.  It's already in evidence.

12        All right, Sergeant Pitts.  Can you show us on

13   this map where you're referring to?

14   A.   Yes.  So initially I was on the west front here, and

15   then right about here there's a door I went into.

16   Q.   Okay.  And so you're referring to the door in the middle

17   of the page right next to the west front?

18   A.   Yes.

19   Q.   What did you do when you went inside that door?

20   A.   When I went in, I directly went to the north side, and I

21   had been -- like I said, I had been sprayed with something

22   that took my vision away.  And they had released smoke

23   grenades outside, and I couldn't breathe.

24        And an officer found me and took me to a

25   decontamination setup within the building.

1   Q.  When you say they had released smoke grenades, who is

2   "they"?

3   A.  I believe it was Metropolitan Police Department, and I

4   believe that possibly some of the demonstrators had let some

5   go as well.

6   Q.  And what's the purpose of releasing smoke grenades if

7   you're law enforcement?

8   A.  We use it as like a riot control.  So you -- if some --

9   what it does is it takes away the oxygen in the area, so

10  most people leave that area so that they can actually

11  breathe.

12  Q.  Did it work in this instance?

13  A.  It took away my oxygen, that's for sure.  But yes, it

14  did.

15  Q.  Where did you go from there?

16  A.  So once I deconned, we had a call for shots fired on the

17  House floor, which I responded to, and I responded from the

18  north side of the building on the basement level all the way

19  to the south side of the building.

20  Q.  And was that still in the basement level, or did you

21  leave the basement level?

22  A.  I was still in the basement level at that time.

23  Q.  Okay.  Did you leave the basement level at that point?

24  A.  I did.  I took the elevators up to the second floor.

25  Q.  All right.  I'm going to show you Government's 102,

1    which is already in evidence.

2              All right.  Can you show us where you went to on

3    the second floor.

4    A.  Once I came off the elevators, I made my way to the

5    house main door.

6    Q.  When you say "the House main door," what is that behind

7    the House main door?

8    A.  That's where the members of Congress go to vote on the

9    laws that they put forth.

10   Q.  Was there anything happening that day that made you

11   think people might be inside the chamber?

12   A.  Yes.  When they had the shots fired from the Chamber,

13   that worried me that there was someone that shouldn't be on

14   the House floor there.  And with all the people in the

15   building that I was passing along the way, I knew that there

16   were unauthorized individuals in the building that could

17   have made it to the floor.

18   Q.  Can you remember around what time it was when you got to

19   that House main door?

20   A.  I don't remember off the top of my head.

21   Q.  What did you see when you got there?

22   A.  When I arrived at the door, there was a group of maybe

23   20, 25 individuals within the vestibule area of the door.

24   So you have the House Chamber door, and then there's another

25   door that we close when they're at a session to keep people

1    from going to it.  It's roughly about 15 feet from one door

2    to the actual House floor itself.

3    Q.  Of those 20 or 25 people, did anybody stand out to you?

4    A.  Yes.

5    Q.  Who stood out to you?

6    A.  There were two individuals that really stood out to me

7    because they were dressed completely different than anybody

8    else.  Like I said earlier, most of the people there were

9    wearing like tactical vests and helmets.  These two

10   individuals were wearing leather jackets and had like Top

11   Gun aviator sunglasses on.

12   Q.  I'm going to show you what's been marked as Government's

13   Exhibit 507.

14            Do you recognize this, Sergeant Pitts?

15   A.  Yes.

16   Q.  Is this a video?

17   A.  Yes, it is.

18   Q.  Do you appear in this video?

19   A.  Yes, I do.

20   Q.  All right.  Have you seen this video in its entirety?

21   A.  I believe I have, yes.

22   Q.  Is this a fair and accurate representation of what

23   happened on January 6th?

24   A.  Yes.

25            MS. AYERS-PEREZ:  I move to admit Government's 507

```
 1    into evidence, Your Honor.
 2              MR. BRENNWALD:  No objection.
 3              THE COURT:  So moved.
 4              MS. AYERS-PEREZ:  All right.  Ms. Rouhi, if you
 5    could play to two seconds.
 6              (Video playing)
 7              MS. AYERS-PEREZ:  Can you go back with the volume.
 8              (Video playing)
 9    Q.  Okay.  Sergeant Pitts, do you see yourself?
10    A.  Yes, I do.
11    Q.  Can you circle yourself for us.
12    A.  (Witness complies)
13    Q.  Okay.  So you're the officer on the left side of the
14    screen with the mask on?
15    A.  Yes, ma'am.
16    Q.  What are those doors that we're looking at?
17    A.  The doors that you see at the end of the screen here,
18    those lead directly to the House floor.
19    Q.  Okay.  I'm going to show you another exhibit that's been
20    marked as Exhibit 509.
21              Do you recognize this video, Sergeant Pitts?
22    A.  Yes, I do.
23    Q.  Okay.  And is this a video that's a fair and accurate
24    representation of what you saw on January 6th?
25    A.  Yes, ma'am.
```

1          MS. AYERS-PEREZ:  I'm going to move to admit

2     Government's 509 into evidence, Your Honor.

3          MR. BRENNWALD:  No objection.

4          THE COURT:  So moved.

5          MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you could

6     play this video to six seconds with the volume on, please.

7               (Video playing)

8     Q.  What area of the Capitol are we looking at here?

9     A.  This is called the Will Rogers corridor.  The one that

10    we started in before was Statuary Hall.

11    Q.  Okay.  What direction are we headed in?

12    A.  We are heading south right now.

13    Q.  And if we keep going, where do we end up?

14    A.  We end up on the House floor.

15    Q.  All right.  Does it appear hazy to you?

16    A.  Yes.

17    Q.  Is that normal?

18    A.  No, it is not.

19    Q.  Do you know why it appeared that way?

20    A.  Some of the protesters that were in the building were

21    taking the fire extinguishers and spraying them all around

22    to limit our ability to breathe and see.

23          MS. AYERS-PEREZ:  Ms. Rouhi, if you could play to

24    19 seconds, please.

25               (Video playing)

1    Q.  Sergeant Pitts, are you there on the screen right now?

2    A.  Yes, ma'am.

3    Q.  Can you please circle yourself.

4    A.  (Witness complies)

5    Q.  So you're the officer on the left side of the screen

6    against the door?

7    A.  Yes, ma'am.

8    Q.  Are there one or two sets of doors going into the House

9    Chamber?

10   A.  Into the actual chamber itself, it's one set of doors,

11   but there is like a vestibule that has another set of doors

12   before it that we -- like I had said earlier, we close it so

13   people don't make their way to the door when they're out of

14   session.

15   Q.  Are those the doors we're looking at right there?

16   A.  Yes, ma'am.

17   Q.  Have they already been opened at this point?

18   A.  Yes, ma'am.

19   Q.  What are you trying to do right now?

20   A.  At this point I'm trying to clear people out of there

21   because, again, we got the shots fired call on the House

22   floor, and I didn't know where it was and who was injured

23   and who had a gun at this point.

24            So at this point I'm making my way to the door to

25   see if anyone in there is injured and to try to clear that

 1    area out of the -- the people that weren't supposed to be in

 2    the building.

 3    Q.  Okay.  I'm going to clear this.

 4              MS. AYERS-PEREZ:  And, Ms. Rouhi, if you could

 5    play to 25 seconds.

 6              (Video playing)

 7    Q.  Do you see a person with sunglasses and a black jacket?

 8    A.  Yes, ma'am.

 9    Q.  Can you circle him for me.

10    A.  (Witness complied)

11    Q.  And that's on the right side of the screen?

12    A.  Yes, ma'am.

13    Q.  Is this one of the individuals you said you recognized

14    from that day?

15    A.  Yes.  They stood out.

16    Q.  Okay.  Is there another person that was with him?

17    A.  Yes.  There was a female with him.

18    Q.  Can you see her on the screen right now?

19    A.  She's standing -- he's kind of blocking her, but she's

20    right to his right.  So just beyond him.

21    Q.  Is she significantly shorter than he is?

22    A.  I believe so, yes.

23    Q.  Okay.  I'm going to clear this.

24              MS. AYERS-PEREZ:  And, Ms. Rouhi, if you could

25    play to 33 seconds.

```
 1                    (Video playing)
 2   Q.  All right.  The female you just mentioned, is she on
 3   screen now?
 4   A.  Yes, ma'am.
 5   Q.  Could you circle her for us.
 6   A.  (Witness complies)
 7   Q.  And that's the woman with the sunglasses next to the man
 8   with the sunglasses?
 9   A.  Yes, ma'am.
10   Q.  About how far would you say they are from those House
11   Chamber doors at this point?
12   A.  Approximately seven feet.
13   Q.  All right.  I'm going to clear this.
14            MS. AYERS-PEREZ:  And, Ms. Rouhi, if you could
15   play the rest of the video through.
16                    (Video playing)
17            MS. AYERS-PEREZ:  Okay.  I'm going to bring up
18   what's been marked as Government's Exhibit 508.
19   Q.  All right.  Sergeant Pitts, do you recognize this?
20   A.  Yes, ma'am.
21   Q.  Have you seen this video in its entirety?
22   A.  Yes, ma'am.
23   Q.  Do you appear in this video?
24   A.  Yes, ma'am.
25   Q.  Is this a fair and accurate representation of what you
```

```
 1    saw on January 6th?

 2    A.  Yes, ma'am.

 3              MS. AYERS-PEREZ:  I would move to introduce

 4    Government's 508 into evidence, Your Honor.

 5              MR. BRENNWALD:  No objection.

 6              THE COURT:  So moved.

 7              MS. AYERS-PEREZ:  All right.  Ms. Rouhi, can you

 8    play until four seconds.

 9              (Video playing)

10              MS. AYERS-PEREZ:  With the volume on, please.

11              (Video playing)

12    Q.  Sergeant Pitts, does it appear that the gentleman in the

13    black sunglasses is trying to communicate with somebody?

14    A.  Yes.

15    Q.  Is he talking or yelling?

16    A.  It looks like he's talking to someone.

17    Q.  Okay.  And what about the woman in the black sunglasses?

18    Is she doing the same thing?

19    A.  She's definitely focused on something else.

20    Q.  Okay.  At this point had you tried to communicate with

21    either one of them?

22    A.  I was yelling at the top of my lungs for everyone to

23    clear the area out, and they -- nobody was really moving.

24    But I tried everything I could do verbally to get people to

25    move away from the door.
```

1    Q.  Did you tell the two people in the sunglasses to move?

2    A.  I told everybody in there to leave.

3    Q.  What kind of reaction did they give you?

4    A.  Nobody really moved.  They were -- they had many people

5    there versus -- which I at the time didn't realize there

6    were other officers there.  I thought I was by myself.

7           So I knew I was outnumbered, and I was just doing

8    everything verbally to get them to leave the entrance to the

9    House floor.

10   Q.  When you were telling them to move, did either of the

11   individuals in the sunglasses respond to you at all?

12   A.  No, not at all.

13   Q.  Okay.  Did you think they had heard you?

14   A.  I wasn't sure if they heard me.  The way they looked at

15   me and -- I almost didn't think that they spoke English.

16   They just stood there and didn't even pay attention to

17   anything I said.

18   Q.  Were you in close proximity to them when you were

19   yelling?

20   A.  Yes.

21   Q.  Were you yelling at the top of your lungs?

22   A.  Yes, ma'am.

23   Q.  I'm guessing you yell pretty loudly?

24   A.  I can from time to time, yes.

25   Q.  And I'm guessing that day you were yelling loudly?

```
 1    A.  Yes.
 2              MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you could
 3    go ahead and play that through.
 4              (Video playing)
 5              MS. AYERS-PEREZ:  Ms. Rouhi, if you could stop
 6    right here.  This is at 18 seconds.
 7    Q.  Sergeant Pitts, is there anything wrong with the windows
 8    in the House Chamber doors at this point?
 9    A.  Yes, ma'am.  Some of them, the little panes had been
10    broken out.
11    Q.  The panes, you mean the glass panes in the window?
12    A.  Yes, ma'am.
13    Q.  Was that concerning to you?
14    A.  Absolutely.
15    Q.  Why?
16    A.  Because I know what's on the other side of that door,
17    and I wasn't sure how they broke those door -- the windows
18    out.
19    Q.  What is on the other side of those doors?
20    A.  That is where the House floor is, and the members of
21    Congress are there to vote; and on that day they were there
22    to certify the presidential election.
23    Q.  Did you have any sort of knowledge at that point whether
24    any congressmen or women were still inside the chamber?
25    A.  At this point I was not aware if there were anybody --
```

1    any members left on the floor, but I later found out within

2    the next two minutes that there were still members on that

3    floor.

4              MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you could

5    continue playing.

6              (Video playing)

7              MS. AYERS-PEREZ:  Ms. Rouhi, if you could pause

8    and go back about five seconds.  Maybe about five seconds

9    more.

10   Q.  So we're at the 20-second mark.  Does it appear that the

11   gentleman in the black sunglasses is sitting on something at

12   this point?

13   A.  Yes.  He was -- I believe he was leaning on -- there's a

14   brass railing that runs there, and he was just leaning on

15   that.

16   Q.  Had you already been screaming at the top of your lungs

17   for people to leave at this point?

18   A.  For quite a while.

19             MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you could

20   continue playing, please.

21             (Video playing)

22             MS. AYERS-PEREZ:  Okay.  If we can pull up

23   Government's 509, which is in evidence -- I'm sorry, 507,

24   which is in evidence.

25   Q.  I apologize, Sergeant Pitts.  These went out of order.

```
 1    A.   No worries.
 2              MS. AYERS-PEREZ:  Can you play it with the volume
 3    on, and if you could stop it at the six-second mark, please.
 4              (Video playing)
 5    Q.   All right, Sergeant Pitts.  Are you in this video now?
 6    A.   Yes, ma'am.
 7    Q.   Can you go ahead and circle yourself for the jurors.
 8    A.   (Witness complies)
 9    Q.   All right.  You're the officer there on the left side of
10    the screen with the mask on?
11    A.   Yes, ma'am.
12    Q.   And we're looking at those chamber windows.  I'm seeing
13    through them.  Is that where they're broken?
14    A.   Yes, ma'am.
15    Q.   Can you circle that for us.
16    A.   (Witness complies)
17              MS. AYERS-PEREZ:  I'm going to clear this.
18              And, Ms. Rouhi, if you could play to the 58-second
19    mark.
20              (Video playing)
21              MS. AYERS-PEREZ:  If you could pause it,
22    Ms. Rouhi.
23    Q.   We're at 37 seconds.  Does it look to you, Sergeant
24    Pitts, like it started to clear out?
25    A.   Yes, ma'am.
```

1   Q.  Okay.  Do you know if the two people in the sunglasses

2   are still there?

3   A.  I don't recall if they were still there.

4         MS. AYERS-PEREZ:  Okay.  Let's go to 58 seconds,

5   Ms. Rouhi.

6         (Video playing)

7   Q.  Did you hear a woman's voice at the end saying "I'm an

8   ER doctor"?

9   A.  Yes, ma'am.

10        MS. AYERS-PEREZ:  Okay.  If you could go ahead and

11  play it through, Ms. Rouhi.

12        (Video playing)

13  Q.  Did you see any flagpoles in that group of individuals

14  outside the House Chamber?

15  A.  Yes, ma'am, I did.

16  Q.  Does that concern you?

17  A.  It did, yes.

18  Q.  Why?

19  A.  When they called out the shots fired, I didn't know if

20  the glass had been broken out by a round going off or if the

21  flagpole, they were jamming it into the glass that was

22  leading to the House floor.

23  Q.  Did you know what was happening in the House Chamber at

24  that moment?

25  A.  After this video, I went back to the House floor, and I

1    put my head in through the glass.  I talked to the officers

2    on the other side that had barricaded themselves and asked

3    them if they were all right; and they told me at that time

4    they still had two members on the floor with them.

5    Q.  What officer or officers did you speak to?

6    A.  One of them is Officer Benjamin Brockwell, and the other

7    one is Dave Kleppas.

8    Q.  When you say you put your head through the glass, is

9    that something that you normally do?

10   A.  No.

11   Q.  Why were you able to put your head through the glass?

12   A.  Because it was missing.  It had been broken out.

13   Q.  Did they ask you to search for anything when you put

14   your head through the glass?

15   A.  They did.  Officer Brockwell said that he thought that

16   they were shooting at him, to check the area for spent shell

17   casings that had been fired and laying on the ground.

18   Q.  Did you know of any other Capitol Police officers who

19   were dealing with violent people during this time period?

20   A.  Yes.  The radio calls on the radio for 10-33, which is

21   officer in trouble, were like every two seconds.

22   Q.  Had you ever heard anything like that before?

23   A.  No.

24   Q.  Were you able to respond to those calls?

25   A.  Not all of them because I was dealing with people at

1    certain locations throughout the building.

2    Q.  And were you able to respond to the calls while you were

3    dealing with this inside the room outside the House Chamber?

4    A.  No, I was not.

5    Q.  And why not?

6    A.  Because I was busy trying to get them to leave the area

7    that later I found out still had members on the floor.

8    Q.  Approximately how long did it take for you all to

9    disperse people out of that area?

10   A.  Not sure of the exact time, but it got a lot better when

11   our numbers were more -- when Metropolitan Police Department

12   showed up and helped start getting them out of there.

13   Q.  I'm going to show you what's been marked as Government's

14   Exhibit 103, which is in evidence -- I'm sorry, 102, which

15   is in evidence.

16           Sergeant Pitts, can you show us where you all were

17   moving them away from the House Chamber to.

18   A.  So when they were at the House Chamber, we were just

19   trying to get them dispersed and out of the building.  So we

20   were here, and we were just trying to get them away from the

21   openings to the floor.

22           So most of us were trying to push them back to the

23   Rotunda right here.

24   Q.  Okay.  And so when you say "we were here," you've

25   circled the door in the middle near the House Chamber?

1   A.  Yes, that's where we were.

2   Q.  And then you put a line through the hallway to Statuary

3   Hall, through Statuary Hall, and then you've circled the

4   Rotunda?

5   A.  Yes, ma'am.

6   Q.  Okay.  Did you have any other interactions with the

7   sunglass-wearing duo after that?

8   A.  I did not.

9   Q.  What did the rest of your day look like?

10  A.  I basically walked through the Speaker's office, saw the

11  damage done there.

12          I ended up on the Senate floor where there was

13  another individual.  You've probably seen him on the news.

14  He had the horns on his head and stuff.  He was on the

15  Senate floor at the time.

16          I responded to the officer down, multiple officers

17  down.

18          Then we were able to lead the Senate and the House

19  back on to continue their certifying of the presidential

20  election later that evening.

21  Q.  Have you seen protests before that day?

22  A.  Yes, ma'am.

23  Q.  Have you seen riots before that day?

24  A.  No, I had not.

25  Q.  Have you been in dangerous situations before as a

```
 1   corrections officer or a police officer?

 2   A.  Yes, ma'am.

 3   Q.  Have you ever been in a situation like January 6th?

 4   A.  I had not.

 5   Q.  If you were to see the male individual in the sunglasses

 6   today, would you be able to recognize him?

 7   A.  Yes, ma'am.

 8   Q.  Have you looked around this courtroom today?

 9   A.  Yes, ma'am.

10   Q.  Do you see him here in the courtroom today?

11   A.  I do, ma'am.  He's standing -- or sitting right over

12   there.

13   Q.  Can you identify an article of clothing he's wearing?

14   A.  Yes, ma'am.  He's got a purple shirt on.

15   Q.  Okay.

16   A.  Yes.

17           MS. AYERS-PEREZ:  Your Honor, let the record

18   reflect the witness has positively identified the defendant,

19   John Strand.

20           THE COURT:  It may.

21           MS. AYERS-PEREZ:  I pass the witness, Your Honor.

22                   CROSS-EXAMINATION

23   BY MR. BRENNWALD:

24   Q.  Good afternoon, Officer.

25   A.  How are you?
```

1    Q.  Doing well.  And you?

2    A.  Thank you.  Good.

3    Q.  You said earlier that these two people, Mr. Strand and

4    another woman, stood out to you when you were there that

5    day?

6    A.  Yes, sir.

7    Q.  And it was because they weren't wearing military type of

8    clothing?

9    A.  Correct.

10   Q.  They were wearing a leather jacket and glasses?

11   A.  Yes, sir.

12   Q.  Like they had fallen out of Hollywood or something?

13   A.  I wouldn't say that, but yeah, they definitely stood out

14   from the other group -- the other people that were in the

15   building.

16   Q.  Okay.  Did you ever hear that man, Mr. Strand, yelling

17   at all in that hallway?

18   A.  I did not.

19   Q.  Okay.  Is it fair to say that it was really loud in

20   there, and it was -- I think you said earlier it was hard to

21   hear in there, correct?

22   A.  Yes.

23   Q.  Okay.  And you didn't even know if they heard you when

24   you were yelling at them, right?

25   A.  Well, I can't speak to if they heard me or not, but they

1    didn't move.

2              MR. BRENNWALD:  Okay.  Why don't we go back to, if

3    we can, Ms. Rouhi, 508.

4              I'm waiting for her to throw things at me.

5              Can we just play 508, and I'll ask you to stop at

6    different places.

7              MS. ROUHI:  Uh-huh.

8              MR. BRENNWALD:  Thank you.

9              (Video playing)

10             MR. BRENNWALD:  Stop it there.

11   Q.  So who is the officer in the middle there?

12   A.  That is Sergeant Ewing.

13   Q.  Ewing?

14   A.  He's since retired, yes.

15   Q.  Ewing?

16   A.  Yes.

17   Q.  Did you hear him yelling at people?

18   A.  I didn't even know he was in there until I saw the

19   video, sir.

20   Q.  Could you tell who was just yelling in that video that

21   you heard?

22   A.  I could not tell who was yelling, but I could see that

23   your -- the defendant having a conversation a couple of feet

24   apart from someone, so it couldn't have been too loud.

25   Q.  Okay.  And do you see yourself at that point in time

1    opening your mouth to yell in this --

2    A.  Yes, I see myself.

3    Q.  And do you see yourself opening your mouth there to

4    yell?

5    A.  I cannot, because I have a mask on.

6    Q.  Okay.  These windows that are right here in the House

7    Chamber, they're -- when they're not partly broken, they're

8    covered in some kind of a fog or whatever, like a fog pane

9    or whatever you want to call it.

10   A.  Like a frost?

11   Q.  Yes.

12   A.  Yes.

13   Q.  And if the frost is all there and the windows are

14   completely unbroken, can you see through them to see what's

15   on the other side?

16   A.  No, you can't.

17   Q.  If you were trying to leave --

18           MR. BRENNWALD:  Can we go back to 102, please,

19   Ms. Rouhi, and I'll stop with this.

20   Q.  So all of this happened in this general area here; is

21   that correct?

22   A.  Yes, sir.

23   Q.  If you were trying to leave the building --

24           THE COURT:  Mr. Brennwald, if you could move that

25   microphone on the other side.  Thanks.

1          MR. BRENNWALD:  Yes.

2          Thank you, Your Honor.

3     Q.  If you were trying to leave the building from that House

4     Chamber hallway, which way would you go to get out?

5     A.  Me personally, or for someone that was in the building

6     that shouldn't have been?

7     Q.  For someone who was in the crowd that day who was trying

8     to leave, which way would they be able to go to get out?

9     A.  At the time I don't know what doors are open that have

10    been unsecured by, you know, breaches, so I would assume

11    they would maybe leave the door they came in.

12    Q.  Okay.  So if people came in this way and went through

13    the Rotunda, Statuary Hall, down to here, you would expect

14    them to go back and come back out the Rotunda and the east

15    doors?

16    A.  Possibly.

17    Q.  Okay.  Are you aware, at that time of the afternoon,

18    whether people were still streaming in through the Rotunda

19    based upon your presence there that day?

20    A.  I believe they still were.

21    Q.  Okay.  Did you ever -- were you ever at the Rotunda

22    doors that afternoon when people were pushing through and

23    streaming through, and officers were trying to restrain

24    them?

25    A.  Yes, I was.

1    Q.   Okay.  And is it fair to say there were a lot of people

2    pushing through and pushing past officers to get in the

3    Rotunda doors that day?

4    A.   When I made my way to the Rotunda, it was a fight to get

5    people out of the building.  That was the last of the doors

6    on the second floor to secure.

7    Q.   Okay.  Would it be possible for people to walk out down

8    this hallway or down this hallway, if they wanted to, to try

9    to get out?

10   A.   Normally, no.  On January 6th, I don't believe they

11   breached the doors on the east side of the building.

12   Q.   Okay.

13            MR. BRENNWALD:  All right.  Thank you, Officer.  I

14   appreciate it.

15            MS. AYERS-PEREZ:  Very brief redirect, Your Honor.

16            All right, Sergeant Pitts.  I'm going to clear

17   this.  And if we could pull up 507 again.

18                        REDIRECT EXAMINATION

19   BY MS. AYERS-PEREZ:

20   Q.   Sergeant Pitts, had it started to clear out there in

21   that room?

22   A.   At that point, no.

23   Q.   Had it -- does it eventually start to clear out in that

24   area?

25   A.   Yes, ma'am.

1    Q.  Okay.  The individual you identified as the defendant,

2    did he immediately leave as it started to clear out?

3    A.  He did not.

4    Q.  Okay.  So was it -- there was a path to leave while he

5    was still in there?

6    A.  Yes, ma'am.

7    Q.  Okay.  And it took longer than that for him to actually

8    leave?

9    A.  Yes, ma'am.

10   Q.  And if he wanted to leave, you would have been able to

11   leave at that point?

12   A.  Yes, he would have been able to leave.

13              MS. AYERS-PEREZ:  Okay.  No other questions, Your

14   Honor.

15              THE COURT:  Thank you.

16              Officer Pitts, or Sergeant Pitts, thank you

17   very much for your testimony.  You're excused.  Please

18   don't discuss your testimony until the end of the case, all

19   right?

20              MS. AYERS-PEREZ:  Your Honor, we call Austin

21   McGoff.

22              THE COURT:  Good afternoon, sir.  Step right up,

23   remain standing, and raise your right hand.  And you can

24   take your mask off.

25              THE WITNESS:  Okay.

```
1                        AUSTIN McGOFF, Sworn

2                        DIRECT EXAMINATION

3     BY MS. AYERS-PEREZ:

4     Q.  Good afternoon.  Can you please state and spell your

5     name for the record.

6     A.  Sure.  First name is Austin, A-U-S-T-I-N; last name

7     McGoff, M-c-G-O-F-F.

8     Q.  Where do you work?

9     A.  I work for the United States Capitol Police as a canine

10    technician.

11    Q.  How long have you worked for U.S. Capitol Police?

12    A.  Since 2012.

13    Q.  And what have been your various job titles since 2012

14    with Capitol Police?

15    A.  I started as a private with training, was bumped to

16    private first class.  From there I've been recently promoted

17    to a canine technician.  And throughout my career there I've

18    also been a field training officer and a community outreach

19    leader as well.

20    Q.  What was your job title on January 6th of 2021?

21    A.  That day I responded in and was told that I would be

22    acting sergeant involve -- I'm sorry, in charge of a squad

23    of about 10 to 12 officers.

24    Q.  What are your general responsibilities as an acting

25    sergeant?
```

1    A.  To overlook your officers to make sure they're doing

2    what they're responsible for on that day's assignment.

3    Q.  Was there a general unit that you were assigned to that

4    day?

5    A.  Correct.  It was the civil disturbance unit, also known

6    as the CDU unit.

7    Q.  And what is the civil disturbance unit?

8    A.  At that time CDU was -- this was broken up into two

9    different units per se.  There was the hard squad, and there

10   was the soft squad.  So I was in charge of a soft squad CDU

11   squad that day.

12   Q.  What is a soft squad?

13   A.  That's just your officers that you'll see out in the

14   street, usually used for crowd control, regular uniform.

15   None of the hard gear that the hard squad would be using.

16   Q.  And what is it -- so the hard squad is a difference in

17   gear?

18   A.  Correct.  And their job is a little bit different as

19   well.

20           So soft squad is usually sent out first for the

21   crowd control to see what is going on.  Hard squad is kind

22   of set to the side unless there is major civil disturbance

23   going on, fighting, riots, things of that nature, because

24   they're equipped with the gear to protect them.

25   Q.  What were you wearing or what gear did you have on

```
 1     January 6th?
 2     A.   Minus -- I had this uniform on plus a -- my duty belt,
 3     my ballistic vest, and just a winter jacket.
 4     Q.   A helmet?
 5     A.   No.
 6     Q.   And no hard gear at all?
 7     A.   No, ma'am.
 8     Q.   Okay.  And when I say "January 6th," will you understand
 9     that to mean January 6th of 2021?
10     A.   Correct.
11     Q.   Okay.  And so in that previous question when I said
12     January 6th, we were talking about 2021, right?
13     A.   Correct.
14     Q.   Okay.  Were you supposed to report to work on January
15     6th?
16     A.   Originally, no.  We had our COVID separation.  That was
17     supposed to be my week off to basically stay away from
18     everybody else, to isolate for the week.
19              Since this was going on, they brought us all in
20     for that day.
21     Q.   Okay.  When did you find out you would be working on
22     January 6th?
23     A.   I don't know the exact day.  I believe it was a day or
24     two prior, so the 4th or the 5th.
25     Q.   What time were you supposed to report to work on January
```

1    6th?

2    A.   Roughly about 11:00, if I remember correctly.

3    Q.   And that's 11:00 a.m. or 11:00 p.m.?

4    A.   11:00 a.m., I'm sorry.

5    Q.   Is that there at the Capitol?

6    A.   That would be at the Senate roll call room, which is our

7    headquarters.  It's at 119 D Street NE.

8    Q.   Is that near the Capitol?

9    A.   Roughly two blocks.

10   Q.   Okay.  So what time did you actually report on January

11   6th?

12   A.   As far as I remember, like I said, I believe it was

13   about 11:00 a.m.

14   Q.   What happened from there?

15   A.   We had a roll call.  We met up on the fourth floor.  Our

16   lieutenant briefed us on the day as to what was going to be

17   going on for the day.  And from there we were sent out --

18   actually, I got my squad together.  We did our own little

19   roll call with my ten or so individuals, and then we headed

20   down to Constitution Avenue about the uniblock of

21   Constitution Avenue, so that would be between New Jersey

22   Avenue and First Street in the Northwest.

23   Q.   I'm going to show you what's been previously marked as

24   Government's Exhibit 100, and this is in evidence.

25                Can you show us here on the map where you were

1    talking about?  And you can touch the screen, and it will

2    show us what you're doing.

3    A.   Sure.  (Witness complies)

4         So it would be roughly -- am I circling it?

5    Q.   Sure, that's fine.

6    A.   Or dotting it?

7         It would be roughly in this area here.

8    Q.   Okay.  Did you make your way to the Capitol at some

9    point?

10   A.   We did, yes.

11   Q.   Can you show us how you got there.

12   A.   So from this area that we were, we were just lining the

13   sidewalks right there.

14        Once there was a breach called at the Capitol, we

15   headed directly across to the west front, which would be on

16   the west side of the building.

17   Q.   And so you've made a circle here on the right side of

18   the picture between the Senate office building, the U.S.

19   Capitol, and then have drawn a line to the U.S. Capitol; is

20   that correct?

21   A.   Correct.

22   Q.   Okay.  About what time did you find out there had been a

23   breach?

24   A.   Once again, I don't know the exact time.  We reported in

25   around 11:00, had roll call.  We were out there about 12:00.

1    I would say roughly around 12:30.

2    Q.  So early afternoon?

3    A.  Yes, ma'am.

4    Q.  And when you say "a breach," did that mean the Capitol

5    itself had been breached, or just the grounds?

6    A.  At that time I wasn't exactly sure, but I found out

7    later that it was -- the grounds had been breached, and

8    that's why we were being sent over.

9    Q.  And when you talk about "the grounds," you mean the

10    restricted area around the Capitol?

11    A.  Correct.

12    Q.  Okay.  So you go over.  What do you see?

13    A.  As we are going across where I drew that green line

14    there, there is just a swarm of, you know, hundreds of

15    people coming up towards the west front grassy area, which

16    would be down along -- leading up to Peace Circle.

17    Q.  All right.  I'm going to clear what you've done or what

18    you had previously put on here.

19    A.  Okay.

20    Q.  And will you show us where these individuals were coming

21    from.

22    A.  Sure.

23         So we were -- I'm sorry, where I was able to start

24    seeing was roughly from here, and then coming all the way to

25    the west front of the Capitol.

1    Q.   Okay.  And so you've made a line under the center right-

2    hand side of the photo coming down to the Capitol building?

3    A.   Correct.

4    Q.   Okay.  What did you do when you observed that?

5    A.   We made our way over there.  It was myself and the

6    ten -- ten or so individuals dressed like me that were in my

7    squad for that day.

8         We had gotten there, kind of pushed through

9    another group of people, got to the west front, met up with

10   two hard squads -- so that's roughly about 20 officers --

11   and then another soft squad.

12        So roughly at that time there were about 35 of us

13   on the west front as this group was approaching.

14   Q.   All right.  Officer McGoff, going back to what you just

15   said, you said you made your way down "there."  What is

16   "there" or where is "there"?

17   A.   From where I went to, is that what you're asking?

18   Q.   Is "there" the Capitol building where --

19   A.   Correct.  I'm sorry, the steps on the west side of the

20   Capitol building.

21   Q.   Okay.  And just to be careful, when I speak, I need you

22   to wait until I'm done, and then you can speak.

23   A.   Correct.  Sorry.

24   Q.   And that's because our court reporter can't take us both

25   down.

1    A.   Sorry.

2    Q.   No, you're fine.  You're fine.  I have trouble with

3    that.

4              So you get to the Capitol building.  What do you

5    see from there?

6    A.   So when I got to the Capitol building there was already

7    a group of individuals, a large group at the base of the

8    west front steps where the hard platoon had already set up

9    and established a line.

10   Q.   Okay.  And that's the west side of the building?

11   A.   Yes, ma'am.

12   Q.   I'm going to show you Government's 101, and this is in

13   evidence.  I'm also going to clear this.

14              Can you show us on this map where you're talking

15   about?

16   A.   So that general area would be where we were at.

17              (Indicating) It would be roughly there.

18   Q.   And you've just drawn a line right there under the "West

19   Front" at the top of the map.

20   A.   Correct.

21   Q.   Okay.  What do you see there on the west front?

22   A.   At that time we had formed our line, and there were

23   hundreds upon hundreds of individuals that had just been

24   approaching that we were able to stop.

25   Q.   Okay.  And you say you formed your line.  What does that

1    mean?

2    A.  A police line.  So about -- as close as we possibly

3    could, officer next to officer next to officer, extending as

4    far as you can to physically make a barrier so no one else

5    can get through where we were at.

6    Q.  And at that point had the line, at least where you were,

7    kept individuals out of the Capitol?

8    A.  Correct.

9    Q.  Okay.  So what happens next?

10   A.  There was a little lull in the, we'll say, action.  As

11   more people started to come up, you could see the crowd

12   building on the west front, and pretty far down to First

13   Street all the way down to Third Street.  And there was some

14   yelling, some pushing, some shoving, but nothing yet had

15   really popped off that was physical at that point.

16   Q.  When you say there's yelling, pushing, shoving, who's

17   doing the yelling, the pushing, and the shoving?

18   A.  The group.  You know, a lot of cursing at the police

19   officers.  "We're going to get into this building.  We're

20   going to take it over."  Things of that nature were said.

21   Q.  So these rioters were the ones doing the yelling and the

22   pushing and the shoving?

23   A.  Correct.

24   Q.  Okay.  So what happens from there?

25   A.  Shortly after that, after getting there and being set

1   up, some actual fighting and shoving had begun.  A lot of

2   pepper spray was used.  A lot of tear gas was used.  A lot

3   of different weapons from the riot was -- were used in that

4   immediate time frame.  And that went on for quite some time.

5   Q.  And let me back you up there.  When you say that weapons

6   were used, what weapons were used and who was using them?

7   A.  Against the officers, it was pretty much anything that

8   these people could get their hands on.  We had hammers

9   thrown at us, rebar, 2 by 4s, bear spray, WD-40, OC spray,

10  apples, frozen water bottles.  I mean, anything that anybody

11  could get their hands on was legitimately thrown or swung at

12  us.

13  Q.  Were you personally observing this?

14  A.  Yes.

15  Q.  Okay.  And you mentioned tear gas.  Who was using tear

16  gas?

17  A.  As far as I knew, Metropolitan Police Department had

18  shown up and had started tossing tear gas into the crowd,

19  and I personally saw some come back.  So I don't know if

20  people in the crowd also had tear gas or if they were

21  throwing the grenades that the police had thrown their way

22  back at us.

23  Q.  But either way, tear gas was being thrown at officers?

24  A.  Correct.

25  Q.  Okay.  So what do you do when you're observing this?

```
1    A.  Well, as it's going on, this group up front is --
2    they're trying to get through.  So we're fighting, basically
3    trying to hold them off, and at the same time we're
4    continuously getting hit with -- sprayed with the OC spray,
5    the gasses, and stuff like that.
6             So you're back and forth trying to decon, wash out
7    your eyes real quick, get back to the line.
8    Q.  And was it that groups were fighting each other, or was
9    it that there was one big mob fighting officers?
10   A.  From what I observed, it was a large mob fighting the
11   officers trying to get by to get into the Capitol building.
12   Q.  Okay.  How long did you -- were you on the west side
13   seeing all of this fighting and violence?
14   A.  It felt like a very long time.  I would say probably an
15   hour and a half to two hours, at least.
16   Q.  Were you yourself injured during that time period?
17   A.  I had some nicks and bruises and a lot of OC spray and
18   gasses.
19   Q.  Okay.  So you were sprayed with the OC spray?
20   A.  Yes, ma'am.
21   Q.  Was this by rioters?
22   A.  Yes, ma'am.
23   Q.  How many times?
24   A.  I would say the better part of 15, 15 times.
25   Q.  What did you do each time when you got sprayed?
```

1    A.  Each time we got sprayed, I personally -- there had been

2    some water brought down which was behind the line, some

3    bottles of water.  So we would go back, basically dump it on

4    your face until -- the burning wouldn't go away, but until

5    you were able to see again.  And then you would head back

6    to -- back up to the line and try to hold the rioters off.

7    And then when you got sprayed again, you fell back.

8            And it was a continuous cycle for the rest of the

9    day while I was out there.

10   Q.  How did it feel to get sprayed?

11   A.  Not good.  It definitely doesn't feel good.  It burns a

12   lot.  It feels like there's sand in your eyes and the worst

13   sunburn actually in your eyeball -- in your eyes.

14   Q.  Had you ever been sprayed before?

15   A.  Yes, ma'am.

16   Q.  As part of training?

17   A.  As part of training, and on the street, yes.

18   Q.  Okay.  Had you ever -- working Capitol Police, had you

19   ever seen protests before?

20   A.  Yes.

21   Q.  And riots before?

22   A.  Riots while I was working?  No.

23   Q.  Okay.  Had you ever been sprayed as part of a protest?

24   A.  No.

25   Q.  Okay.  Where did you go when you left the west side?

1     A.   From the bottom of the west front, we had run out of

2     water, and I had just been sprayed.  So there was a make-

3     shift set of stairs going up a level, which you could get

4     into the Capitol.  So I went up those steps to see if I

5     could get some more water to come out, and that's where I

6     was waved down another time for another group trying to

7     breach a different area.

8     Q.   Okay.  I'm going to clear your last line.  And can you

9     show us here on Government's 101 where -- around about where

10    it was that you were going up the stairs?

11    A.   Sure.  So if you look in the middle there, there's two

12    sets of steps.  So those steps were actually an A frame

13    coming up like that.  And then when you get to the top, it

14    was right over to this area where I responded to.

15    Q.   And why did you have temporary steps there?

16    A.   They were building the stage for the inauguration of the

17    next President of the United States.

18    Q.   Okay.  And so it was with that temporary structure that

19    you were using?

20    A.   Correct.

21    Q.   Okay.  So were you then on the first floor or the second

22    floor?

23    A.   I believe that would be the first floor, technically, of

24    the Capitol.

25    Q.   Where did you go from there?

1   A.  From there I was basically no good to anybody.  I'd been

2   sprayed and gassed and all, and I could not see.  So I was

3   pulled into the Capitol through -- can I draw on this again?

4   Q.  Yes, please.

5   A.  So back this way, and into the Capitol where -- right in

6   that area where I was taken to an actual decon station.

7   Q.  Okay.  And just to describe what we see here.  First you

8   drew the steps.  You put a line over it, each of the

9   permanent steps that are here at the top of the map

10  underneath the west front, and then you drew an arrow there

11  to the right side of the map; is that correct?

12  A.  Correct.

13  Q.  And now you're drawing an arrow back to the middle and

14  entering into the first floor?

15  A.  Yes, ma'am.

16  Q.  Okay.  So what do you do from there?

17  A.  I was taken down to a decon station where I was able to

18  flush my eyes and my face.  Once I was able to see again and

19  breathe again, we went from there to the Crypt area of the

20  Capitol.

21  Q.  Okay.  I'm going to clear this out for you.

22          Can you tell us what decon is.

23  A.  Sure.  So decon -- if you get sprayed with a chemical

24  agent, it's basically just the ability to wash yourself off,

25  to clean off the -- as best as possible, clean off the

1    contaminant that is on you causing the irritation.

2    Q.  Okay.  So you said you ended up in the Crypt.  Can you

3    show us where that is on this map?

4    A.  Sure.  (Witness complies)

5              That would be right in the middle below the

6    Rotunda.

7    Q.  And you circled the Crypt right there in the middle of

8    the map?

9    A.  Yes, ma'am.

10   Q.  What do you do from there?

11   A.  From there I attempted to get in touch with a few of my

12   officers that were underneath me for the day in my squad.

13   As that was happening, a call for shots fired went across

14   the radio, so we began to respond.

15             Then another call came across that said there

16   wasn't -- there weren't any shots fired.  So we returned

17   back to the Crypt to figure out where we were going to go

18   next.

19   Q.  Okay.  So you got separated from your group; is that

20   correct?

21   A.  Correct.

22   Q.  Is that normal?

23   A.  No.

24   Q.  Had that happened to you before?

25   A.  Not in this manner, no.

1    Q.   Okay.  So where do you go from there?

2    A.   From there -- I apologize, I don't know the -- all the

3    terminology and layout of the Capitol building.  But if I

4    could draw on here again?

5    Q.   Please.

6    A.   We headed right over this way and came up a stairwell to

7    the next floor, which would be on the Rotunda level of the

8    Capitol.

9    Q.   Okay.  The second floor?

10   A.   Yes.

11   Q.   Okay.  I'm going to clear this out for you.

12              And if we could pull up Government's 102, which is

13   in evidence.

14              Okay.  So where do you end up on the second floor?

15   A.   Once we got to the top -- I'm sorry, to the second

16   floor, it would be roughly this area where -- is where we

17   came up at.

18   Q.   And so you drew a circle there to the right of the

19   Rotunda?

20   A.   Correct.

21   Q.   And when you say "we," who is "we" in reference to?

22   A.   At that point it was any officer that was down in the

23   Rotunda -- I apologize, that was down in the Crypt.

24              We started coming upstairs because we knew there

25   was a lot of fighting going on in the Rotunda, so we came up

 1    to assist.

 2    Q.  Okay.  I'm going to clear this for you.

 3            So where do you go from there?

 4    A.  From there, we basically come this way into the Rotunda,

 5    and begin assisting with basically what I would describe as

 6    one big fighting/pushing match between rioters and officers

 7    of a bunch of different departments.

 8    Q.  So what does it look like inside the Rotunda?  Lots of

 9    people?

10    A.  Mayhem, yes.

11    Q.  Okay.  Is it loud?

12    A.  Extremely.

13    Q.  How long do you spend in the Rotunda?

14    A.  Roughly about ten minutes at that point.

15    Q.  And what do you do while you're in there?

16    A.  At that point we -- I got into the back-and-forth

17    pushing of trying to get the individuals back out that one

18    door that had been breached on the west side of the Capitol.

19    Q.  What door is that that you're referencing?

20    A.  I believe it's Upper West Terrace door, but it would be

21    in this general area.

22    Q.  Okay.  And so you've just drawn a line from the Rotunda

23    up to the west side and drawn a circle there in the middle?

24    A.  Correct.

25    Q.  Okay.  So after ten minutes in the Rotunda, what do you

1    do from there?

2    A.  We were told that down towards the House floor there was

3    a group of people that were down there potentially trying to

4    get into the House floor, also a group in Statutory Hall --

5    Statuary Hall, excuse me.

6            So myself and a few other officers headed down

7    that way, and our goal at that point was to try to funnel

8    everyone back to the Rotunda.

9    Q.  Okay.  I'm going to clear this for you.

10           So show me where it is you go.

11   A.  From the Rotunda here down to roughly this area right

12   there.

13   Q.  So you've drawn a line down from the Rotunda through

14   Statuary Hall, ending right there at the House Chamber?

15   A.  Correct.

16   Q.  And right there is a door in the middle of the House

17   Chamber?

18   A.  Correct.

19   Q.  What do you observe?

20   A.  A few individuals with a few flags just standing in that

21   area kind of chanting.  But that was it.

22           Like I said, our goal at that point was just to go

23   down there and funnel these people back so we can get them

24   out of the building.

25   Q.  Okay.  And is that what you did?

1    A.  We attempted to.

2    Q.  And how did that go?

3    A.  Well, we got the people from the House door -- I'm

4    sorry, the floor door back into the hall.  So back up into

5    there where we encountered another group that we tried to

6    flush into the Rotunda.

7    Q.  Okay.  And you've drawn a line from that main door at

8    the House Chamber into Statuary Hall?

9    A.  Correct.

10   Q.  What did you see when you got to Statuary Hall?

11   A.  There was a group in the middle of the hall there, and a

12   woman was -- I don't know what to call it.  It was almost

13   having a conference, reading a letter, or -- I'm not sure

14   what to call it, but it was almost like having a press

15   conference in the middle of the hall there.

16   Q.  Okay.  Were people stopped and watching this?

17   A.  Yes, they were.

18           MS. AYERS-PEREZ:  All right.  I'm going to clear

19   this.

20           I'm going to pull up Government's 407.01.  This is

21   not in evidence.

22           THE COURT:  Are we doing okay, ladies and

23   gentlemen?

24           (Jury nods in agreement)

25   Q.  Okay.  Do you recognize what's on your screen, Officer

1     McGoff, without saying what it is?

2     A.   Yes.

3     Q.   Have you seen this before?

4     A.   Yes.

5     Q.   Is this a video --

6     A.   Yes.

7     Q.   -- of Statuary Hall?

8     A.   Correct.

9     Q.   Do you appear in this video?

10    A.   Right now, no.

11    Q.   At some point, based on when you've seen it before?

12    A.   Yes.

13    Q.   Okay.  And is this a fair and accurate representation of

14    what you saw that day?

15    A.   Yes.

16    Q.   And is this some of the Capitol CCTV footage?

17    A.   Yes.

18              MS. AYERS-PEREZ:  I would move to admit

19    Government's 407.01 into evidence, Your Honor.

20              MR. BRENNWALD:  The Court's indulgence.

21              That's fine.

22              THE COURT:  So moved.

23              Do you have an objection?

24              MR. BRENNWALD:  No.  I'll just play a longer

25    version, if she doesn't.  That's fine.

1          THE COURT:  Very well.  So moved.

2          MS. AYERS-PEREZ:  All right.  Ms. Rouhi, if you

3     could go ahead and play this, and you can stop at 26

4     seconds, please.

5              (Video playing)

6     Q.  Okay.  Officer McGoff, I'm going to circle right here.

7     Do you see the male and the female in the sunglasses in that

8     circle?

9     A.  Yes.

10    Q.  Is the female the one that you observed having what you

11    called the press conference?

12    A.  I believe so.  At this angle right here it's a little

13    tough.

14    Q.  Let me go back about two seconds.

15              There you go.

16    A.  Yes.

17          MS. AYERS-PEREZ:  Okay.  I'm going to clear this.

18          And let's go to one minute and 34 seconds,

19    Ms. Rouhi.

20              (Video playing)

21    Q.  Okay.  Officer McGoff, is this the press conference you

22    were referring to?

23    A.  Yes.

24    Q.  Okay.  Are there a number of officers in the video now?

25    A.  Correct.

1    Q.  And what are they doing?

2    A.  Once again trying to funnel these individuals back into

3    the Rotunda to get them out one of the doors that had been

4    breached.

5    Q.  Okay.  I'm going to circle right there.  I'm circling

6    that gentleman with the sunglasses.  Is he leaving Statuary

7    Hall at that moment?

8    A.  No.

9    Q.  Okay.  Is the woman who is speaking leaving Statuary

10   Hall at that moment?

11   A.  No.

12           MS. AYERS-PEREZ:  Okay.  We can keep going to

13   1:41, Ms. Rouhi.

14           (Video playing)

15   Q.  Okay.  You're still trying to get people out of Statuary

16   Hall at this point, right?

17   A.  Correct.

18   Q.  It looks like it's clearing out pretty good?

19   A.  Fair amount.

20   Q.  Compared to what you saw earlier?

21   A.  Correct.

22   Q.  Does it look like people are leaving?

23   A.  Yes.

24   Q.  Okay.  Other than these two, does it look like most

25   everybody else is complying?

```
 1    A.  For the most part.  There were a few stragglers.

 2    Q.  Okay.  Does it look like there are a number of officers

 3    here right now?

 4    A.  Yes.

 5    Q.  Can you count how many there are for me?

 6    A.  From what I can see, I would say eight.

 7              MS. AYERS-PEREZ:  Okay.  Let's keep playing to one

 8    minute, 47 seconds, please, Ms. Rouhi.

 9              (Video playing)

10    Q.  So instead of leaving, are we now seeing people stopping

11    and listening to this?

12    A.  Correct.

13    Q.  Okay.  Is that impeding your efforts to clear out

14    Statuary Hall?

15    A.  Yes.

16              MS. AYERS-PEREZ:  All right.  If we can keep going

17    to two minutes and 23 seconds.

18              (Video playing)

19    Q.  Okay.  Has the crowd grown here?

20    A.  Yes.

21    Q.  Are there a number of law enforcement officers as well,

22    right?

23    A.  Yes.

24    Q.  All right.  I'm going to circle this.

25              Do you see this gentleman in the sunglasses?
```

1    A.  Yes.

2    Q.  What does he appear to be doing?

3    A.  Videotaping the woman's speech.

4    Q.  Okay.  I'm circling the woman here at the right-hand

5    side of the screen.

6            Is that the woman who is giving the speech?

7    A.  Correct.

8    Q.  Are you on the screen at this point?

9    A.  Yes.

10   Q.  Can you go ahead and circle yourself for us.

11   A.  (Witness complies)

12   Q.  And that's the officer on the far right side of the

13   screen?

14   A.  Yes.

15   Q.  With the baseball cap and the mask?

16   A.  Yes.

17   Q.  What are you doing at this point?

18   A.  At this point we just came back from Statuary Hall

19   trying to push this group back -- I apologize.

20           We had just come back from the door to the lobby,

21   to the floor, the House floor, brought these individuals

22   back to the hall here to push everybody back into the

23   Rotunda.

24           I think we noticed at this point that there was an

25   individual in the corner who was circled making a speech,

```
 1    and that's where we were headed to first.
 2    Q.  And what is your goal at this point with the woman who
 3    is making the speech and the man who is recording her making
 4    the speech?
 5    A.  Just to shut it down and get everybody out so we can be
 6    utilized elsewhere.
 7    Q.  Okay.  Are they complying with those requests?
 8    A.  No.
 9          MS. AYERS-PEREZ:  All right.  I'm going to clear
10    this, and if we could go to two minutes and 40 seconds,
11    Ms. Rouhi.
12          (Video playing)
13    Q.  Is that you there at the bottom of the screen?
14    A.  Bottom right, yes.
15    Q.  Can you circle yourself for us, please.
16    A.  (Witness complies)
17    Q.  And so the officer in the mask in the bottom right
18    corner of the screen?
19    A.  Correct.
20    Q.  And you're next to the woman now?
21    A.  Correct.
22    Q.  Are you providing any sort of instructions?
23    A.  No.  There was -- at a few points I yelled, "Let's go,
24    move on."
25          From there I remember actually leaving this area
```

1    going to something else that was happening, and the other

2    individual -- the other officers continued to try to push

3    this group out.

4    Q.  Okay.  When you're yelling, are you yelling loud?

5    A.  It was very loud in there, so to me I thought I was, but

6    I don't recall.

7    Q.  About how far would you say the gentleman in the

8    sunglasses is from you?

9    A.  Eight feet maybe.

10   Q.  Okay.  Were you yelling at that crowd to go along, too?

11   A.  Yes.  As we were coming in, it was a big "Let's go,

12   everybody out, let's go," back to pushing them into the

13   Rotunda.  That's where a lot of the yelling was occurring.

14   Q.  And right now is the only thing stopping that this

15   speech?

16   A.  Yes.

17              MS. AYERS-PEREZ:  Okay.  I'm going to clear this

18   circle.

19              Ms. Rouhi, if you could play that through the end.

20              (Video playing)

21   Q.  So once the officers were able to move that woman, was

22   the rest of the crowd then compliant?

23   A.  Yes.

24   Q.  Okay.  I'm going to show you what's been marked as

25   Government's Exhibit No. 314.

```
 1              MS. AYERS-PEREZ:  Can you pause it right there.

 2   Q.  All right.  Do you recognize this video?

 3   A.  Yes.

 4   Q.  Have you seen this video before?

 5   A.  Yes.

 6   Q.  Do you actually appear in this video at one point?

 7   A.  Yes.

 8   Q.  And is this a fair and accurate representation of what

 9   you remember from that day on January 6th?

10   A.  Yes.

11              MS. AYERS-PEREZ:  Okay.  I move to admit

12   Government's 314 into the record, Your Honor.

13              (Counsel confer)

14              MR. BRENNWALD:  No objection.

15              THE COURT:  So moved.

16              MS. AYERS-PEREZ:  Okay.  Can you put the volume

17   on.  If we can go ahead and play Government's 314.

18              (Video playing)

19              MS. AYERS-PEREZ:  Ms. Rouhi, if you could pause it

20   there, and if you could go back about three seconds.  Okay.

21   And that's here at 24 seconds.

22   Q.  Do you notice anybody in the background of this shot,

23   Agent McGoff?

24   A.  An individual with a mask and helmet on right there,

25   yes.
```

```
 1    Q.  Is that a normal ordinary mask, like what you're

 2    wearing?

 3    A.  No.

 4    Q.  What type of mask does that appear to be?

 5    A.  It looks to be a ballistics style helmet with an almost

 6    military grade gas mask.

 7    Q.  Is this something you had seen throughout the course of

 8    January 6th?

 9    A.  Correct.

10    Q.  You've seen other protests before?

11    A.  Yes.

12    Q.  Have you ever seen anyone wearing that type of gear to

13    other protests?

14    A.  Maybe one or two people; but hundreds or multiple

15    people, no.

16            MS. AYERS-PEREZ:  Okay.  If we can go ahead and

17    play, Ms. Rouhi.

18            (Video playing)

19            MS. AYERS-PEREZ:  Can you stop it, Ms. Rouhi.

20    We're pausing it at 59 seconds.

21    Q.  What are we observing here, Agent McGoff?

22    A.  At this point we're trying to stop this interview or

23    speech and, once again, just get these individuals out.

24    Q.  Are you on screen at this point?

25    A.  Yes.
```

1    Q.  Can you circle yourself for us.

2    A.  Right here. (Witness complies)

3    Q.  Okay.  And the whole time she's speaking is the guy in

4    the sunglasses still there present?

5    A.  Yes.

6    Q.  Okay.  I'm going to clear this.

7           MS. AYERS-PEREZ:  We can go ahead and keep playing

8    it, Ms. Rouhi.

9           (Video playing)

10   Q.  Was she complying with your orders to move?

11   A.  No.

12   Q.  Okay.  Were you wearing a radio that day, Officer

13   McGoff?

14   A.  Yes.

15          THE COURT:  Ms. Ayers-Perez, how much longer do

16   you have?

17          MS. AYERS-PEREZ:  Maybe five minutes, Your Honor.

18   Q.  Were you receiving any reports over the radios about

19   other officers?

20   A.  Yes.

21   Q.  And what kind of reports were you receiving?

22   A.  Injured officers, officers down, breaches at different

23   areas, more people to the Rotunda to try to keep people out,

24   push people out and stop them from coming back in.

25   Q.  Were you receiving anything called like a 10-33?

1    A.   There had been multiple 10-33s that had gotten across

2    the radio.   The only one -- I did hear one 10-33.   I don't

3    know exactly when in the day it was.   I do know that did go

4    out on the radio.

5    Q.   Can you remind us of what a 10-33 is.

6    A.   It's an officer down, an officer in need of help.

7    Q.   Were you aware that there was violence happening at the

8    Capitol at this point?

9    A.   Yes.

10   Q.   Were you able to help with that at that moment?

11   A.   At that moment that that was going on, what we just

12   watched, no.

13   Q.   And why not?

14   A.   Because I was sent into there to get those people out;

15   and then once that was concluded, I could be utilized

16   elsewhere.

17   Q.   Okay.   So where did they get moved to when they left the

18   Statuary Hall?

19   A.   At that point everybody had been moved into the Rotunda

20   and, like I said, tried to be pushed out the door on the

21   west side.

22   Q.   Did you see either one of those individuals in the

23   sunglasses after they were moved into the Rotunda?

24   A.   I did not.

25   Q.   What time did you end up leaving that day?

1   A.   It was late into the night.  Once again, I don't know an

2   exact time, but it was after midnight.

3   Q.   What did the Capitol look like when you left?

4   A.   As if a grenade had gone off in places; things ripped

5   off the wall, papers thrown all over the place, windows

6   smashed out, wooden fixtures and such were broken.  It was

7   just chaos.

8           MS. AYERS-PEREZ:  Okay.  I pass the witness, Your

9   Honor.

10               (The following is a bench conference

11                held outside the hearing of the jury)

12          THE COURT:  How long do you need?

13          MR. BRENNWALD:  15 minutes.  I'd really rather not

14   go right now.  I'm tired.  Everybody's tired.

15          THE COURT:  I agree.

16          MR. BRENNWALD:  Thank you.

17          THE COURT:  We'll dismiss them and bring them

18   back, unfortunately, tomorrow.

19               (This is the end of the bench conference)

20          THE COURT:  All right.  Ladies and gentlemen,

21   we're going to break for the evening.  Thank you for your

22   patience and your attention.  The good news is I think we

23   are basically on track with the schedule that I laid out,

24   and I may have more specific information about the schedule

25   tomorrow.

1           But in the meantime, no discussions about the

2     case, no research about the case.  Have a great evening, and

3     we'll see you back here at the same time, about 9:15, and

4     we're going to try to start a little bit earlier tomorrow

5     morning, okay?

6               (Jury exits courtroom)

7               THE COURT:  You can step down, sir.

8               THE WITNESS:  Thank you.

9               THE COURT:  And don't discuss your testimony

10    overnight.

11              THE WITNESS:  Yes, sir.

12              THE COURT:  All right.  Have a seat, everybody.

13          All right.  Ms. Ayers-Perez, we'll have

14    Mr. Brockwell and Agent Turner in the morning?

15              MS. AYERS-PEREZ:  That is correct, Your Honor,

16    after we finish with Officer McGoff.

17              THE COURT:  Okay.

18          And, Mr. Brennwald, the defendant will testify?

19              MR. BRENNWALD:  Yes, Your Honor.

20              THE COURT:  And one character witness or more?

21              MR. BRENNWALD:  At most two, but probably just

22    one, if that.

23              THE COURT:  Okay.  So I know we talked about

24    character evidence before.  This is reputation and opinion

25    of character relevant to the charge, which is essentially,

1    you know, law abidingness and peaceability.  But unless you

2    tell me otherwise, I don't see any other sort of character

3    traits that are relevant.

4         And on cross, you just can't ask him or the

5    character witness, would your opinion change if you knew

6    that he was guilty of this crime.  All right?

7         And assuming we could finish that testimony

8    tomorrow, I need to knock off a little early tomorrow

9    afternoon.  I have a conflict at 4:00 or a little after, so

10   we'll probably finish up a little early tomorrow.

11        I looked through the jury instructions.  There

12   really aren't any meaningful disputes so I think our charge

13   conference should be pretty short.  Probably we could do

14   that first thing Friday assuming there's no rebuttal case.

15        Do you anticipate a rebuttal case.

16        MS. AYERS-PEREZ:  I do not at this stage, Your

17   Honor.

18        THE COURT:  Right.

19        MS. AYERS-PEREZ:  Some of that depends upon the

20   defendant.

21        THE COURT:  As I said, I instruct before closings.

22   So I would imagine instructing, you know, Friday morning and

23   then rolling right into closings.  All right?

24        MR. BRENNWALD:  Thank you, Your Honor.

25        THE COURT:  Okay.  Have a good night.  We'll see

1        you in the morning.

2                And why don't you bring two tests in the morning,

3        and you owe the Court one.  All right?

4                MR. BRENNWALD:  Yes, Your Honor.

5                THE COURT:  All right.

6                    (Whereupon the hearing was

7                    concluded at 5:26 p.m.)

8

9                **CERTIFICATE OF OFFICIAL COURT REPORTER**

10

11                I, LISA A. MOREIRA, RDR, CRR, do hereby

12        certify that the above and foregoing constitutes a true and

13        accurate transcript of my stenographic notes and is a full,

14        true and complete transcript of the proceedings to the best

15        of my ability.

16            Dated this 26th day of October, 2022.

17

18                                /s/Lisa A. Moreira, RDR, CRR
                                  Official Court Reporter
19                                United States Courthouse
                                  Room 6718
20                                333 Constitution Avenue, NW
                                  Washington, DC 20001
21

22

23

24

25

**'**

**'21** [1] - 568:4

**/**

**/s/Lisa** - 700:18

**0**

**01** [1] - 541:5

**1**

**1** [5] - 497:1, 501:7, 501:8, 502:18, 524:12
**10** [2] - 611:11, 667:23
**10-100** [1] - 571:13
**10-33** [10] - 520:13, 548:7, 548:8, 548:9, 548:14, 657:20, 695:25, 696:2, 696:5
**10-33s** [1] - 696:1
**100** [3] - 524:11, 568:22, 670:24
**100a** [1] - 484:14
**101** [5] - 576:16, 610:18, 642:11, 674:12, 679:9
**102** [11] - 577:4, 579:7, 584:23, 611:22, 612:7, 614:19, 618:10, 643:25, 658:14, 663:18, 682:12
**102.1** [1] - 577:6
**103** [1] - 658:14
**10:00** [1] - 537:17
**10:08** [1] - 629:5
**10:26** [1] - 629:20
**11** [2] - 591:5, 607:5
**11204** [1] - 484:13
**117th** [1] - 502:18
**119** [1] - 670:7
**11:00** [7] - 537:17, 670:2, 670:3, 670:4, 670:13, 671:25
**11:36** [1] - 630:6
**12** [6] - 517:20, 542:12, 567:24, 607:18, 608:7, 667:23
**12(b** [4] - 501:6, 501:8, 501:14, 501:17
**12:00** [3] - 492:9, 537:7, 671:25
**12:30** [3] - 492:10, 563:25, 672:1
**12:45** [1] - 577:9
**12:50** [1] - 631:11

**12:51** [1] - 495:23
**13** [3] - 516:7, 528:19, 539:1, 553:6, 553:7
**13-minute** [1] - 586:5
**130** [1] - 491:18
**14** [1] - 516:15
**1400** [1] - 484:17
**15** [13] - 494:6, 517:19, 537:2, 537:4, 543:12, 564:4, 567:24, 605:7, 611:12, 645:1, 677:24, 697:13
**16** [1] - 502:12
**18** [3] - 523:11, 596:9, 653:6
**19** [10] - 540:4, 553:18, 553:19, 565:19, 603:2, 607:19, 623:3, 633:20, 633:22, 647:24
**19th** [3] - 565:5, 633:11, 633:23
**1:00** [5] - 492:11, 504:20, 560:24, 636:12, 640:11
**1:07** [3] - 524:14, 556:3, 556:4
**1:11** [2] - 589:14, 615:1
**1:14** [1] - 499:20
**1:15** [3] - 492:14, 496:9, 505:19
**1:21-cr-00085-CRC** [1] - 484:4
**1:30** [5] - 500:14, 568:8, 569:24, 570:7, 571:1
**1:41** [1] - 688:13
**1:45** [2] - 513:13, 513:21
**1:58** [1] - 516:13
**1st** [1] - 633:23

**2**

**2** [3] - 634:21, 641:6, 676:9
**20** [9] - 518:25, 525:24, 537:2, 564:4, 591:2, 594:3, 644:23, 645:3, 673:10
**20,000** [1] - 560:4
**20-second** [1] - 654:10
**20001** [2] - 484:24, 700:21
**20003** [1] - 484:21
**20005** [1] - 484:17
**2001** [1] - 508:7

**2004** [1] - 633:23
**2009** [1] - 507:25
**201** [1] - 541:4
**2012** [2] - 667:12, 667:13
**2016** [1] - 634:9
**202** [2] - 484:18, 484:25
**2020** [2] - 492:5, 492:7
**2021** [21] - 490:22, 490:24, 491:2, 491:25, 492:8, 493:10, 511:9, 511:13, 511:16, 568:1, 568:3, 570:2, 617:18, 618:1, 618:16, 634:23, 635:1, 667:20, 669:9, 669:12
**2022** [2] - 484:4, 700:16
**205** [2] - 638:25, 639:10
**21** [2] - 484:4, 519:12
**21:30** [1] - 519:17
**22** [3] - 550:6, 617:19, 619:2
**23** [1] - 689:17
**24** [4] - 497:21, 550:21, 565:7, 693:21
**25** [5] - 591:3, 605:3, 644:23, 645:3, 649:5
**25-second** [1] - 540:17
**26** [1] - 687:3
**26th** [2] - 618:16, 700:16
**28** [2] - 527:5, 617:18
**28th** [2] - 618:1, 618:16
**29** [1] - 551:1
**2:00** [2] - 577:16, 577:18
**2:05** [2] - 519:3, 519:4
**2:06** [1] - 519:15
**2:09** [1] - 525:12
**2:12** [1] - 492:18
**2:15** [1] - 492:24
**2:26** [1] - 501:22

**3**

**3** [1] - 492:7
**30** [8] - 516:7, 516:15, 518:25, 519:16, 543:12, 592:21, 593:2, 600:6
**30-second** [1] - 538:14
**301** [1] - 484:21
**314** [3] - 692:25,

693:12, 693:17
**33** [1] - 649:25
**333** [2] - 484:24, 700:20
**34** [2] - 608:7, 687:18
**35** [1] - 673:12
**354-3187** [1] - 484:25
**36** [1] - 607:5
**37** [2] - 587:2, 655:23
**3:30/4:00** [1] - 500:17
**3:40** [1] - 616:20
**3:44** [2] - 493:9, 503:7

**4**

**40** [4] - 532:23, 535:10, 591:18, 691:10
**407.01** [2] - 685:20, 686:19
**41** [1] - 605:17
**413** [2] - 515:16, 516:2
**413.02** [2] - 512:23, 513:7
**42** [2] - 498:11, 535:3
**43** [1] - 499:12
**44** [3] - 502:20, 594:15, 595:10
**47** [3] - 568:20, 588:6, 689:8
**4:00** [1] - 699:9
**4:23** [1] - 528:19
**4:30** [1] - 616:20
**4:33** [2] - 619:10, 619:11
**4:35** [1] - 620:6
**4s** [2] - 641:6, 676:9
**4th** [1] - 669:24

**5**

**5-0** [1] - 597:7
**50** [2] - 597:7, 606:8
**503.01** [3] - 538:10, 538:23, 553:5
**504** [3] - 548:25, 549:10, 562:15
**504.01** [7] - 540:15, 541:1, 541:3, 541:8, 549:4, 549:14, 562:18
**504.01A** [4] - 545:1, 545:7, 552:4, 552:9
**504.01B** [3] - 545:23, 546:6, 552:22
**506.01** [2] - 612:2, 615:1, 627:7
**506.1** [2] - 586:2, 586:14
**507** [4] - 645:13,

645:25, 654:23, 665:17
**508** [4] - 650:18, 651:4, 662:3, 662:5
**509** [3] - 646:20, 647:2, 654:23
**51** [1] - 495:16
**512.01** [3] - 522:2, 522:21, 554:13
**514-6256** [1] - 484:18
**52** [1] - 500:9
**58** [1] - 656:4
**58-second** [1] - 655:18
**59** [1] - 694:20
**5:07** [1] - 531:1
**5:14** [1] - 531:11
**5:25** [1] - 532:5
**5:26** [1] - 700:7
**5:30** [4] - 568:8, 569:24, 570:7, 635:13
**5:40** [1] - 556:14
**5:44** [1] - 621:2
**5:50** [1] - 533:18
**5th** [1] - 669:24

**6**

**6** [10] - 490:22, 490:24, 491:2, 491:25, 492:8, 511:12, 511:16, 568:3, 570:2
**600** [2] - 493:16, 494:2
**6718** [2] - 484:23, 700:20
**6:00** [1] - 511:25
**6:28** [1] - 534:20
**6th** [55] - 505:19, 507:2, 511:15, 511:18, 511:20, 512:13, 513:4, 513:23, 514:25, 515:2, 515:12, 518:7, 523:17, 526:9, 528:11, 529:9, 530:7, 535:18, 536:3, 536:13, 536:18, 536:24, 537:16, 538:8, 547:12, 547:23, 569:8, 570:1, 570:6, 571:2, 571:3, 584:20, 600:13, 609:8, 634:23, 634:25, 635:1, 635:3, 639:4, 645:23, 646:24, 651:1, 660:3, 665:10, 667:20, 669:1, 669:8, 669:9,

669:12, 669:15,
669:22, 670:1,
670:11, 693:9, 694:8

## 7

**7** [4] - 493:10, 535:2,
623:3, 624:12
**702** [2] - 491:9, 491:14
**702.1** [1] - 493:15
**704** [2] - 489:22, 490:3
**704.1** [1] - 493:15
**723-6523** [1] - 484:15
**78045** [1] - 484:14
**7:00** [1] - 511:24
**7:19** [3] - 596:10,
622:23, 623:1
**7:42** [1] - 557:18
**7:50** [2] - 624:6, 624:8

## 8

**8:00** [5] - 487:8,
487:13, 505:25,
506:6, 624:12
**8:06** [2] - 493:8,
501:23
**8:11** [1] - 598:16
**8:36** [1] - 626:11

## 9

**9/11** [1] - 566:2
**922** [1] - 484:20
**928-7727** [1] - 484:21
**956** [1] - 484:15
**9:02** [1] - 493:8
**9:03** [1] - 627:6
**9:15** [1] - 698:3
**9:16** [1] - 502:12
**9:19** [1] - 628:2
**9:53** [1] - 484:5

## A

**A-R-G-A-S** [1] - 564:24
**a.m** [8] - 484:5,
493:10, 502:20,
503:7, 569:24,
670:3, 670:4, 670:13
**abidingness** [1] -
699:1
**ability** [7] - 502:9,
554:14, 554:16,
568:10, 647:22,
680:24, 700:15
**able** [32] - 502:7,
503:17, 509:7,
534:12, 534:17,
540:2, 544:8,
544:14, 547:2,

548:11, 560:16,
572:3, 572:23,
582:7, 609:16,
610:2, 641:25,
657:11, 657:24,
658:2, 659:18,
660:6, 664:8,
666:10, 666:12,
672:23, 674:24,
678:5, 680:17,
680:18, 692:21,
696:10
**absence** [2] - 492:21,
493:3
**absolutely** [12] -
499:10, 526:8,
526:13, 594:13,
596:5, 596:8, 602:7,
605:15, 608:14,
610:4, 632:17,
653:14
**abundance** [1] - 548:7
**acceptance** [1] - 506:8
**accomplished** [1] -
505:18
**accurate** [14] - 491:1,
491:3, 493:24,
495:5, 513:3,
515:24, 540:22,
639:6, 645:22,
646:23, 650:25,
686:13, 693:8,
700:13
**accurately** [4] - 495:2,
522:18, 538:19,
586:10
**accustomed** [1] -
635:19
**acrid** [1] - 488:20
**acronym** [3] - 510:14,
559:1, 566:18
**acting** [2] - 667:22,
667:24
**Action** [1] - 484:3
**action** [3] - 511:8,
520:23, 675:10
**actions** [1] - 573:11
**active** [1] - 567:9
**activity** [4] - 548:3,
548:5, 589:4, 589:25
**actual** [9] - 517:16,
551:16, 559:3,
611:15, 640:20,
645:2, 648:10,
676:1, 680:6
**Adams** [2] - 569:11,
569:20
**additional** [2] - 562:6,
638:16
**additionally** [1] -

529:15
**addressed** [1] -
500:22
**adjourned** [1] - 492:15
**administrative** [1] -
634:13
**admit** [9] - 494:1,
545:6, 546:6,
586:13, 639:10,
645:25, 647:1,
686:18, 693:11
**admitted** [1] - 579:7
**adult** [1] - 536:17
**advised** [1] - 588:11
**affected** [1] - 531:20
**affiliation** [2] - 557:7
**aftermath** [1] - 560:18
**afternoon** [24] -
528:11, 548:19,
555:21, 564:13,
564:20, 564:21,
568:8, 578:7, 579:4,
579:5, 610:10,
610:11, 619:17,
626:23, 627:5,
633:4, 636:5,
660:24, 664:17,
664:22, 666:22,
667:4, 672:2, 699:9
**afternoons** [1] -
568:16
**age** [1] - 624:7
**Agent** [2] - 694:21,
698:14
**agent** [5] - 566:3,
618:15, 618:19,
680:24, 693:23
**agents** [2] - 617:23,
618:2
**agitator** [1] - 616:15
**ago** [5] - 501:7,
527:22, 561:23,
620:16, 633:22
**agree** [4] - 490:13,
491:23, 504:11,
697:15
**agreed** [3] - 487:25,
489:22, 491:15
**agreement** [1] -
685:24
**ahead** [13] - 518:24,
549:8, 550:17,
560:19, 615:11,
653:3, 655:7,
656:10, 687:3,
690:10, 693:17,
694:16, 695:7
**air** [3] - 488:20,
531:19, 531:21
**aisle** [1] - 497:6,

497:23
**alarm** [5] - 542:18,
542:20, 542:25,
543:1, 543:15
**ALI** [1] - 562:20
**Ali** [4] - 550:17,
554:18, 555:13,
556:4
**allow** [3] - 581:23,
605:14, 605:25
**allowed** [5] - 514:18,
601:19, 606:6,
608:13, 640:7
**allowing** [1] - 500:15
**allows** [1] - 501:14
**almost** [15] - 514:20,
527:2, 542:19,
542:24, 551:21,
570:13, 570:23,
631:12, 631:20,
631:21, 631:22,
652:15, 685:12,
685:14, 694:5
**alone** [1] - 622:18
**altered** [1] - 491:4
**Amendment** [1] -
511:23
**America** [2] - 535:15,
535:23
**AMERICA** [1] - 484:3
**American** [3] - 525:13,
527:8, 533:8
**ammo** [1] - 529:14
**amount** [10] - 487:22,
535:17, 567:15,
569:17, 574:25,
575:8, 598:11,
599:7, 630:1, 688:19
**Angeles** [1] - 504:12
**angle** [2] - 630:12,
687:12
**angled** [1] - 526:14
**angry** [1] - 575:11
**answer** [8] - 558:7,
570:20, 570:23,
572:17, 612:15,
616:25
**anteroom** [1] - 583:1
**anticipate** [1] - 699:15
**anticipated** [1] -
560:19
**anticipating** [1] -
511:23
**apart** [2] - 587:12,
662:24
**apologies** [2] - 486:7,
544:19
**apologize** [14] -
522:14, 608:10,
614:24, 616:25,

617:22, 617:25,
618:2, 626:20,
630:12, 631:1,
654:25, 682:2,
682:23, 690:19
**Appeals** [1] - 582:3
**appear** [31] - 488:7,
489:6, 493:22,
522:9, 522:11,
522:16, 523:21,
525:2, 530:23,
540:11, 540:20,
545:4, 546:1,
546:15, 553:14,
556:19, 590:25,
596:17, 602:14,
604:25, 607:15,
620:17, 645:18,
647:15, 650:23,
651:12, 654:10,
686:9, 690:2, 693:6,
694:4
**APPEARANCES** [1] -
484:11
**appeared** [7] - 488:25,
522:13, 555:11,
616:12, 616:13,
616:15, 647:19
**appellate** [1] - 582:2
**apples** [1] - 676:10
**applied** [1] - 566:17
**appreciate** [4] -
504:14, 507:4,
561:16, 665:14
**approached** [2] -
536:13, 585:7
**approaching** [2] -
673:13, 674:24
**APRIL** [1] - 484:12
**arch** [1] - 626:7
**Architect** [1] - 641:24
**archway** [3] - 625:14,
625:15, 625:18
**area** [66] - 511:10,
512:16, 512:18,
512:20, 519:19,
521:12, 521:15,
522:12, 525:19,
528:16, 539:11,
540:10, 544:12,
555:23, 562:12,
571:8, 574:16,
575:12, 575:18,
576:6, 577:3,
579:13, 580:6,
582:23, 584:14,
587:19, 588:16,
592:16, 597:16,
597:18, 599:1,
599:20, 612:17,

613:18, 614:24,
617:16, 627:10,
628:14, 628:24,
640:21, 643:9,
643:10, 644:23,
647:8, 649:1,
651:23, 657:16,
658:6, 658:9,
663:20, 665:24,
671:7, 671:12,
672:10, 672:15,
674:16, 679:7,
679:14, 680:6,
680:19, 682:16,
683:21, 684:11,
684:21, 691:25
**areas** [4] - 488:7,
572:25, 614:1,
695:23
**Arizona** [4] - 499:23,
505:6, 505:9, 506:3
**arm** [2] - 552:11,
552:25
**arm's** [1] - 523:25
**armed** [2] - 488:2,
600:1
**armor** [1] - 512:2
**arms** [5] - 512:10,
544:8, 552:17,
553:2, 553:3
**Army** [5] - 529:4,
529:17, 565:12,
565:15, 565:18
**arrival** [2] - 565:11,
634:15
**arrive** [2] - 609:21,
635:12
**arrived** [2] - 635:22,
644:22
**arrow** [3] - 614:3,
680:10, 680:13
**article** [1] - 660:13
**ascertain** [1] - 487:23
**assaults** [1] - 567:9
**assess** [1] - 487:22
**assessment** [1] -
488:2
**assets** [1] - 573:19
**assigned** [7] - 511:4,
512:15, 565:4,
568:4, 633:8,
634:19, 668:3
**assignment** [1] -
668:2
**assist** [2] - 574:22,
683:1
**assisting** [1] - 683:5
**assume** [1] - 664:10
**assuming** [2] - 699:7,
699:14

**attached** [2] - 555:16,
555:19
**attack** [1] - 533:22
**attempted** [2] -
681:11, 685:1
**attempting** [1] - 520:5
**attempts** [1] - 605:12
**attention** [22] - 518:11,
520:10, 535:12,
535:22, 539:11,
563:5, 563:11,
568:1, 571:9,
593:24, 594:6,
595:16, 595:19,
605:9, 606:11,
616:16, 617:10,
617:14, 618:25,
628:21, 652:16,
697:22
**attire** [2] - 535:20,
535:25
**ATTORNEYS** [1] -
484:12
**audible** [1] - 542:20
**AUSTIN** [3] - 485:12,
667:1, 667:6
**Austin** [2] - 666:20,
667:6
**authentic** [1] - 491:5
**authority** [1] - 501:9
**avenue** [1] - 670:22
**Avenue** [6] - 484:17,
484:20, 484:24,
670:20, 670:21,
700:20
**avenues** [1] - 573:19
**aviator** [1] - 645:11
**aware** [4] - 503:13,
653:25, 664:17,
696:7
**AYERS** [57] - 484:12,
549:16, 632:21,
633:3, 639:9,
645:25, 646:4,
646:7, 647:1, 647:5,
647:23, 649:4,
649:24, 650:14,
650:17, 651:3,
651:7, 651:10,
653:2, 653:5, 654:4,
654:7, 654:19,
654:22, 655:2,
655:17, 655:21,
656:4, 656:10,
660:17, 660:21,
665:15, 665:19,
666:13, 666:20,
667:3, 685:18,
686:18, 687:2,
687:17, 688:12,

689:7, 689:16,
691:9, 692:17,
693:1, 693:11,
693:16, 693:19,
694:16, 694:19,
695:7, 695:17,
697:8, 698:15,
699:16, 699:19
**Ayers** [5] - 485:10,
485:11, 485:13,
549:15, 698:13
**AYERS-PEREZ** [57] -
484:12, 549:16,
632:21, 633:3,
639:9, 645:25,
646:4, 646:7, 647:1,
647:5, 647:23,
649:4, 649:24,
650:14, 650:17,
651:3, 651:7,
651:10, 653:2,
653:5, 654:4, 654:7,
654:19, 654:22,
655:2, 655:17,
655:21, 656:4,
656:10, 660:17,
660:21, 665:15,
665:19, 666:13,
666:20, 667:3,
685:18, 686:18,
687:2, 687:17,
688:12, 689:7,
689:16, 691:9,
692:17, 693:1,
693:11, 693:16,
693:19, 694:16,
694:19, 695:7,
695:17, 697:8,
698:15, 699:16,
699:19
**Ayers-Perez** [2] -
695:15, 698:13
**Ayers-Perez)............
.................633** [1] -
485:10
**Ayers-Perez)............
.................665** [1] -
485:11
**Ayers-Perez)............
.................667** [1] -
485:13

---

## B

**back-and-forth** [1] -
683:16
**backed** [1] - 532:19
**background** [1] -
693:22
**backing** [1] - 574:24
**badge** [1] - 606:23

**balance** [1] - 592:18
**ballistic** [1] - 669:3
**ballistics** [1] - 694:5
**ballots** [1] - 500:18
**ballpark** [1] - 506:18
**balls** [1] - 638:8
**bandana** [1] - 596:23
**bang** [6] - 532:9,
532:10, 532:11,
532:20, 558:12
**banging** [1] - 524:16
**bangs** [1] - 558:12
**banks** [1] - 611:4
**bar** [2] - 543:11
**barricade** [1] - 516:24
**barricaded** [2] -
488:23, 657:2
**barricades** [1] - 613:8
**barrier** [6] - 517:16,
518:22, 562:6,
592:15, 592:19,
675:4
**barriers** [3] - 515:7,
612:22, 613:6
**base** [1] - 674:7
**baseball** [2] - 528:7,
690:15
**based** [9] - 496:16,
536:16, 540:10,
555:4, 555:8,
573:14, 576:2,
664:19, 686:11
**basement** [5] - 643:18,
643:20, 643:21,
643:22, 643:23
**basis** [1] - 570:14
**bat** [1] - 512:11
**baton** [5] - 541:21,
557:16, 562:5,
603:17, 603:23
**batteries** [1] - 641:3
**beanie** [1] - 531:5
**bear** [2] - 641:2, 676:9
**became** [1] - 565:20
**become** [7] - 492:20,
493:2, 566:2,
566:17, 634:6,
634:8, 635:19
**beeping** [2] - 542:15,
542:18
**BEFORE** [1] - 484:10
**began** [5] - 492:9,
492:10, 500:15,
597:15, 681:14
**begin** [3] - 492:12,
516:8, 683:5
**beginning** [9] -
490:11, 491:21,
494:6, 554:19,
560:19, 562:20,

562:21, 585:6,
588:10
**begins** [1] - 502:14
**begun** [1] - 676:1
**behind** [32] - 514:5,
518:4, 518:22,
521:8, 526:16,
533:7, 533:10,
541:13, 542:1,
549:24, 571:8,
571:17, 580:1,
580:20, 581:6,
587:15, 587:16,
587:18, 589:9,
596:17, 598:6,
598:9, 598:12,
598:24, 612:3,
616:17, 623:11,
627:23, 644:6, 678:2
**belief** [1] - 635:20
**below** [6] - 602:21,
607:22, 608:5,
609:5, 640:18, 681:5
**belt** [3] - 512:2, 600:1,
669:2
**bench** [4] - 581:15,
582:20, 697:10,
697:19
**bend** [2] - 552:19,
552:21
**Benjamin** [1] - 657:6
**bent** [1] - 606:23
**best** [7] - 488:9, 559:7,
578:5, 597:21,
641:19, 680:25,
700:14
**best-case** [1] - 578:5
**better** [3] - 551:14,
658:10, 677:24
**between** [26] - 491:8,
500:17, 512:20,
517:24, 527:10,
541:18, 543:12,
545:18, 567:24,
580:22, 581:2,
581:4, 581:6,
582:25, 584:5,
598:3, 598:20,
599:1, 624:20,
625:2, 627:16,
638:18, 640:25,
670:21, 671:18,
683:6
**beyond** [6] - 616:2,
649:20
**big** [11] - 495:22,
517:24, 523:3,
539:8, 567:23,
580:20, 581:7,
581:9, 677:9, 683:6,

692:11
**bigger** [3] - 594:4, 594:5, 594:12
**biggest** [1] - 534:16
**bike** [5] - 514:2, 514:4, 514:5, 613:9, 638:19
**bike-rack-type** [1] - 638:19
**bit** [11] - 509:6, 523:25, 533:10, 553:22, 553:25, 574:8, 621:7, 627:23, 630:21, 668:18, 698:4
**black** [43] - 518:13, 519:5, 523:7, 523:20, 523:21, 526:19, 531:5, 532:25, 534:4, 538:6, 539:5, 545:15, 545:16, 546:13, 546:19, 546:23, 590:18, 593:5, 593:11, 594:18, 594:24, 596:19, 598:10, 600:18, 602:12, 604:5, 604:10, 607:1, 607:8, 607:13, 607:21, 607:23, 608:4, 608:23, 609:4, 649:7, 651:13, 651:17, 654:11
**bleeding** [1] - 637:8
**blocking** [2] - 526:15, 649:19
**blocks** [1] - 670:9
**blood** [1] - 488:25
**blown** [1] - 577:7
**blown-up** [1] - 577:7
**blue** [5] - 498:5, 498:14, 534:4, 542:1, 543:19
**blueish** [3] - 533:10, 533:13, 533:16
**bodies** [2] - 636:4, 636:6
**body** [1] - 512:2
**bomb** [2] - 567:13, 571:18
**booming** [1] - 558:15
**bottles** [5] - 512:11, 641:3, 641:19, 676:10, 678:3
**bottom** [18] - 494:12, 495:2, 515:7, 518:13, 539:4, 549:21, 583:19, 593:12, 593:18,

594:19, 602:20, 604:11, 612:6, 613:25, 679:1, 691:13, 691:14, 691:17
**box** [3] - 494:16, 494:20, 494:24
**boxes** [2] - 497:6, 497:9
**bragging** [1] - 509:6
**brass** [1] - 654:14
**breach** [5] - 517:8, 671:14, 671:23, 672:4, 679:7
**breached** [15] - 489:7, 516:23, 517:5, 542:19, 542:22, 574:18, 590:3, 614:7, 614:18, 614:21, 665:11, 672:5, 672:7, 683:18, 688:4
**breaches** [2] - 664:10, 695:22
**breaching** [1] - 567:8
**break** [16] - 524:19, 525:22, 527:8, 532:11, 537:4, 564:1, 564:2, 564:4, 574:7, 577:12, 579:8, 605:12, 608:20, 626:22, 626:23, 697:21
**breaking** [2] - 520:6, 638:18
**breaks** [1] - 543:1
**breathe** [4] - 642:23, 643:11, 647:22, 680:19
**breaths** [1] - 544:10
**Brennwald** [11] - 504:3, 537:8, 548:16, 549:11, 582:16, 586:23, 610:7, 626:12, 626:21, 663:24, 698:18
**BRENNWALD** [129] - 484:19, 484:20, 494:3, 504:4, 504:6, 513:8, 516:4, 522:23, 537:9, 538:24, 541:2, 541:4, 541:6, 545:8, 546:7, 548:18, 548:24, 549:3, 549:8, 549:13, 549:18, 549:20, 550:2, 550:5, 550:17, 550:19,

551:1, 551:12, 551:18, 551:20, 552:4, 552:22, 553:5, 553:18, 553:21, 553:24, 554:3, 554:9, 554:13, 554:17, 555:2, 555:13, 555:15, 556:3, 556:7, 556:14, 556:16, 556:23, 557:18, 557:20, 561:12, 561:14, 561:16, 562:16, 563:8, 563:22, 578:2, 578:15, 580:3, 581:12, 581:17, 582:19, 586:15, 586:24, 604:20, 610:9, 610:17, 611:22, 614:25, 615:3, 615:21, 615:23, 616:19, 616:22, 617:3, 618:10, 619:10, 619:13, 620:5, 621:2, 621:4, 621:7, 622:23, 623:1, 623:6, 624:6, 624:10, 625:11, 625:13, 625:24, 626:2, 626:11, 626:14, 626:16, 626:25, 627:4, 627:6, 627:9, 628:2, 628:4, 629:5, 629:20, 629:22, 630:6, 630:21, 631:11, 631:14, 632:10, 632:12, 639:12, 646:2, 647:3, 651:5, 660:23, 662:2, 662:8, 662:10, 663:18, 664:1, 665:13, 686:20, 686:24, 693:14, 697:13, 697:16, 698:19, 698:21, 699:24, 700:4
**Brennwald)............. ............... [1] - 485:13
**Brennwald)............. ..............504 [1] - 485:4
**Brennwald)............. ..............548 [1] - 485:6
**Brennwald)...............

..................610 [1] - 485:9
**Brennwald)............. .................660 [1] - 485:11
**brief** [2] - 561:18, 665:15
**briefed** [1] - 670:16
**briefly** [3] - 508:15, 544:10, 575:5
**brim** [1] - 606:23
**bring** [20] - 512:22, 515:15, 522:1, 522:2, 538:10, 540:15, 545:1, 545:23, 562:15, 562:18, 576:13, 576:15, 577:4, 586:1, 605:7, 642:1, 650:17, 697:17, 700:2
**bringing** [1] - 636:4
**broadcast** [1] - 614:14
**broader** [1] - 549:14
**Brockwell** [3] - 657:6, 657:15, 698:14
**broke** [2] - 505:21, 653:17
**broken** [13] - 488:21, 488:22, 488:23, 527:18, 544:18, 546:17, 653:10, 655:13, 656:20, 657:12, 663:7, 668:8, 697:6
**bronze** [1] - 523:3
**brought** [3] - 669:19, 678:2, 690:21
**brown** [3] - 546:20, 551:2, 630:18
**brownish** [1] - 549:25
**bruises** [1] - 677:17
**buffer** [1] - 589:7
**building** [115] - 487:17, 487:21, 488:1, 488:8, 492:13, 494:13, 495:1, 495:3, 510:20, 511:4, 511:6, 512:19, 517:18, 520:6, 521:3, 521:25, 524:8, 536:14, 536:18, 536:19, 537:25, 542:8, 543:14, 547:5, 560:15, 561:4, 561:5, 569:4, 569:9, 569:10, 569:11, 569:13, 569:15,

569:16, 569:19, 569:21, 571:7, 571:17, 572:14, 572:16, 572:21, 573:12, 573:13, 573:15, 573:17, 573:18, 574:9, 574:11, 574:18, 574:22, 575:22, 576:1, 576:8, 576:11, 576:25, 577:3, 585:11, 585:12, 585:15, 585:16, 585:25, 589:21, 589:23, 590:2, 590:4, 590:6, 594:6, 601:20, 601:22, 601:25, 611:3, 613:1, 614:4, 614:8, 622:18, 639:16, 639:18, 642:9, 642:25, 643:18, 643:19, 644:15, 644:16, 647:20, 649:2, 658:1, 658:19, 661:15, 663:23, 664:3, 664:5, 665:5, 665:11, 671:16, 671:18, 673:2, 673:18, 673:20, 674:4, 674:6, 674:10, 675:12, 675:19, 677:11, 679:16, 682:3, 684:24
**buildings** [9] - 567:8, 569:3, 569:6, 569:18, 572:2, 572:3, 601:20
**built** [1] - 637:5
**bumped** [1] - 667:15
**bunch** [3] - 536:2, 536:3, 683:7
**burn** [2] - 559:6
**burning** [1] - 678:4
**burns** [4] - 559:11, 641:12, 678:11
**bus** [1] - 567:9
**business** [2] - 511:5, 575:20
**busy** [1] - 658:6
**but..** [1] - 641:22
**buy** [1] - 529:17
**BY** [18] - 485:4, 486:19, 490:9, 491:19, 504:6, 507:16, 537:14, 548:18, 561:21, 564:19, 579:3,

583:5, 610:9, 627:4,
633:3, 660:23,
665:19, 667:3
**bypassed** [1] - 632:5

# C

**calm** [2] - 595:25,
632:1
**camera** [3] - 581:24,
592:12, 598:12
**cameras** [2] - 490:23,
639:24
**camouflage** [2] -
528:22, 531:4
**can..** [1] - 556:13
**canine** [2] - 667:9,
667:17
**cannot** [4] - 601:21,
618:8, 619:25, 663:5
**cans** [1] - 641:4
**cap** [5] - 528:8, 536:6,
543:19, 690:15
**caparella** [1] - 559:2
**capitals** [1] - 496:23
**Capitol** [147] - 487:17,
488:5, 488:8, 489:2,
492:1, 492:4,
492:13, 494:13,
495:1, 495:3, 507:2,
507:23, 507:24,
508:12, 509:8,
509:11, 510:18,
510:20, 510:22,
510:24, 511:4,
511:6, 511:8,
511:10, 512:16,
512:19, 513:4,
513:15, 514:19,
515:2, 518:8,
520:16, 523:17,
526:7, 526:10,
527:19, 529:5,
529:19, 531:23,
536:14, 536:23,
537:15, 537:17,
537:23, 538:4,
542:3, 543:6, 543:7,
558:11, 558:18,
559:12, 560:20,
561:23, 561:25,
563:20, 565:5,
565:6, 565:21,
565:23, 566:3,
566:14, 566:24,
567:3, 569:2, 569:4,
569:15, 569:22,
570:10, 570:13,
571:6, 571:24,
572:24, 573:1,
573:6, 573:7,

573:16, 573:18,
573:24, 574:7,
574:9, 574:14,
576:20, 579:10,
587:11, 587:12,
590:20, 600:18,
601:20, 603:9,
606:4, 608:13,
609:22, 611:1,
612:14, 633:8,
633:9, 633:10,
633:13, 633:21,
633:24, 634:17,
634:20, 634:22,
635:14, 635:22,
636:7, 636:13,
636:24, 636:25,
637:1, 638:11,
641:25, 647:8,
657:18, 667:9,
667:11, 667:14,
670:5, 670:8, 671:8,
671:14, 671:19,
672:4, 672:10,
672:25, 673:2,
673:18, 673:20,
674:4, 674:6, 675:7,
677:11, 678:18,
679:4, 679:24,
680:3, 680:5,
680:20, 682:3,
682:8, 683:18,
686:16, 696:8, 697:3
**capture** [1] - 538:19
**captured** [1] - 490:20
**captures** [1] - 490:17
**career** [1] - 667:17
**careful** [1] - 673:21
**carriage** [1] - 613:14
**carried** [1] - 601:25
**carry** [3] - 502:9,
557:16, 601:21
**carrying** [7] - 497:6,
497:17, 520:21,
557:14, 599:12,
599:13, 601:13
**case** [18] - 490:8,
505:4, 537:5,
543:13, 549:12,
577:14, 577:15,
578:5, 578:6, 578:8,
632:18, 666:18,
698:2, 699:14,
699:15
**cases** [2] - 641:22,
642:1
**casings** [1] - 657:17
**caused** [2] - 617:11,
618:18
**causes** [1] - 641:12

**causing** [2] - 575:1,
681:1
**CCTV** [1] - 686:16
**CDU** [4] - 570:9, 668:6,
668:8, 668:10
**ceiling** [1] - 611:11
**ceilings** [1] - 611:14
**cell** [1] - 551:7
**center** [10] - 508:17,
510:18, 510:22,
539:4, 542:21,
569:2, 602:5, 609:5,
634:20, 673:1
**Center** [1] - 508:19
**CERT** [7] - 566:19,
566:20, 566:25,
567:2, 567:5,
567:15, 567:20
**certain** [5] - 572:10,
582:8, 601:21,
634:17, 658:1
**certainly** [2] - 620:1,
620:3
**CERTIFICATE** [1] -
700:9
**certificates** [2] -
497:9, 497:11
**certification** [7] -
493:10, 497:13,
499:9, 499:17,
502:4, 502:9, 503:10
**certify** [3] - 492:4,
653:22, 700:12
**certifying** [1] - 659:19
**cetera** [1] - 578:3
**chain** [1] - 515:11
**chains** [1] - 518:23
**chair** [1] - 502:18
**Chamber** [57] - 487:2,
487:5, 487:8, 488:3,
489:5, 489:7,
489:14, 490:18,
491:1, 491:2,
492:19, 492:23,
493:1, 493:5,
494:20, 494:23,
495:2, 495:4,
496:16, 496:17,
500:13, 503:6,
504:19, 583:2,
583:7, 583:12,
583:20, 583:22,
584:20, 584:25,
596:4, 601:6, 605:9,
605:14, 611:6,
611:10, 611:15,
625:9, 625:21,
626:4, 644:24,
648:9, 650:11,
653:8, 656:14,

656:23, 658:3,
658:17, 658:18,
658:25, 663:7,
664:4, 684:14,
684:17, 685:8
**chamber** [14] - 489:1,
489:16, 492:12,
498:2, 499:15,
499:16, 504:17,
505:13, 506:17,
644:11, 644:12,
648:10, 653:24,
655:12
**Chambers** [2] - 492:4,
584:3
**chambers** [11] -
492:16, 504:24,
504:25, 505:22,
505:23, 506:14,
581:10, 584:4,
589:11, 601:1, 605:1
**chance** [1] - 551:21
**change** [1] - 699:5
**changed** [1] - 586:16
**chanted** [1] - 523:16
**chanting** [9] - 523:14,
523:15, 523:19,
530:4, 530:9,
530:12, 600:10,
608:20, 684:21
**chaos** [2] - 521:17,
697:7
**character** [6] - 578:7,
698:20, 698:24,
698:25, 699:2, 699:5
**charge** [10] - 567:19,
567:21, 568:9,
572:18, 618:18,
634:13, 667:22,
668:10, 698:25,
699:12
**charged** [1] - 618:20
**charging** [1] - 519:24
**check** [2] - 636:21,
657:16
**chemical** [3] - 531:17,
558:16, 680:23
**chemicals** [2] -
558:18, 559:3
**chests** [1] - 512:10
**chicken** [1] - 559:9
**choice** [1] - 487:14
**choose** [2] - 566:20,
588:20
**CHRISTOPHER** [1] -
484:10
**circle** [79] - 494:10,
496:3, 496:13,
497:15, 498:16,
498:23, 500:5,

502:25, 513:16,
514:10, 514:16,
518:15, 521:12,
523:9, 525:5,
525:16, 526:24,
528:1, 528:3,
528:15, 528:25,
530:18, 531:7,
531:8, 533:2, 533:7,
533:13, 533:23,
534:25, 535:7,
535:12, 539:8,
540:8, 541:9,
541:13, 543:25,
545:13, 545:15,
545:21, 569:5,
579:12, 579:18,
581:4, 587:6,
590:13, 590:17,
593:14, 594:21,
596:15, 596:25,
600:15, 602:17,
604:7, 606:18,
607:10, 608:1,
609:1, 620:14,
621:12, 640:2,
646:11, 648:3,
649:9, 650:5, 655:7,
655:15, 657:17,
672:16, 682:18,
683:23, 687:6,
687:8, 688:5,
689:24, 690:10,
691:15, 692:18,
695:1
**circled** [29] - 525:2,
527:11, 527:22,
545:19, 575:12,
582:24, 587:11,
592:11, 593:17,
593:21, 594:18,
594:24, 597:3,
600:18, 602:20,
603:8, 604:10,
604:17, 604:23,
607:1, 607:13,
607:16, 608:4,
609:4, 627:13,
658:25, 659:3,
681:7, 690:25
**circling** [12] - 526:21,
535:5, 538:7, 539:6,
552:10, 555:19,
602:14, 619:16,
621:9, 671:4, 688:5,
690:4
**circuit** [1] - 490:16
**circumstance** [1] -
487:16
**circumstances** [2] -

596:4, 603:20
**civil** [7] - 570:8,
570:16, 575:11,
635:10, 668:5,
668:7, 668:22
**claim** [1] - 567:11
**clarify** [1] - 620:10
**class** [7] - 508:18,
508:23, 508:24,
508:25, 509:1,
634:7, 667:16
**clause** [1] - 501:6
**Clause** [3] - 501:8,
501:14, 501:17
**clean** [2] - 680:25
**clear** [38] - 500:7,
525:18, 527:21,
531:7, 531:10,
533:15, 536:5,
583:9, 612:6, 613:5,
614:17, 619:2,
626:6, 648:20,
648:25, 649:3,
649:23, 650:13,
651:23, 655:17,
655:24, 665:16,
665:20, 665:23,
666:2, 672:17,
674:13, 679:8,
680:21, 682:11,
683:2, 684:9,
685:18, 687:17,
689:13, 691:9,
692:17, 695:6
**cleared** [1] - 541:25
**clearing** [1] - 688:18
**clearly** [2] - 497:16,
532:1
**climbing** [1] - 640:5
**clip** [6] - 522:6,
538:13, 538:14,
539:18, 540:16,
540:17
**clips** [1] - 631:7
**close** [9] - 523:24,
560:13, 561:7,
562:7, 641:13,
644:25, 648:12,
652:18, 675:2
**closed** [10] - 490:16,
515:2, 534:18,
542:7, 559:23,
560:9, 560:16,
560:24, 561:3,
600:23
**closed-circuit** [1] -
490:16
**closer** [4] - 517:3,
517:17, 554:10,
604:19

**closest** [1] - 584:20
**closings** [3] - 578:10,
699:21, 699:23
**clothes** [2] - 510:5,
557:6
**clothing** [3] - 535:23,
660:13, 661:8
**club** [1] - 571:16
**Coast** [2] - 508:5,
508:6
**code** [3] - 520:12,
543:13, 548:9
**collapsable** [1] -
603:22
**collapsed** [1] - 544:10
**collapsible** [1] -
603:17
**collar** [1] - 528:9
**colleagues** [2] - 488:1,
489:18
**collecting** [1] - 489:16
**collection** [1] - 497:17
**College** [4] - 492:5,
493:11, 520:5, 547:9
**color** [1] - 534:2
**COLUMBIA** [1] - 484:1
**comfortable** [1] -
560:6
**coming** [28] - 506:11,
511:6, 524:8,
529:22, 542:8,
567:17, 567:18,
571:6, 574:19,
580:14, 595:19,
609:24, 612:23,
622:2, 628:9,
628:14, 635:6,
635:8, 635:19,
636:7, 672:15,
672:20, 672:24,
673:2, 679:13,
682:24, 692:11,
695:24
**command** [1] - 585:17
**commander** [1] -
639:16
**commands** [1] - 562:3
**comment** [1] - 620:4
**commit** [2] - 589:8,
596:1
**committed** [1] -
589:25
**Commonwealth** [1] -
506:9
**commotion** [1] -
637:21
**communicate** [4] -
547:25, 588:8,
651:13, 651:20
**communications** [2] -

542:21, 571:11
**community** [4] -
572:11, 572:19,
609:19, 667:18
**compare** [1] - 524:9
**compared** [1] - 688:20
**compilation** [2] -
493:18, 501:22
**complete** [1] - 700:14
**completed** [2] -
493:10, 503:9
**completely** [4] - 582:4,
642:8, 645:7, 663:14
**complex** [2] - 512:16,
568:7
**compliance** [2] -
532:14, 532:17
**compliant** [1] - 692:22
**complied** [1] - 649:10
**complies** [56] -
494:11, 496:4,
496:14, 498:17,
498:24, 500:6,
503:1, 514:11,
518:2, 518:16,
523:10, 525:6,
525:17, 526:25,
528:2, 528:4, 529:1,
530:19, 531:9,
533:3, 533:14,
533:24, 535:1,
535:8, 539:9, 540:9,
541:10, 541:14,
544:2, 545:14,
545:17, 545:22,
579:19, 580:11,
583:15, 587:7,
590:14, 593:15,
594:22, 596:16,
602:18, 604:8,
606:20, 607:11,
608:2, 609:2,
646:12, 648:4,
650:6, 655:8,
655:16, 671:3,
681:4, 690:11,
691:16, 695:2
**complying** [3] -
688:25, 691:7,
695:10
**computer** [1] - 582:10
**concentration** [1] -
532:12
**concept** [1] - 589:2
**concern** [4] - 544:22,
603:19, 618:5,
656:16
**concerned** [7] -
599:13, 600:2,
601:9, 601:15,

605:13, 616:7,
637:25
**concerning** [1] -
653:13
**concluded** [3] -
502:17, 696:15,
700:7
**concrete** [1] - 612:13
**Concurrent** [2] -
497:1, 502:17
**conducting** [1] -
575:20
**Confederate** [1] -
526:15
**confer** [2] - 580:4,
693:13
**conference** [10] -
581:13, 581:15,
582:20, 685:13,
685:15, 687:11,
687:21, 697:10,
697:19, 699:13
**conflict** [1] - 699:9
**confronted** [3] - 562:1,
594:1, 609:25
**Congress** [27] - 489:9,
492:1, 499:2,
501:16, 502:18,
502:21, 503:9,
504:22, 509:8,
509:16, 509:20,
547:17, 566:7,
569:5, 584:25,
644:8, 653:21
**Congress's** [1] - 493:9
**Congress/Jefferson**
[1] - 614:4
**Congressional** [3] -
495:7, 495:9, 495:14
**congressional** [1] -
496:23
**congressman** [1] -
500:22
**congressmen** [1] -
653:24
**congressperson** [3] -
504:24, 505:7, 506:7
**connect** [1] - 569:18
**connected** [2] -
569:15, 569:22
**connecting** [1] -
515:11
**connects** [1] - 569:20
**conscious** [2] -
488:17, 599:18
**consciousness** [2] -
544:10, 599:15
**consider** [4] - 569:1,
574:5, 580:22, 594:6
**considered** [4] -

574:13, 574:15,
576:5, 576:9
**constantly** [1] -
488:17
**constitutes** [1] -
700:12
**Constitution** [5] -
484:24, 509:10,
670:20, 670:21,
700:20
**constitutional** [1] -
503:16
**construction** [1] -
596:21
**consultation** [1] -
489:17
**contact** [2] - 521:6,
577:14
**contacts** [1] - 559:10
**contain** [1] - 497:9
**containment** [1] -
642:6
**contaminant** [1] -
681:1
**continue** [26] - 487:19,
489:17, 495:21,
496:8, 496:18,
497:2, 498:10,
499:25, 500:19,
501:3, 501:19,
502:4, 502:7,
502:11, 503:3,
525:22, 566:12,
566:23, 593:1,
595:21, 597:6,
603:1, 608:18,
654:5, 654:20,
656:19
**Continued** [1] - 579:2
**continued** [2] - 493:9,
692:2
**continuing** [3] - 527:8,
566:19, 591:13
**continuous** [1] - 678:8
**continuously** [1] -
677:4
**control** [3] - 643:8,
668:14, 668:21
**controlled** [1] - 490:21
**convene** [1] - 504:19
**convened** [2] - 492:1,
504:18
**convention** [1] -
529:18
**conversation** [2] -
520:24, 662:23
**conversations** [1] -
616:9
**COOPER** [1] - 484:10
**coordinator** [1] -

568:11
**cords** [1] - 489:11
**corner** [12] - 513:12,
516:10, 519:2,
546:2, 593:18,
594:25, 604:4,
604:11, 607:14,
690:25, 691:18
**correct** [88] - 487:3,
487:12, 503:19,
504:17, 504:25,
505:4, 505:5,
505:10, 505:11,
505:15, 505:24,
506:3, 506:4, 506:9,
506:12, 536:4,
551:23, 551:25,
555:10, 555:17,
558:4, 559:21,
559:24, 560:2,
560:21, 563:1,
563:2, 569:25,
579:11, 584:22,
586:19, 586:24,
611:12, 611:19,
612:4, 612:5,
612:15, 613:1,
613:19, 613:22,
614:1, 614:2, 614:3,
614:8, 614:15,
615:6, 615:9,
624:17, 625:6,
628:24, 632:2,
661:9, 661:21,
663:21, 668:5,
668:18, 669:10,
669:13, 671:20,
671:21, 672:11,
673:3, 673:19,
673:23, 674:20,
675:8, 675:23,
676:24, 679:20,
680:11, 680:12,
681:20, 681:21,
682:20, 683:24,
684:15, 684:18,
685:9, 686:8,
687:25, 688:17,
688:21, 689:12,
690:7, 691:19,
691:21, 694:9,
698:15
**correctional** [1] -
633:18
**corrections** [1] - 660:1
**Corrections** [2] -
633:15, 633:17
**correctly** [3] - 569:24,
617:1, 670:2
**corridor** [1] - 647:9

**counsel** [2] - 580:4,
693:13
**Counsel** [1] - 586:20
**count** [4] - 492:5,
547:8, 550:11, 689:5
**counted** [1] - 497:12
**counting** [9] - 487:19,
487:24, 496:24,
500:17, 505:9,
506:2, 520:4, 547:8,
591:2
**country** [3] - 503:22,
510:8, 566:12
**couple** [5] - 508:10,
509:16, 521:17,
578:7, 662:23
**course** [6] - 487:18,
569:11, 570:25,
600:1, 606:23, 694:7
**court** [6] - 506:23,
508:20, 564:25,
618:6, 621:15,
673:24
**COURT** [78] - 484:1,
486:2, 486:6,
486:12, 486:16,
490:5, 491:16,
494:4, 504:3, 507:6,
507:12, 513:10,
516:5, 522:24,
536:25, 537:3,
537:7, 537:10,
537:12, 538:25,
541:7, 545:9, 546:8,
548:16, 549:11,
549:15, 549:17,
558:7, 561:19,
563:10, 563:23,
563:25, 564:12,
577:11, 577:18,
578:14, 578:16,
578:20, 582:9,
583:3, 586:17,
586:25, 610:7,
626:12, 626:21,
627:3, 632:14,
632:18, 632:20,
632:23, 639:13,
646:3, 647:4, 651:6,
660:20, 663:24,
666:15, 666:22,
685:22, 686:22,
687:1, 693:15,
695:15, 697:12,
697:15, 697:17,
697:20, 698:7,
698:9, 698:12,
698:17, 698:20,
698:23, 699:18,
699:21, 699:25,

700:5, 700:9
**Court** [8] - 484:22,
484:23, 578:12,
581:23, 582:3,
614:2, 700:3, 700:19
**Court's** [6] - 549:1,
551:12, 561:12,
561:14, 632:10,
686:20
**Courthouse** [2] -
484:23, 700:19
**courtroom** [7] - 537:6,
577:17, 578:19,
627:1, 660:8,
660:10, 698:6
**cover** [1] - 512:15
**covered** [6] - 488:11,
494:20, 494:24,
529:5, 634:15, 663:8
**covering** [2] - 548:2,
596:23
**covers** [1] - 569:2
**COVID** [1] - 669:16
**create** [2] - 517:1,
558:15
**creates** [1] - 562:6
**creating** [2] - 517:16,
629:1
**crime** [3] - 589:8,
632:5, 699:6
**Criminal** [1] - 484:3
**critical** [1] - 499:8
**CRM** [1] - 484:16
**cross** [8] - 582:16,
588:11, 588:12,
588:15, 589:5,
589:6, 699:4
**CROSS** [4] - 504:5,
548:17, 610:8,
660:22
**CROSS-
EXAMINATION** [4] -
504:5, 548:17,
610:8, 660:22
**crossing** [2] - 588:16,
589:3
**crowd** [36] - 514:5,
519:19, 523:14,
523:19, 524:9,
532:17, 544:23,
546:21, 557:21,
558:3, 559:13,
562:2, 562:10,
571:23, 575:6,
591:1, 593:19,
597:23, 600:10,
607:1, 608:20,
617:11, 620:7,
628:21, 636:12,
637:19, 637:20,

664:7, 668:14,
668:21, 675:11,
676:18, 676:20,
689:19, 692:10,
692:22
**crowd's** [1] - 617:10
**CRR** [3] - 484:22,
700:11, 700:18
**cruiser** [3] - 512:3,
528:9, 528:13
**crushed** [2] - 544:7,
558:3
**Crypt** [5] - 680:19,
681:2, 681:7,
681:17, 682:23
**cubbyhole** [2] -
627:20, 629:12
**cup** [1] - 486:22
**current** [1] - 634:10
**cursing** [1] - 675:18
**CVC** [1] - 634:19
**cycle** [1] - 678:8

# D

**damage** [4] - 487:22,
488:2, 575:1, 659:11
**danger** [3] - 520:14,
588:24, 599:25
**dangerous** [1] -
659:25
**dark** [1] - 534:4
**darker** [1] - 556:11
**date** [1] - 490:19
**Dated** [1] - 700:16
**Dave** [1] - 657:7
**David** [1] - 507:20
**DAVID** [1] - 507:20
**day's** [2] - 639:21,
668:2
**day-to-day** [2] -
634:12, 634:14
**days** [6] - 568:2,
617:19, 619:2,
620:1, 620:3
**dazed** [2] - 599:10,
599:16
**DC** [4] - 484:17,
484:21, 484:24,
700:21
**deal** [1] - 570:14
**dealing** [3] - 657:19,
657:25, 658:3
**dealt** [2] - 585:14,
635:18
**debate** [4] - 495:12,
500:11, 500:15,
506:16
**decided** [2] - 573:12,
573:17

**decision** [1] - 573:4
**declare** [3] - 501:9,
501:13, 501:14
**declared** [2] - 492:21,
493:3
**declares** [1] - 502:18
**decon** [7] - 637:11,
637:12, 677:6,
680:6, 680:17,
680:22, 680:23
**deconned** [2] - 642:9,
643:16
**decontamination** [2] -
637:13, 642:25
**decorative** [1] - 561:1
**deemed** [3] - 572:7,
572:8, 572:9
**deep** [1] - 544:9
**Defendant** [5] - 484:7,
484:19, 490:11,
490:13, 491:23
**defendant** [5] -
660:18, 662:23,
666:1, 698:18,
699:20
**defending** [1] - 529:19
**defense** [2] - 504:11,
618:10
**defense's** [1] - 586:16
**definitely** [3] - 651:19,
661:13, 678:11
**degree** [2] - 507:3,
513:16
**Delaware** [2] - 633:14,
633:16
**delay** [1] - 486:7
**delivered** [1] - 641:22
**democracy** [2] - 509:9,
547:20
**demonstrations** [2] -
511:10, 570:13
**demonstrators** [1] -
643:4
**dense** [1] - 623:18
**densely** [1] - 557:21
**density** [2] - 620:7,
620:9
**departing** [1] - 496:16
**Department** [5] -
633:14, 633:16,
643:3, 658:11,
676:17
**departments** [1] -
683:7
**depict** [1] - 582:18
**depicted** [1] - 490:25
**depiction** [1] - 491:1
**deploy** [1] - 558:23
**deployed** [3] - 558:12,
558:20, 559:12

**deploying** [1] - 562:13
**deputy** [1] - 565:10
**describe** [18] - 508:15,
510:1, 511:1,
516:20, 519:8,
521:16, 529:11,
544:6, 559:7, 571:2,
582:13, 582:15,
582:24, 583:7,
591:20, 620:7,
680:7, 683:5
**described** [7] -
518:20, 529:21,
583:20, 592:13,
594:7, 601:4, 603:11
**describing** [2] -
576:21, 639:1
**designated** [3] -
570:16, 613:3,
613:17
**detailed** [1] - 512:24
**determined** [1] -
487:16
**device** [6] - 571:18,
572:6, 572:7,
572:12, 609:20
**difference** [1] - 668:16
**different** [12] - 549:12,
567:16, 583:23,
613:22, 645:7,
662:6, 668:9,
668:18, 676:3,
679:7, 683:7, 695:22
**differently** [1] - 618:14
**difficult** [3] - 533:11,
543:17, 580:23
**difficulty** [1] - 540:1
**digits** [1] - 496:1
**dignitary** [10] - 509:18,
509:25, 510:3,
510:11, 547:11,
547:16, 566:1,
566:10, 566:13,
566:15
**direct** [6] - 518:11,
535:12, 535:22,
579:15, 605:8,
606:10
**DIRECT** [6] - 486:18,
507:15, 564:18,
579:2, 633:2, 667:2
**direction** [11] - 530:23,
536:10, 539:15,
569:22, 576:24,
580:15, 589:22,
598:13, 604:25,
647:11
**directions** [2] -
587:24, 598:7
**directly** [7] - 509:9,

509:19, 569:22,
573:15, 642:20,
646:18, 671:15
**disarray** [2] - 489:8,
489:13
**disbelief** [1] - 503:12
**discuss** [5] - 507:7,
564:9, 632:15,
666:18, 698:9
**discussed** [2] -
497:10, 586:16
**discussing** [3] - 587:8,
587:15, 587:19
**discussions** [3] -
537:5, 577:13, 698:1
**dismiss** [1] - 697:17
**disobedience** [3] -
570:8, 570:16,
575:11
**disperse** [1] - 658:9
**dispersed** [1] - 658:19
**disputes** [1] - 699:12
**disrupting** [1] - 520:6
**disruption** [1] - 635:10
**disrupts** [1] - 547:10
**dissolved** [2] - 502:19,
502:22
**distance** [1] - 527:10
**distinct** [3] - 527:1,
528:5, 606:22
**distract** [1] - 567:13
**DISTRICT** [3] - 484:1,
484:1, 484:10
**District** [1] - 484:13
**disturbance** [4] -
635:11, 668:5,
668:7, 668:22
**division** [21] - 509:11,
509:14, 509:18,
509:19, 510:1,
510:2, 510:3,
510:12, 510:16,
547:11, 547:17,
565:4, 565:22,
565:23, 565:25,
568:4, 568:10,
568:17, 568:19,
633:8, 639:16
**doctor** [4] - 563:6,
563:12, 563:14,
656:8
**document** [1] - 495:7
**documents** [1] - 618:5
**DOJ** [1] - 484:16
**DOJ-CRM** [1] - 484:16
**dome** [1] - 574:10
**Donald** [1] - 641:5
**done** [11] - 487:22,
503:11, 511:24,
578:8, 582:10,

618:21, 619:3,
631:12, 659:11,
672:17, 673:22
**door** [130] - 512:20,
512:21, 513:18,
513:19, 513:22,
514:13, 514:17,
514:19, 514:20,
514:25, 515:5,
516:21, 517:2,
518:12, 519:24,
520:1, 520:3, 521:8,
521:12, 521:21,
521:23, 523:3,
523:24, 524:5,
524:20, 525:14,
525:23, 526:14,
526:15, 527:4,
527:7, 527:16,
530:21, 530:24,
533:4, 534:11,
534:12, 534:13,
534:18, 535:5,
536:10, 536:11,
536:12, 536:17,
539:16, 539:17,
541:13, 541:21,
541:24, 542:7,
542:18, 542:21,
542:23, 542:24,
543:12, 544:16,
546:9, 546:16,
546:17, 547:2,
547:4, 547:5, 547:7,
563:18, 572:19,
576:5, 576:7, 576:9,
576:10, 576:20,
576:24, 584:1,
584:2, 584:4, 584:5,
584:16, 584:17,
584:20, 600:20,
600:23, 600:25,
601:2, 601:3, 601:4,
601:6, 601:9,
601:10, 604:18,
604:23, 605:1,
605:5, 605:9,
610:25, 625:10,
626:5, 631:21,
631:22, 639:18,
642:15, 642:16,
642:19, 644:5,
644:6, 644:7,
644:19, 644:22,
644:23, 644:24,
644:25, 645:1,
648:6, 648:13,
648:24, 651:25,
653:16, 653:17,
658:25, 664:11,
683:18, 683:19,

683:20, 684:16,
685:3, 685:4, 685:7,
690:20, 696:20
**doors** [64] - 543:9,
543:10, 554:10,
557:25, 558:3,
559:15, 559:18,
560:1, 560:23,
561:1, 576:5,
580:23, 581:2,
581:4, 581:6,
582:25, 583:6,
583:7, 583:8,
583:21, 583:23,
584:1, 584:5, 584:8,
584:11, 584:17,
587:8, 587:14,
587:15, 587:18,
598:20, 598:23,
613:3, 613:17,
624:16, 624:18,
624:19, 624:20,
624:21, 624:22,
625:2, 625:3,
625:15, 625:16,
625:19, 626:9,
627:16, 628:15,
646:16, 646:17,
648:8, 648:10,
648:11, 648:15,
650:11, 653:8,
653:19, 664:9,
664:15, 664:22,
665:3, 665:5,
665:11, 688:3
**doorway** [9] - 521:24,
523:6, 524:7,
524:21, 544:7,
544:11, 544:13,
624:11
**dot** [2] - 579:23, 580:2
**dots** [1] - 580:17
**dotting** [1] - 671:6
**doubts** [1] - 552:24
**down** [72] - 489:24,
497:5, 497:23,
508:16, 521:2,
521:7, 522:2, 526:4,
526:10, 536:22,
539:25, 540:2,
540:14, 547:1,
547:22, 548:9,
548:20, 550:14,
552:15, 552:20,
555:22, 563:7,
563:16, 565:1,
574:8, 584:23,
608:20, 611:3,
611:25, 613:24,
632:1, 635:7,

636:12, 636:21,
637:3, 637:5, 637:6,
640:18, 640:20,
640:22, 640:24,
641:20, 642:1,
659:16, 659:17,
664:13, 665:7,
665:8, 670:20,
672:16, 673:2,
673:15, 673:25,
675:12, 675:13,
678:2, 679:6,
680:17, 682:22,
682:23, 684:2,
684:3, 684:6,
684:11, 684:13,
684:23, 691:5,
695:22, 696:9, 698:7
**downstairs** [1] -
636:21
**DPD** [2] - 510:14,
510:16
**drafted** [1] - 570:18
**drastically** [1] - 524:11
**draw** [4] - 518:1,
539:8, 680:3, 682:4
**drawing** [1] - 680:13
**drawn** [7] - 517:10,
671:19, 674:18,
683:22, 683:23,
684:13, 685:7
**dream** [1] - 621:18
**dress** [1] - 498:14
**dressed** [2] - 645:7,
673:6
**drew** [8] - 533:7,
535:13, 590:16,
596:25, 672:13,
680:8, 680:10,
682:18
**drill** [1] - 486:12
**drink** [1] - 488:17
**drive** [1] - 510:9
**driver** [1] - 565:20
**drop** [1] - 642:1
**dropped** [2] - 613:1,
613:15
**drops** [1] - 613:11
**due** [2] - 571:5, 574:25
**dump** [2] - 543:14,
678:3
**duo** [1] - 659:7
**during** [10] - 492:1,
502:3, 502:5,
508:23, 520:17,
585:6, 609:10,
610:1, 657:19,
677:16
**duties** [2] - 566:12,
634:13

**duty** [1] - 669:2

# E

**early** [3] - 672:2, 699:8, 699:10
**easier** [1] - 594:11
**easily** [1] - 524:11
**east** [21] - 512:19, 513:3, 513:14, 513:23, 514:3, 516:17, 516:24, 520:17, 521:9, 573:16, 609:21, 612:7, 612:10, 612:13, 613:8, 613:18, 636:24, 637:1, 664:14, 665:11
**East** [17] - 514:13, 514:17, 514:19, 514:20, 514:25, 515:4, 518:8, 518:12, 521:12, 523:3, 524:5, 527:16, 536:16, 538:17, 539:20, 555:22, 563:18
**easy** [2] - 629:24, 630:3
**eat** [2] - 488:16, 559:8
**edge** [1] - 597:2
**edited** [1] - 491:4
**effective** [1] - 529:25
**efforts** [2] - 603:12, 689:13
**eight** [1] - 501:20, 508:7, 508:9, 508:10, 527:4, 527:12, 527:22, 535:9, 590:8, 590:16, 597:25, 600:5, 604:2, 624:13, 689:6, 692:9
**either** [9] - 528:13, 531:25, 564:2, 599:24, 618:7, 651:21, 652:10, 676:23, 696:22
**elbow** [1] - 552:20, 552:21, 603:18
**elected** [3] - 492:2, 547:17, 547:18
**election** [10] - 492:6, 497:12, 499:8, 499:17, 502:4, 502:9, 503:10, 575:21, 653:22, 659:20
**electoral** [6] - 487:19,

496:24, 497:9, 497:11, 500:18, 547:8
**Electoral** [4] - 492:5, 493:11, 520:5, 547:9
**elevator** [1] - 611:4
**elevators** [10] - 576:9, 577:1, 577:2, 579:20, 610:22, 610:23, 611:23, 611:25, 643:24, 644:4
**elsewhere** [2] - 691:6, 696:16
**emergencies** [1] - 567:3
**emergency** [4] - 501:10, 566:14, 566:19, 566:25
**emit** [1] - 558:16
**emotional** [1] - 610:13
**employees** [1] - 641:25
**empower** [2] - 600:3, 603:19
**enclosed** [1] - 623:24
**encompass** [1] - 501:23
**encountered** [3] - 537:19, 537:22, 685:5
**encountering** [1] - 538:7
**end** [25] - 503:4, 503:16, 506:12, 506:13, 507:8, 528:11, 543:22, 544:3, 555:20, 578:17, 582:20, 585:25, 597:9, 609:6, 636:9, 646:17, 647:13, 647:14, 656:7, 666:18, 682:14, 692:19, 696:25, 697:19
**ended** [6] - 560:14, 562:13, 566:1, 642:3, 659:12, 681:2
**ending** [1] - 684:14
**enforcement** [5] - 508:16, 568:12, 633:12, 643:7, 689:21
**Enforcement** [1] - 508:19
**engage** [2] - 567:14, 640:16
**English** [1] - 652:15
**enlisted** [2] - 508:5,

508:7
**enter** [11] - 491:13, 510:24, 513:6, 514:18, 516:2, 522:21, 536:18, 540:25, 583:21, 613:13, 613:14
**entered** [3] - 537:22, 576:20, 584:1
**entering** [4] - 576:6, 576:24, 584:8, 680:14
**enters** [1] - 578:19
**entire** [4] - 514:4, 583:16, 583:17, 621:25
**entirety** [2] - 645:20, 650:21
**entities** [2] - 568:14, 574:10
**entity** [1] - 574:12
**entrance** [2] - 613:14, 652:8
**entry** [1] - 618:23
**envelopes** [1] - 497:6
**environment** [1] - 623:25
**equal** [1] - 594:10
**equipment** [4] - 490:17, 490:19, 490:22, 490:23
**equipped** [1] - 668:24
**equivalent** [1] - 566:17
**ER** [1] - 656:8
**especially** [1] - 582:1
**ESQ** [3] - 484:12, 484:16, 484:19
**essentially** [2] - 495:11, 698:25
**establish** [1] - 517:14
**established** [2] - 638:19, 674:9
**estimate** [1] - 527:10
**estimated** [1] - 594:2
**et** [1] - 578:3
**evac** [1] - 585:17
**evacuate** [1] - 585:8
**evacuated** [8] - 487:1, 487:4, 487:10, 492:19, 492:22, 493:1, 493:4, 585:19
**evacuating** [2] - 501:25, 502:1
**evacuation** [2] - 489:9, 502:8
**evening** [6] - 487:9, 487:13, 488:15, 659:20, 697:21, 698:2
**event** [4] - 567:8,

567:10, 568:13, 635:7
**events** [14] - 490:25, 491:1, 494:22, 503:23, 510:7, 514:22, 515:24, 537:25, 568:9, 604:12, 617:18, 636:1, 636:5, 639:21
**eventually** [5] - 506:12, 613:24, 617:10, 624:25, 665:23
**evidence** [30] - 490:8, 513:7, 515:16, 516:3, 522:22, 538:22, 541:1, 545:7, 549:10, 568:22, 576:16, 578:9, 579:7, 582:1, 582:21, 642:11, 644:1, 646:1, 647:2, 651:4, 654:23, 654:24, 658:14, 658:15, 670:24, 674:13, 682:13, 685:21, 686:19, 698:24
**Ewing** [3] - 662:12, 662:13, 662:15
**exact** [5] - 560:8, 658:10, 669:23, 671:24, 697:2
**exactly** [5] - 573:25, 614:3, 640:12, 672:6, 696:3
**exaggerate** [1] - 560:4
**EXAMINATION** [12] - 486:18, 504:5, 507:15, 548:17, 561:20, 564:18, 579:2, 610:8, 633:2, 660:22, 665:18, 667:2
**example** [3] - 497:15, 583:25, 588:23
**exceed** [1] - 500:11
**exception** [1] - 501:14
**exclusively** [1] - 514:20
**excuse** [4] - 544:16, 573:4, 581:12, 684:5
**excused** [2] - 507:7, 666:17
**exhausted** [1] - 488:16
**Exhibit** [29] - 489:22, 490:3, 491:9, 491:14, 493:16, 494:2, 512:23, 515:16, 522:2,

538:23, 548:24, 556:4, 562:15, 568:22, 576:15, 579:7, 586:2, 610:18, 614:19, 627:7, 638:25, 639:10, 642:11, 645:13, 646:20, 650:18, 658:14, 670:24, 692:25
**exhibit** [5] - 549:12, 582:3, 612:6, 612:8, 646:19
**exhibits** [4] - 578:10, 581:13, 581:18, 582:17
**exits** [4] - 537:6, 577:17, 627:1, 698:6
**expect** [6] - 500:12, 511:22, 542:23, 570:6, 635:16, 664:13
**experience** [7] - 536:16, 539:24, 547:11, 557:24, 573:14, 590:22, 606:4
**experienced** [1] - 601:11
**expertise** [1] - 487:20
**explain** [1] - 575:7
**explaining** [1] - 588:10
**explode** [1] - 572:13
**explosive** [1] - 572:9
**explosives** [1] - 567:11
**express** [1] - 559:4
**extend** [2] - 562:4, 562:5
**extended** [1] - 568:15
**extending** [1] - 675:3
**exterior** [4] - 573:15, 584:2, 584:5, 585:15
**extinguishers** [1] - 647:21
**extra** [3] - 636:4, 636:6
**extreme** [1] - 501:10
**extremely** [3] - 605:25, 606:3, 683:12
**eye** [7] - 521:6, 525:18, 527:3, 531:14, 533:16, 536:5, 596:22
**eyeball** [1] - 678:13
**eyes** [13] - 488:18, 559:6, 559:10, 559:11, 637:14, 641:12, 641:15, 641:20, 677:7, 678:12, 678:13,

680:18
**eyes'** [1] - 641:13

# F

**face** [9] - 498:5, 501:9, 524:24, 529:2, 636:15, 637:8, 640:19, 678:4, 680:18
**facing** [5] - 546:15, 546:16, 559:19, 573:16, 604:25
**fact** [6] - 488:15, 489:9, 499:21, 499:22, 503:17, 503:21
**factor** [1] - 534:16
**fair** [27] - 490:25, 493:24, 499:7, 513:3, 515:24, 530:20, 535:17, 540:22, 546:3, 560:23, 586:23, 589:19, 589:24, 594:8, 604:17, 604:22, 619:6, 631:20, 639:6, 645:22, 646:23, 650:25, 661:19, 665:1, 686:13, 688:19, 693:8
**fairly** [3] - 522:18, 538:19, 586:10
**fallen** [1] - 661:12
**falling** [1] - 546:9
**familiar** [8] - 510:23, 512:4, 579:16, 579:17, 604:15, 612:8, 612:16, 629:17
**far** [14] - 524:4, 530:15, 533:25, 554:11, 572:12, 591:11, 620:9, 650:10, 670:12, 675:4, 675:12, 676:17, 690:12, 692:7
**fashioned** [1] - 618:11
**FBI** [4] - 617:23, 618:2, 618:15, 618:19
**fear** [2] - 502:2, 503:11
**February** [1] - 618:16
**federal** [2] - 508:16, 565:8
**Federal** [1] - 508:19
**feet** [14] - 501:12, 527:12, 527:22, 530:20, 544:15,

544:20, 604:18, 604:23, 611:12, 645:1, 650:12, 662:23, 692:9
**fell** [3] - 541:22, 548:20, 678:7
**fellow** [12] - 518:18, 519:11, 520:1, 520:9, 533:22, 541:23, 544:25, 555:22, 558:6, 572:2, 596:6, 599:25
**felt** [1] - 677:14
**female** [5] - 620:24, 649:17, 650:2, 687:7, 687:10
**fence** [1] - 638:20
**few** [24] - 508:17, 519:25, 525:10, 525:19, 528:7, 528:9, 528:17, 533:5, 538:12, 544:17, 544:21, 561:22, 562:13, 565:21, 568:2, 620:16, 631:7, 640:15, 681:11, 684:6, 684:20, 689:1, 691:23
**field** [3] - 566:23, 617:24, 667:18
**fifteen** [1] - 493:1
**fight** [1] - 665:4
**fighting** [10] - 637:21, 640:17, 668:23, 676:1, 677:2, 677:8, 677:9, 677:10, 677:13, 682:25
**fighting/pushing** [1] - 683:6
**fights** [3] - 638:17, 640:25
**figure** [1] - 681:17
**film** [2] - 488:12, 639:25
**filmed** [1] - 540:12
**filter** [1] - 500:15
**finally** [1] - 503:9
**fine** [10] - 614:11, 617:4, 619:13, 619:14, 671:5, 674:2, 686:21, 686:25
**finish** [6] - 503:17, 578:6, 634:5, 698:16, 699:7, 699:10
**finished** [1] - 486:25
**fire** [2] - 543:13, 647:21

**fired** [7] - 643:16, 644:12, 648:21, 656:19, 657:17, 681:13, 681:16
**first** [43] - 504:9, 505:18, 506:1, 506:2, 510:20, 511:1, 511:3, 511:12, 517:5, 523:1, 528:15, 562:2, 562:3, 564:23, 565:21, 568:2, 569:9, 571:20, 572:1, 574:8, 576:19, 576:23, 579:9, 584:8, 587:18, 588:24, 589:1, 610:22, 615:8, 623:17, 624:19, 624:20, 625:16, 634:7, 667:6, 667:16, 668:20, 679:21, 679:23, 680:7, 680:14, 691:1, 699:14
**First** [3] - 511:23, 670:22, 675:12
**fist** [7] - 523:22, 524:22, 554:22, 555:4, 555:10, 555:16
**five** [12] - 488:10, 510:13, 510:16, 530:1, 532:22, 536:7, 550:13, 594:14, 636:13, 654:8, 695:17
**fixtures** [1] - 697:6
**flag** [14] - 525:13, 525:21, 526:15, 526:16, 526:18, 527:8, 533:8, 533:10, 533:13, 533:16, 533:21, 533:25, 557:14, 606:11
**flagpole** [4] - 592:6, 601:25, 605:12, 656:21
**flagpoles** [2] - 521:21, 656:13
**flags** [3] - 601:24, 602:6, 684:20
**flash** [6] - 532:9, 532:10, 532:11, 558:12
**flat** [3] - 519:13, 525:8, 613:18
**floor** [51] - 510:8,

576:12, 576:19, 577:3, 579:9, 579:10, 579:13, 585:12, 597:14, 597:19, 601:1, 610:22, 611:5, 611:11, 625:21, 643:17, 643:24, 644:3, 644:14, 644:17, 645:2, 646:18, 647:14, 648:22, 652:9, 653:20, 654:1, 654:3, 656:22, 656:25, 657:4, 658:7, 658:21, 659:12, 659:15, 665:6, 670:15, 679:21, 679:22, 679:23, 680:14, 682:7, 682:9, 682:14, 682:16, 684:2, 684:4, 685:4, 690:21
**Floyd** [1] - 635:18
**flush** [2] - 680:18, 685:6
**fly** [1] - 602:6
**focus** [1] - 531:11
**focused** [1] - 651:19
**fog** [2] - 663:8
**folks** [6] - 486:2, 535:17, 535:20, 536:2, 536:3, 631:21
**follow** [2] - 510:5, 510:7
**following** [5] - 490:14, 491:24, 581:15, 626:17, 697:10
**follows** [1] - 509:19
**footage** [9] - 490:20, 490:23, 490:24, 490:25, 491:4, 491:5, 491:8, 532:21, 686:16
**FOR** [1] - 484:1
**force** [2] - 599:7, 601:11
**forceful** [2] - 592:15, 599:17
**forcefully** [3] - 543:9, 597:15, 623:13
**foregoing** [1] - 700:12
**foreground** [2] - 543:18, 597:4
**forehead** [1] - 488:19
**formed** [5] - 575:3, 588:11, 632:4, 674:22, 674:25
**forming** [1] - 544:17

**forth** [4] - 506:18, 644:9, 677:6, 683:16
**fortunately** [1] - 489:19
**forward** [11] - 499:18, 511:15, 518:8, 555:12, 570:25, 597:16, 616:19, 617:11, 617:15, 619:5, 624:24
**fought** [2] - 541:22, 541:24
**foundationally** [1] - 493:20
**four** [10] - 500:1, 500:9, 527:13, 530:25, 540:3, 592:20, 593:1, 594:25, 598:1, 651:8
**fourth** [2] - 593:17, 670:15
**frame** [2] - 676:4, 679:12
**free** [1] - 564:15
**Friday** [4] - 578:12, 578:14, 699:14, 699:22
**Front** [1] - 674:19
**front** [67] - 498:4, 516:17, 517:2, 520:17, 521:9, 524:24, 526:14, 536:16, 543:18, 544:13, 546:19, 552:12, 553:15, 562:5, 574:14, 574:15, 576:4, 583:6, 583:8, 584:24, 587:13, 588:14, 589:17, 591:1, 591:25, 592:1, 594:2, 600:20, 600:22, 609:21, 609:25, 612:7, 612:8, 612:10, 612:13, 612:14, 613:1, 613:18, 613:21, 614:21, 614:23, 615:8, 616:1, 616:2, 616:7, 620:15, 623:14, 623:16, 631:17, 631:20, 631:23, 631:24, 636:13, 642:14, 642:17, 671:15, 672:15, 672:25, 673:9, 673:13, 674:8, 674:21, 675:12, 677:1,

679:1, 680:10
**frost** [2] - 663:10, 663:13
**frozen** [2] - 641:3, 676:10
**full** [3] - 620:11, 620:12, 700:13
**funnel** [2] - 684:7, 684:23, 688:2
**fur** [1] - 528:9

## G

**gain** [2] - 532:13, 532:21
**gaining** [1] - 532:17
**gallery** [1] - 611:14
**gas** [13] - 488:12, 529:3, 529:6, 529:22, 557:12, 622:13, 676:2, 676:15, 676:16, 676:18, 676:20, 676:23, 694:6
**gassed** [1] - 680:2
**gasses** [2] - 677:5, 677:18
**gate** [1] - 612:20
**gathering** [1] - 572:18
**gear** [20] - 512:1, 512:4, 512:5, 512:7, 512:8, 512:9, 512:13, 529:8, 529:21, 573:23, 590:22, 637:22, 638:13, 668:15, 668:17, 668:24, 668:25, 669:6, 694:12
**general** [9] - 503:22, 528:16, 540:11, 548:2, 663:20, 667:24, 668:3, 674:16, 683:21
**generally** [15] - 488:7, 497:25, 505:17, 512:18, 514:18, 515:19, 536:2, 538:14, 542:5, 553:14, 562:9, 575:5, 582:12, 584:11, 586:4
**gentleman** [21] - 506:19, 548:21, 556:17, 588:10, 591:22, 595:19, 598:9, 606:20, 616:17, 617:13, 619:16, 620:16, 621:9, 627:13, 629:17, 630:11,

651:12, 654:11, 688:6, 689:25, 692:7
**gentlemen** [8] - 486:7, 490:6, 537:3, 564:1, 577:13, 586:18, 685:23, 697:20
**genuinely** [1] - 503:13
**George** [1] - 635:18
**Georgia** [1] - 508:17
**given** [1] - 578:9
**glass** [22] - 488:21, 488:23, 512:11, 524:19, 525:22, 527:8, 527:10, 559:19, 584:13, 587:14, 601:3, 605:11, 624:18, 625:16, 625:19, 653:11, 656:20, 656:21, 657:1, 657:8, 657:11, 657:14
**glasses** [2] - 549:25, 556:25, 620:16, 626:18, 630:15, 631:8, 661:10
**gloves** [3] - 529:16, 529:20, 638:6
**Glynco** [1] - 508:17
**goal** [6] - 517:6, 517:12, 524:4, 684:7, 684:22, 691:2
**God** [1] - 599:17
**Gold** [1] - 530:13
**gold** [1] - 606:23
**government** [19] - 491:13, 508:1, 508:4, 513:6, 516:2, 522:21, 538:22, 540:25, 545:6, 552:5, 565:8, 578:3, 581:20, 586:13, 618:6, 618:12, 632:13, 632:21, 639:9
**government's** [16] - 513:7, 549:12, 564:3, 578:5, 618:13, 643:25, 645:25, 647:2, 651:4, 654:23, 674:12, 679:9, 682:12, 685:20, 686:19, 693:12
**Government's** [22] - 489:21, 491:14, 494:2, 512:22, 515:15, 522:2, 552:8, 568:21, 576:15, 577:4,

579:7, 586:2, 610:18, 638:25, 639:10, 642:11, 645:12, 650:18, 658:13, 670:24, 692:25, 693:17
**grade** [1] - 694:6
**grass** [2] - 613:24, 614:1
**grassy** [1] - 672:15
**gray** [5] - 536:6, 536:9, 591:7, 592:3, 615:11
**great** [8] - 503:18, 507:10, 535:15, 535:23, 537:10, 564:10, 577:11, 698:2
**green** [3] - 590:11, 590:18, 672:13
**grenade** [1] - 697:4
**grenades** [4] - 642:23, 643:1, 643:6, 676:21
**ground** [7] - 488:25, 541:22, 550:6, 550:12, 550:21, 563:3, 657:17
**grounds** [7] - 511:8, 569:2, 570:13, 601:20, 672:5, 672:7, 672:9
**group** [38] - 511:3, 517:12, 519:5, 521:22, 555:23, 555:25, 573:20, 573:21, 587:16, 587:21, 589:16, 594:2, 594:3, 594:12, 600:19, 600:22, 601:10, 605:14, 630:2, 640:5, 644:22, 656:13, 661:14, 673:9, 673:13, 674:7, 675:18, 677:1, 679:6, 681:19, 684:3, 684:4, 685:5, 685:11, 690:19, 692:3
**groups** [1] - 677:8
**grown** [2] - 623:20, 689:19
**guard** [1] - 612:20
**Guard** [2] - 508:5, 508:6
**guess** [5] - 560:7, 576:1, 578:11, 588:22, 615:17
**guessed** [1] - 500:16
**guessing** [2] - 652:23,

652:25
**guilty** [1] - 699:6
**gun** [9] - 512:2, 520:19, 520:22, 529:18, 544:24, 551:25, 552:1, 552:3, 648:23
**Gun** [1] - 645:11
**gunner** [1] - 565:20
**guy** [6] - 615:19, 627:10, 629:7, 631:15, 631:17, 695:3
**guys** [2] - 542:5, 612:21

## H

**habanero** [1] - 559:3
**hair** [28] - 523:7, 523:21, 527:1, 539:5, 545:16, 546:20, 549:25, 551:2, 552:11, 556:24, 592:3, 594:18, 594:24, 602:12, 604:5, 604:10, 607:8, 607:13, 607:23, 608:4, 608:23, 609:4, 615:11, 619:20, 620:15, 620:22, 626:18, 630:18
**half** [6] - 522:14, 532:18, 551:14, 592:8, 634:6, 677:15
**Hall** [16] - 647:10, 659:3, 664:13, 684:4, 684:5, 684:14, 685:8, 685:10, 686:7, 688:7, 688:10, 688:16, 689:14, 690:18, 696:18
**hall** [5] - 628:5, 685:4, 685:11, 685:15, 690:22
**hallway** [34] - 489:1, 559:16, 576:25, 579:21, 579:22, 580:1, 580:13, 580:14, 583:11, 583:16, 583:17, 583:19, 583:22, 584:6, 584:9, 585:23, 587:22, 587:24, 589:17, 598:6, 598:9, 598:11, 598:12, 611:4, 611:25,

627:14, 628:9, 630:16, 659:2, 661:17, 664:4, 665:8
**hallways** [2] - 488:4, 488:10
**halted** [1] - 502:10
**hammers** [1] - 676:8
**hand** [14] - 495:6, 498:5, 498:20, 507:13, 541:21, 555:9, 564:14, 630:13, 630:24, 631:5, 632:25, 666:23, 673:2, 690:4
**handful** [1] - 621:23
**hands** [9] - 488:18, 536:6, 559:10, 591:9, 592:24, 601:14, 618:17, 676:8, 676:11
**happy** [1] - 503:20
**hard** [20] - 512:4, 512:8, 512:9, 512:13, 529:20, 547:6, 563:8, 574:4, 575:7, 605:25, 606:3, 661:20, 668:9, 668:15, 668:16, 668:21, 669:6, 673:10, 674:8
**hardened** [1] - 529:16
**harder** [1] - 597:14
**hardest** [1] - 508:21
**hat** [27] - 512:3, 528:6, 528:12, 535:13, 535:15, 536:9, 541:11, 541:18, 542:1, 557:1, 574:5, 574:6, 591:23, 593:5, 598:10, 599:4, 600:19, 603:9, 603:10, 606:21, 606:22, 607:1, 607:21, 622:9, 622:20, 622:21
**hats** [1] - 528:13
**hazardous** [1] - 567:12
**hazy** [1] - 647:15
**head** [19] - 496:17, 596:18, 598:25, 599:6, 599:8, 599:10, 601:2, 602:23, 603:9, 606:2, 622:9, 630:19, 644:20, 657:1, 657:8, 657:11, 657:14, 659:14, 678:5

**headed** [8] - 573:23, 574:20, 647:11, 670:19, 671:15, 682:6, 684:6, 691:1
**heading** [6] - 539:16, 544:7, 574:16, 589:6, 613:24, 647:12
**headquarters** [1] - 670:7
**heal** [1] - 503:25
**hear** [31] - 523:16, 524:16, 526:4, 530:4, 530:9, 530:10, 530:12, 532:15, 542:15, 548:6, 569:24, 571:12, 595:6, 595:24, 596:6, 597:9, 600:10, 604:20, 605:19, 608:20, 609:9, 609:12, 609:14, 616:23, 617:6, 625:8, 656:7, 661:16, 661:21, 662:17, 696:2
**heard** [29] - 499:14, 500:10, 522:14, 558:9, 585:19, 595:7, 610:1, 614:9, 614:10, 614:13, 617:7, 622:2, 622:6, 652:13, 652:14, 657:22, 661:23, 661:25, 662:21
**hearing** [9] - 520:12, 530:7, 548:3, 563:9, 581:16, 600:12, 617:1, 697:11, 700:6
**heavier** [1] - 560:2
**heavy** [2] - 560:7, 560:23
**HELD** [1] - 484:10
**held** [6] - 496:25, 559:23, 570:18, 570:21, 581:16, 697:11
**hell** [1] - 505:21
**helmet** [21] - 528:23, 531:4, 557:10, 574:2, 574:5, 590:11, 590:18, 596:19, 596:20, 596:21, 597:4, 599:2, 606:2, 622:12, 622:13, 622:22, 669:4, 693:24, 694:5
**helmets** [4] - 529:16,

605:22, 638:5, 645:9
**help** [13] - 541:24, 544:20, 546:20, 546:24, 548:22, 551:23, 563:14, 573:19, 576:13, 603:23, 609:9, 696:6, 696:10
**helped** [2] - 544:21, 658:12
**helpful** [2] - 563:6, 563:12
**HERBERT** [1] - 484:6
**hereby** [1] - 700:11
**hiding** [1] - 502:2
**high** [1] - 611:13
**higher** [1] - 566:6
**Hill** [5] - 509:2, 509:7, 509:8, 567:17, 567:18
**himself** [2] - 592:11, 600:18
**hired** [1] - 507:25
**historical** [1] - 503:14
**hit** [6] - 598:25, 599:6, 602:23, 637:9, 641:16, 677:4
**hmmm..** [1] - 625:23
**hold** [13] - 543:11, 562:5, 566:16, 576:2, 585:11, 594:8, 594:10, 594:11, 597:15, 597:20, 641:1, 677:3, 678:6
**holding** [6] - 555:9, 592:5, 592:6, 592:14, 603:17, 630:13
**HOLLY** [1] - 484:12
**Hollywood** [1] - 661:12
**home** [1] - 571:1
**homes** [1] - 510:10
**hometown** [1] - 509:21
**honestly** [1] - 489:2
**Honor** [40] - 490:3, 491:13, 493:13, 494:1, 494:3, 504:2, 504:4, 507:5, 548:15, 549:16, 561:18, 563:8, 563:22, 563:24, 564:11, 577:9, 578:25, 581:12, 581:17, 586:15, 610:5, 639:10, 646:1, 647:2, 651:4, 660:17, 660:21,

664:2, 665:15, 666:14, 666:20, 686:19, 693:12, 695:17, 697:9, 698:15, 698:19, 699:17, 699:24, 700:4
**HONORABLE** [1] - 484:10
**hoodie** [1] - 631:24
**hope** [1] - 578:20
**horns** [1] - 659:14
**horrendous** [1] - 573:3
**hostage** [1] - 567:8
**hot** [1] - 641:14
**hottest** [1] - 559:8
**hour** [1] - 677:15
**hours** [11] - 487:10, 492:16, 500:11, 500:14, 506:13, 506:15, 506:16, 568:5, 568:7, 569:23, 677:15
**house** [29] - 493:3, 494:20, 499:24, 501:25, 502:1, 505:2, 505:11, 505:14, 506:17, 530:5, 567:13, 569:3, 575:4, 575:13, 576:9, 612:19, 612:20, 614:21, 625:21, 644:5, 644:19, 645:2, 646:18, 652:9, 653:20, 656:22, 656:25, 659:18
**House** [96] - 487:1, 487:5, 487:8, 488:3, 489:5, 489:7, 489:14, 490:15, 490:18, 490:20, 491:2, 492:2, 492:4, 492:8, 492:11, 492:15, 492:25, 493:1, 493:4, 493:7, 494:15, 494:19, 495:2, 495:11, 496:17, 496:25, 498:19, 499:5, 500:13, 500:16, 503:6, 504:16, 504:18, 504:19, 510:6, 512:21, 574:13, 574:15, 575:2, 575:18, 575:19, 575:24, 576:1, 576:2, 577:3,

581:10, 583:2, 583:7, 583:12, 583:20, 583:22, 584:3, 584:20, 584:24, 589:11, 596:4, 597:19, 601:1, 601:6, 605:9, 605:14, 611:6, 611:10, 611:15, 625:9, 625:21, 626:3, 626:4, 635:8, 643:17, 644:6, 644:7, 644:14, 644:24, 647:14, 648:8, 648:21, 650:10, 653:8, 656:14, 656:23, 658:3, 658:17, 658:18, 658:25, 663:6, 664:3, 684:2, 684:4, 684:14, 684:16, 685:3, 685:8, 690:21
**House's** [1] - 502:8
**Houses** [3] - 492:11, 505:20, 505:21
**houses** [2] - 502:21, 504:22
**huddling** [1] - 489:10
**huge** [2] - 560:23, 612:12
**hundreds** [5] - 537:24, 672:14, 674:23, 694:14
**hurt** [4] - 531:16, 599:6, 618:20, 619:5

**I**

**idea** [1] - 507:1
**ideal** [1] - 563:5
**identified** [2] - 660:18, 666:1
**identify** [4] - 513:16, 592:11, 603:6, 660:13
**illegal** [3] - 516:23, 589:4, 589:25
**illustrate** [2] - 576:13, 616:8
**illustrated** [2] - 603:24, 619:7
**illustrates** [1] - 601:23
**image** [14] - 494:24, 495:1, 528:22, 543:3, 545:2, 545:10, 545:24, 547:21, 582:13, 582:18, 597:2, 602:20, 606:15, 624:16

**imagine** [3] - 510:4, 578:9, 699:22
**immediate** [1] - 676:4
**immediately** [9] - 531:3, 532:20, 542:24, 562:1, 596:17, 600:25, 601:2, 606:14, 666:2
**impact** [2] - 502:8, 599:17
**impeding** [1] - 689:13
**important** [2] - 520:2, 582:7
**importantly** [3] - 585:5, 603:21, 609:21
**improvised** [1] - 601:18
**IN** [1] - 484:1
**inauguration** [5] - 514:22, 636:20, 636:23, 639:25, 679:16
**inches** [1] - 592:8
**incident** [1] - 571:7
**include** [1] - 569:4
**incredibly** [1] - 534:19
**indeed** [1] - 500:4
**indicate** [1] - 557:6
**indicating** [2] - 591:22, 674:17
**indication** [1] - 571:20
**individual** [7] - 593:25, 596:25, 597:1, 604:10, 607:16, 659:13, 660:5, 666:1, 690:25, 692:2, 693:24
**individuals** [21] - 529:12, 640:3, 644:16, 644:23, 645:6, 645:10, 649:13, 652:11, 656:13, 670:19, 672:20, 673:6, 674:7, 674:23, 675:7, 683:17, 684:20, 688:2, 690:21, 694:23, 696:22
**indulgence** [6] - 549:1, 551:12, 561:12, 561:14, 632:10, 686:20
**inflame** [1] - 641:12
**information** [2] - 580:12, 697:24
**injured** [5] - 572:13, 648:22, 648:25,

677:16, 695:22
**inner** [3] - 547:12, 559:18
**inside** [25] - 490:18, 511:6, 521:3, 521:25, 524:8, 543:3, 543:9, 559:3, 559:18, 559:19, 573:12, 573:18, 575:25, 585:1, 585:11, 585:15, 585:16, 609:22, 624:22, 642:19, 644:11, 653:24, 658:3, 683:8
**insist** [1] - 563:21
**inspector** [1] - 639:17
**instance** [1] - 643:12
**instead** [1] - 689:10
**instinct** [1] - 576:2
**institution** [1] - 487:18
**instruct** [1] - 699:21
**instructing** [1] - 699:22
**instruction** [1] - 487:15
**instructions** [2] - 691:22, 699:11
**intel** [1] - 635:9
**intelligence** [1] - 636:1
**intent** [2] - 529:22, 599:22
**interactions** [1] - 659:6
**interior** [3] - 584:2, 584:17, 584:20
**interrupt** [1] - 602:3
**interrupting** [1] - 501:12
**interview** [1] - 694:22
**introduce** [1] - 651:3
**introduced** [1] - 552:5
**invoked** [1] - 501:17
**involve** [1] - 667:22
**involved** [2] - 577:15, 633:12
**irritation** [1] - 681:1
**isolate** [1] - 669:18
**issues** [2] - 486:3, 578:18
**itself** [10] - 488:3, 488:8, 489:5, 523:24, 601:25, 621:23, 634:22, 645:2, 648:10, 672:5

## J

**jacket** [12] - 512:3, 528:10, 528:13,

534:2, 534:4, 546:19, 591:8, 630:25, 631:2, 649:7, 661:10, 669:3
**jackets** [1] - 645:10
**jamming** [1] - 656:21
**January** [66] - 490:22, 490:24, 491:2, 491:25, 492:8, 493:10, 507:2, 511:9, 511:12, 511:15, 511:16, 511:18, 511:20, 512:13, 513:4, 513:23, 514:25, 515:2, 515:12, 518:7, 523:17, 526:9, 528:11, 529:9, 530:7, 535:18, 536:3, 536:13, 536:18, 536:24, 537:16, 547:23, 568:3, 569:8, 570:1, 570:2, 570:6, 571:2, 571:3, 584:20, 600:13, 609:8, 617:18, 618:1, 634:23, 634:25, 635:1, 635:3, 639:4, 645:23, 646:24, 651:1, 660:3, 665:10, 667:20, 669:1, 669:8, 669:9, 669:12, 669:14, 669:22, 669:25, 670:10, 693:9, 694:8
**JASON** [1] - 484:16
jason.manning@
usdoj.gov [1] - 484:18
**Jayden** [1] - 586:6
**jealous** [1] - 504:15
**Jefferson** [5] - 569:13, 569:15, 569:20, 569:21, 573:17
**Jenkins** [1] - 493:14
**Jersey** [1] - 670:21
**job** [8] - 503:18, 508:21, 509:9, 547:16, 547:18, 667:13, 667:20, 668:18
**JOHN** [1] - 484:6
**John** [3] - 490:13, 491:23, 660:19
**join** [1] - 510:17
**joined** [1] - 508:12
**joint** [13] - 491:25, 492:2, 492:12,

492:14, 493:6, 493:9, 496:24, 498:3, 499:2, 502:16, 502:18, 502:21, 504:20
**JONES** [2] - 485:3, 486:17
**Jones** [23] - 486:20, 486:25, 490:10, 491:20, 493:18, 494:8, 495:22, 496:11, 496:22, 497:5, 497:23, 498:13, 499:14, 500:3, 500:10, 500:22, 501:6, 501:22, 502:14, 502:23, 503:6, 504:7, 507:6
**Joseph** [2] - 632:21, 633:6
**JOSEPH** [3] - 485:10, 633:1, 633:6
**Joshua** [1] - 507:20
**JOSHUA** [3] - 485:5, 507:14, 507:20
**JUDGE** [1] - 484:10
**July** [1] - 633:23
**June** [1] - 634:9
**jurors** [1] - 655:7
**Jury** [1] - 685:24
**jury** [29] - 491:20, 494:10, 496:22, 497:15, 500:5, 501:6, 523:9, 525:5, 526:24, 528:25, 531:8, 533:2, 537:3, 537:6, 544:1, 577:17, 578:19, 579:12, 579:18, 581:16, 583:14, 587:6, 590:13, 593:14, 594:21, 627:1, 697:11, 698:6, 699:11
**JURY** [1] - 484:9

## K

**keep** [30] - 525:18, 527:3, 531:10, 533:15, 534:13, 534:17, 536:5, 539:11, 541:20, 547:2, 547:6, 550:2, 555:13, 564:4, 564:6, 573:5, 610:18, 612:22, 613:9, 615:21, 620:5, 625:11, 625:24, 644:25,

647:13, 688:12, 689:7, 689:16, 695:7, 695:23
**keeping** [1] - 521:24
**keeps** [1] - 528:9
**Kentucky** [1] - 498:9
**kept** [3] - 573:5, 638:16, 675:7
**Kevlar** [8] - 529:16, 605:19, 605:21, 605:22, 606:2, 606:5, 638:5
**kilo** [1] - 565:19
**kind** [27] - 512:7, 529:23, 543:10, 548:6, 552:11, 558:16, 562:5, 568:7, 599:8, 599:10, 605:13, 622:12, 635:20, 635:24, 636:3, 637:10, 638:7, 638:13, 641:14, 642:8, 649:19, 652:3, 663:8, 668:21, 673:8, 684:21, 695:21
**kindly** [1] - 493:14
**kinds** [2] - 529:8, 638:7
**Kleppas** [1] - 657:7
**knitted** [1] - 528:8
**knock** [1] - 699:8
**knocking** [1] - 572:19
**knowing** [2] - 575:23, 639:21
**knowledge** [8] - 487:20, 503:22, 540:10, 542:23, 575:19, 575:23, 608:15, 653:23
**known** [3] - 512:4, 520:18, 668:5
**knuckle** [1] - 529:20
**knuckles** [2] - 529:16, 638:6
**KYLE** [2] - 485:3, 486:17

## L

**lack** [1] - 592:16
**ladies** [8] - 486:6, 490:6, 537:3, 563:25, 577:12, 586:18, 685:22, 697:20
**lady** [6] - 551:2, 592:1, 592:2, 592:3, 592:14, 615:11

**lady's** [1] - 592:24
**laid** [1] - 697:23
**lampposts** [1] - 517:24
**Laredo** [1] - 484:14
**large** [13] - 572:14, 575:8, 589:16, 590:4, 611:19, 612:17, 613:19, 620:13, 635:7, 639:22, 641:5, 674:7, 677:10
**larger** [3] - 560:1, 583:1, 592:17
**last** [15] - 491:21, 493:15, 525:2, 533:5, 540:16, 541:18, 542:10, 563:10, 563:17, 564:23, 607:16, 631:7, 665:5, 667:6, 679:8
**late** [2] - 564:2, 697:1
**latest** [1] - 511:25
**law** [6] - 508:16, 568:12, 633:12, 643:7, 689:21, 699:1
**Law** [3] - 508:19, 512:21, 513:19
**laws** [1] - 644:9
**laying** [1] - 657:17
**layout** [1] - 682:3
**lead** [3] - 515:4, 646:18, 659:18
**leader** [7] - 498:8, 498:9, 567:6, 567:7, 573:20, 574:23, 667:19
**leadership** [4] - 489:19, 509:20, 510:5, 566:6
**leading** [5] - 518:12, 583:1, 588:23, 656:22, 672:16
**leads** [2] - 559:16, 583:22
**leaning** [3] - 550:14, 654:13, 654:14
**least** [11] - 487:17, 504:23, 505:2, 505:3, 505:11, 506:6, 532:13, 548:22, 675:6, 677:15
**leather** [2] - 645:10, 661:10
**leave** [25] - 555:23, 562:10, 572:3, 572:25, 575:12, 619:15, 634:14,

643:10, 643:21, 643:23, 652:2, 652:8, 654:17, 658:6, 663:17, 663:23, 664:3, 664:8, 664:11, 666:2, 666:4, 666:8, 666:10, 666:11, 666:12
**leaving** [7] - 516:22, 688:6, 688:9, 688:22, 689:10, 691:25, 696:25
**led** [2] - 487:25, 640:20
**left** [41] - 495:6, 498:20, 513:12, 516:10, 519:2, 537:17, 566:13, 572:15, 574:11, 574:12, 575:17, 576:4, 576:7, 577:1, 580:7, 587:25, 592:11, 593:12, 593:18, 594:19, 594:25, 595:13, 596:12, 597:1, 603:9, 607:2, 611:3, 621:5, 624:16, 627:15, 627:16, 640:19, 642:2, 646:13, 648:5, 654:1, 655:9, 678:25, 696:17, 697:3
**left-hand** [1] - 495:6
**legend** [1] - 586:19
**legitimately** [1] - 676:11
**legs** [1] - 512:10
**less** [2] - 529:23, 640:15
**lethal** [2] - 529:24, 640:16
**letter** [1] - 685:13
**letting** [1] - 588:25
**level** [8] - 571:13, 643:18, 643:20, 643:21, 643:22, 643:23, 679:3, 682:7
**levels** [1] - 613:22
**Library** [5] - 509:15, 512:21, 513:19, 569:5, 614:4
**library** [14] - 565:4, 568:4, 568:9, 568:10, 568:13, 568:19, 569:3, 569:14, 572:2, 572:3, 572:11,

572:19, 573:5, 609:19
**lieutenant** [1] - 670:16
**life** [4] - 488:11, 503:12, 506:24, 520:14
**light** [1] - 514:3
**lighter** [1] - 504:11
**limit** [1] - 647:22
**line** [58] - 498:4, 514:2, 514:4, 517:2, 517:14, 517:16, 518:1, 518:5, 518:12, 518:19, 518:20, 518:21, 521:23, 524:6, 526:19, 544:18, 555:23, 575:3, 579:23, 580:1, 588:12, 588:14, 588:16, 588:20, 589:7, 589:9, 594:8, 594:11, 598:4, 598:5, 615:9, 616:1, 619:8, 631:18, 632:4, 632:5, 638:19, 638:20, 641:1, 659:2, 671:19, 672:13, 673:1, 674:9, 674:18, 674:22, 674:25, 675:2, 675:6, 677:7, 678:2, 678:6, 679:8, 680:8, 683:22, 684:13, 685:7
**lines** [3] - 488:13, 563:19, 595:25
**lining** [1] - 671:12
**liquid** [1] - 597:14
**LISA** [1] - 700:11
**Lisa** [1] - 484:22
**listening** [2] - 520:11, 689:11
**literally** [3] - 577:2, 588:16, 638:4
**live** [3] - 502:5, 572:7, 572:9
**lives** [1] - 502:2
**Lloyd** [1] - 639:17
**LLP** [1] - 484:20
**lobby** [1] - 690:20
**Lobby's** [1] - 488:22
**local** [1] - 565:8
**located** [3] - 571:14, 576:6, 576:23
**location** [4] - 527:21, 579:20, 580:16, 603:14
**locations** [3] - 490:17,

513:14, 658:1
**lock** [3] - 543:1, 584:11, 601:4
**locked** [7] - 514:25, 584:16, 584:18, 584:21, 584:22, 601:7, 601:9
**logical** [1] - 577:10
**long-sleeved** [1] - 573:25
**look** [21] - 533:4, 552:8, 552:16, 552:19, 571:19, 582:3, 620:15, 623:19, 623:22, 624:2, 635:5, 635:22, 637:20, 655:23, 659:9, 679:11, 683:8, 688:22, 688:24, 689:2, 697:3
**looked** [7] - 524:22, 554:21, 555:11, 572:6, 652:14, 660:8, 699:11
**looking** [25] - 489:2, 530:23, 530:24, 550:14, 554:21, 555:8, 570:25, 572:15, 574:9, 577:9, 580:13, 595:14, 598:24, 601:17, 629:1, 629:12, 629:13, 629:15, 639:14, 639:15, 639:23, 646:16, 647:8, 648:15, 655:12
**looks** [11] - 513:13, 534:4, 534:7, 555:18, 591:2, 596:21, 596:22, 624:5, 651:16, 688:18, 694:5
**loose** [1] - 505:21
**Los** [1] - 504:12
**lose** [4] - 541:18, 592:18, 599:15, 599:18
**losing** [1] - 599:25
**lost** [5] - 541:11, 544:10, 574:25, 575:15, 642:6
**loud** [7] - 532:16, 558:15, 661:19, 662:24, 683:11, 692:4, 692:5
**loudly** [2] - 652:23, 652:25
**Lower** [1] - 639:18

**lower** [4] - 602:11, 604:4, 640:20, 642:3
**luckily** [2] - 552:1, 552:3
**lull** [1] - 675:10
**lunch** [1] - 564:2, 577:12, 577:13, 577:16, 578:2, 578:21
**Lunch** [1] - 577:19
**lungs** [3] - 651:22, 652:21, 654:16
**lying** [1] - 514:23

**M**

**M-c-G-O-F-F** [1] - 667:7
**M4** [1] - 520:21
**ma'am** [46] - 635:2, 635:15, 636:8, 637:2, 640:23, 646:15, 646:25, 648:2, 648:7, 648:16, 648:18, 649:8, 649:12, 650:4, 650:9, 650:20, 650:22, 650:24, 651:2, 652:22, 653:9, 653:12, 655:6, 655:11, 655:14, 655:25, 656:9, 656:15, 659:5, 659:22, 660:2, 660:7, 660:9, 660:11, 660:14, 665:25, 666:6, 666:9, 669:7, 672:3, 674:11, 677:20, 677:22, 678:15, 680:15, 681:9
**Mace** [1] - 532:1
**Maced** [5] - 531:14, 532:2, 541:20, 542:9, 562:25
**Madison** [5] - 569:10, 569:19, 571:7, 571:17, 572:14
**MAGA** [5] - 556:25, 557:3, 622:9
**magna** [1] - 543:1
**magnet** [1] - 559:23
**main** [12] - 544:22, 569:11, 576:9, 576:12, 585:4, 601:1, 644:5, 644:6, 644:7, 644:19, 685:7
**maintain** [1] - 490:16
**maintenance** [1] -

514:24
**major** [1] - 668:22
**majority** [3] - 498:8, 566:8, 590:4
**makeshift** [1] - 636:21
**male** [3] - 620:24, 660:5, 687:7
**males** [1] - 620:22
**man** [83] - 498:4, 523:6, 523:20, 524:24, 525:2, 526:19, 526:21, 527:11, 527:22, 530:15, 531:4, 532:25, 533:23, 535:5, 535:22, 536:6, 536:9, 536:17, 538:6, 539:5, 539:15, 540:6, 540:11, 541:25, 542:1, 543:18, 545:15, 545:18, 546:13, 546:23, 550:9, 550:20, 552:10, 553:9, 553:15, 554:5, 554:21, 555:19, 587:11, 590:10, 590:17, 591:7, 592:11, 593:4, 593:11, 593:17, 593:20, 594:17, 594:24, 595:24, 596:13, 596:17, 597:3, 602:12, 602:14, 602:20, 603:8, 603:10, 604:5, 604:17, 604:22, 607:7, 607:13, 607:21, 608:4, 608:23, 609:4, 615:4, 615:24, 616:13, 616:14, 619:23, 620:19, 621:5, 623:7, 626:18, 630:15, 631:7, 650:7, 661:16, 691:3
**man's** [1] - 623:14
**managed** [1] - 544:19
**manner** [1] - 681:25
**MANNING** [154] - 484:16, 486:19, 489:21, 490:9, 491:7, 491:17, 491:19, 493:13, 494:1, 494:5, 495:16, 495:19, 495:21, 496:8,

496:18, 496:21,
497:2, 497:20,
498:10, 499:11,
499:25, 500:8,
500:19, 501:3,
501:19, 502:11,
503:3, 504:1, 507:5,
507:16, 512:22,
513:6, 513:9,
515:15, 516:2,
516:6, 516:14,
517:4, 517:19,
518:24, 519:12,
519:16, 522:1,
522:21, 522:25,
523:11, 524:1,
524:13, 525:7,
525:10, 525:12,
525:24, 526:2,
527:13, 528:19,
530:1, 530:25,
532:5, 532:22,
533:18, 534:8,
534:20, 535:2,
535:9, 536:22,
537:2, 537:14,
538:10, 538:22,
539:1, 539:10,
540:3, 540:14,
540:25, 541:3,
541:5, 541:8,
542:12, 543:21,
543:24, 545:1,
545:6, 545:23,
546:6, 547:21,
548:15, 561:18,
561:21, 562:15,
562:17, 562:21,
562:24, 563:16,
563:24, 564:19,
568:21, 576:15,
577:4, 579:3, 579:6,
580:5, 582:21,
583:4, 583:5,
583:18, 584:23,
586:1, 586:13,
587:1, 587:10,
588:5, 589:13,
590:7, 590:15,
591:4, 591:17,
592:9, 592:20,
592:23, 593:1,
593:8, 593:16,
594:14, 594:23,
595:5, 595:9,
595:12, 595:21,
596:9, 596:24,
597:6, 597:25,
598:15, 600:5,
600:8, 600:17,
602:8, 602:19,

603:1, 603:8, 604:1,
604:9, 605:2, 605:6,
605:16, 606:7,
606:25, 607:12,
607:18, 608:3,
608:18, 609:3,
610:5, 632:13
**manning** [1] - 513:15
**Manning** [8] - 486:9,
486:14, 536:25,
537:13, 564:7,
582:12, 610:21,
623:2
**Manning's** [1] - 563:9
**Manning)**..................
...............**486** [1] -
485:4
**Manning)**..................
...............**507** [1] -
485:6
**Manning)**..................
...............**561** [1] -
485:7
**Manning)**..................
...............**564** [1] -
485:8
**map** [19] - 568:23,
568:25, 569:1,
569:5, 571:8,
571:16, 576:13,
576:17, 577:7,
579:13, 580:10,
642:13, 670:25,
674:14, 674:19,
680:9, 680:11,
681:3, 681:8
**marble** [4] - 598:25,
599:10, 612:13,
627:21
**March** [1] - 507:25
**mark** [13] - 576:19,
581:22, 582:8,
582:14, 582:17,
583:14, 583:16,
613:4, 613:5,
618:10, 654:10,
655:3, 655:19
**marked** [15] - 580:6,
581:19, 581:21,
581:24, 582:4,
582:13, 583:19,
638:24, 642:10,
645:12, 646:20,
650:18, 658:13,
670:23, 692:24
**Maryland** [2] - 508:18,
508:19
**mask** [21] - 498:5,
507:13, 529:3,
529:23, 557:12,

564:14, 564:15,
590:18, 622:13,
632:25, 646:14,
655:10, 663:5,
666:24, 690:15,
691:17, 693:24,
694:1, 694:4, 694:6
**masks** [1] - 529:6
**match** [1] - 683:6
**material** [2] - 605:22,
612:16
**matter** [2] - 499:4,
501:15
**mayhem** [1] - 683:10
**McConnell** [1] - 498:9
**McGoff** [12] - 485:12,
666:21, 667:1,
667:7, 673:14,
686:1, 687:6,
687:21, 693:23,
694:21, 695:13,
698:16
**McPherson** [1] -
484:13
**mean** [24] - 503:9,
509:4, 524:11,
570:12, 575:7,
590:2, 613:4,
619:14, 620:13,
624:12, 627:15,
628:12, 630:13,
631:6, 635:1,
635:24, 636:6,
637:12, 653:11,
669:9, 672:4, 672:9,
675:1, 676:10
**meaning** [2] - 559:18,
629:25
**meaningful** [1] -
699:12
**means** [4] - 520:13,
520:14, 529:23,
590:3
**meant** [1] - 509:7
**meantime** [1] - 698:1
**media** [1] - 642:4
**medical** [3] - 511:7,
563:5, 563:12
**meet** [1] - 611:15
**meeting** [3] - 492:3,
493:7, 505:20
**member** [7] - 499:24,
501:11, 501:12,
505:2, 505:11,
532:2, 566:5
**members** [33] - 489:9,
492:2, 505:14,
509:8, 509:19,
510:5, 510:23,
514:18, 518:4,

547:17, 547:19,
566:11, 568:14,
575:17, 576:10,
584:15, 584:18,
584:25, 585:12,
585:21, 585:23,
589:12, 611:15,
612:19, 613:2,
613:12, 644:8,
653:20, 654:1,
654:2, 657:4, 658:7
**Memorial** [11] -
512:20, 513:18,
513:22, 516:21,
517:2, 521:8, 576:5,
576:7, 576:20,
576:24, 610:25
**memorialize** [2] -
581:21, 582:7
**men** [2] - 497:23,
594:25
**mentality** [1] - 575:9
**mentioned** [7] -
488:22, 501:1,
501:7, 513:14,
616:14, 650:2,
676:15
**met** [5] - 492:11,
504:16, 544:17,
670:15, 673:9
**metal** [11] - 515:11,
518:23, 559:19,
612:21, 626:9,
637:7, 639:22,
639:24, 640:3,
640:18
**Metropolitan** [3] -
643:3, 658:11,
676:17
**microphone** [1] -
663:25
**middle** [22] - 501:13,
583:3, 583:4,
590:10, 590:17,
593:4, 600:21,
606:11, 627:15,
627:24, 639:22,
642:16, 658:25,
662:11, 679:11,
680:13, 681:5,
681:7, 683:23,
684:16, 685:11,
685:15
**midnight** [2] - 509:16,
697:2
**midst** [1] - 548:14
**might** [4] - 537:1,
546:2, 601:10,
644:11
**Mike** [1] - 492:13

**military** [5] - 529:15,
606:1, 637:22,
661:7, 694:6
**military-style** [1] -
637:22
**mind** [2] - 534:16,
552:6
**minority** [2] - 498:9,
566:7
**minus** [1] - 669:2
**minute** [9] - 492:19,
516:15, 522:5,
524:2, 556:4, 591:8,
599:11, 687:18,
689:8
**minutes** [69] - 493:2,
496:19, 497:3,
497:21, 498:11,
499:12, 500:1,
500:9, 500:20,
501:4, 501:20,
502:12, 502:20,
516:7, 516:15,
517:20, 518:25,
519:12, 525:8,
525:24, 527:5,
527:14, 528:17,
530:2, 532:23,
533:5, 534:9, 535:3,
535:10, 537:2,
537:4, 542:11,
564:4, 590:8,
590:16, 591:5,
591:18, 592:21,
593:1, 594:15,
595:2, 595:3,
595:22, 597:7,
598:1, 600:6, 602:9,
602:21, 603:2,
604:2, 605:3, 605:7,
605:17, 606:8,
607:5, 607:19,
608:7, 623:3,
626:14, 626:23,
636:14, 640:15,
654:2, 683:14,
683:25, 689:17,
691:10, 695:17,
697:13
**missing** [1] - 657:12
**mission** [1] - 566:9
**misspoke** [1] - 608:1
**Mitch** [1] - 498:9
**mix** [1] - 614:16
**mob** [19] - 571:6,
574:18, 575:9,
575:18, 575:25,
585:22, 589:3,
591:13, 597:15,
597:20, 599:8,

716

600:3, 601:12, 601:13, 614:7, 615:17, 623:20, 677:9, 677:10
**mom** [1] - 623:21
**moment** [19] - 495:19, 501:7, 513:4, 517:9, 518:3, 518:9, 527:21, 532:13, 542:24, 561:22, 563:11, 575:6, 577:8, 598:18, 656:24, 688:7, 688:10, 696:10, 696:11
**monitoring** [1] - 490:17
**months** [3] - 508:11, 508:17, 633:20
**Moreira** [2] - 484:22, 700:18
**MOREIRA** [1] - 700:11
**morning** [21] - 486:2, 486:6, 486:20, 486:21, 504:7, 504:8, 507:12, 507:17, 507:18, 511:24, 537:4, 564:1, 568:8, 635:13, 635:23, 636:3, 698:5, 698:14, 699:22, 700:1, 700:2
**most** [8] - 488:8, 497:16, 643:10, 645:8, 658:22, 688:24, 689:1, 698:21
**mostly** [1] - 613:2
**motion** [2] - 554:15, 554:24
**motivations** [1] - 547:12
**motorcade** [3] - 514:8, 514:11, 516:22
**motto** [3] - 509:1, 509:4, 509:7
**mouth** [5] - 488:18, 596:23, 631:8, 663:1, 663:3
**move** [23] - 490:3, 494:1, 544:12, 546:6, 549:10, 616:19, 617:11, 617:15, 639:9, 639:10, 645:25, 647:1, 651:3, 651:25, 652:1, 652:10, 662:1, 663:24, 686:18,

691:24, 692:21, 693:11, 695:10
**moved** [25] - 490:5, 491:16, 494:4, 516:5, 522:24, 533:4, 538:25, 541:7, 545:9, 546:8, 549:17, 586:17, 616:2, 619:5, 639:13, 646:3, 647:4, 651:6, 652:4, 686:22, 687:1, 693:15, 696:17, 696:19, 696:23
**movement** [2] - 557:7, 597:16
**moves** [8] - 491:13, 513:6, 516:2, 522:21, 538:22, 540:25, 545:6, 586:13
**movie** [1] - 621:20
**moving** [7] - 499:18, 572:12, 575:18, 575:25, 609:8, 651:23, 658:17
**MR** [280] - 486:19, 489:21, 490:9, 491:7, 491:17, 491:19, 493:13, 494:1, 494:3, 494:5, 495:16, 495:19, 495:21, 496:8, 496:18, 496:21, 497:2, 497:20, 498:10, 499:11, 499:25, 500:8, 500:19, 501:3, 501:19, 502:11, 503:3, 504:1, 504:4, 504:6, 507:5, 507:16, 512:22, 513:6, 513:8, 513:9, 515:15, 516:2, 516:4, 516:6, 516:14, 517:4, 517:19, 518:24, 519:12, 519:16, 522:1, 522:21, 522:23, 522:25, 523:11, 524:1, 524:13, 525:7, 525:10, 525:12, 525:24, 526:2, 527:13, 528:19, 530:1, 530:25, 532:5, 532:22, 533:18, 534:8, 534:20, 535:2, 535:9, 536:22,

537:2, 537:9, 537:14, 538:10, 538:22, 538:24, 539:1, 539:10, 540:3, 540:14, 540:25, 541:2, 541:3, 541:4, 541:5, 541:6, 541:8, 542:12, 543:21, 543:24, 545:1, 545:6, 545:8, 545:23, 546:6, 546:7, 547:21, 548:15, 548:18, 548:24, 549:3, 549:8, 549:13, 549:18, 549:20, 550:2, 550:5, 550:17, 550:19, 551:1, 551:12, 551:18, 551:20, 552:4, 552:22, 553:5, 553:18, 553:21, 553:24, 554:3, 554:9, 554:13, 554:17, 555:2, 555:13, 555:15, 556:3, 556:7, 556:14, 556:16, 556:23, 557:18, 557:20, 561:12, 561:14, 561:16, 561:18, 561:21, 562:15, 562:16, 562:17, 562:21, 562:24, 563:8, 563:16, 563:22, 563:24, 564:19, 568:21, 576:15, 577:4, 578:2, 578:15, 579:3, 579:6, 580:3, 580:5, 581:12, 581:17, 582:19, 582:21, 583:4, 583:5, 583:18, 584:23, 586:1, 586:13, 586:15, 586:24, 587:1, 587:10, 588:5, 589:13, 590:7, 590:15, 591:4, 591:17, 592:9, 592:20, 592:23, 593:1, 593:8, 593:16, 594:14, 594:23, 595:5, 595:9, 595:12, 595:21, 596:9, 596:24, 597:6, 597:25, 598:15,

600:5, 600:8, 600:17, 602:8, 602:19, 603:1, 603:8, 604:1, 604:9, 604:20, 605:2, 605:6, 605:16, 606:7, 606:25, 607:12, 607:18, 608:3, 608:18, 609:3, 610:5, 610:9, 610:17, 611:22, 614:25, 615:3, 615:21, 615:23, 616:19, 616:22, 617:3, 618:10, 619:10, 619:13, 620:5, 621:2, 621:4, 621:7, 622:23, 623:1, 623:6, 624:6, 624:10, 625:11, 625:13, 625:24, 626:2, 626:11, 626:14, 626:16, 626:25, 627:4, 627:6, 627:9, 628:2, 628:4, 629:5, 629:20, 629:22, 630:6, 630:21, 631:11, 631:14, 632:10, 632:12, 632:13, 639:12, 646:2, 647:3, 651:5, 660:23, 662:2, 662:8, 662:10, 663:18, 664:1, 665:13, 686:20, 686:24, 693:14, 697:13, 697:16, 698:19, 698:21, 699:24, 700:4
**MS** [61] - 549:16, 554:2, 554:16, 562:20, 622:25, 632:21, 633:3, 639:9, 645:25, 646:4, 646:7, 647:1, 647:5, 647:23, 649:4, 649:24, 650:14, 650:17, 651:3, 651:7, 651:10, 653:2, 653:5, 654:4, 654:7, 654:19, 654:22, 655:2, 655:17, 655:21, 656:4, 656:10, 660:17, 660:21, 662:7, 665:15, 665:19, 666:13, 666:20, 667:3, 685:18, 686:18, 687:2,

687:17, 688:12, 689:7, 689:16, 691:9, 692:17, 693:1, 693:11, 693:16, 693:19, 694:16, 694:19, 695:7, 695:17, 697:8, 698:15, 699:16, 699:19
**multiple** [11] - 493:22, 522:9, 522:16, 558:20, 558:21, 586:8, 595:7, 601:24, 659:16, 694:14, 696:1
**multitude** [1] - 593:25
**museum** [1] - 569:14
**mustache** [1] - 591:8

**N**

**name** [12] - 497:25, 507:19, 564:22, 564:23, 608:6, 633:4, 641:4, 667:5, 667:6
**Nancy** [3] - 492:24, 498:19, 500:23
**nation** [1] - 503:24
**Nation** [1] - 509:3
**natural** [1] - 641:13
**nature** [4] - 489:8, 568:16, 668:23, 675:20
**Navy** [2] - 529:4, 529:17
**NE** [1] - 670:7
**near** [4] - 571:7, 598:5, 658:25, 670:8
**necessarily** [1] - 506:10
**neck** [1] - 534:6
**need** [11] - 497:25, 505:1, 517:13, 543:11, 554:18, 582:18, 583:25, 673:21, 696:6, 697:12, 699:8
**needed** [4] - 487:23, 489:17, 543:13, 572:20
**negative** [1] - 537:9
**negotiate** [1] - 615:16
**negotiations** [1] - 567:8
**NELSON** [4] - 485:8, 564:17, 564:23, 579:1
**Nelson** [1] - 564:23
**never** [16] - 489:4,

489:7, 575:8,
582:10, 585:8,
585:14, 585:17,
618:19, 622:5,
622:6, 622:16,
622:20, 622:21,
624:3, 625:6, 641:22
**nevertheless** [2] -
499:18, 522:12
**New** [2] - 484:17,
670:21
**Newport** [4] - 565:10,
565:13, 565:14
**News** [3] - 565:10,
565:13, 565:14
**news** [45] - 565:13,
621:20, 659:13,
697:22
**next** [26] - 510:17,
516:25, 525:19,
527:4, 531:11,
533:16, 536:7,
547:4, 564:3,
565:25, 575:14,
577:5, 578:11,
601:2, 638:15,
642:17, 650:7,
654:2, 675:3, 675:9,
679:17, 681:18,
682:7, 691:20
**nice** [3] - 577:13,
577:16, 578:21
**nicks** [1] - 677:17
**night** [5] - 511:25,
537:18, 560:14,
697:1, 699:25
**nine** [6] - 502:12,
508:10, 522:5,
602:9, 602:21, 603:2
**nine-minute** [1] -
522:5
**nineteen** [1] - 500:20
**nobody** [8] - 504:10,
551:25, 619:4,
619:5, 619:8,
623:13, 651:23,
652:4
**noises** [1] - 595:18
**none** [3] - 536:1,
619:4, 668:15
**nonetheless** [2] -
489:7, 503:19
**noon** [1] - 578:6
**normal** [12] - 570:11,
570:22, 602:5,
635:16, 635:24,
636:3, 636:9,
636:11, 636:16,
647:17, 681:22,
694:1

**normally** [9] - 584:12,
584:13, 584:14,
585:10, 599:9,
613:12, 613:17,
657:9, 665:10
**north** [5] - 576:11,
585:22, 642:4,
642:20, 643:18
**northern** [1] - 544:16
**Northwest** [1] - 670:22
**northwest** [1] - 574:21
**note** [2] - 493:13,
504:11
**notes** [1] - 700:13
**nothing** [6] - 507:5,
548:15, 610:5,
632:12, 632:13,
675:14
**notice** [4] - 527:1,
628:13, 628:15,
693:22
**noticed** [4] - 519:23,
541:23, 551:13,
690:24
**notifications** [2] -
571:23, 572:1
**notified** [5] - 570:8,
570:15, 570:20,
571:4, 571:11
**notwithstanding** [2] -
488:15, 503:11
**November** [1] - 492:7
**number** [8] - 495:25,
496:3, 524:9, 541:2,
638:10, 687:24,
689:2, 689:21
**numbers** [3] - 620:9,
620:13, 658:11
**numerous** [4] - 567:7,
567:15, 569:17,
570:12
**NW** [3] - 484:17,
484:24, 700:20

## O

**o'clock** [1] - 502:20
**oath** [2] - 486:13,
578:24
**object** [1] - 618:13
**objected** [2] - 505:9,
505:12
**objection** [26] -
492:17, 494:3,
499:23, 499:24,
504:22, 505:2,
505:18, 506:2,
506:7, 506:10,
513:8, 516:4,
522:23, 538:24,

541:6, 545:8, 546:7,
549:15, 549:16,
563:22, 639:12,
646:2, 647:3, 651:5,
686:23, 693:14
**obscured** [1] - 608:6
**observe** [4] - 520:8,
575:5, 640:24,
684:19
**observed** [9] - 489:14,
515:25, 521:16,
522:19, 561:25,
586:11, 673:4,
677:10, 687:10
**observing** [4] -
489:16, 676:13,
676:25, 694:21
**obviously** [1] - 582:17
**OC** [10] - 558:20,
559:1, 637:10,
637:13, 641:2,
641:17, 676:9,
677:4, 677:17,
677:19
**occa** [1] - 559:2
**occa-something-
caparella** [1] - 559:2
**occasions** [1] - 514:23
**occupants** [1] -
629:17
**occurred** [1] - 503:21
**occurring** [1] - 692:13
**October** [1] - 700:16
**odor** [1] - 488:20
**OF** [4] - 484:1, 484:3,
484:9, 700:9
**office** [7] - 544:18,
565:11, 566:21,
569:2, 617:24,
659:10, 671:18
**OFFICE** [1] - 484:12
**Officer** [95] - 507:17,
512:24, 513:11,
516:9, 516:17,
517:22, 519:1,
519:14, 519:19,
524:4, 525:13,
530:4, 531:3,
531:13, 536:23,
537:15, 538:12,
541:9, 543:25,
548:19, 549:5,
552:25, 554:20,
561:22, 563:11,
563:17, 564:8,
564:20, 564:25,
565:3, 578:22,
578:24, 579:4,
579:8, 580:8,
582:21, 582:24,

583:19, 586:3,
587:4, 587:11,
587:14, 589:16,
590:10, 590:16,
590:19, 591:7,
591:20, 592:11,
592:13, 593:4,
593:11, 593:17,
593:19, 594:17,
594:24, 595:6,
595:13, 595:24,
596:12, 596:25,
597:9, 598:3,
598:18, 600:18,
600:21, 602:20,
603:4, 603:8,
603:11, 604:4,
604:10, 605:8,
606:10, 607:1,
607:7, 607:12,
608:4, 608:10,
609:3, 609:8,
610:10, 610:20,
618:15, 627:5,
632:14, 657:6,
657:15, 666:16,
673:14, 685:25,
687:6, 687:21,
695:12, 698:16
**officer** [43] - 492:20,
493:3, 501:8,
507:23, 508:25,
520:20, 526:7,
529:19, 531:24,
541:23, 542:3,
543:6, 543:7, 548:9,
558:12, 600:1,
633:18, 637:7,
637:16, 639:15,
640:18, 642:24,
646:13, 648:5,
655:9, 657:5,
657:21, 659:16,
660:1, 660:24,
662:11, 665:13,
667:18, 675:3,
682:22, 690:12,
691:17, 696:6
**officer's** [1] - 520:14
**officers** [93] - 511:3,
512:9, 517:1,
517:15, 517:17,
518:18, 518:20,
518:21, 519:11,
519:25, 520:1,
520:9, 520:15,
520:18, 521:18,
521:22, 524:10,
528:6, 528:7, 528:9,
533:22, 534:17,
544:17, 544:25,

547:25, 555:22,
558:6, 558:20,
558:21, 562:13,
567:25, 568:17,
568:20, 572:2,
572:18, 572:23,
573:15, 573:20,
574:23, 575:1,
575:3, 579:22,
580:15, 580:18,
587:12, 587:16,
587:21, 588:2,
588:4, 588:23,
594:7, 596:6, 598:4,
598:6, 599:25,
609:9, 612:1, 612:3,
616:3, 616:9, 636:7,
636:14, 638:17,
638:18, 640:17,
640:25, 652:6,
657:1, 657:5,
657:18, 659:16,
664:23, 665:2,
667:23, 668:1,
668:13, 673:10,
675:19, 676:7,
676:23, 677:9,
677:11, 681:12,
683:6, 684:6,
687:24, 689:2,
689:21, 692:2,
692:21, 695:19,
695:22
**official** [2] - 496:5,
700:19
**OFFICIAL** [1] - 700:9
**Official** [1] - 484:23
**often** [2] - 590:22,
606:5
**old** [1] - 618:11
**old-fashioned** [1] -
618:11
**once** [18] - 487:16,
519:23, 521:5,
521:19, 569:21,
589:6, 634:5,
643:16, 644:4,
671:14, 671:24,
680:18, 682:15,
688:2, 692:21,
694:23, 696:15,
697:1
**one** [78] - 490:6,
491:8, 492:19,
495:3, 497:15,
497:16, 504:23,
505:2, 505:3,
505:11, 506:7,
509:6, 511:19,
516:14, 517:23,

520:8, 520:20,
524:1, 524:2, 528:7,
528:8, 538:3,
544:25, 552:1,
552:3, 552:5, 555:4,
556:4, 556:11,
560:14, 561:3,
563:20, 570:19,
572:17, 576:5,
589:24, 593:25,
595:2, 595:3,
595:22, 597:1,
602:24, 618:20,
623:4, 624:14,
624:15, 626:6,
630:2, 631:25,
636:14, 637:8,
645:1, 647:9, 648:8,
648:10, 649:13,
651:21, 657:6,
657:7, 675:4, 677:9,
683:6, 683:17,
687:10, 687:18,
688:3, 689:7, 693:6,
694:14, 696:2,
696:22, 698:20,
698:22, 700:3
**one's** [1] - 532:11
**ones** [1] - 675:21
**ongoing** [1] - 499:19
**open** [8] - 534:12,
536:6, 560:13,
561:10, 584:13,
584:14, 631:8, 664:9
**opened** [7] - 514:21,
534:14, 542:24,
543:9, 560:11,
584:18, 648:17
**opening** [2] - 663:1,
663:3
**openings** [1] - 658:21
**operate** [1] - 490:16
**opinion** [4] - 555:16,
555:18, 698:24,
699:5
**opportunity** [2] -
589:5, 589:8
**opposed** [1] - 588:21
**opposite** [2] - 495:4,
540:12
**order** [7] - 487:20,
489:19, 490:22,
504:21, 504:24,
575:10, 654:25
**orders** [1] - 695:10
**ordinary** [1] - 694:1
**organization** [1] -
586:21
**originally** [3] - 517:6,
638:21, 669:16

**ornamental** [1] - 560:3
**otherwise** [1] - 699:2
**ourselves** [1] - 517:15
**outer** [1] - 560:1
**outermost** [1] - 561:1
**outfit** [1] - 638:4
**outnumbered** [3] -
524:11, 534:19,
652:7
**outreach** [1] - 667:18
**outside** [14] - 489:1,
510:9, 511:4,
568:14, 573:13,
581:16, 584:6,
585:11, 612:17,
640:14, 642:23,
656:14, 658:3,
697:11
**outstretched** [1] -
498:5
**overcome** [1] - 503:23
**overhang** [1] - 628:15
**overlook** [1] - 668:1
**overnight** [1] - 698:10
**overpower** [1] -
624:25
**overpowered** [2] -
597:24, 599:24
**overwatch** [1] - 520:22
**overwhelming** [1] -
609:23
**owe** [1] - 700:3
**owing** [1] - 489:8
**own** [2] - 548:14,
670:18
**oxygen** [2] - 643:9,
643:13

# P

**P-I-T-T-S** [1] - 633:6
**P-O-L-L-I-T-T** [1] -
507:21
**p.m** [28] - 487:8,
487:13, 492:9,
492:10, 492:11,
492:15, 492:18,
492:24, 493:8,
495:23, 499:20,
500:17, 501:23,
504:20, 505:19,
513:13, 513:21,
516:13, 519:3,
519:4, 519:15,
569:24, 636:12,
640:12, 670:3, 700:7
**package** [2] - 571:14,
572:9
**packed** [1] - 557:21,
623:18, 623:22

**PAGE** [1] - 485:2
**page** [3] - 491:11,
497:17, 642:17
**pale** [1] - 534:7
**pane** [1] - 663:8
**panes** [3] - 653:9,
653:11
**panic** [1] - 503:12
**pants** [1] - 512:2
**paper** [1] - 618:11
**papers** [4] - 489:12,
489:16, 497:17,
697:5
**paralegal** [1] - 581:19
**pardon** [1] - 586:14
**parenthetical** [1] -
502:15
**park** [1] - 613:16
**parked** [1] - 567:10
**part** [15] - 508:24,
555:25, 560:17,
566:13, 566:17,
570:23, 586:22,
627:14, 634:17,
640:5, 677:24,
678:16, 678:17,
678:23, 689:1
**partially** [1] - 560:16
**participating** [1] -
631:9
**particular** [19] -
492:16, 495:12,
509:11, 512:15,
512:16, 520:9,
567:5, 570:15,
584:16, 585:20,
593:20, 593:24,
595:18, 601:23,
617:25, 619:8,
621:23, 625:10,
628:11
**particularity** [1] -
507:3
**parties** [4] - 489:23,
490:4, 491:9, 491:15
**partly** [1] - 663:7
**parts** [1] - 488:4
**party** [2] - 557:7,
586:20
**pass** [4] - 615:17,
619:8, 660:21, 697:8
**passing** [1] - 644:15
**past** [5] - 516:23,
517:11, 519:23,
585:14, 665:2
**path** [1] - 666:4
**patience** [2] - 582:21,
697:22
**patient** [1] - 486:4
**pause** [70] - 494:6,

495:17, 495:19,
496:21, 499:25,
500:20, 502:12,
509:25, 515:17,
517:20, 518:25,
519:13, 519:17,
523:1, 523:12,
524:2, 524:14,
525:8, 525:12,
525:25, 527:14,
528:20, 530:2,
531:1, 532:6,
532:23, 533:19,
534:9, 534:21,
535:3, 535:10,
539:2, 539:13,
540:4, 542:13,
543:24, 562:22,
562:24, 587:2,
588:6, 589:14,
590:8, 591:5,
591:18, 592:21,
592:23, 593:9,
594:15, 595:3,
595:5, 595:12,
595:22, 596:10,
597:7, 598:1, 600:6,
602:9, 604:2, 605:3,
605:17, 606:8,
607:5, 607:19,
608:8, 623:6,
625:13, 654:7,
655:21, 693:1,
693:19
**Pause** [6] - 486:5,
495:20, 549:2,
561:13, 561:15,
632:11
**paused** [1] - 599:20
**pausing** [1] - 694:20
**pay** [1] - 652:16
**paying** [3] - 594:5,
595:19, 628:21
**peace** [1] - 672:16
**peaceability** [1] -
699:1
**peaceful** [1] - 615:19
**peacefully** [1] - 617:16
**peacemaker** [2] -
616:11, 632:2
**pedestrians** [2] -
613:7, 613:9
**peers** [1] - 615:17
**pellet** [1] - 638:8
**Pelosi** [4] - 492:24,
498:19, 499:8,
500:23
**Pence** [6] - 492:13,
492:18, 496:11,
498:22, 499:7,

499:14
**Pence's** [1] - 492:21
**Pennsylvania** [3] -
484:20, 506:8, 506:9
**people** [111] - 497:5,
506:5, 506:14,
511:5, 514:5,
517:10, 518:8,
518:13, 519:5,
519:10, 526:9,
526:19, 529:6,
529:8, 529:20,
530:4, 532:19,
536:13, 537:19,
537:22, 538:3,
547:19, 550:11,
551:22, 554:10,
557:24, 562:7,
567:19, 574:25,
575:9, 575:10,
581:21, 582:7,
588:8, 589:21,
590:4, 590:22,
590:25, 591:3,
593:19, 594:3,
596:3, 599:22,
600:19, 600:22,
601:14, 603:16,
606:4, 608:15,
612:22, 623:24,
624:22, 624:23,
624:24, 625:9,
627:24, 628:5,
628:8, 628:14,
628:23, 629:2,
630:1, 630:2, 632:1,
635:9, 637:22,
643:10, 644:11,
644:14, 644:25,
645:3, 645:8,
648:13, 648:20,
649:1, 651:24,
652:1, 652:4,
654:17, 656:1,
657:19, 657:25,
658:9, 661:3,
661:14, 662:17,
664:12, 664:18,
664:22, 665:1,
665:5, 665:7,
672:15, 673:9,
675:11, 676:8,
676:20, 683:9,
684:3, 684:23,
685:3, 685:16,
688:15, 688:22,
689:10, 694:14,
694:15, 695:23,
695:24, 696:14
**pepper** [14] - 529:23,
531:18, 531:23,

531:25, 532:2,
559:4, 559:8,
561:23, 562:1,
562:14, 600:2,
641:2, 641:17, 676:2
**peppers** [1] - 559:3
**per** [6] - 567:14,
568:11, 570:19,
592:18, 613:14,
668:9
**perceived** [1] - 616:10
**percent** [1] - 491:18
**PEREZ** [57] - 484:12,
549:16, 632:21,
633:3, 639:9,
645:25, 646:4,
646:7, 647:1, 647:5,
647:23, 649:4,
649:24, 650:14,
650:17, 651:3,
651:7, 651:10,
653:2, 653:5, 654:4,
654:7, 654:19,
654:22, 655:2,
655:17, 655:21,
656:4, 656:10,
660:17, 660:21,
665:15, 665:19,
666:13, 666:20,
667:3, 685:18,
686:18, 687:2,
687:17, 688:12,
689:7, 689:16,
691:9, 692:17,
693:1, 693:11,
693:16, 693:19,
694:16, 694:19,
695:7, 695:17,
697:8, 698:15,
699:16, 699:19
**Perez** [2] - 695:15,
698:13
**Perez).......................
.......633** [1] - 485:10
**Perez).......................
.......665** [1] - 485:11
**Perez).......................
.......667** [1] - 485:13
**perfected** [2] - 499:23,
505:18
**perimeter** [8] - 513:24,
514:1, 517:6,
517:10, 517:11,
517:14, 517:23,
560:20
**period** [8] - 489:10,
501:23, 502:3,
508:13, 548:2,
568:15, 657:19,
677:16

**permanent** [1] - 680:9
**permission** [1] -
581:23
**person** [34] - 504:12,
506:21, 531:23,
532:15, 539:24,
543:3, 551:3, 551:9,
551:10, 553:2,
553:12, 555:3,
555:5, 555:17,
556:8, 556:24,
599:12, 599:14,
615:8, 616:23,
617:9, 618:20,
618:24, 618:25,
619:3, 620:15,
620:18, 622:1,
630:18, 630:24,
631:4, 631:24,
649:7, 649:16
**personal** [1] - 566:22
**personally** [6] - 509:5,
641:7, 664:5,
676:13, 676:19,
678:1
**personnel** [4] -
570:17, 575:16,
599:20, 623:11
**persons** [1] - 563:18
**phone** [6] - 551:8,
581:14, 630:8,
630:10, 630:14,
640:11
**photo** [2] - 640:14,
673:2
**photograph** [2] -
639:4, 639:23
**photographs** [2] -
582:10, 638:22
**physical** [3] - 501:15,
517:16, 675:15
**physically** [7] - 495:3,
620:24, 621:19,
629:2, 631:1, 632:8,
675:4
**pick** [1] - 529:4
**picked** [1] - 641:5
**picture** [28] - 494:8,
494:13, 496:11,
498:20, 500:3,
502:23, 513:1,
513:16, 514:6,
514:8, 514:14,
534:2, 548:22,
556:9, 572:15,
574:12, 594:1,
600:15, 600:21,
608:11, 619:24,
625:1, 627:17,
639:19, 639:20,

640:19, 642:5,
671:18
**pictures** [2] - 554:11,
581:18
**piece** [1] - 592:6
**pinned** [3] - 521:22,
541:23, 544:9
**pipe** [2] - 636:14,
637:7
**PITTS** [2] - 485:10,
633:1
**Pitts** [20] - 632:22,
633:6, 639:1,
639:14, 642:12,
645:14, 646:9,
646:21, 648:1,
650:19, 651:12,
653:7, 654:25,
655:5, 655:24,
658:16, 665:16,
665:20, 666:16
**place** [20] - 489:10,
489:12, 491:21,
492:6, 494:23,
501:24, 502:1,
515:12, 522:19,
538:17, 540:11,
569:12, 575:14,
577:10, 588:20,
588:21, 589:4,
607:15, 697:5
**placed** [1] - 582:14
**places** [3] - 517:23,
662:6, 697:4
**plain** [1] - 510:5
**Plaintiff** [1] - 484:4
**plan** [1] - 578:14
**planned** [1] - 571:22
**plastic** [2] - 512:9,
638:6
**platform** [1] - 636:18
**platoon** [1] - 674:8
**play** [94] - 491:7,
493:17, 494:5,
495:16, 497:20,
499:11, 500:8,
515:18, 516:14,
517:19, 519:16,
522:25, 523:11,
524:1, 524:13,
525:7, 525:10,
525:19, 525:24,
527:4, 527:13,
528:19, 530:1,
530:25, 531:11,
532:5, 532:22,
533:16, 533:18,
534:8, 534:20,
535:2, 535:9, 536:6,
539:1, 539:12,

539:13, 540:3,
540:15, 542:12,
543:21, 544:3,
549:3, 549:8,
551:15, 553:6,
553:19, 553:25,
554:14, 562:19,
588:5, 589:13,
590:7, 591:4,
591:17, 592:20,
593:8, 594:14,
595:2, 595:9, 596:9,
597:25, 598:15,
600:5, 602:8, 603:1,
604:1, 605:2,
605:16, 606:7,
607:4, 607:18,
608:7, 609:6,
616:24, 630:21,
646:5, 647:6,
647:23, 649:5,
649:25, 650:15,
651:8, 653:3, 655:2,
655:18, 656:11,
662:5, 686:24,
687:3, 692:19,
693:17, 694:17
**played** [2] - 549:12,
551:14
**playing** [152] - 494:7,
495:18, 496:10,
496:20, 497:4,
497:22, 498:10,
498:12, 499:13,
500:2, 500:21,
501:4, 501:5,
501:21, 502:13,
503:3, 503:5, 516:8,
516:16, 517:21,
519:18, 523:2,
523:13, 524:3,
524:15, 525:9,
525:11, 525:20,
526:1, 526:3, 527:6,
527:15, 528:21,
530:3, 531:2,
531:12, 532:7,
532:24, 533:20,
534:10, 534:22,
535:4, 535:11,
536:8, 539:3,
539:14, 540:5,
542:14, 543:23,
544:5, 549:19,
550:4, 550:18,
550:25, 551:17,
551:19, 552:7,
553:8, 553:20,
553:23, 555:1,
555:14, 556:6,
556:15, 556:22,

557:19, 562:23,
587:2, 587:3, 588:7,
589:15, 590:9,
591:6, 591:19,
592:22, 593:3,
593:10, 594:16,
595:4, 595:11,
595:23, 596:11,
597:6, 597:8, 598:2,
598:17, 600:7,
600:9, 602:10,
603:3, 604:3, 605:4,
605:10, 605:18,
606:9, 607:6,
607:20, 608:9,
608:18, 608:19,
609:7, 615:2,
615:22, 616:21,
617:5, 619:12,
621:3, 621:8, 623:5,
624:9, 625:12,
626:1, 626:15,
627:8, 628:3,
628:22, 629:6,
629:21, 630:7,
630:23, 631:13,
646:6, 646:8, 647:7,
647:25, 649:6,
650:1, 650:16,
651:9, 651:11,
653:4, 654:5, 654:6,
654:20, 654:21,
655:4, 655:20,
656:6, 656:12,
662:9, 687:5,
687:20, 688:14,
689:7, 689:9,
689:18, 691:12,
692:20, 693:18,
694:18, 695:7, 695:9
**plaza** [6] - 512:20,
514:3, 516:24,
521:5, 612:13,
612:15
**plenty** [1] - 604:13
**Plexiglas** [2] - 559:21,
563:9
**plus** [1] - 669:2
**pockets** [1] - 529:14
**podium** [1] - 500:22
**podiums** [1] - 489:11
**point** [85] - 487:1,
487:4, 488:2,
499:17, 499:18,
499:21, 500:24,
501:1, 505:20,
516:21, 520:11,
520:17, 527:17,
537:1, 541:11,
550:6, 550:8,

550:15, 551:23,
552:25, 555:23,
556:9, 558:11,
558:19, 560:14,
560:24, 562:25,
572:25, 578:9,
579:9, 590:1, 590:6,
590:25, 594:3,
598:19, 599:23,
600:4, 615:13,
616:4, 616:6,
620:20, 623:9,
623:19, 627:14,
628:23, 629:23,
637:20, 638:11,
640:22, 641:23,
643:23, 648:17,
648:20, 648:23,
648:24, 650:11,
651:20, 653:8,
653:23, 653:25,
654:12, 654:17,
662:25, 665:22,
666:11, 671:9,
675:6, 675:15,
682:22, 683:14,
683:16, 684:7,
684:22, 686:11,
688:16, 690:8,
690:17, 690:18,
690:24, 691:2,
693:6, 694:22,
694:24, 696:8,
696:19
**pointed** [5] - 525:14,
553:10, 556:24,
622:1, 627:10
**pointing** [3] - 533:8,
611:7, 615:4
**points** [2] - 503:15,
691:23
**pole** [2] - 525:14,
640:19
**poles** [3] - 527:9,
608:11, 608:13
**police** [27] - 507:23,
511:7, 517:2,
517:14, 520:12,
521:23, 524:6,
544:18, 548:9,
588:12, 588:14,
588:16, 588:20,
589:7, 589:9, 600:1,
602:1, 619:8, 632:4,
632:5, 633:21,
639:15, 660:1,
667:9, 675:2,
675:18, 676:21
**Police** [38] - 507:24,
508:12, 509:12,

526:7, 531:24,
542:3, 543:6, 543:7,
558:11, 558:18,
559:12, 560:20,
561:25, 565:5,
565:6, 565:21,
566:3, 566:24,
570:10, 587:11,
587:12, 590:20,
600:19, 603:9,
633:9, 633:10,
633:13, 633:24,
634:18, 636:7,
638:11, 643:3,
657:18, 658:11,
667:11, 667:14,
676:17, 678:18
**Police's** [1] - 561:23
**POLLITT** [2] - 485:5,
507:14
**Pollitt** [34] - 507:17,
507:20, 507:22,
508:20, 509:23,
512:24, 513:11,
516:9, 516:17,
517:22, 519:1,
519:14, 519:19,
522:5, 524:4,
525:13, 527:3,
530:4, 531:3,
531:13, 536:23,
537:15, 538:12,
541:9, 543:25,
548:19, 549:6,
552:25, 554:20,
561:22, 562:25,
563:11, 563:17,
564:8
**pool** [1] - 613:25
**popped** [1] - 675:15
**portion** [3] - 570:18,
572:20, 575:16
**portrays** [1] - 494:22
**position** [8] - 516:7,
568:3, 574:24,
577:8, 580:10,
586:16, 588:24,
597:15
**positioned** [7] -
579:13, 579:23,
580:15, 580:18,
584:24, 585:7, 612:3
**positively** [1] - 660:18
**possibility** [3] -
570:16, 570:21,
570:24
**possible** [4] - 554:1,
570:8, 665:7, 680:25
**possibly** [4] - 635:9,
643:4, 664:16, 675:2

**post** [1] - 520:22
**posts** [3] - 514:3,
515:10, 518:23
**potentially** [1] - 684:3
**pouches** [1] - 529:13
**pound** [1] - 560:5
**pour** [1] - 641:20
**power** [3] - 489:11,
547:10, 565:23
**preference** [1] - 564:4
**preparation** [2] -
567:17, 636:5
**prepared** [3] - 635:25,
638:3
**prescreening** [1] -
511:5
**presence** [5] - 588:14,
588:18, 619:6,
622:18, 664:19
**present** [1] - 695:4
**president** [13] -
496:11, 499:3,
499:6, 500:10,
510:6, 566:5, 566:7,
575:22, 636:19,
639:25, 679:17
**President** [9] - 492:13,
492:18, 492:21,
498:22, 499:7,
499:14, 502:15,
502:16, 635:6
**President's** [3] -
514:8, 514:11,
516:22
**presidential** [4] -
492:6, 514:22,
653:22, 659:19
**presides** [1] - 499:4
**presiding** [7] - 492:14,
492:20, 492:25,
493:3, 500:24,
500:25, 501:8
**press** [3] - 685:14,
687:11, 687:21
**pretty** [12] - 539:22,
542:9, 557:23,
560:7, 611:10,
613:19, 620:13,
652:23, 675:12,
676:7, 688:18,
699:13
**prevent** [5] - 517:2,
517:17, 520:5,
524:7, 547:1
**prevented** [2] -
534:17, 597:22
**previous** [6] - 488:10,
528:17, 531:7,
539:17, 540:12,
669:11

**previously** [11] -
508:1, 508:4,
518:19, 531:4,
541:16, 592:10,
594:18, 602:15,
608:11, 670:23,
672:18
**pride** [1] - 566:22
**primary** [2] - 547:16,
566:9
**private** [5] - 634:4,
634:5, 634:7,
667:15, 667:16
**pro** [2] - 510:6, 566:7
**procedures** [1] -
510:23
**proceeded** [2] -
579:21, 611:3
**proceeding** [3] -
497:13, 499:9,
499:17
**proceedings** [4] -
495:10, 502:4,
502:6, 700:14
**process** [6] - 487:19,
487:21, 487:24,
499:19, 505:3,
508:15
**professional** [2] -
488:11, 571:13
**profound** [1] - 503:20
**progress** [1] - 578:16
**progressing** [1] -
498:2
**promoted** [2] - 566:15,
667:16
**pronounce** [1] -
580:23
**prosecutors** [1] -
618:7
**Protect** [1] - 509:2
**protect** [7] - 512:10,
547:17, 566:11,
589:10, 589:11,
597:17, 668:24
**protecting** [2] - 509:9,
552:16
**protection** [14] -
509:18, 509:25,
510:3, 510:12,
547:11, 547:16,
566:1, 566:2, 566:4,
566:10, 566:13,
566:15, 568:12,
596:22
**protest** [8] - 511:24,
560:19, 635:6,
635:17, 635:19,
639:20, 640:5,
678:23

**protesters** [8] -
516:23, 618:18,
618:19, 635:8,
638:13, 638:18,
640:25, 647:20
**protests** [11] - 511:10,
529:5, 590:19,
590:23, 606:5,
635:18, 638:10,
659:21, 678:19,
694:10, 694:13
**proud** [1] - 503:11
**provide** [7] - 566:3,
566:6, 568:12,
568:15, 572:11,
574:21, 592:16
**providing** [2] - 566:23,
691:22
**provisionally** [1] -
487:17
**provisions** [1] -
496:25
**proximity** [1] - 652:18
**public** [6] - 510:24,
514:18, 515:2,
518:4, 532:3, 601:19
**pull** [13] - 489:21,
491:8, 493:16,
568:21, 579:6,
610:17, 638:24,
642:10, 654:22,
665:17, 682:12,
685:20
**pulled** [5] - 544:22,
546:21, 547:1,
563:3, 680:3
**pumping** [3] - 523:22,
554:21, 555:10
**pure** [3] - 597:23,
599:7, 601:11
**purely** [1] - 601:16
**purple** [2] - 498:14,
660:14
**purports** [1] - 491:5
**purpose** [5] - 502:16,
532:10, 532:11,
605:24, 643:6
**purposes** [2] - 580:12,
582:2
**pursuant** [2] - 496:25,
502:17
**push** [18] - 521:20,
521:23, 524:6,
543:11, 558:3,
562:7, 562:8,
592:15, 592:19,
597:15, 603:23,
629:3, 658:22,
690:19, 690:22,
692:2, 695:24

**pushed** [14] - 519:23, 521:17, 521:18, 561:6, 592:17, 598:19, 598:20, 598:23, 599:8, 623:9, 632:7, 632:9, 673:8, 696:20
**pushing** [20] - 557:24, 597:24, 623:13, 624:24, 628:6, 628:9, 628:11, 628:14, 628:19, 628:23, 628:25, 664:22, 665:2, 675:14, 675:16, 675:17, 675:22, 683:17, 692:12
**put** [17] - 529:13, 559:4, 559:10, 579:22, 580:9, 588:23, 631:5, 639:24, 644:9, 657:1, 657:8, 657:11, 657:13, 659:2, 672:18, 680:8, 693:16
**putting** [4] - 488:18, 552:16, 588:24, 599:24

**Q**

**quarter** [1] - 537:7
**questions** [11] - 493:19, 504:1, 512:25, 515:19, 522:6, 538:12, 561:22, 563:9, 563:24, 586:3, 666:13
**quick** [5] - 553:22, 581:13, 599:17, 677:7
**quickly** [2] - 501:2, 629:1
**quiet** [4] - 617:6, 617:7, 617:8
**quietly** [1] - 617:16
**quite** [2] - 654:18, 676:4
**quote** [4] - 569:13, 571:6, 585:21, 615:16
**quote-unquote** [3] - 569:13, 571:6, 615:16

**R**

**rack** [1] - 638:19
**racks** [4] - 514:2,

514:4, 514:6, 613:9
**radio** [29] - 520:11, 547:23, 548:4, 548:5, 548:6, 571:5, 571:12, 571:23, 573:3, 574:17, 575:15, 575:25, 585:8, 590:2, 609:9, 609:15, 609:24, 610:1, 614:9, 614:10, 614:20, 638:16, 641:21, 657:20, 681:14, 695:12, 696:2, 696:4
**radios** [1] - 695:18
**railing** [1] - 654:14
**raise** [4] - 507:13, 564:14, 632:25, 666:23
**raised** [2] - 524:22, 556:25
**raising** [1] - 555:4
**ran** [2] - 514:4, 641:24
**range** [1] - 560:5
**rank** [5] - 566:16, 568:5, 606:24, 633:24, 634:10
**ranking** [1] - 567:21
**rare** [1] - 514:23
**rather** [1] - 697:13
**RDR** [3] - 484:22, 700:11, 700:18
**re** [1] - 582:17
**re-mark** [1] - 582:17
**reach** [1] - 523:25
**reached** [2] - 534:1, 541:22
**react** [1] - 551:22
**reaction** [3] - 529:20, 641:13, 652:3
**read** [6] - 490:10, 491:20, 496:22, 502:14, 513:12, 519:1
**reading** [1] - 685:13
**ready** [2] - 486:8, 577:15
**real** [3] - 553:22, 581:13, 677:7
**realize** [1] - 652:5
**realized** [1] - 571:2
**really** [13] - 552:18, 556:10, 569:12, 582:6, 616:6, 616:25, 645:6, 651:23, 652:4, 661:19, 675:15, 697:13, 699:12
**rear** [2] - 571:14, 595:20

**rebar** [1] - 676:9
**rebuttal** [2] - 699:14, 699:15
**receive** [1] - 505:1
**received** [2] - 571:22, 572:1
**receiving** [3] - 695:18, 695:21, 695:25
**recently** [1] - 667:16
**recess** [5] - 492:22, 493:4, 501:9, 501:13, 577:19
**Recess** [2] - 537:11, 627:2
**recognize** [14] - 498:7, 514:13, 515:19, 545:2, 545:18, 568:23, 576:17, 587:4, 645:14, 646:21, 650:19, 660:6, 685:25, 693:2
**recognized** [1] - 649:13
**recollection** [5] - 518:7, 522:12, 617:18, 617:22, 617:24
**recommend** [1] - 489:15
**recontinue** [1] - 487:24
**reconvene** [3] - 487:24, 577:15, 626:24
**Record** [3] - 495:7, 495:9, 495:14
**record** [27] - 490:4, 493:14, 507:19, 552:9, 564:22, 582:5, 582:14, 582:23, 583:18, 587:10, 590:15, 592:9, 592:10, 593:16, 594:23, 596:24, 600:17, 602:19, 604:9, 606:25, 607:12, 608:3, 633:5, 639:11, 660:17, 667:5, 693:12
**Recording** [2] - 490:15, 490:16
**recording** [5] - 490:17, 490:19, 490:20, 490:21, 691:3
**recordings** [1] - 491:3
**recovered** [1] - 490:23
**recruit** [1] - 508:25
**red** [6] - 494:15, 494:20, 494:24,

535:13, 603:10, 630:25
**redirect** [2] - 561:18, 665:15
**REDIRECT** [2] - 561:20, 665:18
**redoing** [1] - 612:21
**reference** [7] - 582:13, 588:22, 605:19, 608:6, 613:9, 622:20, 682:21
**referencing** [1] - 683:19
**referred** [3] - 510:14, 586:5, 616:10
**referring** [8] - 511:16, 551:7, 570:2, 570:9, 592:2, 642:13, 642:16, 687:22
**reflect** [16] - 495:2, 583:18, 586:10, 587:10, 590:15, 593:16, 594:23, 596:24, 600:17, 602:19, 604:9, 606:25, 607:12, 608:3, 609:3, 660:18
**reflected** [1] - 496:5
**reflection** [1] - 493:24
**regarding** [1] - 501:24
**register** [1] - 496:23
**regular** [4] - 551:15, 551:18, 611:11, 668:14
**reinforce** [1] - 519:25, 520:2
**relation** [1] - 552:12
**relatively** [1] - 489:19
**release** [1] - 543:13
**released** [2] - 642:22, 643:1
**releasing** [1] - 643:6
**relevant** [3] - 547:12, 698:25, 699:3
**relocated** [1] - 572:16
**remain** [4] - 507:13, 564:13, 632:24, 666:23
**remember** [20] - 488:9, 526:9, 538:3, 538:7, 554:22, 559:1, 591:25, 593:20, 600:12, 616:16, 617:17, 617:20, 632:4, 640:9, 644:18, 644:20, 670:2, 670:12, 691:25, 693:9
**remind** [6] - 486:13, 501:6, 508:20,

564:25, 578:23, 696:5
**reminds** [1] - 493:14
**remove** [2] - 507:12, 572:20
**removed** [1] - 501:2
**rent** [1] - 568:10
**repeat** [3] - 563:10, 609:13, 628:7
**report** [3] - 669:14, 669:25, 670:10
**reported** [1] - 671:24
**Reporter** [3] - 484:22, 484:23, 700:19
**REPORTER** [1] - 700:9
**reporter** [2] - 508:21, 565:1, 673:24
**reports** [2] - 695:18, 695:21
**represent** [1] - 522:18
**representation** [11] - 513:3, 515:24, 540:22, 546:3, 569:1, 639:6, 645:22, 646:24, 650:25, 686:13, 693:8
**representative** [1] - 493:2
**Representatives** [6] - 492:3, 492:8, 492:12, 492:25, 494:19, 495:11
**representatives** [1] - 493:4
**representing** [1] - 566:12
**represents** [1] - 606:24
**republic** [1] - 503:16
**Republican** [1] - 571:16
**reputation** [1] - 698:24
**requests** [1] - 691:7
**require** [1] - 511:7
**research** [3] - 537:5, 577:14, 698:2
**Resolution** [2] - 497:1, 502:17
**resolve** [2] - 492:16, 506:13
**respect** [2] - 520:8, 520:23
**respective** [1] - 505:23
**respectively** [1] - 493:8
**respond** [12] - 511:7, 548:11, 572:23, 573:6, 609:16,

609:23, 610:3,
638:17, 652:11,
657:24, 658:2,
681:14
**responded** [5] -
643:17, 659:16,
667:21, 679:14
**responders** [4] -
510:21, 511:1,
511:3, 511:12
**responding** [1] - 567:2
**response** [2] - 566:14,
566:19
**responsibilities** [4] -
510:1, 511:2,
634:12, 667:24
**responsibility** [3] -
568:11, 569:6,
609:19
**responsible** [4] -
513:15, 567:2,
568:18, 668:2
**rest** [6] - 488:15,
634:25, 650:15,
659:9, 678:8, 692:22
**restrain** [1] - 664:23
**restricted** [2] - 562:12,
672:10
**result** [1] - 537:8
**resumed** [2] - 493:7,
506:6
**Resumed** [3] - 485:3,
486:17, 579:1
**resuming** [1] - 500:17
**retire** [1] - 499:15
**retired** [1] - 662:14
**retiring** [2] - 499:16,
499:21
**retreating** [2] - 574:23,
642:7
**return** [4] - 487:4,
487:14, 500:13,
506:17
**returned** [3] - 487:8,
487:13, 681:16
**reverse** [1] - 553:25
**reviewed** [1] - 618:5
**rifle** [1] - 520:21
**right-hand** [2] -
498:20, 690:4
**riot** [4] - 512:9, 585:6,
643:8, 676:3
**rioter** [4] - 526:8,
529:3, 543:7, 544:24
**rioters** [28] - 517:3,
517:5, 517:17,
519:23, 520:6,
520:24, 521:5,
521:20, 521:24,
524:7, 524:19,

525:22, 527:8,
527:18, 532:19,
534:12, 541:20,
542:8, 544:21,
547:2, 547:5, 547:6,
563:20, 640:16,
675:21, 677:21,
678:6, 683:6
**riots** [4] - 659:23,
668:23, 678:21,
678:22
**ripped** [1] - 697:4
**road** [1] - 509:20
**Road** [1] - 484:13
**ROBERTSON** [1] -
484:20
**Rogers** [1] - 647:9
**role** [2] - 565:18, 567:5
**roles** [1] - 499:8
**roll** [5] - 635:25, 670:6,
670:15, 670:19,
671:25
**rolling** [1] - 699:23
**room** [33] - 580:20,
580:22, 581:2,
581:4, 581:6, 581:7,
581:9, 582:25,
583:1, 583:6,
583:21, 584:1,
584:3, 584:5,
584:14, 585:4,
585:9, 591:14,
595:25, 598:20,
603:12, 604:13,
604:15, 608:16,
611:19, 623:19,
624:20, 625:2,
627:16, 627:23,
658:3, 665:21, 670:6
**Room** [2] - 484:23,
700:20
**rooms** [1] - 599:1
**rostrum** [3] - 498:13,
498:25, 499:5
**rotating** [1] - 512:20
**Rotunda** [64] - 514:13,
514:17, 514:19,
514:20, 514:25,
515:4, 518:12,
519:24, 520:1,
520:2, 520:21,
521:12, 521:19,
521:23, 523:3,
524:5, 524:20,
525:23, 527:4,
527:16, 530:24,
536:16, 538:17,
539:16, 539:20,
542:18, 544:8,
544:16, 546:16,

554:10, 555:22,
559:16, 559:19,
560:15, 563:18,
585:23, 658:23,
659:4, 664:13,
664:14, 664:18,
664:21, 665:3,
665:4, 681:6, 682:7,
682:19, 682:23,
682:25, 683:4,
683:8, 683:13,
683:22, 683:25,
684:8, 684:11,
684:13, 685:6,
688:3, 690:23,
692:13, 695:23,
696:19, 696:23
**roughly** [18] - 508:7,
527:12, 537:17,
537:19, 570:7,
645:1, 670:2, 670:9,
671:4, 671:7, 672:1,
672:24, 673:10,
673:12, 674:17,
682:16, 683:14,
684:11
**Rouhi** [115] - 489:24,
490:1, 491:10,
491:17, 494:5,
495:19, 496:8,
496:18, 496:21,
497:2, 497:20,
498:10, 499:11,
499:25, 500:8,
500:19, 501:3,
501:19, 502:11,
503:3, 516:6,
516:14, 517:19,
518:24, 519:16,
522:1, 522:25,
523:11, 524:1,
524:13, 525:7,
527:13, 530:1,
530:25, 532:5,
532:22, 534:8,
534:20, 535:2,
535:9, 538:10,
539:1, 539:10,
540:3, 542:12,
543:21, 543:24,
547:21, 552:6,
553:6, 554:15,
579:6, 580:5, 587:1,
588:5, 589:13,
590:7, 591:4,
591:17, 592:20,
593:8, 594:14,
595:2, 595:21,
596:9, 597:6,
597:25, 598:15,
600:5, 602:8, 603:1,

604:1, 605:2,
605:16, 606:7,
607:4, 607:18,
608:7, 608:18,
609:6, 610:17,
617:3, 619:11,
620:6, 622:24,
625:25, 646:4,
647:5, 647:23,
649:4, 649:24,
650:14, 651:7,
653:2, 653:5, 654:4,
654:7, 654:19,
655:18, 655:22,
656:5, 656:11,
662:3, 663:19,
687:2, 687:19,
688:13, 689:8,
691:11, 692:19,
693:19, 694:17,
694:19, 695:8
**ROUHI** [4] - 554:2,
554:16, 622:25,
662:7
**round** [2] - 606:2,
656:20
**routine** [5] - 540:16,
570:14, 570:22,
571:3, 571:5
**rubbing** [2] - 488:18,
559:10
**Rule** [2] - 501:7, 501:8
**rule** [1] - 501:7
**run** [3] - 518:8, 641:23,
679:1
**running** [2] - 517:11,
521:7
**runs** [2] - 583:11,
654:14
**rushed** [1] - 532:20

**S**

**sadness** [1] - 503:20
**safe** [1] - 521:1
**safety** [2] - 501:15,
603:21
**sand** [1] - 678:12
**sandwich** [1] - 610:14
**sardines** [5] - 623:21,
623:23, 624:2,
624:3, 624:7
**satisfaction** [1] -
503:18
**sauce** [1] - 641:14
**saw** [34] - 516:21,
517:9, 523:19,
531:4, 538:19,
539:17, 540:11,
541:18, 548:21,

550:9, 551:3, 553:9,
553:15, 560:17,
563:18, 589:16,
601:14, 612:2,
618:24, 620:17,
622:21, 628:8,
631:17, 637:7,
639:6, 646:24,
651:1, 659:10,
662:18, 676:19,
686:14, 688:20
**scaffolding** [1] - 637:4
**scarf** [1] - 534:7
**scattered** [1] - 489:12
**scenario** [1] - 578:5
**scenarios** [1] - 567:16
**scene** [3] - 520:17,
521:16, 550:20
**schedule** [2] - 697:23,
697:24
**scheduled** [4] -
511:18, 511:20,
511:23, 635:3
**schedules** [1] - 634:14
**scheduling** [2] -
578:3, 578:18
**screaming** [2] - 526:4,
654:16
**screams** [1] - 573:3
**screen** [53] - 494:12,
495:7, 510:19,
527:24, 530:16,
531:10, 534:23,
536:5, 538:7, 539:4,
541:25, 579:15,
587:4, 587:13,
590:11, 590:17,
591:21, 592:12,
593:4, 593:12,
593:18, 594:19,
595:1, 595:14,
596:12, 597:1,
602:11, 602:21,
604:5, 604:11,
606:12, 607:3,
607:8, 607:14,
609:5, 628:13,
639:2, 646:14,
646:17, 648:1,
648:5, 649:11,
649:18, 650:3,
655:10, 671:1,
685:25, 690:5,
690:8, 690:13,
691:13, 691:18,
694:24
**screenshots** [1] -
581:20
**scroll** [4] - 489:24,
490:1, 491:10,

491:17
**se** [6] - 567:14,
568:11, 570:19,
592:18, 613:14,
668:9
**SE** [1] - 484:20
**search** [1] - 657:13
**seat** [2] - 486:15,
698:12
**seated** [1] - 537:12
**second** [21] - 491:10,
524:2, 532:18,
553:24, 579:10,
579:12, 584:17,
595:3, 595:22,
598:22, 611:5,
625:3, 643:24,
644:3, 655:3, 665:6,
679:21, 682:9,
682:14, 682:15
**seconds** [102] - 494:6,
495:16, 496:19,
497:3, 497:21,
498:11, 499:12,
500:1, 500:9,
500:20, 501:4,
501:20, 502:12,
516:7, 516:15,
517:20, 518:25,
519:17, 523:1,
523:12, 524:14,
525:10, 525:19,
525:25, 526:2,
527:4, 527:5,
527:14, 528:19,
530:2, 530:25,
531:11, 532:23,
533:17, 534:9,
535:3, 535:10,
536:7, 539:2,
539:13, 540:4,
542:13, 543:12,
550:6, 550:21,
551:1, 553:6, 553:7,
553:18, 556:5,
587:2, 588:6, 590:8,
590:16, 591:5,
591:18, 592:21,
593:2, 593:9,
594:15, 596:9,
597:7, 598:1,
598:16, 600:6,
600:8, 602:9,
602:22, 603:2,
604:2, 605:3, 605:7,
605:17, 606:8,
607:5, 607:19,
608:8, 620:16,
623:3, 624:11,
646:5, 647:6,

647:24, 649:5,
649:25, 651:8,
653:6, 654:8,
655:23, 656:4,
657:21, 687:4,
687:14, 687:18,
689:8, 689:17,
691:10, 693:20,
693:21, 694:20
**Secret** [2] - 510:4,
566:4
**Section** [1] - 634:21
**sections** [1] - 634:13
**Secure** [1] - 509:2
**secure** [7] - 509:7,
510:10, 542:19,
543:10, 560:20,
561:7, 665:6
**secured** [3] - 487:18,
514:20, 521:8
**security** [13] - 501:1,
510:23, 513:23,
514:1, 515:7, 517:5,
517:10, 517:11,
517:23, 590:5,
608:13, 608:16,
622:16
**see** [166] - 491:11,
494:8, 494:12,
494:15, 495:6,
495:22, 495:25,
497:5, 497:23,
498:4, 498:13,
506:19, 506:21,
515:4, 516:9,
517:10, 517:12,
518:3, 518:12,
519:5, 521:20,
523:6, 524:22,
524:24, 525:13,
526:14, 526:19,
527:7, 528:22,
529:6, 529:8,
530:12, 530:15,
531:4, 532:25,
533:7, 533:11,
534:5, 535:5,
535:13, 535:17,
535:20, 535:23,
536:2, 536:13,
539:4, 540:6,
541:25, 542:1,
543:3, 543:17,
546:12, 549:5,
549:21, 549:24,
550:8, 550:20,
551:14, 551:15,
552:10, 552:11,
553:12, 554:5,
554:7, 556:8,

556:17, 556:25,
557:3, 557:6,
557:10, 557:12,
557:14, 557:16,
557:24, 561:3,
561:5, 561:6, 571:8,
572:14, 574:10,
577:18, 578:16,
580:6, 586:8,
586:19, 590:10,
593:11, 594:17,
596:13, 597:4,
598:9, 600:22,
601:2, 602:11,
602:12, 604:4,
607:7, 607:21,
608:11, 608:23,
615:4, 619:16,
619:19, 619:22,
621:5, 622:9,
622:12, 623:7,
624:11, 624:16,
625:17, 625:25,
626:3, 626:18,
626:19, 626:24,
627:20, 628:5,
628:8, 628:16,
628:18, 629:7,
629:14, 630:8,
630:18, 631:8,
631:15, 637:6,
639:2, 639:15,
640:3, 644:21,
646:9, 646:17,
647:22, 648:25,
649:7, 649:18,
656:13, 660:5,
660:10, 662:22,
662:25, 663:2,
663:3, 663:14,
668:13, 668:21,
672:12, 674:5,
674:21, 675:11,
678:5, 679:4, 680:2,
680:7, 680:18,
685:10, 687:7,
689:6, 689:25,
696:22, 698:3,
699:2, 699:25
**seeing** [8] - 506:23,
529:20, 541:15,
620:25, 655:12,
672:24, 677:13,
689:10
**seem** [2] - 629:3,
631:23
**segment** [3] - 586:5,
586:6, 610:2
**semicircular** [1] -
583:1

**Senate** [49] - 490:15,
490:18, 490:21,
491:1, 492:3, 492:4,
492:9, 492:15,
492:19, 492:21,
492:22, 493:7,
494:23, 495:4,
496:16, 496:25,
497:17, 498:8,
498:9, 499:3,
499:15, 499:16,
499:21, 500:15,
502:17, 504:16,
504:18, 504:19,
506:16, 510:7,
512:21, 513:20,
520:4, 521:5, 547:8,
574:18, 575:15,
575:16, 575:17,
585:19, 585:21,
614:22, 659:12,
659:15, 659:18,
670:6, 671:18
**senator** [8] - 492:20,
499:24, 504:23,
505:3, 505:6,
505:11, 506:7
**senators** [4] - 492:22,
498:2, 500:12,
505:13
**send** [1] - 573:12
**sense** [9] - 503:12,
503:18, 503:20,
536:20, 536:21,
579:24, 582:2,
584:6, 598:13
**sensor** [1] - 543:1
**sent** [4] - 668:20,
670:17, 672:8,
696:14
**separate** [3] - 492:15,
504:25, 505:22
**separated** [1] - 681:19
**separately** [2] -
504:18, 505:21
**separation** [2] -
504:21, 669:16
**September** [1] - 484:4
**sergeant** [9] - 566:16,
567:21, 568:5,
573:17, 633:25,
634:1, 634:8,
667:22, 667:25
**Sergeant** [18] - 639:1,
639:14, 642:12,
645:14, 646:9,
646:21, 648:1,
650:19, 651:12,
653:7, 654:25,
655:5, 655:23,

658:16, 662:12,
665:16, 665:20,
666:16
**serious** [1] - 520:13
**Service** [2] - 510:4,
566:4
**service** [3] - 566:6,
566:9, 568:15
**services** [1] - 572:11
**session** [19] - 491:25,
492:2, 492:9,
492:10, 492:12,
492:14, 493:6,
493:9, 496:24,
498:3, 499:2,
502:16, 502:18,
502:21, 504:20,
506:6, 585:5,
644:25, 648:14
**set** [18] - 513:24,
514:2, 521:23,
524:6, 584:8,
584:17, 587:18,
598:22, 624:19,
624:20, 625:3,
625:16, 648:10,
648:11, 668:22,
674:8, 675:25, 679:3
**sets** [6] - 495:11,
559:15, 583:23,
587:8, 648:8, 679:12
**setup** [1] - 642:25
**seven** [11] - 501:4,
531:11, 556:4,
573:14, 588:4,
595:2, 595:3,
595:22, 597:7,
598:15, 650:12
**several** [5] - 515:10,
517:1, 517:15,
572:22, 616:3
**shall** [1] - 581:2
**shape** [1] - 604:15
**shell** [1] - 657:16
**sheltering** [2] -
501:24, 502:1
**sheriff** [1] - 565:10
**sheriff's** [2] - 565:10,
566:21
**shift** [6] - 509:16,
565:24, 569:23,
570:7, 634:21, 679:3
**shifts** [2] - 568:7,
570:17
**shirt** [3] - 557:3, 574:1,
660:14
**shooter** [1] - 567:9
**shooting** [1] - 657:16
**short** [3] - 489:19,
626:22, 699:13

**shorter** [1] - 649:21
**shortly** [2] - 542:9, 675:25
**shot** [4] - 496:16, 497:16, 581:24, 693:22
**shots** [7] - 638:8, 643:16, 644:12, 648:21, 656:19, 681:13, 681:16
**shoulder** [1] - 595:14
**shout** [1] - 631:9
**shouting** [1] - 575:11
**shoving** [5] - 675:14, 675:16, 675:17, 675:22, 676:1
**show** [26] - 489:24, 493:18, 522:5, 592:10, 610:23, 618:11, 624:25, 625:7, 642:12, 643:25, 644:2, 645:12, 646:19, 658:13, 658:16, 670:23, 670:25, 671:2, 671:11, 672:20, 674:12, 674:14, 679:9, 681:3, 684:10, 692:24
**showed** [3] - 529:22, 599:22, 658:12
**showing** [1] - 529:6
**shown** [3] - 514:8, 621:16, 676:18
**shows** [4] - 493:24, 494:18, 594:1, 599:19
**shunted** [1] - 489:11
**shut** [1] - 691:5
**side** [102] - 489:11, 494:23, 495:3, 495:4, 495:6, 498:21, 510:7, 512:15, 512:19, 513:4, 513:14, 513:23, 520:15, 521:22, 523:6, 524:21, 530:16, 540:12, 544:9, 544:15, 544:16, 552:15, 559:24, 567:12, 568:12, 571:23, 572:4, 572:15, 572:16, 573:16, 574:13, 574:18, 574:21, 574:22, 575:2, 575:18, 575:24, 576:1, 576:8, 580:7,

583:20, 592:12, 594:19, 595:13, 596:12, 597:1, 597:3, 600:25, 603:9, 603:16, 607:2, 607:8, 614:4, 614:7, 614:18, 614:19, 621:6, 627:15, 627:16, 627:17, 627:18, 629:9, 636:24, 636:25, 637:1, 637:2, 638:15, 638:21, 642:2, 642:3, 642:4, 642:20, 643:18, 643:19, 646:13, 648:5, 649:11, 653:16, 653:19, 655:9, 657:2, 663:15, 663:25, 665:11, 668:22, 671:16, 671:17, 673:2, 673:19, 674:10, 677:12, 678:25, 680:11, 683:18, 683:23, 690:5, 690:12, 696:21
**sides** [2] - 577:2, 614:1
**sidewalks** [2] - 613:10, 671:13
**sideways** [1] - 525:14
**sign** [1] - 641:5
**signal** [1] - 542:20
**signatures** [2] - 489:25, 491:11
**signed** [3] - 490:4, 499:24, 505:2
**significance** [1] - 503:14
**significant** [1] - 623:20
**significantly** [1] - 649:21
**signs** [1] - 626:3
**similar** [3] - 529:8, 540:16, 635:21
**similarly** [1] - 494:22
**Simone** [1] - 530:13
**single** [2] - 505:1, 534:16
**sit** [3] - 510:9, 578:12, 578:14
**sits** [1] - 499:5
**sitting** [2] - 654:11, 660:11
**situation** [3] - 520:8, 585:13, 660:3

**situations** [1] - 659:25
**six** [13] - 500:20, 501:4, 510:13, 510:16, 524:13, 527:12, 527:22, 534:8, 534:9, 550:13, 600:8, 647:6, 655:3
**six-second** [1] - 655:3
**size** [4] - 524:9, 597:23, 604:15, 623:20
**skin** [2] - 559:6, 559:11
**skip** [2] - 518:24, 519:12
**skips** [1] - 501:22
**sleeve** [1] - 631:2
**sleeved** [1] - 573:25
**slide** [1] - 564:14
**slight** [2] - 552:19, 552:21
**sling** [1] - 638:8
**slip** [1] - 632:25
**slow** [2] - 554:14, 554:24
**slowly** [2] - 508:22, 565:2
**smacked** [1] - 599:8
**smacking** [2] - 521:21, 599:10
**small** [8] - 582:25, 583:6, 587:19, 594:11, 599:20, 604:13, 631:4, 641:19
**smart** [1] - 521:2
**smashed** [5] - 527:19, 528:3, 541:15, 543:4, 697:6
**smell** [2] - 531:17, 531:20
**smoke** [3] - 642:22, 643:1, 643:6
**society** [1] - 620:21
**soda** [1] - 641:3
**soft** [5] - 668:10, 668:12, 668:20, 673:11
**softly** [1] - 623:2
**someone** [22] - 487:14, 487:20, 512:11, 526:7, 528:22, 542:21, 555:5, 559:8, 567:10, 597:4, 597:10, 602:4, 605:25, 617:7, 629:15, 636:14, 637:19, 644:13,

651:16, 662:24, 664:5, 664:7
**something's** [1] - 588:25
**sometime** [1] - 555:21
**sometimes** [4] - 510:14, 586:5, 612:25, 613:2
**somewhat** [2] - 589:2, 635:16
**somewhere** [1] - 610:22
**soon** [4] - 543:1, 572:6, 574:17, 597:13
**sorry** [55] - 504:9, 507:4, 508:3, 509:24, 511:19, 513:11, 515:18, 517:7, 541:2, 541:25, 543:24, 549:11, 551:7, 552:2, 553:21, 553:24, 558:8, 558:10, 559:1, 560:6, 579:14, 580:8, 583:9, 592:9, 595:7, 595:8, 598:4, 602:3, 602:12, 604:20, 605:6, 608:1, 609:13, 610:18, 611:13, 614:16, 616:20, 616:24, 620:2, 623:3, 624:10, 624:23, 627:12, 628:7, 637:10, 654:23, 658:14, 667:22, 670:4, 672:23, 673:19, 673:23, 674:1, 682:15, 685:4
**sort** [12] - 488:11, 488:19, 489:12, 499:18, 517:24, 525:13, 571:8, 600:22, 638:22, 653:23, 691:22, 699:2
**sound** [8] - 524:16, 532:8, 542:15, 542:17, 542:18, 558:15, 595:6, 622:2
**sounds** [2] - 595:7, 622:2
**sources** [1] - 488:24
**south** [6] - 572:16, 576:8, 576:11, 585:22, 643:19, 647:12

**Southern** [1] - 484:13
**southern** [2] - 521:22, 544:15
**space** [4] - 568:10, 598:11, 629:1
**sparse** [1] - 620:11
**speaker** [5] - 500:23, 500:24, 500:25, 501:11, 566:7
**Speaker** [5] - 492:24, 498:19, 499:5, 499:8, 510:6
**speaker's** [1] - 659:10
**Speaker's** [1] - 488:22
**speakers** [1] - 636:19
**speaking** [12] - 501:13, 536:2, 553:14, 596:19, 611:13, 616:17, 619:20, 621:9, 623:24, 625:16, 688:9, 695:3
**speaks** [1] - 636:19
**spear** [1] - 636:15
**special** [4] - 514:22, 566:3, 568:9, 568:13
**specific** [6] - 522:6, 538:13, 578:18, 586:3, 614:21, 697:24
**specifically** [4] - 488:14, 538:3, 589:20, 614:13
**specifics** [1] - 571:15
**speech** [8] - 640:1, 690:3, 690:6, 690:25, 691:3, 691:4, 692:15, 694:23
**speeches** [1] - 530:10
**speed** [3] - 551:14, 551:15, 551:18
**spell** [4] - 507:19, 564:22, 633:4, 667:4
**spend** [1] - 683:13
**spent** [2] - 502:2, 657:16
**split** [1] - 573:18
**spoken** [1] - 618:2
**spot** [1] - 623:19
**spray** [28] - 529:23, 531:18, 531:23, 531:25, 558:18, 558:20, 558:23, 558:25, 559:5, 561:23, 562:1, 562:14, 600:3, 637:10, 637:13, 641:2, 641:17, 642:8, 676:2, 676:9,

677:4, 677:17,
677:19
**sprayed** [24] - 532:2,
559:8, 637:10,
637:14, 637:15,
637:18, 637:19,
641:7, 641:9,
641:18, 642:7,
642:21, 677:4,
677:19, 677:25,
678:1, 678:7,
678:10, 678:14,
678:23, 679:2,
680:2, 680:23
**spraying** [2] - 641:2,
647:21
**sprays** [1] - 531:17
**spread** [1] - 589:16
**squad** [14] - 667:22,
668:9, 668:10,
668:11, 668:12,
668:15, 668:16,
668:20, 668:21,
670:18, 673:7,
673:11, 681:12
**squads** [1] - 673:10
**squint** [1] - 513:11
**staff** [5] - 489:9,
489:20, 572:12,
585:17, 602:1
**staffed** [1] - 584:14
**staffers** [1] - 640:6
**stage** [2] - 679:16,
699:16
**stairs** [9] - 521:18,
539:20, 539:25,
540:2, 636:21,
640:20, 640:22,
679:3, 679:10
**stairwell** [1] - 682:6
**stamp** [5] - 496:17,
513:12, 516:9,
519:1, 640:11
**stamps** [3] - 490:19,
491:2, 495:14
**stand** [6] - 492:22,
493:4, 506:20,
526:4, 526:10, 645:3
**standard** [1] - 512:2
**standing** [7] - 507:13,
514:5, 518:21,
526:16, 527:2,
531:19, 564:14,
587:12, 587:21,
587:22, 606:11,
632:24, 639:15,
649:19, 660:11,
666:23, 684:20
**standpoint** [2] - 573:5,
606:1

**stands** [1] - 559:1
**start** [17] - 509:11,
509:14, 549:5,
549:18, 554:18,
559:10, 568:1,
568:8, 580:17,
587:1, 599:11,
634:1, 634:3,
658:12, 665:23,
672:23, 698:4
**started** [23] - 486:8,
500:16, 509:15,
542:25, 564:3,
565:20, 570:6,
571:4, 597:16,
618:17, 623:13,
633:11, 633:23,
636:12, 640:16,
647:10, 655:24,
665:20, 666:2,
667:15, 675:11,
676:18, 682:24
**starting** [4] - 524:19,
597:10, 597:12
**startle** [1] - 532:12
**startling** [1] - 532:16
**state** [15] - 489:8,
489:13, 499:23,
504:24, 505:7,
506:3, 506:8,
507:19, 514:23,
564:22, 624:2,
630:13, 631:1,
633:4, 667:4
**statement** [2] -
617:17, 619:2
**statements** [1] - 618:6
**STATES** [3] - 484:1,
484:3, 484:10
**States** [15] - 484:12,
490:11, 490:13,
491:23, 492:1,
492:2, 492:3, 499:4,
507:23, 508:5,
596:23, 633:9,
667:9, 679:17,
700:19
**station** [2] - 680:6,
680:17
**Statuary** [15] - 647:10,
659:2, 659:3,
664:13, 684:5,
684:14, 685:8,
685:10, 686:7,
688:6, 688:9,
688:15, 689:14,
690:18, 696:18
**statue** [7] - 599:6,
602:21, 607:22,
608:5, 608:24,

609:5, 627:21
**statues** [2] - 598:25,
602:24
**status** [1] - 566:2
**Statutory** [1] - 684:4
**stay** [5] - 506:14,
536:23, 537:15,
570:25, 669:17
**stayed** [1] - 505:14
**steal** [6] - 523:15,
523:16, 523:20,
523:23, 554:22,
600:10
**stenographic** [1] -
700:13
**step** [6] - 564:12,
564:13, 632:23,
632:24, 666:22,
698:7
**STEPHEN** [1] - 484:19
**stepped** [2] - 580:2,
580:16
**steps** [40] - 512:21,
513:20, 515:4,
515:8, 515:9,
518:11, 518:13,
519:6, 519:20,
519:24, 519:25,
520:21, 521:2,
521:7, 521:9,
521:11, 538:17,
538:20, 553:16,
555:22, 559:15,
574:14, 574:15,
575:4, 575:13,
598:23, 609:22,
613:13, 613:22,
637:5, 642:4,
673:19, 674:8,
679:4, 679:12,
679:15, 680:8, 680:9
**stick** [5] - 557:16,
592:7, 592:13,
592:24, 623:4
**sticking** [1] - 545:16
**sticks** [1] - 552:11
**still** [45] - 486:13,
499:18, 503:13,
506:11, 516:17,
516:21, 518:3,
518:4, 520:12,
524:6, 528:11,
530:20, 541:20,
542:7, 543:15,
545:10, 545:24,
575:20, 575:21,
578:24, 585:1,
585:25, 601:23,
613:7, 615:24,
616:1, 616:4, 616:8,

623:14, 628:23,
629:9, 630:15,
643:20, 643:22,
653:24, 654:2,
656:2, 656:3, 657:4,
658:7, 664:18,
664:20, 666:5,
688:15, 695:4
**stipulate** [2] - 490:14,
491:24
**stipulation** [6] -
489:22, 490:4,
490:10, 491:8,
491:14, 491:20
**stipulations** [1] -
490:7
**stood** [7] - 640:15,
645:5, 645:6,
649:15, 652:16,
661:4, 661:13
**Stop** [1] - 600:10
**stop** [40] - 523:15,
523:16, 523:20,
523:23, 532:12,
542:7, 547:19,
549:20, 550:5,
550:19, 551:1,
551:20, 553:6,
554:3, 554:22,
555:2, 555:15,
556:16, 557:20,
591:13, 615:3,
615:23, 616:22,
621:4, 624:12,
626:2, 626:16,
627:9, 629:22,
631:14, 653:5,
655:3, 662:5,
662:10, 663:19,
674:24, 687:3,
694:19, 694:22,
695:24
**stopped** [3] - 547:9,
626:19, 685:16
**stopping** [3] - 537:1,
689:10, 692:14
**stops** [1] - 588:19
**stragglers** [1] - 689:1
**straight** [3] - 526:16,
527:2, 552:20
**STRAND** [1] - 484:6
**Strand** [9] - 486:3,
490:13, 491:23,
506:20, 578:6,
586:21, 660:19,
661:3, 661:16
**streaming** [2] -
664:18, 664:23
**streamline** [1] -
626:24

**street** [2] - 668:14,
678:17
**Street** [4] - 670:7,
670:22, 675:13
**strike** [1] - 612:9
**striking** [1] - 605:11
**strong** [1] - 531:17
**struck** [2] - 488:9,
606:1
**structure** [3] - 639:22,
640:4, 679:18
**Studio** [2] - 490:15,
490:16
**studio** [2] - 490:21
**stuff** [6] - 512:12,
529:17, 535:17,
536:3, 659:14, 677:5
**style** [3] - 529:15,
637:22, 694:5
**subject** [1] - 618:17
**succeed** [2] - 532:17,
562:9
**success** [1] - 591:15
**sucked** [1] - 536:19
**Suite** [1] - 484:14
**summer** [1] - 508:7
**sunburn** [1] - 678:13
**sunglass** [1] - 659:7
**sunglass-wearing** [1]
- 659:7
**sunglasses** [44] -
523:7, 523:20,
524:25, 526:19,
530:15, 532:25,
533:23, 538:6,
539:5, 545:15,
546:13, 546:20,
546:23, 593:11,
594:18, 594:25,
596:13, 602:12,
604:5, 604:11,
607:8, 607:13,
607:22, 607:23,
608:5, 608:24,
609:4, 645:11,
649:7, 650:7, 650:8,
651:13, 651:17,
652:1, 652:11,
654:11, 656:1,
660:5, 687:7, 688:6,
689:25, 692:8,
695:4, 696:23
**supervisor** [2] -
573:11, 588:18
**supervisor's** [1] -
573:4
**supervisors** [3] -
572:18, 573:10,
637:9
**support** [1] - 574:21

**supposed** [7] - 612:22, 635:5, 635:12, 649:1, 669:14, 669:17, 669:25
**Supreme** [1] - 614:2
**surplus** [2] - 529:4, 529:17
**surprised** [1] - 499:22
**surrounded** [3] - 494:15, 599:20, 599:21
**surrounding** [1] - 551:22
**suspended** [1] - 493:6
**suspicious** [2] - 571:14, 572:9
**sustained** [1] - 563:23
**swarm** [1] - 672:14
**SWAT** [1] - 566:18
**Sworn** [4] - 507:14, 564:17, 633:1, 667:1
**sworn** [1] - 640:1
**swung** [3] - 512:11, 533:25, 676:11

**T**

**table** [1] - 486:23
**tack** [1] - 506:16
**tacking** [1] - 500:14
**tactical** [6] - 529:13, 566:23, 605:22, 605:23, 637:22, 645:9
**talks** [2] - 612:7, 612:8
**tall** [1] - 611:10
**taller** [1] - 560:2
**tank** [1] - 565:20
**tanker** [1] - 565:19
**task** [1] - 630:4
**team** [23] - 488:2, 504:12, 566:14, 566:18, 566:19, 566:20, 567:2, 567:5, 567:6, 567:15, 567:20, 567:22, 567:23, 573:12, 574:16, 574:20, 576:7, 576:24, 585:7, 589:2, 640:16
**tear** [7] - 488:12, 676:2, 676:15, 676:18, 676:20, 676:23
**technically** [3] - 584:4, 634:19, 679:23
**technician** [2] - 667:10, 667:17

**technique** [1] - 562:4
**techniques** [1] - 562:9
**techs** [2] - 567:13, 571:18
**temp** [2] - 510:6, 566:7
**tempo** [2] - 523:22
**temporary** [2] - 679:15, 679:18
**ten** [24] - 496:19, 497:3, 523:1, 526:2, 527:14, 530:2, 530:20, 533:16, 588:6, 604:2, 604:18, 604:23, 605:3, 605:7, 605:17, 606:7, 626:14, 626:23, 636:13, 670:19, 673:6, 683:14, 683:25
**term** [1] - 570:1
**terminology** [1] - 682:3
**Terrace** [2] - 639:18, 683:20
**terraces** [1] - 613:22
**terrified** [1] - 544:24
**testified** [11] - 501:24, 517:22, 571:22, 579:8, 585:6, 598:3, 598:5, 601:16, 602:23, 603:13, 609:20
**testify** [4] - 578:7, 622:5, 622:15, 698:18
**testimony** [15] - 507:7, 507:8, 555:3, 564:9, 564:10, 570:4, 610:20, 614:6, 615:6, 632:15, 632:16, 666:17, 666:18, 698:9, 699:7
**testing** [1] - 486:3
**tests** [1] - 700:2
**Texas** [1] - 484:13
**text** [2] - 495:13, 502:14
**THE** [92] - 484:1, 484:1, 484:10, 486:2, 486:6, 486:11, 486:12, 486:15, 486:16, 490:5, 491:16, 494:4, 504:3, 507:6, 507:11, 507:12, 513:10, 516:5, 522:24, 536:25, 537:3, 537:7, 537:10, 537:12,

538:25, 541:7, 545:9, 546:8, 548:16, 549:11, 549:15, 549:17, 558:7, 558:8, 558:10, 561:19, 563:10, 563:23, 563:25, 564:11, 564:12, 564:16, 577:11, 577:18, 578:14, 578:16, 578:20, 578:25, 582:9, 583:3, 586:17, 586:25, 610:7, 626:12, 626:21, 627:3, 632:14, 632:17, 632:18, 632:19, 632:20, 632:23, 639:13, 646:3, 647:4, 651:6, 660:20, 663:24, 666:15, 666:22, 666:25, 685:22, 686:22, 687:1, 693:15, 695:15, 697:12, 697:15, 697:17, 697:20, 698:7, 698:8, 698:9, 698:11, 698:12, 698:17, 698:20, 698:23, 699:18, 699:21, 699:25, 700:5
**themselves** [2] - 572:20, 657:2
**thereafter** [1] - 542:24
**thereupon** [1] - 502:20
**thick** [2] - 592:8, 620:11
**thin** [1] - 488:11
**thinking** [2] - 599:11, 599:23
**Third** [1] - 675:13
**third** [1] - 586:20
**third-party** [1] - 586:20
**thirds** [1] - 607:2
**Thomas** [1] - 569:13
**thousand** [1] - 537:21
**threat** [4] - 567:14, 585:11, 585:14, 585:18
**three** [13] - 499:11, 502:20, 525:24, 527:4, 580:17, 591:4, 591:17, 592:8, 593:8, 598:23, 602:9, 602:21, 693:20

**threw** [2] - 512:11, 641:5
**throughout** [5] - 557:25, 621:25, 658:1, 667:17, 694:7
**throw** [3] - 641:4, 641:5, 662:4
**throwing** [3] - 575:11, 641:3, 676:21
**thrown** [7] - 636:15, 641:15, 676:9, 676:11, 676:21, 676:23, 697:5
**tight** [1] - 557:23
**time-stamp** [5] - 496:17, 513:12, 516:9, 519:1, 640:11
**time-stamps** [2] - 490:19, 491:2
**tired** [2] - 697:14
**title** [1] - 667:20
**titles** [1] - 667:13
**today** [12] - 506:23, 508:21, 565:1, 570:4, 578:17, 591:23, 618:7, 621:15, 638:5, 660:6, 660:8, 660:10
**today's** [1] - 620:21
**together** [3] - 492:11, 631:6, 670:18
**Tom** [1] - 639:17
**tomorrow** [7] - 578:6, 697:18, 697:25, 698:4, 699:8, 699:10
**took** [22] - 509:5, 549:13, 551:25, 552:1, 564:1, 573:11, 573:14, 574:16, 610:22, 610:23, 611:4, 637:7, 639:4, 640:14, 640:18, 642:8, 642:22, 642:24, 643:13, 643:24, 666:7
**top** [29] - 490:1, 491:18, 496:23, 498:13, 498:25, 515:9, 519:6, 520:20, 521:1, 521:11, 521:19, 526:18, 528:8, 553:16, 559:15, 559:23, 583:19, 612:7, 614:19, 625:20, 626:5, 644:20, 651:22, 652:21, 654:16, 674:19, 679:13,

680:9, 682:15
**Top** [1] - 645:10
**torn** [1] - 528:14
**tossing** [1] - 676:18
**total** [1] - 575:11
**touch** [3] - 579:15, 671:1, 681:11
**touched** [2] - 534:1, 543:8
**touching** [1] - 488:17
**tough** [1] - 687:13
**tourists** [1] - 510:19
**tours** [2] - 510:19, 634:20
**toward** [4] - 525:14, 536:10, 539:4, 607:13
**towards** [29] - 518:13, 519:24, 530:24, 539:16, 546:16, 553:15, 555:10, 557:24, 573:1, 574:16, 575:18, 576:1, 589:6, 590:10, 592:17, 593:12, 597:16, 603:9, 605:1, 609:5, 613:25, 623:16, 625:15, 628:8, 629:12, 629:13, 672:15, 684:2
**tower** [1] - 642:4
**track** [1] - 697:23
**tradition** [1] - 499:4
**traffic** [1] - 613:7
**train** [1] - 567:6
**trained** [3] - 567:9, 567:12, 585:10
**training** [19] - 508:13, 508:15, 508:17, 508:23, 509:15, 565:23, 567:7, 567:16, 576:2, 588:22, 634:4, 634:5, 634:6, 641:9, 667:15, 667:18, 678:16, 678:17
**Training** [1] - 508:19
**traits** [1] - 699:3
**TRANSCRIPT** [1] - 484:9
**transcript** [3] - 495:10, 700:13, 700:14
**transfer** [1] - 547:10
**transferred** [1] - 510:20
**transpiring** [1] - 575:20
**travel** [1] - 510:8
**traverse** [1] - 576:10

**traversed** [2] - 576:23, 576:25
**traversing** [1] - 576:11
**trial** [2] - 507:8, 564:9
**TRIAL** [1] - 484:9
**tried** [8] - 517:1, 517:15, 560:20, 562:3, 651:20, 651:24, 685:5, 696:20
**trigger** [1] - 505:3
**trip** [1] - 506:17
**tripped** [1] - 598:24
**trouble** [3] - 548:10, 657:21, 674:2
**true** [3] - 628:25, 700:12, 700:14
**Trump** [5] - 535:20, 535:25, 536:3, 622:9, 641:5
**try** [23] - 508:22, 529:24, 541:24, 546:20, 546:23, 548:22, 562:2, 563:14, 565:2, 567:13, 574:20, 574:22, 576:13, 597:20, 618:14, 637:13, 648:25, 665:8, 678:6, 684:7, 692:2, 695:23, 698:4
**trying** [64] - 521:20, 521:23, 524:6, 534:13, 535:12, 541:20, 542:5, 542:7, 547:6, 551:23, 567:11, 588:8, 588:11, 588:13, 588:17, 589:10, 589:11, 591:11, 591:13, 594:8, 594:10, 597:17, 603:24, 614:12, 615:16, 615:19, 616:4, 616:15, 617:9, 617:13, 618:24, 619:8, 623:1, 628:24, 629:2, 629:23, 629:25, 630:3, 632:1, 637:10, 641:1, 648:19, 648:20, 651:13, 658:6, 658:19, 658:20, 658:22, 663:17, 663:23, 664:3, 664:7, 664:23, 677:2, 677:3, 677:6, 677:11, 679:6,

683:17, 684:3, 688:2, 688:15, 690:19, 694:22
**Tuesday** [1] - 492:6
**tunnel** [2] - 569:19, 569:21
**tunnels** [1] - 569:17
**turn** [2] - 539:25, 568:1
**turned** [3] - 536:14, 555:10, 563:7
**Turner** [1] - 698:14
**turtle** [2] - 512:5, 512:8
**two** [72] - 492:10, 492:16, 493:15, 496:19, 497:2, 497:20, 498:11, 498:25, 500:1, 500:11, 500:14, 501:20, 502:21, 504:22, 506:13, 506:14, 506:16, 517:24, 525:7, 539:13, 553:25, 554:10, 559:15, 570:23, 573:10, 574:10, 580:22, 581:2, 581:4, 581:6, 582:25, 583:6, 583:21, 583:23, 584:5, 590:8, 590:16, 592:8, 598:20, 599:1, 607:2, 624:11, 624:20, 625:2, 627:16, 631:5, 631:6, 634:6, 634:13, 645:6, 645:9, 646:5, 648:8, 652:1, 654:2, 656:1, 657:4, 657:21, 661:3, 668:8, 669:24, 670:9, 673:10, 677:15, 679:11, 687:14, 688:24, 689:17, 691:10, 694:14, 698:21, 700:2
**two-part** [1] - 570:23
**two-thirds** [1] - 607:2
**TX** [1] - 484:14
**type** [14] - 512:1, 558:25, 566:4, 567:11, 568:15, 573:23, 596:21, 596:22, 596:23, 623:22, 638:19, 661:7, 694:4, 694:12
**types** [2] - 567:7,

567:16
**typically** [2] - 501:11, 561:7

## U

**U.S** [13] - 484:12, 484:23, 492:1, 494:13, 495:3, 558:11, 566:4, 633:10, 633:21, 635:14, 667:11, 671:18, 671:19
**unauthorized** [2] - 575:16, 644:16
**unbelievable** [1] - 504:13
**unbroken** [1] - 663:14
**uncertain** [3] - 502:3, 502:5, 502:6
**unclear** [1] - 591:12
**under** [13] - 486:13, 569:20, 575:24, 578:24, 596:3, 603:19, 628:14, 628:15, 633:20, 635:20, 642:5, 673:1, 674:18
**underneath** [5] - 613:13, 613:14, 640:17, 680:10, 681:12
**understood** [1] - 588:13
**undisputed** [1] - 490:8
**unexpected** [1] - 499:20
**unfortunately** [14] - 544:8, 571:4, 571:16, 572:6, 593:24, 597:13, 598:19, 599:23, 609:17, 619:25, 620:21, 621:18, 624:5, 697:18
**uniblock** [1] - 670:20
**uniform** [4] - 512:2, 587:11, 668:14, 669:2
**unit** [11] - 510:21, 511:1, 511:2, 511:3, 511:12, 565:24, 634:17, 668:3, 668:5, 668:6, 668:7
**UNITED** [3] - 484:1, 484:3, 484:10
**United** [15] - 484:12, 490:11, 490:13, 491:23, 491:25, 492:2, 492:3, 499:4,

507:23, 508:5, 596:22, 633:8, 667:9, 679:17, 700:19
**units** [1] - 668:9
**unknown** [1] - 618:16
**unlawful** [1] - 622:19
**unless** [4] - 579:16, 584:18, 668:22, 699:1
**unpacked** [1] - 623:19
**unquote** [4] - 569:13, 571:6, 585:22, 615:16
**unsecured** [1] - 664:10
**up** [143] - 486:25, 489:21, 491:8, 491:17, 492:16, 493:16, 499:5, 506:1, 506:12, 506:13, 506:20, 508:18, 509:6, 512:22, 513:24, 514:2, 515:4, 515:15, 518:12, 519:20, 519:24, 519:25, 520:1, 520:11, 520:20, 521:1, 521:14, 521:15, 521:18, 521:23, 522:2, 524:6, 524:10, 527:2, 529:4, 529:6, 529:22, 533:8, 538:10, 540:15, 541:23, 542:8, 544:8, 544:17, 544:21, 545:1, 545:16, 545:23, 548:22, 552:11, 553:21, 553:24, 556:25, 560:14, 562:13, 562:15, 562:18, 563:18, 564:12, 564:13, 566:1, 568:21, 572:18, 574:24, 576:9, 576:13, 576:15, 577:3, 577:4, 577:7, 579:6, 579:9, 579:18, 579:20, 580:2, 580:16, 586:1, 591:9, 595:20, 598:25, 603:13, 606:11, 610:17, 611:5, 611:23, 614:16, 622:23, 623:17, 627:19,

630:14, 631:5, 632:23, 632:24, 635:6, 635:8, 635:19, 636:9, 637:19, 638:24, 640:5, 641:5, 642:3, 642:10, 643:24, 647:13, 647:14, 650:17, 654:22, 658:12, 659:12, 665:17, 666:22, 668:8, 670:15, 672:15, 672:16, 673:9, 674:8, 675:11, 676:1, 676:5, 676:18, 677:1, 678:6, 679:3, 679:4, 679:10, 679:13, 681:2, 682:6, 682:12, 682:14, 682:17, 682:25, 683:23, 685:4, 685:20, 696:25, 699:10
**Upper** [1] - 683:20
**upper** [4] - 495:6, 513:12, 516:9, 519:2
**upstairs** [1] - 682:24
**USC** [1] - 571:11
**utilized** [2] - 691:6, 696:15

## V

**VARGAS** [3] - 485:8, 564:17, 579:1
**Vargas** [60] - 564:20, 564:24, 564:25, 565:3, 578:22, 578:24, 579:4, 579:8, 580:8, 582:22, 582:24, 583:19, 586:3, 587:4, 587:11, 587:14, 589:16, 590:10, 590:16, 590:19, 591:7, 591:20, 592:11, 592:13, 593:4, 593:11, 593:17, 593:19, 594:17, 594:24, 595:6, 595:13, 595:24, 596:12, 596:25, 597:9, 598:3, 598:18, 600:18, 600:21, 602:20, 603:4, 603:8, 603:11, 604:4, 604:10, 605:8, 606:10, 607:1,

607:7, 607:13, 608:4, 608:10, 609:4, 609:8, 610:10, 610:20, 618:15, 627:5, 632:14
**various** [1] - 667:13
**vehicle** [3] - 567:10, 567:12, 613:11
**vehicular** [1] - 613:7
**verbal** [1] - 562:3
**verbally** [2] - 651:24, 652:8
**verbatim** [1] - 495:10
**version** [2] - 580:9, 686:25
**versus** [1] - 652:5
**vest** [2] - 529:13, 669:3
**vestibule** [6] - 580:25, 581:1, 582:25, 587:19, 644:23, 648:11
**vests** [3] - 605:23, 638:5, 645:9
**veteran** [1] - 565:12
**Vice** [11] - 492:12, 492:18, 492:21, 498:22, 499:7, 499:14, 502:15, 502:16, 514:8, 514:11, 516:22
**vice** [6] - 496:11, 499:3, 499:5, 500:10, 566:5, 575:22
**Victor** [1] - 564:24
**Video** [137] - 494:7, 495:18, 496:10, 496:20, 497:4, 497:22, 498:12, 499:13, 500:2, 500:21, 501:5, 501:21, 502:13, 503:5, 516:16, 517:21, 519:18, 523:2, 523:13, 524:3, 524:15, 525:9, 525:11, 525:20, 526:1, 526:3, 527:6, 527:15, 528:21, 530:3, 531:2, 531:12, 532:7, 532:24, 533:20, 534:10, 534:22, 535:4, 535:11, 536:8, 539:3, 539:14, 540:5, 542:14, 543:23,

544:5, 550:4, 550:18, 550:25, 551:17, 551:19, 552:7, 553:8, 553:20, 553:23, 555:14, 556:6, 556:15, 556:22, 557:19, 562:23, 587:3, 588:7, 589:15, 590:9, 591:6, 591:19, 592:22, 593:10, 594:16, 595:4, 595:11, 595:23, 596:11, 597:8, 598:2, 598:17, 600:9, 602:10, 603:3, 604:3, 605:4, 605:10, 605:18, 606:9, 607:6, 607:20, 608:9, 608:19, 609:7, 615:2, 615:22, 616:21, 617:5, 619:12, 621:3, 621:8, 623:5, 624:9, 625:12, 626:1, 626:15, 627:8, 628:3, 628:22, 629:6, 629:21, 630:7, 630:23, 631:13, 646:6, 646:8, 647:7, 647:25, 649:6, 650:1, 650:16, 651:9, 651:11, 653:4, 654:6, 654:21, 655:4, 655:20, 656:6, 656:12, 662:9, 687:5, 687:20, 688:14, 689:9, 689:18, 691:12, 692:20, 693:18, 694:18, 695:9
**video** [111] - 490:16, 490:18, 490:21, 490:23, 490:25, 491:3, 491:4, 491:7, 493:18, 493:20, 494:18, 494:22, 495:13, 496:6, 496:18, 500:20, 501:22, 502:12, 503:4, 515:18, 515:20, 516:7, 516:10, 519:14, 522:3, 522:5, 522:7, 522:16, 523:19, 528:16, 536:7, 536:22, 538:11,

538:13, 539:18, 540:12, 540:16, 540:17, 541:9, 542:10, 543:17, 545:10, 545:24, 546:3, 548:21, 549:19, 549:22, 550:7, 550:21, 554:20, 555:1, 555:17, 556:10, 562:19, 586:4, 586:5, 586:6, 586:8, 586:10, 586:19, 586:20, 587:2, 590:16, 591:12, 593:3, 599:19, 600:7, 601:24, 602:22, 602:24, 603:4, 603:23, 608:6, 609:6, 610:2, 612:2, 616:8, 617:13, 619:7, 620:17, 621:5, 621:14, 621:20, 621:22, 621:23, 621:25, 622:4, 624:25, 625:7, 630:12, 630:13, 645:16, 645:18, 645:20, 646:21, 646:23, 647:6, 650:15, 650:21, 650:23, 655:5, 656:25, 662:19, 662:20, 686:5, 686:9, 687:24, 693:2, 693:4, 693:6
**videos** [3] - 548:2, 561:7, 578:10
**videotaping** [1] - 690:3
**view** [5] - 526:15, 549:14, 552:24, 555:4, 555:18
**viewed** [1] - 497:16
**violence** [4] - 547:19, 596:1, 677:13, 696:7
**violent** [1] - 657:19
**VIP** [1] - 634:15
**Virginia** [2] - 565:13, 565:14
**vis** [2] - 528:6
**vis-a-vis** [1] - 528:6
**visible** [3] - 491:3, 527:24, 602:24
**vision** [2] - 642:8, 642:22
**visitors** [5] - 510:18, 510:22, 511:5, 602:2, 602:5, 634:20

**voice** [3] - 504:13, 526:4, 656:7
**voiceover** [1] - 504:12
**volume** [5] - 646:7, 647:6, 651:10, 655:2, 693:16
**vote** [9] - 487:19, 492:5, 493:11, 497:9, 497:11, 547:9, 575:21, 644:8, 653:21
**votes** [5] - 496:24, 506:3, 506:8, 510:8, 520:5
**voting** [1] - 585:5
**vs** [1] - 484:5

## W

**waist** [3] - 552:25, 553:1, 553:3
**wait** [1] - 673:22
**waiting** [1] - 662:4
**walk** [11] - 488:4, 539:25, 540:2, 555:22, 576:12, 584:15, 589:8, 599:9, 613:16, 632:6, 665:7
**walked** [4] - 488:10, 632:8, 635:25, 640:14, 659:10
**walking** [4] - 497:5, 497:23, 539:15, 574:17
**wall** [5] - 603:14, 607:2, 627:19, 629:13, 697:5
**warm** [1] - 610:18
**wash** [2] - 677:6, 680:24
**Washington** [4] - 484:17, 484:21, 484:24, 700:21
**watch** [1] - 554:24
**watched** [7] - 528:17, 545:11, 546:4, 610:2, 621:14, 696:12
**watching** [6] - 517:13, 538:1, 548:3, 551:13, 591:12, 685:16
**water** [12] - 486:22, 641:3, 641:19, 641:22, 641:23, 641:24, 642:1, 676:10, 678:2, 678:3, 679:2, 679:5
**waved** [1] - 679:6

**waving** [1] - 618:17
**WD-40** [1] - 676:9
**weapon** [11] - 557:16, 594:6, 600:2, 601:17, 601:18, 602:1, 603:15, 603:18, 603:19, 622:12, 622:15
**weapons** [5] - 601:22, 603:16, 676:3, 676:5, 676:6
**wear** [4] - 512:10, 528:5, 590:22, 606:5
**wearing** [42] - 498:14, 512:1, 512:13, 518:13, 519:5, 523:7, 528:22, 529:3, 529:8, 529:12, 529:15, 534:3, 535:17, 535:20, 536:2, 556:25, 557:3, 557:6, 557:10, 557:12, 573:25, 590:11, 596:18, 597:4, 599:2, 600:18, 606:1, 606:20, 622:20, 622:21, 638:5, 645:9, 645:10, 659:7, 660:13, 661:7, 661:10, 668:25, 694:2, 694:12, 695:12
**wears** [1] - 528:7
**Wednesday** [1] - 484:4
**week** [2] - 669:17, 669:18
**weight** [2] - 597:23, 599:7
**welcome** [5] - 486:7, 486:10, 578:20, 578:23, 627:3
**West** [3] - 639:18, 674:18, 683:20
**west** [42] - 520:15, 571:23, 572:3, 574:21, 576:4, 612:8, 613:21, 614:7, 614:18, 614:21, 614:23, 636:13, 636:24, 636:25, 637:1, 637:2, 638:15, 638:21, 639:16, 640:20, 642:2, 642:14, 642:17, 671:15, 671:16, 672:15, 672:25,

673:9, 673:13, 673:19, 674:8, 674:10, 674:21, 675:12, 677:12, 678:25, 679:1, 680:10, 683:18, 683:23, 696:21
**whips** [1] - 566:8
**whistle** [1] - 617:7
**White** [1] - 635:7
**white** [7] - 596:19, 596:20, 602:21, 607:22, 608:5, 608:24, 609:5
**whitish** [1] - 488:12
**whole** [9] - 561:9, 580:6, 581:7, 581:9, 610:1, 613:18, 617:11, 621:10, 695:3
**wide** [1] - 539:22
**window** [9] - 527:16, 528:3, 541:13, 541:15, 543:4, 544:18, 546:17, 605:12, 653:11
**windows** [12] - 488:21, 488:22, 527:19, 559:19, 559:21, 572:12, 653:7, 653:17, 655:12, 663:6, 663:13, 697:5
**wings** [1] - 559:9
**winter** [2] - 528:10, 669:3
**wiping** [2] - 488:18, 559:9
**withdraw** [1] - 583:9
**withdrawn** [2] - 583:10, 598:4
**WITNESS** [14] - 485:2, 486:11, 486:15, 507:11, 558:8, 558:10, 564:11, 564:16, 578:25, 632:17, 632:19, 666:25, 698:8, 698:11
**Witness** [52] - 494:11, 496:4, 498:17, 498:24, 500:6, 514:11, 518:2, 518:16, 523:10, 525:6, 525:17, 526:25, 528:2, 528:4, 529:1, 530:19, 531:9, 533:3, 533:14, 533:24, 535:1, 535:8, 539:9, 540:9,

541:10, 541:14, 544:2, 545:14, 545:17, 545:22, 583:15, 587:7, 590:14, 593:15, 594:22, 596:16, 602:18, 604:8, 606:20, 607:11, 608:2, 609:2, 646:12, 648:4, 650:6, 655:8, 655:16, 671:3, 681:4, 690:11, 691:16, 695:2
**witness** [11] - 496:14, 503:1, 564:3, 579:19, 580:11, 649:10, 660:18, 660:21, 697:8, 698:20, 699:5
**witnesses** [2] - 578:4, 578:8
**wits** [1] - 544:14
**woman** [28] - 498:13, 545:18, 546:19, 548:21, 549:24, 550:8, 550:20, 551:7, 551:11, 552:12, 553:15, 554:7, 554:12, 556:20, 591:25, 619:23, 620:19, 650:7, 651:17, 661:4, 685:12, 688:9, 690:4, 690:6, 691:2, 691:20, 692:21
**woman's** [2] - 656:7, 690:3
**women** [1] - 653:24
**wondered** [1] - 503:15
**wonderful** [1] - 486:24
**wondering** [1] - 578:11
**wooden** [1] - 697:6
**word** [4] - 494:15, 494:20, 580:24, 580:25
**words** [2] - 506:14, 592:16
**world** [1] - 563:5
**worried** [2] - 603:15, 644:13
**worries** [2] - 614:17, 655:1
**worst** [1] - 678:12
**wound** [1] - 503:24
**wrestled** [1] - 541:22
**write** [1] - 565:1
**writing** [1] - 496:23

## Y

**yanked** [1] - 544:11
**year** [3] - 568:2, 633:11, 633:23
**years** [13] - 488:10, 501:16, 508:8, 508:9, 508:10, 509:17, 510:13, 510:16, 565:7, 565:21, 590:20, 633:22, 634:6
**yell** [5] - 622:2, 622:7, 652:23, 663:1, 663:4
**yelled** [2] - 618:17, 691:23
**yelling** [23] - 526:9, 616:18, 616:23, 622:3, 631:9, 651:15, 651:22, 652:19, 652:21, 652:25, 661:16, 661:24, 662:17, 662:20, 662:22, 675:14, 675:16, 675:17, 675:21, 692:4, 692:10, 692:13
**yellow** [1] - 495:22
**yesterday** [7] - 486:25, 488:22, 490:7, 497:10, 501:1, 501:24, 506:24
**York** [1] - 484:17
**young** [3] - 592:1, 592:2, 615:11
**younger** [1] - 624:4
**yourself** [34] - 494:8, 494:10, 500:5, 502:25, 528:1, 528:16, 534:25, 541:9, 543:25, 545:13, 549:5, 549:21, 560:9, 560:11, 573:7, 579:13, 580:10, 584:24, 586:8, 587:4, 587:6, 600:15, 603:6, 646:9, 646:11, 648:3, 655:7, 662:25, 663:3, 677:16, 680:24, 690:10, 691:15, 695:1

## Z

**zero** [2] - 624:13
**zoom** [1] - 580:5
**zoomed** [1] - 580:9

**zoomed-in** [1] - 580:9