```
1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2
      - - - - - - - - - - - - - - - x
3     THE UNITED STATES OF AMERICA,
                                        Criminal Action No.
4                     Plaintiff,        1:21-cr-00085-CRC
                                        Thursday, September 22, 2022
5     vs.                               9:38 a.m.

6     JOHN HERBERT STRAND,

7                     Defendant.
      - - - - - - - - - - - - - - - x
8

9     _____

                    TRANSCRIPT OF JURY TRIAL
10       HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                 UNITED STATES DISTRICT JUDGE
11    _____
      APPEARANCES:
12    For the United States:      APRIL HOLLY AYERS-PEREZ, ESQ.
                                  U.S. ATTORNEYS OFFICE
13                                Southern District of Texas
                                  11204 McPherson Road
14                                Suite 100a
                                  Laredo, TX 78045
15                                (956) 723-6523

16                                JASON MANNING, ESQ.
                                  DOJ-CRM
17                                1400 New York Avenue NW
                                  Washington, DC 20005
18                                (202) 514-6256
                                  jason.manning@usdoj.gov
19
      For the Defendant:          STEPHEN F. BRENNWALD, ESQ.
20                                BRENNWALD & ROBERTSON, LLP
                                  922 Pennsylvania Avenue, SE
21                                Washington, DC 20003
                                  (301) 928-7727
22
      Court Reporter:             Lisa A. Moreira, RDR, CRR
23                                Official Court Reporter
                                  U.S. Courthouse, Room 6718
24                                333 Constitution Avenue, NW
                                  Washington, DC  20001
25                                (202) 354-3187
```

```
1                            I N D E X

2
     WITNESS                                         PAGE
3
     AUSTIN McGOFF
4         (By Mr. Brennwald)................................739

5    BENJAMIN BROCKWELL
          (By Ms. Ayers-Perez)..............................750
6         (By Mr. Brennwald)................................814

7    SPECIAL AGENT ERIC TURNER
          (By Mr. Manning)..................................866
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S
2           THE COURT:  All right.  Good morning, everyone.
3    Do you want to enter your appearances?
4           MS. AYERS-PEREZ:  Good morning, Your Honor; April
5    Ayers-Perez and Jason Manning for the government.
6           THE COURT:  Good morning.
7           MR. MANNING:  Good morning, Your Honor; Steve
8    Brennwald and Sameera Ali representing Mr. John Strand in
9    21-cr-85.
10          THE COURT:  Good morning.
11          MR. MANNING:  Permission to approach, Your Honor?
12          THE COURT:  Sure.
13          MR. BRENNWALD:  And today's test was negative.
14          THE COURT:  Thank you.
15          MR. MANNING:  Your Honor, Mr. Brennwald and I have
16   conferred, and we have two disputes about potential
17   evidentiary issues that would come up in connection with
18   Mr. Strand's testimony --
19          THE COURT:  Okay.
20          MR. MANNING:  -- if he were to testify, and in our
21   ensuing cross-examination.
22          If the Court would have it, we recommend arguing
23   those issues now so we don't take the jury's time or have
24   something that -- a sustained objection, have a question
25   come in before the jury, et cetera.  So we'd like to address
```

1    those now.

2            THE COURT:  Okay.  So we'll probably get to him

3    after lunch; is that right?

4            MR. MANNING:  Yes.  The government's hope is to

5    complete its witnesses by lunch, and then he would testify.

6            THE COURT:  Okay.  So not before lunch, in any

7    event?

8            MR. MANNING:  That's right.

9            THE COURT:  Okay.  Why don't you give me a

10   preview, and then we can take it up over the lunch hour, if

11   necessary.

12           MR. MANNING:  Sure.  The two issues are the

13   following.

14           THE COURT:  Okay.

15           MR. MANNING:  One is that, as we heard in

16   Mr. Brennwald's opening statement, we anticipate that if

17   Mr. Strand were to testify, he would have testified to out-

18   of-court statements made by Simone Gold.  The government's

19   position is that those are hearsay and should be excluded.

20   That's the preview.  We can, of course, expand.

21           THE COURT:  Okay.  I anticipate Mr. Brennwald will

22   argue effect on the listener; he went in because of

23   something that she said.  Why isn't that exception

24   applicable?

25           MR. MANNING:  Two primary arguments there, Your

1    Honor.

2          One, given the closeness of Mr. Strand's

3    relationship to Ms. Gold, the jury's going to understand

4    any statement that Mr. Strand makes as having heard from

5    Ms. Gold as coming in for its truth.  Right?  He only

6    follows it if he understands, knowing her as well as he

7    does, that it's truthful.  And it's going to be very

8    difficult to distinguish between the two things.

9          And secondly, a statement of Ms. Gold has

10   tremendous indicia of unreliability.  Right?  In her own

11   plea agreement Ms. Gold agreed that the 1512 charge had a

12   basis in fact, and the essence of that 1512 charge is that

13   she acted with the intent to obstruct the election.

14         She didn't plead guilty to that charge, but she

15   agrees that that has a basis in fact.  And if she were -- if

16   Mr. Strand's testimony is going to be helpful to Mr. Strand,

17   then --

18         THE COURT:  Wait.  Where does she agree or where

19   does she admit that she entered in order to impede the

20   election?

21         MR. MANNING:  So in the statement of facts -- she

22   does not admit, to your question, that she entered with the

23   intention to impede the election.

24         THE COURT:  Right.

25         MR. MANNING:  But in the plea agreement itself,

1      which she also signs and agrees to, in Paragraph 4 she says:

2      The dismissed charges also have a basis in fact.  It's not

3      proof beyond a reasonable doubt, but it's a basis in fact.

4      And the essence of the factual basis of that 1512 is an

5      intent to obstruct the election.

6                 And her statement to Mr. Strand, if it's going to

7      be helpful to Mr. Strand, is that she had no intention

8      whatsoever to obstruct the election.

9                 THE COURT:  Okay.  And you can't get that plea

10     agreement in without Ms. Gold having testified.

11                MR. MANNING:  Right.  And so if the shoe were on

12     the other foot, if the government were to try to introduce

13     Ms. Gold's out-of-court statements that are incriminating,

14     such as other things in the plea agreement, like she knew

15     she had no authority to enter the Capitol when she went in,

16     which is in the statement of facts that she agreed to, the

17     government couldn't get that in in our case-in-chief.  We

18     wouldn't try.  Right?

19                So that's our position there.

20                THE COURT:  Okay.  And the second issue?

21                MR. MANNING:  The second issue is that if

22     Mr. Strand is going to testify, and if he's going to testify

23     that his purpose in being inside the Capitol was to provide

24     security for Ms. Gold, we submit that it becomes relevant on

25     cross-examination that Mr. Strand tried to bring a pocket

 1    knife through courtroom security on Tuesday.  That is -- it

 2    bears on the credibility of whether he actually could have

 3    been providing security to Ms. Gold if he knows anything

 4    about security procedures.  And if he tried to bring a knife

 5    into an armed court, the jury might view that as bearing on

 6    whether he knows any of those things.

 7           So if he opens that door with his testimony about,

 8    you know, providing sophisticated security, et cetera, we

 9    think this should come in on cross.  We do not seek to bring

10    it in in our case-in-chief.

11           THE COURT:  Okay.  Mr. Brennwald, anything to add

12    briefly?

13           I don't want to hold the jury up.  We can renew

14    this after lunch.  I can think about it.

15           MR. BRENNWALD:  About the security issue?

16           THE COURT:  On either one.

17           MR. BRENNWALD:  I think the Court read the law

18    correctly or stated the law correctly as to the first issue,

19    and we can talk about it more, if we need to.

20           The second part of it is -- there's two parts to

21    that.  Mr. Strand did not know at the time that he brought

22    the pocket knife in the Court that he -- that he was at

23    security with it.  He didn't realize it was in his bag.  His

24    bag is -- and I've seen it, his bag is full of 100 different

25    things.  I joked about it that it was called a murse, a man

1    purse, because he had so much stuff in it, make-up and

2    everything else.  So he didn't have knowledge at that point

3    specifically of what was in there.

4          Secondly, when I came in this morning, just

5    because I was curious, I was looking for signs like at

6    airports where it says "Do Not Bring" and it lists 20

7    things.  The biggest sign, when you come in through security

8    on the John Marshall side, where we've been coming in, is a

9    sign about COVID and masks.  It's about a foot and a half by

10   two feet.

11         Then on a column there's a smaller sign that talks

12   about how to unpack your bags, cords, electronic equipment,

13   there.

14         Underneath that is a sign that's probably eight

15   inches by eight inches that has a whole bunch of stuff in

16   small writing that has a picture of suitcases.  If you had

17   looked at that and read it carefully, then you would see no

18   sharp objects, no chemicals, no this or that.

19         He didn't see that.  I've never seen it.  I've

20   never looked at it before.

21         THE COURT:  I think the point is it should go

22   without saying, particularly if someone is trained in

23   providing security.

24         I think your better argument is a 403 argument,

25   but --

```
 1                    MR. BRENNWALD:  Is a what?

 2                    THE COURT:  Is a 403 argument.

 3                    MR. BRENNWALD:  Yeah, I agree with that.  And I'll

 4        make that argument for the record.

 5                    THE COURT:  But we'll get there.

 6                    All right.

 7                    MR. BRENNWALD:  And the good news is that

 8        overnight my cross shortened dramatically.

 9                    THE COURT:  That tends to happen.

10                    (Pause)

11                    (Jury enters courtroom)

12                    THE COURT:  Good morning, everybody.

13                    JURY IN UNISON:  Good morning.

14                    THE COURT:  Everybody have a nice evening?  Are

15        you ready to get rolling again?

16                    JURY IN UNISON:  Yes.

17                    THE COURT:  All right.

18                    We can bring back the witness, Ms. Ayers-Perez.

19                    MS. AYERS-PEREZ:  They're bringing him in right

20        now, Your Honor.

21                    THE COURT:  Okay.

22                    All right.  Good morning, sir.

23                    THE WITNESS:  Good morning.

24                    THE COURT:  Did you have a good evening?

25                    THE WITNESS:  Yes, sir.
```

1          THE COURT:  All right.  I'll remind you you're

2     still under oath.  You can have a seat.

3          THE WITNESS:  Thank you.

4                    AUSTIN McGOFF, Resumed

5                    CROSS-EXAMINATION

6     BY MR. BRENNWALD:

7     Q.  And if you could -- if you're comfortable taking your

8     mask off, so we can hear you better?

9     A.  Sounds good.  Yes, sir.

10    Q.  Good morning, Agent McGoff.  How are you?

11    A.  Doing well, thank you.

12    Q.  Officer McGoff.

13    A.  Yes, sir.

14    Q.  Sorry.  The benefit of overnight is that my question

15    list has been pared down as much as possible, so hopefully

16    we can get through this so we don't frustrate people too

17    much.

18          Yesterday, Officer McGoff, you were showing us

19    where you were in a video that was played, 407.01.  I'm

20    going to just briefly recap that real quick and ask you a

21    couple of questions.

22          MR. BRENNWALD:  So if we could start that,

23    Ms. Ali.

24          (Video playing)

25    Q.  Do you recognize the video from yesterday?

```
 1    A.  Yes, sir.

 2    Q.  Okay.

 3            MR. BRENNWALD:  Okay.  Pause it right there.

 4    Q.  Do you see these two people right here?

 5    A.  Correct, yes.

 6    Q.  And that's who you were speaking about yesterday, right?

 7    A.  Correct.

 8            MR. BRENNWALD:  Okay.  Let's keep going.

 9            (Video playing)

10    Q.  While we're watching that, did you see any flags in

11    their hands?

12    A.  In those two individuals' hands?

13    Q.  Yes.

14    A.  No, sir.

15    Q.  Did you see any MAGA gear on them?

16    A.  Not that I recall, no.

17    Q.  Okay.  At this point people are still streaming out

18    through the Statuary Hall, correct?

19    A.  Yes.

20    Q.  And it's easy to tell where it is because there are

21    statues everywhere?

22    A.  Correct.

23    Q.  The Rotunda doesn't have that type of concentration of

24    statues, correct?

25    A.  Correct.  They have a few, but not that many.
```

1   Q.  Exactly.  So at this point here -- I'm going to not use

2   the time on the video in the bottom; I'll use the actual

3   real time at the top, which is January 6, 2021, at 2:55 --

4   more people are still coming out with Trump flags, American

5   flags, whatever that flag in the middle is, and more.

6   Correct?

7   A.  Yes, sir.

8   Q.  Okay.  More red hats, right?

9   A.  Yes.

10  Q.  Okay.  And at this point the woman who you were talking

11  about or who you saw earlier crossed the stanchion and the

12  ropes, correct?

13  A.  Correct.

14          MR. BRENNWALD:  And if we can stop it there.

15  Q.  We see her at the bottom here, right?

16  A.  I believe that's her, yes, sir.

17  Q.  Okay.  And the gentleman who you saw earlier, he's still

18  in between these ropes, correct?

19  A.  Yes, sir.

20  Q.  Okay.  And he's stopped at this point and is looking at

21  what appears to be in the direction of the woman, correct?

22  A.  Correct.

23  Q.  Okay.  And at this point we also see several officers on

24  the right side of the screen looking away from the woman,

25  and one appears to be looking past her, the one right above

1    this one here?

2    A.  Correct, yes, sir.

3              MR. BRENNWALD:  Okay.  Just for the record, I'm

4    circling the officer whose head is right above the woman's

5    head in Exhibit 407.01 at 2:55 and 56 seconds.

6    Q.  The other two officers right here are looking away from

7    her.  Does it appear that that's the case?

8    A.  Yes, sir.

9    Q.  Okay.  Are you one of those yet?

10   A.  No.

11   Q.  Okay.  Do you see yourself?  Is that you right there?

12   A.  Correct.

13   Q.  Okay.  At this point -- I know it's been 19 months and

14   you may not recall, but do you recall when you're there

15   seeing her, or were you just kind of walking through the

16   Statuary Hall at that point in general?

17   A.  We were bringing people back into -- into the hall

18   there.  I don't know if she had started her speech at that

19   point.  Once that started, that is when I noticed her.

20   Q.  Okay.  The direction that these folks were coming from,

21   which is this way, if you went back in the opposite

22   direction, was that towards the House side?

23   A.  Correct.

24   Q.  Okay.  And if you went and kept going this way, just so

25   that everybody understands, you would then go into the

1     Rotunda of the Capitol, correct?

2     A.  Correct.

3     Q.  And that's the huge room that's below the dome that we

4     all see every day hopefully?

5     A.  Yes, sir.

6              MR. BRENNWALD:  Okay.  So now that we have our

7     bearings, why don't we keep going, Ms. Ali.

8     Q.  I'll ask you to keep your eye on the woman at the bottom

9     right, if you could.

10    A.  Okay.

11    Q.  You can look at both him and her, but I want you to make

12    sure you focus on her as well.

13              (Video playing)

14    Q.  Do you see anything that she has in her hands?

15    A.  Yes.

16    Q.  And what does it look like to you?

17    A.  It looks like a set of papers, which she was reading off

18    of.

19              MR. BRENNWALD:  Okay.  Can you stop it there,

20    please.

21              Actually, can you back up to 56:04, please,

22    Ms. Ali.

23              Okay.  And start it there.

24    Q.  Before you start it, I want you to look, Officer McGoff,

25    at this officer here.  Do you know who that is?

```
1    A.  I believe I do.

2    Q.  Okay.  I mean, I don't want you to guess, but -- and it

3    doesn't really matter what the name is.  I'm just pointing

4    to this officer here.  That is a police officer, right?

5    A.  Correct, yes.

6    Q.  Now, watch what he does with his left arm as this woman

7    has her papers in front of her.

8               MR. BRENNWALD:  Go ahead, Ms. Ali.

9               (Video playing)

10              MR. BRENNWALD:  Okay.  Stop it there.

11   Q.  Did it look to you that he was telling her to move and

12   keep moving?

13   A.  With the movement of the arm, yes.

14   Q.  Correct, okay.

15              MR. BRENNWALD:  Keep going.

16              (Video playing)

17   Q.  And at this point --

18              MR. BRENNWALD:  You can stop it there.  You can

19   stop it there, Ms. Ali.

20   Q.  All right.  At this point, 2:56:15, he's now turned

21   away, and he's looking back down towards the House, correct?

22   A.  Correct.

23   Q.  All right.  And she's still apparently talking, it looks

24   like?

25   A.  Correct.
```

```
1    Q.  Okay.  Could you hear her when she was talking?

2    A.  In this room, yes.

3    Q.  Okay.  This room wasn't super crowded, right?

4    A.  No.

5    Q.  But their voices carry just because of the acoustics in

6    that room?

7    A.  Correct, yes, sir.

8    Q.  Okay.  So you could hear her talking?

9    A.  Yes.

10   Q.  And she was talking above a normal speaking voice,

11   correct?

12   A.  Correct, yes, sir.

13            MR. BRENNWALD:  All right.  Keep going.

14            (Video playing)

15   Q.  At this point in 2:56:23, 24, that officer we talked

16   about earlier who had motioned her away has still stayed

17   looking away from her, right?

18   A.  Correct.

19   Q.  And at this point more officers are coming on the right

20   side of the screen towards the left, and she's still

21   talking, correct?

22   A.  Yes, sir.

23   Q.  And now there's a crowd stopping to look at her and some

24   are trying to film her?

25   A.  Correct.
```

```
 1    Q.  Okay.
 2              (Video playing)
 3              MR. BRENNWALD:  Okay.  Stop it there.
 4    Q.  So at this point, at 2:56 and 56 seconds, we see this
 5    gentleman here still facing her with his -- it looks like
 6    he's holding something up, right?
 7    A.  Yes, sir.
 8    Q.  And you can tell he was filming her, right?
 9    A.  Correct.
10    Q.  And at this point as well we have these two officers
11    fairly close to the woman right here who are approaching
12    her, correct?
13    A.  Yes, sir.
14    Q.  They're within a foot and a half or two of her, correct?
15    A.  I'd say that's reasonable.
16    Q.  Okay.  And so let's keep watching what they do.  And
17    while they're dealing with her, I would like you also to
18    watch this man here, if you could --
19    A.  Okay.
20    Q.  -- at the same time.
21              MR. BRENNWALD:  Okay.  Ms. Ali, we can go.
22              (Video playing)
23              MR. BRENNWALD:  Okay.  Stop it there.
24    Q.  Do you see how they are telling her -- or obviously
25    trying to get her to move?
```

1    A.  Correct.

2    Q.  And she's turned toward them and has not moved yet?

3    A.  Correct.

4    Q.  Okay.  In fact, as we keep watching, you'll notice,

5    right, that she stays there for at least two or three

6    seconds trying to not leave.

7              MR. BRENNWALD:  Let's keep playing that.

8              (Video playing)

9    Q.  And they finally physically move her, right?

10   A.  Correct.

11             MR. BRENNWALD:  Okay.  Let's go back to 2:57:10,

12   please.  And we're going to look at the man during that same

13   period of time, or 57:00.

14   Q.  Okay.  So let's watch him now as she's being moved away

15   and see what he does.

16             (Video playing)

17   Q.  At this point, as the crowd is being pushed and moved,

18   he walks away, correct?

19   A.  Yes, sir.

20   Q.  Okay.  And then we don't see what happens in this video

21   after that, correct?

22   A.  Correct.

23   Q.  Okay.  After this segment occurred ending at 2:57 p.m.

24   and 16 seconds East Coast time, did you follow this group of

25   people into the Rotunda?

1    A.  Correct, yes, sir.

2    Q.  Okay.  And do you recall what happened when you got into

3    the Rotunda?

4    A.  Once that group had moved into the Rotunda, I kind of

5    got sucked into the officer -- big group of the officers

6    attempting to move people out of the Rotunda as those people

7    were trying to push into the Rotunda.  So that's where I

8    went to after this video.

9    Q.  Do you have any independent recollection, when you were

10   in the Rotunda, of these two people being in there?

11   A.  I do not.

12   Q.  Okay.  Have you reviewed any videos at all that shows

13   these -- that show these people in the Rotunda?

14   A.  No, not that I've seen.

15   Q.  Okay.  When you were in the Rotunda, was there a point

16   in time when dozens, at least, of new officers arrived into

17   the Rotunda, some wearing what looked like neon yellow or

18   green -- parts of their uniform are yellow or green neon?

19   A.  Sure, correct.

20   Q.  Okay.  And was that the Metropolitan Police Department?

21   A.  That could have been Metropolitan Police Department.  It

22   could have been Capitol Police with the traffic vests on.

23   That would be our reflective gear, which is what you're

24   speaking of.

25   Q.  Okay.  And when you came into the Rotunda, there were a

1    lot more people in the Rotunda; is that fair to say?

2    A.  Yes, sir.

3    Q.  And they weren't leaving; is that fair to say?

4    A.  Correct.

5    Q.  Okay.  And at some point, which I think we'll see in

6    this trial, a whole bunch of the people in those yellowish

7    green uniforms -- they're not all yellowish green, but they

8    have part of that as yellowish green?

9    A.  Yes, sir.

10   Q.  They form a line several officers deep and eventually

11   clear the crowd from the Rotunda, correct?

12   A.  Correct.

13             MR. BRENNWALD:  Okay.  Thank you, Officer McGoff.

14   I appreciate your time.

15             THE WITNESS:  Yes, sir, thank you.

16             MS. AYERS-PEREZ:  No redirect, Your Honor.

17             THE COURT:  All right.  Officer McGoff, sorry to

18   have to bring you back for only five minutes, but thank you

19   very much for your testimony.  You're excused.  Please don't

20   discuss your testimony with anyone until the case is over.

21             THE WITNESS:  Yes, sir.

22             THE COURT:  Have a good day.

23             THE WITNESS:  Thank you, Your Honor.

24             MS. AYERS-PEREZ:  Your Honor, the government calls

25   Benjamin Brockwell.

1           THE COURT:  Very well.

2           All right.  Step right up, sir.

3           THE WITNESS:  Yes, sir.

4           THE COURT:  Please remain standing, raise your

5   right hand, and you can take your mask off.

6                   BENJAMIN BROCKWELL, Sworn

7                      DIRECT EXAMINATION

8   BY MS. AYERS-PEREZ:

9   Q.  Good morning.  Can you please state and spell your name

10  for the record.

11  A.  Yes, ma'am.  Benjamin Brockwell; B-E-N-J-A-M-I-N; last

12  name, Brockwell, B-R-O-C-K-W-E-L-L.

13  Q.  And where do you work, Mr. Brockwell?

14  A.  I work for the U.S. Capitol Police.

15  Q.  How long have you been with the U.S. Capitol Police?

16  A.  I've been with the Capitol Police since 2008.

17  Q.  And what have been your various job duties and titles

18  since 2008 with Capitol Police?

19  A.  So I've been a police officer.  I was originally working

20  midnights at the Capitol.  I worked third shift at the

21  Capitol.  And since approximately 2012 I've been assigned to

22  the House Chamber section.

23  Q.  What does it mean to be assigned to the House Chamber

24  section?

25  A.  So our main job in the House Chamber is to protect the

```
1    integrity of the House Chamber, whether that's members of

2    Congress, the staff.  We assist the sergeant at arms with

3    allowing access to the gallery level and the floor level of

4    the House Chamber.

5    Q.  So when you're in the House Chamber, are you actually

6    inside the House Chamber with Congress and staff?

7    A.  It depends on the schedule for the day, but the majority

8    of the time, depending on the post, yes, I will be inside.

9    Q.  Do you wear a typical police uniform, or do you wear

10   something else when you're on duty?

11   A.  Typically when they're in session, I wear a suit.

12   Q.  Okay.

13   A.  Not always, but typically.

14   Q.  So kind of like what we're seeing you here in today?

15   A.  That's correct.

16   Q.  Okay.  Were you on duty on January 6, 2021?

17   A.  I was.

18   Q.  And so for the remainder of this time, if I say "January

19   6th," will you know that to mean January 6, 2021?

20   A.  Yes, ma'am.

21   Q.  Okay.  And what were you -- what were your primary

22   responsibilities that day?

23   A.  So on January 6th, it was a joint session of Congress to

24   certify the presidential elections.  And the way that works

25   is the Senate comes over to the House to debate the
```

1    electoral votes.  And my assignment that day, my post, was

2    the Lobby East area of the House Chambers.

3    Q.  Okay.  I'm going to pull up what's been marked as

4    Government's Exhibit 102.  Great.  And this is in evidence.

5         Can you see that, Officer Brockwell?

6    A.  Yes, ma'am.

7    Q.  Do you recognize this map we're looking at?

8    A.  I do.

9    Q.  All right.  Can you show us where you mean where you're

10   talking about Lobby East.

11   A.  So on January 6th, I am -- do you want me to circle the

12   area?

13   Q.  Sure, if you could.  Thank you.

14   A.  (Witness complies) I was in this area by the Lobby East

15   door.

16   Q.  Is that inside the House Chamber?

17   A.  So it's just off the House floor.  We consider that an

18   extension of the floor.  It's not in there where the members

19   typically meet.  It's just off the floor.

20   Q.  Okay.  About what time did you arrive that morning?

21   A.  Around 8:30 is when my day started.

22   Q.  And it started there on Lobby East?

23   A.  I believe so.  I don't know if I was assigned somewhere

24   else before, but I -- but that's where I was assigned for

25   the majority of it.

1    Q.  So has the majority of your time with the Capitol Police

2    involved working inside the Capitol building?

3    A.  Yes, ma'am.

4    Q.  Are you familiar with the Capitol building?

5    A.  I am.

6    Q.  Are you familiar with the grounds and the complex of the

7    Capitol?

8    A.  Yes, ma'am.

9    Q.  Is the Capitol building big?

10   A.  It is.

11   Q.  Is it complex?

12   A.  It is.

13   Q.  Is it easy to get lost in?

14   A.  It is.

15   Q.  Are there a lot of hallways?

16   A.  A lot of hallways, a lot of offices, yes.

17   Q.  Okay.  Have you ever gotten lost in there maybe when you

18   first started?

19   A.  When I first started, yes.  You get turned around quite

20   frequently.

21   Q.  Do you see other people who sometimes get turned around

22   after they first start?

23   A.  Yes.

24   Q.  What about visitors?

25   A.  They do, but usually they're -- you know, there's

1    visitor assistance and tour guides to direct them in areas

2    they can go in.

3    Q.  If a visitor was there without a tour guide, would you

4    expect them to have an easy time getting around?

5    A.  No.  And we do have visitors that are there on official

6    business that often ask for directions.

7    Q.  Okay.  I want to show you Government's Exhibit 102.01.

8    Ms. Rouhi is going to bring this around and show it to you.

9    A.  Okay.

10   Q.  Do you recognize this, Officer Brockwell?

11   A.  Yes, ma'am.

12   Q.  Is this a fair and accurate representation of how the

13   second floor of the Capitol looks?

14   A.  It does.

15           MS. AYERS-PEREZ:  Your Honor, I'd move to admit

16   Government's Exhibit 102.01 into evidence.

17           MR. BRENNWALD:  No objection, Your Honor.

18           THE COURT:  So moved.

19           And this is just a blowup of 102.

20           MS. AYERS-PEREZ:  It is, Your Honor, yes.

21           Your Honor, I'd ask permission for Officer

22   Brockwell to step down and approach the exhibit.  I do have

23   a lapel mic for him to use.

24           THE COURT:  You may.

25           MS. AYERS-PEREZ:  And, Your Honor, I'd ask for

1      permission to stand over there as well.

2                    THE COURT:  Yes.

3                    MS. AYERS-PEREZ:  Thank you, Your Honor.

4      Q.  All right.  Officer Brockwell, I'm going to do this

5      without blocking anybody.  Let me go back here.

6                    What are we looking at here, Officer Brockwell?

7      A.  This is the second floor of the U.S. Capitol, just a map

8      of it.

9      Q.  I'm going to hand you this black Sharpie.

10     A.  Okay.

11     Q.  We've been talking a lot this week about the East

12     Rotunda steps.  Are you familiar with those steps?

13     A.  Yes, ma'am.

14     Q.  Could you circle that on there for us.

15     A.  The East Rotunda steps?

16     Q.  Yes, sir.

17     A.  (Witness complies)

18     Q.  Do you actually know how many steps there are?

19     A.  There's 35 steps.

20     Q.  Okay.  So if somebody were to start on the East Rotunda

21     steps and wanted to get to the House Chamber, what would be

22     the fastest, most direct route to get there?

23     A.  Assuming all the doors were open -- do you want me to

24     draw?

25     Q.  If you could draw, please, and if you could describe

1    what you're drawing as you do it.

2    A.   (Witness complies) Straight up the stairs through the

3    Rotunda doors, the exterior Rotunda doors, through the doors

4    that lead to the actual Rotunda inside on the second floor.

5    And if you make a left, you'll go by the Speaker's office, a

6    stairwell, go straight through Statuary Hall, through this

7    breezeway.

8              And that's the quickest way to get to the House

9    Chambers from the Rotunda steps.

10   Q.   And where is that that you ended up there?

11   A.   Where I ended up is the House main door entrance of the

12   House Chamber.

13   Q.   Could you circle that for us.

14   A.   (Witness complies)

15   Q.   Perfect.  Thank you, Officer Brockwell.

16             And I assume, but if you could, just circle the

17   House Chamber for us.

18   A.   (Witness complies) Okay.

19   Q.   Okay.  And could you put an X where it is you said that

20   you were.

21   A.   When I started the day, I was right here.

22   Q.   Okay.  Could you put maybe a little bit bigger X?

23   A.   Bigger?

24   Q.   Yes.

25   A.   (Witness complies)

 1    Q.   Perfect.  Thank you so much.

 2              I'm going to ask you to come back to the witness

 3    stand.  We're going to come back here in a few minutes.

 4    A.   Do you want me to take this?

 5    Q.   Just mute it.  And we'll unmute it when you come back.

 6    A.   Okay.

 7    Q.   Thank you, Officer Brockwell.

 8              So are you familiar with the Capitol CCTV footage

 9    inside the Capitol?

10    A.   Yes, ma'am.

11    Q.   Are you good there?

12    A.   Yes.

13    Q.   Have you seen footage that we've showed you in this case

14    that we've marked as Government's Exhibits 401.01, 402.01,

15    403.01, 404.01, 405.01, 405.02, 406.01, 408.01, and 409.01?

16    A.   Yes, ma'am.

17    Q.   And I'm going to bring up 401.01 and pause that.

18              Do you recognize this on the screen?

19    A.   I do.

20    Q.   And let me clear out that circle from earlier.

21              Okay.  And is this a fair and accurate

22    representation of what happened there, what the cameras

23    caught on January 6th?

24    A.   Yes, ma'am.

25    Q.   And the other exhibits I've mentioned, have you watched

1    those in their entirety as well?

2    A.  Yes.

3    Q.  And are those also fair and accurate representations of

4    January 6th inside the Capitol building?

5    A.  Yes, ma'am.

6            MS. AYERS-PEREZ:  Your Honor, I'd move to admit

7    Government's Exhibit 401.01, 402.01, 403.01, 404.01, 405.01,

8    405.02, 406.01, 408.01, and 409.01.

9            MR. BRENNWALD:  Your Honor, we've previously

10   agreed to the introduction.

11           THE COURT:  So moved.

12           MS. AYERS-PEREZ:  I apologize.  I left my pen over

13   there.

14           All right.  Starting with Government's 401.01,

15   Ms. Rouhi, could you play and stop immediately there at one

16   second.

17           (Video playing)

18           MS. AYERS-PEREZ:  Right there.

19   Q.  Okay.  I'm circling the individual with the sunglasses

20   and the black jacket.

21           Do you see that individual, Officer Brockwell?

22   A.  Yes, ma'am.

23   Q.  Are you familiar with that individual from CCTV footage?

24   A.  Yes, ma'am.

25   Q.  Okay.  What are we looking at here in 401.01?

1    A.   People coming inside the Rotunda, exterior Rotunda

2    doors.

3    Q.   So those are those Rotunda doors that are right there at

4    the top of the steps?

5    A.   Yes, ma'am.

6    Q.   Okay.  And at the end I'm going to have you show us

7    there on the map.

8    A.   Okay.

9    Q.   But you're familiar with this area?

10   A.   Yes, ma'am.

11   Q.   Okay.  And what's the time stamp on this video?

12   A.   January 6, 2021, and 2:27 p.m.

13   Q.   And is that with 25 seconds?

14   A.   Correct.

15   Q.   I apologize, I'm only going to say the seconds for a few

16   of them.

17   A.   Okay.

18   Q.   All right.  I'm going to clear out this circle.

19            So if you entered through that door and you keep

20   going straight forward, where are you going to end up at?

21   A.   In the second floor of the Capitol Rotunda.

22   Q.   Okay.  And if you end up in the Rotunda, and you keep

23   going straight forward, where are you going to end up at?

24   A.   If you keep walking straight through the Rotunda,

25   there's a staircase that goes down to the first floor where

1   you can enter the back of the Speaker's office.

2   Q.  So if you keep walking straight, you don't end up in the

3   House Chamber?

4   A.  Correct.

5          MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you can

6   continue playing this through.

7          You can pause right here, Ms. Rouhi, at four

8   seconds.  I'm going to circle here.

9          (Video playing)

10  Q.  And so we see that gentleman in the black sunglasses

11  there, Officer Brockwell.

12  A.  Yes, ma'am.

13  Q.  Is he traveling with somebody?

14  A.  It appears so, yes.

15  Q.  Okay.  Is that the woman in the black sunglasses?

16  A.  Yes, ma'am.

17  Q.  Did you notice anything about her shoes?

18  A.  There's white -- it looks like white shoes.

19  Q.  Okay.  I'm going to clear this for you.

20          MS. AYERS-PEREZ:  And if you could play it all the

21  way through, Ms. Rouhi.

22          (Video playing)

23          MS. AYERS-PEREZ:  Okay.  And if we can pull

24  up Government's 402.01.  Just pause it, don't play it,

25  Ms. Rouhi.

1    Q.  And just as a reminder, these CCTV footage, they don't

2    have audio, right?

3    A.  They don't.

4              MS. AYERS-PEREZ:  That's 401.01.

5              Can you give me 402.01, please.

6    Q.  All right.  Mr. Brockwell, do you see the back of the

7    gentleman with the sunglasses we saw earlier?

8    A.  Yes, ma'am.

9    Q.  Could you circle that for us.

10   A.  (Witness complies)

11   Q.  Okay.  And you circled the gentleman in the leather

12   jacket right there in the middle of it, of the screen?

13   A.  Uh-huh.

14   Q.  Are there hallways or anywhere to go to the right and

15   left there?

16   A.  Yes.  You can see the staircase on the left.  If you

17   move forward from about ten steps in front of where they

18   are, there's a hallway that goes left and right, and there's

19   also some elevators on the right.

20   Q.  And it looks like people are milling around there; is

21   that right?

22   A.  It does.  It looks that way.

23   Q.  So did everybody go forward into the Rotunda from there?

24   A.  They did not.

25   Q.  Okay.  There were other ways to go at that point?

1    A.  Right.

2    Q.  All right.  I'm going to clear this.

3            MS. AYERS-PEREZ:  Ms. Rouhi, if you could play

4    that through.

5            (Video playing)

6    Q.  And where did they just head to?

7    A.  Into the Capitol Rotunda, second floor.

8            MS. AYERS-PEREZ:  Okay.  Let's pull up

9    Government's 403.01.

10   Q.  I'm going to circle right here, Officer Brockwell.

11           Is that that gentleman in the sunglasses again?

12   A.  That's correct.

13   Q.  And its easy to see the white shoes of the woman in

14   front of him?

15   A.  Yes, ma'am.

16   Q.  All right.  Where are we at now?

17   A.  That's inside the Capitol Rotunda, second floor.

18   Q.  It looks like there's other people there, right?

19   A.  Yes.

20   Q.  But is it a mob at this point?

21   A.  Sorry, can you repeat that?

22   Q.  Is it just a mob in there at this point?

23   A.  I don't know if you'd describe that -- it's not as many

24   people as there will be later.

25   Q.  What are these?  And I've circled the bench-like

1    structure there on the right-hand side of the screen next to

2    the statue.

3    A.   They're just benches you can sit on.

4    Q.   Okay.  It doesn't look like they're being occupied at

5    the moment, right?

6    A.   Correct.

7    Q.   Okay.  I'm going to clear this.

8              Are there other exits from the Rotunda?

9    A.   Yes.

10   Q.   How many other exits are there --

11   A.   There's --

12   Q.   -- or how many exits total?

13   A.   There's four doors you can exit out of.

14   Q.   So if you come in that door from the east side, there

15   are three other ways to get out?

16   A.   Correct; or four, if you go back to where you came from.

17             MS. AYERS-PEREZ:  Okay.  If you can play the

18   video, Ms. Rouhi.

19             (Video playing)

20   Q.   It looks like there were other people milling around

21   there?

22   A.   Correct.

23   Q.   Kind of near the other exits we had talked about?

24   A.   Yes.

25   Q.   The gentleman in the sunglasses and the woman he was

1    with, did they look at the other exits, that you could see?

2    A.  No.  It looked like they were just heading in one

3    direction.

4            MS. AYERS-PEREZ:  Okay.  Let's pull up

5    Government's 404.01.

6    Q.  Okay.  And what are we looking at here, Officer

7    Brockwell?

8    A.  This is National Statuary Hall.

9            MS. AYERS-PEREZ:  Okay.  If we can play to two

10   seconds, Ms. Rouhi.

11           (Video playing)

12           MS. AYERS-PEREZ:  Okay.  Play it one more second.

13   It got a little -- okay.

14           (Video playing)

15   Q.  Do you see the gentleman in the sunglasses here?

16   A.  Yes, it looks like he's right here.

17   Q.  All right.  Are there other ways to get out of Statuary

18   Hall?

19   A.  Yes.  I believe it's -- there's two to three office

20   doors, and there's a hallway, if you keep straight or turn

21   around in the hallway and go back to the Rotunda.

22   Q.  Okay.  I'm going to clear this.

23           MS. AYERS-PEREZ:  Ms. Rouhi, if you could keep

24   playing for us.

25           (Video playing)

1    Q.  What direction are they headed in, Officer Brockwell?

2    A.  They're headed south towards the House Chamber.

3             MS. AYERS-PEREZ:  Okay.  All right, Ms. Rouhi, if

4    you could pull up Government's 405.01.

5    Q.  What are we looking at here, Officer Brockwell?

6    A.  It's a picture that's looking from the House main door

7    of the Chamber towards the Rotunda and Statuary Hall area.

8    It's looking north.

9    Q.  Okay.  At this point are you past Statuary Hall?

10   A.  Yes.

11   Q.  Do you know if there's a police line right here?  And

12   I've drawn a line right at the bottom of the picture.

13   A.  There is.

14   Q.  Okay.  What is after that police line?

15   A.  So just after the police line there's a hallway that

16   goes left and right; and if you keep walking straight, it's

17   the House main door entrance of the House Chamber.

18   Q.  And so is this police line the only thing between these

19   rioters and that House main door right now?

20   A.  That's correct.

21   Q.  I'm going to clear that line.

22            MS. AYERS-PEREZ:  Ms. Rouhi, if you could play to

23   six seconds, please.

24            (Video playing)

25            MS. AYERS-PEREZ:  Okay.  If you could pause it

1    there.

2    Q.  Do you see the gentleman with the sunglasses there in

3    the back?

4    A.  It looks like he's right here.

5    Q.  Okay.  And so what's the time now?

6    A.  January 6, 2021, 2:28 and 44 seconds p.m.

7    Q.  Okay.  So earlier when we looked at the gentleman with

8    sunglasses coming in through those East Rotunda doors, do

9    you remember it being 2:27:25?

10   A.  If that's what the tape says.  I don't remember.

11   Q.  So about 79 seconds --

12   A.  Okay.

13   Q.  -- between entrance into the Capitol to being outside a

14   police line outside the House Chamber door?  Is that

15   correct?

16   A.  Sounds about right.

17   Q.  Okay.  And I did that math in my head.

18   A.  Okay.

19   Q.  That's a pretty fast pace, would you say?

20   A.  It is.

21            MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you could

22   continue playing that, please.

23            I'm going to clear out that circle.

24            (Video playing)

25   Q.  Now, Officer Brockwell, as this plays, looking to the

1    front, what's in front of the gentleman with the sunglasses?

2    Is that a lot of people there?

3    A.  It's a good-sized group.

4    Q.  Would you say there's a bigger group in front of him or

5    behind him?

6    A.  Behind him.

7    Q.  Is there more space behind him?

8    A.  There is more space, but it looks like more people

9    coming or -- it looks like more people are behind him at

10   that point.

11   Q.  If you were there, would you be able to turn around and

12   leave, if you wanted to?

13   A.  Yes.

14          MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you could

15   pull up 405.02.

16   Q.  All right.  Are we looking at that same video here,

17   Officer Brockwell?

18   A.  Yes, ma'am.

19   Q.  And what's the time-stamp now?

20   A.  January 6, 2021, 2:31 and 18 seconds p.m.

21          MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you could

22   play it, please.

23          (Video playing)

24          MS. AYERS-PEREZ:  If you could stop it right

25   there, Ms. Rouhi, right there at eight seconds -- actually,

```
 1    if you could go back just one second.  There.
 2    Q.  I'm circling a person with the sunglasses there on the
 3    screen in the middle of the screen underneath the
 4    chandelier.  Do you see who I'm circling?
 5    A.  Yes, ma'am.
 6    Q.  I apologize.  That's a really big circle.
 7              Is that the same person we've been looking at?
 8    A.  It is.
 9    Q.  So he's back here in that area still?
10    A.  Yes, ma'am.
11              MS. AYERS-PEREZ:  All right.  Ms. Rouhi, if you
12    could keep playing, and if you could actually fast forward
13    to the 53-second mark.
14              (Video playing)
15              MS. AYERS-PEREZ:  Okay.  If you could pause.
16    Q.  Do you see there on the left-bottom side, do you see the
17    gentleman with the sunglasses again?
18              MS. AYERS-PEREZ:  Actually, Ms. Rouhi, do you want
19    to go forward just one second.  Back one second actually.
20              Can you just play it.  I'll tell you when to stop.
21              (Video playing)
22              MS. AYERS-PEREZ:  All right.  If you could pause
23    it right there.
24    Q.  Do you see the gentleman in the sunglasses there?
25    A.  Yes, ma'am.
```

1     Q.  Could you circle him for us.

2     A.  (Witness complies)

3     Q.  Has he changed positions from where he was?

4     A.  He did.

5     Q.  And how so?

6     A.  It looked like he moved to his left, my right, and came

7     back to his right and my left.

8     Q.  Is he closer to the front of that crowd now?

9     A.  He is.

10              MS. AYERS-PEREZ:  All right.  I'm going to clear

11    out this circle.

12              And, Ms. Rouhi, if you could keep playing and

13    pause it at one minute and six seconds, please.

14              (Video playing)

15              MS. AYERS-PEREZ:  Actually, just play it through

16    to one minute and six seconds.

17    Q.  Okay.  If you could circle the gentleman in the

18    sunglasses again.

19    A.  (Witness complies)

20    Q.  Is he pretty close to that police line at this point?

21    A.  He is.

22    Q.  Okay.  And I'm going to clear out that circle.

23              And just as a reminder, what's on the other side

24    of that police line?

25    A.  It's a hallway.  And if they were to keep walking

1    straight, it's the House main door, entrance to the House

2    Chamber.

3              MS. AYERS-PEREZ:  Ms. Rouhi, let's go ahead about

4    one minute, one second to 2:07, and let's see if we can

5    figure out where he is then.  If you could fast forward it

6    to there, please.

7              Two minutes, seven seconds, Ms. Rouhi, please.

8              (Video playing)

9              MS. AYERS-PEREZ:  You can pause it there,

10   Ms. Rouhi.  Thank you.

11   Q.  Do you still see the gentleman with the sunglasses?

12   A.  Yes, ma'am.

13   Q.  Can you circle him for us.

14   A.  (Witness complies)

15   Q.  Does he look like he's moved even closer?

16   A.  He has.

17             MS. AYERS-PEREZ:  Okay.  I'm going to clear out

18   that circle?

19             Ms. Rouhi, if you could play to the three-minute-

20   zero-second mark.

21             (Video playing)

22             MS. AYERS-PEREZ:  Fast forward -- I'm sorry.  Fast

23   forward to the three-minute mark.

24   Q.  Can you see the gentleman with the sunglasses?

25   A.  I can't, but I can see a gentleman.  You can partially

1    see his glasses.  That may be him.

2           MS. AYERS-PEREZ:  Ms. Rouhi, if you can keep

3    playing from there.

4           I'll clear out that circle real quick, make it

5    easier for you.

6           (Video playing)

7           MS. AYERS-PEREZ:  Okay.  If you could pause it

8    there, Ms. Rouhi.

9    Q.   Do you see him now, Officer Brockwell?

10   A.   Yes, ma'am.

11   Q.   Could you go ahead and circle him for us.

12   A.   (Witness complies)

13   Q.   And we stopped at the three-minute-and-15-second mark.

14   And you've circled the gentleman in the sunglasses.

15          Is he still roughly about the same spot?

16   A.   He is.  Maybe just a little bit closer.

17   Q.   Okay.  Great.

18          MS. AYERS-PEREZ:  Ms. Rouhi, if you could fast

19   forward to about three minutes and 52 seconds and play it

20   from there.

21          (Video playing)

22   Q.   Do you see the gentleman in the sunglasses?

23   A.   I do.

24   Q.   Does he appear to be conversing with the gentleman in

25   the white construction hat?

1    A.  He looks to be talking to someone.  I can't tell who.

2    Q.  Okay.

3    A.  He's nodding his head a little bit.

4    Q.  Could you circle where you're seeing him.

5    A.  (Witness complies)

6    Q.  All right.  Thank you.  I'm going to clear that out for

7    you.

8            MS. AYERS-PEREZ:  Ms. Rouhi, if you could fast

9    forward to 4:31 and play it from there.

10           (Video playing)

11   Q.  Officer Brockwell, does the crowd seem to be moving

12   more?

13   A.  They are.

14   Q.  And what are they doing at this point?

15   A.  It looks like they're pushing forward.

16   Q.  Past that police line?

17   A.  Yes, ma'am.

18           MS. AYERS-PEREZ:  Ms. Rouhi, if you could go back

19   to that last minute, and if we could get a time-stamp there,

20   please.

21           (Video playing)

22           MS. AYERS-PEREZ:  Pause it there.  Just pause it

23   at 4:36, please.  That should work.

24   Q.  Okay.  And what's the time-stamp now?

25   A.  January 6, 2021, 2:35 and 55 seconds p.m.

1   Q.  Okay.  And is that the point where that mob has moved

2   past the police line or they're starting to move past that

3   police line?

4   A.  Yes, ma'am.

5   Q.  Okay.  Officer Brockwell, are there -- are we able to

6   see that House Chamber door, that main door, from CCTV

7   footage?

8   A.  No, ma'am.

9           MS. AYERS-PEREZ:  Okay.  So with Your Honor's

10  permission, if I could have him go back to Government's

11  102.01.

12  Q.  Were you able to unmute it?

13  A.  Yes.  Can you hear me?

14  Q.  Okay.  Perfect.  Thank you.  All right.

15          I've just handed you a purple Sharpie.

16          So we just watched the footage of the gentleman

17  with the black sunglasses going through the Capitol

18  building.  Can you show us on there the path that he took.

19  A.  From the time he came in until the end of the video?

20  Q.  Yes, Officer Brockwell.  Thank you.

21  A.  Yes.  It would be the same path this way.  So through

22  the exterior Rotunda doors, through the interior Rotunda

23  doors, made a left, came through Statuary Hall; and when we

24  finished watching the video, he was in this area.

25  Q.  Okay.  Great.

```
1              And so is that pretty much directly on that line
2         for the fastest route to the House Chamber?
3    A.   It is.
4    Q.   Are there other ways to get off of that track, if you
5         wanted to?
6    A.   Yes.  From the time you enter the building?
7    Q.   Yes.  So let's say you enter right there at those East
8         Rotunda doors.  Are there other directions you can go in?
9    A.   There is.  There are staircases.
10             Do you want me to mark it?
11   Q.   If you could put a big X on those areas.
12   A.   I mean, there's staircases.  If you wanted to go into
13        the offices, there's offices over here.  Elevators.
14   Q.   Is there a hallway there, Officer Brockwell?
15   A.   Yes, there's a hallway right here.
16   Q.   And you could go either direction there?
17   A.   Yes, ma'am.
18   Q.   All right.  So when you get into the Rotunda, can you
19        show us all the different ways you can leave there?
20   A.   You can exit back where they entered.  There's an exit
21        from the Rotunda right there, right there, right there.
22   Q.   All right.  And so let's say you take that path and you
23        go to the left.
24   A.   Yes, ma'am.
25   Q.   Are there other ways to exit that path from there?
```

1    A.  Yes.  There's a staircase right here.  There's another

2    staircase right here.

3    Q.  Okay.  And so let's say you continue on into Statuary

4    Hall.  Are there ways to exit from there?

5    A.  Yes.  There's a few offices off of Statuary Hall.

6    Q.  And let's say you continued down Statuary Hall.  Are

7    there ways to exit from there?

8    A.  There's no exits in this area unless you exit right here

9    or continue that way.

10   Q.  And let's say you get through that corridor.  Is there

11   another way to exit before the House main door?

12   A.  So -- yes.  If you're right here, you can go right or

13   left, so this way or this way.

14   Q.  I assume you've reviewed footage of January 6th as part

15   of your job?

16   A.  Yes, ma'am.

17   Q.  All right.  Have you seen Capitol rioters throughout

18   those areas?

19   A.  I have.

20   Q.  And so not everybody just walked in and went straight to

21   the House Chamber?

22   A.  That's correct.

23   Q.  That's okay.  Great.  If you could go back to the

24   witness stand.

25            THE COURT:  Agent Brockwell, why don't you put

1    your initials on the upper left-hand part of that board just

2    so that the jury will remember who it is.

3                    THE WITNESS:  Just my initials there?

4                    THE COURT:  Yes.

5                    THE WITNESS:  (Witness complies)

6                    MS. AYERS-PEREZ:  Thank you.

7                    Thank you, Your Honor.

8    BY MS. AYERS-PEREZ:

9    Q.  All right.  Officer Brockwell, I'm going to pull up

10   Government's 406.01.

11                   MS. AYERS-PEREZ:  Actually, Ms. Rouhi will be

12   pulling up Government's Exhibit 406.01.

13   Q.  Can you tell us the time-stamp here.

14   A.  January 6, 2021, 2:53 and 58 seconds p.m.

15   Q.  Is this the same angle or video that we were looking at

16   prior to this?

17   A.  It is.

18   Q.  All right.  Is this the next time that we see the

19   gentleman with the sunglasses on video, on the CCTV?  Not in

20   this frame but --

21   A.  I don't see him in this video.

22   Q.  In reviewing previous videos, do you see him between

23   that 2:35 time and 2:53?

24   A.  I do not.

25                   MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you could

1    play to about four seconds.

2              (Video playing)

3    Q.  Do you see the gentleman with the sunglasses there?

4    A.  I do.

5    Q.  Could you circle him for us.

6    A.  (Witness complies)

7              MS. AYERS-PEREZ:  Ms. Rouhi, could you go to

8    Government's Exhibit 102, please.

9              I'm going to clear out that circle.

10   Q.  Okay.  I think it will be easier for me if we explain

11   this with a map, Officer Brockwell.

12   A.  Okay.

13   Q.  So can you point out where it is we're looking at in

14   that video we just saw?

15   A.  The last one, they were right in this area.

16   Q.  Okay.  And that's right where they were before at the

17   2:35 mark?

18   A.  Correct.

19   Q.  So beyond that, we have -- what do we have beyond that

20   in this direction?

21   A.  There's two hallways or one hallway.  You can either go

22   left or right.

23   Q.  And if you went straight?

24   A.  You would end up at the House main door entrance to the

25   Chamber.

1    Q.  Okay.  And we don't have any CCTV footage of somebody in

2    the House main door?

3    A.  Correct.

4    Q.  But if somebody went through there and went down either

5    one of those hallways, would you be able to see them?

6    A.  Yes.

7    Q.  Okay.  Have you reviewed CCTV footage of those hallways

8    between 2:35 p.m. and 2:53 p.m. on January 6th?

9    A.  Uh-huh.

10   Q.  Did you see the gentleman with the sunglasses go down

11   either one of those hallways at any point?

12   A.  I did not.

13   Q.  Did you see the woman he was traveling with with the

14   sunglasses going down either one of those hallways at any

15   point?

16   A.  I did not.

17   Q.  Okay.  So if somebody's on camera where we saw them at

18   2:35 and again at 2:53 --

19   A.  Yes, ma'am.

20   Q.  -- and they go off camera, what are the ways that they

21   can exit from that area?

22          And before you do that, I apologize, I'm going to

23   clear this out, these lines that we have down the hallway

24   right outside the House Chamber door.

25   A.  Okay.  To exit the area, you said?

```
 1    Q.  Yes.

 2    A.  Yes, they would have to go down this hallway or this

 3    hallway or go back from where they came.

 4    Q.  And if they went forward?

 5    A.  They would end up in this area.

 6    Q.  Okay.  Is there video footage of the two hallways that

 7    we've gone -- you've drawn a line down the two hallways

 8    right outside that House Chamber on the left-hand side of

 9    the map?

10    A.  Yes, ma'am.

11    Q.  Okay.  And those are the video cameras you've reviewed?

12    A.  Correct.

13    Q.  And you did not see them?

14    A.  Correct.

15    Q.  And there's video footage of them going back into

16    Statuary Hall?

17    A.  Yes, ma'am.

18    Q.  And you don't see them until that 2:53 mark?

19    A.  Correct.

20    Q.  So what is the only place someone could be where they

21    wouldn't be captured on camera during that time period?

22    A.  There's a little area between the exterior Chamber doors

23    and the interior Chamber doors -- it's about, I don't know,

24    ten steps deep and maybe five steps wide -- where there's no

25    footage.
```

1    Q.  And is that where you've circled here on the map --

2    A.  Yes, ma'am.

3    Q.  -- in the middle of the hallway in that doorway outside

4    the House Chamber?

5    A.  Correct.

6              MS. AYERS-PEREZ:  Okay.  I'm going to clear this.

7              And if we could go back to Government's 406.01,

8    Ms. Rouhi.  And if you could go ahead and play that.

9              MS. ROUHI:  From four seconds?

10             MS. AYERS-PEREZ:  Yes, thank you, from four

11   seconds.

12             MR. BRENNWALD:  Is this 406.01 still?

13             MS. AYERS-PEREZ:  Yes, it's 406.01.

14             (Video playing)

15   Q.  All right.  Officer Brockwell, do they appear to be

16   moving as quickly as they were before?

17   A.  They don't.

18   Q.  And we're talking about the gentleman in the sunglasses

19   again, correct?

20   A.  Correct.

21   Q.  Where are they headed towards?

22   A.  Back towards Statuary Hall.

23             MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you want to

24   pause that.  And then if we could pull up Government's

25   407.01.

1    That was not part of the list I gave earlier, Your

2    Honor, because it was in evidence as of yesterday.

3    THE COURT:  Very well.

4    Q.  All right.  Officer Brockwell, we've already watched

5    this here in the courtroom so I'm not going to play the

6    whole thing through.

7    A.  Okay.

8    MS. AYERS-PEREZ:  Ms. Rouhi, if you could go ahead

9    and play it, and I'll let you know when to stop.

10    (Video playing)

11    MS. AYERS-PEREZ:  All right.  Ms. Rouhi, if you

12    could pause right there at the eight-second mark.

13    Q.  Do you see the gentleman with the sunglasses, Officer

14    Brockwell?

15    A.  Yes, ma'am.

16    Q.  Could you go ahead and circle him for us.

17    A.  (Witness complies)

18    Q.  Where are they headed to now, or what direction are they

19    headed?

20    A.  They're headed north, through Statuary Hall.  If you

21    keep walking straight, you'll end up back in the Rotunda.

22    Q.  Great.

23    MS. AYERS-PEREZ:  I'm going to clear out that

24    circle.

25    All right.  Ms. Rouhi, if you could play through

1    until the two-minute-and-48-second mark, please.

2            (Video playing)

3            MS. AYERS-PEREZ:  Or, I'm sorry, if you could fast

4    forward to the two-minute-and-48-second mark.  If you could

5    play it from there.

6            (Video playing)

7    Q.  Officer Brockwell, is that group now being pushed over

8    into what area?

9    A.  Towards the Rotunda area.

10   Q.  Okay.  Perfect.

11           MS. AYERS-PEREZ:  Ms. Rouhi, if you could bring up

12   Government's 408.01.

13   Q.  What are we looking at here, Officer Brockwell?

14   A.  That's the Capitol Rotunda, second floor.

15           MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you could

16   go ahead and play that.

17           (Video playing)

18   Q.  I want to draw your attention to the left-hand side of

19   the screen.

20           MS. AYERS-PEREZ:  Ms. Rouhi, if you could pause

21   there.

22   Q.  I'll make a circle right here.

23           Do you see the gentleman with the sunglasses over

24   there on the left-hand side of the screen, Officer

25   Brockwell?

```
 1    A.   I do.

 2    Q.   Okay.  What direction is he headed towards?

 3    A.   Back to the East Rotunda doors.

 4              MS. AYERS-PEREZ:  Okay.  I'm going to clear out

 5    that circle.

 6              Ms. Rouhi, if you could keep playing, please.

 7              (Video playing)

 8              MS. AYERS-PEREZ:  If you could pause right there,

 9    Ms. Rouhi, at the 37-second mark.

10    Q.   Officer Brockwell, do you see something happening with

11    the statue over there on the left-hand side of the screen?

12    A.   Yes.  It looks like someone is standing on the statue.

13    Q.   Could you draw a picture of that -- I'm sorry, Officer,

14    could you circle that.  My apologies.

15    A.   (Witness complies)

16    Q.   Okay.  Great.  And do you notice those white shoes that

17    we were talking about earlier?

18    A.   Yes, ma'am.

19    Q.   Okay.  And does the person appear to have paperwork in

20    their hands?

21    A.   It's hard to tell.  It's something white in color.

22              MS. AYERS-PEREZ:  Okay.  I'm going to go ahead and

23    clear that out.

24              And if we can keep playing, Ms. Rouhi.

25              (Video playing)
```

1          MS. AYERS-PEREZ:  Ms. Rouhi, if you could -- no,

2     keep going.  I apologize.

3               (Video playing)

4          MS. AYERS-PEREZ:  If you could pause right there,

5     Ms. Rouhi.  I'm pausing at one minute, 57 seconds.

6     Q.  Do you see the gentleman with the sunglasses over there

7     by the statue, Officer Brockwell?

8     A.  I do.

9     Q.  Could you circle him for us.

10    A.  (Witness complies)

11    Q.  Does he have something up to his mouth at this point?

12    A.  It looks like a microphone.

13    Q.  Like a bullhorn maybe?

14    A.  Yes.  Yes, sorry, a bullhorn.

15          MS. AYERS-PEREZ:  I'm going to clear out your

16    circle.

17          And if you can keep playing, Ms. Rouhi.

18               (Video playing)

19    Q.  All right.  Does the gentleman in the sunglasses now

20    appear to be standing on something?

21    A.  It looks like he's standing on the bench that's beside

22    the statue, but it's hard to tell.  I can't really see it.

23               (Video playing)

24          MS. AYERS-PEREZ:  All right.  If you could pause

25    there, Ms. Rouhi, at the two-minute-and-33-second mark.

1   Q.  Has he joined the woman there on top of the statue now,

2   Officer Brockwell?

3   A.  Yes, ma'am.

4   Q.  Could you go ahead and draw a circle for us.

5   A.  (Witness complies)

6   Q.  And you said you've been with the Capitol Police for a

7   while now?

8   A.  Yes, ma'am.

9   Q.  Have you ever run across adults standing on a statue

10  inside the Capitol?

11  A.  Not inside the Capitol, no.

12  Q.  Is that something you normally deal with, problems with

13  a statue inside the Capitol?

14  A.  If we have any problems like that, it's usually school

15  children touching statues they're not supposed to be

16  touching, things like that, or laying items on them.

17  Q.  But even they aren't standing on them?

18  A.  Correct.

19          MS. AYERS-PEREZ:  All right.  I'm going to clear

20  out this circle.

21          Ms. Rouhi, if you could go forward one minute to

22  the three-minute-and-33-second mark, please.  I mean fast

23  forward to the three-minute-and-33-second mark.

24  Q.  All right.  Officer Brockwell, do we still see them

25  there, standing on the statue?

```
 1    A.  Yes.  It looks like they're still there.  It's hard to
 2    tell.  It's blurry.
 3              MS. AYERS-PEREZ:  Okay.  If you can go ahead and
 4    play that, Ms. Rouhi.
 5              (Video playing)
 6              MS. AYERS-PEREZ:  All right.  If you pause it
 7    right there.
 8    Q.  Is that a better angle there at three minutes and 35
 9    seconds?
10    A.  Yes, ma'am.
11    Q.  Are we still seeing them there on the statue?
12    A.  That's correct.
13    Q.  Could you circle that for us.
14    A.  (Witness complies)
15    Q.  And it's been over a minute now.
16              Is there a crowd gathered there that I see,
17    Officer Brockwell?
18    A.  Yes, it does look like a crowd has gathered.
19    Q.  Are they facing towards where this statue is with the
20    people standing on it?
21    A.  It looks that way.
22    Q.  All right.  Is that concerning for you as an officer, to
23    have a crowd there?
24    A.  No one was supposed to be there because the building was
25    closed, so yes.
```

1    Q.  Right.  But if somebody is doing something to bring a

2    crowd together, is that even more concerning in that moment?

3    A.  Yes.

4    Q.  Why?

5    A.  Because someone's on a statue, they have a bullhorn, and

6    a crowd is forming.  That's usually what happens when

7    there's demonstrations and whatnot, so it comes to our

8    attention.

9            MS. AYERS-PEREZ:  Ms. Rouhi, if you could fast

10   forward one more minute to four minutes and 36 seconds.  You

11   can go ahead and play that.

12           (Video playing)

13   Q.  Officer Brockwell, are they still standing on the statue

14   now?

15   A.  Yes, ma'am.

16   Q.  And what's the time-stamp now?

17   A.  Do you want to pause it?

18           MS. AYERS-PEREZ:  If we can pause it, Ms. Rouhi.

19   A.  January 6, 2021, at 3:03 and five seconds p.m.

20   Q.  Perfect.

21           MS. AYERS-PEREZ:  All right.  Ms. Rouhi, if you

22   could continue playing that, please.

23           (Video playing)

24           MS. AYERS-PEREZ:  Ms. Rouhi, could you pull up

25   Government's 409.01.

1    Q.  All right.  And what's the time-stamp now, Officer

2    Brockwell?

3    A.  January 6, 2021, at 3:12 and 22 seconds p.m.

4    Q.  Okay.  And what are we looking at now?

5    A.  That's the camera facing towards the Rotunda area from

6    the east steps on the Rotunda.

7    Q.  So are we getting closer to that East Rotunda door?

8    A.  Correct.

9    Q.  And a potential exit?

10   A.  Correct.

11   Q.  All right.  I'm going to circle this right here at the

12   top on the right-hand side.  Do you see anybody in that

13   circle?

14   A.  I do.

15   Q.  Who do you see?

16   A.  The gentleman with glasses.

17   Q.  Is that the same gentleman we've seen throughout the

18   course of this footage here this morning?

19   A.  That's correct.

20          MS. AYERS-PEREZ:  I'm going to clear out my

21   circle.

22          Ms. Rouhi, if you could go ahead and play that.

23          (Video playing)

24   Q.  Officer Brockwell, as we watch this, let me ask you,

25   does it look like there's a pretty fair amount of people

```
1    here?

2    A.  It does.

3    Q.  All right.  Do you see --

4            MS. AYERS-PEREZ:  Ms. Rouhi, if you could pause it

5    right there at 16 seconds.

6    Q.  Do you see a woman with the gentleman in the sunglasses

7    in front of him?

8    A.  Yes.  It looks like there is a woman in front of him,

9    yes.

10   Q.  Okay.  Can you circle that for us.

11   A.  (Witness complies)

12           MS. AYERS-PEREZ:  I'm going to clear that circle.

13           And, Ms. Rouhi, if you could keep playing, please.

14           (Video playing)

15           MS. AYERS-PEREZ:  If you could pause it there,

16   Ms. Rouhi.

17   Q.  Was that gentleman in the sunglasses doing something

18   with his arm there that we saw?

19   A.  It looked like he was moving it.

20   Q.  Okay.  Can you demonstrate what you just saw?

21   A.  Like this (Indicating).

22   Q.  Did you see a lot of people doing that on January 6th?

23           Let me ask you another question, Mr. Brockwell.

24   Did you hear a lot of chanting on January 6th?

25   A.  I did.
```

1    Q.  Okay.  Did you see people moving their fists while they

2    were chanting?

3    A.  On January 6th?

4    Q.  Or in other protests you've seen?

5    A.  Yes.

6            MS. AYERS-PEREZ:  Okay.  If you could go ahead and

7    continue playing, Ms. Rouhi.

8            (Video playing)

9            MS. AYERS-PEREZ:  Ms. Rouhi, if you could pause

10   right there at 53 seconds.

11   Q.  Officer Brockwell, when we first started watching this

12   where was the gentleman with the sunglasses?

13   A.  He was back here.

14   Q.  Okay.  Has he moved forward since then?

15   A.  He has.

16   Q.  Does he seem to be having that many problems moving

17   through a crowd?

18   A.  It doesn't appear to be too difficult.

19           MS. AYERS-PEREZ:  Okay.  I'm going to clear out

20   your circle, which is right there on kind of the right-hand

21   side of the screen a little bit left of the pillar.

22           Ms. Rouhi, if you could continue playing, please.

23           (Video playing)

24           MS. AYERS-PEREZ:  Ms. Rouhi, if you could pause

25   there at 1:42.

1    Q.  Officer Brockwell, do you see the gentleman in the

2    sunglasses?

3    A.  I do.

4    Q.  Can you circle him for us again.

5    A.  (Witness complies)

6    Q.  Perfect.  Right there at the bottom right-hand corner of

7    the screen.

8              If he keeps going in that direction, does it look

9    like he's going to go off camera soon?

10   A.  Yes, ma'am.

11   Q.  What direction is he facing toward?

12   A.  Towards the exit doors, Rotunda exit doors.

13   Q.  Perfect.  And what's the time-stamp here?

14   A.  January 6, 2021, at 3:14:03 p.m.

15             MS. AYERS-PEREZ:  Okay.  I'm going to clear out

16   that circle.

17             Ms. Rouhi, if you could keep playing that.

18             (Video playing)

19             MS. AYERS-PEREZ:  Ms. Rouhi, if you could fast

20   forward about 40 seconds to the two-minutes-43-second

21   time-stamp and play from there.  If you could play that,

22   please.

23             (Video playing)

24   Q.  Officer Brockwell, is the gentleman with the sunglasses

25   still there on screen?

```
1    A.   Yes.

2    Q.   Okay.  And so we ended around that three-minute-15-

3    second mark; is that correct, Officer Brockwell?

4    A.   Could you rewind that so I can --

5              MS. AYERS-PEREZ:  Could you rewind it, Ms. Rouhi,

6    please, to that last about five seconds.

7              (Video playing)

8    A.   Yes, it was 3:15.

9    Q.   And from there you just have an exit to the Capitol?

10   A.   Ma'am?

11   Q.   And if you keep going forward, there's just the exit to

12   the Capitol?

13   A.   Yes, ma'am.

14   Q.   All right.  I'm going to show you what's been marked as

15   Government's Exhibit 801.

16             Do you recognize this, Officer Brockwell?

17   A.   I do.

18   Q.   Have you reviewed this before?

19   A.   I have.

20   Q.   Is this a fair and accurate representation of what

21   you've seen on January 6th and in the videos since then?

22   A.   Yes, ma'am.

23             MS. AYERS-PEREZ:  I would move to admit

24   Government's 801 into the record, Your Honor.

25             MR. BRENNWALD:  No objection.
```

```
 1                    THE COURT:  So moved.

 2                    This is a summary exhibit?

 3                    MS. AYERS-PEREZ:  Yes, Your Honor.

 4                    THE COURT:  Okay.

 5    Q.  All right.  Officer Brockwell, what are we looking at

 6    here?

 7    A.  That's different cameras throughout the Capitol and the

 8    location of where they are.

 9    Q.  Okay.  And I see a middle column called "Time."  What is

10    that in reference to?

11    A.  That's the time of the videos or the exhibits.

12    Q.  So can you read just the top three sentences there at

13    the very top of the exhibit starting with "Summary."

14    A.  "Summary CCTV video showing man in black jacket, pink

15    scarf, and sunglasses in the U.S. Capitol on January 6,

16    2021."

17    Q.  Okay.  And so we have a column named "Exhibits."  Is

18    that what we just looked at?

19    A.  Yes, ma'am.

20    Q.  The times, does that reference when he's on those

21    exhibits?

22    A.  Correct.

23    Q.  All right.  And the "Location," what is that?

24    A.  That's where the camera is, the location of the camera.

25    Q.  Okay.  Perfect.
```

1                    MS. AYERS-PEREZ:  All right.  Ms. Rouhi, you can

2     take it down, please.

3     Q.  All right.  Officer Brockwell, I want to go back and

4     kind of change gears and talk about your day on January 6th.

5     A.  Okay.

6     Q.  Were you there at the Capitol?

7     A.  I was.

8     Q.  Okay.  And we talked about that you had arrived about

9     8:30?

10    A.  Yes, ma'am.

11                   MS. AYERS-PEREZ:  All right.  Ms. Rouhi, if you

12    could pull up Government's Exhibit 102, please.

13                   THE COURT:  Ms. Ayers-Perez, we're at about the

14    hour-and-a-half mark almost, so why don't we take our

15    morning break.

16                   MS. AYERS-PEREZ:  Yes.  Thank you, Your Honor.

17                   THE COURT:  All right.  No discussions about the

18    case, no research about the case.  We'll reconvene in 15

19    minutes.

20                   (Jury exits courtroom)

21                   (Recess taken)

22                   THE COURT:  Okay.  Welcome back.  You can recall

23    the witness.

24    BY MS. AYERS-PEREZ:

25    Q.  All right.  Officer Brockwell, welcome back.

1   A.  Okay.

2   Q.  So we left off, we were talking about your day on

3   January 6th.

4   A.  Uh-huh, yes, ma'am.

5   Q.  So generally speaking, what did you expect your day to

6   look like then?

7   A.  I knew it was going to be a busy day.  Whenever there's

8   a joint session of Congress and the House and the Senate are

9   in the same chamber, it's busy.  Right?

10            In regard to, like, the demonstrations and stuff,

11  we thought it was just going to be busier than usual.  That

12  was my expectation going into the day.

13  Q.  Working inside the House Chamber, were you concerned at

14  that point about any of the demonstrations?

15  A.  I was not.

16  Q.  Okay.  Because you were inside the Capitol?

17  A.  Correct.

18  Q.  Did you have any sort of communication system on you

19  that day to --

20  A.  Yes.  We have a department-issued phone, and we also

21  have a radio.

22  Q.  Okay.  Did you have your radio on you that day?

23  A.  I did.  And working on the Chambers session, we have our

24  own channel, but typically officers scan so we can hear

25  what's going on across the Hill, so we scan all the channels

1    on our network.  And that's what I was doing.

2    Q.  Okay.  Did anything -- I mean, was January 6th a normal

3    day?  Did it end up being a normal day?

4    A.  It did not.

5    Q.  When did you realize it wasn't going to be normal?

6    A.  So the first start of I knew things weren't looking too

7    great is when I heard on the radio that there was a breach

8    on one of the exterior perimeters.  And shortly thereafter

9    the radio traffic picked up, and it was -- it became very

10   chaotic very quickly.

11   Q.  What were you hearing?

12   A.  I was hearing calls from more officers, 10-33s, a lot of

13   medical calls.  A 10-33 is when an officer needs assistance.

14   It's usually important, critical to get there fast.

15            A lot of calls were going unanswered because

16   people were just getting on the radio.  I'm not sure if

17   everybody got a response.  It was just -- it was very

18   chaotic.

19   Q.  Were officers able to respond to all those calls for

20   help that you could hear?

21   A.  On the radio?  I don't believe so.  I don't know if

22   all -- if an officer actually responded to every call in

23   need, but I would think that they did not respond to all

24   calls.

25   Q.  At some point did you become aware that rioters had

1    gotten inside the Capitol building?

2    A.  Yes.  We heard that on the radio, and I was working the

3    Lobby East side, and I saw the protective detail for the

4    leadership of Congress escorting the members off the House

5    floor.  And that's when I really knew things were bad.

6    Q.  When you say "escorting the members," were all members

7    escorted off the House floor?

8    A.  At that time, no.  It was just the leadership.

9    Q.  Okay.  So what did you do at that point?

10   A.  So shortly thereafter there was a call to lock down the

11   House Chamber.  And when that call went out, I went and

12   checked a couple of the offices on the outside of the

13   Chamber to bring them inside, because it's like a safe

14   haven.  So I checked the Speaker's floor staff office, the

15   members -- the women's restroom, members' restroom,

16   parliamentarian's office to get all those people onto the

17   House floor before you secured the Chamber.

18   Q.  All right.  Officer Brockwell, I'm going to bring up

19   Government's Exhibit 102.

20   A.  Uh-huh.

21   Q.  Can you show us on here where you were clearing out

22   offices.

23   A.  Ma'am?

24   Q.  Can you show us on this map --

25   A.  Yes, ma'am.  Yes, the women's -- the restroom's right

1    here.  There were a couple of members of Congress in there.

2    Parliamentarian's office right here.  And this is one of the

3    Speaker's floor staff offices.

4    Q.  Okay.  So you circled some offices there outside the

5    House Chamber on the left-hand side of that.

6    A.  That's correct.

7    Q.  Okay.  After you did that -- and do you remember about

8    what time of day that was?

9    A.  I don't remember the time.

10   Q.  Okay.  After you did that, what did you do?

11   A.  So after all those people made it inside the House

12   Chamber, I made my way around in this direction to see what

13   officers and what was going on directly on the outside of

14   the Chamber.

15            There were some protesters up here at the upper

16   House steps, the exterior doors.  They hadn't come in at

17   that point.

18            I made my way back around to Lobby East where I

19   started.  I notified my supervisors that we don't have any

20   officers.  I may have seen one or two officers in the

21   hallway when I was making my way around to check.

22            My supervisor advised me to get inside the

23   Chamber.  So they unlocked the doors, I went inside, and

24   they resecured the Chamber.

25   Q.  Okay.  And so just to describe what you've put here on

 1    Government's Exhibit 102, you've drawn a line around the

 2    House Chamber --

 3    A.  Yes, ma'am.

 4    Q.  -- to the right and then up from there.

 5    A.  Uh-huh.

 6    Q.  And then you also drew an X there at the steps down next

 7    to the House side, south side?

 8    A.  Yes.  The X is where the exterior doors are if you

 9    wanted to come out to exit the building or enter the

10    building.

11    Q.  All right.  I'm going to clear that for you.

12              So you're inside the House Chamber.  And you said

13    the door is locked.  Is that a sort of lockdown?

14    A.  Yes.  We locked down the Chamber.

15    Q.  Have you ever done that before?

16    A.  One other time.

17    Q.  Okay.  So --

18    A.  Other than exercises, of course.

19    Q.  Right.  So what consists of -- what do you do when

20    you're locking down the House Chamber?

21    A.  Not to go into too much detail, you just lock all the

22    doors --

23    Q.  Okay.

24    A.  -- that enter the Chamber.

25    Q.  Did you do anything else that day to secure doors?

1    A.  Yes.  So when I got called inside, sometime in the next

2    few minutes we started to put furniture in front of the

3    lobby doors.  So I helped put furniture in front of the

4    Lobby West doors, which are over here.

5              Furniture was also put in front of the Lobby East

6    doors.  I'm not sure who did that, but I helped put

7    furniture in front of the Lobby West doors.

8    Q.  Okay.  I'm going to show you what's been marked as

9    Government's Exhibit 201.

10             Sorry, before I do that, you had put an X there at

11   the top of the House Chamber and a circle there at the

12   bottom.

13   A.  Yes.  The X was the Lobby West doors.  The circle was

14   the Lobby East doors.

15   Q.  Okay.  I'm going to clear that out, and then I'm going

16   to pull up what's been marked as Government's Exhibit 201.

17   Do you recognize this?

18   A.  I do.

19   Q.  Okay.  Without going into detail about it, is this a

20   fair and accurate representation of how this looked there on

21   January 6th?

22   A.  That's correct.

23   Q.  And is this from inside the House Chamber?

24   A.  Yes, ma'am.

25             MS. AYERS-PEREZ:  All right.  I'm going to move to

1    admit Government's Exhibit 201 into evidence, Your Honor.

2              MR. BRENNWALD:  And I'm going to agree.

3              THE COURT:  So moved.

4    Q.  Okay.  All right, Officer Brockwell, what are we looking

5    at here?

6    A.  That's the interior of the Lobby East -- I mean, Lobby

7    West doors.

8    Q.  And what's there in front of --

9    A.  That's some of the furniture we took from the lobby area

10   and put in front of the Lobby West doors.

11   Q.  Why did you do that?

12   A.  The doors aren't very strong, and we knew there were

13   large groups of people inside the building.

14   Q.  Were you concerned about anything in particular?

15   A.  People breaking through the doors.

16   Q.  Okay.  Were congressmen and women still inside the

17   Chamber at this point?

18   A.  They were.

19   Q.  Were staffers inside the Chamber at this point?

20   A.  Yes, ma'am.

21   Q.  If someone were to get inside that Lobby West door,

22   would they be able to get inside the House Chamber?

23   A.  Yes, ma'am.

24   Q.  Okay.  I'm going to show you what's been marked as

25   Government's Exhibit 203.

1          Do you recognize this, Officer Brockwell?

2     A.  I do.

3     Q.  And without going into details about what it is, is this

4     a fair and accurate representation of how this looked on

5     January 6th?

6     A.  That's correct.

7          MS. AYERS-PEREZ:  Your Honor, I'd move to admit

8     Government's 203 into evidence.

9          MR. BRENNWALD:  No objection.

10         THE COURT:  So moved.

11    Q.  All right.  Officer Brockwell, what are we looking at

12    here?

13    A.  That's the interior of the House main door area.

14    Q.  Okay.

15    A.  And its furniture in front of it.

16    Q.  So we've been talking about the House main door a lot

17    today.  Is that the door we've been talking about?

18    A.  Yes, ma'am, from the inside of the Chamber, yes.

19    Q.  Okay.  Were you near this door at all that day?

20    A.  Yes.  After we were done or almost done putting the

21    furniture in front of the Lobby West doors, one of our

22    supervisors came into the lobby area and said he needed some

23    people to respond to the House main door area.  They're

24    about to break -- he made some reference about "they're

25    about to break into the House main door."  So that's when I

1    went to this area.

2    Q.  What did you observe when you got to that area?

3    A.  When I got there, there were just a lot of people.  I

4    don't know how many.  It was just loud.  They were beating

5    on the door.  I don't know if they were kicking it, hitting

6    it.  They were appearing to try to break into the House

7    Chamber.

8    Q.  Was this picture taken during it -- during the riot or

9    afterwards?

10   A.  That would be afterwards.  When we first got out there,

11   we went and got furniture and put it in front of the door.

12   Q.  Okay.  I'm going to circle right here in the upper-left

13   part of the picture.  Do you see what I circled there?

14   A.  Yes, ma'am.

15   Q.  Do you know what that is?

16   A.  It's -- they used something to break the glass, and it

17   shattered it into that powdery substance.

18          At the time me and the officers and the members of

19   Congress around the House main doors thought it was possibly

20   gunshots because of the loud bang and the dust particles.

21   Q.  You mentioned earlier that some congressmen and women

22   had been evacuated.  Did you see them evacuate?

23   A.  I did.

24   Q.  How did they look?

25   A.  Scared, confused, scared, just --

1    Q.  Had you ever seen them look like that before?

2    A.  Not like that.

3            MS. AYERS-PEREZ:  All right.  I'm going to clear

4    off this circle.

5            Ms. Rouhi, if you could pull up Government's

6    Exhibit 502.1.

7    Q.  Do you recognize this, Officer Brockwell?

8    A.  I do.

9    Q.  Is this a video?

10   A.  Yes.

11   Q.  Do you appear in this video multiple times?

12   A.  I do.

13   Q.  Is this a fair and accurate representation of what

14   occurred on January 6th during this time period?

15   A.  That's correct.

16           MS. AYERS-PEREZ:  Your Honor, I'd move to admit

17   Government's 502.1 into evidence.

18           MR. BRENNWALD:  No objection.

19           THE COURT:  So moved.

20   Q.  All right.  Officer Brockwell -- without playing it yet,

21   Ms. Rouhi -- what are we looking at here?

22   A.  That's the House main door area from inside the Chamber

23   with the furniture in front of the door.

24   Q.  Okay.  Can you circle that House main door for us.

25   A.  (Witness complies)

1    Q.   Okay.  And that's that same door we've been talking

2    about all day?

3    A.   Yes, ma'am.

4    Q.   All right.  I'm going to clear off that circle that's

5    there in the middle of the screen.

6              Are you in this picture?

7    A.   I am.

8    Q.   Can you circle yourself, please.

9    A.   (Witness complies)

10   Q.   All right.  Who are you surrounded by?

11   A.   Police officers, and in this picture it looks like two

12   members of Congress.

13   Q.   Can you show us who the members of Congress are.

14   A.   (Witness complies)

15   Q.   You've circled the gentleman in the long-sleeved white

16   shirt and the gentleman in the long-sleeved blue shirt,

17   correct?

18   A.   Yes, ma'am.

19   Q.   All right.  I'm going to clear those off.

20              And do you have anything in your hands here?

21   A.   My firearm.

22   Q.   And why is that?

23   A.   Because we didn't know if it was ten people on the

24   outside or a hundred people or 10,000.  It was just loud.

25   And they were actively trying to break into the House

1    Chamber.

2    Q.  Were you concerned for people inside the House Chamber

3    at that time?

4    A.  Yes.

5    Q.  So I'm going to circle right here in the middle of the

6    screen.  Is that a time-stamp I'm looking at?

7    A.  It is.

8    Q.  It's a little -- it's military time; is that correct?

9    A.  Correct.

10   Q.  But would that be about 2:44 p.m.?

11   A.  Yes, ma'am.

12           MS. AYERS-PEREZ:  All right.  I'll clear that

13   circle.

14           Okay.  Ms. Rouhi, if you could play the video

15   until about the 12-second mark.

16           (Video playing)

17   Q.  Okay.  I see the gentleman in the white shirt.  Is that

18   who you had identified as a congressman before?

19   A.  Yes.

20   Q.  What is he doing in this or what does it appear like

21   he's doing?

22   A.  They were trying to talk to them, get them to stop.  I

23   remember them saying like something "this isn't the way you

24   go about your cause" kind of thing.

25   Q.  When you say "they," are you talking about the

1    congressman?

2    A.  "They" as in the protesters on the other side of the

3    door.

4    Q.  Okay.  They're trying to get them to stop?  Can you say

5    that again.  I'm sorry, I don't think I understood.

6    A.  The member of Congress was trying to tell them to stop

7    what they were doing, that this isn't the right way to go

8    about getting your cause, or whatever it was you wanted.

9    Q.  Okay.  So he's trying to negotiate with them?

10   A.  Right.

11   Q.  Did it work?

12   A.  No.

13   Q.  What did you hear after he was trying to negotiate with

14   them?

15   A.  It was a bunch of -- I don't remember exactly what was

16   said.  It was just a bunch of loud screamings, people

17   cussing.  It was just things like that.

18   Q.  Was there banging on the door?

19   A.  Yes.

20   Q.  On the windows?

21   A.  Yes.

22   Q.  All right.  Did any of that banging, yelling, screaming

23   stop when the congressman was trying to negotiate?

24   A.  No.

25   Q.  Did you provide any instructions or any other Capitol

1    Police officers provide any instructions for the rioters on

2    the other side of the door?

3    A.  Yes.  I mean, we were telling them to stop, leave, don't

4    come in the room.  Basically the entire time we were

5    hollering at them to stop.

6    Q.  Did any of that stop the sounds, the banging, the

7    screaming?

8    A.  No.

9           MS. AYERS-PEREZ:  Ms. Rouhi, if you could play for

10   ten more seconds until the time-stamp says 2:44:45.  I'm

11   sorry, I'm going with the time on the screen, so 22 seconds.

12   I apologize.

13           (Video playing)

14           MS. AYERS-PEREZ:  You can pause there.

15   Q.  All right.  Officer Brockwell, it looks like everybody

16   just turned to the back.  Do you know why that happened?

17   A.  I believe that's when we heard a gunshot from the Lobby

18   East area.

19           MS. AYERS-PEREZ:  Okay.  Ms. Rouhi, if you could

20   continue playing, and I'll let you know when to stop.

21           (Video playing)

22           MS. AYERS-PEREZ:  If you could pause it right

23   there, Ms. Rouhi, at 28 seconds.

24   Q.  What is this upper area we're looking at, Officer

25   Brockwell?

1    A.  That's the House gallery area.  And this area right here

2    is the press gallery where press typically sits.

3    Q.  Okay.  And you've drawn a big circle there on the right-

4    hand side of the screen.

5    A.  Yes, ma'am.

6    Q.  So the gallery, is that this right here?

7    A.  Yes.  And it goes all the way around the Chamber and

8    meets up to our --

9    Q.  Who normally sits in the gallery on a normal day?

10   A.  So preCOVID, that's where it can -- tourists can come

11   sit and observe Congress.  Staff, members of Congress will

12   bring groups up there to observe Congress preCOVID, during a

13   typical day.

14   Q.  On January 6th, who was up in the gallery?

15   A.  So on January 6th, because of COVID, it was members of

16   Congress would go up and use the gallery area as an

17   extension of the House floor so everybody's not

18   congregating.

19          MS. AYERS-PEREZ:  Ms. Rouhi, if you could continue

20   playing.

21          (Video playing)

22          MS. AYERS-PEREZ:  If you could pause right there,

23   Ms. Rouhi.

24   Q.  Over on the right-hand side of the screen, Officer

25   Brockwell, are there still people up there?

1    A.  Yes.  Those are the press people in the press gallery.

2    Q.  Correct.

3           MS. AYERS-PEREZ:  Ms. Rouhi, if you can continue

4    playing.

5           (Video playing)

6           MS. AYERS-PEREZ:  Ms. Rouhi, if you could pause it

7    right there at one minute and 38 seconds.

8    Q.  What are we seeing here, Officer Brockwell?

9    A.  It looks like members, staff and officers up in the

10   third-floor gallery of people taking cover behind some of

11   the seats.

12   Q.  Okay.  So there are congressmen or women up there?

13   A.  That's correct.

14          MS. AYERS-PEREZ:  All right.  If you could keep

15   playing, Ms. Rouhi.

16          (Video playing)

17          MS. AYERS-PEREZ:  If you could pause right there,

18   Ms. Rouhi, at one minute and 44 seconds.

19   Q.  Are those more congressmen and women?

20   A.  Yes, ma'am.

21   Q.  And what are they doing?

22   A.  It looks like they're taking cover behind the front

23   railing of the gallery and behind some of the chairs.

24   Q.  And all of that is because of the threat you're

25   receiving at the doors to the House Chamber?

1          MR. BRENNWALD:  Objection, Your Honor, as to their

2      knowledge of why.

3          THE COURT:  I'm sorry, I can't hear you.

4          MR. BRENNWALD:  She asked why people were taking

5      cover.

6          THE COURT:  Just state the objection.

7          MR. BRENNWALD:  Objection; calls for speculation.

8          THE COURT:  Overruled.

9  Q.  Okay.  Why were people taking cover, Officer Brockwell?

10 A.  Because they were scared.

11 Q.  Is it because of the threats you were receiving at the

12     doors to the House Chamber?

13 A.  Yes, and the gunshot from earlier.

14 Q.  Is that including that main Chamber door that you're

15     located at?

16 A.  Correct.

17         MS. AYERS-PEREZ:  Ms. Rouhi, if you could continue

18     playing, please.

19             (Video playing)

20         MS. AYERS-PEREZ:  All right.  Ms. Rouhi, if you

21     could pause right there at two minutes and 27 seconds.

22 Q.  Officer Brockwell, have you changed positions at this

23     point?

24 A.  Yes.  It looks like I'm facing the opposite direction

25     from the main door.

1    Q.  Could you circle yourself for us so we can all...

2    A.  (Witness complies)

3    Q.  Okay.  Perfect.  You circled the gentleman right there

4    in the middle of the screen.

5            Why are you facing another direction at this

6    point?

7    A.  I just wanted to cover other entrances to the Chamber

8    because I didn't know if anybody else was going to come in

9    behind us at that point.

10   Q.  But you're still there near the House main door?

11   A.  Correct.

12   Q.  Were you still concerned about that door at that point?

13   A.  Yes.

14           MS. AYERS-PEREZ:  All right.  Ms. Rouhi, we can --

15   I'm going to clear this circle.

16           We can take this down.  And will you pull up

17   Government's Exhibit 357.

18   Q.  All right.  Officer Brockwell, we're -- I'm sorry, this

19   isn't in evidence.

20           Officer Brockwell, do you recognize this

21   photograph?

22   A.  I do.

23   Q.  Is it a fair and accurate representation of how this

24   looked on January 6th?

25   A.  It is.

1              MS. AYERS-PEREZ:  Your Honor, I would move to

2     admit Government's Exhibit 357 into evidence.

3              MR. BRENNWALD:  No objection.

4              THE COURT:  So moved.

5     Q.  Okay.  Officer Brockwell, are you in this photo?

6     A.  I am.

7     Q.  Can you go ahead and circle yourself for us.

8     A.  (Witness complies)

9     Q.  Perfect.  Thank you.

10             MS. AYERS-PEREZ:  I'm going to clear that circle.

11    It's right there on the gentleman with the blue face mask in

12    the middle of the screen.

13    Q.  Does this appear to be just a screenshot of the scene

14    that we just saw?

15    A.  I'm not sure if it's a screenshot or a picture.

16    Q.  Okay.  Has the glass already been broken at this point?

17    A.  It has.

18    Q.  How do you know that?

19    A.  Because you can see the powdery substance on the top of

20    the furniture.

21    Q.  Could you go ahead and circle that for us.

22    A.  (Witness complies)

23    Q.  So if any of the rioters on the other side of the

24    door -- withdrawn.

25             MS. AYERS-PEREZ:  I'm going to clear that circle,

 1    Officer Brockwell.  And I pass the witness, Your Honor.

 2              MR. BRENNWALD:  You can leave it up there,

 3    Ms. Rouhi, if you want.

 4                        CROSS-EXAMINATION

 5    BY MR. BRENNWALD:

 6    Q.  Good morning, Officer Brockwell.  How are you?

 7    A.  Doing well.  How are you?

 8    Q.  I'm well.  Thanks.

 9              When you were standing there where you are seen in

10    Exhibit 357, Government's Exhibit 357, did you hear voices

11    on the other side of that door that's to our left as we look

12    at the exhibit?

13    A.  I did.

14    Q.  Would you say that it was just one person shouting or

15    many voices shouting?

16    A.  Many voices.

17    Q.  Many voices, okay.

18              And can you tell whether this picture was taken

19    before the shot you heard rang out or after?  Can you tell?

20    A.  I can't.

21    Q.  As far as you know, only one shot was fired in the

22    Capitol building that day, correct?

23    A.  That day, yes.

24    Q.  And that was a shot fired by a Capitol Police officer;

25    is that correct?

```
1    A.  That's correct.

2    Q.  Okay.  And it was not fired at this door; is that

3    correct?

4    A.  That's correct.

5    Q.  We saw earlier in a video -- I believe it's 502.1 --

6    that inside the House camera inside the House Chamber panned

7    after the sound of a shot, correct?

8    A.  Yes, correct.

9    Q.  And it panned to the area that's directly across the

10   hall from this, or at some angle?

11           Actually, forget that.  That was not a good

12   question.

13           Would you mind stepping down, please.

14           THE COURT:  Hold on.  Are we still mic'd?

15           Take your time.  Let's put a mic on and either

16   take the microphone, Mr. Brennwald, and put a mic on

17   yourself.

18           MR. BRENNWALD:  For both of us?

19           THE COURT:  Yes, because she can't hear you if

20   you're over there.

21           MR. BRENNWALD:  That's fine.

22   Q.  So I believe you showed us earlier where you and the

23   other officers were -- again, this is Exhibit 357 that's on

24   our screen -- were standing at the time this picture was

25   taken, correct?
```

1    A.  Yes.

2    Q.  I'm going to hand you a marker.  It's blue.  And could

3    you just put a circle, small circle, around the door where

4    you were standing where that picture, Exhibit 357, was

5    taken.

6    A.  It was right here.

7    Q.  Okay.  Can you make it a little bit bigger so we can see

8    it.

9    A.  (Witness complies)

10   Q.  All right.  So on Government's Exhibit 102, that is on

11   the left side right outside the House Chamber on the north

12   side of the House Chamber, correct?

13   A.  Yes.  The camera angle was up here, I believe.  Yes,

14   that would be the north side.

15   Q.  The doors on the north side?

16   A.  Correct.

17   Q.  Okay.  The noise from the gunshot came from which side?

18   A.  The lobby.  Do you want me to circle it?

19   Q.  Sure.

20   A.  (Witness complies)

21   Q.  And is that on the -- towards the east side, southeast

22   side of the House Chamber, correct?

23   A.  That's correct.

24   Q.  Okay.  And could you tell when the shot was fired where

25   generally it came from?

1    A.  I knew it was in this area.

2    Q.  Okay.  Did you know at the time that you were standing

3    behind the glass doors on the north side of the House

4    Chamber that there was anything going on at the east side of

5    the House Chamber?

6    A.  Can you repeat that?  When I was standing at that

7    location?

8    Q.  Yes.  When you were standing right there where you are

9    in Government's Exhibit 357, did you know that there was

10   something going on at the other door?

11   A.  Did I know people were there?

12   Q.  Right.

13   A.  I did not.

14   Q.  Okay.  Were you hearing any radio traffic about people

15   being there?

16   A.  It was so chaotic, you couldn't -- it was hard to really

17   gather what exactly was going on where.

18   Q.  Okay.  I'm going to ask you a couple of questions.  We

19   don't need the diagram, but we're going to get back to it so

20   if you could just stay there for a second.

21   A.  Okay.

22   Q.  Do you know, back in 2021, on January 6th who presided

23   over the Senate in general?

24   A.  The Vice President.

25   Q.  And who was that?

1     A.   Pence.

2     Q.   Mike Pence?

3     A.   Yes, sir.

4     Q.   Okay.  And who, on that day, was supposed to be the

5     person at the top of the heap, so to speak?  Hierarchically,

6     who would be dealing with the ultimate certification of the

7     vote that day?

8     A.   I'm not an expert in that field, but I think the Vice

9     President presided over that.

10    Q.   Okay.  And can you show us on this diagram where the

11    Vice President normally presides on this diagram?

12    A.   In the Senate or the House?

13              I believe he was on the rostrum area up here.

14    Q.   Okay.

15    A.   But when there was an objection to the vote, the Senate

16    went back to the Senate Chamber along with the Vice

17    President.

18    Q.   Okay.  And do you know at what time that objection was

19    lodged, generally?

20    A.   I don't.

21    Q.   Okay.  So at that point where would the Vice President

22    have gone in this diagram?

23    A.   Back to the Senate Chamber on the opposite side of the

24    building.

25    Q.   Okay.  Could you just put an "S" for Senate there where

1    he would have been standing.

2    A.   (Witness complies) I wasn't over there, but usually

3    right here.

4    Q.   And if you are trying to get to Mike Pence that day and

5    you're a rioter, what was the quickest way to get to Mike

6    Pence that day?

7         MS. AYERS-PEREZ:   Your Honor, I object to the

8    relevance.   We doesn't have anything about that in this

9    case, and that wasn't the scope -- that wasn't part of the

10   direct examination as well.

11        MR. BRENNWALD:   Your Honor --

12        THE COURT:   I'll allow it briefly.

13        What's your question?

14   Q.   If someone was trying to come in the east front steps

15   that we see on this diagram at the bottom in the middle, and

16   they were trying to get to Mike Pence, what was the quickest

17   way for that person to do that?

18   A.   If he came in from the east steps/Rotunda area?

19   Q.   Yes, Officer.

20   A.   At that point when the Vice President was in the Senate

21   Chamber?

22   Q.   Yes.

23   A.   Right (indicating).

24   Q.   So they would have come in from the east front, gone up

25   to the Rotunda, gone north?

1    A.  Correct.

2    Q.  Gone down around the little round area there?

3    A.  I mean, that's not the fastest way to the Vice

4    President, but just the fastest way from -- if you enter

5    through this door.

6    Q.  Sure, okay.  Yes, that's what we're talking about.

7         What's this little round small circle to the right

8    of the Rotunda on this diagram?

9    A.  It's got a railing around it.  You can look down to the

10   first floor.  It's got a chandelier.

11   Q.  Is the Crypt below that, or is the Crypt below the

12   Rotunda?

13   A.  The Crypt's below the Rotunda.

14   Q.  So you go around that open area.  So the little small

15   circle you see to the right of the Rotunda is an opening in

16   the floor, correct?

17   A.  Correct.

18   Q.  So you go around that, you keep going straight, and then

19   you hit the Senate Chamber?

20   A.  Yes.

21   Q.  Okay.  You had talked earlier -- Ms. Ayers asked you

22   about different exits if you were coming from Statuary Hall

23   and going towards the House Chamber --

24   A.  Right.

25   Q.  -- if you could get out up to the -- or actually out

1    west or down east, right?

2    A.  Rephrase that.

3            MR. BRENNWALD:  I'm not going to talk while I go

4    there.  Hold on, Ms. Moreira.

5    Q.  You saw where I pointed?

6    A.  I did.

7    Q.  And are there exits that way as well?

8    A.  Yes.  To exit the building, is what you're asking?

9    Q.  Yes.

10   A.  Yes.  You could exit over here, staircase, staircase

11   down the first floor, and there were exits on the first

12   floor.

13   Q.  Were those exits open that day for the public?

14   A.  Well, none of the building was open to the public.

15   Q.  So nobody was supposed to be there in the first place?

16   A.  Correct.

17   Q.  If you had been inside there, would it have been easy to

18   figure out how to get out at that point?

19   A.  I mean, they have the emergency red exits like any other

20   government building that's open to the public.  If you just

21   follow the exit signs, it will lead you to an exit.

22   Q.  And that day were the perimeters -- perimeter doors

23   closed to the building in general?

24   A.  Well, closed?  What do you mean?  They had to be open to

25   allow staff and the members to come into the building, but

1    it was closed to the public for visitors.

2    Q.  If I had tried to come in that day and come in through

3    one of those exits in the hallway, could I have gotten in

4    without using force?

5    A.  What do you mean?  The exits in --

6    Q.  Why don't we show the jury where the actual exit is.

7    You said -- you pointed to the west there in that hallway we

8    talked about.  Where do you actually have to go to get out?

9    A.  You have to go down to the first floor, and there's a

10   similar hallway on the first floor.  You come out here, and

11   exit out the south door.

12            First floor, you can walk straight through and

13   exit out the House carriage door.

14            There's emergency egresses on the Upper Terrace

15   also.

16   Q.  Those doors that you just talked about, were they

17   unlocked that day at that time?

18   A.  I believe the south door and the House door were open

19   and manned.

20   Q.  Okay.  "Manned" meaning there were officers there?

21   A.  Officers there to allow members of Congress and staff

22   that were allowed in the building to be there --

23   Q.  Okay.

24   A.  -- to come in.

25   Q.  All right.  All right.  Thank you, sir.

1          MR. BRENNWALD:  All right.  We can clear 357,

2    Ms. Rouhi.

3    Q.  At the beginning of your testimony you told Ms. Ayers

4    that the Capitol is big; people get lost; and it's easy to

5    get lost.  Is that fair to say?

6    A.  Correct.

7    Q.  You also said that a visitor without a tour guide would

8    have a hard time -- or not have an easy time getting around,

9    correct?

10   A.  Yes.

11         MR. BRENNWALD:  Can we go to 4 -- actually,

12   401.01, please, Ms. Rouhi.

13         Can we go back to --

14         MS. ROUHI:  Hold on.

15         MR. BRENNWALD:  Okay.  Can we go back to the very

16   beginning, please.

17         All right.  Stay right -- pause it right -- okay,

18   keep going, please.

19         Okay, stop.

20   Q.  Do you see this person here?

21   A.  I do.

22   Q.  Is that the man with the glasses that we've been talking

23   about?

24   A.  Yes.

25   Q.  Can you watch as he --

1           MR. BRENNWALD:  Let's go back to the very

2    beginning again, Ms. Rouhi.

3    Q.  And watch as he comes through the door and how he is

4    physically, how his body is, please.

5           (Video playing)

6    Q.  Do you see what happened just there?

7    A.  It looks like he entered the door sideways and was

8    pulling the lady with him.

9    Q.  Okay.  Did it look like he was partially off balance for

10   a couple of seconds?

11   A.  Yes.

12   Q.  Okay.  Where are his arms at that point in relation to

13   the woman?

14   A.  It's hard to tell, around her waist.

15          MR. BRENNWALD:  Okay.  All right.  Let's play some

16   more.

17          (Video playing)

18          MR. BRENNWALD:  Okay.  Thank you.

19   Q.  Do his hands ever leave her waist at any point where you

20   saw him walk through with her?

21   A.  Can I rewatch it?  I don't know if at any point it left

22   her waist or not.

23   Q.  Okay.  Let's look at it again real quick.

24          (Video playing)

25   A.  In that video, it doesn't look like they left her waist.

825

```
1              MR. BRENNWALD:  Okay.  Let's go to 402.01, please.
2    Q.  Do you see where his hands are there?  The same person
3    that we were looking at earlier.
4    A.  I do.
5    Q.  Where are they?
6    A.  Around her arms and the waist area.
7    Q.  Okay.  Looking at this picture here, which is
8    Government's Exhibit 402.01 at -- and I'm not going to go by
9    the numbers at the bottom, which are like 00 to 06.  I'm
10   just looking at the actual time of day, 2:27 and 29 seconds.
11   Do you see that?
12   A.  I do.
13   Q.  Do you see anybody else in this picture here or in the
14   hallway who has their arms around anybody else?
15   A.  It doesn't look that way, no.
16              I'm not sure what is going on over here, if their
17   arms are around each other, but no.
18   Q.  Okay.  Thank you.
19              MR. BRENNWALD:  Let me go to 403 -- I'm sorry.
20              THE COURTROOM DEPUTY:  I didn't publish it.
21              THE COURT:  Are we good?
22              MR. BRENNWALD:  Am I going too fast, or too --
23              THE COURT:  No, you're fine.  Please continue.
24              MR. BRENNWALD:  403.01, please.  And can we go
25   to -- actually, we can just look right there.
```

1    Q.  Do you see -- this is Government's 403.01.

2            Do you see that same couple right here?

3    A.  Yes, sir.

4    Q.  How close is the man to the woman?

5    A.  Close.

6    Q.  It's not easy to tell from this picture if he's got his

7    arms around her there, is it?

8    A.  It's hard to tell.

9    Q.  But is it fair to say that his chest is almost up to her

10   back?

11   A.  It is.  It's true.  It looks that way.

12   Q.  Okay.  Can you tell who this person is here?  And I

13   don't mean the name, but is that a person who works there or

14   somebody else?

15   A.  I can't tell.

16   Q.  Okay.  When they came in through the door that's over

17   here -- right?  That's where they came in?

18   A.  Yes, sir.

19   Q.  When they came in through that door, they did not go in

20   this direction that I'm pointing, which is towards -- away

21   from the Rotunda, right?  I'm sorry?

22   A.  Yes, they did not go in the direction of the arrow,

23   which would be north.

24   Q.  Which would have been south, right?

25   A.  The way the arrow's facing?

1    Q.  Oh, no, sorry, that would have been north.

2    A.  Yes, the arrow's facing in the direction of the north.

3    Q.  Right.  South would be towards the House Chamber.  North

4    would be towards the Senate Chamber.  Correct?

5    A.  Correct; yes, sir.

6    Q.  They did not go to the north, right?

7    A.  They did not.

8    Q.  Okay.  If you look at the people who are standing in

9    between the velvet rope and the stanchions, which way are

10   those people going?

11   A.  You're talking in the center?

12   Q.  Yes, these people here.

13   A.  It looks like --

14   Q.  Which direction?

15   A.  -- they're facing the direction south towards the House

16   Chamber.

17   Q.  Okay.  People who are -- the person who is right in

18   front of the man and the woman that we've been talking

19   about, which way is that person headed, it looks like?

20   A.  Which way?

21   Q.  Yes.

22   A.  Towards the south exit, towards the House Chamber and

23   the Rotunda.

24   Q.  Okay.  Thank you.

25           If I was a visitor in the building that day not

```
 1    involved in this -- if it was just a regular day -- and I
 2    somehow got up to the Rotunda, and I've never been to the
 3    building before, is it pretty easy to tell where you're
 4    going in the building?
 5    A.  If you were there on January 6th?
 6    Q.  No, no, no.
 7    A.  Or just in general?
 8    Q.  If I was there on January 1st -- no, it would be closed
 9    on January 1st.
10    A.  Can you repeat your question?
11    Q.  Yes.  If I was there on January 2, 2021, and I'd never
12    been there before, and I find myself in the Rotunda, would
13    it be clear for me what would happen if I went in this
14    direction and that direction and how I could get to
15    different places in the Capitol?
16    A.  No.
17    Q.  Okay.
18    A.  If you'd never been there before.
19    Q.  Okay.
20         MR. BRENNWALD:  Can we go to 405.01, please.
21    Q.  Officer Brockwell, you said that you have reviewed these
22    videos before today, correct?
23    A.  That's correct.
24    Q.  And you discussed them with the prosecutors in the case?
25    A.  That's correct.
```

1    Q.  And is it -- were you ever in any of these areas where

2    the video shows the man and the woman being at the time that

3    that man and that woman were there?

4    A.  Was I there?  No, I was inside the Chamber.

5    Q.  Okay.  You never left the Chamber during the time that

6    this was going on?

7    A.  Correct.

8    Q.  Okay.  But you --

9    A.  I left later, and we moved to another location.  But

10   yes, during -- yes.

11   Q.  Okay.  So your knowledge about all of this is based on

12   what you've seen in these videos, correct?

13   A.  That's correct.

14          MR. BRENNWALD:  Could we go to 2:28:44, at the

15   top, just six seconds, please.

16          (Video playing)

17          MR. BRENNWALD:  Thank you.

18   Q.  The woman in the front -- and just for your humor,

19   Officer Brockwell, yesterday we described her as the young

20   lady with the gray hair -- which direction is she facing in?

21   A.  She's facing south towards the House main door area.

22   Q.  Okay.  Is it fair to say that most of the people in this

23   picture, which is Government's Exhibit 501 at 2:28 and 44

24   seconds, are facing in that general direction, most of them?

25   A.  I mean, a lot of them are.  I don't know if it's the

1    majority or not.

2    Q.  Okay.  I appreciate your precise answers.  I really do,

3    thank you.

4              MR. BRENNWALD:  Can we move forward to 2:31:25,

5    please.

6              Actually, no, I'm sorry.  Can we just play the

7    video, please.

8              (Video playing)

9    Q.  Do you still see that same gentleman there looking left,

10   looking right?

11   A.  I do.

12   Q.  And you see the woman in front of him?

13   A.  I do.

14   Q.  Does she have glasses in her hair, it looks like?

15   A.  I can't tell.  In her hair?  I can't tell.

16   Q.  Above her forehead?

17   A.  Yes, it looks like something's up there.

18   Q.  Okay.  At this point what is happening with that man and

19   that woman?  Where are they going?

20             MR. BRENNWALD:  Can we stop it, please.

21   A.  It looks like they're turning to walk north.

22   Q.  Okay.  So they walked away from the House Chamber door

23   at that point?

24   A.  Yes, they were walking, yes.

25   Q.  Okay.  And that's at 2:29:25 on the top, the time.

1    Right?

2              Do you see -- can you see on your screen the time

3    of day in the upper-left side?

4    A.  Yes.

5    Q.  Okay.  So that -- we stopped it at two hours, 29

6    minutes, and 25 seconds, correct?

7    A.  That's correct.

8              MR. BRENNWALD:  Ms. Jenkins, we need to switch to

9    a longer video because it stops there.  So Ms. Ali has 405

10   queued up, if you don't mind.

11             (Pause)

12             MR. BRENNWALD:  Your Honor, without objection I'm

13   going to move Defense 405 into evidence -- actually, no, I'm

14   sorry, Government's 405 into evidence.

15             Do you want to -- it's your exhibit.  It's your

16   movie.

17             THE COURT:  So moved.

18             No objection, Ms. Ayers-Perez?

19             MS. AYERS-PEREZ:  No objection, Your Honor.

20             THE COURT:  So moved.

21   Q.  All right.  Do you see the time at the top of this

22   video?

23   A.  Yes; January 6, 2021, and 2:27 p.m.

24             MR. BRENNWALD:  Okay.  Let's go forward, Ms. Ali,

25   if we could, to 2:28:44.

```
 1                    (Video playing)
 2    Q.   Okay.  Do you see that man again there?
 3    A.   I do.
 4               MR. BRENNWALD:  All right.  Keep playing it.
 5                    (Video playing)
 6    Q.   And, again, do you see him looking back towards the
 7    north side looking to the House side and looking back,
 8    correct?
 9    A.   I do.
10    Q.   And there are people coming from the north side
11    throughout this whole video, correct?
12    A.   Correct.
13    Q.   A substantial number of people?
14    A.   Yes.
15    Q.   Okay.  And do you see him looking ahead of him at
16    points?
17    A.   When you say "looking ahead," do you mean --
18    Q.   Towards the House Chamber.
19    A.   Yes.
20    Q.   Like he was kind of standing on his tiptoes almost,
21    looking trying to see ahead, right?
22    A.   Yes.
23    Q.   And then --
24               MR. BRENNWALD:  Keep going, Ms. Ali.
25                    (Video playing)
```

1    Q.  And then you see him and the woman leaving?

2    A.  It looks like they turned north, yes.

3              MR. BRENNWALD:  Okay.  Just keep playing this for

4    a little bit.

5              (Video playing)

6    Q.  During this whole time, 2:29, 35, 36, and on, are people

7    still coming through that same hallway?

8    A.  They are.

9    Q.  And how wide would you say that hallway is without --

10   I'm not holding you to 11 feet two inches, so just in

11   general?

12   A.  At the most narrow point or --

13   Q.  Sure.

14   A.  10, 12 feet maybe.

15   Q.  Okay.  And at this point you can see where people at the

16   bottom of our screen at 2:30 and 03 seconds are no longer

17   moving forward, correct?

18   A.  That's -- at the bottom of the screen, yes, they're not

19   moving forward.

20   Q.  And if you look to your left on that video, there's the

21   same young lady with white hair.  She's now facing back

22   towards the crowd?

23   A.  Yes.

24   Q.  Does it look like she's talking and being animated?

25   A.  I can't tell if she's talking from there, but yes, she's

1    moving her head a little bit.

2    Q.  Okay.  Do you see the man with the glasses and the woman

3    in this video?

4    A.  I'm not seeing him right now.

5    Q.  Okay.  That means you're not seeing ghosts, so that's

6    good.

7              Are people still coming through --

8    A.  They are.

9    Q.  -- from the north -- from the Rotunda -- I'm sorry, from

10   the Statuary Hall area towards the House Chamber?

11   A.  Correct.

12             MR. BRENNWALD:  Okay.  A few more seconds.

13             (Video playing)

14   Q.  How crowded does that hallway look in the middle -- in

15   the exact middle of our screen as people are coming down

16   that hall?

17   A.  It looks crowded.

18   Q.  Okay.  So I want you to look at the top of the screen

19   where it says 2:31:16, 17, and observe at 2:25 what you see.

20             MR. BRENNWALD:  And can we stop it at 2:25,

21   Ms. Ali, or 2:26.

22   Q.  See right here?

23   A.  I do.

24   Q.  Looks like a man with glasses?

25   A.  Correct.

1    Q.   Okay.  So you'd lost sight of them after it looked like

2    he left the area, and then it looks like he came back a

3    couple of minutes later, correct?

4    A.   Yes.  I mean, I couldn't see him on the camera during

5    that time.

6                MR. BRENNWALD:  Okay.  Can we go to 2:33:25,

7    please.

8                That's fine.

9                (Video playing)

10   Q.   And is it looking even more crowded than before?

11   A.   Yes, it looks crowded.

12               MR. BRENNWALD:  Okay.  Just go a couple more

13   seconds, please.

14               (Video playing)

15   Q.   Do you see the man there at any point?

16               MR. BRENNWALD:  Stop it right there.

17   Q.   Do you see that right there?

18   A.   I do.

19   Q.   Does that look like the same man?

20   A.   I can't tell from that.

21               MR. BRENNWALD:  Okay.  Can we play it a little bit

22   more and just keep looking at that.

23               (Video playing)

24   Q.   Can you tell at that point?

25   A.   Yes, it looks --

```
1    Q.  Okay.
2    A.  -- like the same man.
3              MR. BRENNWALD:  All right.  Now, can we go to
4    2:34:33.
5              (Video playing)
6    Q.  Is he generally in the same area?
7    A.  He is.
8    Q.  That right there?
9    A.  That's correct.
10   Q.  Okay.  He's not making any headway, right?
11   A.  Yes.  From the last stoppage in the film to now it
12   doesn't look like it, yes.
13   Q.  I mean, as fast as you saw them come through the Rotunda
14   doors, go through the Rotunda, through Statuary Hall -- that
15   was at 2:27.  Now we're at 2:34, and he's been pretty much
16   there other than when he left and came back, correct?
17   A.  That's correct.
18   Q.  And then you had testified earlier, and I just want to
19   make sure I understand you, between the 2:30 --
20             MR. BRENNWALD:  Actually, Ms. Ali, if we can go to
21   the end of this video, please.
22             Just do it like that, that's fine.  Just keep
23   playing it at that speed.  That's perfect.
24             (Video playing)
25   Q.  At this point it looks like the crowd's pushed through
```

1   some blockage that was there, correct?

2   A.  That's correct.

3   Q.  Okay.  So when --

4          MR. BRENNWALD:  Why don't we stop it there.

5   Q.  When the people were back at that area that's underneath

6   the chandelier, that wasn't right outside the House Chamber

7   door, correct?

8          They were able to move forward, it looked like, 20

9   more feet or so about?

10  A.  Right, correct.

11  Q.  Okay.  And how crowded is that picture right there at

12  2:36:27?

13  A.  It's crowded.

14  Q.  Is it about as crowded as one can imagine that hallway

15  getting with the number of people?

16  A.  There's a lot of people there.

17  Q.  Okay.  And at the end of this video --

18          MR. BRENNWALD:  If we can go to the end, Ms. Ali.

19  Just drag it to the end, if you don't mind.

20          Okay.  Stop that there.

21  Q.  That's 2:37 and whatever it stops at, 2:37:54, 56, 57.

22  Okay?  So it stops at 2:37:59, right?

23  A.  It does.

24  Q.  And you had testified earlier -- and I'm not sure I

25  understood you correctly -- between that image right there

1    and the next time you can see these two folks --

2    A.  Yes, sir.

3    Q.  -- was there no video, no CCTV footage, or did I miss it

4    somehow?

5    A.  So there was a camera at the end of the hall -- the

6    hallway right outside the House main door.  There's cameras

7    at the end of the hallway that face towards the direction of

8    the House main door, but they don't look inside that ten-

9    foot cubby little area between the hallway and the inner

10   door of the House Chamber.

11   Q.  Okay.  And so on the other side of that House or Chamber

12   is where you were with your fellow officers?

13   A.  Correct.

14   Q.  With the desks and whatever, right?

15   A.  Yes.

16   Q.  And I think you said you've reviewed footage from

17   between 2:38 and 2:53?

18   A.  That's correct, from the cameras in the hallway facing

19   towards the House main door area.

20   Q.  And you never saw this gentleman in it?

21   A.  I did not.

22   Q.  Okay.  And then eventually you saw him again --

23               MR. BRENNWALD:  If we can go to 407, Ms. Ali.

24               Is that 407?

25               (Pause)

```
 1              MR. BRENNWALD:  Your Honor, just -- the government

 2    and I have -- it's not a written stipulation, but we've

 3    agreed just, so the jury understands, that when we have an

 4    Exhibit like 406, 407, 408, that's the entire video that

 5    came from that camera during that distinct time.

 6              And when we have 407.01, that's a clip within 407

 7    where you can just see the man and the woman -- for the sake

 8    of this witness we'll call them that -- just so you

 9    understand.  So when we're playing 407, this is going to

10    show a longer period of time where the man and the woman

11    might not be there, but it shows before and after, and it's

12    just more instructive.

13              So I'm going to ask to admit Exhibit 407.

14              THE COURT:  Without objection, 407's admitted.

15              MR. BRENNWALD:  Thank you.

16              Can you take us, Ms. Ali, to 2:53:30.

17              Can you clear the -- can you clear the bottom

18    there where we don't...

19              Go ahead and play it from there.

20              (Video playing)

21              MR. BRENNWALD:  So at 2:54:02 you should see that

22    man and that woman coming out of that hallway.

23              (Video playing)

24              MR. BRENNWALD:  Maybe not.

25              (Video playing)
```

1    Q.  Do you see people streaming out of that throughout this

2    whole time period?

3    A.  Yes.  I mean, I see people walking by.

4    Q.  And so at 2:54:24 you see the man and the woman?

5    A.  I do.

6    Q.  Okay.  Do they look like they're talking to each other

7    or he's talking to her?

8    A.  Yes, they look like they're talking to each other.

9    Q.  At this point does he have his arms around her?

10   A.  He does not.

11   Q.  Is there a huge crowd around them at this point?

12   A.  No.

13   Q.  Can you just describe what you see happening on this

14   screen for the record.

15   A.  There's people walking around, carrying flags.

16   Q.  Okay.  I meant the two people that we're talking about.

17   A.  The gentleman has his cell phone out.  It looks like

18   they're talking.  The lady puts on glasses, pulls out paper.

19         THE COURT:  Counsel, you can ask him questions,

20   but the video speaks for itself.  Don't ask him just to

21   narrate it.  Okay?

22         MR. BRENNWALD:  Yes, Your Honor.

23         THE COURT:  Everyone can see it.

24         MR. BRENNWALD:  Yes, Your Honor.

25   Q.  Do you see that man or that woman wearing any kind of

841

1    political clothing?

2    A.   I don't.

3    Q.   From what you can see here?

4    A.   Yeah.

5    Q.   I'm not asking you if he had a T-shirt that said "Donald

6    Duck."   I'm just asking if they had any --

7    A.   Right.   It doesn't look that way.

8    Q.   Okay.   And where did that woman go at this point in the

9    video at 2:54:45?

10   A.   She walked out of view west in the Statuary Hall.

11   Q.   Do you see her again?

12   A.   It looks like she came -- yes, she's in the corner

13   holding paper.

14   Q.   Does she step over that stanchion and the velvet rope?

15   A.   Can you rewind it?

16   Q.   Sure.

17   A.   I don't know if she walked around or stepped over it.

18           MR. BRENNWALD:   Let's just go back 30 seconds or

19   until you see her again.   Right there.

20   Q.   Okay, go ahead.

21   A.   Yes, she stepped over it.

22   Q.   Okay.   Did the man in the glasses step over that area?

23   A.   I wasn't --

24   Q.   Just keep watching.

25   A.   It looks like he hasn't got there yet.   He's in the

1   corner.

2   Q.  He's what?

3   A.  I haven't seen him step over it, no.

4   Q.  Okay.  And you see an officer in the upper right -- the

5   guy in the very right trying to clear people out, right?

6   A.  Which one?  Can you pause it?

7   Q.  This guy here who just went by here.

8   A.  There was an officer that walked up there, yes.

9   Q.  Okay.  You weren't there again at this point, right?

10  A.  No, I was not.

11  Q.  Did you ever come through there later that day?

12  A.  I don't remember.

13  Q.  You were all over the place at some point, or no?

14  A.  Yes.  We came back in session that night.  I don't know

15  if I came in Statuary Hall or not.

16  Q.  Okay.

17  A.  We had to stay with the members of Congress.

18  Q.  All right.  Do you see that woman talking and pointing

19  her finger at points?

20  A.  I didn't.  I wasn't looking.  I was looking at you when

21  I was talking.

22  Q.  As the judge said, it speaks for itself.

23          Do you see a crowd forming as she's speaking?

24  A.  It looks that way, yes.

25  Q.  And just watch again the officers, how they handle her.

1    Does she look like she's trying to leave?

2    A.  Well, she's standing there.

3    Q.  What do they eventually do?

4    A.  Well, it looked like they were kind of tapping her to

5    move, and she wasn't moving, and so they moved her a little

6    harder.

7    Q.  Okay.  You don't know what she was talking about there,

8    right?

9    A.  I don't.

10            MR. BRENNWALD:  Okay.  All right.  Let's go to

11    408, please.

12            Your Honor, I would move in Government's 408 --

13            THE COURT:  So moved.

14            MR. BRENNWALD:  -- the whole entire video that

15    doesn't always show the defendant.

16            THE COURT:  So moved.

17            (Video playing)

18    Q.  Does this appear that people are just kind of milling

19    about, going in different directions in this video?

20    A.  Some people are.  Some people are standing still.

21    Q.  Okay.  And this is a video from the Rotunda?

22    A.  Correct.

23            MR. BRENNWALD:  Okay.  Can we go forward to 2:58

24    and 50 seconds, please.

25    Q.  Do you know -- you talked earlier about a bullhorn.

1    A.   That's correct.

2    Q.   Did you ever see that bullhorn in either one of these

3    people's hands as they were walking around the building

4    before they got to the Rotunda area?

5    A.   I did not.

6    Q.   Okay.  But once they got there, at some point did you

7    see a bullhorn in one of their hands?

8    A.   It looked like a bullhorn, yes.

9         MR. BRENNWALD:   Okay.  Can we go forward to 3:00

10   and 30 seconds.

11        (Video playing)

12   Q.   If you could just watch as the crowd is over to the left

13   of this video.

14        MR. BRENNWALD:   That's fine, Ms. Ali.

15        (Video playing)

16   Q.   Does it look to you in any way that the crowd that's

17   over near where the woman is standing is becoming agitated

18   or angry or waving signs or anything?

19   A.   I can't tell if they're agitated or not.  It doesn't

20   appear they're agitated right in front of her.

21        MR. BRENNWALD:   Okay.  Can we go to 3:01, please.

22   Yes, 3:00, one minute.

23   Q.   Does it appear that she's standing here with a bullhorn?

24   A.   That's what it looks like.

25   Q.   Okay.  And is a crowd around there?

```
 1    A.   That's correct.

 2              MR. BRENNWALD:  All right.  Let's go to 3:03:05.

 3              Okay.  Right there is fine.

 4              You can play it from there so --

 5    Q.   Does it look like there are fewer people there at that

 6    point, actually?

 7    A.   Can you repeat that?

 8    Q.   Does it look at this point, at 3:03, that there are

 9    actually fewer people than there were a couple of minutes

10    ago around her?

11    A.   I'm not sure.

12              MR. BRENNWALD:  Okay.  All right.  Thank you.

13              If we can go to 409, please.  This is Exhibit --

14    Government's Exhibit 409.

15              I would move to admit 409.

16              THE COURT:  So moved.

17              (Video playing)

18    Q.   Officer Brockwell, is this the video angle from above

19    the East Rotunda doors looking to the south towards the --

20    I'm sorry --

21    A.   West.

22    Q.   -- looking --

23    A.   West.

24    Q.   -- to -- you tell me which way it's looking.

25    A.   It's facing west.
```

1    Q.  Facing west?  Okay, thanks.

2              And if you -- just so the jury understands this

3    and so we understand it, if you're trying to get out through

4    the east doors --

5    A.  Correct.

6    Q.  -- would you go down like in this direction here where

7    I'm pointing at the bottom of the picture?

8    A.  Yes.

9    Q.  Okay.  And this is at 3:09:43 and counting, right?

10   A.  It is.

11   Q.  Do you see people still appearing like they're coming in

12   from the bottom of the picture and going towards the

13   Rotunda?

14   A.  Right now, no.

15   Q.  Okay.  Well, let's keep playing it.

16             Do you see a couple of officers there or at least

17   a couple of officers talking to people?

18   A.  I do.

19             MR. BRENNWALD:  If we can go to 3:11:50.

20             (Video playing)

21   Q.  As you're watching this, you see a whole lot of people

22   coming out towards the door?

23   A.  I do.

24             MR. BRENNWALD:  Okay.  Keep going.

25             (Video playing)

```
 1                    MR. BRENNWALD:  Let's go to 3:13:13, if we can.

 2    Q.  Do you see the size of that crowd that's in that -- if I

 3    can call it a lobby inside the east doors that goes all the

 4    way back to the Rotunda?

 5    A.  I do.

 6    Q.  Okay.  And do you know, just from your knowledge of this

 7    case, that there were officers in the Rotunda who had

 8    gathered in a multiline formation that were pushing people

 9    out?

10    A.  I don't know.

11    Q.  Okay.  Fair enough.

12                    MR. BRENNWALD:  All right.  Let's keep going.

13                    Actually, hold on.

14    Q.  Do you see that man there and that woman again?

15    A.  I do.

16                    MR. BRENNWALD:  Okay.  All right, keep going,

17    Ms. Ali.

18    Q.  Does it look like they're making a lot of progress as

19    they're trying to get out?

20    A.  Right now it looks like they're in the same spot.

21    Q.  Okay.  How far from the bottom of this picture -- like

22    how far from right here are the doors approximately?

23    A.  I don't know exactly, just probably a few feet.

24    Q.  Five, six feet maybe?

25    A.  Yes.
```

1    Q.   Okay.  Do you see them still moving forward at 3:13:43?

2    A.   Yes.  They moved over to the side a little bit, yes.

3    Q.   Okay.  Not really making any progress still.

4              MR. BRENNWALD:  Can we go to 3:14 -- I'm sorry,

5    3:15.

6    Q.   They're still there at 3:15, right?

7    A.   That's correct.

8    Q.   Do you see some people actually coming from the bottom

9    of the picture going in the opposite direction?  This guy

10   here, this guy here, this guy here --

11   A.   Yes, they appeared from the lobby, it looked like.

12   Q.   -- this guy, this guy.

13              (Video playing)

14   Q.   Do you see how they're getting pushed back by the crowd

15   coming in now?

16   A.   Yes, I see --

17   Q.   Do you see a whole bunch of people coming and pushing

18   through?

19   A.   I do.

20   Q.   Shoving each other?

21   A.   Yes.

22   Q.   Can you see the man and the woman at this point?

23   A.   I'm not seeing them right now.

24   Q.   Okay.  Fair to say they're off to the right of this

25   picture?

```
 1    A.   The last time I saw them was on the right so...

 2    Q.   Okay.  Would you describe this scene as pretty chaotic

 3    right there?

 4    A.   It's chaotic.

 5    Q.   Sorry?

 6    A.   It's chaotic.

 7    Q.   Yes.

 8              (Video playing)

 9    Q.   So it looks like people are still trying to get back

10    into the Rotunda, some people?

11    A.   Yes, some people are going towards the Rotunda.

12              MR. BRENNWALD:  Okay.  All right.  We'll stop it

13    at 3:17.

14              Your Honor, this might be a good time to break.

15              THE COURT:  All right.  Ladies and gentlemen,

16    we're going to take our lunch break.  It is 12:30.  Why

17    don't we try to limit ourselves to an hour.  So let's be

18    back in the jury room at 1:30 and ready to go.  We'll try to

19    get to you as soon after that as possible.  Okay?

20              All right.  You can step down.

21              (Jury exits courtroom)

22              THE COURT:  Okay, sir.  You can step down.  Please

23    don't discuss your testimony over lunch.

24              THE WITNESS:  Okay.  Thank you.

25              THE COURT:  All right.  Mr. Brennwald, how much
```

```
 1   longer do you think you have?
 2            MR. BRENNWALD:  Between five and 15 minutes.  It
 3   could be short.  It could be a little bit more than that,
 4   not much.
 5            THE COURT:  All right.
 6            MR. BRENNWALD:  I just wanted to break because I
 7   think I might have 15 more, but I'm going to see if I can
 8   pare is down over lunch.
 9            THE COURT:  Yes.  We've seen a lot of videos.  I
10   think they're --
11            MR. BRENNWALD:  But they've never seen them
12   before.
13            THE COURT:  They're getting a little wary.
14            MR. BRENNWALD:  Right.  They've never seen them --
15   I'm aware of that.  We've seen them 100 times.  They
16   haven't.  So I want to make sure they get what we're talking
17   about.  But I appreciate it.
18            THE COURT:  All right.  Have a seat.
19            Do you want to be heard further on the two
20   evidentiary issues you raised this morning, Mr. Manning?
21            MR. MANNING:  Permission to approach?
22            THE COURT:  Sure.
23            MR. MANNING:  Thank you.
24            I'll take them in reverse order.
25            THE COURT:  Okay.
```

1          MR. MANNING:  With respect to the evidentiary

2     issue about the incident with the knife, the government

3     submits that if Mr. Strand testifies that he was providing

4     security, and we argue that it's probative and relevant to

5     be able to cross on that, we don't believe that it's any --

6     any prejudice would be substantially outweighed by that

7     probative value.

8          The probative value is quite high in this

9     instance.  It's central to Mr. Strand's defense that he's a

10    trusted and trained security guard, and we think the jury

11    should consider whether that's credible or not.

12         THE COURT:  I'm not -- well, we'll see what he

13    says, but I'm not sure that -- even if it has relevance, if

14    he were to testify that he is a trained security guard, I'm

15    not sure he's going to testify that he was a professional or

16    trained security guard, but he was simply protecting her,

17    you know, in the more colloquial sense.

18         MR. MANNING:  Your Honor, if his testimony is that

19    he was protecting her as a friend and male companion and had

20    his arms around her to protect her, we wouldn't seek to

21    bring it in.  But Mr. Brennwald's opening statement made

22    reference to the fact that when the FBI conducted its search

23    upon arrest it found materials that Mr. Strand at times had

24    worked as a security guard.

25         Mr. Strand has given interviews outside court that

 1    he was there to do a job to provide security.  So if that's

 2    the testimony, we'd argue that it should be brought in.

 3              We don't believe that there's any risk of 404-type

 4    propensity prejudice here because he's not charged with

 5    crimes of violence.  He's not charged with crimes related to

 6    use of weapons.  We certainly won't ask him if he brought a

 7    knife on January 6th or anything like that.  And to the

 8    extent there's any concern of any prejudice whatsoever, we

 9    think it could be addressed with a limiting instruction.

10              THE COURT:  All right.  If Mr. Brennwald were to

11    call a character witness, as he's indicated, to testify as

12    to Mr. Strand's reputation for peaceability or law-

13    abidingness, could you get it in through a witness on

14    rebuttal?

15              MR. MANNING:  Yes, we could -- well, there's a

16    hearsay issue there, I guess, but we could -- I mean, we

17    have the report from law enforcement officers.  We could try

18    to bring that in on rebuttal through our own agent, or we

19    could try to call the court's jury officer who had firsthand

20    knowledge of that.  Whether that officer's in the building

21    today, I'm not certain.

22              THE COURT:  Okay.  Mr. Brennwald?

23              MR. BRENNWALD:  Your Honor, Mr. Strand is going to

24    testify that he was a trained security officer, he was

25    trained in California, he went to classes, et cetera,

1    trained by some agency in California.

2         His answers to those questions, if the Court

3    allows him -- allows the government to ask them, will be

4    that he had so much stuff in his bag, and he was in trial,

5    and he was rushing, and he wasn't thinking.  He didn't go

6    through his whole list and think:  Oh, my goodness, there's

7    a pocket knife here.  A lot of people bring things like that

8    to the airport and don't realize it.

9         THE COURT:  So that would reduce -- that

10   explanation, if it's credible, would reduce any prejudicial

11   value of the --

12        MR. BRENNWALD:  It might, but it's also --

13        THE COURT:  -- would blunt any unfair prejudice?

14        MR. BRENNWALD:  It injects an issue that's not

15   necessary to come in.  It's really a very collateral matter

16   to the case, and it's just a way to embarrass him for having

17   forgotten to take some things out.  So I don't see any

18   relevance.

19        THE COURT:  Okay.  I'll let you know after the

20   break.

21        MR. BRENNWALD:  Okay.

22        THE COURT:  Second issue.

23        MR. MANNING:  Your Honor, on the second issue I

24   could provide some more detail about what Ms. Gold has said

25   previously that would give her statements indicia of

 1    unreliability.

 2            THE COURT:  Well, I guess the question -- I mean,

 3    you know, the statement may have indicia of unreliability,

 4    but why is that not a question for cross-examination of

 5    Mr. Strand?

 6            I mean, generally, under 801, statements --

 7    hearsay -- statement of a declarant offered to show the

 8    effect on the listener is a hearsay exclusion.  And if he

 9    were to say I did X because she said Y, that would seem to

10    fall squarely under that exclusion.  To the extent it is not

11    credible that she actually said that or he actually reacted

12    based on what he said she said, why isn't that cross-

13    examination?

14            MR. MANNING:  Your Honor, I agree with the general

15    point about the effect on the listener and cross-

16    examination.

17            I think our concern here is that his testimony

18    about what she said could only be beneficial to him.  It

19    could only be exculpatory if what she said is "I did not

20    know we shouldn't" -- she has to either express that she

21    doesn't believe it's illegal to enter the building or that

22    she has zero intention to enter the building to obstruct the

23    election.  If her intention is anything other than that,

24    it's actually an admission that Mr. Strand was aiding and

25    abetting those crimes.

1          When she came to this Court for a sentencing, she

2    said, quote, to this Court, "I should not have entered.

3    Obvious."  That's what she said in this court.  So if any

4    out-of-court statement of hers is going to come in through

5    Mr. Strand, that should also be able to come in, we submit.

6          We also submit that in her --

7          THE COURT:  You could have subpoenaed her, right?

8          MR. MANNING:  And we still could.

9          THE COURT:  And you still could.

10         MR. MANNING:  I understand where Your Honor's

11   going with this.

12         THE COURT:  I don't think that affects the hearsay

13   analysis.  It's cross, and it's impeachment, if you can.

14   Right?

15         MR. MANNING:  Yes.  I see the Court's -- the

16   direction it's going.  I'm not going to swim upstream.

17         THE COURT:  Okay.  Thank you.  Have a good lunch.

18         MR. BRENNWALD:  Thank you.

19         THE COURT:  And by the way, I am prepared to

20   instruct the jury on how they could -- or for what purpose

21   they can consider the statements.

22         MR. MANNING:  Thank you, Your Honor.

23         (Lunch recess taken)

24

25

```
 1                A F T E R N O O N   S E S S I O N
 2            THE COURT:  Okay.  Welcome back, everyone.
 3            In terms of scheduling -- have a seat -- we
 4   are going to break a little early today, about 4:00, or
 5   maybe just a little bit beforehand.  But I remain confident
 6   that we're hopeful -- or hopeful, at least, that we will
 7   wrap up the evidentiary phase of the case tomorrow.  All
 8   right?
 9            Do you want to call our witness back?
10            Take a seat, sir, and I'll remind you that you're
11   still under oath.
12            MR. BRENNWALD:  Your Honor, just for the record, I
13   was speaking with Ms. Ayers during our lunch break, and to
14   avoid confusion, apparently the videos that I'm moving in to
15   evidence, like 407, et cetera, need to be defense exhibits
16   so -- and I'm actually going to move in 401 through 410,
17   although not -- each exhibit, I don't think, has been
18   testified about, and I don't understand that there's an
19   objection to that.
20            MS. AYERS-PEREZ:  There is no objection, Your
21   Honor.
22            MR. BRENNWALD:  So that will give the jury the
23   whole picture as much as we have.
24            THE COURT:  Okay.  Very well.  So moved.
25            MR. BRENNWALD:  Thank you.
```

```
 1                    BENJAMIN BROCKWELL, Resumed

 2                    CROSS-EXAMINATION, Continued

 3     BY MR. BRENNWALD:

 4     Q.  Good afternoon, Officer Brockwell.

 5     A.  Good afternoon.

 6     Q.  I'm going to show you Defense Exhibit 410.  We're going

 7     to just talk about that for a few minutes, and then I will

 8     be done.

 9          You haven't seen this one yet, but you've seen it

10     before.  We're going to play this -- do you see the time?

11              MR. BRENNWALD:  Stop it at the top.

12     Q.  Do you see the time at the top there?

13     A.  Yes, sir, 3:09:02.

14     Q.  Okay.  Do you see the man and the woman who we've been

15     talking about earlier in this picture here at 3:09:02 of

16     Defense Exhibit 410?

17     A.  I do not.

18              MR. BRENNWALD:  Okay.  Let's keep playing,

19     Ms. Ali.

20              (Video playing)

21              MR. BRENNWALD:  Stop it there.

22     Q.  Do you see -- first of all, is this the CCTV camera

23     that's facing from the inside looking at the East Rotunda

24     doors?

25     A.  That's correct.
```

1    Q.  And if one were to leave the Rotunda and try to get out

2    as quickly as possible, is this the way you'd go out?

3    A.  To get outside, yes.

4    Q.  And do you see U.S. Capitol Police officers at that door

5    in this picture at 3:09 and 16 seconds?

6    A.  I do.

7    Q.  And do you see a number of people behind that officer or

8    officers generally facing in the direction of the door?

9    A.  Yes.

10            MR. BRENNWALD:  All right.  Let's keep going.

11            (Video playing)

12            MR. BRENNWALD:  Okay.  Stop it there.

13   Q.  So what just happened right there at 3:09:21?

14   A.  It looked like the officers pulled the doors shut.

15   Q.  Okay.  So at that point can anybody leave?

16   A.  Through that door?

17   Q.  Right.

18   A.  No, unless they push past the officers.

19   Q.  Exactly.  Okay.

20            MR. BRENNWALD:  Let's keep going.

21            (Video playing)

22   Q.  And while we're watching this, do you know why the

23   officer would have pulled the door shut?

24   A.  To prevent people from coming in.

25   Q.  Okay.  Do you see people outside through the glass?

1    A.  I can.

2    Q.  And if you were in a position of the officers there in

3    this situation on that day at that time, would you have

4    wanted more people to come into the building?

5    A.  I would not have.

6    Q.  So it makes sense to you that the officers would have

7    tried to shut the door at that point?

8    A.  Correct.

9    Q.  Okay.  It's not a trick question.

10              (Video playing)

11              MR. BRENNWALD:  I apologize, ladies and gentlemen,

12   this is taking a few minutes, but...

13              (Video playing)

14   Q.  So what just happened there?

15   A.  People are exiting.

16   Q.  And how are they able to exit?

17   A.  Could you rewind it to the point where they opened the

18   door?

19   Q.  Sure.

20              MR. BRENNWALD:  Ms. Ali, can we just go back a

21   little bit.  You can speed it up, I think.

22              Okay.  Let's watch it right there.

23              (Video playing)

24   Q.  Do you see what just happened there?

25   A.  Yes.  It looked like someone pushed the door open.

1    Q.  All right.  That wasn't a police officer, was it?

2    A.  It didn't look like one.

3    Q.  Okay.  So when that happens, people are just filing out,

4    correct?

5    A.  Correct.

6    Q.  And you see people on the other side facing in towards

7    the east steps?

8    A.  I do.

9    Q.  Towards these doors, I mean?

10   A.  Yes.

11            (Video playing)

12   Q.  Do you see some people on the left side trying to push

13   their way in?

14   A.  Yes, it looks like one or two individuals trying to push

15   the officer to get in.

16   Q.  There's a lot of pushing there, isn't there?

17   A.  There's some.

18   Q.  Okay.  And you see the officers on the left side, as we

19   look at the screen here, trying to keep those people out,

20   right?

21   A.  Can you repeat that?

22   Q.  Do you see those officers here?  They're not trying to

23   let people in on that side, correct?

24   A.  Correct.

25   Q.  People are getting out on one side.  They're trying to

```
1    keep people from coming in on their side, right?

2    A.  Correct.

3    Q.  So at about 35 seconds, at the bottom left of your

4    screen just keep your eye out for the man and the woman.

5              (Video playing)

6    Q.  Right there actually.  Do you see that guy right there

7    at the bottom?

8    A.  I do.

9    Q.  All right.  Does that look like the guy, or can you tell

10   yet?

11   A.  It does.

12             MR. BRENNWALD:  Okay.  Keep going.  That's

13   3:12:31.

14   Q.  Do you see the woman in front of him?

15   A.  I do.

16   Q.  What is he doing with his hands?

17   A.  It looks like he has his right hand on her shoulder.

18   Q.  Do you see anything on his hands?

19             MR. BRENNWALD:  We can stop it.

20   Q.  Do you see anything on his hands right there?

21   A.  Maybe some kind of glove that is not covering his

22   fingers.  It's hard to tell.

23   Q.  Okay.  But it looks like gloves to you, right?

24   A.  Yes.

25   Q.  Fingerless gloves, basically?
```

862

```
 1    A.  Yes.
 2              MR. BRENNWALD:  Okay.  Just keep going.
 3    Q.  Which way is that man looking at this point?
 4    A.  He moved his head.
 5    Q.  Okay.  Does he look like he's trying to push towards the
 6    exit?
 7    A.  He's walking slowly towards that direction.
 8    Q.  Okay.  Does he have a lot of room in front of him?
 9    A.  He has some.
10    Q.  Okay.  And they're filling up the space as they go
11    forward, correct?
12    A.  Sir?
13    Q.  They're filling up the space that's in front of them as
14    they can, right?
15    A.  Yes.
16    Q.  Okay.  So they're probably about five, six feet from the
17    door at that point; is that correct?
18    A.  Yes, thereabout.
19    Q.  Sorry?
20    A.  Thereabout.
21    Q.  This is at about 3:13:29 there.  About five or six feet,
22    maybe less?
23    A.  It's hard to tell.  Yes, five or six sounds pretty
24    accurate.
25    Q.  Okay.  Are they making any progress?  The last 30
```

1    seconds, have they moved any towards the door?

2    A.  Not much.

3    Q.  If you look at the door itself now, what do you see

4    happening in the doorway itself?

5    A.  Right now there's a couple of individuals coming in.

6    Q.  Okay.  Getting jostled pretty good there?

7    A.  Yes, some.

8    Q.  The guy in the red hat?

9    A.  Yes.

10   Q.  More people coming in at 3:14:27?

11   A.  Yes, there were a few coming in.

12   Q.  Okay.  Do you see our folks here still here, at 3:14:35

13   still haven't really advanced much?

14   A.  They're still in the general area, yes, same area.

15   Q.  Okay.  So we first saw them at 3:12:27, and now it's

16   3:14:49, 50, and they have barely moved; is that right?

17   A.  Maybe 15 steps or so.

18   Q.  And they got from down here up to here in that whole two

19   minutes and a half, correct?

20   A.  Correct.

21            MR. BRENNWALD:  Keep going, Ms. Ali.

22            Was that the end of it?  Okay.  That was as far as

23   this camera goes apparently.  Okay.

24   Q.  Thank you, Officer Brockwell.

25            You talked -- this is the last part we're going to

1    talk about.  You spoke on direct examination about the shot

2    that was fired, and we saw people hiding basically on the

3    floor between rows of seats in the House Chamber.

4    A.  That's correct.

5    Q.  Did any of these people who came into the building ever

6    get into that House Chamber?

7    A.  They did not.

8    Q.  So that was never breached by anybody?

9    A.  That's correct.

10              MR. BRENNWALD:  Okay.  All right.  Thank you very

11   much.  I appreciate your time.

12              MS. AYERS-PEREZ:  Your Honor, I have no redirect.

13              THE COURT:  Okay.  Officer Brockwell, thank you

14   very much for your testimony.

15              THE WITNESS:  Thank you.

16              THE COURT:  Please don't discuss your testimony

17   with anyone until the case is over.  You are excused.  Have

18   a good day.

19              MR. MANNING:  Permission to approach, Your Honor?

20              The government calls its next witness, Special

21   Agent Eric Turner.

22              THE COURT:  Okay.  Special Agent Turner.

23              All right, sir, you should know the drill.  Please

24   raise your right hand.

25              MR. MANNING:  Your Honor, just two housekeeping

```
 1    matters before we get started.
 2              THE COURT:  I'm sorry?
 3              MR. MANNING:  Just two housekeeping matters before
 4    we get started.
 5              THE COURT:  Sure.
 6              MR. MANNING:  One is with his testimony we can
 7    take a break just about at any point.  There's no better or
 8    worse point, so whenever it pleases the Court --
 9              THE COURT:  I try to -- we'll see how our jury's
10    feeling, but we may just go through the end and leave for
11    the day at around 4:00 or so.
12              MR. MANNING:  We can do that, too.
13              THE COURT:  We'll see how it goes.  You guys let
14    me know if you need to take a break.
15              MR. MANNING:  And I also understand, Your Honor,
16    that the government and Mr. Brennwald have an agreement that
17    there are 39 documents to which we intend to introduce with
18    this witness, and Mr. Brennwald does not object to, and we
19    can list them off at the outset and save some time.
20              THE COURT:  Very well.
21              MR. MANNING:  Okay.  Your Honor, and to clarify,
22    Mr. Brennwald does not object to the authentication of any
23    of these documents.  He reserves his right to object after
24    they've been brought in for relevance or other things.
25              THE COURT:  Understood.
```

```
 1                    MR. MANNING:  And I'll read the list now.

 2                    THE COURT:  So I'm sorry, we're going to preadmit

 3      them?

 4                    MR. MANNING:  Yes.

 5                    THE COURT:  But he's preserving his objections to

 6      any questions about the contents of the documents?

 7                    MR. MANNING:  That's my understanding, yes.

 8                    THE COURT:  All right.

 9                    MR. BRENNWALD:  I'm reserving the objections I

10      previously made to the Court days ago.

11                    THE COURT:  Understood.

12                    MR. MANNING:  The exhibits are government's

13      exhibits as follows:  706B, 334.01, 331.01, 321.01, 322.01,

14      324.01, 334.02, 912, 337.01, 913, 901, 340.01, 337.02,

15      327.01, 905, 331.02, 310, 312.01, 909, 366.01, 308, 307,

16      313, 314, 306, 342.01, 331.04, 312.03, 346, 348, 902, 364,

17      350, 362, 357, 354, 356, 363.01, and finally 904.

18                    SPECIAL AGENT ERIC TURNER, Sworn

19                          DIRECT EXAMINATION

20      BY MR. MANNING:

21      Q.  Good afternoon, Mr. Turner.

22      A.  Good afternoon.

23                    (The following is a bench conference

24                     held outside the hearing of the jury)

25                    THE COURT:  Mr. Brennwald, just so we're clear --
```

1    I'm a little confused.  I know you had some general

2    objections to some of the series of exhibits at the pretrial

3    conference, but the Court did not rule on any specific

4    objections to exhibits.  I gave some overall guidance as to

5    what, you know, I was thinking, but we did not go over

6    anything document by document.

7                So just for, you know, any appellate record, if

8    you have a specific objection or if you think one of these

9    exhibits, when it comes in, falls under your general

10   objection, I think you should note it for the record just so

11   it's clear.

12               MR. BRENNWALD:  Yes, Your Honor.  It's just -- I

13   would rather not say unfairly prejudicial or whatever, so if

14   I can come up with some euphemism or something -- or just

15   basically relevance, is that good enough?  Or how do I -- I

16   just want to make sure the record shows it.

17               THE COURT:  Just say "objection."  Okay?

18               MR. BRENNWALD:  Okay.

19               THE COURT:  And that will cover the general

20   objections that you made --

21               MR. BRENNWALD:  Okay.

22               THE COURT:  -- at the pretrial.  But if the

23   specific document does not -- you know, is not

24   objectionable, you don't need to say anything.  It's up to

25   you.

```
 1                    MR. BRENNWALD:  Okay.  Thank you.

 2                    (This is the end of the bench conference)

 3                    THE COURT:  All right.  I think we're ready.

 4    BY MR. MANNING:

 5    Q.  Special Agent Turner, where do you work?

 6    A.  I work at the Federal Bureau of Investigation.

 7    Q.  Does that often go by the acronym "FBI"?

 8    A.  Yes.

 9    Q.  And before you joined the FBI, did you serve in the

10    military?

11    A.  Yes.

12    Q.  For how many years?

13    A.  A little bit over nine years.

14    Q.  In what branch?

15    A.  The United States Marine Corps.

16    Q.  And where are you currently based?

17    A.  The Los Angeles field office.

18    Q.  Field office of the FBI?

19    A.  Yes.

20    Q.  And what is your position at the FBI?

21    A.  I'm a special agent.

22    Q.  How long have you been a special agent?

23    A.  Approximately 16 and a half years.

24    Q.  Are you assigned to a particular squad?

25    A.  Yes.
```

```
 1     Q.  What squad is that?

 2     A.  I'm on Counterterrorism 3.

 3     Q.  And do you also investigate criminal activity that might

 4     not be commonly referred to as terrorism?

 5     A.  Yes.

 6     Q.  What are your general responsibilities?

 7     A.  My general responsibilities are to investigate crimes.

 8     My squad focuses on domestic terrorism and weapons of mass

 9     destruction matters.

10     Q.  As part of your investigations, do you review electronic

11     evidence?

12     A.  Yes.

13     Q.  Do you participate in arrests?

14     A.  Yes.

15     Q.  And do you participate in searches for evidence?

16     A.  Yes.

17     Q.  Have you investigated cases related to the incident at

18     the U.S. Capitol on January 6, 2021?

19     A.  Yes.

20     Q.  Okay.  And for your testimony, if I say "January 6th,"

21     you'll understand I'm referring to January 6, 2021?

22     A.  I do.

23     Q.  Okay.  Were you part of an investigation related to the

24     defendant's conduct at the U.S. Capitol?

25     A.  Yes.
```

1  Q.  Approximately when did you join that investigation?

2  A.  Several days after the 6th of January.

3  Q.  What was the basis for investigating him?

4  A.  The basis for the investigation was to investigate

5  Mr. Strand's conduct in and around the Capitol on the 6th of

6  January.

7  Q.  And what made you believe Mr. Strand might have been in

8  and around the Capitol on the 6th of January?

9  A.  The FBI had received many tips that Mr. Strand had been

10 inside the Capitol on the 6th of January.

11 Q.  And those tips identified him by name?

12 A.  Yes.

13 Q.  And did some of the people who provided those tips know

14 him personally?

15 A.  Yes.

16 Q.  At some point did you obtain an arrest warrant for the

17 defendant?

18 A.  I was not the affiant for the arrest warrant, but an

19 agent in the Washington field office obtained an arrest

20 warrant for Mr. Strand.

21 Q.  Approximately when was that?

22 A.  The 13th of January.

23 Q.  Was the arrest warrant related to his alleged conduct on

24 January 6th?

25 A.  Yes.

 1    Q.  Did you determine where the defendant was living at the

 2    time?

 3    A.  Yes.  My colleagues and I determined where he was

 4    living.

 5    Q.  Was he living in his own place or someone else's place?

 6    A.  Someone else's place.

 7    Q.  And whose place was that?

 8    A.  Ms. Simone Gold.

 9    Q.  And where did Ms. Gold live?

10    A.  In Beverly Hills, California.

11    Q.  Did you attempt to arrest the defendant?

12    A.  Yes.

13    Q.  Can you briefly describe the arrest process.

14    A.  Yes.  After we determined that Mr. Strand was in the

15    location, we effectuated an arrest and search warrants at

16    that location.

17         The process of an arrest is generally once you

18    determine that the person is there, you approach the

19    location, and in this instance we do what's called the

20    knock-and-announce where we loudly knock on the door and

21    announce our presence, that we are the FBI, and that we

22    have, in this case, an arrest warrant and search warrants.

23         And then we forcibly made entry into the -- what

24    was an apartment, and we encountered two subjects.  We

25    placed both subjects under arrest and finished securing the

1    location.  And when I say "securing the location," I'm

2    referring to we make sure that there are no threats to other

3    agents -- myself and other agents in the location.

4              Once that was done, we executed the search

5    warrants.

6    Q.  I'll pause you there so we can break that up a little

7    bit.

8              You stated that you approached the door of

9    Ms. Gold's residence.

10   A.  Yes.

11   Q.  Yes.  And was it -- were you by yourself, or were you

12   with any colleagues?

13   A.  I was not by myself.  I was with other colleagues.

14   Q.  And approximately what time of day was this?

15   A.  Approximately noon.

16   Q.  And had your team determined that the defendant was

17   inside the residence at the time that you approached?

18   A.  Yes.

19   Q.  You mentioned that someone on your team knocked on the

20   door.  Was there a response to the knock?

21   A.  Not from the subject's location.

22   Q.  So nobody came to the door to answer it?

23   A.  No one came to the door.  We had a neighbor across the

24   hallway that came out.

25   Q.  Okay.  Did you try to -- well, did you know any phone

1    numbers for the defendant?

2    A.  Yes.

3    Q.  Did you know a phone number for Ms. Gold?

4    A.  Yes.

5    Q.  Did the team try to call them?

6    A.  Yes.

7    Q.  Did anybody answer those calls?

8    A.  No.  The call to Mr. Strand I later learned was

9    rejected.

10   Q.  And did that happen before your team forcibly entered

11   the door?

12   A.  Yes.  We did the knock-and-announce, and we called

13   before we forcibly entered the apartment.

14   Q.  Have you participated in other FBI arrests?

15   A.  I have.

16   Q.  Was the basic approach here any different from the FBI's

17   approach and the other arrests you've participated in?

18   A.  No.

19   Q.  When you carried out the arrest, were you authorized to

20   seize anything?

21   A.  Yes.

22   Q.  Generally speaking, what types of things are you

23   authorized to seize?

24   A.  The search warrants authorized us to seize items related

25   to Mr. Strand's conduct on the 6th of January at the United

1    States Capitol.

2    Q.  Did you seize a phone that you identified as the

3    defendant's phone?

4    A.  Yes, we did.

5    Q.  What type of phone was it?

6    A.  It was an iPhone.

7    Q.  Can we refer to that as "the defendant's phone" this

8    afternoon?

9    A.  Yes.

10   Q.  After the defendant's phone was seized, did you search

11   the phone?

12   A.  Yes.

13   Q.  And generally speaking, what types of things were you

14   searching for?

15   A.  I was searching for things related to his conduct on the

16   6th of January.

17   Q.  And, again, very generally, what types of sort of

18   buckets of things were you looking at?

19   A.  Looking for things like text messages, emails, photos,

20   videos, geolocation data, things like that.

21   Q.  Did you look for relevant information in the Internet

22   history?

23   A.  Yes, I did.

24   Q.  And the notes pages?

25   A.  Yes, I did.

```
1    Q.  Were you able to determine the date and time that
2    certain photos or videos were created on the phone?
3    A.  I was.
4    Q.  In searching the defendant's phone, did you find any
5    relevant social media communications?
6    A.  I did.
7    Q.  Were some of those communications on Twitter?
8    A.  Yes.
9    Q.  From your job as a special agent, are you familiar
10   with -- generally familiar with how Twitter works?
11   A.  I am generally familiar with how Twitter works, yes.
12   Q.  Can you briefly describe how Twitter works for the jury.
13   A.  Yes.  It is a service where you have a small message
14   that you type in and then you post, and that's called a
15   Tweet.  And in the Tweet you can have a picture or a video,
16   but that is published for other people to view.
17   Q.  So do people who use Twitter to post things have their
18   own accounts?
19   A.  Yes.
20   Q.  And are Tweets only available to people who have their
21   own accounts, or are they published publicly?
22   A.  They're published publicly.
23   Q.  At least as of January 6th, did the defendant have a
24   Twitter account?
25   A.  Yes.
```

1   Q.  And did you receive information from those tips you

2   mentioned earlier about the defendant's Twitter account?

3   A.  Yes.

4   Q.  And did the -- pardon me.  Did the defendant's phone

5   also indicate that the defendant had a Twitter account?

6   A.  Yes.

7   Q.  Do you know the defendant's Twitter account name?

8   A.  @TheJohnStrand.

9   Q.  And is "@" a common prefix for Twitter accounts?

10  A.  Yes.

11  Q.  Was there also some sort of nickname that the defendant

12  sometimes used for himself on Twitter?

13  A.  Yes.

14  Q.  What was that?

15  A.  Truth Maverick.

16  Q.  Other than the defendant's phone, did you search

17  anywhere else for any of the defendant's Tweets?

18  A.  Yes.

19  Q.  What did you search?

20  A.  We searched a website called the Internet Archive.

21  Q.  Is the Internet Archive a publicly available website?

22  A.  Yes.

23  Q.  Is it a tool that you have used in other investigations?

24  A.  Yes.

25  Q.  Can you describe how you searched for the defendant's

1    Tweets using the Internet Archive.

2    A.  Yes.  The Internet Archive is also known as the way back

3    machine, and it basically takes snapshots of content that is

4    on the Internet at certain times.  And if the content is

5    later deleted, you can go to the Internet Archive and

6    sometimes find those -- that deleted content at the Internet

7    Archive.

8    Q.  And did you find content at the Internet Archive that

9    appeared to be the defendant's Tweets or some of the

10   defendant's Tweets?

11   A.  Yes.

12   Q.  And did you do anything to try to corroborate whether

13   they were, in fact, the defendant's Tweets?

14   A.  Yes.

15   Q.  Can you describe that.

16   A.  Yes.  I looked in the report that I received from

17   Mr. Strand's phone for things related to those Twitter

18   posts.  Things such as -- in some instances, they're in the

19   Notes sections of the phone.  There were drafts of the

20   Tweets that I found, or there might be an email from the

21   Twitter service indicating that the account user had made a

22   post, made a Tweet.

23   Q.  Pardon me.  Did some of those Tweets contain photos?

24   A.  Yes.

25   Q.  And did some of the photos in the Tweets in the Internet

1    Archive appear as photos on the defendant's phone?

2    A.  Yes.

3    Q.  And using this method, did you identify any of the

4    exhibits between Nos. 901 through 913?

5    A.  Yes.

6              MR. MANNING:  Exhibit 706B is a stipulation

7    between the parties.  If we could pull it up, Ms. Rouhi.

8    Q.  And, Mr. Turner, I'm not going to ask you to read the

9    entirety of this stipulation, but --

10             MR. MANNING:  Ms. Rouhi, can you scroll down so we

11   can see the signatures at the bottom.

12             Your Honor, in the interest of time, we will

13   submit the signed version and get it properly admitted.

14             THE COURT:  Very well.

15             MR. MANNING:  But, Mr. Brennwald, this is the

16   stipulation we've all reached?

17             MR. BRENNWALD:  Yes, Your Honor.  As long as we

18   just go through the fact that it shows uniform -- I'm sorry,

19   universal time, East Coast time, and Pacific time.

20   Q.  Mr. Turner, can you --

21             MR. MANNING:  Ms. Rouhi, can you make it a little

22   bigger, maybe 130 percent?

23             Thank you.

24   Q.  Mr. Turner, could you read for the jury just the first

25   statement -- sorry, the first paragraph beginning with "The

1    United States and Defendant John Strand"?

2    A.  Yes.

3            "Stipulation.

4            "The United States and Defendant John Strand agree

5    and stipulate to the following:  The below chart accurately

6    shows the relationship between Coordinated Universal Time

7    (UTC), Eastern Standard Time (EST), and Pacific Standard

8    Time (PST) on January 5, 2021, January 6, 2021, and January

9    7, 2021."

10   Q.  And is UTC a time zone or time format that's commonly

11   used in certain electronic devices?

12   A.  Yes.

13   Q.  And so does this chart allow anyone using the chart to

14   convert a UTC time to a Washington, D.C., time in that

15   second column?

16   A.  It does.

17   Q.  And did some of the communications on the defendant's

18   phone indicate the time in Pacific time or Los Angeles time

19   based on where he lived?

20   A.  Yes.

21   Q.  So does this chart also allow you to, if you have a UTC

22   time, convert it to PST time?

23   A.  Yes.

24           MR. MANNING:  So, Ms. Rouhi, can we scroll down to

25   Page 2.

```
1    Q.  So, using this chart, why don't we look all the way at
2    the bottom, in the second row from the bottom.  There's an
3    indication that it's January 6, 2021, at 6:00 p.m.  Do you
4    see that in the second row from the bottom there?
5    A.  Yes, 6:00 p.m. UTC time in the left column.
6    Q.  And do you see the number below that in italics that
7    says 18:00?
8    A.  Yes.
9    Q.  What's that?
10   A.  18:00 is 6:00 p.m. using a 24-hour military clock.
11   Q.  And are some of the communications we're going to go
12   through in a 24-hour clock?
13   A.  Yes.
14   Q.  Okay.  So if a communication said January 6, 2021,
15   either at 6:00 p.m. or at 18:00 on the 24-hour clock, what
16   time would that reflect in East Coast time?
17   A.  In East Coast time it would be 1:00 p.m. or 13:00.
18   Q.  And how about in Los Angeles?
19   A.  10:00 a.m. or 10:00.
20           MR. MANNING:  We can take this down.
21   Q.  I'd like to turn your attention to some of the specific
22   information that you obtained from the defendant's phone and
23   the Internet Archive.
24           MR. MANNING:  Could we bring up Exhibit 334.01?
25   Can we zoom in a little bit so we can see both boxes.
```

1    Q.  Generally, what is this?

2    A.  This is a communication between Mr. Strand and someone

3    named Igor.

4    Q.  And do you recognize Mr. Strand by his first name John

5    in that green box; is that right?

6    A.  Yes.

7    Q.  And for all the communications generally that we're

8    going to see today, what does the blue box represent and

9    what does the green box represent?

10   A.  Generally the blue box is for the party sending

11   something to Mr. Strand's phone, and the green box generally

12   represents Mr. Strand's response or the message that he

13   sent.

14   Q.  So could you read this exchange for the jury?  And

15   please begin by noting the date of the exchange.

16   A.  Yes.  This exchange takes place on the 17th of August,

17   2020.  Igor says:  "So what do you do, still modeling?"

18        Mr. Strand responds, "Yes actually, still modeling

19   and acting, still working to get more high end clients and

20   overseas contracts.  It's as difficult as ever."

21   Q.  In your investigation, did you look for publicly

22   available information corroborating that the defendant had

23   worked as an actor?

24   A.  Yes.

25   Q.  And generally did you find that he had?

1    A.  Yes.

2                MR. MANNING:  Let's go to 331.01, please.

3                Maybe try to zoom it in to it a little bigger, if

4    we can.

5    Q.  What's the date of this exchange?

6    A.  The 28th of October 2020.

7    Q.  And the message is from Ms. Gillespie to John Strand; is

8    that right?

9    A.  Yes.

10   Q.  And who is Ms. Gillespie?

11   A.  I don't know.

12   Q.  The 2020 presidential election -- sorry, you said the

13   date was -- withdrawn.

14               Can you say the date again, please?

15   A.  Yes, the 28th of October 2020.

16   Q.  Was the 2020 presidential election just a few days away

17   at this time?

18   A.  Yes.

19   Q.  What was the date of that election?

20   A.  3 November 2020.

21   Q.  Have you read all of the exchange that comprises this

22   331.01?

23   A.  Yes, I believe I have.

24   Q.  Okay.  Please look here at this first message which

25   begins with "If Dems steal election."  Do you see that?

```
 1      A.  I do.

 2      Q.  And from your review of the defendant's communications

 3      with Ms. Gillespie generally, do you have an understanding

 4      of who Ms. Gillespie is referring to as the "Dems"?

 5      A.  I do.

 6      Q.  Who is that?

 7      A.  Democrats.  The Democratic party.

 8              MR. MANNING:  Ms. Rouhi, if we could scroll down

 9      to the last page of the exhibit and to the second-to-last

10      message in the exchange.

11              Just one more page.

12              (Counsel confer)

13              MR. MANNING:  Your Honor, just for the clarity of

14      the record, I want to move to admit the two previous

15      exhibits that we saw, Exhibit 706B, the stipulation, and

16      334.01, the text communication.

17              MR. BRENNWALD:  No objection to those two.

18              THE COURT:  So moved.

19      Q.  So, Mr. Turner, we're now to the second-to-the-last

20      message in this chain.  Is this still October 28, 2020?

21              MR. BRENNWALD:  Mr. Manning, can you hold on one

22      second.

23              (Pause)

24              THE COURT:  Counsel, I still think there's some

25      confusion.  Are these among the long list of exhibits that
```

1    we preadmitted at the beginning of the testimony?

2              MR. MANNING:  Yes.

3              MR. BRENNWALD:  Yes.  And I thought that the idea

4    was that before he would show them to the jury, I should

5    make an objection or not.

6              THE COURT:  You should.  You should --

7              MR. BRENNWALD:  Right.

8              THE COURT:  -- perfect your objection.

9              MR. BRENNWALD:  Right.  So that's why I went up to

10   Mr. Manning and I said before they're shown -- sorry, before

11   a specific exhibit is shown he should make a motion about

12   that one, and I can -- I mean, I have to object at some

13   point.

14             THE COURT:  Then I'm not sure why we preadmitted

15   them then.  So why don't we just do it the old-fashioned

16   way, okay?

17             So was there an objection to either of the

18   first -- obviously not the stipulation, but the first text

19   message exchange?

20             MR. BRENNWALD:  There is no objection to 340.01 or

21   333.01.

22             THE COURT:  Okay.  Those are in, and you may

23   publish.

24   Q.  Special Agent Turner, this message from Ms. Gillespie to

25   the defendant, this is still on October 28, 2020; is that

1     right?

2     A.  Yes.

3     Q.  Can you please read just the first sentence of

4     Ms. Gillespie's message.

5     A.  Yes.  "John, I swear if they get in we have to plan how

6     to regain our freedom."

7     Q.  Based on your view of this entire exchange, is

8     Ms. Gillespie still referring to the Democrats when she

9     writes "if they get in"?

10    A.  Yes.

11    Q.  Please read the rest of the message.

12    A.  "Resistance.  1 if by land, 2 if by sea.  Paul Revere.

13    Silence do good.  Federalist papers.  Secret meetings.

14    Whatever it takes to return power to the people for real,

15    not in word only vis-à-vis socialism."

16            MR. MANNING:  Ms. Rouhi, if we can now go to the

17    defendant's response, which is the next message in green

18    below.

19    Q.  Please read the defendant's response to this message?

20    A.  "Trust me.  When I write and speak the famous phrases

21    'live free or die' and 'give me liberty or give me death' --

22    I am not playing."

23            MR. MANNING:  Ms. Rouhi, could we bring up but we

24    will not yet publish 321.01.

25            Any objection?

```
 1              MR. BRENNWALD:  Can I just read it.

 2              MR. MANNING:  Your Honor, could I request we

 3     briefly get on the phones.

 4              (The following is a bench conference

 5               held outside the hearing of the jury)

 6              MR. MANNING:  Thank you, Your Honor.

 7              I don't mean to slight Mr. Brennwald, but he's had

 8     these exhibits for weeks.  He's had our narrowed down list

 9     for many days.  We have repeatedly asked him just to pay

10     attention to this streamlined list to see if he had specific

11     objections to specific ones.

12              Every message we're going to see from here on out

13     is from this period, October 28th through January 2021.  If

14     we have to go show every message in every exchange, we'll be

15     here for weeks.

16              MR. BRENNWALD:  So what I suggest, Your Honor, I

17     have a list on my computer here.  So if you can just say "I

18     want to show you what's been marked as whatever," and then

19     I'll take a look at it, and then I can make an objection or

20     not.  I just pulled it up on my computer so I can see it.

21              THE COURT:  Try to do that quickly.

22              MR. BRENNWALD:  I will.

23              THE COURT:  And, Mr. Manning, you don't have to

24     lay the foundation for it.

25              Just figure out if you want to lodge an objection
```

```
 1    or not and say 403, if you do.  Okay?
 2                MR. BRENNWALD:  Yes, Your Honor.
 3                THE COURT:  All right.
 4                MR. MANNING:  Understood, Your Honor.
 5                MR. BRENNWALD:  So I just need a minute.
 6                (This is the end of the bench conference)
 7                MR. BRENNWALD:  321.01?
 8                MR. MANNING:  Yes.
 9                MR. BRENNWALD:  No objection to this.
10                MR. MANNING:  Ms. Rouhi, if we could pull up the
11    first message here.
12                THE COURT:  And just for the record, so moved.  If
13    there's no objection, then it's in.  Okay?
14                MR. MANNING:  Thank you.
15    BY MR. MANNING:
16    Q.  What's the date of this exchange?
17    A.  The 28th of October 2020.
18    Q.  Same date as the last exchange we looked at?
19    A.  Yes.
20    Q.  Who is Claire Strand?
21    A.  I believe it's Mr. Strand's mother.
22    Q.  Can we please read each message in the exchange.
23    A.  This message is from Claire Strand:  "What is wrong with
24    CONGRESS?!!!!"
25    Q.  And who is writing -- who is writing in the green?
```

```
1    A.  Mr. Strand.

2    Q.  Can you please read his response?

3    A.  "They are almost all POLITICIANS."

4         Mr. Strand continues, "It's like hiring a bunch of

5    alcoholics to run your bar."

6    Q.  Continue.

7    A.  Claire Strand responds, "This is nuts."

8         Mr. Strand responds, "It's like hiring a bunch of

9    pedophiles to run your kindergarten."

10        MR. MANNING:  The next exhibit would be 322.01.

11        MR. BRENNWALD:  No objection to this one.

12        THE COURT:  So moved.

13        MR. MANNING:  Can we zoom in on that first

14   message, Ms. Rouhi.

15   Q.  What is the date of this exchange, Mr. Turner?

16   A.  The 3rd of November 2020.

17   Q.  For all the exchanges of communications that we're going

18   to review today, do they all take place in the same day;

19   that is, for each one we're going to review, if the first

20   message is on a particular day, do all the responses come

21   within the same day?

22   A.  I believe so, but I would need to check as we look

23   through each message.

24   Q.  Okay.  So the date of this was November 3, 2020?

25   A.  Yes.
```

1    Q.  And you said previously that that was the day of the

2    2020 presidential election?

3    A.  Yes.

4    Q.  Were there elections for Congress that same day?

5    A.  Yes.

6    Q.  Please read this message.

7    A.  This message is from Claire Strand:  "So freaking

8    stressed, where are you tonight?"

9            Mr. Strand responds, "Errol Webber's yacht party."

10   And I believe that's a yacht emoji.

11           Mr. Strand continues, "He's the congressional

12   candidate I worked for this month."

13           MR. MANNING:  The next exhibit will be 324.01.

14           MR. BRENNWALD:  No objection.

15           THE COURT:  So moved.

16   Q.  Before we zoom in on this, Ms. Rouhi, Mr. Turner, do you

17   recognize generally what this is?

18   A.  It's some type of message that Mr. Strand sent with what

19   looks like some type of poster or picture as an attachment.

20   Q.  Okay.  And is the message on the bottom and that picture

21   or poster on the top?

22   A.  Yes.  The message is on the bottom, and the attachment

23   is on the top.

24           MR. MANNING:  Ms. Rouhi, could we zoom in first on

25   the message, which is on the bottom.

1    Q.  Special Agent Turner, could you read the date of this

2    exchange that -- can you read this exchange and also start

3    with the date.

4    A.  Yes.  This exchange takes place on the 6th of November

5    2020.

6              Mr. Strand writes, "I organized this for our

7    Beverly Hills group to rally today."

8              MR. MANNING:  Ms. Rouhi, can you now zoom in on

9    the attachment above.

10             Sorry to ask, but can you zoom in to make the font

11   a little bigger on the flier?  We don't need the information

12   on the bottom.

13   Q.  Special Agent Turner, can you read the text of this

14   flier.

15   A.  Yes.  "He fought against hell itself to defend us... Now

16   we need to STAND FOR HIM.

17             #BeverlyHillsFreedomRally is calling all Patriots

18   to #StopTheSteal, #WeAreTheRally."

19   Q.  And, Special Agent Turner, you mentioned a hashtag.

20   Could you explain what a hashtag is on Twitter.

21   A.  Hashtag is a way to organize information on Twitter.  If

22   you hashtag a phrase, for instance, you could search Twitter

23   for all the hashtags marked with that phrase, and it helps

24   the user find things that have been so marked.

25   Q.  So if somebody were to put this #StoptheSteal on a

```
 1    Tweet, would that help other people interested in the Stop

 2    the Steal hashtag identify this one?

 3    A.  Yes.

 4              MR. MANNING:  The next exhibit will be 334.02.

 5              MR. BRENNWALD:  Your Honor, I've actually reviewed

 6    all these discrete texts since Mr. Manning started, and I

 7    don't object to any of them at this point.

 8              THE COURT:  Very well.

 9              MR. BRENNWALD:  So we don't have to worry about

10    that anymore.

11              THE COURT:  So all of your list is admitted.

12              MR. MANNING:  Thank you, Your Honor.

13              Ms. Rouhi, could we zoom in on the top message.

14    Q.  What's the date of this exchange?

15    A.  The 7th of November 2020.

16    Q.  Are you aware of anything significant that happened with

17    respect to the presidential election on November 7th?

18    A.  I am.

19    Q.  What's that?

20    A.  Several of the major news organizations called the

21    election for President Biden.

22    Q.  And who was the other major candidate in that election?

23    A.  Former candidate Trump.

24    Q.  Can you read this message.

25    A.  Yes.  This message is from Igor.  "They're making lists
```

1    of officials who've supported Trump.  It's outrageous.  I'm

2    so upset that most people don't see how this is becoming a

3    socialist tyranny already."

4           Mr. Strand responds, "You are correct about

5    cowardly Republicans -- and they've always been corrupt, so

6    we need to expose them, root them out.

7           "This is a defining moment."

8           Mr. Strand continues.  "And yes, it is outrageous,

9    but exactly what we expected -- this is the beginning of a

10   civil war, perhaps not a 'hot war' with bullets (yet) but a

11   definitive conflict nonetheless."

12          MR. MANNING:  Government's 912, please.

13   Q.  What type of -- sorry, what type of communication is

14   this?

15   A.  A Tweet.

16          MR. MANNING:  Ms. Rouhi, could you zoom in just a

17   little bit.

18   Q.  Could you circle for the jury where Twitter shows the

19   date of the post.

20   A.  (Witness complies)

21   Q.  So what is that date here?

22   A.  The 20th of November 2020.

23   Q.  And which part of the text that we're looking at here do

24   you understand was written by the defendant, and which part

25   of the text was written by somebody else?

1    A.   Would you like me to circle it?

2    Q.   You could just describe it, I think.

3    A.   The top part is written by Mr. Strand.

4            The bottom part is written by a user named Eric

5    Metaxas.

6    Q.   Could you read the portion written by Eric Metaxas?

7    A.   Yes.  "Trump will be inaugurated, having won in a

8    landslide.  Many will go to jail for having attempted to

9    murder Uncle Sam & Lady Liberty.  Many corrupt institutions

10   will go down in flames.  Hang tough, patriots.  Pray that

11   justice be served.  The best is yet to

12   come.theepochtimes.com/mkt_app/trump-..."

13   Q.   Can you read what the defendant wrote in response?

14   A.   Yes.  "Patriots, HOLD THE LINE, #StoptheSteal.

15   #TruthMaverick, #ElectionGate."

16   Q.   Are you familiar with how the phrase "Stop the Steal"

17   was being used in the weeks and months following the

18   November 2020 election?

19   A.   Yes.

20   Q.   Can you briefly describe it.

21   A.   Supporters of former President Trump felt that the

22   election had been stolen through fraudulent voting, and they

23   rallied around the cry of Stop the Steal.

24            MR. MANNING:  337.01, please.

25            Can we zoom in on the top.

```
 1    Q.  What is the date of this?

 2    A.  The 23rd of November 2020.

 3    Q.  Have you read other exchanges between the defendant and

 4    this individual, Taylor Mesple?

 5    A.  Yes.

 6    Q.  Specifically have you read other exchanges between them

 7    in the, you know, weeks or months that precede this one?

 8    A.  Yes.

 9    Q.  And generally, what are some of the topics they discuss?

10    A.  They frequently discuss politics.

11    Q.  Please read this exchange.

12    A.  This is from Mr. Strand.  "We are such men.  LIONS."

13    And then a lion emoji.

14            Taylor responds with "Yes," and then the lion

15    emoji.

16            And then Mr. Strand loved Mister or Taylor's

17    "yes," lion emoji comment.

18            MR. MANNING:  Let's leave that up for just a

19    moment, Ms. Rouhi.

20    Q.  You refer to that lion as an emoji?

21    A.  Yes.

22    Q.  And are you familiar with how iPhone users can also

23    press buttons to send things that look like emojis simply by

24    pressing a button and trying to send a thumbs up or

25    something like that?
```

```
1    A.  Yes.

2    Q.  And when iPhone users use that feature, how does it

3    appear in these printouts?

4    A.  On these reports, instead of, for instance, having a

5    heart emoji, it just prints out "loved."  And instead of a

6    thumbs up, it would say something to the effect of "liked."

7              MR. MANNING:  913, please.

8    Q.  Is this another Tweet?

9    A.  Yes.

10   Q.  I want to direct your attention just to the bottom of

11   the image.  You don't need to read any of these words, but

12   do you see down at the bottom there are some words in a

13   foreign language?

14   A.  Yes.

15   Q.  And why is that?

16   A.  When the Internet Archive goes out and grabs images, it

17   sometimes grabs them from foreign language sites.

18   Q.  Can you start by reading the Tweets from the user named

19   Ann Inquirer.

20   A.  Yes, this is from the 1st of December, 2020, Ann

21   Inquirer wrote, "DECLARE THE INSURRECTION ACT

22   @realDonaldTrump twitter.com/KrakenWood,sta..."

23   Q.  Are you familiar with the Insurrection Act generally?

24   A.  I have a layman's understanding of the Insurrection Act.

25              MR. BRENNWALD:  I would object to a layman giving
```

1    an opinion on the Insurrection Act, Your Honor.

2            THE COURT:  Overruled.

3    Q.  In the period after the November 3, 2020, presidential

4    election, are you familiar with what some supporters of

5    former President Trump were urging with respect to the

6    Insurrection Act?

7    A.  Yes.

8    Q.  What was that?

9    A.  Some of President Trump's supporters were urging

10   President Trump to invoke the Insurrection Act, which would

11   have allowed him to use the active duty military.

12   Q.  And for what purpose?

13   A.  To suppress an insurrection or a rebellion.

14           And in this instance, I believe that the

15   supporters of former President Trump wanted to use the

16   Insurrection Act for him to extend his presidency.

17   Q.  Can you please read the Tweet from the defendant

18   beginning at the top.

19   A.  Yes.  "No, seriously.  This is LITERALLY what the I act

20   is for.  THIS.  IS.  WAR."

21   Q.  And from your review of this exchange, what do you

22   believe the defendant is referring to when he says "I act"?

23   A.  I believe he's referring to the Insurrection Act.

24   Q.  And below the "THIS.  IS.  WAR." can you read the

25   hashtags?

```
1    A.  Yes.  Yes, "Truth" -- excuse me.  "#TruthMaverick,

2    #TheElectionWasRigged.  #StoptheSteal,

3    #IrredeemablyCompromised, #TheConstitutionMatters."

4    Q.  And from your understanding of Twitter, is it the

5    account user who is posting the Tweets who adds the hashtags

6    they want to add?

7    A.  That is my understanding.

8              MR. MANNING:  901, please.

9    Q.  Is this another Tweet?

10   A.  Yes.

11             MR. MANNING:  Ms. Rouhi, can we zoom in -- can we

12   focus on the Tweet itself, a little further below.  Okay.

13   Q.  What's the date of the Tweet?

14   A.  The 1st of December 2020.

15   Q.  And is the defendant responding to a Tweet of someone

16   else?

17   A.  Yes.

18   Q.  And who is that -- who is that original Tweet from?

19   A.  Ted Cruz.

20   Q.  Do you know who Ted Cruz is?

21   A.  Yes.

22   Q.  Is he a senator?

23   A.  Senator from Texas.

24   Q.  Can you please read the Tweet from Ted Cruz on the

25   bottom.
```

1    A.  Yes.  "#SCOTUS should hear the emergency appeal on the

2    Pennsylvania election challenge."

3    Q.  Do you know what Senator Cruz is referring to with the

4    acronym "SCOTUS"?

5    A.  I do.

6    Q.  What's that?

7    A.  Supreme Court of the United States.

8    Q.  And what does the defendant write when reTweeting this?

9    A.  "This is MAJOR -- full blown warfare to SAVE THE

10   REPUBLIC.  #TruthMaverick, #IrredeemablyCompromised

11   #ThisElectionWasRigged, #StoptheSteal.

12   Q.  In Senator Cruz's Tweet, is there a link to a document?

13   A.  Yes.

14   Q.  Have you reviewed that?

15   A.  Yes.

16   Q.  Did that document use the expression "full blown

17   warfare"?

18   A.  It did not.

19   Q.  Did that document say anything about war?

20   A.  No.

21              MR. MANNING:  340.01.

22              Can we zoom in on the two on the top.  Sorry, just

23   zoom in on the one on the top.

24   Q.  Is this another text exchange?

25   A.  Yes.

```
 1    Q.  And what's the date of this message?

 2    A.  The 11th of December 2020.

 3    Q.  And who is the exchange between?

 4    A.  Someone named Greg Mayo and Mr. Strand.

 5    Q.  Can you read Mr. Mayo's message?

 6    A.  Yes.  "We shall see!"

 7    Q.  Keep going.

 8    A.  Mr. Mayo continues, "Civil war and secession."

 9    Q.  How does Mr. Strand respond?

10    A.  He loved the comment "Civil war and secession."

11            MR. MANNING:  337.02.

12    Q.  What is this?

13    A.  This is a communication between Mr. Strand and Taylor

14    Mesple.

15    Q.  And this is green, so this is written by the defendant,

16    Mr. Strand?

17    A.  Correct.

18    Q.  What's the date?

19    A.  The 14th of December 2020.

20    Q.  Can you read what Mr. Strand wrote?

21    A.  Yes.  "Absolutely NO.

22            "The fraud is massive, and indisputable.  We

23    'cannot' allow a passive acceptance of such fraud and

24    corruption of our republic at its very core.  This is

25    literally #LiveFreeOrDie time.  I'm not joking."
```

1    MR. MANNING:  Can we go back, Ms. Rouhi, to

2    337.01.

3    Q.  Just going back to message 337.01, which we looked at a

4    few moments ago.

5         Do you recall this exchange related to the lions

6    and lion emojis?

7    A.  I do.

8    Q.  Okay.  And that exchange is between...?

9    A.  Mr. Strand and Taylor Mesple.

10   Q.  Who is the same person who the message exchange was we

11   just looked at; is that right?

12   A.  Yes.

13   Q.  There's a bit more to this exchange than we saw

14   previously.

15        MR. MANNING:  Ms. Rouhi, can you now scroll down

16   to the rest of this exchange starting with the message in

17   the blue.

18   Q.  Can you read this message, Mr. Turner.

19   A.  Yes.  This message is from Taylor Mesple to

20   Mr. Strand, and it is on the 23rd of November 2020.

21        "These tyrants can literally piss off."

22   Q.  Can you read the defendant's response?

23   A.  Yes.  Mr. Strand responds:  "Yeah, but they won't --

24   until we FORCE them to."

25        MR. MANNING:  327.01, please.

1    Q.  What's the date of this exchange?

2    A.  The 31st of December 2020.

3    Q.  So this is a week before January 6th?

4    A.  Yes.

5    Q.  And who is this message from?

6    A.  Claire Strand.

7    Q.  And can you read what she writes?

8    A.  Yes.  "How's it going over there?  Making progress?  I

9    think things are looking bleak for the election" with a

10   crying face emoji.

11   Q.  How did the defendant respond?

12   A.  "Take heart!  Trump is strong!"

13   Q.  Continue.

14   A.  Claire Strand responds:  "The congress is weak!"

15   Q.  And how did the defendant respond to Ms. Strand's

16   comment, "The congress is weak"?

17   A.  He liked "The congress is weak" comment.

18   Q.  And the date of this is still December 31, 2020?

19   A.  Yes.

20   Q.  And, generally speaking, Special Agent Turner, do you

21   see these black boxes in various places on these messages?

22   A.  I do.

23   Q.  Is it right that these black boxes cover up phone

24   numbers and other sensitive information but nothing of

25   substance in the content?

1    A.  Yes.

2    Q.  The last message there you describe the defendant liking

3    the comment "The congress is weak."

4              What was Congress's role on January 6th generally?

5    A.  To certify the Electoral College votes.

6    Q.  And was that role of Congress generally discussed a lot

7    on social media and media in the week beforehand?

8    A.  Yes.

9              MR. MANNING:  905, please.

10   Q.  What's this?

11   A.  A Tweet.

12   Q.  What's the date?

13   A.  The 2nd of January 2021.

14   Q.  And is there an original message that the defendant is

15   reTweeting?

16   A.  There is.

17   Q.  Can you read that one first.

18   A.  Yes.  It's from the @realDonaldTrump, "MAKE AMERICA

19   GREAT AGAIN!"

20   Q.  And what does the defendant write?

21   A.  "This is the call to action.  This is the plan.  Trust

22   the plan.  Act.  #TruthMaverick, #FightBack."

23   Q.  At times do Tweets indicate the location from which the

24   account sent the Tweet?

25   A.  Yes.

1    Q.  Is that location visible here?

2    A.  It is.

3    Q.  And what's the location?

4    A.  Naples, Florida.

5    Q.  And that's written at the bottom of the Tweet here; is

6    that right?

7    A.  Yes.

8              MR. MANNING:  331.02.

9    Q.  Without going into detail at this point, can you just

10   describe what this message is in blue?

11   A.  Yes.  This is a message sent to Mr. Strand, and the part

12   right here is an attachment for various rallies on the 6th

13   of January 2021.

14   Q.  Can you squint and see the date at the bottom, or should

15   we zoom in for you?

16   A.  It looks like the 3rd of January is the date it was

17   sent.

18   Q.  Can you read for the jury the text beginning at January

19   6, 2021, at the top and stopping at the end of that second

20   line that has the hashtags.

21   A.  Yes.  "Jan 6, 2021, Wild Protest D.C., Washington, D.C.,

22   12pm.

23              "U.S. Capitol Building/Supreme Court

24   2 Constitution Ave, NE, Washington, D.C., 20002.

25              "WildProtest.com.  Text JAN6 to 86184.

1   #DoNotCertify, #JAN6, #StopTheSteal, #WildProtest."

2   Q.  We're going to now zoom into the bottom part of the

3   flier.

4          Can you read the first sentence of this black text

5   beginning with "Jan 6th is the deadline" there in the

6   middle.

7   A.  Yes.  "Jan 6th is the deadline for electoral votes to be

8   certified or challenged."

9   Q.  Thank you.

10          Can you read the defendant's response to receiving

11  this flier.

12  A.  Yes.  "I'll be there!  Dr. Gold is one of the featured

13  speakers."

14          MR. MANNING:  Government's 310, please.

15  Q.  What is this?

16  A.  It appears to be an electronic boarding pass for

17  Southwest Airlines.

18  Q.  And what does the boarding pass reflect?  Who is the

19  traveler?

20  A.  John Strand.

21  Q.  What's the date of the flight?

22  A.  The 5th of January 2021.

23  Q.  What's the destination?

24  A.  Baltimore/Washing BWI.

25  Q.  Is the BWI airport generally in the area of Washington,

1     D.C.?

2     A.  Yes.

3     Q.  And what time is the flight?

4     A.  The flight departs at 10:00 a.m.

5              MR. MANNING:  Your Honor, allow me just one

6     moment.

7              Let's do 312.01.

8     Q.  What is this?

9     A.  It's a message from Mr. Strand.

10    Q.  To who?

11    A.  Someone named Russell Stuart.

12    Q.  Before you read this, are you familiar with an acronym

13    "POTUS," P-O-T-U-S?

14    A.  I am.

15    Q.  What does it stand for?

16    A.  President of the United States.

17    Q.  And "EST" is the acronym for Eastern Standard Time or

18    the time here in Washington, D.C.; is that right?

19    A.  Correct.

20    Q.  Please read this.

21    A.  "There will be more than a million people here

22    tomorrow... gonna get ridiculous.

23              "We have entry to the POTUS speech tomorrow at 10

24    or 11 EST, then the Protest speakers will happen after a

25    march somewhere around 1pm EST."

```
1    Q.  What's the date of this message?

2    A.  The 5th of January 2021.

3              MR. MANNING:  909, please.

4    Q.  Is this another Tweet?

5    A.  Yes.

6              MR. MANNING:  Can we zoom in.

7    Q.  The previous location of a Tweet that we looked at was

8    January 2nd in Florida; is that right?

9    A.  Yes.

10   Q.  And what's the date and the location of this Tweet?

11   A.  The 5th of January 2021 from Washington, D.C.

12   Q.  Can you please read it, including the hashtags.

13   A.  Yes.  "There's no doubt about the truth of the 2020

14   election.  The only question is:  will you act upon that

15   truth?  WILL YOU STAND FIRM?  This moment will define our

16   country, our generation, & our national destiny.  It's now,

17   or never.  #TruthMaverick #StopTheSteal."

18             MR. MANNING:  366.01.

19   Q.  Who is this message between?

20   A.  Mr. Strand and someone named Alfie Oakes.

21   Q.  What's the date?

22   A.  The 6th of January 2021.

23   Q.  Can you read the message?

24   A.  Yes.  "Are you here at 'Women For America First' a Save

25   America march?  We are in vip in front of stage."
```

 1    Q.  And you said the date was January 6th.  Is it -- what's

 2    the time?

 3    A.  The time was 6:21 Pacific Standard Time, which would be

 4    9:21 Eastern Standard Time.

 5    Q.  And so from the boarding pass and the other things we've

 6    seen, it's your understanding that the defendant was here in

 7    Washington, D.C., on January 6th?

 8    A.  That is my understanding.

 9    Q.  And so the time is 9:21 in the morning here in D.C.?

10    A.  Yes.

11    Q.  The message references "America First."  Was America

12    First a slogan associated with one of the political

13    candidates in the 2020 election?

14    A.  Yes.

15    Q.  Which one?

16    A.  Former President Trump.

17              MR. MANNING:  Go to the next.

18    Q.  Can you continue reading?

19    A.  Yes.  This is from Alfie Oakes to Mr. Strand.  "Can you

20    send me a drop pin."

21    Q.  Do you know what a drop pin is?

22    A.  Yes.

23    Q.  What is it?

24    A.  It's a function on one's phone where you can put a pin

25    on a map and send it to someone, and that pin is pulled up

1    on their phone and they can see where the pin is on their

2    map.

3    Q.  What does Mr. Oakes write to the defendant next?

4    A.  "Are you at Ellipse?"

5    Q.  Are you familiar with a place in Washington known as the

6    Ellipse?

7    A.  Yes.

8    Q.  What is it?

9    A.  It's grassy area, park-type area near the White House.

10   Q.  What was happening at the Ellipse on the morning of

11   January 6th?

12   A.  There was a rally.

13   Q.  What was that rally called?

14   A.  Stop the Steal.

15   Q.  And have you --

16           MR. MANNING:  Continue on.

17   Q.  So with these two messages here, did the defendant send

18   any sort of response when asked, "Can you send me a drop

19   pin?"

20   A.  Yes, he did.

21   Q.  He liked it?

22   A.  Yes, he liked the comment, "Can you send me a drop pin?"

23   And he liked the comment, "Are you at the Ellipse?"

24   Q.  And have you seen a drop pin that the defendant did

25   send?

1    A.  I saw later in the message a rendering from a port that

2    had a lat/long in it.

3    Q.  Is lat/long a Marine's way of saying latitude and

4    longitude?

5    A.  It is.

6    Q.  And does that place the location on the map?

7    A.  Yes.  When I placed that into Google Maps, it was the

8    Ellipse.

9                MR. MANNING:  308, please.

10   Q.  What's this?

11   A.  A picture.

12   Q.  And was this also taken from the defendant's phone?

13   A.  It was.

14   Q.  And did you identify it as a photograph on the phone?

15   A.  Yes.

16   Q.  And were you able to identify the date the picture was

17   taken?

18   A.  Yes.

19   Q.  What was that date?

20   A.  The 6th of January 2021.

21   Q.  And do you know where this location is that we're

22   looking at?

23   A.  Yes.

24   Q.  What is that?

25   A.  United States Capitol.

1    Q.  Do you see any groups of Capitol -- well, withdrawn.

2         Do you see groups of police officers in the photo?

3    A.  I do.

4    Q.  Can you circle them.

5    A.  Yes.  There's one group at the top of the stairs, and

6    there's another group that's a little bit harder to see

7    towards the bottom right in front of the crowd.

8         MR. MANNING:  Let the record reflect that Special

9    Agent Turner drew a green oval around a group of men in

10   black costumes across the middle of the photo, as well as a

11   group of men in similar black uniforms standing beneath

12   them.

13   Q.  I want to focus your attention on the officers in that

14   top circle.  Do they appear to be armed?  Do any of them

15   appear to be armed?  Sorry.

16   A.  They do appear to be armed.

17   Q.  Can you circle anything in any of them that gives you an

18   indication that they may be armed?

19   A.  The way -- the way that officer is holding his arms

20   looks like he might have a long gun.  And also this officer

21   right here on his right side, it looks like he has what's

22   called a drop holster, which is just a holster on your leg.

23   Q.  And from where you're looking, do you see the two

24   officers furthest to the right?

25   A.  I do.

911

1    Q.  Do either of them appear to have anything in their

2    hands?

3    A.  It looks like this officer here might have something in

4    his right hand.

5            MR. MANNING:  Let the record reflect that Agent

6    Turner drew three circles within the oval that sort of looks

7    like peas in a pod.

8    Q.  You testified previously that you identified this image

9    as a photograph on the defendant's phone.

10   A.  Yes.

11   Q.  Is it -- would you draw an appropriate inference that

12   someone was standing in this place and taking a picture with

13   the defendant's phone?

14   A.  Yes, that's a logical inference.

15           MR. MANNING:  307, please.

16   Q.  Is this another photograph from the defendant's phone?

17   A.  Yes.

18   Q.  Did you identify the date it was taken?

19   A.  Yes.

20   Q.  Do you recognize the woman looking toward the camera?

21   A.  I do.

22   Q.  Who is that?

23   A.  Simone Gold.

24   Q.  Do you recognize the door that she's standing in front

25   of?

```
 1    A.  I do.

 2    Q.  What's that?

 3    A.  It's the East Rotunda door.

 4              MR. MANNING:  313 please.

 5              Ms. Rouhi, could we play this video and pause at

 6    two seconds.

 7              (Video playing)

 8    Q.  What is this?

 9    A.  A video.

10    Q.  Was this video also seized from the defendant's phone?

11    A.  Yes.

12    Q.  Can you identify the date?

13    A.  Yes.

14    Q.  And what was the date?

15    A.  The 6th of January 2021.

16    Q.  Could you identify the specific time?

17    A.  Yes.

18    Q.  Do you recall it sitting here today?

19    A.  I don't recall the specific time on the video.

20    Q.  Is the location of this video the same location we saw a

21    moment ago in the exhibit -- in the last exhibit, 306?

22    A.  Yes.

23              MR. MANNING:  Can we continue playing and pause at

24    eight seconds.

25              (Video playing)
```

1    Q.  Can you identify the defendant in this picture?

2    A.  Yes.

3    Q.  Could you circle him here.

4    A.  Yes.  (Witness complies)

5              MR. MANNING:  Special Agent Turner circled the man

6    in the black sunglasses and black hair in the foreground of

7    the image.

8              Ms. Rouhi, please play until 15 seconds and pause.

9              (Video playing)

10   Q.  Do you recognize a law enforcement officer here?

11   A.  Yes.

12   Q.  Can you describe who you're referencing.

13   A.  It's the gentleman wearing the black tactical helmet

14   with the chin strap, the sunglasses, and what appears to be

15   the butt of a long gun.

16   Q.  And how is he positioned vis-a-vis the door?

17   A.  He's standing in front of the door.

18             MR. MANNING:  Ms. Rouhi, can you play it to the

19   end and stop.

20             (Video playing)

21   Q.  Do you recognize any other law enforcement officers

22   here?

23   A.  Yes.

24   Q.  Can you circle them.

25   A.  (Witness complies) This individual right here appears to

1    be a law enforcement officer, as well as these two appear to

2    be law enforcement officers.

3    Q.  And from what you saw in the video, do they appear to be

4    coming in the direction of the defendant or away?

5    A.  It appeared that they were, I think, coming towards the

6    defendant.

7              MR. MANNING:  314.

8    Q.  Is this another video?

9    A.  It is.

10   Q.  Was this also found on the defendant's phone?

11   A.  Yes.

12   Q.  Do you see all the statues in the background?

13   A.  I do.

14   Q.  And did we see this video with Officer McGoff earlier

15   this week while you've been here at trial?

16   A.  I believe we saw this video with him, yes.

17             MR. MANNING:  Okay.  Why don't we skip it.

18             How about 306?

19   Q.  What's this?

20   A.  A picture.

21   Q.  Was it found on the defendant's phone?

22   A.  It was.

23   Q.  And was it found as a photo that is a photo that was

24   taken by the phone?

25   A.  Yes.

1    Q.   And do you recognize where this is?

2    A.   Yes.

3    Q.   Where is that?

4    A.   At the United States Capitol.

5    Q.   Do you see two statues against the wall of the building?

6    A.   Yes.

7    Q.   The statue that's in the front of the photo, is that

8    President Reagan?

9    A.   I believe it is President Reagan.

10   Q.   Can you circle for the jury a big circle around the

11   statue in the back.

12   A.   Yes. (Witness complies)

13             MR. MANNING:  For the record, Special Agent Turner

14   made a green circle in the left side of the photo towards

15   the middle around a statue.

16   Q.   What's happening on that statue?

17   A.   It appears someone is standing on it.

18             MR. MANNING:  342.01.

19   Q.   What is this?

20   A.   A message.

21   Q.   From who to who?

22   A.   From Bobby Strand to Mr. Strand.

23   Q.   Do you know who Bobby Strand is?

24   A.   I believe it's Mr. Strand's brother.

25   Q.   What's the date and time?

1    A.   The time -- excuse me, the date is the 6th of January

2    2021.   The time is 2:06, which would be -- that 2:06 would

3    be Pacific Standard Time, so Eastern time it would be 5:06

4    in the afternoon.

5    Q.   So here in Washington, D.C., on the 6th, this was at

6    5:06 in the afternoon?

7    A.   Yes.

8    Q.   Can you read the message.

9    A.   Yes.  "Are you being safe?"

10   Q.   What does the defendant write in response to his

11   brother?

12   A.   He writes, "Simone & I were the first dozen patriots to

13   breach the Capitol!  We literally made history just now...

14   but we left before it got dangerous."

15   Q.   And I'm sorry to correct you, Agent Turner, but I

16   believe we may have skipped over the beginning.  Was that

17   "Simone & I were with the first"?

18   A.   Yes, "Simone & I were with the first dozen patriots."

19   Q.   And what's the date and time of this message?

20   A.   This message is from the 6th of January 2021 at 2:08

21   Pacific time or 5:08 Eastern time.

22   Q.   And had the defendant also indicated a response to the

23   "Are you being safe?"

24   A.   Yes.  He liked the "Are you being safe?" question.

25   Q.   And in the first message you read from the defendant, he

1    made a reference to making history; is that right?

2    A.  Yes.

3    Q.  Can you read what Bobby Strand writes?

4    A.  "History in what way?"

5    Q.  And what does the defendant write in response?

6    A.  Mr. Strand writes, "I don't think the U.S. Capitol

7    building has been stormed and breached like that -- and it

8    caused Pence to delay the certification, so that's very

9    significant."

10   Q.  What certification was taking place on January 6th?

11   A.  The certification of Electoral College votes from the

12   presidential election.

13   Q.  And where was it taking place?

14   A.  At the United States Capitol.

15   Q.  And what's the date and time stamp on this last message

16   in the chain?

17   A.  This message is from the 6th of January 2021 at 2:23

18   Pacific time or 5:23 p.m. East Coast time.

19          MR. MANNING:  331.04.

20   Q.  Is this message also on January 6th?

21   A.  Yes.

22   Q.  At what time?

23   A.  3:42 Pacific time, 6:42 in the afternoon East Coast

24   time.

25   Q.  So this is after the defendant has already been inside

```
 1    and outside of the Capitol; is that right?

 2    A.  Yes.

 3    Q.  Please read the question that Ms. Gillespie asks.

 4    A.  "Was crowd pushing to get in because mad about stolen

 5    election or what exactly?"

 6    Q.  And the response?

 7    A.  The response from Mr. Strand:  "Yes exactly.

 8         "We have nothing else left to do at this point --

 9    this election was stolen, and everyone else is simply

10    watching it happen.

11         "This was a peaceful but powerful show of human

12    force, to make a point.  The next point will be even more

13    forceful, until something changes.

14         "Because WE.  WILL.  NOT.  ACCEPT.  THE.  STATUS.

15    QUO."

16    Q.  Is it still January 6th when the defendant sends that?

17    A.  Yes.

18         MR. MANNING:  312.03.

19    Q.  Is this another message from January 6th?

20    A.  Yes.

21    Q.  What time?

22    A.  1:19 Pacific time or 4:19 p.m. Eastern Standard Time.

23    Q.  Is this shortly after the defendant left the Capitol

24    based on all the videos we saw with Officer Brockwell?

25    A.  Yes.
```

1    Q.  Can you read this message.

2    A.  "We stormed the Capitol -- it's insane."

3            MR. MANNING:  346.

4    Q.  What's this?

5    A.  A picture.

6    Q.  Was it found on the defendant's phone?

7    A.  Yes.

8    Q.  Does it appear to be a picture the defendant took of

9    himself?

10   A.  Yes.

11   Q.  Are those commonly referred to as selfies?

12   A.  Yes.

13   Q.  Were you able to identify the date of this picture?

14   A.  Yes.

15   Q.  What's the date?

16   A.  The 6th of January 2021.

17   Q.  Are you able to identify approximately the time that

18   this was taken?

19   A.  I forget the exact time, but it was after Mr. Strand had

20   exited the Capitol.

21   Q.  I want to -- and does he appear to still be on the

22   Capitol steps?

23   A.  Yes.

24   Q.  I want to direct your attention to a few men -- a few

25   people over the defendant's right shoulder.

1           Do you see a man in blue jeans and a blue

2     sweatshirt over his right shoulder?

3     A.   I do.

4     Q.   And he's holding his arms out as if he's clapping or

5     doing something with his hands, but he's holding a hand up

6     in the air?

7     A.   His left hand kind of in front of his face.

8     Q.   Yes.

9     A.   Yes, I see that.

10    Q.   Does he appear to be wearing any Trump insignias or MAGA

11    insignias?

12    A.   He does not.

13    Q.   Do you see a person in a matching gray top and bottom

14    immediately over the defendant's right shoulder?

15    A.   I see -- yes, I see what appears to be a woman in like a

16    gray sweatshirt and gray pants.

17    Q.   Do you see any Trump insignias or MAGA insignias or

18    anything like that on her clothing?

19    A.   I do not.

20           MR. MANNING:  348.

21    Q.   What is this?

22    A.   It is a picture.

23    Q.   Is it a picture of a Tweet?

24    A.   Yes.

25    Q.   And does this Tweet contain the same -- well, sorry.

```
 1              And do you see the same individual in the blue
 2     jeans and blue sweatshirt over the defendant's right
 3     shoulder?
 4     A.  I do.
 5     Q.  And is he holding his left hand in the same way?
 6     A.  Yes.
 7     Q.  And you see the woman in the all gray there as well?
 8     A.  I do.
 9     Q.  So does the picture in this Tweet appear to be the same
10     picture as the selfie photo from the phone we just looked
11     at?
12     A.  It appears to be the same photo, yes.
13              MR. MANNING:  Ms. Rouhi, can you zoom in so we can
14     see just all the text of the Tweet, including the hashtags.
15     Q.  Before you read it, do you know what the term "MAGA"
16     means?
17     A.  Yes.
18     Q.  What's that?
19     A.  Make America Great Again.
20     Q.  And was that associated with any of the candidates in
21     the 2020 election?
22     A.  Yes.
23     Q.  Which one?
24     A.  Former President Trump.
25     Q.  Can you read the text here.
```

```
 1    A.   Yes.   "I know the difference between truth and

 2    propaganda.  I'll defend truth and attack propaganda,

 3    without hesitation, and without apology -- every single

 4    time.  Join the #RedPillRevolution with me, or get the hell

 5    out the way.  The choice is yours.

 6                "I've made mine.

 7                "#TruthMaverick, #MAGAforever."

 8    Q.   And based on your view of the defendant's

 9    communications, do you have any understanding of what he's

10    referring to with this #RedPillRevolution?

11    A.   I believe I do.

12    Q.   What's that?

13    A.   It's a reference to a movie called The Matrix in which

14    one of the characters is given the choice of whether to know

15    the truth of what's happening in the movie; and to know the

16    truth of what is happening in that movie, he takes a red

17    pill.

18                MR. MANNING:  902, please.

19    Q.   Is this another Tweet?

20    A.   Yes.

21    Q.   Does that appear to be the same selfie photo we saw in

22    the last Tweet and in the photo?

23    A.   It does appear to be the same selfie photo.

24                MR. MANNING:  Ms. Rouhi, can we zoom in so we can

25    see all the Tweet, including the date at the bottom.
```

 1          Ms. Rouhi, why don't you just scroll down so we

 2     can see the date first.

 3     Q.  What's the date and time there, Special Agent Turner?

 4     A.  6 Jan 2021, the time is 16:43.

 5     Q.  So 16:43 Army time is what time in layman's terms in

 6     D.C.?

 7     A.  4:43 in the afternoon.

 8          MR. MANNING:  Ms. Rouhi, can we now scroll up so

 9     you can see the text.  Why don't we zoom out a little bit.

10     Q.  Can you read the Tweet?

11     A.  Yes.  "I am incredibly proud to be a patriot today, to

12     stand up tall in defense of liberty & the Constitution, to

13     support Trump & #MAGAforever, & to send the message:  WE ARE

14     NEVER CONCEDING A STOLEN ELECTION.

15          "#TruthMaverick, #WildProtest."

16     Q.  And what's the name of the Twitter account in the upper

17     left?

18     A.  @TheJohnStrand.

19          MR. MANNING:  511.01, please.  Bring it up, but

20     don't publish it.

21          We'll bring up 511.01, but we won't publish it.

22     This is the one exception to the preauthenticated exhibits.

23     It's a video.

24     Q.  Before I ask you any specific questions about this,

25     Agent Turner, is this a -- this seven-second video clip, is

1    this something you've reviewed before?

2    A.  I have seen this video before, yes.

3    Q.  And this isn't from the defendant's phone, but from a

4    publicly available source; is that right?

5    A.  It is not from the defendant's phone.

6    Q.  Okay.  And you've seen it before, and do you identify

7    the defendant in it?

8    A.  I did when I watched it before, yes.

9    Q.  And did it appear to reflect the defendant in the same

10   place and around the same time and in the same clothes as

11   you had seen in those selfies and whatnot?

12   A.  Yes.

13              MR. MANNING:  Okay.  We move to admit the

14   Government's Exhibit 511.01 seven-second public video.

15              MR. BRENNWALD:  I would join that motion.

16              THE COURT:  I'm sorry, Mr. Brennwald, I didn't

17   hear you.

18              MR. BRENNWALD:  It's not the typical answer.  I

19   would join that motion for it to be admitted.

20              THE COURT:  Okay.  So moved.

21              MR. MANNING:  Ms. Rouhi, could we go to the

22   beginning but not play it, but we'll publish it.

23   Q.  Okay.  Special Agent Turner, directing your attention to

24   the middle of the screen, do you see the defendant there?

25   A.  Yes.

1    Q.  Can you draw a big circle around him.

2    A.  (Witness complies)

3           MR. MANNING:  Okay.  I'm going to clear the circle

4    now, and I'll ask Ms. Rouhi to play it and pause at three

5    seconds.

6           (Video playing)

7    Q.  And, Special Agent Turner, do you see a few feet behind

8    the defendant a woman in black with brown hair?

9    A.  I do.

10   Q.  And do you recognize who she is?

11   A.  I do.

12   Q.  Who is that?

13   A.  Simone Gold.

14   Q.  Can you circle her.

15   A.  (Witness complies)

16   Q.  And do you see a -- do you see any law enforcement

17   officers in front of the defendant?

18   A.  I do.

19   Q.  Can you circle them.

20   A.  (Witness complies)

21           MR. MANNING:  Ms. Rouhi, if you could play just

22   two seconds and pause at five seconds.

23           (Video playing)

24           MR. MANNING:  One more second.

25           MS. ROUHI:  One more second?

1        MR. MANNING:  Uh-huh.

2            (Video playing)

3    Q.  Can you circle the defendant again.

4    A.  (Witness complies)

5        MR. MANNING:  Let the record show that Special

6    Agent Turner circled a man with black hair and black

7    sunglasses in the middle of the screen.

8            We can take that down.

9            364, please.

10   Q.  What is this?

11   A.  A photo.

12   Q.  Was it found on the defendant's phone?

13   A.  It was.

14   Q.  And did you identify the date that it was taken?

15   A.  Yes.

16   Q.  Do you recall that date?

17   A.  I believe it was the 7th of January.

18   Q.  And do you know just the surname of the other man with

19   the defendant?

20   A.  Yes.

21   Q.  Who is that?

22   A.  His name is Ian Smith.

23       MR. MANNING:  350.

24       Oh, could we publish this?

25       THE COURT:  Is this in?

```
 1                 THE COURTROOM DEPUTY:   Yes.

 2                 MR. MANNING:   Well, why don't we just do the

 3      questioning again so the jury can see it.

 4      Q.   So this was a photograph that was also found on the

 5      defendant's phone?

 6      A.   Yes.

 7      Q.   And you said a moment ago that it was -- that you

 8      believe the date it was taken was the day after January 6th,

 9      January 7th?

10      A.   I believe so.

11      Q.   And the man -- the other man with the defendant is

12      Mr. Smith?

13      A.   Yes.

14                 MR. MANNING:   Okay.  We can now do 362.  362.  And

15      that one had been 350.

16                 THE COURTROOM DEPUTY:   Thank you.

17      Q.   What is this?

18      A.   A Tweet.

19      Q.   And is that the -- did the defendant appear to be with

20      the same Mr. Smith we saw a moment ago?

21      A.   He does.

22      Q.   Can you read the text of the Tweet.

23      A.   "Patriots have more fun... and more guns."  Flexing arm

24      emoji, American flag emoji, flexing arm emoji,

25      "#StopTheSteal, #WildProtest.  Hanging with Ian Smith in
```

```
1    Washington, D.C."
2              MR. MANNING:  357, please.
3    Q.  Was this photo also found on the defendant's phone?
4    A.  Yes, it was.
5    Q.  And to be clear, this was not found as a photo that the
6    defendant had taken; is that right?
7    A.  That's correct.
8    Q.  And so it made its way onto the defendant's phone from
9    the Internet of some other image?
10   A.  Yes, that's correct.
11   Q.  Do you see the officer with the blue mask, the light
12   blue mask?
13   A.  I do.
14   Q.  Do you recognize him?
15   A.  I do.
16   Q.  Okay.  And did he already describe what's occurring in
17   this photo today?
18   A.  He did.
19   Q.  Do you recognize -- do you recall the date that this
20   image made its way onto the defendant's phone?
21   A.  I believe it was the 8th of January.
22              MR. MANNING:  354.
23   Q.  What's this?
24   A.  It's a picture.
25   Q.  Was it found on the defendant's phone?
```

1    A.  It was.

2    Q.  Do you recall the date that it was on the defendant's

3    phone?

4    A.  I believe it was the 8th of January as well.

5    Q.  And you say it's a picture, but this is a picture of

6    what?

7    A.   It's the picture of an FBI poster seeking information

8    about certain individuals who had entered the United States

9    Capitol on January 6, 2021.

10   Q.  And can you circle the defendant on the screen --

11   A.  Yes.

12   Q.  -- the picture of the defendant.

13   A.  (Witness complies)

14          MR. MANNING:  And let the record reflect that

15   Mr. Turner drew a green circle around the defendant towards

16   the left side in the upper left photo of the array of

17   photos.

18   Q.  You said at the outset of your testimony that the FBI

19   received tips about the defendant in the days following

20   January 6th.

21   A.  Yes.

22   Q.  And did -- is there a reference to a tip line in the

23   detailed information at the bottom of this poster?

24   A.  Yes.

25   Q.  And that's a paragraph there.  And did some of the tips

1    that the FBI received about the defendant come through the

2    means by which people could submit tips that are described

3    at the bottom here?

4    A.  Yes.

5            THE COURT:  Mr. Manning, how much longer do you

6    have, and would this be a good stopping point?

7            MR. MANNING:  I just have five minutes or so,

8    maybe less.

9            THE COURT:  All right.  Why don't we finish up.

10           MR. MANNING:  356.

11   Q.  What is this?

12   A.  A picture.

13   Q.  And is it also a similar law enforcement posting seeking

14   information on persons in the Capitol?

15   A.  Yes.  I believe it's from the Metropolitan Police

16   Department here in Washington, D.C.

17   Q.  And was this also found as a photo on the defendant's

18   phone?

19   A.  Yes.

20   Q.  And do you have an understanding of approximately when

21   this --

22   A.  I do.

23   Q.  -- photo was created on the phone?

24   A.  I believe on the 8th of January he accessed a Fox News

25   article about persons of interest from the 6th of January.

1    Q.  And can you -- okay.  And do you recognize the defendant

2    in this photo?

3    A.  I do.

4              MR. MANNING:  363.01.

5              Ms. Rouhi, could we zoom in a little bit.

6    Q.  Do you recognize this?

7    A.  I do.

8    Q.  Is it a social media communication?

9    A.  Yes.

10   Q.  Was it also found on the defendant's phone?

11   A.  Yes.

12   Q.  And were you also able to use the data on the phone to

13   determine the date of this exchange?

14   A.  Yes.  The date would have been captured.

15   Q.  Can you read -- sorry.

16              In this exchange is it the message on top that was

17   written first and then the defendant's message below that's

18   written in response?

19   A.  Yes, I believe.

20   Q.  Can you read the message on top.

21   A.  Yes.  "If this is what the next four years are going to

22   be like, buckle up.  We're not going to be deterred and

23   we're going to rebuild this movement from scratch if we have

24   to" name redacted "said."

25   Q.  And the defendant's response?

```
1     A.  "We are just getting started, patriots.  #TruthMaverick,

2     #MAGAforever."

3     Q.  And you said earlier that -- well, that you were able to

4     identify some information about the date of when this came

5     on the phone?

6     A.  Yes.

7     Q.  And do you recall if this was on the phone before the

8     time the defendant was arrested?

9     A.  Yes.  It was after the 6th of January before he was

10    arrested.

11            MR. MANNING:  Okay.  904.  This will be the last

12    one.

13    Q.  Is this another Tweet?

14    A.  Yes.

15    Q.  And do you see the date on the bottom?

16    A.  Yes.

17            MR. MANNING:  Ms. Rouhi, could we zoom in a bit so

18    we can see the whole message.

19            Yes, that's good.

20    Q.  And what's the date on the bottom there?

21    A.  The 20th of September 2021.

22    Q.  So this is months after the defendant was arrested?

23    A.  This is approximately eight months after the defendant

24    was arrested.

25    Q.  So is this one of the Tweets that you found on the
```

1    Internet Archive?

2    A.  It is.

3    Q.  We've been discussing at times in your testimony a woman

4    named Simone Gold.  Do you know if Ms. Gold at some point

5    was a doctor?

6    A.  Yes.

7    Q.  Can you read just the message on top.

8    A.  Yes.  "What kind of doctor storms the Capitol."

9    Q.  Please read the defendant's response.

10   A.  "Peacefully entering thru open doors (previously opened

11   from the inside) with no signage or directives indicating

12   such entry was prohibited, calmly walking in an orderly

13   fashion between velvet ropes, and leaving as soon as a

14   uniformed officer asked, is not even close to 'storming.'"

15   Q.  You said the date was September 20, 2021?

16   A.  Yes, the 20th of September 2021.

17   Q.  You said that was after the defendant was arrested in

18   this case?

19   A.  Yes.

20   Q.  And was that also after he had been indicted?

21   A.  Yes.

22             MR. MANNING:  Nothing further.

23             THE COURT:  Okay.

24             All right.  Ladies and gentlemen, we're going to

25   break for the day.  We'll see you back at about 9:15 in the

1     morning.  Please no discussions about the case or no

2     research about the case, and avoid anyone related to the

3     case.

4              Have a great evening, and we'll start back up in

5     the morning.

6              (Jury exits courtroom)

7              THE COURT:  All right.  You can be seated.  I'm

8     going to ask Ms. Jenkins to distribute the proposed final

9     instructions.  Take a look at them overnight or in the

10    morning.

11             They're pretty straightforward.  They pretty much

12    track the instructions in *Robertson*.  You'll see -- I think

13    the only real dispute was in the intent element of the

14    obstruction charge.  You'll see what we did with that.

15             You can be heard on that or any other objections

16    at some point tomorrow.

17             And read it over.  If there are any typos or

18    misstatements or if anything's missing or included or should

19    not be included, just note that, and we'll make final

20    changes before we finalize them.

21             Okay.  And just for planning purposes, Mr. Manning

22    or Ms. Ayers-Perez, I'll let you cross on the incident at

23    the gate.  I think it is generally relevant if testimony is

24    going to come in that he was a trained security officer or

25    provider at some point.  And given Mr. Brennwald's

1    explanation, I don't think the prejudicial effect unduly

2    outweighs the -- whatever probative value it might have.  So

3    be prepared for that.

4              All right.  We'll see you in the morning.

5              MR. BRENNWALD:  Thank you.

6              THE COURT:  Anything else?

7              MS. AYERS-PEREZ:  No, Your Honor.

8              THE COURT:  Okay.

9              MR. BRENNWALD:  No, Your Honor.

10             (Whereupon the hearing was

11              adjourned at 3:57 p.m.)

12

13        **CERTIFICATE OF OFFICIAL COURT REPORTER**

14

15             I, LISA A. MOREIRA, RDR, CRR, do hereby

16   certify that the above and foregoing constitutes a true and

17   accurate transcript of my stenographic notes and is a full,

18   true and complete transcript of the proceedings to the best

19   of my ability.

20        Dated this 26th day of October, 2022.

21

22

23                      /s/Lisa A. Moreira, RDR, CRR
                        Official Court Reporter
24                      United States Courthouse
                        Room 6718
25                      333 Constitution Avenue, NW
                        Washington, DC 20001

## #

**#SCOTUS** [1] - 898:1
**#StopTheSteal** [1] - 927:25
**#TruthMaverick** [3] - 897:1, 922:7, 923:15

## '

**'cannot'** [1] - 899:23
**'give** [1] - 885:21
**'hot** [1] - 892:10
**'live** [1] - 885:21
**'storming** [1] - 933:14
**'Women** [1] - 906:24

## /

**/s/Lisa** [1] - 935:22

## 0

**00** [1] - 825:9
**03** [1] - 833:16
**06** [1] - 825:9

## 1

**1** [1] - 885:12
**10** [2] - 833:14, 905:23
**10,000** [1] - 805:24
**10-33** [1] - 796:13
**10-33s** [1] - 796:12
**100** [2] - 736:24, 850:15
**100a** [1] - 730:14
**102** [7] - 752:4, 754:19, 777:8, 794:12, 797:19, 799:1, 816:10
**102.01** [3] - 754:7, 754:16, 773:11
**10:00** [3] - 880:19, 905:4
**11** [2] - 833:10, 905:24
**11204** [1] - 730:13
**11th** [1] - 899:2
**12** [1] - 833:14
**12-second** [1] - 806:15
**12:30** [1] - 849:16
**12pm** [1] - 903:22
**130** [1] - 878:22
**13:00** [1] - 880:17
**13th** [1] - 870:22
**1400** [1] - 730:17
**14th** [1] - 899:19
**15** [5] - 794:18, 850:2, 850:7, 863:17, 913:8
**1512** [3] - 734:11, 734:12, 735:4

**16** [4] - 747:24, 789:5, 858:5, 868:23
**16:43** [2] - 923:4, 923:5
**17** [1] - 834:19
**17th** [1] - 881:16
**18** [1] - 767:20
**18:00** [3] - 880:7, 880:10, 880:15
**19** [1] - 742:13
**1:00** [1] - 880:17
**1:19** [1] - 918:22
**1:21-cr-00085-CRC** [1] - 730:4
**1:30** [1] - 849:18
**1:42** [1] - 790:25
**1pm** [1] - 905:25
**1st** [4] - 828:8, 828:9, 895:20, 897:14

## 2

**2** [4] - 828:11, 879:25, 885:12, 903:24
**20** [3] - 737:6, 837:8, 933:15
**20001** [2] - 730:24, 935:25
**20002** [1] - 903:24
**20003** [1] - 730:21
**20005** [1] - 730:17
**2008** [2] - 750:16, 750:18
**201** [3] - 800:9, 800:16, 801:1
**2012** [1] - 750:21
**202** [2] - 730:18, 730:25
**2020** [28] - 881:17, 882:6, 882:12, 882:15, 882:16, 882:20, 883:20, 884:25, 887:17, 888:16, 888:24, 889:2, 890:5, 891:15, 892:22, 893:18, 894:2, 895:20, 896:3, 897:14, 899:2, 899:19, 900:20, 901:2, 901:18, 906:13, 907:13, 921:21
**2021** [42] - 741:3, 751:16, 751:19, 759:12, 766:6, 767:20, 772:25, 776:14, 787:19, 788:3, 791:14, 793:16, 817:22,

828:11, 831:23, 869:18, 869:21, 879:8, 879:9, 880:3, 880:14, 886:13, 902:13, 903:13, 903:19, 903:21, 904:22, 906:2, 906:11, 906:22, 909:20, 912:15, 916:2, 916:20, 917:17, 919:16, 923:4, 929:9, 932:21, 933:15, 933:16
**2022** [2] - 730:4, 935:20
**203** [2] - 801:25, 802:8
**20th** [3] - 892:22, 932:21, 933:16
**21-cr-85** [1] - 732:9
**22** [3] - 730:4, 788:3, 808:11
**23rd** [2] - 894:2, 900:20
**24** [1] - 745:15
**24-hour** [3] - 880:10, 880:12, 880:15
**25** [2] - 759:13, 831:6
**26th** [1] - 935:20
**27** [1] - 811:21
**28** [3] - 808:23, 883:20, 884:25
**28th** [4] - 882:6, 882:15, 886:13, 887:17
**29** [2] - 825:10, 831:5
**2:06** [2] - 916:2
**2:07** [1] - 770:4
**2:08** [1] - 916:20
**2:23** [1] - 917:17
**2:25** [2] - 834:19, 834:20
**2:26** [1] - 834:21
**2:27** [4] - 759:12, 825:10, 831:23, 836:15
**2:27:25** [1] - 766:9
**2:28** [2] - 766:6, 829:23
**2:28:44** [2] - 829:14, 831:25
**2:29** [1] - 833:6
**2:29:25** [1] - 830:25
**2:30** [2] - 833:16, 836:19
**2:31** [1] - 767:20
**2:31:16** [1] - 834:19
**2:31:25** [1] - 834:20
**2:33:25** [1] - 835:6
**2:34** [1] - 836:15

**2:34:33** [1] - 836:4
**2:35** [5] - 772:25, 776:23, 777:17, 778:8, 778:18
**2:36:27** [1] - 837:12
**2:37** [1] - 837:21
**2:37:54** [1] - 837:21
**2:37:59** [1] - 837:22
**2:38** [1] - 838:17
**2:44** [1] - 806:10
**2:44:45** [1] - 808:10
**2:53** [6] - 776:14, 776:23, 778:8, 778:18, 779:18, 838:17
**2:53:30** [1] - 839:16
**2:54:02** [1] - 839:21
**2:54:24** [1] - 840:4
**2:54:45** [1] - 841:9
**2:55** [2] - 741:3, 742:5
**2:56** [1] - 746:4
**2:56:15** [1] - 744:20
**2:56:23** [1] - 745:15
**2:57** [1] - 747:23
**2:57:10** [1] - 747:11
**2:58** [1] - 843:23
**2nd** [2] - 902:13, 906:8

## 3

**3** [4] - 869:2, 882:20, 888:24, 896:3
**30** [3] - 841:18, 844:10, 862:25
**301** [1] - 730:21
**306** [3] - 866:16, 912:21, 914:18
**307** [2] - 866:15, 911:15
**308** [2] - 866:15, 909:9
**31** [1] - 901:18
**310** [2] - 866:15, 904:14
**312.01** [1] - 866:15, 905:7
**312.03** [2] - 866:16, 918:18
**313** [2] - 866:16, 912:4
**314** [2] - 866:16, 914:7
**31st** [1] - 901:2
**321.01** [3] - 866:13, 885:24, 887:7
**322.01** [2] - 866:13, 888:10
**324.01** [2] - 866:14, 889:13
**327.01** [2] - 866:15, 900:25
**331.01** [3] - 866:13, 882:2, 882:22

**331.02** [2] - 866:15, 903:8
**331.04** [2] - 866:16, 917:19
**333** [2] - 730:24, 935:24
**333.01** [1] - 884:21
**334.01** [3] - 866:13, 880:24, 883:16
**334.02** [2] - 866:14, 891:4
**337.01** [4] - 866:14, 893:24, 900:2, 900:3
**337.02** [2] - 866:14, 899:11
**340.01** [3] - 866:14, 884:20, 898:21
**342.01** [2] - 866:16, 915:18
**346** [2] - 866:16, 919:3
**348** [2] - 866:16, 920:20
**35** [4] - 755:19, 786:8, 833:6, 861:3
**350** [3] - 866:17, 926:23, 927:15
**354** [2] - 866:17, 928:22
**354-3187** [1] - 730:25
**356** [2] - 866:17, 930:10
**357** [10] - 812:17, 813:2, 814:10, 815:23, 816:4, 817:9, 823:1, 866:17, 928:2
**36** [2] - 787:10, 833:6
**362** [3] - 866:17, 927:14
**363.01** [2] - 866:17, 931:4
**364** [2] - 866:16, 926:9
**366.01** [2] - 866:15, 906:18
**37-second** [1] - 783:9
**38** [1] - 810:7
**39** [1] - 865:17
**3:00** [2] - 844:9, 844:22
**3:01** [1] - 844:21
**3:03** [2] - 787:19, 845:8
**3:03:05** [1] - 845:2
**3:09** [1] - 858:5
**3:09:02** [2] - 857:13, 857:15
**3:09:21** [1] - 858:13
**3:09:43** [1] - 846:9
**3:11:50** [1] - 846:19
**3:12** [1] - 788:3

**3:12:27** [1] - 863:15
**3:12:31** [1] - 861:13
**3:13:13** [1] - 847:1
**3:13:29** [1] - 862:21
**3:13:43** [1] - 848:1
**3:14** [1] - 848:4
**3:14:03** [1] - 791:14
**3:14:27** [1] - 863:10
**3:14:35** [1] - 863:12
**3:14:49** [1] - 863:16
**3:15** [1] - 792:8, 848:5, 848:6
**3:17** [1] - 849:13
**3:42** [1] - 917:23
**3:57** [1] - 935:11
**3rd** [2] - 888:16, 903:16

## 4

**4** [2] - 735:1, 823:11
**40** [1] - 791:20
**401** [1] - 856:16
**401.01** [7] - 757:14, 757:17, 758:7, 758:14, 758:25, 761:4, 823:12
**402.01** [6] - 757:14, 758:7, 760:24, 761:5, 825:1, 825:8
**403** [4] - 737:24, 738:2, 825:19, 887:1
**403.01** [5] - 757:15, 758:7, 762:9, 825:24, 826:1
**404-type** [1] - 852:3
**404.01** [3] - 757:15, 758:7, 764:5
**405** [3] - 831:9, 831:13, 831:14
**405.01** [4] - 757:15, 758:7, 765:4, 828:20
**405.02** [3] - 757:15, 758:8, 767:15
**406** [1] - 839:4
**406.01** [7] - 757:15, 758:8, 776:10, 776:12, 780:7, 780:12, 780:13
**407** [7] - 838:23, 838:24, 839:4, 839:6, 839:9, 839:13, 856:15
**407's** [1] - 839:14
**407.01** [2] - 739:19, 742:5, 780:25, 839:6
**408** [3] - 839:4, 843:11, 843:12
**408.01** [3] - 757:15, 758:8, 782:12

**409** [3] - 845:13, 845:14, 845:15
**409.01** [3] - 757:15, 758:8, 787:25
**410** [3] - 856:16, 857:6, 857:16
**44** [3] - 766:6, 810:18, 829:23
**4:00** [2] - 856:4, 865:11
**4:19** [1] - 918:22
**4:31** [1] - 772:9
**4:36** [1] - 772:23
**4:43** [1] - 923:7

## 5

**5** [1] - 879:8
**50** [2] - 843:24, 863:16
**501** [1] - 829:23
**502.1** [3] - 804:6, 804:17, 815:5
**511.01** [3] - 923:19, 923:21, 924:14
**514-6256** [1] - 730:18
**52** [1] - 771:19
**53** [1] - 790:10
**53-second** [1] - 768:13
**55** [1] - 772:25
**56** [3] - 742:5, 746:4, 837:21
**56:04** [1] - 743:21
**57** [2] - 784:5, 837:21
**57:00** [1] - 747:13
**58** [1] - 776:14
**5:06** [2] - 916:3, 916:6
**5:08** [1] - 916:21
**5:23** [1] - 917:18
**5th** [3] - 904:22, 906:2, 906:11

## 6

**6** [22] - 741:3, 751:16, 751:19, 759:12, 766:6, 767:20, 772:25, 776:14, 787:19, 788:3, 791:14, 793:15, 831:23, 869:18, 869:21, 879:8, 880:3, 880:14, 903:19, 903:21, 923:4, 929:9
**6718** [2] - 730:23, 935:24
**6:00** [4] - 880:3, 880:5, 880:10, 880:15
**6:21** [1] - 907:3
**6:42** [1] - 917:23

**6th** [57] - 751:19, 751:23, 752:11, 757:23, 758:4, 775:14, 778:8, 789:22, 789:24, 790:3, 792:21, 794:4, 795:3, 796:2, 800:21, 802:5, 804:14, 809:14, 809:15, 812:24, 817:22, 828:5, 852:7, 869:20, 870:2, 870:5, 870:8, 870:10, 870:24, 873:25, 874:16, 875:23, 890:4, 901:3, 902:4, 903:12, 904:5, 904:7, 906:22, 907:1, 907:7, 908:11, 909:20, 912:15, 916:1, 916:5, 916:20, 917:10, 917:17, 917:20, 918:16, 918:19, 919:16, 927:8, 929:20, 930:25, 932:9

## 7

**7** [1] - 879:9
**706B** [3] - 866:13, 878:6, 883:15
**723-6523** [1] - 730:15
**78045** [1] - 730:14
**79** [1] - 766:11
**7th** [4] - 891:15, 891:17, 926:17, 927:9

## 8

**801** [3] - 792:15, 792:24, 854:6
**86184** [1] - 903:25
**8:30** [2] - 752:21, 794:9
**8th** [3] - 928:21, 929:4, 930:24

## 9

**901** [3] - 866:14, 878:4, 897:8
**902** [2] - 866:16, 922:18
**904** [2] - 866:17, 932:11
**905** [2] - 866:15, 902:9
**909** [2] - 866:15, 906:3

**912** [2] - 866:14, 892:12
**913** [3] - 866:14, 878:4, 895:7
**922** [1] - 730:20
**928-7727** [1] - 730:21
**956** [1] - 730:15
**9:15** [1] - 933:25
**9:21** [2] - 907:4, 907:9
**9:38** [1] - 730:5

## A

**a.m** [3] - 730:5, 880:19, 905:4
**abetting** [1] - 854:25
**abidingness** [1] - 852:13
**ability** [1] - 935:19
**able** [16] - 767:11, 773:5, 773:12, 778:5, 796:19, 801:22, 837:8, 851:5, 855:5, 859:16, 875:1, 909:16, 919:13, 919:17, 931:12, 932:3
**absolutely** [1] - 899:21
**ACCEPT** [1] - 918:14
**acceptance** [1] - 899:23
**access** [1] - 751:3
**accessed** [1] - 930:24
**account** [8] - 875:24, 876:2, 876:5, 876:7, 877:21, 897:5, 902:24, 923:16
**accounts** [3] - 875:18, 875:21, 876:9
**accurate** [10] - 754:12, 757:21, 758:3, 792:20, 800:20, 802:4, 804:13, 812:23, 862:24, 935:17
**accurately** [1] - 879:5
**acoustics** [1] - 745:5
**acronym** [4] - 868:7, 898:4, 905:12, 905:17
**ACT** [1] - 895:21
**Act** [7] - 895:23, 895:24, 896:1, 896:6, 896:10, 896:16, 896:23
**act** [4] - 896:19, 896:22, 902:22, 906:14
**acted** [1] - 734:13

**acting** [1] - 881:19
**Action** [1] - 730:3
**action** [1] - 902:21
**active** [1] - 896:11
**actively** [1] - 805:25
**activity** [1] - 869:3
**actor** [1] - 881:23
**actual** [4] - 741:2, 756:4, 822:6, 825:10
**add** [2] - 736:11, 897:6
**address** [1] - 732:25
**addressed** [1] - 852:9
**adds** [1] - 897:5
**adjourned** [1] - 935:11
**admission** [1] - 854:24
**admit** [13] - 734:19, 734:22, 754:15, 758:6, 792:23, 801:1, 802:7, 804:16, 813:2, 839:13, 845:15, 883:14, 924:13
**admitted** [4] - 839:14, 878:13, 891:11, 924:19
**adults** [1] - 785:9
**advanced** [1] - 863:13
**advised** [1] - 798:22
**affects** [1] - 855:12
**affiant** [1] - 870:18
**afternoon** [9] - 857:4, 857:5, 866:21, 866:22, 874:8, 916:4, 916:6, 917:23, 923:7
**afterwards** [2] - 803:9, 803:10
**AGAIN** [1] - 902:19
**agency** [1] - 853:1
**AGENT** [2] - 731:7, 866:18
**Agent** [19] - 739:10, 864:21, 864:22, 868:5, 884:24, 890:1, 890:13, 890:19, 901:20, 910:9, 911:5, 913:5, 915:13, 916:15, 923:3, 923:25, 924:23, 925:7, 926:6
**agent** [6] - 775:25, 852:18, 868:21, 868:22, 870:19, 875:9
**agents** [2] - 872:3
**agitated** [3] - 844:17, 844:19, 844:20
**ago** [5] - 845:10, 866:10, 900:4, 912:21, 927:7,

927:20
**agree** [5] - 734:18, 738:3, 801:12, 854:14, 879:4
**agreed** [4] - 734:11, 735:16, 758:10, 839:3
**agreement** [5] - 734:11, 734:25, 735:10, 735:14, 865:16
**agrees** [2] - 734:15, 735:1
**ahead** [20] - 744:8, 770:3, 771:11, 780:8, 781:8, 781:16, 782:16, 783:22, 785:4, 786:3, 787:11, 788:22, 790:6, 813:7, 813:21, 832:15, 832:17, 832:21, 839:19, 841:20
**aiding** [1] - 854:24
**air** [1] - 920:6
**Airlines** [1] - 904:17
**airport** [2] - 853:8, 904:25
**airports** [1] - 737:6
**alcoholics** [1] - 888:5
**Alfie** [2] - 906:20, 907:19
**Ali** [20] - 732:8, 739:23, 743:7, 743:22, 744:8, 744:19, 746:21, 831:9, 831:24, 832:24, 834:21, 836:20, 837:18, 838:23, 839:16, 844:14, 847:17, 857:19, 859:20, 863:21
**all..** [1] - 812:1
**alleged** [1] - 870:23
**allow** [7] - 819:12, 821:25, 822:21, 879:13, 879:21, 899:23, 905:5
**allowed** [2] - 822:22, 896:11
**allowing** [1] - 751:3
**allows** [2] - 853:3
**almost** [5] - 794:14, 802:20, 826:9, 832:20, 888:3
**America** [5] - 906:24, 906:25, 907:11, 921:19

**AMERICA** [2] - 730:3, 902:18
**American** [2] - 741:4, 927:24
**amount** [1] - 788:25
**analysis** [1] - 855:13
**Angeles** [3] - 868:17, 879:18, 880:18
**angle** [5] - 776:15, 786:8, 815:10, 816:13, 845:18
**angry** [1] - 844:18
**animated** [1] - 833:24
**Ann** [2] - 895:19, 895:20
**announce** [3] - 871:20, 871:21, 873:12
**answer** [3] - 872:22, 873:7, 924:18
**answers** [2] - 830:2, 853:2
**anticipate** [2] - 733:16, 733:21
**apartment** [2] - 871:24, 873:13
**apologies** [1] - 783:14
**apologize** [7] - 758:12, 759:15, 768:6, 778:22, 784:2, 808:12, 859:11
**apology** [1] - 922:3
**appeal** [1] - 898:1
**appear** [28] - 742:7, 771:24, 780:15, 783:19, 784:20, 790:18, 804:11, 806:20, 813:13, 843:18, 844:20, 844:23, 878:1, 895:3, 910:14, 910:15, 910:16, 911:1, 914:1, 914:3, 919:8, 919:21, 920:10, 921:9, 922:21, 922:23, 924:9, 927:19
**appearances** [1] - 732:3
**APPEARANCES** [1] - 730:11
**appeared** [3] - 848:11, 877:9, 914:5
**appearing** [2] - 803:6, 846:11
**appellate** [1] - 867:7
**applicable** [1] - 733:24
**appreciate** [4] - 749:14, 830:2, 850:17, 864:11

**approach** [7] - 732:11, 754:22, 850:21, 864:19, 871:18, 873:16, 873:17
**approached** [2] - 872:8, 872:17
**approaching** [1] - 746:11
**appropriate** [1] - 911:11
**APRIL** [1] - 730:12
**April** [1] - 732:4
**Archive** [11] - 876:20, 876:21, 877:1, 877:2, 877:5, 877:7, 877:8, 878:1, 880:23, 895:16, 933:1
**ARE** [1] - 923:13
**area** [49] - 752:2, 752:12, 752:14, 759:9, 765:7, 768:9, 773:24, 775:8, 777:15, 778:21, 778:25, 779:5, 779:22, 782:8, 782:9, 788:5, 801:9, 802:13, 802:22, 802:23, 803:1, 803:2, 804:22, 808:18, 808:24, 809:1, 809:16, 815:9, 817:1, 818:13, 819:18, 820:2, 820:14, 825:6, 829:21, 834:10, 835:2, 836:6, 837:5, 838:9, 838:19, 841:22, 844:4, 863:14, 904:25, 908:9
**areas** [4] - 754:1, 774:11, 775:18, 829:1
**argue** [3] - 733:22, 851:4, 852:2
**arguing** [1] - 732:22
**argument** [4] - 737:24, 738:2, 738:4
**arguments** [1] - 733:25
**arm** [5] - 744:6, 744:13, 789:18, 927:23, 927:24
**armed** [5] - 736:5, 910:14, 910:15, 910:16, 910:18
**arms** [10] - 751:2, 824:12, 825:6, 825:14, 825:17,

826:7, 840:9, 851:20, 910:19, 920:4
**Army** [1] - 923:5
**array** [1] - 929:16
**arrest** [12] - 851:23, 870:16, 870:18, 870:19, 870:23, 871:11, 871:13, 871:15, 871:17, 871:22, 871:25, 873:19
**arrested** [5] - 932:8, 932:10, 932:22, 932:24, 933:17
**arrests** [3] - 869:13, 873:14, 873:17
**arrive** [1] - 752:20
**arrived** [2] - 748:16, 794:8
**arrow** [1] - 826:22
**arrow's** [2] - 826:25, 827:2
**article** [1] - 930:25
**assigned** [5] - 750:21, 750:23, 752:23, 752:24, 868:24
**assignment** [1] - 752:1
**assist** [1] - 751:2
**assistance** [2] - 754:1, 796:13
**associated** [2] - 907:12, 921:20
**assume** [2] - 756:16, 775:14
**assuming** [1] - 755:23
**attachment** [4] - 889:19, 889:22, 890:9, 903:12
**attack** [1] - 922:2
**attempt** [1] - 871:11
**attempted** [1] - 893:8
**attempting** [1] - 748:6
**attention** [8] - 782:18, 787:8, 880:21, 886:10, 895:10, 910:13, 919:24, 924:23
**ATTORNEYS** [1] - 730:12
**audio** [1] - 761:2
**August** [1] - 881:16
**AUSTIN** [2] - 731:3, 739:4
**authentication** [1] - 865:22
**authority** [1] - 735:15
**authorized** [3] - 873:19, 873:23,

873:24
**available** [4] - 875:20, 876:21, 881:22, 924:4
**Ave** [1] - 903:24
**Avenue** [4] - 730:17, 730:20, 730:24, 935:24
**avoid** [2] - 856:14, 934:2
**aware** [3] - 796:25, 850:15, 891:16
**Ayers** [9] - 731:5, 732:5, 738:18, 794:13, 820:21, 823:3, 831:18, 856:13, 934:22
**AYERS** [121] - 730:12, 732:4, 738:19, 749:16, 749:24, 750:8, 754:15, 754:20, 754:25, 755:3, 758:6, 758:12, 758:18, 760:5, 760:20, 760:23, 761:4, 762:3, 762:8, 763:17, 764:4, 764:9, 764:12, 764:23, 765:3, 765:22, 765:25, 766:21, 767:14, 767:21, 767:24, 768:11, 768:15, 768:18, 768:22, 769:10, 769:15, 770:3, 770:9, 770:17, 770:22, 771:2, 771:7, 771:18, 772:8, 772:18, 772:22, 773:9, 776:6, 776:8, 776:16, 776:25, 777:7, 780:6, 780:10, 780:13, 780:23, 781:8, 781:11, 781:23, 782:3, 782:11, 782:15, 782:20, 783:4, 783:8, 783:22, 784:1, 784:4, 784:15, 784:24, 785:19, 786:3, 786:6, 787:9, 787:18, 787:21, 787:24, 788:20, 789:4, 789:12, 789:15, 790:6, 790:9, 790:19, 790:24, 791:15,

791:19, 792:5,
792:23, 793:3,
794:1, 794:11,
794:16, 794:24,
800:25, 802:7,
804:3, 804:16,
806:12, 808:9,
808:14, 808:19,
808:22, 809:19,
809:22, 810:3,
810:6, 810:14,
810:17, 811:17,
811:20, 812:14,
813:1, 813:10,
813:25, 819:7,
831:19, 856:20,
864:12, 935:7
**Ayers-Perez** [5] -
732:5, 738:18,
794:13, 831:18,
934:22
**AYERS-PEREZ** [121] -
730:12, 732:4,
738:19, 749:16,
749:24, 750:8,
754:15, 754:20,
754:25, 755:3,
758:6, 758:12,
758:18, 760:5,
760:20, 760:23,
761:4, 762:3, 762:8,
763:17, 764:4,
764:9, 764:12,
764:23, 765:3,
765:22, 765:25,
766:21, 767:14,
767:21, 767:24,
768:11, 768:15,
768:18, 768:22,
769:10, 769:15,
770:3, 770:9,
770:17, 770:22,
771:2, 771:7,
771:18, 772:8,
772:18, 772:22,
773:9, 776:6, 776:8,
776:11, 776:25,
777:7, 780:6,
780:10, 780:13,
780:23, 781:8,
781:11, 781:23,
782:3, 782:11,
782:15, 782:20,
783:4, 783:8,
783:22, 784:1,
784:4, 784:15,
784:24, 785:19,
786:3, 786:6, 787:9,
787:18, 787:21,
787:24, 788:20,
789:4, 789:12,

789:15, 790:6,
790:9, 790:19,
790:24, 791:15,
791:19, 792:5,
792:23, 793:3,
794:1, 794:11,
794:16, 794:24,
800:25, 802:7,
804:3, 804:16,
806:12, 808:9,
808:14, 808:19,
808:22, 809:19,
809:22, 810:3,
810:6, 810:14,
810:17, 811:17,
811:20, 812:14,
813:1, 813:10,
813:25, 819:7,
831:19, 856:20,
864:12, 935:7
**Ayers-Perez**............
...............**750** [1] -
731:5

**B**

**B-R-O-C-K-W-E-L-L**
[1] - 750:12
**background** [1] -
914:12
**bad** [1] - 797:5
**bag** [4] - 736:23,
736:24, 853:4
**bags** [1] - 737:12
**balance** [1] - 824:9
**Baltimore/Washing**
[1] - 904:24
**bang** [1] - 803:20
**banging** [3] - 807:18,
807:22, 808:6
**bar** [1] - 888:5
**barely** [1] - 863:16
**based** [7] - 829:11,
854:12, 868:16,
879:19, 885:7,
918:24, 922:8
**basic** [1] - 873:16
**basis** [7] - 734:12,
734:15, 735:2,
735:3, 735:4, 870:3,
870:4
**bearing** [1] - 736:5
**bearings** [1] - 743:7
**bears** [1] - 736:2
**beating** [1] - 803:4
**became** [1] - 796:9
**become** [1] - 796:25
**becomes** [1] - 735:24
**becoming** [2] -
844:17, 892:2

**BEFORE** [1] - 730:10
**beforehand** [2] -
856:5, 902:7
**begin** [1] - 881:15
**beginning** [11] - 823:3,
823:16, 824:2,
878:25, 884:1,
892:9, 896:18,
903:18, 904:5,
916:16, 924:22
**begins** [1] - 882:25
**behind** [11] - 767:5,
767:6, 767:7, 767:9,
810:10, 810:22,
810:23, 812:9,
817:3, 858:7, 925:7
**below** [10] - 743:3,
820:11, 820:13,
879:5, 880:6,
885:18, 896:24,
897:12, 931:17
**bench** [6] - 762:25,
784:21, 866:23,
868:2, 886:4, 887:6
**bench-like** [1] - 762:25
**benches** [1] - 763:3
**beneath** [1] - 910:11
**beneficial** [1] - 854:18
**benefit** [1] - 739:14
**Benjamin** [2] - 749:25,
750:11
**BENJAMIN** [4] - 731:5,
750:6, 750:11, 857:1
**beside** [1] - 784:21
**best** [2] - 893:11,
935:18
**better** [4] - 737:24,
739:8, 786:8, 865:7
**between** [25] - 734:8,
741:18, 765:18,
766:13, 776:22,
778:8, 779:22,
827:9, 836:19,
837:25, 838:9,
838:17, 850:2,
864:3, 878:4, 878:7,
879:6, 881:2, 894:3,
894:6, 899:3,
899:13, 906:19,
922:1, 933:13
**between..** [1] - 900:8
**Beverly** [2] - 871:10,
890:7
**BeverlyHillsFreedom**
**Rally** [1] - 890:17
**beyond** [3] - 735:3,
777:19
**Biden** [1] - 891:21
**big** [8] - 748:5, 753:9,
768:6, 774:11,

809:3, 823:4,
915:10, 925:1
**bigger** [7] - 756:22,
756:23, 767:4,
816:7, 878:22,
882:3, 890:11
**biggest** [1] - 737:7
**bit** [21] - 756:22,
771:16, 772:3,
790:21, 816:7,
833:4, 834:1,
835:21, 848:2,
850:3, 856:5,
859:21, 868:13,
872:7, 880:25,
892:17, 900:13,
910:6, 923:9, 931:5,
932:17
**black** [17] - 755:9,
758:20, 760:10,
760:15, 773:17,
793:14, 901:21,
901:23, 904:4,
910:10, 910:11,
913:6, 913:13,
925:8, 926:6
**bleak** [1] - 901:9
**blockage** [1] - 837:1
**blocking** [1] - 755:5
**blown** [2] - 898:9,
898:16
**blowup** [1] - 754:19
**blue** [13] - 805:16,
813:11, 816:2,
881:8, 881:10,
900:17, 903:10,
920:1, 921:1, 921:2,
928:11, 928:12
**blunt** [1] - 853:13
**blurry** [1] - 786:2
**board** [1] - 776:1
**boarding** [3] - 904:16,
904:18, 907:5
**Bobby** [3] - 915:22,
915:23, 917:3
**body** [1] - 824:4
**bottom** [40] - 741:2,
741:15, 743:8,
765:12, 768:16,
791:6, 800:12,
819:15, 825:9,
833:16, 833:18,
839:17, 846:7,
846:12, 847:21,
848:8, 861:3, 861:7,
878:11, 880:2,
880:4, 889:20,
889:22, 889:25,
890:12, 893:4,
895:10, 895:12,

897:25, 903:5,
903:14, 904:2,
910:7, 920:13,
922:25, 929:23,
930:3, 932:15,
932:20
**box** [5] - 881:5, 881:8,
881:9, 881:10,
881:11
**boxes** [3] - 880:25,
901:21, 901:23
**branch** [1] - 868:14
**breach** [2] - 796:7,
916:13
**breached** [2] - 864:8,
917:7
**break** [16] - 794:15,
802:24, 802:25,
803:6, 803:16,
805:25, 849:14,
849:16, 850:6,
853:20, 856:4,
856:13, 865:7,
865:14, 872:6,
933:25
**breaking** [1] - 801:15
**breezeway** [1] - 756:7
**Brennwald** [15] -
732:8, 732:15,
733:21, 736:11,
815:16, 849:25,
852:10, 852:22,
865:16, 865:18,
865:22, 866:25,
878:15, 886:7,
924:16
**BRENNWALD** [152] -
730:19, 730:20,
732:13, 736:15,
736:17, 738:1,
738:3, 738:7, 739:6,
739:22, 740:3,
740:8, 741:14,
742:3, 743:6,
743:19, 744:8,
744:10, 744:15,
744:18, 745:13,
746:3, 746:21,
746:23, 747:7,
747:11, 749:13,
754:17, 758:9,
780:12, 792:25,
801:2, 802:9,
804:18, 811:1,
811:4, 811:7, 813:3,
814:2, 814:5,
815:18, 815:21,
819:11, 821:3,
823:1, 823:11,
823:15, 824:1,

940

824:15, 824:18,
825:1, 825:19,
825:22, 825:24,
828:20, 829:14,
829:17, 830:4,
830:20, 831:8,
831:12, 831:24,
832:4, 832:24,
833:3, 834:12,
834:20, 835:6,
835:12, 835:16,
835:21, 836:3,
836:20, 837:4,
837:18, 838:23,
839:1, 839:15,
839:21, 839:24,
840:22, 840:24,
841:18, 843:10,
843:14, 843:23,
844:9, 844:14,
844:21, 845:2,
845:12, 846:19,
846:24, 847:1,
847:12, 847:16,
848:4, 849:12,
850:2, 850:6,
850:11, 850:14,
852:23, 853:12,
853:14, 853:21,
855:18, 856:12,
856:22, 856:25,
857:3, 857:11,
857:18, 857:21,
858:10, 858:12,
858:20, 859:11,
859:20, 861:12,
861:19, 862:2,
863:21, 864:10,
866:9, 867:12,
867:18, 867:21,
868:1, 878:17,
883:17, 883:21,
884:3, 884:7, 884:9,
884:20, 886:1,
886:16, 886:22,
887:2, 887:5, 887:7,
887:9, 888:11,
889:14, 891:5,
891:9, 895:25,
924:15, 924:18,
935:5, 935:9
**Brennwald's** [3] -
733:16, 851:21,
934:25
**Brennwald**)..............
..................**739** [1] -
731:4
**Brennwald**)..............
..................**814** [1] -
731:6

**briefly** [7] - 736:12,
739:20, 819:12,
871:13, 875:12,
886:3, 893:20
**bring** [20] - 735:25,
736:4, 736:9, 737:6,
738:18, 749:18,
754:8, 757:17,
782:11, 787:1,
797:13, 797:18,
809:12, 851:21,
852:18, 853:7,
880:24, 885:23,
923:19, 923:21
**bringing** [2] - 738:19,
742:17
**BROCKWELL** [3] -
731:5, 750:6, 857:1
**Brockwell** [75] -
749:25, 750:11,
750:12, 750:13,
752:5, 754:10,
754:22, 755:4,
755:6, 756:15,
757:7, 758:21,
760:11, 761:6,
762:10, 764:7,
765:1, 765:5,
766:25, 767:17,
771:9, 772:11,
773:5, 773:20,
774:14, 775:25,
776:9, 777:11,
780:15, 781:4,
781:14, 782:7,
782:13, 782:25,
783:10, 784:7,
785:2, 785:24,
786:17, 787:13,
788:2, 788:24,
789:23, 790:11,
791:1, 791:24,
792:3, 792:16,
793:5, 794:3,
794:25, 797:18,
801:4, 802:1,
802:11, 804:7,
804:20, 808:15,
808:25, 809:25,
810:8, 811:9,
811:22, 812:18,
812:20, 813:5,
814:1, 814:6,
828:21, 829:19,
845:18, 857:4,
863:24, 864:13,
918:24
**broken** [1] - 813:16
**brother** [2] - 915:24,
916:11

**brought** [4] - 736:21,
852:2, 852:6, 865:24
**brown** [1] - 925:8
**buckets** [1] - 874:18
**buckle** [1] - 931:22
**building** [30] - 753:2,
753:4, 753:9, 758:4,
773:18, 774:6,
786:24, 797:1,
799:9, 799:10,
801:13, 814:22,
818:24, 821:8,
821:14, 821:20,
821:23, 821:25,
822:22, 827:25,
828:3, 828:4, 844:3,
852:20, 854:21,
854:22, 859:4,
864:5, 915:5, 917:7
**Building/Supreme** [1]
- 903:23
**bullets** [1] - 892:10
**bullhorn** [8] - 784:13,
784:14, 787:5,
843:25, 844:2,
844:7, 844:8, 844:23
**bunch** [7] - 737:15,
749:6, 807:15,
807:16, 848:17,
888:4, 888:8
**Bureau** [1] - 868:6
**busier** [1] - 795:11
**business** [1] - 754:6
**busy** [2] - 795:7, 795:9
**but..** [1] - 859:12
**butt** [1] - 913:15
**button** [1] - 894:24
**buttons** [1] - 894:23
**BWI** [2] - 904:24,
904:25
**BY** [9] - 739:6, 750:8,
776:8, 794:24,
814:5, 857:3,
866:20, 868:4,
887:15

---

# C

**California** [3] - 852:25,
853:1, 871:10
**calmly** [1] - 933:12
**camera** [15] - 778:17,
778:20, 779:21,
788:5, 791:9,
793:24, 815:6,
816:13, 835:4,
838:5, 839:5,
857:22, 863:23,
911:20
**cameras** [5] - 757:22,

779:11, 793:7,
838:6, 838:18
**candidate** [3] - 889:12,
891:22, 891:23
**candidates** [2] -
907:13, 921:20
**Capitol** [65] - 735:15,
735:23, 743:1,
748:22, 750:14,
750:15, 750:16,
750:18, 750:20,
750:21, 753:1,
753:2, 753:4, 753:7,
753:9, 754:13,
755:7, 757:8, 757:9,
758:4, 759:21,
762:7, 762:17,
766:13, 773:17,
775:17, 782:14,
785:6, 785:10,
785:11, 785:13,
792:9, 792:12,
793:7, 793:15,
794:6, 795:16,
797:1, 807:25,
814:22, 814:24,
823:4, 828:15,
858:4, 869:18,
869:24, 870:5,
870:8, 870:10,
874:1, 903:23,
909:25, 910:1,
915:4, 916:13,
917:6, 917:14,
918:1, 918:23,
919:2, 919:20,
919:22, 929:9,
930:14, 933:8
**captured** [2] - 779:21,
931:14
**carefully** [1] - 737:17
**carriage** [1] - 822:13
**carried** [1] - 873:19
**carry** [1] - 745:5
**carrying** [1] - 840:15
**case** [18] - 735:17,
736:10, 742:7,
749:20, 757:13,
794:18, 819:9,
828:24, 847:7,
853:16, 856:7,
864:17, 871:22,
933:18, 934:1,
934:2, 934:3
**case-in-chief** [2] -
735:17, 736:10
**cases** [1] - 869:17
**caught** [1] - 757:23
**caused** [1] - 917:8
**CCTV** [10] - 757:8,

758:23, 761:1,
773:6, 776:19,
778:1, 778:7,
793:14, 838:3,
857:22
**cell** [1] - 840:17
**center** [1] - 827:11
**central** [1] - 851:9
**certain** [5] - 852:21,
875:2, 877:4,
879:11, 929:8
**certainly** [1] - 852:6
**CERTIFICATE** [1] -
935:13
**certification** [4] -
818:6, 917:8,
917:10, 917:11
**certified** [1] - 904:8
**certify** [3] - 751:24,
902:5, 935:16
**cetera** [4] - 732:25,
736:8, 852:25,
856:15
**chain** [2] - 883:20,
917:16
**chairs** [1] - 810:23
**challenge** [1] - 898:2
**challenged** [1] - 904:8
**Chamber** [59] -
750:22, 750:23,
750:25, 751:1,
751:4, 751:5, 751:6,
752:16, 755:21,
756:12, 756:17,
760:3, 765:2,
765:17, 766:14,
770:2, 773:6, 774:2,
775:21, 778:24,
779:8, 780:4,
795:13, 797:11,
798:5, 798:12,
799:2, 799:12,
799:20, 800:11,
800:23, 801:22,
803:7, 806:1, 806:2,
810:25, 811:12,
815:6, 816:11,
816:12, 816:22,
817:4, 817:5,
818:16, 818:23,
819:21, 820:19,
820:23, 827:3,
827:4, 827:16,
827:22, 830:22,
832:18, 834:10,
837:6, 838:10,
864:3, 864:6
**chamber** [22] - 765:7,
777:25, 779:22,
779:23, 795:9,

797:13, 797:17,
798:14, 798:23,
798:24, 799:14,
799:24, 801:17,
801:19, 802:18,
804:22, 809:7,
811:14, 812:7,
829:4, 829:5, 838:11
**Chambers** [1] - 756:9
**chambers** [2] - 752:2,
795:23
**chandelier** [3] - 768:4,
820:10, 837:6
**change** [1] - 794:4
**changed** [2] - 769:3,
811:22
**changes** [2] - 918:13,
934:20
**channel** [1] - 795:24
**channels** [1] - 795:25
**chanting** [2] - 789:24,
790:2
**chaotic** [6] - 796:10,
796:18, 817:16,
849:2, 849:4, 849:6
**character** [1] - 852:11
**characters** [1] -
922:14
**charge** [4] - 734:11,
734:12, 734:14,
934:14
**charged** [2] - 852:4,
852:5
**charges** [1] - 735:2
**chart** [5] - 879:5,
879:13, 879:21,
880:1
**check** [2] - 798:21,
888:22
**checked** [2] - 797:12,
797:14
**chemicals** [1] - 737:18
**chest** [1] - 826:9
**chief** [2] - 735:17,
736:10
**children** [1] - 785:15
**chin** [1] - 913:14
**choice** [2] - 922:5,
922:14
**CHRISTOPHER** [1] -
730:10
**circle** [78] - 752:11,
755:14, 756:13,
756:16, 757:20,
759:18, 760:8,
761:9, 762:10,
766:23, 768:6,
769:1, 769:11,
769:17, 769:22,
770:13, 770:18,

771:4, 771:11,
772:4, 777:5, 777:9,
781:16, 781:24,
782:22, 783:5,
783:14, 784:9,
784:16, 785:4,
785:20, 786:13,
788:11, 788:13,
788:21, 789:10,
789:12, 790:20,
791:4, 791:16,
800:11, 800:13,
803:12, 804:4,
804:24, 805:4,
805:8, 806:5,
806:13, 809:3,
812:1, 812:15,
813:7, 813:10,
813:21, 813:25,
816:3, 816:18,
820:7, 820:15,
892:18, 893:1,
910:4, 910:14,
910:17, 913:3,
913:24, 915:10,
915:14, 925:1,
925:3, 925:14,
925:19, 926:3,
929:10, 929:15
**circled** [10] - 761:11,
762:25, 771:14,
780:1, 798:4,
803:13, 805:15,
812:3, 913:5, 926:6
**circles** [1] - 911:6
**circling** [4] - 742:4,
758:19, 768:2, 768:4
**civil** [1] - 892:10
**Civil** [2] - 899:8,
899:10
**Claire** [6] - 887:20,
887:23, 888:7,
889:7, 901:6, 901:14
**clapping** [1] - 920:4
**clarify** [1] - 865:21
**clarity** [1] - 883:13
**classes** [1] - 852:25
**clear** [44] - 749:11,
757:20, 759:18,
760:19, 762:2,
763:7, 764:22,
765:21, 766:23,
769:10, 769:22,
770:17, 771:4,
772:6, 777:9,
778:23, 780:6,
781:23, 783:4,
783:23, 784:15,
785:19, 788:20,
789:12, 790:19,

791:15, 799:11,
800:15, 804:3,
805:4, 805:19,
806:12, 812:15,
813:10, 813:25,
823:1, 828:13,
839:17, 842:5,
866:25, 867:11,
925:3, 928:5
**clearing** [1] - 797:21
**clients** [1] - 881:19
**clip** [2] - 839:6, 923:25
**clock** [3] - 880:10,
880:12, 880:15
**close** [5] - 746:11,
769:20, 826:4,
826:5, 933:14
**closed** [5] - 786:25,
821:23, 821:24,
822:1, 828:8
**closeness** [1] - 734:2
**closer** [4] - 769:8,
770:15, 771:16,
788:7
**clothes** [1] - 924:10
**clothing** [2] - 841:1,
920:18
**Coast** [6] - 747:24,
878:19, 880:16,
880:17, 917:18,
917:23
**collateral** [1] - 853:15
**colleagues** [3] - 871:3,
872:12, 872:13
**College** [2] - 902:5,
917:11
**colloquial** [1] - 851:17
**color** [1] - 783:21
**COLUMBIA** [1] - 730:1
**column** [5] - 737:11,
793:9, 793:17,
879:15, 880:5
**come.theepochtimes
.com/mkt_app/
trump-..** [1] - 893:12
**comfortable** [1] -
739:7
**coming** [26] - 734:5,
737:8, 741:4,
742:20, 745:19,
759:1, 766:8, 767:9,
820:22, 832:10,
833:7, 834:7,
834:15, 839:22,
846:11, 846:22,
848:8, 848:15,
848:17, 858:24,
861:1, 863:5,
863:10, 863:11,
914:4, 914:5

**comment** [7] - 894:17,
899:10, 901:16,
901:17, 902:3,
908:22, 908:23
**common** [1] - 876:9
**commonly** [3] - 869:4,
879:10, 919:11
**communication** [7] -
795:18, 880:14,
881:2, 883:16,
892:13, 899:13,
931:8
**communications** [8] -
875:5, 875:7,
879:17, 880:11,
881:7, 883:2,
888:17, 922:9
**companion** [1] -
851:19
**complete** [2] - 733:5,
935:18
**complex** [2] - 753:6,
753:11
**complies** [39] -
752:14, 755:17,
756:2, 756:14,
756:18, 756:25,
761:10, 769:2,
769:19, 770:14,
771:12, 772:5,
776:5, 777:6,
781:17, 783:15,
784:10, 785:5,
786:14, 789:11,
791:5, 804:25,
805:9, 805:14,
812:2, 813:8,
813:22, 816:9,
816:20, 819:2,
892:20, 913:4,
913:25, 915:12,
925:2, 925:15,
925:20, 926:4,
929:13
**comprises** [1] -
882:21
**computer** [2] - 886:17,
886:20
**CONCEDING** [1] -
923:14
**concentration** [1] -
740:23
**concern** [2] - 852:8,
854:17
**concerned** [4] -
795:13, 801:14,
806:2, 812:12
**concerning** [2] -
786:22, 787:2
**conduct** [5] - 869:24,

870:5, 870:23,
873:25, 874:15
**conducted** [1] -
851:22
**confer** [1] - 883:12
**conference** [5] -
866:23, 867:3,
868:2, 886:4, 887:6
**conferred** [1] - 732:16
**confident** [1] - 856:5
**conflict** [1] - 892:11
**confused** [2] - 803:25,
867:1
**confusion** [2] -
856:14, 883:25
**congregating** [1] -
809:18
**CONGRESS** [1] -
887:24
**congress** [4] - 901:14,
901:16, 901:17,
902:3
**Congress** [18] - 751:2,
751:6, 751:23,
795:8, 797:4, 798:1,
803:19, 805:12,
805:13, 807:6,
809:11, 809:12,
809:16, 822:21,
842:17, 889:4, 902:6
**Congress's** [1] - 902:4
**congressional** [1] -
889:11
**congressman** [3] -
806:18, 807:1,
807:23
**congressmen** [4] -
801:16, 803:21,
810:12, 810:19
**connection** [1] -
732:17
**consider** [3] - 752:17,
851:11, 855:21
**consists** [1] - 799:19
**constitutes** [1] -
935:16
**Constitution** [4] -
730:24, 903:24,
923:12, 935:24
**construction** [1] -
771:25
**contain** [2] - 877:23,
920:25
**content** [5] - 877:3,
877:4, 877:6, 877:8,
901:25
**contents** [1] - 866:6
**continue** [17] - 760:6,
766:22, 775:3,
775:9, 787:22,

790:7, 790:22,
808:20, 809:19,
810:3, 811:17,
825:23, 888:6,
901:13, 907:18,
908:16, 912:23
**continued** [1] - 775:6
**Continued** [1] - 857:2
**continues** [4] - 888:4,
889:11, 892:8, 899:8
**contracts** [1] - 881:20
**conversing** [1] -
771:24
**convert** [2] - 879:14,
879:22
**COOPER** [1] - 730:10
**Coordinated** [1] -
879:6
**cords** [1] - 737:12
**core** [1] - 899:24
**corner** [3] - 791:6,
841:12, 842:1
**Corps** [1] - 868:15
**correct** [147] - 740:5,
740:7, 740:18,
740:22, 740:24,
740:25, 741:6,
741:12, 741:13,
741:18, 741:21,
741:22, 742:2,
742:12, 742:23,
743:1, 743:2, 744:5,
744:14, 744:21,
744:22, 744:25,
745:7, 745:11,
745:12, 745:18,
745:21, 745:25,
746:9, 746:12,
746:14, 747:1,
747:3, 747:10,
747:18, 747:21,
747:22, 748:1,
748:19, 749:4,
749:11, 749:12,
751:15, 759:14,
760:4, 762:12,
763:6, 763:16,
763:22, 765:20,
766:15, 775:22,
777:18, 778:3,
779:12, 779:14,
779:19, 780:5,
780:19, 780:20,
785:18, 786:12,
788:8, 788:10,
788:19, 792:3,
793:22, 795:17,
798:6, 800:22,
802:6, 804:15,
805:17, 806:8,

806:9, 810:2,
810:13, 811:16,
812:11, 814:22,
814:25, 815:1,
815:3, 815:4, 815:7,
815:8, 815:25,
816:12, 816:16,
816:22, 816:23,
820:1, 820:16,
820:17, 821:16,
823:6, 823:9, 827:4,
827:5, 828:22,
828:23, 828:25,
829:7, 829:12,
829:13, 831:6,
831:7, 832:8,
832:11, 832:12,
833:17, 834:11,
834:25, 835:3,
836:9, 836:16,
836:17, 837:1,
837:2, 837:7,
837:10, 838:13,
838:18, 843:22,
844:1, 845:1, 846:5,
848:7, 857:25,
859:8, 860:4, 860:5,
860:23, 860:24,
861:2, 862:11,
862:17, 863:19,
863:20, 864:4,
864:9, 892:4,
899:17, 905:19,
916:15, 928:7,
928:10
**correctly** [3] - 736:18,
837:25
**corridor** [1] - 775:10
**corroborate** [1] -
877:12
**corroborating** [1] -
881:22
**corrupt** [2] - 892:5,
893:9
**corruption** [1] -
899:24
**costumes** [1] - 910:10
**counsel** [3] - 840:19,
883:12, 883:24
**Counterterrorism** [1] -
869:2
**counting** [1] - 846:9
**country** [1] - 906:16
**couple** [12] - 739:21,
797:12, 798:1,
817:18, 824:10,
826:2, 835:3,
835:12, 845:9,
846:16, 846:17,
863:5

**course** [3] - 733:20,
788:18, 799:18
**Court** [13] - 730:22,
730:23, 732:22,
736:17, 736:22,
853:2, 855:1, 865:8,
866:10, 867:3,
898:7, 903:23,
935:23
**court** [7] - 733:18,
735:13, 736:5,
851:25, 855:2,
855:3, 855:4
**COURT** [132] - 730:1,
732:2, 732:6,
732:10, 732:12,
732:14, 732:19,
733:2, 733:6, 733:9,
733:14, 733:21,
734:18, 734:24,
735:9, 735:20,
736:11, 736:16,
737:21, 738:2,
738:5, 738:9,
738:12, 738:14,
738:17, 738:21,
738:24, 739:1,
749:17, 749:22,
750:1, 750:4,
754:18, 754:24,
755:2, 758:11,
775:25, 776:4,
781:3, 793:1, 793:4,
794:13, 794:17,
794:22, 801:3,
802:10, 804:19,
811:3, 811:6, 811:8,
813:4, 815:14,
815:19, 819:12,
825:21, 825:23,
831:17, 831:20,
839:14, 840:19,
840:23, 843:13,
843:16, 845:16,
849:15, 849:22,
849:25, 850:5,
850:9, 850:13,
850:18, 850:22,
850:25, 851:12,
852:10, 852:22,
853:9, 853:13,
853:19, 853:22,
854:2, 855:7, 855:9,
855:12, 855:17,
855:19, 856:2,
856:24, 864:13,
864:16, 864:22,
865:2, 865:5, 865:9,
865:13, 865:20,
865:25, 866:2,
866:5, 866:8,

866:11, 866:25,
867:17, 867:19,
867:22, 868:3,
878:14, 883:18,
883:24, 884:6,
884:8, 884:14,
884:22, 886:21,
886:23, 887:3,
887:12, 888:12,
889:15, 891:8,
891:11, 896:2,
924:16, 924:20,
926:25, 930:5,
930:9, 933:23,
934:7, 935:6, 935:8,
935:13
**court's** [1] - 852:19
**Court's** [1] - 855:15
**Courthouse** [2] -
730:23, 935:23
**COURTROOM** [1] -
825:20, 927:1,
927:16
**courtroom** [6] - 736:1,
738:11, 781:5,
794:20, 849:21,
934:6
**cover** [7] - 810:10,
810:22, 811:5,
811:9, 812:7,
867:19, 901:23
**covering** [1] - 861:21
**COVID** [2] - 737:9,
809:15
**cowardly** [1] - 892:5
**created** [2] - 875:2,
930:23
**credibility** [1] - 736:2
**credible** [3] - 851:11,
853:10, 854:11
**crimes** [4] - 852:5,
854:25, 869:7
**Criminal** [1] - 730:3
**criminal** [1] - 869:3
**critical** [1] - 796:14
**CRM** [1] - 730:16
**cross** [10] - 732:21,
735:25, 736:9,
738:8, 851:5, 854:4,
854:12, 854:15,
855:13, 934:22
**CROSS** [3] - 739:5,
814:4, 857:2
**cross-examination** [3]
- 732:21, 735:25,
854:4
**CROSS-
EXAMINATION** [3] -
739:5, 814:4, 857:2
**crossed** [1] - 741:11

**crowd** [21] - 745:23,
747:17, 749:11,
769:8, 772:11,
786:16, 786:18,
786:23, 787:2,
787:6, 790:17,
833:22, 840:11,
842:23, 844:12,
844:16, 844:25,
847:2, 848:14,
910:7, 918:4
**crowd's** [1] - 836:25
**crowded** [8] - 745:3,
834:14, 834:17,
835:10, 835:11,
837:11, 837:13,
837:14
**CRR** [3] - 730:22,
935:15, 935:22
**Cruz** [4] - 897:19,
897:20, 897:24,
898:3
**Cruz's** [1] - 898:12
**cry** [1] - 893:23
**crying** [1] - 901:10
**Crypt** [2] - 820:11
**Crypt's** [1] - 820:13
**cubby** [1] - 838:9
**curious** [1] - 737:5
**cussing** [1] - 807:17

# D

**D.C** [13] - 879:14,
903:21, 903:24,
905:1, 905:18,
906:11, 907:7,
907:9, 916:5, 923:6,
928:1, 930:16
**dangerous** [1] -
916:14
**data** [2] - 874:20,
931:12
**date** [54] - 875:1,
881:15, 882:5,
882:13, 882:14,
882:19, 887:16,
887:18, 888:15,
888:24, 890:1,
890:3, 891:14,
892:19, 892:21,
894:1, 897:13,
899:1, 899:18,
901:1, 901:18,
902:12, 903:14,
903:16, 904:21,
906:1, 906:10,
906:21, 907:1,
909:16, 909:19,
911:18, 912:12,
912:14, 915:25,

916:1, 916:19, 917:15, 919:13, 919:15, 922:25, 923:2, 923:3, 926:14, 926:16, 927:8, 928:19, 929:2, 931:13, 931:14, 932:4, 932:15, 932:20, 933:15

**Dated** [1] - 935:20

**days** [5] - 866:10, 870:2, 882:16, 886:9, 929:19

**DC** [4] - 730:17, 730:21, 730:24, 935:25

**deadline** [2] - 904:5, 904:7

**deal** [1] - 785:12

**dealing** [2] - 746:17, 818:6

**death'** [1] - 885:21

**debate** [1] - 751:25

**December** [6] - 895:20, 897:14, 899:2, 899:19, 901:2, 901:18

**declarant** [1] - 854:7

**DECLARE** [1] - 895:21

**deep** [2] - 749:10, 779:24

**defend** [2] - 890:15, 922:2

**defendant** [60] - 843:15, 870:17, 871:1, 871:11, 872:16, 873:1, 875:23, 876:5, 876:11, 879:1, 881:22, 884:25, 892:24, 893:13, 894:3, 896:17, 896:22, 897:15, 898:8, 899:15, 901:11, 901:15, 902:2, 902:14, 902:20, 907:6, 908:3, 908:17, 908:24, 913:1, 914:4, 914:6, 916:10, 916:22, 916:25, 917:5, 917:25, 918:16, 918:23, 919:8, 924:7, 924:9, 924:24, 925:8, 925:17, 926:3, 926:19, 927:11, 927:19, 928:6,

929:10, 929:12, 929:15, 929:19, 930:1, 931:1, 932:8, 932:22, 932:23, 933:17

**Defendant** [3] - 730:7, 730:19, 879:4

**defendant's** [48] - 869:24, 874:3, 874:7, 874:10, 875:4, 876:2, 876:4, 876:7, 876:16, 876:17, 876:25, 877:9, 877:10, 877:13, 878:1, 879:17, 880:22, 883:2, 885:17, 885:19, 900:22, 904:10, 909:12, 911:9, 911:13, 911:16, 912:10, 914:10, 914:21, 919:6, 919:25, 920:14, 921:2, 922:8, 924:3, 924:5, 926:12, 927:5, 928:3, 928:8, 928:20, 928:25, 929:2, 930:17, 931:10, 931:17, 931:25, 933:9

**defense** [4] - 831:13, 851:9, 856:15, 923:12

**Defense** [2] - 857:6, 857:16

**define** [1] - 906:15

**defining** [1] - 892:7

**definitive** [1] - 892:11

**delay** [1] - 917:8

**deleted** [2] - 877:5, 877:6

**Democratic** [1] - 883:7

**Democrats** [2] - 883:7, 885:8

**demonstrate** [1] - 789:20

**demonstrations** [3] - 787:7, 795:10, 795:14

**Dems** [2] - 882:25, 883:4

**department** [1] - 795:20

**Department** [3] - 748:20, 748:21, 930:16

**department-issued** [1] - 795:20

**departs** [1] - 905:4

**DEPUTY** [3] - 825:20, 927:1, 927:16

**describe** [15] - 755:25, 762:23, 798:25, 840:13, 849:2, 871:13, 875:12, 876:25, 877:15, 893:2, 893:20, 902:2, 903:10, 913:12, 928:16

**described** [2] - 829:19, 930:2

**desks** [1] - 838:14

**destination** [1] - 904:23

**destiny** [1] - 906:16

**destruction** [1] - 869:9

**detail** [5] - 797:3, 799:21, 800:19, 853:24, 903:9

**detailed** [1] - 929:23

**details** [1] - 802:3

**determine** [4] - 871:1, 871:18, 875:1, 931:13

**determined** [3] - 871:3, 871:14, 872:16

**deterred** [1] - 931:22

**devices** [1] - 879:11

**diagram** [6] - 817:19, 818:10, 818:11, 818:22, 819:15, 820:8

**die'** [1] - 885:21

**difference** [1] - 922:1

**different** [7] - 736:24, 774:19, 793:7, 820:22, 828:15, 843:19, 873:16

**difficult** [3] - 734:8, 790:18, 881:20

**direct** [6] - 754:1, 755:22, 819:10, 864:1, 895:10, 919:24

**DIRECT** [2] - 750:7, 866:19

**directing** [1] - 924:23

**direction** [30] - 741:21, 742:20, 742:22, 764:3, 765:1, 774:16, 777:20, 781:18, 783:2, 791:8, 791:11, 798:12, 811:24, 812:5, 826:20, 826:22, 827:2, 827:14, 827:15, 828:14, 829:20,

829:24, 838:7, 846:6, 848:9, 855:16, 858:8, 862:7, 914:4

**directions** [3] - 754:6, 774:8, 843:19

**directives** [1] - 933:11

**directly** [3] - 774:1, 798:13, 815:9

**discrete** [1] - 891:6

**discuss** [5] - 749:20, 849:23, 864:16, 894:9, 894:10

**discussed** [2] - 828:24, 902:6

**discussing** [1] - 933:3

**discussions** [2] - 794:17, 934:1

**dismissed** [1] - 735:2

**dispute** [1] - 934:13

**disputes** [1] - 732:16

**distinct** [1] - 839:5

**distinguish** [1] - 734:8

**distribute** [1] - 934:8

**DISTRICT** [3] - 730:1, 730:1, 730:10

**District** [1] - 730:13

**doctor** [2] - 933:5, 933:8

**document** [6] - 867:6, 867:23, 898:12, 898:16, 898:19

**documents** [3] - 865:17, 865:23, 866:6

**DOJ** [1] - 730:16

**DOJ-CRM** [1] - 730:16

**dome** [1] - 743:3

**domestic** [1] - 869:8

**don't...** [1] - 839:18

**Donald** [1] - 841:5

**done** [5] - 799:15, 802:20, 857:8, 872:4

**DoNotCertify** [1] - 904:1

**door** [80] - 736:7, 752:15, 756:11, 759:19, 763:14, 765:6, 765:17, 765:19, 766:14, 770:1, 773:6, 775:11, 777:24, 778:2, 778:24, 788:7, 799:13, 801:21, 802:13, 802:16, 802:17, 802:19, 802:23, 802:25, 803:5, 803:11, 804:22, 804:23, 804:24,

805:1, 807:3, 807:18, 808:2, 811:14, 811:25, 812:10, 812:12, 813:24, 814:11, 815:2, 816:3, 817:10, 820:5, 822:11, 822:13, 822:18, 824:3, 824:7, 826:16, 826:19, 829:21, 830:22, 837:7, 838:6, 838:8, 838:10, 838:19, 846:22, 858:4, 858:8, 858:16, 858:23, 859:7, 859:18, 859:25, 862:17, 863:1, 863:3, 871:20, 872:8, 872:20, 872:22, 872:23, 873:11, 911:24, 912:3, 913:16, 913:17

**doors** [49] - 755:23, 756:3, 759:2, 759:3, 763:13, 764:20, 766:8, 773:22, 773:23, 774:8, 779:22, 779:23, 783:3, 791:12, 798:16, 798:23, 799:8, 799:22, 799:25, 800:3, 800:4, 800:6, 800:7, 800:13, 800:14, 801:7, 801:10, 801:12, 801:15, 802:21, 803:19, 810:25, 811:12, 816:15, 817:3, 821:22, 822:16, 836:14, 845:19, 846:4, 847:3, 847:22, 857:24, 858:14, 860:9, 933:10

**doorway** [2] - 780:3, 863:4

**doubt** [2] - 735:3, 906:13

**down** [39] - 739:15, 744:21, 754:22, 759:25, 775:6, 778:4, 778:10, 778:14, 778:23, 779:2, 779:7, 794:2, 797:10, 799:6, 799:14, 799:20, 812:16, 815:13,

820:2, 820:9, 821:1,
821:11, 822:9,
834:15, 846:6,
849:20, 849:22,
850:8, 863:18,
878:10, 879:24,
880:20, 883:8,
886:8, 893:10,
895:12, 900:15,
923:1, 926:8
**dozen** [2] - 916:12,
916:18
**dozens** [1] - 748:16
**Dr** [1] - 904:12
**drafts** [1] - 877:19
**drag** [1] - 837:19
**dramatically** [1] -
738:8
**draw** [7] - 755:24,
755:25, 782:18,
783:13, 785:4,
911:11, 925:1
**drawing** [1] - 756:1
**drawn** [4] - 765:12,
779:7, 799:1, 809:3
**drew** [4] - 799:6,
910:9, 911:6, 929:15
**drill** [1] - 864:23
**drop** [6] - 907:20,
907:21, 908:18,
908:22, 908:24,
910:22
**duck** [1] - 841:6
**during** [12] - 747:12,
779:21, 803:8,
804:14, 809:12,
829:5, 829:10,
833:6, 835:4, 839:5,
856:13
**dust** [1] - 803:20
**duties** [1] - 750:17
**duty** [3] - 751:10,
751:16, 896:11

## E

**early** [1] - 856:4
**easier** [2] - 771:5,
777:10
**east** [11] - 763:14,
788:6, 816:21,
817:4, 819:14,
819:18, 819:24,
821:1, 846:4, 847:3,
860:7
**East** [26] - 747:24,
752:2, 752:10,
752:14, 752:22,
755:11, 755:15,
755:20, 766:8,

774:7, 783:3, 788:7,
797:3, 798:18,
800:5, 800:14,
801:6, 808:18,
845:19, 857:23,
878:19, 880:16,
880:17, 912:3,
917:18, 917:23
**eastern** [2] - 916:3,
916:21
**Eastern** [4] - 879:7,
905:17, 907:4,
918:22
**easy** [9] - 740:20,
753:13, 754:4,
762:13, 821:17,
823:4, 823:8, 826:6,
828:3
**effect** [5] - 733:22,
854:8, 854:15,
895:6, 935:1
**effectuated** [1] -
871:15
**egresses** [1] - 822:14
**eight** [6] - 737:14,
737:15, 767:25,
781:12, 912:24,
932:23
**eight-second** [1] -
781:12
**either** [12] - 736:16,
774:16, 777:21,
778:4, 778:11,
778:14, 815:15,
844:2, 854:20,
880:15, 884:17,
911:1
**ELECTION** [1] -
923:14
**election** [25] - 734:13,
734:20, 734:23,
735:5, 735:8,
854:23, 882:12,
882:16, 882:19,
882:25, 889:2,
891:17, 891:21,
891:22, 893:18,
893:22, 896:4,
898:2, 901:9,
906:14, 907:13,
917:12, 918:5,
918:9, 921:21
**ElectionGate** [1] -
893:15
**elections** [2] - 751:24,
889:4
**Electoral** [2] - 902:5,
917:11
**electoral** [2] - 752:1,
904:7

**electronic** [4] -
737:12, 869:10,
879:11, 904:16
**element** [1] - 934:13
**elevators** [2] - 761:19,
774:13
**Ellipse** [5] - 908:4,
908:6, 908:10,
908:23, 909:8
**email** [1] - 877:20
**emails** [1] - 874:19
**embarrass** [1] -
853:16
**emergency** [3] -
821:19, 822:14,
898:1
**emoji** [10] - 889:10,
894:13, 894:15,
894:17, 894:20,
895:5, 901:10,
927:24
**emojis** [2] - 894:23,
900:6
**encountered** [1] -
871:24
**end** [23] - 759:6,
759:20, 759:22,
759:23, 760:2,
773:19, 777:24,
779:5, 781:21,
796:3, 836:21,
837:17, 837:18,
837:19, 838:5,
838:7, 863:22,
865:10, 868:2,
881:19, 887:6,
903:19, 913:19
**ended** [2] - 756:10,
756:11, 792:2
**ending** [1] - 747:23
**enforcement** [7] -
852:17, 913:10,
913:21, 914:1,
914:2, 925:16,
930:13
**ensuing** [1] - 732:21
**enter** [10] - 732:3,
735:15, 760:1,
774:6, 774:7, 799:9,
799:24, 820:4,
854:21, 854:22
**entered** [9] - 734:19,
734:22, 759:19,
774:20, 824:7,
855:2, 873:10,
873:13, 929:8
**entering** [1] - 933:10
**enters** [1] - 738:11
**entire** [4] - 808:4,
839:4, 843:14, 885:7

**entirety** [2] - 758:1,
878:9
**entrance** [5] - 756:11,
765:17, 766:13,
770:1, 777:24
**entrances** [1] - 812:7
**entry** [3] - 871:23,
905:23, 933:12
**equipment** [1] -
737:12
**ERIC** [2] - 731:7,
866:18
**Eric** [3] - 864:21,
893:4, 893:6
**Errol** [1] - 889:9
**escorted** [1] - 797:7
**escorting** [2] - 797:4,
797:6
**ESQ** [3] - 730:12,
730:16, 730:19
**essence** [2] - 734:12,
735:4
**EST** [4] - 879:7,
905:17, 905:24,
905:25
**et** [4] - 732:25, 736:8,
852:25, 856:15
**euphemism** [1] -
867:14
**evacuate** [1] - 803:22
**evacuated** [1] - 803:22
**evening** [3] - 738:14,
738:24, 934:4
**event** [1] - 733:7
**eventually** [3] -
749:10, 838:22,
843:3
**everywhere** [1] -
740:21
**evidence** [13] - 752:4,
754:16, 781:2,
801:1, 802:8,
804:17, 812:19,
813:2, 831:13,
831:14, 856:15,
869:11, 869:15
**evidentiary** [4] -
732:17, 850:20,
851:1, 856:7
**exact** [2] - 834:15,
919:19
**exactly** [8] - 741:1,
807:15, 817:17,
847:23, 858:19,
892:9, 918:5, 918:7
**EXAMINATION** [5] -
739:5, 750:7, 814:4,
857:2, 866:19
**examination** [7] -
732:21, 735:25,

819:10, 854:4,
854:13, 854:16,
864:1
**exception** [2] - 733:23,
923:22
**exchange** [29] -
881:14, 881:15,
881:16, 882:5,
882:21, 883:10,
884:19, 885:7,
886:14, 887:16,
887:18, 887:22,
888:15, 890:2,
890:4, 891:14,
894:11, 896:21,
898:24, 899:3,
900:5, 900:8,
900:10, 900:13,
900:16, 901:1,
931:13, 931:16
**exchanges** [3] -
888:17, 894:3, 894:6
**excluded** [1] - 733:19
**exclusion** [2] - 854:8,
854:10
**exculpatory** [1] -
854:19
**excuse** [2] - 897:1,
916:1
**excused** [2] - 749:19,
864:17
**executed** [1] - 872:4
**exercises** [1] - 799:18
**Exhibit** [36] - 742:5,
752:4, 754:7,
754:16, 758:7,
776:12, 777:8,
792:15, 794:12,
797:19, 799:1,
800:9, 800:16,
801:1, 801:25,
804:6, 812:17,
813:2, 814:10,
815:23, 816:4,
816:10, 817:9,
825:8, 829:23,
839:4, 839:13,
845:13, 845:14,
857:6, 857:16,
878:6, 880:24,
883:15, 924:14
**exhibit** [13] - 754:22,
793:2, 793:13,
814:12, 831:15,
856:17, 883:9,
884:11, 888:10,
889:13, 891:4,
912:21
**exhibits** [15] - 757:25,
793:11, 793:17,

793:21, 856:15, 866:12, 866:13, 867:2, 867:4, 867:9, 878:4, 883:15, 883:25, 886:8, 923:22
**Exhibits** [1] - 757:14
**exit** [26] - 763:13, 774:20, 774:25, 775:4, 775:7, 775:8, 775:11, 778:21, 778:25, 788:9, 791:12, 792:9, 792:11, 799:9, 821:8, 821:10, 821:21, 822:6, 822:11, 822:13, 827:22, 859:16, 862:6
**exited** [1] - 919:20
**exiting** [1] - 859:15
**exits** [16] - 763:8, 763:10, 763:12, 763:23, 764:1, 775:8, 794:20, 820:22, 821:7, 821:11, 821:13, 821:19, 822:3, 822:5, 849:21, 934:6
**expand** [1] - 733:20
**expect** [2] - 754:4, 795:5
**expectation** [1] - 795:12
**expected** [1] - 892:9
**expert** [1] - 818:8
**explain** [2] - 777:10, 890:20
**explanation** [2] - 853:10, 935:1
**expose** [1] - 892:6
**express** [1] - 854:20
**expression** [1] - 898:16
**extend** [1] - 896:16
**extension** [2] - 752:18, 809:17
**extent** [2] - 852:8, 854:10
**exterior** [7] - 756:3, 759:1, 773:22, 779:22, 796:8, 798:16, 799:8
**eye** [2] - 743:8, 861:4

## F

**face** [4] - 813:11, 838:7, 901:10, 920:7
**facing** [19] - 746:5,

786:19, 788:5, 791:11, 811:24, 812:5, 826:25, 827:2, 827:15, 829:20, 829:21, 829:24, 833:21, 838:18, 845:25, 846:1, 857:23, 858:8, 860:6
**fact** [8] - 734:12, 734:15, 735:2, 735:3, 747:4, 851:22, 877:13, 878:18
**facts** [2] - 734:21, 735:16
**factual** [1] - 735:4
**fair** [16] - 749:1, 749:3, 754:12, 757:21, 758:3, 788:25, 792:20, 800:20, 802:4, 804:13, 812:23, 823:5, 826:9, 829:22, 847:11, 848:24
**fairly** [1] - 746:11
**fall** [1] - 854:10
**falls** [1] - 867:9
**familiar** [15] - 753:4, 753:6, 755:12, 757:8, 758:23, 759:9, 875:9, 875:10, 875:11, 893:16, 894:22, 895:23, 896:4, 905:12, 908:5
**famous** [1] - 885:20
**far** [4] - 814:21, 847:21, 847:22, 863:22
**fashion** [1] - 933:13
**fashioned** [1] - 884:15
**fast** [14] - 766:19, 768:12, 770:5, 770:22, 771:18, 772:8, 782:3, 785:22, 787:9, 791:19, 796:14, 825:22, 836:13
**fastest** [4] - 755:22, 774:2, 820:3, 820:4
**FBI** [11] - 851:22, 868:7, 868:9, 868:18, 868:20, 870:9, 871:21, 873:14, 929:7, 929:18, 930:1
**FBI's** [1] - 873:16
**feature** [1] - 895:2
**featured** [1] - 904:12

**Federal** [1] - 868:6
**federalist** [1] - 885:13
**feet** [9] - 737:10, 833:10, 833:14, 837:9, 847:23, 847:24, 862:16, 862:21, 925:7
**fellow** [1] - 838:12
**felt** [1] - 893:21
**few** [15] - 740:25, 757:3, 759:15, 775:5, 800:2, 834:12, 847:23, 857:7, 859:12, 863:11, 882:16, 900:4, 919:24, 925:7
**fewer** [2] - 845:5, 845:9
**field** [4] - 818:8, 868:17, 868:18, 867:19
**FightBack** [1] - 902:22
**figure** [3] - 770:5, 821:18, 886:25
**filing** [1] - 860:3
**filling** [2] - 862:10, 862:13
**film** [2] - 745:24, 836:11
**filming** [1] - 746:8
**final** [2] - 934:8, 934:19
**finalize** [1] - 934:20
**finally** [2] - 747:9, 866:17
**fine** [6] - 815:21, 825:23, 835:8, 836:22, 844:14, 845:3
**finger** [1] - 842:19
**fingerless** [1] - 861:25
**fingers** [1] - 861:22
**finish** [1] - 930:9
**finished** [2] - 773:24, 871:25
**firearm** [1] - 805:21
**fired** [5] - 814:21, 814:24, 815:2, 816:24, 864:2
**FIRM** [1] - 906:15
**first** [37] - 736:18, 753:18, 753:19, 753:22, 759:25, 790:11, 796:6, 803:10, 820:10, 821:11, 821:15, 822:9, 822:10, 822:12, 857:22, 863:15, 878:24, 878:25, 881:4,

882:24, 884:18, 885:3, 887:11, 888:13, 888:19, 889:24, 902:17, 904:4, 907:11, 916:12, 916:17, 916:18, 916:25, 923:2, 931:17
**First** [1] - 907:12
**First'** [1] - 906:24
**firsthand** [1] - 852:19
**fists** [1] - 790:1
**five** [14] - 749:18, 779:24, 787:19, 792:6, 847:24, 850:2, 862:16, 862:21, 862:23, 925:22, 930:7
**flag** [2] - 741:5, 927:24
**flags** [4] - 740:10, 741:4, 741:5, 840:15
**flames** [1] - 893:10
**flexing** [2] - 927:23, 927:24
**flier** [4] - 890:11, 890:14, 904:3, 904:11
**flight** [3] - 904:21, 905:3, 905:4
**floor** [27] - 751:3, 752:17, 752:18, 752:19, 754:13, 755:7, 756:4, 759:21, 759:25, 762:7, 762:17, 782:14, 797:5, 797:7, 797:14, 797:17, 798:3, 809:17, 810:10, 820:10, 820:16, 821:11, 821:12, 822:9, 822:10, 822:12, 864:3
**Florida** [2] - 903:4, 906:8
**focus** [3] - 743:12, 897:12, 910:13
**focuses** [1] - 869:8
**folks** [3] - 742:20, 838:1, 863:12
**follow** [2] - 747:24, 821:21
**following** [6] - 733:13, 866:23, 879:5, 886:4, 893:17, 929:19
**follows** [2] - 734:6, 866:13
**font** [1] - 890:10
**foot** [4] - 735:12,

737:9, 746:14, 838:9
**footage** [15] - 757:8, 757:13, 758:23, 761:1, 773:7, 773:16, 775:14, 778:1, 778:7, 779:6, 779:15, 779:25, 788:18, 838:3, 838:16
**FOR** [2] - 730:1, 890:16
**force** [2] - 822:4, 918:12
**FORCE** [1] - 900:24
**forceful** [1] - 918:13
**forcibly** [3] - 871:23, 873:10, 873:13
**foregoing** [1] - 935:16
**foreground** [1] - 913:6
**forehead** [1] - 830:16
**foreign** [2] - 895:13, 895:17
**forget** [2] - 815:11, 919:19
**forgotten** [1] - 853:17
**form** [1] - 749:10
**format** [1] - 879:10
**formation** [1] - 847:8
**former** [6] - 891:23, 893:21, 896:5, 896:15, 907:16, 921:24
**forming** [1] - 787:6, 842:23
**forward** [29] - 759:20, 759:23, 761:17, 761:23, 768:12, 768:19, 770:5, 770:22, 770:23, 771:19, 772:9, 772:15, 779:4, 782:4, 785:21, 785:23, 787:10, 790:14, 791:20, 792:11, 830:4, 831:24, 833:17, 833:19, 837:8, 843:23, 844:9, 848:1, 862:11
**fought** [1] - 890:15
**foundation** [1] - 886:24
**four** [8] - 760:7, 763:13, 763:16, 777:1, 780:9, 780:10, 787:10, 931:21
**Fox** [1] - 930:24
**frame** [1] - 776:20
**fraud** [2] - 899:22,

899:23
**fraudulent** [1] - 893:22
**freaking** [1] - 889:7
**free** [1] - 885:21
**freedom** [1] - 885:6
**frequently** [2] -
753:20, 894:10
**friend** [1] - 851:19
**front** [36] - 744:7,
761:17, 762:14,
767:1, 767:4, 769:8,
789:7, 789:8, 800:2,
800:3, 800:5, 800:7,
801:8, 801:10,
802:15, 802:21,
803:11, 804:23,
810:22, 819:14,
819:24, 827:18,
829:18, 830:12,
844:20, 861:14,
862:8, 862:13,
906:25, 910:7,
911:24, 913:17,
915:7, 920:7, 925:17
**frustrate** [1] - 739:16
**full** [4] - 736:24, 898:9,
898:16, 935:17
**fun..** [1] - 927:23
**function** [1] - 907:24
**furniture** [10] - 800:2,
800:3, 800:5, 800:7,
801:9, 802:15,
802:21, 803:11,
804:23, 813:20
**furthest** [1] - 910:24

## G

**gallery** [10] - 751:3,
809:1, 809:2, 809:6,
809:9, 809:14,
809:16, 810:1,
810:10, 810:23
**gate** [1] - 934:23
**gather** [1] - 817:17
**gathered** [3] - 786:16,
786:18, 847:8
**gear** [2] - 740:15,
748:23
**gears** [1] - 794:4
**general** [13] - 742:16,
817:23, 821:23,
828:7, 829:24,
833:11, 854:14,
863:14, 867:1,
867:9, 867:19,
869:6, 869:7
**generally** [26] - 795:5,
816:25, 818:19,
836:6, 854:6, 858:8,

871:17, 873:22,
874:13, 874:17,
875:10, 875:11,
881:1, 881:7,
881:10, 881:11,
881:25, 883:3,
889:17, 894:9,
895:23, 901:20,
902:4, 902:6,
904:25, 934:23
**generation** [1] -
906:16
**gentleman** [45] -
741:17, 746:5,
760:10, 761:7,
761:11, 762:11,
763:25, 764:15,
766:2, 766:7, 767:1,
768:17, 768:24,
769:17, 770:11,
770:24, 770:25,
771:14, 771:22,
771:24, 773:16,
776:19, 777:3,
778:10, 780:18,
781:13, 782:23,
784:6, 784:19,
788:16, 788:17,
789:6, 789:17,
790:12, 791:1,
791:24, 805:15,
805:16, 806:17,
812:3, 813:11,
830:9, 838:20,
840:17, 913:13
**gentlemen** [3] -
849:15, 859:11,
933:24
**geolocation** [1] -
874:20
**ghosts** [1] - 834:5
**Gillespie** [7] - 882:7,
882:10, 883:3,
883:4, 884:24,
885:8, 918:3
**Gillespie's** [1] - 885:4
**given** [4] - 734:2,
851:25, 922:14,
934:25
**glass** [4] - 803:16,
813:16, 817:3,
858:25
**glasses** [8] - 771:1,
788:16, 823:22,
830:14, 834:2,
834:24, 840:18,
841:22
**glove** [1] - 861:21
**gloves** [2] - 861:23,
861:25

**Gold** [17] - 733:18,
734:3, 734:5, 734:9,
734:11, 735:10,
735:24, 736:3,
853:24, 871:8,
871:9, 873:3,
904:12, 911:23,
925:13, 933:4
**Gold's** [2] - 735:13,
872:9
**gonna** [1] - 905:22
**good-sized** [1] - 767:3
**goodness** [1] - 853:6
**Google** [1] - 909:7
**government** [10] -
732:5, 735:12,
735:17, 749:24,
821:20, 839:1,
851:2, 853:3,
864:20, 865:16
**Government's** [33] -
752:4, 754:7,
754:16, 757:14,
758:7, 758:14,
760:24, 762:9,
764:5, 776:10,
776:12, 777:8,
780:7, 792:15,
792:24, 794:12,
797:19, 799:1,
800:9, 800:16,
801:1, 801:25,
802:8, 804:5,
812:17, 813:2,
814:10, 816:10,
817:9, 825:8,
829:23, 845:14,
924:14
**government's** [14] -
733:4, 733:18,
765:4, 773:10,
780:24, 782:12,
787:25, 804:17,
826:1, 831:14,
843:12, 866:12,
892:12, 904:14
**grabs** [2] - 895:16,
895:17
**grassy** [1] - 908:9
**gray** [5] - 829:20,
920:13, 920:16,
921:7
**GREAT** [1] - 902:19
**Great** [1] - 921:19
**great** [8] - 752:4,
771:17, 773:25,
775:23, 781:22,
783:16, 796:7, 934:4
**green** [14] - 748:18,
749:7, 749:8, 881:5,

881:9, 881:11,
885:17, 887:25,
899:15, 910:9,
915:14, 929:15
**Greg** [1] - 899:4
**grounds** [1] - 753:6
**group** [11] - 747:24,
748:4, 748:5, 767:3,
767:4, 782:7, 890:7,
910:5, 910:6, 910:9,
910:11
**groups** [4] - 801:13,
809:12, 910:1, 910:2
**guard** [4] - 851:10,
851:14, 851:16,
851:24
**guess** [3] - 744:2,
852:16, 854:2
**guidance** [1] - 867:4
**guide** [2] - 754:3,
823:7
**guides** [1] - 754:1
**guilty** [1] - 734:14
**gun** [2] - 910:20,
913:15
**guns** [1] - 927:23
**gunshot** [2] - 808:17,
811:13, 816:17
**gunshots** [1] - 803:20
**guy** [10] - 842:5, 842:7,
848:9, 848:10,
848:12, 861:6,
861:9, 863:8
**guys** [1] - 865:13

## H

**hair** [7] - 829:20,
830:14, 830:15,
833:21, 913:6,
925:8, 926:6
**half** [5] - 737:9,
746:14, 794:14,
863:19, 868:23
**hall** [4] - 742:17,
815:10, 834:16,
838:5
**Hall** [19] - 740:18,
742:16, 756:6,
764:8, 764:18,
765:7, 765:9,
773:23, 775:4,
775:5, 775:6,
779:16, 780:22,
781:20, 820:22,
834:10, 836:14,
841:10, 842:15
**hallway** [27] - 761:18,
764:20, 764:21,
765:15, 769:25,

774:14, 774:15,
777:21, 778:23,
779:2, 779:3, 780:3,
798:21, 822:3,
822:7, 822:10,
825:14, 833:7,
833:9, 834:14,
837:14, 838:6,
838:7, 838:9,
838:18, 839:22,
872:24
**hallways** [10] - 753:15,
753:16, 761:14,
777:21, 778:5,
778:7, 778:11,
778:14, 779:6, 779:7
**hand** [21] - 750:5,
755:9, 763:1, 776:1,
779:8, 782:18,
782:24, 783:11,
788:12, 790:20,
791:6, 798:5, 809:4,
809:24, 816:2,
861:17, 864:24,
911:4, 920:5, 920:7,
921:5
**handed** [1] - 773:15
**handle** [1] - 842:25
**hands** [14] - 740:11,
740:12, 743:14,
783:20, 805:20,
824:19, 825:2,
844:3, 844:7,
861:16, 861:18,
861:20, 911:2, 920:5
**hang** [1] - 893:10
**hanging** [1] - 927:25
**hard** [9] - 783:21,
784:22, 786:1,
817:16, 823:8,
824:14, 826:8,
861:22, 862:23
**harder** [2] - 843:6,
910:6
**hashtag** [5] - 890:19,
890:20, 890:21,
890:22, 891:2
**hashtags** [6] - 890:23,
896:25, 897:5,
903:20, 906:12,
921:14
**hat** [2] - 771:25, 863:8
**hats** [1] - 741:8
**haven** [1] - 797:14
**head** [7] - 742:4,
742:5, 762:6,
766:17, 772:3,
834:1, 862:4
**headed** [2] - 765:1,
765:2, 780:21,

781:18, 781:19, 781:20, 783:2, 827:19
**heading** [1] - 764:2
**headway** [1] - 836:10
**heap** [1] - 818:5
**hear** [13] - 739:8, 745:1, 745:8, 773:13, 789:24, 795:24, 796:20, 807:13, 811:3, 814:10, 815:19, 898:1, 924:17
**heard** [8] - 733:15, 734:4, 796:7, 797:2, 808:17, 814:19, 850:19, 934:15
**hearing** [6] - 796:11, 796:12, 817:14, 866:24, 886:5, 935:10
**hearsay** [5] - 733:19, 852:16, 854:7, 854:8, 855:12
**heart** [2] - 895:5, 901:12
**HELD** [1] - 730:10
**held** [2] - 866:24, 886:5
**hell** [2] - 890:15, 922:4
**helmet** [1] - 913:13
**help** [2] - 796:20, 891:1
**helped** [1] - 800:3, 800:6
**helpful** [2] - 734:16, 735:7
**helps** [1] - 890:23
**HERBERT** [1] - 730:6
**hereby** [1] - 935:15
**hesitation** [1] - 922:3
**hiding** [1] - 864:2
**hierarchically** [1] - 818:5
**high** [2] - 851:8, 881:19
**Hill** [1] - 795:25
**Hills** [2] - 871:10, 890:7
**HIM** [1] - 890:16
**himself** [2] - 876:12, 919:9
**hiring** [2] - 888:4, 888:8
**history** [4] - 874:22, 916:13, 917:1, 917:4
**hit** [1] - 820:19
**hitting** [1] - 803:5
**hold** [6] - 736:13, 815:14, 821:4,

823:14, 847:13, 883:21
**HOLD** [1] - 893:14
**holding** [7] - 746:6, 833:10, 841:13, 910:19, 920:4, 920:5, 921:5
**hollering** [1] - 808:5
**HOLLY** [1] - 730:12
**holster** [2] - 910:22
**Honor** [64] - 732:4, 732:7, 732:11, 732:15, 734:1, 738:20, 749:16, 749:23, 749:24, 754:15, 754:17, 754:20, 754:21, 754:25, 755:3, 758:6, 758:9, 776:7, 781:2, 792:24, 793:3, 794:16, 801:1, 802:7, 804:16, 811:1, 813:1, 814:1, 819:7, 819:11, 831:12, 831:19, 839:1, 840:22, 840:24, 843:12, 849:14, 851:18, 852:23, 853:23, 854:14, 855:22, 856:12, 856:21, 864:12, 864:19, 864:25, 865:15, 865:21, 867:12, 878:12, 878:17, 883:13, 886:2, 886:6, 886:16, 887:2, 887:4, 891:5, 891:12, 896:1, 905:5, 935:7, 935:9
**Honor's** [2] - 773:9, 855:10
**HONORABLE** [1] - 730:10
**hope** [1] - 733:4
**hopeful** [1] - 856:6
**hopefully** [2] - 739:15, 743:4
**hour** [3] - 733:10, 794:14, 849:17
**hour-and-a-half** [1] - 794:14
**hours** [1] - 831:5
**house** [9] - 751:25, 765:19, 777:24, 778:2, 795:8, 802:23, 804:24, 832:7, 838:11
**House** [86] - 742:22,

744:21, 750:22, 750:23, 750:25, 751:1, 751:4, 751:5, 751:6, 752:2, 752:16, 752:17, 755:21, 756:8, 756:11, 756:12, 756:17, 760:3, 765:2, 765:6, 765:17, 766:14, 770:1, 773:6, 774:2, 775:11, 775:21, 778:24, 779:8, 780:4, 795:13, 797:4, 797:7, 797:11, 797:17, 798:5, 798:11, 798:16, 799:2, 799:7, 799:12, 799:20, 800:11, 800:23, 801:22, 802:13, 802:16, 802:25, 803:6, 803:19, 804:22, 805:25, 806:2, 809:1, 809:17, 810:25, 811:12, 812:10, 815:6, 816:11, 816:12, 816:22, 817:3, 817:5, 818:12, 820:23, 822:13, 822:18, 827:3, 827:15, 827:22, 829:21, 830:22, 832:18, 834:10, 837:6, 838:6, 838:8, 838:10, 838:19, 864:3, 864:6, 908:9
**housekeeping** [2] - 864:25, 865:3
**huge** [2] - 743:3, 840:11
**human** [1] - 918:11
**humor** [1] - 829:18
**hundred** [1] - 805:24

### I

**Ian** [2] - 926:22, 927:25
**idea** [1] - 884:3
**identified** [4] - 806:18, 870:11, 874:2, 911:8
**identify** [13] - 878:3, 891:2, 909:14, 909:16, 911:18, 912:12, 912:16, 913:1, 919:13, 919:17, 924:6, 926:14, 932:4

**Igor** [3] - 881:3, 881:17, 891:25
**illegal** [1] - 854:21
**image** [6] - 837:25, 895:11, 911:8, 913:7, 928:9, 928:20
**images** [1] - 895:16
**imagine** [1] - 837:14
**immediately** [2] - 758:15, 920:14
**impeachment** [1] - 855:13
**impede** [2] - 734:19, 734:23
**important** [1] - 796:14
**IN** [3] - 730:1, 738:13, 738:16
**inaugurated** [1] - 893:7
**inches** [3] - 737:15, 833:10
**incident** [3] - 851:2, 869:17, 934:22
**included** [2] - 934:18, 934:19
**including** [4] - 811:14, 906:12, 921:14, 922:25
**incredibly** [1] - 923:11
**incriminating** [1] - 735:13
**independent** [1] - 748:9
**indicate** [3] - 876:5, 879:18, 902:23
**indicated** [2] - 852:11, 916:22
**indicating** [2] - 877:21, 933:11
**Indicating)** [1] - 789:21
**indicating)** [1] - 819:23
**indication** [2] - 880:3, 910:18
**indicia** [3] - 734:10, 853:25, 854:3
**indicted** [1] - 933:20
**indisputable** [1] - 899:22
**individual** [6] - 758:19, 758:21, 758:23, 894:4, 913:25, 921:1
**individuals** [3] - 860:14, 863:5, 929:8
**individuals'** [1] - 740:12
**inference** [2] - 911:11, 911:14
**information** [11] -

874:21, 876:1, 880:22, 881:22, 890:11, 890:21, 901:24, 929:7, 929:23, 930:14, 932:4
**initials** [2] - 776:1, 776:3
**injects** [1] - 853:14
**inner** [1] - 838:9
**Inquirer** [2] - 895:19, 895:21
**insane** [1] - 919:2
**inside** [42] - 735:23, 751:6, 751:8, 752:16, 753:2, 756:4, 757:9, 758:4, 759:1, 762:17, 785:10, 785:11, 785:13, 795:13, 795:16, 797:1, 797:13, 798:11, 798:22, 798:23, 799:12, 800:1, 800:23, 801:13, 801:16, 801:19, 801:21, 801:22, 802:18, 804:22, 806:2, 815:6, 821:17, 829:4, 838:8, 847:3, 857:23, 870:10, 872:17, 917:25, 933:11
**insignias** [4] - 920:10, 920:11, 920:17
**instance** [5] - 851:9, 871:19, 890:22, 895:4, 896:14
**instances** [1] - 877:18
**instead** [2] - 895:4, 895:5
**institutions** [1] - 893:9
**instruct** [1] - 855:20
**instruction** [1] - 852:9
**instructions** [4] - 807:25, 808:1, 934:9, 934:12
**instructive** [1] - 839:12
**INSURRECTION** [1] - 895:21
**Insurrection** [7] - 895:23, 895:24, 896:1, 896:6, 896:10, 896:16, 896:23
**insurrection** [1] - 896:13
**integrity** [1] - 751:1

**intend** [1] - 865:17
**intent** [3] - 734:13, 735:5, 934:13
**intention** [4] - 734:23, 735:7, 854:22, 854:23
**interest** [2] - 878:12, 930:25
**interested** [1] - 891:1
**interior** [4] - 773:22, 779:23, 801:6, 802:13
**Internet** [14] - 874:21, 876:20, 876:21, 877:1, 877:2, 877:4, 877:5, 877:6, 877:8, 877:25, 880:23, 895:16, 928:9, 933:1
**interviews** [1] - 851:25
**introduce** [2] - 735:12, 865:17
**introduction** [1] - 758:10
**investigate** [3] - 869:3, 869:7, 870:4
**investigated** [1] - 869:17
**investigating** [1] - 870:3
**Investigation** [1] - 868:6
**investigation** [4] - 869:23, 870:1, 870:4, 881:21
**investigations** [2] - 869:10, 876:23
**invoke** [1] - 896:10
**involved** [2] - 753:2, 828:1
**iPhone** [3] - 874:6, 894:22, 895:2
**IrredeemablyCompr omised** [2] - 897:3, 898:10
**IS** [2] - 896:20, 896:24
**issue** [9] - 735:20, 735:21, 736:15, 736:18, 851:2, 852:16, 853:14, 853:22, 853:23
**issued** [1] - 795:20
**issues** [4] - 732:17, 732:23, 733:12, 850:20
**italics** [1] - 880:6
**items** [2] - 785:16, 873:24
**itself** [7] - 734:25, 840:20, 842:22, 863:3, 863:4,

890:15, 897:12

## J

**jacket** [3] - 758:20, 761:12, 793:14
**jail** [1] - 893:8
**Jan** [4] - 903:21, 904:5, 904:7, 923:4
**JAN6** [2] - 903:25, 904:1
**January** [91] - 741:3, 751:16, 751:18, 751:19, 751:23, 752:11, 757:23, 758:4, 759:12, 766:6, 767:20, 772:25, 775:14, 776:14, 778:8, 787:19, 788:3, 789:22, 789:24, 790:3, 791:14, 792:21, 793:15, 794:4, 795:3, 796:2, 800:21, 802:5, 804:14, 809:14, 809:15, 812:24, 817:22, 828:5, 828:8, 828:9, 828:11, 831:23, 852:7, 869:18, 869:20, 869:21, 870:2, 870:6, 870:8, 870:10, 870:22, 870:24, 873:25, 874:16, 875:23, 879:8, 880:3, 880:14, 886:13, 901:3, 902:4, 902:13, 903:13, 903:16, 903:18, 904:22, 906:2, 906:8, 906:11, 906:22, 907:1, 907:7, 908:11, 909:20, 912:15, 916:1, 916:20, 917:10, 917:17, 917:20, 918:16, 918:19, 919:16, 926:17, 927:8, 927:9, 928:21, 929:4, 929:9, 929:20, 930:24, 930:25, 932:9
**JASON** [1] - 730:16
**Jason** [1] - 732:5
**jason.manning@ usdoj.gov** [1] - 730:18
**jeans** [2] - 920:1,

921:2
**Jenkins** [2] - 831:8, 934:8
**job** [5] - 750:17, 750:25, 775:15, 852:1, 875:9
**John** [8] - 732:8, 737:8, 879:1, 879:4, 881:4, 882:7, 885:5, 904:20
**JOHN** [1] - 730:6
**join** [4] - 870:1, 922:4, 924:15, 924:19
**joined** [2] - 785:1, 868:9
**joint** [2] - 751:23, 795:8
**joked** [1] - 736:25
**joking** [1] - 899:25
**jostled** [1] - 863:6
**judge** [1] - 842:22
**JUDGE** [1] - 730:10
**jury** [26] - 732:25, 736:5, 736:13, 738:11, 776:2, 794:20, 822:6, 839:3, 846:2, 849:18, 849:21, 851:10, 852:19, 855:20, 856:22, 866:24, 875:12, 878:24, 881:14, 884:4, 886:5, 892:18, 903:18, 915:10, 927:3, 934:6
**JURY** [3] - 737:9, 738:13, 738:16
**jury's** [3] - 732:23, 734:3, 865:9
**justice** [1] - 893:11

## K

**keep** [51] - 740:8, 743:7, 743:8, 744:12, 744:15, 745:13, 746:16, 747:4, 747:7, 759:19, 759:22, 759:24, 760:2, 764:20, 764:23, 765:16, 768:12, 769:12, 769:25, 771:2, 781:21, 783:6, 783:24, 784:2, 784:17, 789:13, 791:17, 792:11, 810:14, 820:18, 823:18, 832:4, 832:24, 833:3, 835:22,

836:22, 841:24, 846:15, 846:24, 847:12, 847:16, 857:18, 858:10, 858:20, 860:19, 861:1, 861:4, 861:12, 862:2, 863:21, 899:7
**keeps** [1] - 791:8
**kept** [1] - 742:24
**kicking** [1] - 803:5
**kind** [14] - 742:15, 748:4, 751:14, 763:23, 790:20, 794:4, 806:24, 832:20, 840:25, 843:4, 843:18, 861:21, 920:7, 933:8
**kindergarten** [1] - 888:9
**knife** [6] - 736:1, 736:4, 736:22, 851:2, 852:7, 853:7
**knock** [4] - 871:20, 872:20, 873:12
**knock-and-announce** [2] - 871:20, 873:12
**knocked** [1] - 872:19
**knowing** [1] - 734:6
**knowledge** [5] - 737:2, 811:2, 829:11, 847:6, 852:20
**known** [2] - 877:2, 908:5
**knows** [2] - 736:3, 736:6

## L

**ladies** [3] - 849:15, 859:11, 933:24
**Lady** [1] - 893:9
**lady** [4] - 824:8, 829:20, 833:21, 840:18
**land** [1] - 885:12
**landslide** [1] - 893:8
**language** [2] - 895:13, 895:17
**lapel** [1] - 754:23
**Laredo** [1] - 730:14
**large** [1] - 801:13
**last** [17] - 750:11, 772:19, 777:15, 792:6, 836:11, 849:1, 862:25, 863:25, 883:9, 883:19, 887:18, 902:2, 912:21,

917:15, 922:22, 932:11
**lat/long** [2] - 909:2, 909:3
**latitude** [1] - 909:3
**law** [12] - 736:17, 736:18, 852:12, 852:17, 913:10, 913:21, 914:1, 914:2, 925:16, 930:13
**lay** [1] - 886:24
**laying** [1] - 785:16
**layman** [1] - 895:25
**layman's** [2] - 895:24, 923:5
**lead** [2] - 756:4, 821:21
**leadership** [2] - 797:4, 797:8
**learned** [1] - 873:8
**least** [5] - 747:5, 748:16, 846:16, 856:6, 875:23
**leather** [1] - 761:11
**leave** [11] - 747:6, 767:12, 774:19, 808:3, 814:2, 824:19, 843:1, 858:1, 858:15, 865:10, 894:18
**leaving** [2] - 749:3, 833:1, 933:13
**left** [49] - 744:6, 745:20, 756:5, 758:12, 761:15, 761:16, 761:18, 765:16, 768:16, 769:6, 769:7, 773:23, 774:23, 775:13, 776:1, 777:22, 779:8, 782:18, 782:24, 783:11, 790:21, 795:2, 798:5, 803:12, 814:11, 816:11, 824:21, 824:25, 829:5, 829:9, 830:9, 831:3, 833:20, 835:2, 836:16, 844:12, 860:12, 860:18, 861:3, 880:5, 915:14, 916:14, 918:8, 918:23, 920:7, 921:5, 923:17, 929:16
**left-bottom** [1] - 768:16
**left-hand** [6] - 776:1,

949

779:8, 782:18, 782:24, 783:11, 798:5
**leg** [1] - 910:22
**less** [2] - 862:22, 930:8
**level** [2] - 751:3
**Liberty** [1] - 893:9
**liberty** [2] - 885:21, 923:12
**light** [1] - 928:11
**limit** [1] - 849:17
**limiting** [1] - 852:9
**line** [18] - 749:10, 765:11, 765:12, 765:14, 765:15, 765:18, 765:21, 766:14, 769:20, 769:24, 772:16, 773:2, 773:3, 774:1, 779:7, 799:1, 903:20, 929:22
**LINE** [1] - 893:14
**lines** [1] - 778:23
**link** [1] - 898:12
**lion** [5] - 894:13, 894:14, 894:17, 894:20, 900:6
**lions** [1] - 900:5
**LIONS** [1] - 894:12
**Lisa** [1] - 730:22
**LISA** [1] - 935:15
**list** [10] - 739:15, 781:1, 853:6, 865:19, 866:1, 883:25, 886:8, 886:10, 886:17, 891:11
**listener** [3] - 733:22, 854:8, 854:15
**lists** [2] - 737:6, 891:25
**LITERALLY** [1] - 896:19
**literally** [3] - 899:25, 900:21, 916:13
**live** [1] - 871:9
**lived** [1] - 879:19
**LiveFreeOrDie** [1] - 899:25
**living** [3] - 871:1, 871:4, 871:5
**LLP** [1] - 730:20
**lobby** [6] - 800:3, 801:9, 802:22, 816:18, 847:3, 848:11
**Lobby** [17] - 752:2, 752:10, 752:14, 752:22, 797:3,

798:18, 800:4, 800:5, 800:7, 800:13, 800:14, 801:6, 801:10, 801:21, 802:21, 808:17
**located** [1] - 811:15
**location** [21] - 793:8, 793:23, 793:24, 817:7, 829:9, 871:15, 871:16, 871:19, 872:1, 872:3, 872:21, 902:23, 903:1, 903:3, 906:7, 906:10, 909:6, 909:21, 912:20
**lock** [2] - 797:10, 799:21
**lockdown** [1] - 799:13
**locked** [2] - 799:13, 799:14
**locking** [1] - 799:20
**lodge** [1] - 886:25
**lodged** [1] - 818:19
**logical** [1] - 911:14
**long-sleeved** [2] - 805:15, 805:16
**longitude** [1] - 909:4
**look** [51] - 743:11, 743:16, 743:24, 744:11, 745:23, 747:12, 763:4, 764:1, 770:15, 786:18, 788:25, 791:8, 795:6, 803:24, 804:1, 814:11, 820:9, 824:9, 824:23, 824:25, 825:15, 825:25, 827:8, 833:20, 833:24, 834:14, 834:18, 835:19, 836:12, 838:8, 840:6, 840:8, 841:7, 843:1, 844:16, 845:5, 845:8, 847:18, 860:2, 860:19, 861:9, 862:5, 863:3, 874:21, 880:1, 881:21, 882:24, 886:19, 888:22, 894:23, 934:9
**looked** [24] - 737:17, 737:20, 748:17, 764:2, 766:7, 769:6, 789:19, 793:18, 800:20, 802:4, 812:24, 835:1,

837:8, 843:4, 844:8, 848:11, 858:14, 859:25, 877:16, 887:18, 900:3, 900:11, 906:7, 921:10
**looking** [55] - 737:5, 741:20, 741:24, 741:25, 742:6, 744:21, 745:17, 752:7, 755:6, 758:25, 764:6, 765:5, 765:6, 765:8, 766:25, 767:16, 768:7, 776:15, 777:13, 782:13, 788:4, 793:5, 796:6, 801:4, 802:11, 804:21, 806:6, 808:24, 825:3, 825:7, 825:10, 830:9, 830:10, 832:6, 832:7, 832:15, 832:17, 832:21, 835:10, 835:22, 842:20, 845:19, 845:22, 845:24, 857:23, 862:3, 874:18, 874:19, 892:23, 901:9, 909:22, 910:23, 911:20
**looks** [56] - 743:17, 744:23, 746:5, 754:13, 760:18, 761:20, 761:22, 762:18, 763:20, 764:16, 766:4, 767:8, 767:9, 772:1, 772:15, 783:12, 784:12, 784:21, 786:1, 786:21, 789:8, 805:11, 808:15, 810:9, 810:22, 811:24, 824:7, 826:11, 827:13, 827:19, 830:14, 830:17, 830:21, 833:2, 834:17, 834:24, 835:2, 835:11, 835:25, 836:25, 840:17, 841:12, 841:25, 842:24, 844:24, 847:20, 849:9, 860:14, 861:17, 861:23, 889:19, 903:16, 910:20, 910:21, 911:3, 911:6
**Los** [3] - 868:17,

879:18, 880:18
**lost** [5] - 753:13, 753:17, 823:4, 823:5, 835:1
**loud** [4] - 803:4, 803:20, 805:24, 807:16
**loudly** [1] - 871:20
**loved** [3] - 894:16, 895:5, 899:10
**lunch** [10] - 733:3, 733:5, 733:6, 733:10, 736:14, 849:16, 849:23, 850:8, 855:17, 856:13
**Lunch** [1] - 855:23

## M

**ma'am** [61] - 750:11, 751:20, 752:6, 753:3, 753:8, 754:11, 755:13, 757:10, 757:16, 757:24, 758:5, 758:22, 758:24, 759:5, 759:10, 760:12, 760:16, 761:8, 762:15, 767:18, 768:5, 768:10, 768:25, 770:12, 771:10, 772:17, 773:4, 773:8, 774:17, 774:24, 775:16, 778:19, 779:10, 779:17, 780:2, 781:15, 783:18, 785:3, 785:8, 786:10, 787:15, 791:10, 792:10, 792:13, 792:22, 793:19, 794:10, 795:4, 797:23, 797:25, 799:3, 800:24, 801:20, 801:23, 802:18, 803:14, 805:3, 805:18, 806:11, 809:5, 810:20
**machine** [1] - 877:3
**mad** [1] - 918:4
**MAGA** [4] - 740:15, 920:10, 920:17, 921:15
**MAGAforever** [3] - 922:7, 923:13, 932:2
**main** [24] - 750:25, 756:11, 765:6, 765:17, 765:19,

770:1, 773:6, 775:11, 777:24, 778:2, 802:13, 802:16, 802:23, 802:25, 803:19, 804:22, 804:24, 811:14, 811:25, 812:10, 829:21, 838:6, 838:8, 838:19
**major** [2] - 891:20, 891:22
**MAJOR** [1] - 898:9
**majority** [4] - 751:7, 752:25, 753:1, 830:1
**MAKE** [1] - 902:18
**make-up** [1] - 737:1
**male** [1] - 851:19
**man** [33] - 736:25, 746:18, 747:12, 793:14, 823:22, 826:4, 827:18, 829:2, 829:3, 830:18, 832:2, 834:2, 834:24, 835:15, 835:19, 836:2, 839:7, 839:10, 839:22, 840:4, 840:25, 841:22, 847:14, 848:22, 857:14, 861:4, 862:3, 913:5, 920:1, 926:6, 926:18, 927:11
**manned** [2] - 822:19, 822:20
**Manning** [8] - 732:5, 850:20, 883:21, 884:10, 886:23, 891:6, 930:5, 934:21
**MANNING** [126] - 730:16, 732:7, 732:11, 732:15, 732:20, 733:4, 733:8, 733:12, 733:15, 733:25, 734:21, 734:25, 735:11, 735:21, 850:21, 850:23, 851:1, 851:18, 852:15, 853:23, 854:14, 855:8, 855:10, 855:15, 855:22, 864:19, 864:25, 865:3, 865:6, 865:12, 865:15, 865:21, 866:1, 866:4, 866:7, 866:12, 866:20, 868:4, 878:6, 878:10, 878:15,

878:21, 879:24,
880:20, 880:24,
882:2, 883:8,
883:13, 884:2,
885:16, 885:23,
886:2, 886:6, 887:4,
887:8, 887:10,
887:14, 887:15,
888:10, 888:13,
889:13, 889:24,
890:8, 891:4,
891:12, 892:12,
892:16, 893:24,
894:18, 895:7,
897:8, 897:11,
898:21, 899:11,
900:1, 900:15,
900:25, 902:9,
903:8, 904:14,
905:5, 906:3, 906:6,
906:18, 907:17,
908:16, 909:9,
910:8, 911:5,
911:15, 912:4,
912:23, 913:5,
913:18, 914:7,
914:17, 915:13,
915:18, 917:19,
918:18, 919:3,
920:20, 921:13,
922:18, 922:24,
923:8, 923:19,
924:13, 924:21,
925:3, 925:21,
925:24, 926:1,
926:5, 926:23,
927:2, 927:14,
928:2, 928:22,
929:14, 930:7,
930:10, 931:4,
932:11, 932:17,
933:22
**Manning)**..................
.................**866** [1] -
731:7
**map** [10] - 752:7,
755:7, 759:7,
777:11, 779:9,
780:1, 797:24,
907:25, 908:2, 909:6
**Maps** [1] - 909:7
**march** [2] - 905:25,
906:25
**Marine** [1] - 868:15
**Marine's** [1] - 909:3
**mark** [17] - 768:13,
770:20, 770:23,
771:13, 774:10,
777:17, 779:18,
781:12, 782:1,

782:4, 783:9,
784:25, 785:22,
785:23, 792:3,
794:14, 806:15
**marked** [9] - 752:3,
757:14, 792:14,
800:8, 800:16,
801:24, 886:18,
890:23, 890:24
**marker** [1] - 816:2
**marshall** [1] - 737:8
**mask** [5] - 739:8,
750:5, 813:11,
928:11, 928:12
**masks** [1] - 737:9
**mass** [1] - 869:8
**massive** [1] - 899:22
**matching** [1] - 920:13
**materials** [1] - 851:23
**math** [1] - 766:17
**matrix** [1] - 922:13
**matter** [2] - 744:3,
853:15
**matters** [3] - 865:1,
865:3, 869:9
**Maverick** [1] - 876:15
**Mayo** [2] - 899:4,
899:8
**Mayo's** [1] - 899:5
**McGoff** [9] - 731:3,
739:4, 739:10,
739:12, 739:18,
743:24, 749:13,
749:17, 914:14
**McPherson** [1] -
730:13
**mean** [25] - 744:2,
750:23, 751:19,
752:9, 774:12,
785:22, 796:2,
801:6, 808:3, 820:3,
821:19, 821:24,
822:5, 826:13,
829:25, 832:17,
835:4, 836:13,
840:3, 852:16,
854:2, 854:6, 860:9,
884:12, 886:7
**meaning** [1] - 822:20
**means** [3] - 834:5,
921:16, 930:2
**meant** [1] - 840:16
**media** [4] - 875:5,
902:7, 931:8
**medical** [1] - 796:13
**meet** [1] - 752:19
**meetings** [1] - 885:13
**meets** [1] - 809:8
**member** [1] - 807:6
**members** [16] - 751:1,

752:18, 797:4,
797:6, 797:15,
798:1, 803:18,
805:12, 805:13,
809:11, 809:15,
810:9, 821:25,
822:21, 842:17
**members'** [1] - 797:15
**men** [4] - 894:12,
910:9, 910:11,
919:24
**mentioned** [5] -
757:25, 803:21,
872:19, 876:2,
890:19
**Mesple** [4] - 894:4,
899:14, 900:9,
900:19
**message** [63] - 875:13,
881:12, 882:7,
882:24, 883:10,
883:20, 884:19,
884:24, 885:4,
885:11, 885:17,
885:19, 886:12,
886:14, 887:11,
887:22, 887:23,
888:14, 888:20,
888:23, 889:6,
889:7, 889:18,
889:20, 889:22,
889:25, 891:13,
891:24, 891:25,
899:1, 899:5, 900:3,
900:10, 900:16,
900:18, 900:19,
901:5, 902:2,
902:14, 903:10,
903:11, 905:9,
906:1, 906:19,
906:23, 907:11,
909:1, 915:20,
916:8, 916:19,
916:20, 916:25,
917:15, 917:17,
917:20, 918:19,
919:1, 923:13,
931:16, 931:17,
931:20, 932:18,
933:7
**messages** [3] -
874:19, 901:21,
908:17
**Metaxas** [2] - 893:5,
893:6
**method** [1] - 878:3
**Metropolitan** [3] -
748:20, 748:21,
930:15
**mic** [3] - 754:23,

815:15, 815:16
**mic'd** [1] - 815:14
**microphone** [2] -
784:12, 815:16
**middle** [17] - 741:5,
761:12, 768:3,
780:3, 793:9, 805:5,
806:5, 812:4,
813:12, 819:15,
834:14, 834:15,
904:6, 910:10,
915:15, 924:24,
926:7
**midnights** [1] - 750:20
**might** [11] - 736:5,
839:11, 849:14,
850:7, 853:12,
869:3, 870:7,
877:20, 910:20,
911:3, 935:2
**Mike** [4] - 818:2,
819:4, 819:5, 819:16
**military** [1] - 806:8,
868:10, 880:10,
896:11
**milling** [1] - 761:20,
763:20, 843:18
**million** [1] - 905:21
**mind** [3] - 815:13,
831:10, 837:19
**mine** [1] - 922:6
**minute** [14] - 769:13,
769:16, 770:4,
770:19, 770:23,
772:19, 784:5,
785:21, 786:15,
787:10, 810:7,
810:18, 844:22,
887:5
**minutes** [17] - 749:18,
757:3, 770:7,
771:19, 786:8,
787:10, 794:19,
800:2, 811:21,
831:6, 835:3, 845:9,
850:2, 857:7,
859:12, 863:19,
930:7
**miss** [1] - 838:3
**missing** [1] - 934:18
**misstatements** [1] -
934:18
**Mister** [1] - 894:16
**mob** [3] - 762:20,
762:22, 773:1
**modeling** [2] - 881:17,
881:18
**moment** [9] - 763:5,
787:2, 892:7,
894:19, 905:6,

906:15, 912:21,
927:7, 927:20
**moments** [1] - 900:4
**month** [1] - 889:12
**months** [5] - 742:13,
893:17, 894:7,
932:22, 932:23
**MOREIRA** [1] - 935:15
**Moreira** [3] - 730:22,
821:4, 935:22
**morning** [2] - 732:2,
732:4, 732:6, 732:7,
732:10, 737:4,
738:12, 738:13,
738:22, 738:23,
739:10, 750:9,
752:20, 788:18,
794:15, 814:6,
850:20, 907:9,
908:10, 934:1,
934:5, 934:10, 935:4
**most** [5] - 755:22,
829:22, 829:24,
833:12, 892:2
**mother** [1] - 887:21
**motion** [3] - 884:11,
924:15, 924:19
**motioned** [1] - 745:16
**mouth** [1] - 784:11
**move** [22] - 744:11,
746:25, 747:9,
748:6, 754:15,
758:6, 761:17,
773:2, 792:23,
800:25, 802:7,
804:16, 813:1,
830:4, 831:13,
837:8, 843:5,
843:12, 845:15,
856:16, 883:14,
924:13
**moved** [32] - 747:2,
747:14, 747:17,
748:4, 754:18,
758:11, 769:6,
770:15, 773:1,
790:14, 793:1,
801:3, 802:10,
804:19, 813:4,
829:9, 831:17,
831:20, 843:5,
843:13, 843:16,
845:16, 848:2,
856:24, 862:4,
863:1, 863:16,
883:18, 887:12,
888:12, 889:15,
924:20
**movement** [2] -
744:13, 931:23

**movie** [4] - 831:16, 922:13, 922:15, 922:16
**moving** [12] - 744:12, 772:11, 780:16, 789:19, 790:1, 790:16, 833:17, 833:19, 834:1, 843:5, 848:1, 856:14
**MR** [275] - 732:7, 732:11, 732:13, 732:15, 732:20, 733:4, 733:8, 733:12, 733:15, 733:25, 734:21, 734:25, 735:11, 735:21, 736:15, 736:17, 738:1, 738:3, 738:7, 739:6, 739:22, 740:3, 740:8, 741:14, 742:3, 743:6, 743:19, 744:8, 744:10, 744:15, 744:18, 745:13, 746:3, 746:21, 746:23, 747:7, 747:11, 749:13, 754:17, 758:9, 780:12, 792:25, 801:2, 802:9, 804:18, 811:1, 811:4, 811:7, 813:3, 814:2, 814:5, 815:18, 815:21, 819:11, 821:3, 823:15, 824:1, 824:15, 824:18, 825:1, 825:19, 825:22, 825:24, 828:20, 829:14, 829:17, 830:4, 830:20, 831:8, 831:12, 831:24, 832:4, 832:24, 833:3, 834:12, 834:20, 835:6, 835:12, 835:16, 835:21, 836:3, 836:20, 837:4, 837:18, 838:23, 839:1, 839:15, 839:21, 839:24, 840:22, 840:24, 841:18, 843:10, 843:14, 843:23, 844:9, 844:14, 844:21, 845:2, 845:12, 846:19, 846:24, 847:1,

847:12, 847:16, 848:4, 849:12, 850:2, 850:6, 850:11, 850:14, 850:21, 850:23, 851:1, 851:18, 852:15, 852:23, 853:12, 853:14, 853:21, 853:23, 854:14, 855:8, 855:10, 855:15, 855:18, 855:22, 856:12, 856:22, 856:25, 857:3, 857:11, 857:18, 857:21, 858:10, 858:12, 858:20, 859:11, 859:20, 861:12, 861:19, 862:2, 863:21, 864:10, 864:19, 864:25, 865:3, 865:6, 865:12, 865:15, 865:21, 866:1, 866:4, 866:7, 866:9, 866:12, 866:20, 867:12, 867:18, 867:21, 868:1, 868:4, 878:6, 878:10, 878:15, 878:17, 878:21, 879:24, 880:20, 880:24, 882:2, 883:8, 883:13, 883:17, 883:21, 884:2, 884:3, 884:7, 884:9, 884:20, 885:16, 885:23, 886:1, 886:2, 886:6, 886:16, 886:22, 887:2, 887:4, 887:5, 887:7, 887:8, 887:9, 887:10, 887:14, 887:15, 888:10, 888:11, 888:13, 889:13, 889:14, 889:24, 890:8, 891:4, 891:5, 891:9, 891:12, 892:12, 892:16, 893:24, 894:18, 895:7, 895:25, 897:8, 897:11, 898:21, 899:11, 900:1, 900:15, 900:25, 902:9, 903:8, 904:14, 905:5, 906:3, 906:6, 906:18, 907:17, 908:16, 909:9, 910:8, 911:5,

911:15, 912:4, 912:23, 913:5, 913:18, 914:7, 914:17, 915:13, 915:18, 917:19, 918:18, 919:3, 920:20, 921:13, 922:18, 922:24, 923:8, 923:19, 924:13, 924:15, 924:18, 924:21, 925:3, 925:21, 925:24, 926:11, 926:5, 926:23, 927:2, 927:14, 928:2, 928:22, 929:14, 930:7, 930:10, 931:4, 932:11, 932:17, 933:22, 935:5, 935:9
**MS** [123] - 732:4, 738:19, 749:16, 749:24, 750:8, 754:15, 754:20, 754:25, 755:3, 758:6, 758:12, 758:18, 760:5, 760:20, 760:23, 761:4, 762:3, 762:8, 763:17, 764:4, 764:9, 764:12, 764:23, 765:3, 765:22, 765:25, 766:21, 767:14, 767:21, 767:24, 768:11, 768:15, 768:18, 768:22, 769:10, 769:15, 770:3, 770:9, 770:17, 770:22, 771:2, 771:7, 771:18, 772:8, 772:18, 772:22, 773:9, 776:6, 776:8, 776:11, 776:25, 777:7, 780:6, 780:9, 780:10, 780:13, 780:23, 781:8, 781:11, 781:23, 782:3, 782:11, 782:15, 782:20, 783:4, 783:8, 783:22, 784:1, 784:4, 784:15, 784:24, 785:19, 786:3, 786:6, 787:9, 787:18, 787:21, 787:24, 788:20, 789:4, 789:12, 789:15, 790:6, 790:9, 790:19,

790:24, 791:15, 791:19, 792:5, 792:23, 793:3, 794:1, 794:11, 794:16, 794:24, 800:25, 802:7, 804:3, 804:16, 806:12, 808:9, 808:14, 808:19, 808:22, 809:19, 809:22, 810:3, 810:6, 810:14, 810:17, 811:17, 811:20, 812:14, 813:1, 813:10, 813:25, 819:7, 823:14, 831:19, 856:20, 864:12, 925:25, 935:7
**multiline** [1] - 847:8
**multiple** [1] - 804:11
**murder** [1] - 893:9
**murse** [1] - 736:25
**mute** [1] - 757:5

## N

**name** [10] - 744:3, 750:9, 750:12, 826:13, 870:11, 876:7, 881:4, 923:16, 926:22, 931:24
**named** [8] - 793:17, 881:3, 893:4, 895:18, 899:4, 905:11, 906:20, 933:4
**Naples** [1] - 903:4
**narrate** [1] - 840:21
**narrow** [1] - 833:12
**narrowed** [1] - 886:8
**national** [2] - 764:8, 906:16
**NE** [1] - 903:24
**near** [5] - 763:23, 802:19, 812:10, 844:17, 908:9
**necessary** [2] - 733:11, 853:15
**need** [13] - 736:19, 796:23, 817:19, 831:8, 856:15, 865:14, 867:24, 887:5, 888:22, 890:11, 890:16, 892:6, 895:11
**needed** [1] - 802:22
**needs** [1] - 796:13
**negative** [1] - 732:13

**negotiate** [3] - 807:9, 807:13, 807:23
**neighbor** [1] - 872:23
**neon** [2] - 748:17, 748:18
**network** [1] - 796:1
**NEVER** [1] - 923:14
**never** [11] - 737:19, 737:20, 828:2, 828:11, 828:18, 829:5, 838:20, 850:11, 850:14, 864:8, 906:17
**new** [1] - 748:16
**New** [1] - 730:17
**news** [2] - 738:7, 891:20
**News** [1] - 930:24
**next** [14] - 763:1, 776:18, 799:6, 800:1, 838:1, 864:20, 885:17, 888:10, 889:13, 891:4, 907:17, 908:3, 918:12, 931:21
**nice** [1] - 738:14
**nickname** [1] - 876:11
**night** [1] - 842:14
**nine** [1] - 868:13
**NO** [1] - 899:21
**nobody** [2] - 821:15, 872:22
**noise** [1] - 816:17
**none** [1] - 821:14
**nonetheless** [1] - 892:11
**noon** [1] - 872:15
**normal** [5] - 745:10, 796:2, 796:3, 796:5, 809:9
**normally** [3] - 785:12, 809:9, 818:11
**north** [17] - 765:8, 781:20, 816:11, 816:14, 816:15, 817:3, 819:25, 826:23, 827:1, 827:2, 827:3, 827:6, 830:21, 832:7, 832:10, 833:2, 834:9
**Nos** [1] - 878:4
**NOT** [1] - 918:14
**note** [2] - 867:10, 934:19
**notes** [2] - 874:24, 935:17
**Notes** [1] - 877:19
**nothing** [3] - 901:24, 918:8, 933:22

**notice** [3] - 747:4,
760:17, 783:16
**noticed** [1] - 742:19
**notified** [1] - 798:19
**noting** [1] - 881:15
**November** [11] -
882:20, 888:16,
888:24, 890:4,
891:15, 891:17,
892:22, 893:18,
894:2, 896:3, 900:20
**now..** [1] - 916:13
**number** [5] - 832:13,
837:15, 858:7,
873:3, 880:6
**numbers** [2] - 825:9,
873:1, 901:24
**nuts** [1] - 888:7
**NW** [3] - 730:17,
730:24, 935:24

# O

**Oakes** [3] - 906:20,
907:19, 908:3
**oath** [2] - 739:2,
856:11
**object** [7] - 819:7,
865:18, 865:22,
865:23, 884:12,
891:7, 895:25
**objection** [32] -
732:24, 754:17,
792:25, 802:9,
804:18, 811:1,
811:6, 811:7, 813:3,
818:15, 818:18,
831:12, 831:18,
831:19, 839:14,
856:19, 856:20,
867:8, 867:10,
867:17, 883:17,
884:5, 884:8,
884:17, 884:20,
885:25, 886:19,
886:25, 887:9,
887:13, 888:11,
889:14
**objectionable** [1] -
867:24
**objections** [7] - 866:5,
866:9, 867:2, 867:4,
867:20, 886:11,
934:15
**objects** [1] - 737:18
**observe** [4] - 803:2,
809:11, 809:12,
834:19
**obstruct** [4] - 734:13,
735:5, 735:8, 854:22

**obstruction** [1] -
934:14
**obtain** [1] - 870:16
**obtained** [2] - 870:19,
880:22
**obvious** [1] - 855:3
**obviously** [2] - 746:24,
884:18
**occupied** [1] - 763:4
**occurred** [2] - 747:23,
804:14
**occurring** [1] - 928:16
**October** [7] - 882:6,
882:15, 883:20,
884:25, 886:13,
887:17, 935:20
**OF** [4] - 730:1, 730:3,
730:9, 935:13
**of-court** [1] - 733:18
**offered** [1] - 854:7
**OFFICE** [1] - 730:12
**office** [9] - 756:5,
760:1, 764:19,
797:14, 797:16,
798:2, 868:17,
868:18, 870:19
**officer** [29] - 742:4,
743:25, 744:4,
745:15, 748:5,
750:19, 783:13,
786:22, 796:13,
796:22, 814:24,
842:4, 842:8,
845:18, 852:19,
852:24, 858:7,
858:23, 860:1,
860:15, 910:19,
910:20, 911:3,
913:10, 914:1,
928:11, 933:14,
934:24
**Officer** [74] - 739:12,
739:18, 743:24,
749:13, 749:17,
752:5, 754:10,
754:21, 755:4,
755:6, 756:15,
757:7, 758:21,
760:11, 762:10,
764:6, 765:1, 765:5,
766:25, 767:17,
771:9, 772:11,
773:5, 773:20,
774:14, 776:9,
777:11, 780:15,
781:4, 781:13,
782:7, 782:13,
782:24, 783:10,
784:7, 785:2,
785:24, 786:17,

787:13, 788:1,
788:24, 790:11,
791:1, 791:24,
792:3, 792:16,
793:5, 794:3,
794:25, 797:18,
801:4, 802:1,
802:11, 804:7,
804:20, 808:15,
808:24, 809:24,
810:8, 811:9,
811:22, 812:18,
812:20, 813:5,
814:1, 814:6,
819:19, 828:21,
829:19, 857:4,
863:24, 864:13,
914:14, 918:24
**officer's** [1] - 852:20
**officers** [40] - 741:23,
742:6, 745:19,
746:10, 748:5,
748:16, 749:10,
795:24, 796:12,
796:19, 798:13,
798:20, 803:18,
805:11, 808:1,
810:9, 815:23,
822:20, 822:21,
838:12, 842:25,
846:16, 846:17,
847:7, 852:17,
858:4, 858:8,
858:14, 858:18,
859:2, 859:6,
860:18, 860:22,
910:2, 910:13,
910:24, 913:21,
914:2, 925:17
**offices** [8] - 753:16,
774:13, 775:5,
797:12, 797:22,
798:3, 798:4
**Official** [1] - 730:23
**official** [2] - 754:5,
935:23
**OFFICIAL** [1] - 935:13
**officials** [1] - 892:1
**often** [2] - 754:6, 868:7
**old** [1] - 884:15
**old-fashioned** [1] -
884:15
**once** [5] - 742:19,
748:4, 844:6,
871:17, 872:4
**one** [71] - 733:15,
734:2, 736:16,
741:25, 742:1,
742:9, 758:15,
764:2, 764:12,

768:1, 768:19,
769:13, 769:16,
770:4, 777:15,
777:21, 778:5,
778:11, 778:14,
784:5, 785:21,
786:24, 787:10,
796:8, 798:2,
798:20, 799:16,
802:21, 810:7,
810:18, 814:14,
814:21, 822:3,
837:14, 842:6,
844:2, 844:7,
844:22, 857:9,
858:1, 860:2,
860:14, 860:25,
865:6, 867:8,
872:23, 883:11,
883:21, 884:12,
888:11, 888:19,
891:2, 894:7,
898:23, 902:17,
904:12, 905:5,
907:12, 907:15,
910:5, 921:23,
922:14, 923:22,
925:24, 925:25,
927:15, 932:12,
932:25
**one's** [1] - 907:24
**ones** [1] - 886:11
**open** [9] - 755:23,
820:14, 821:13,
821:14, 821:20,
821:24, 822:18,
859:25, 933:10
**opened** [2] - 859:17,
933:10
**opening** [3] - 733:16,
820:15, 851:21
**opens** [1] - 736:7
**opinion** [1] - 896:1
**opposite** [4] - 742:21,
811:24, 818:23,
848:9
**order** [2] - 734:19,
850:24
**orderly** [1] - 933:12
**organizations** [1] -
891:20
**organize** [1] - 890:21
**organized** [1] - 890:6
**original** [2] - 897:18,
902:14
**originally** [1] - 750:19
**ourselves** [1] - 849:17
**out-of-court** [2] -
735:13, 855:4
**outrageous** [2] -

892:1, 892:8
**outset** [2] - 865:19,
929:18
**outside** [18] - 766:13,
766:14, 778:24,
779:8, 780:3,
797:12, 798:4,
798:13, 805:24,
816:11, 837:6,
838:6, 851:25,
858:3, 858:25,
866:24, 886:5, 918:1
**outweighed** [1] -
851:6
**outweighs** [1] - 935:2
**oval** [2] - 910:9, 911:6
**overall** [1] - 867:4
**overnight** [3] - 738:8,
739:14, 934:9
**overruled** [2] - 811:8,
896:2
**overseas** [1] - 881:20
**own** [6] - 734:10,
795:24, 852:18,
871:5, 875:18,
875:21

# P

**p.m** [21] - 747:23,
759:12, 766:6,
767:20, 772:25,
776:14, 778:8,
787:19, 788:3,
791:14, 806:10,
831:23, 880:3,
880:5, 880:10,
880:15, 880:17,
917:18, 918:22,
935:11
**pace** [1] - 766:19
**Pacific** [9] - 878:19,
879:7, 879:18,
907:3, 916:3,
916:21, 917:18,
917:23, 918:22
**PAGE** [1] - 731:2
**page** [2] - 883:9,
883:11
**Page** [1] - 879:25
**pages** [1] - 874:24
**panned** [2] - 815:6,
815:9
**pants** [1] - 920:16
**paper** [2] - 840:18,
841:13
**papers** [3] - 743:17,
744:7, 885:13
**paperwork** [1] -
783:19

**paragraph** [2] - 878:25, 929:25
**Paragraph** [1] - 735:1
**pardon** [2] - 876:4, 877:23
**pare** [1] - 850:8
**pared** [1] - 739:15
**park** [1] - 908:9
**park-type** [1] - 908:9
**parliamentarian's** [2] - 797:16, 798:2
**part** [16] - 736:20, 749:8, 775:14, 776:1, 781:1, 803:13, 819:9, 863:25, 869:10, 869:23, 892:23, 892:24, 893:3, 893:4, 903:11, 904:2
**partially** [2] - 770:25, 824:9
**participate** [2] - 869:13, 869:15
**participated** [2] - 873:14, 873:17
**particles** [1] - 803:20
**particular** [3] - 801:14, 868:24, 888:20
**particularly** [1] - 737:22
**parties** [1] - 878:7
**parts** [2] - 736:20, 748:18
**party** [3] - 881:10, 883:7, 889:9
**pass** [4] - 814:1, 904:16, 904:18, 907:5
**passive** [1] - 899:23
**past** [6] - 741:25, 765:9, 772:16, 773:2, 858:18
**path** [4] - 773:18, 773:21, 774:22, 774:25
**patriot** [1] - 923:11
**patriots** [5] - 893:10, 916:12, 916:18, 927:23, 932:1
**Patriots** [2] - 890:17, 893:14
**Paul** [1] - 885:12
**pause** [39] - 740:3, 757:17, 760:7, 760:24, 765:25, 768:15, 768:22, 769:13, 770:9, 771:7, 772:22, 780:24, 781:12, 782:20, 783:8,

784:4, 784:24, 786:6, 787:17, 787:18, 789:4, 789:15, 790:9, 790:24, 808:14, 808:22, 809:22, 810:6, 810:17, 811:21, 823:17, 842:6, 872:6, 912:5, 912:23, 913:8, 925:4, 925:22
**Pause** [4] - 738:10, 831:11, 838:25, 883:23
**pausing** [1] - 784:5
**pay** [1] - 886:9
**peaceability** [1] - 852:12
**peaceful** [1] - 918:11
**peacefully** [1] - 933:10
**peas** [1] - 911:7
**pedophiles** [1] - 888:9
**pen** [1] - 758:12
**Pence** [6] - 818:1, 818:2, 819:4, 819:6, 819:16, 917:8
**Pennsylvania** [2] - 730:20, 898:2
**people** [103] - 739:16, 740:4, 740:17, 741:4, 742:17, 747:25, 748:6, 748:10, 748:13, 749:1, 749:6, 753:21, 759:1, 761:20, 762:18, 762:24, 763:20, 767:2, 767:8, 767:9, 786:20, 788:25, 789:22, 790:1, 796:16, 797:16, 798:11, 801:13, 801:15, 802:23, 803:3, 805:23, 805:24, 806:2, 807:16, 809:25, 810:1, 810:10, 811:4, 811:9, 817:11, 817:14, 823:4, 827:8, 827:10, 827:12, 827:17, 829:22, 832:10, 832:13, 833:6, 833:15, 834:7, 834:15, 837:5, 837:15, 837:16, 840:1, 840:3, 840:15, 840:16, 842:5, 843:18, 843:20,

845:5, 845:9, 846:11, 846:17, 846:21, 847:8, 848:8, 848:17, 849:9, 849:10, 849:11, 853:7, 858:7, 858:24, 858:25, 859:4, 859:15, 860:3, 860:6, 860:12, 860:19, 860:23, 860:25, 861:1, 863:10, 864:2, 864:5, 870:13, 875:16, 875:17, 875:20, 885:14, 891:1, 892:2, 905:21, 919:25, 930:2
**people's** [1] - 844:3
**percent** [1] - 878:22
**PEREZ** [121] - 730:12, 732:4, 738:19, 749:16, 749:24, 750:8, 754:15, 754:20, 754:25, 755:3, 758:6, 758:12, 758:18, 760:5, 760:20, 760:23, 761:4, 762:3, 762:8, 763:17, 764:4, 764:9, 764:12, 764:23, 765:3, 765:22, 765:25, 766:21, 767:14, 767:21, 767:24, 768:11, 768:15, 768:18, 768:22, 769:10, 769:15, 770:3, 770:9, 770:17, 770:22, 771:2, 771:7, 771:18, 772:8, 772:18, 772:22, 773:9, 776:6, 776:8, 776:11, 776:25, 777:7, 780:6, 780:10, 780:13, 780:23, 781:8, 781:11, 781:23, 782:3, 782:11, 782:15, 782:20, 783:4, 783:8, 783:22, 784:1, 784:4, 784:15, 784:24, 785:19, 786:3, 786:6, 787:9, 787:18, 787:21, 787:24, 788:20, 789:4, 789:12,

789:15, 790:6, 790:9, 790:19, 790:24, 791:15, 791:19, 792:5, 792:23, 793:3, 794:1, 794:11, 794:16, 794:24, 800:25, 802:7, 804:3, 804:16, 806:12, 808:9, 808:14, 808:19, 808:22, 809:19, 809:22, 810:3, 810:6, 810:14, 810:17, 811:17, 811:20, 812:14, 813:1, 813:10, 813:25, 819:7, 831:19, 856:20, 864:12, 935:7
**Perez** [5] - 732:5, 738:18, 794:13, 831:18, 934:22
**Perez)............**
.......750 [1] - 731:5
**perfect** [12] - 756:15, 757:1, 773:14, 782:10, 787:20, 791:6, 791:13, 793:25, 812:3, 813:9, 836:23, 884:8
**perhaps** [1] - 892:10
**perimeter** [1] - 821:22
**perimeters** [2] - 796:8, 821:22
**period** [7] - 747:13, 779:21, 804:14, 839:10, 840:2, 886:13, 896:3
**permission** [6] - 732:11, 754:21, 755:1, 773:10, 850:21, 864:19
**person** [15] - 768:2, 768:7, 783:19, 814:14, 818:5, 819:17, 823:20, 825:2, 826:12, 826:13, 827:17, 827:19, 871:18, 900:10, 920:13
**personally** [1] - 870:14
**persons** [2] - 930:14, 930:25
**phase** [1] - 856:7
**phone** [49] - 795:20, 840:17, 872:25, 873:3, 874:2, 874:3, 874:5, 874:7,

874:10, 874:11, 875:2, 875:4, 876:4, 876:16, 877:17, 877:19, 878:1, 879:18, 880:22, 881:11, 901:23, 907:24, 908:1, 909:12, 909:14, 911:9, 911:13, 911:16, 912:10, 914:10, 914:21, 914:24, 919:6, 921:10, 924:3, 924:5, 926:12, 927:5, 928:3, 928:8, 928:20, 928:25, 929:3, 930:18, 930:23, 931:10, 931:12, 932:5, 932:7
**phones** [1] - 886:3
**photo** [20] - 813:5, 910:2, 910:10, 914:23, 915:7, 915:14, 921:10, 921:12, 922:21, 922:22, 922:23, 926:11, 928:3, 928:5, 928:17, 929:16, 930:17, 930:23, 931:2
**photograph** [5] - 812:21, 909:14, 911:9, 911:16, 927:4
**photos** [6] - 874:19, 875:2, 877:23, 877:25, 878:1, 929:17
**phrase** [3] - 890:22, 890:23, 893:16
**phrases** [1] - 885:20
**physically** [2] - 747:9, 824:4
**picked** [1] - 796:9
**picture** [46] - 737:16, 765:6, 765:12, 783:13, 803:8, 803:13, 805:6, 805:11, 813:15, 814:18, 815:24, 816:4, 825:7, 825:13, 826:6, 829:23, 837:11, 846:7, 846:12, 847:21, 848:9, 848:25, 856:23, 857:15, 858:5, 875:15, 889:19, 889:20, 909:11, 909:16, 911:12, 913:1, 914:20,

919:5, 919:8,
919:13, 920:22,
920:23, 921:9,
921:10, 928:24,
929:5, 929:7,
929:12, 930:12
**pill** [1] - 922:17
**pillar** [1] - 790:21
**pin** [8] - 907:20,
907:21, 907:24,
907:25, 908:1,
908:19, 908:22,
908:24
**pink** [1] - 793:14
**piss** [1] - 900:21
**place** [16] - 779:20,
821:15, 842:13,
871:5, 871:6, 871:7,
881:16, 888:18,
890:4, 908:5, 909:6,
911:12, 917:10,
917:13, 924:10
**placed** [2] - 871:25,
909:7
**places** [2] - 828:15,
901:21
**Plaintiff** [1] - 730:4
**plan** [3] - 885:5,
902:21, 902:22
**planning** [1] - 934:21
**play** [40] - 758:15,
760:20, 760:24,
762:3, 763:17,
764:9, 764:12,
765:22, 767:22,
768:20, 769:15,
770:19, 771:19,
772:9, 777:1, 780:8,
781:5, 781:9,
781:25, 782:5,
782:16, 786:4,
787:11, 788:22,
791:21, 806:14,
808:9, 824:15,
830:6, 835:21,
839:19, 845:4,
857:10, 912:5,
913:8, 913:18,
924:22, 925:4,
925:21
**played** [1] - 739:19
**playing** [128] - 739:24,
740:9, 743:13,
744:9, 744:16,
745:14, 746:2,
746:22, 747:7,
747:8, 747:16,
758:17, 760:6,
760:9, 760:22,
762:5, 763:19,

764:11, 764:14,
764:24, 764:25,
765:24, 766:22,
766:24, 767:23,
768:12, 768:14,
768:21, 769:12,
769:14, 770:8,
770:21, 771:3,
771:6, 771:21,
772:10, 772:21,
777:2, 780:14,
781:10, 782:2,
782:6, 782:17,
783:6, 783:7,
783:24, 783:25,
784:3, 784:17,
784:18, 784:23,
786:5, 787:12,
787:22, 787:23,
788:23, 789:13,
789:14, 790:7,
790:8, 790:22,
790:23, 791:17,
791:18, 791:23,
792:7, 804:20,
806:16, 808:13,
808:20, 808:21,
809:20, 809:21,
810:4, 810:5,
810:15, 810:16,
811:18, 811:19,
824:5, 824:17,
824:24, 829:16,
830:8, 832:1, 832:4,
832:5, 832:25,
833:3, 833:5,
834:13, 835:9,
835:14, 835:23,
836:5, 836:23,
836:24, 839:9,
839:20, 839:23,
839:25, 843:17,
844:11, 844:15,
845:17, 846:15,
846:20, 846:25,
848:13, 849:8,
857:18, 857:20,
858:11, 858:21,
859:10, 859:13,
859:23, 860:11,
861:5, 885:22,
912:7, 912:23,
912:25, 913:9,
913:20, 925:6,
925:23, 926:2
**plays** [1] - 766:25
**plea** [4] - 734:11,
734:25, 735:9,
735:14
**plead** [1] - 734:14
**pleases** [1] - 865:8

**pocket** [3] - 735:25,
736:22, 853:7
**pod** [1] - 911:7
**point** [83] - 737:2,
737:21, 740:17,
741:1, 741:10,
741:20, 741:23,
742:13, 742:16,
742:19, 744:17,
744:20, 745:15,
745:19, 746:4,
746:10, 747:17,
748:15, 749:5,
761:25, 762:20,
762:22, 765:9,
767:10, 769:20,
772:14, 773:1,
777:13, 778:11,
778:15, 784:11,
795:14, 796:25,
797:9, 798:17,
801:17, 801:19,
811:23, 812:6,
812:9, 812:12,
813:16, 818:21,
819:20, 821:18,
824:12, 824:19,
824:21, 830:18,
830:23, 833:12,
833:15, 835:15,
835:24, 836:25,
840:9, 840:11,
841:8, 842:9,
842:13, 844:6,
845:6, 845:8,
848:22, 854:15,
858:15, 859:7,
859:17, 862:3,
862:17, 865:7,
865:8, 870:16,
884:13, 891:7,
903:9, 918:8,
918:12, 930:6,
933:4, 934:16,
934:25
**pointed** [2] - 821:5,
822:7
**pointing** [4] - 744:3,
826:20, 842:18,
846:7
**points** [2] - 832:16,
842:19
**Police** [13] - 748:20,
748:21, 748:22,
750:14, 750:15,
750:16, 750:18,
753:1, 785:6, 808:1,
814:24, 858:4,
930:15
**police** [16] - 744:4,

750:19, 751:9,
765:11, 765:14,
765:15, 765:18,
766:14, 769:20,
769:24, 772:16,
773:2, 773:3,
805:11, 860:1, 910:2
**political** [2] - 841:1,
907:12
**POLITICIANS** [1] -
888:3
**politics** [1] - 894:10
**port** [1] - 909:1
**portion** [1] - 893:6
**position** [4] - 733:19,
735:19, 859:2,
868:20
**positioned** [1] -
913:16
**positions** [2] - 769:3,
811:22
**possible** [3] - 739:15,
849:19, 858:2
**possibly** [1] - 803:19
**post** [6] - 751:8, 752:1,
875:14, 875:17,
877:22, 892:19
**poster** [4] - 889:19,
889:21, 929:7,
929:23
**posting** [2] - 897:5,
930:13
**posts** [1] - 877:18
**potential** [2] - 732:16,
788:9
**POTUS** [3] - 905:13,
905:23
**powdery** [2] - 803:17,
813:19
**power** [1] - 885:14
**powerful** [1] - 918:11
**pray** [1] - 893:10
**preadmit** [1] - 866:2
**preadmitted** [2] -
884:1, 884:14
**preauthenticated** [1] -
923:22
**precede** [1] - 894:7
**precise** [1] - 830:2
**preCOVID** [2] -
809:10, 809:12
**prefix** [1] - 876:9
**prejudice** [4] - 851:6,
852:4, 852:8, 853:13
**prejudicial** [3] -
853:10, 867:13,
935:1
**prepared** [2] - 855:19,
935:3
**presence** [1] - 871:21

**preserving** [1] - 866:5
**presided** [2] - 817:22,
818:9
**presidency** [1] -
896:16
**president** [3] - 905:16,
915:8, 915:9
**President** [15] -
817:24, 818:9,
818:11, 818:17,
818:21, 819:20,
820:4, 891:21,
893:21, 896:5,
896:9, 896:10,
896:15, 907:16,
921:24
**presidential** [7] -
751:24, 882:12,
882:16, 889:2,
891:17, 896:3,
917:12
**presides** [1] - 818:11
**press** [5] - 809:2,
810:1, 894:23
**pressing** [1] - 894:24
**pretrial** [2] - 867:2,
867:22
**pretty** [11] - 766:19,
769:20, 774:1,
788:25, 828:3,
836:15, 849:2,
862:23, 863:6,
934:11
**prevent** [1] - 858:24
**preview** [2] - 733:10,
733:20
**previous** [3] - 776:22,
883:14, 906:7
**previously** [7] - 758:9,
853:25, 866:10,
889:1, 900:14,
911:8, 933:10
**primary** [2] - 733:25,
751:21
**printouts** [1] - 895:3
**prints** [1] - 895:5
**probative** [4] - 851:4,
851:7, 851:8, 935:2
**problems** [3] - 785:12,
785:14, 790:16
**procedures** [1] - 736:4
**proceedings** [1] -
935:18
**process** [2] - 871:13,
871:17
**professional** [1] -
851:15
**progress** [4] - 847:18,
848:3, 862:25, 901:8
**prohibited** [1] - 933:12

**proof** [1] - 735:3
**propaganda** [2] - 922:2
**propensity** [1] - 852:4
**properly** [1] - 878:13
**proposed** [1] - 934:8
**prosecutors** [1] - 828:24
**protect** [2] - 750:25, 851:20
**protecting** [2] - 851:16, 851:19
**protective** [1] - 797:3
**Protest** [2] - 903:21, 905:24
**protesters** [2] - 798:15, 807:2
**protests** [1] - 790:4
**proud** [1] - 923:11
**provide** [5] - 735:23, 807:25, 808:1, 852:1, 853:24
**provided** [1] - 870:13
**provider** [1] - 934:25
**providing** [4] - 736:3, 736:8, 737:23, 851:3
**PST** [2] - 879:8, 879:22
**public** [5] - 821:13, 821:14, 821:20, 822:1, 924:14
**publicly** [5] - 875:21, 875:22, 876:21, 881:21, 924:4
**publish** [7] - 825:20, 884:23, 885:24, 923:20, 923:21, 924:22, 926:24
**published** [3] - 875:16, 875:21, 875:22
**pull** [15] - 752:3, 760:23, 762:8, 764:4, 765:4, 767:15, 776:9, 780:24, 787:24, 794:12, 800:16, 804:5, 812:16, 878:7, 887:10
**pulled** [4] - 858:14, 858:23, 886:20, 907:25
**pulling** [2] - 776:12, 824:8
**pulls** [1] - 840:18
**purple** [1] - 773:15
**purpose** [3] - 735:23, 855:20, 896:12
**purposes** [1] - 934:21
**purse** [1] - 737:1

**push** [5] - 748:7, 858:18, 860:12, 860:14, 862:5
**pushed** [2] - 747:17, 782:7, 836:25, 848:14, 859:25
**pushing** [5] - 772:15, 847:8, 848:17, 860:16, 918:4
**put** [18] - 756:19, 756:22, 774:11, 775:25, 798:25, 800:2, 800:3, 800:5, 800:6, 800:10, 801:10, 803:11, 815:15, 815:16, 816:3, 818:25, 890:25, 907:24
**puts** [1] - 840:18
**putting** [1] - 802:20

## Q

**questioning** [1] - 927:3
**questions** [6] - 739:21, 817:18, 840:19, 853:2, 866:6, 923:24
**queued** [1] - 831:10
**quick** [3] - 739:20, 771:4, 824:23
**quickest** [3] - 756:8, 819:5, 819:16
**quickly** [4] - 780:16, 796:10, 858:2, 886:21
**quite** [2] - 753:19, 851:8
**QUO** [1] - 918:15
**quote** [1] - 855:2

## R

**radio** [8] - 795:21, 795:22, 796:7, 796:9, 796:16, 796:21, 797:2, 817:14
**railing** [2] - 810:23, 820:9
**raise** [2] - 750:4, 864:24
**raised** [1] - 850:20
**rallied** [1] - 893:23
**rallies** [1] - 903:12
**rally** [3] - 890:7, 908:12, 908:13
**rang** [1] - 814:19
**rather** [1] - 867:13
**RDR** [3] - 730:22,

935:15, 935:22
**reached** [1] - 878:16
**reacted** [1] - 854:11
**read** [55] - 736:17, 737:17, 793:12, 866:1, 878:8, 878:24, 881:14, 882:21, 885:3, 885:11, 885:19, 886:1, 887:22, 888:2, 889:6, 890:1, 890:2, 890:13, 891:24, 893:6, 893:13, 894:3, 894:6, 894:11, 895:11, 896:17, 896:24, 897:24, 899:5, 899:20, 900:18, 900:22, 901:7, 902:17, 903:18, 904:4, 904:10, 905:12, 905:20, 906:12, 906:23, 916:8, 916:25, 917:3, 918:3, 919:1, 921:15, 921:25, 923:10, 927:22, 931:15, 931:20, 933:7, 933:9, 934:17
**reading** [3] - 743:17, 895:18, 907:18
**ready** [3] - 738:15, 849:18, 868:3
**Reagan** [2] - 915:8, 915:9
**real** [6] - 739:20, 741:3, 771:4, 824:23, 885:14, 934:13
**realDonaldTrump** [2] - 895:22, 902:18
**realize** [3] - 736:23, 796:5, 853:8
**really** [9] - 744:3, 768:6, 784:22, 797:5, 817:16, 830:2, 848:3, 853:15, 863:13
**reasonable** [2] - 735:3, 746:15
**rebellion** [1] - 896:13
**rebuild** [1] - 931:23
**rebuttal** [2] - 852:14, 852:18
**recap** [1] - 739:20
**receive** [1] - 876:1
**received** [4] - 870:9, 877:16, 929:19, 930:1

**receiving** [3] - 810:25, 811:11, 904:10
**Recess** [1] - 794:21
**recess** [1] - 855:23
**recognize** [21] - 739:25, 752:7, 754:10, 757:18, 792:16, 800:17, 802:1, 804:7, 812:20, 881:4, 889:17, 911:20, 911:24, 913:10, 913:21, 915:1, 925:10, 928:14, 928:19, 931:1, 931:6
**recollection** [1] - 748:9
**recommend** [1] - 732:22
**reconvene** [1] - 794:18
**record** [16] - 738:4, 742:3, 750:10, 792:24, 840:14, 856:12, 867:7, 867:10, 867:16, 883:14, 887:12, 910:8, 911:5, 915:13, 926:5, 929:14
**red** [4] - 741:8, 821:19, 863:8, 922:16
**redacted** [1] - 931:24
**redirect** [2] - 749:16, 864:12
**RedPillRevolution** [2] - 922:4, 922:10
**reduce** [2] - 853:9, 853:10
**refer** [2] - 874:7, 894:20
**reference** [7] - 793:10, 793:20, 802:24, 851:22, 917:1, 922:13, 929:22
**references** [1] - 907:11
**referencing** [1] - 913:12
**referred** [2] - 869:4, 919:11
**referring** [8] - 869:21, 872:2, 883:4, 885:8, 896:22, 896:23, 898:3, 922:10
**reflect** [6] - 880:16, 904:18, 910:8, 911:5, 924:9, 929:14
**reflective** [1] - 748:23
**regain** [1] - 885:6

**regard** [1] - 795:10
**regular** [1] - 828:1
**rejected** [1] - 873:9
**related** [9] - 852:5, 869:17, 869:23, 870:23, 873:24, 874:15, 877:17, 900:5, 934:2
**relation** [1] - 824:12
**relationship** [2] - 734:3, 879:6
**relevance** [5] - 819:8, 851:13, 853:18, 865:24, 867:15
**relevant** [5] - 735:24, 851:4, 874:21, 875:5, 934:23
**remain** [2] - 750:4, 856:5
**remainder** [1] - 751:18
**remember** [8] - 766:9, 766:10, 776:2, 798:7, 798:9, 806:23, 807:15, 842:12
**remind** [2] - 739:1, 856:10
**reminder** [2] - 761:1, 769:23
**rendering** [1] - 909:1
**renew** [1] - 736:13
**repeat** [5] - 762:21, 817:6, 828:10, 845:7, 860:21
**repeatedly** [1] - 886:9
**rephrase** [1] - 821:2
**report** [2] - 852:17, 877:16
**REPORTER** [1] - 935:13
**Reporter** [3] - 730:22, 730:23, 935:23
**reports** [1] - 895:4
**represent** [2] - 881:8, 881:9
**representation** [7] - 754:12, 757:22, 792:20, 800:20, 802:4, 804:13, 812:23
**representations** [1] - 758:3
**representing** [1] - 732:8
**represents** [1] - 881:12
**REPUBLIC** [1] - 898:10
**republic** [1] - 899:24
**Republicans** [1] -

956

892:5
**reputation** [1] - 852:12
**request** [1] - 886:2
**research** [2] - 794:18, 934:2
**resecured** [1] - 798:24
**reserves** [1] - 865:23
**reserving** [1] - 866:9
**residence** [2] - 872:9, 872:17
**resistance** [1] - 885:12
**respect** [3] - 851:1, 891:17, 896:5
**respond** [6] - 796:19, 796:23, 802:23, 899:9, 901:11, 901:15
**responded** [1] - 796:22
**responding** [1] - 897:15
**responds** [8] - 881:18, 888:7, 888:8, 889:9, 892:4, 894:14, 900:23, 901:14
**response** [18] - 796:17, 872:20, 881:12, 885:17, 885:19, 888:2, 893:13, 900:22, 904:10, 908:18, 916:10, 916:22, 917:5, 918:6, 918:7, 931:18, 931:25, 933:9
**responses** [1] - 888:20
**responsibilities** [3] - 751:22, 869:6, 869:7
**rest** [2] - 885:11, 900:16
**restroom** [2] - 797:15
**restroom's** [1] - 797:25
**Resumed** [2] - 739:4, 857:1
**return** [1] - 885:14
**reTweeting** [2] - 898:8, 902:15
**Revere** [1] - 885:12
**reverse** [1] - 850:24
**review** [5] - 869:10, 883:2, 888:18, 888:19, 896:21
**reviewed** [10] - 748:12, 775:14, 778:7, 779:11, 792:18, 828:21, 838:16, 891:5, 898:14, 924:1
**reviewing** [1] - 776:22

**rewatch** [1] - 824:21
**rewind** [4] - 792:4, 792:5, 841:15, 859:17
**ridiculous** [1] - 905:22
**right-hand** [5] - 763:1, 788:12, 790:20, 791:6, 809:24
**riot** [1] - 803:8
**rioter** [1] - 819:5
**rioters** [5] - 765:19, 775:17, 796:25, 808:1, 813:23
**risk** [1] - 852:3
**Road** [1] - 730:13
**Robertson** [1] - 934:12
**ROBERTSON** [1] - 730:20
**role** [2] - 902:4, 902:6
**rolling** [1] - 738:15
**room** [7] - 743:3, 745:2, 745:3, 745:6, 808:4, 849:18, 862:8
**Room** [2] - 730:23, 935:24
**root** [1] - 892:6
**rope** [2] - 827:9, 841:14
**ropes** [3] - 741:12, 741:18, 933:13
**rostrum** [1] - 818:13
**Rotunda** [70] - 740:23, 743:1, 747:25, 748:3, 748:4, 748:6, 748:7, 748:10, 748:13, 748:15, 748:17, 748:25, 749:1, 749:11, 755:12, 755:15, 755:20, 756:3, 756:4, 756:9, 759:1, 759:3, 759:21, 759:22, 759:24, 761:23, 762:7, 762:17, 763:8, 764:21, 765:7, 766:8, 773:22, 774:8, 774:18, 774:21, 781:21, 782:9, 782:14, 783:3, 788:5, 788:6, 788:7, 791:12, 819:25, 820:8, 820:12, 820:13, 820:15, 826:21, 827:23, 828:2, 828:12, 834:9, 836:13, 836:14, 843:21, 844:4,

845:19, 846:13, 847:4, 847:7, 849:10, 849:11, 857:23, 858:1, 912:3
**roughly** [1] - 771:15
**ROUHI** [3] - 780:9, 823:14, 925:25
**Rouhi** [114] - 754:8, 758:15, 760:5, 760:7, 760:21, 760:25, 762:3, 763:18, 764:10, 764:23, 765:3, 765:22, 766:21, 767:14, 767:21, 767:25, 768:11, 768:18, 769:12, 770:3, 770:7, 770:10, 770:19, 771:2, 771:8, 771:18, 772:8, 772:18, 776:11, 776:25, 777:7, 780:8, 780:23, 781:8, 781:11, 781:25, 782:11, 782:15, 782:20, 783:6, 783:9, 783:24, 784:1, 784:5, 784:17, 784:25, 785:21, 786:4, 787:9, 787:18, 787:21, 787:24, 788:22, 789:4, 789:13, 789:16, 790:7, 790:9, 790:22, 790:24, 791:17, 791:19, 792:5, 794:1, 794:11, 804:5, 804:21, 806:14, 808:9, 808:19, 808:23, 809:19, 809:23, 810:3, 810:6, 810:15, 810:18, 811:17, 811:20, 812:14, 814:3, 823:2, 823:12, 824:2, 878:7, 878:10, 878:21, 879:24, 883:8, 885:16, 885:23, 887:10, 888:14, 889:16, 889:24, 890:8, 891:13, 892:16, 894:19, 897:11, 900:1, 900:15, 912:5, 913:8, 913:18, 921:13, 922:24,

923:1, 923:8, 924:21, 925:4, 925:21, 931:5, 932:17
**round** [2] - 820:2, 820:7
**route** [2] - 755:22, 774:2
**row** [2] - 880:2, 880:4
**rows** [1] - 864:3
**rule** [1] - 867:3
**run** [3] - 785:9, 888:5, 888:9
**rushing** [1] - 853:5
**Russell** [1] - 905:11

**S**

**safe** [4] - 797:13, 916:9, 916:23, 916:24
**sake** [1] - 839:7
**Sam** [1] - 893:9
**Sameera** [1] - 732:8
**Save** [1] - 906:24
**SAVE** [1] - 898:9
**save** [1] - 865:19
**saw** [27] - 741:11, 741:17, 761:7, 777:14, 778:17, 789:18, 789:20, 797:3, 813:14, 815:5, 821:5, 824:20, 836:13, 838:20, 838:22, 849:1, 863:15, 864:2, 883:15, 900:13, 909:1, 912:20, 914:3, 914:16, 918:24, 922:21, 927:20
**scan** [2] - 795:24, 795:25
**scared** [3] - 803:25, 811:10
**scarf** [1] - 793:15
**scene** [2] - 813:13, 849:2
**schedule** [1] - 751:7
**scheduling** [1] - 856:3
**school** [1] - 785:14
**scope** [1] - 819:9
**SCOTUS** [1] - 898:4
**scratch** [1] - 931:23
**screaming** [2] - 807:22, 808:7
**screamings** [1] - 807:16
**screen** [32] - 741:24, 745:20, 757:18,

761:12, 763:1, 768:3, 782:19, 782:24, 783:11, 790:21, 791:7, 791:25, 805:5, 806:6, 808:11, 809:4, 809:24, 812:4, 813:12, 815:24, 831:2, 833:16, 833:18, 834:15, 834:18, 840:14, 860:19, 861:4, 924:24, 926:7, 929:10
**screenshot** [2] - 813:13, 813:15
**scroll** [6] - 878:10, 879:24, 883:8, 900:15, 923:1, 923:8
**SE** [1] - 730:20
**sea** [1] - 885:12
**search** [9] - 851:22, 871:15, 871:22, 872:4, 873:24, 874:10, 876:16, 876:19, 890:22
**searched** [2] - 876:20, 876:25
**searches** [1] - 869:15
**searching** [3] - 874:14, 874:15, 875:4
**seat** [4] - 739:2, 850:18, 856:3, 856:10
**seated** [1] - 934:7
**seats** [2] - 810:11, 864:3
**secession** [2] - 899:8, 899:10
**second** [33] - 735:20, 735:21, 736:20, 754:13, 755:7, 756:4, 758:16, 759:21, 762:7, 762:17, 764:12, 768:1, 768:19, 770:4, 770:20, 781:12, 782:14, 792:3, 817:20, 853:22, 853:23, 879:15, 880:2, 880:4, 883:9, 883:19, 883:22, 903:19, 923:25, 924:14, 925:24, 925:25
**second-to-last** [1] - 883:9
**second-to-the-last** [1]

- 883:19
**secondly** [2] - 734:9, 737:4
**seconds** [57] - 742:5, 746:4, 747:6, 747:24, 759:13, 759:15, 760:8, 764:10, 765:23, 766:6, 766:11, 767:20, 767:25, 769:13, 769:16, 770:7, 771:19, 772:25, 776:14, 777:1, 780:9, 780:11, 784:5, 786:9, 787:10, 787:19, 788:3, 789:5, 790:10, 791:20, 792:6, 808:10, 808:11, 808:23, 810:7, 810:18, 811:21, 824:10, 825:10, 829:15, 829:24, 831:6, 833:16, 834:12, 835:13, 841:18, 843:24, 844:10, 858:5, 861:3, 863:1, 912:6, 912:24, 913:8, 925:5, 925:22
**secret** [1] - 885:13
**section** [2] - 750:22, 750:24
**sections** [1] - 877:19
**secure** [1] - 799:25
**secured** [1] - 797:17
**securing** [2] - 871:25, 872:1
**security** [17] - 735:24, 736:1, 736:3, 736:4, 736:8, 736:15, 736:23, 737:7, 737:23, 851:4, 851:10, 851:14, 851:16, 851:24, 852:1, 852:24, 934:24
**see** [191] - 737:17, 737:19, 740:4, 740:10, 740:15, 741:15, 741:23, 742:11, 743:4, 743:14, 746:4, 746:24, 747:15, 747:20, 749:5, 752:5, 753:21, 758:21, 760:10, 761:6, 761:16, 762:13, 764:1,

764:15, 766:2, 768:4, 768:16, 768:24, 770:4, 770:11, 770:24, 770:25, 771:1, 771:9, 771:22, 773:6, 776:18, 776:21, 776:22, 777:3, 778:5, 778:10, 778:13, 779:13, 779:18, 781:13, 782:23, 783:10, 784:6, 784:22, 785:24, 786:16, 788:12, 788:15, 789:3, 789:6, 789:22, 790:1, 791:1, 793:9, 798:12, 803:13, 803:22, 806:17, 813:19, 816:7, 819:15, 820:15, 823:20, 824:6, 825:2, 825:11, 825:13, 826:1, 826:2, 830:9, 830:12, 831:2, 831:21, 832:2, 832:6, 832:15, 832:21, 833:1, 833:15, 834:2, 834:19, 834:22, 835:4, 835:15, 835:17, 838:1, 839:7, 839:21, 840:1, 840:3, 840:4, 840:13, 840:23, 840:25, 841:3, 841:11, 841:19, 842:4, 842:18, 842:23, 844:2, 844:7, 846:11, 846:16, 846:21, 847:2, 847:14, 848:1, 848:8, 848:14, 848:16, 848:17, 848:22, 850:7, 851:12, 853:17, 855:15, 857:10, 857:12, 857:14, 857:22, 858:4, 858:7, 858:25, 859:24, 860:6, 860:12, 860:18, 860:22, 861:6, 861:14, 861:18, 861:20, 863:3, 863:12, 865:9, 865:13, 878:11, 880:4, 880:6, 880:25,

881:8, 882:25, 886:10, 886:12, 886:20, 892:2, 895:12, 899:6, 901:21, 903:14, 908:1, 910:1, 910:2, 910:6, 910:23, 914:12, 914:14, 915:5, 920:1, 920:9, 920:13, 920:15, 920:17, 921:1, 921:7, 921:14, 922:25, 923:2, 923:9, 924:24, 925:7, 925:16, 927:3, 928:11, 932:15, 932:18, 933:25, 934:12, 934:14, 935:4
**seeing** [8] - 742:15, 751:14, 772:4, 786:11, 810:8, 834:4, 834:5, 848:23
**seek** [2] - 736:9, 851:20
**seeking** [2] - 929:7, 930:13
**seem** [3] - 772:11, 790:16, 854:9
**segment** [1] - 747:23
**seize** [4] - 873:20, 873:23, 873:24, 874:2
**seized** [2] - 874:10, 912:10
**selfie** [3] - 921:10, 922:21, 922:23
**selfies** [2] - 919:11, 924:11
**Senate** [11] - 751:25, 795:8, 817:23, 818:12, 818:15, 818:16, 818:23, 818:25, 819:20, 820:19, 827:4
**senator** [2] - 897:22, 897:23
**Senator** [2] - 898:3, 898:12
**send** [9] - 894:23, 894:24, 907:20, 907:25, 908:17, 908:18, 908:22, 908:25, 923:13
**sending** [1] - 881:10
**sends** [1] - 918:16
**sense** [2] - 851:17, 859:6
**sensitive** [1] - 901:24
**sent** [5] - 881:13,

889:18, 902:24, 903:11, 903:17
**sentence** [2] - 885:3, 904:4
**sentences** [1] - 793:12
**sentencing** [1] - 855:1
**September** [4] - 730:4, 932:21, 933:15, 933:16
**sergeant** [1] - 751:2
**series** [1] - 867:2
**seriously** [1] - 896:19
**serve** [1] - 868:9
**served** [1] - 893:11
**service** [2] - 875:13, 877:21
**session** [5] - 751:11, 751:23, 795:8, 795:23, 842:14
**set** [1] - 743:17
**seven** [3] - 770:7, 923:25, 924:14
**seven-second** [2] - 923:25, 924:14
**several** [4] - 741:23, 749:10, 870:2, 891:20
**shall** [1] - 899:6
**sharp** [1] - 737:18
**Sharpie** [1] - 773:15
**sharpie** [1] - 755:9
**shattered** [1] - 803:17
**shift** [1] - 750:20
**shirt** [4] - 805:16, 806:17, 841:5
**shoe** [1] - 735:11
**shoes** [4] - 760:17, 760:18, 762:13, 783:16
**short** [1] - 850:3
**shortened** [1] - 738:8
**shortly** [3] - 796:8, 797:10, 918:23
**shot** [6] - 814:19, 814:21, 814:24, 815:7, 816:24, 864:1
**shoulder** [5] - 861:17, 919:25, 920:2, 920:14, 921:3
**shouting** [2] - 814:14, 814:15
**shoving** [1] - 848:20
**show** [24] - 748:13, 752:9, 754:7, 754:8, 759:6, 773:18, 774:19, 792:14, 797:21, 797:24, 800:8, 801:24, 805:13, 818:10, 822:6, 839:10,

843:15, 854:7, 857:6, 884:4, 886:14, 886:18, 918:11, 926:5
**showed** [2] - 757:13, 815:22
**showing** [2] - 739:18, 793:14
**shown** [2] - 884:10, 884:11
**shows** [7] - 748:12, 829:2, 839:11, 867:16, 878:18, 879:6, 892:18
**shut** [3] - 858:14, 858:23, 859:7
**side** [49] - 737:8, 741:24, 742:22, 745:20, 763:1, 763:14, 768:16, 769:23, 779:8, 782:18, 782:24, 783:11, 788:12, 790:21, 797:3, 798:5, 799:7, 807:2, 808:2, 809:4, 809:24, 813:23, 814:11, 816:11, 816:12, 816:14, 816:15, 816:17, 816:21, 816:22, 817:3, 817:4, 818:23, 831:3, 832:7, 832:10, 838:11, 848:2, 860:6, 860:12, 860:18, 860:23, 860:25, 861:1, 910:21, 915:14, 929:16
**sideways** [1] - 824:7
**sight** [1] - 835:1
**sign** [4] - 737:7, 737:9, 737:11, 737:14
**signage** [1] - 933:11
**signatures** [1] - 878:11
**signed** [1] - 878:13
**significant** [2] - 891:16, 917:9
**signs** [4] - 735:1, 737:5, 821:21, 844:18
**silence** [1] - 885:13
**similar** [3] - 822:10, 910:11, 930:13
**Simone** [8] - 733:18, 871:8, 911:23, 916:12, 916:17, 916:18, 925:13,

958

933:4
**simply** [3] - 851:16, 894:23, 918:9
**single** [1] - 922:3
**sit** [2] - 763:3, 809:11
**sites** [1] - 895:17
**sits** [2] - 809:2, 809:9
**sitting** [1] - 912:18
**situation** [1] - 859:3
**six** [8] - 765:23, 769:13, 769:16, 829:15, 847:24, 862:16, 862:21, 862:23
**size** [1] - 847:2
**sized** [1] - 767:3
**skip** [1] - 914:17
**skipped** [1] - 916:16
**sleeved** [2] - 805:15, 805:16
**slight** [1] - 886:7
**slogan** [1] - 907:12
**slowly** [1] - 862:7
**small** [5] - 737:16, 816:3, 820:7, 820:14, 875:13
**smaller** [1] - 737:11
**Smith** [4] - 926:22, 927:12, 927:20, 927:25
**snapshots** [1] - 877:3
**so...** [1] - 849:1
**social** [3] - 875:5, 902:7, 931:8
**socialism** [1] - 885:15
**socialist** [1] - 892:3
**someone** [18] - 737:22, 772:1, 779:20, 783:12, 801:21, 819:14, 859:25, 871:5, 871:6, 872:19, 881:2, 897:15, 899:4, 905:11, 906:20, 907:25, 911:12, 915:17
**something's** [1] - 830:17
**sometime** [1] - 800:1
**sometimes** [4] - 753:21, 876:12, 877:6, 895:17
**somewhere** [2] - 752:23, 905:25
**soon** [3] - 791:9, 849:19, 933:13
**sophisticated** [1] - 736:8
**sorry** [36] - 739:14, 749:17, 762:21,

770:22, 782:3, 783:13, 784:14, 800:10, 807:5, 808:11, 811:3, 812:18, 825:19, 826:21, 827:1, 830:6, 831:14, 834:9, 845:20, 848:4, 849:5, 862:19, 865:2, 866:2, 878:18, 878:25, 882:12, 884:10, 890:10, 892:13, 898:22, 910:15, 916:15, 920:25, 924:16, 931:15
**sort** [6] - 795:18, 799:13, 874:17, 876:11, 908:18, 911:6
**sound** [1] - 815:7
**sounds** [4] - 739:9, 766:16, 808:6, 862:23
**source** [1] - 924:4
**south** [10] - 765:2, 799:7, 822:11, 822:18, 826:24, 827:3, 827:15, 827:22, 829:21, 845:19
**southeast** [1] - 816:21
**Southern** [1] - 730:13
**Southwest** [1] - 904:17
**space** [4] - 767:7, 767:8, 862:10, 862:13
**speaker's** [4] - 756:5, 760:1, 797:14, 798:3
**speakers** [2] - 904:13, 905:24
**speaking** [9] - 740:6, 745:10, 748:24, 795:5, 842:23, 856:13, 873:22, 874:13, 901:20
**speaks** [2] - 840:20, 842:22
**Special** [15] - 864:20, 864:22, 868:5, 884:24, 890:1, 890:13, 890:19, 901:20, 910:8, 913:5, 915:13, 923:3, 924:23, 925:7, 926:5
**special** [3] - 868:21, 868:22, 875:9

**SPECIAL** [2] - 731:7, 866:18
**specific** [10] - 867:3, 867:8, 867:23, 880:21, 884:11, 886:10, 886:11, 912:16, 912:19, 923:24
**specifically** [2] - 737:3, 894:6
**speculation** [1] - 811:7
**speech** [2] - 742:18, 905:23
**speed** [2] - 836:23, 859:21
**spell** [1] - 750:9
**spot** [2] - 771:15, 847:20
**squad** [3] - 868:24, 869:1, 869:8
**squarely** [1] - 854:10
**squint** [1] - 903:14
**staff** [8] - 751:2, 751:6, 797:14, 798:3, 809:11, 810:9, 821:25, 822:21
**staffers** [1] - 801:19
**stage** [1] - 906:25
**staircase** [6] - 759:25, 761:16, 775:1, 775:2, 821:10
**staircases** [2] - 774:9, 774:12
**stairs** [2] - 756:2, 910:5
**stairwell** [1] - 756:6
**stamp** [12] - 759:11, 767:19, 772:19, 772:24, 776:13, 787:16, 788:1, 791:13, 791:21, 806:6, 808:10, 917:15
**stanchion** [2] - 741:11, 841:14
**stanchions** [1] - 827:9
**stand** [5] - 755:1, 757:3, 775:24, 905:15, 923:12
**STAND** [2] - 890:16, 906:15
**Standard** [6] - 879:7, 905:17, 907:3, 907:4, 918:22
**standard** [1] - 916:3
**standing** [27] - 750:4, 783:12, 784:20, 784:21, 785:9, 785:17, 785:25,

786:20, 787:13, 814:9, 815:24, 816:4, 817:2, 817:6, 817:8, 819:1, 827:8, 832:20, 843:2, 843:20, 844:17, 844:23, 910:11, 911:12, 911:24, 913:17, 915:17
**start** [9] - 739:22, 743:23, 743:24, 753:22, 755:20, 796:6, 890:2, 895:18, 934:4
**started** [14] - 742:18, 742:19, 752:21, 752:22, 753:18, 753:19, 756:21, 790:11, 798:19, 800:2, 865:1, 865:4, 891:6, 932:1
**starting** [4] - 758:14, 773:2, 793:13, 900:16
**state** [2] - 750:9, 811:6
**statement** [11] - 733:16, 734:4, 734:9, 734:21, 735:6, 735:16, 851:21, 854:3, 854:7, 855:4, 878:25
**statements** [5] - 733:18, 735:13, 853:25, 854:6, 855:21
**STATES** [3] - 730:1, 730:3, 730:10
**States** [12] - 730:12, 868:15, 874:1, 879:1, 879:4, 898:7, 905:16, 909:25, 915:4, 917:14, 929:8, 935:23
**Statuary** [19] - 740:18, 742:16, 756:6, 764:8, 764:17, 765:7, 765:9, 773:23, 775:3, 775:5, 775:6, 779:16, 780:22, 781:20, 820:22, 834:10, 836:14, 841:10, 842:15
**statue** [17] - 763:2, 783:11, 783:12, 784:7, 784:22, 785:1, 785:9, 785:13, 785:25, 786:11, 786:19, 787:5, 787:13,

915:7, 915:11, 915:15, 915:16
**statues** [5] - 740:21, 740:24, 785:15, 914:12, 915:5
**STATUS** [1] - 918:14
**stay** [3] - 817:20, 823:17, 842:17
**stayed** [1] - 745:16
**stays** [1] - 747:5
**Steal** [4] - 891:2, 893:16, 893:23, 908:14
**steal** [1] - 882:25
**stenographic** [1] - 935:17
**step** [7] - 750:2, 754:22, 841:14, 841:22, 842:3, 849:20, 849:22
**STEPHEN** [1] - 730:19
**stepped** [2] - 841:17, 841:21
**stepping** [1] - 815:13
**steps** [18] - 755:12, 755:15, 755:18, 755:19, 755:21, 756:9, 759:4, 761:17, 779:24, 788:6, 798:16, 799:6, 819:14, 860:7, 863:17, 919:22
**steps/Rotunda** [1] - 819:18
**Steve** [1] - 732:7
**still** [47] - 739:2, 740:17, 741:4, 741:17, 744:23, 745:16, 745:20, 746:5, 768:9, 770:11, 771:15, 780:12, 785:24, 786:1, 786:11, 787:13, 791:25, 801:16, 809:25, 812:10, 812:12, 815:14, 830:9, 833:7, 834:7, 843:20, 846:11, 848:1, 848:3, 848:6, 849:9, 855:8, 855:9, 856:11, 863:12, 863:13, 863:14, 881:17, 881:18, 881:19, 883:20, 883:24, 884:25, 885:8, 901:18, 918:16, 919:21
**stipulate** [1] - 879:5

**stipulation** [7] - 839:2, 878:6, 878:9, 878:16, 879:3, 883:15, 884:18
**STOLEN** [1] - 923:14
**stolen** [3] - 893:22, 918:4, 918:9
**stop** [31] - 741:14, 743:19, 744:10, 744:18, 744:19, 746:3, 746:23, 758:15, 767:24, 768:20, 781:9, 806:22, 807:4, 807:6, 807:23, 808:3, 808:5, 808:6, 808:20, 823:19, 830:20, 834:20, 835:16, 837:4, 837:20, 849:12, 857:11, 857:21, 858:12, 861:19, 913:19
**Stop** [4] - 891:1, 893:16, 893:23, 908:14
**stoppage** [1] - 836:11
**stopped** [3] - 741:20, 771:13, 831:5
**stopping** [3] - 745:23, 903:19, 930:6
**stops** [3] - 831:9, 837:21, 837:22
**StoptheSteal** [7] - 890:18, 890:25, 893:14, 897:2, 898:11, 904:1, 906:17
**stormed** [2] - 917:7, 919:2
**storms** [1] - 933:8
**Straight** [1] - 756:2
**straight** [13] - 756:6, 759:20, 759:23, 759:24, 760:2, 764:20, 765:16, 770:1, 775:20, 777:23, 781:21, 820:18, 822:12
**straightforward** [1] - 934:11
**STRAND** [1] - 730:6
**Strand** [65] - 732:8, 733:17, 734:4, 734:16, 735:6, 735:7, 735:22, 735:25, 736:21, 851:3, 851:23, 851:25, 852:23, 854:5, 854:24,

855:5, 870:7, 870:9, 870:20, 871:14, 873:8, 879:1, 879:4, 881:2, 881:4, 881:18, 882:7, 887:20, 887:23, 888:1, 888:4, 888:7, 888:8, 889:7, 889:9, 889:11, 889:18, 890:6, 892:4, 892:8, 893:3, 894:12, 894:16, 899:4, 899:9, 899:13, 899:16, 899:20, 900:9, 900:20, 900:23, 901:6, 901:14, 903:11, 904:20, 905:9, 906:20, 907:19, 915:22, 915:23, 917:3, 917:6, 918:7, 919:19
**Strand's** [13] - 732:18, 734:2, 734:16, 851:9, 852:12, 870:5, 873:25, 877:17, 881:11, 881:12, 887:21, 901:15, 915:24
**strap** [1] - 913:14
**streaming** [2] - 740:17, 840:1
**streamlined** [1] - 886:10
**stressed** [1] - 889:8
**strong** [2] - 801:12, 901:12
**structure** [1] - 763:1
**Stuart** [1] - 905:11
**stuff** [4] - 737:1, 737:15, 795:10, 853:4
**subject's** [1] - 872:21
**subjects** [2] - 871:24, 871:25
**submit** [5] - 735:24, 855:5, 855:6, 878:13, 930:2
**submits** [1] - 851:3
**subpoenaed** [1] - 855:7
**substance** [3] - 803:17, 813:19, 901:25
**substantial** [1] - 832:13
**substantially** [1] - 851:6
**sucked** [1] - 748:5
**suggest** [1] - 886:16

**suit** [1] - 751:11
**suitcases** [1] - 737:16
**Suite** [1] - 730:14
**summary** [3] - 793:2, 793:13, 793:14
**sunglasses** [37] - 758:19, 760:10, 760:15, 761:7, 762:11, 763:25, 764:15, 766:2, 766:8, 767:1, 768:2, 768:17, 768:24, 769:18, 770:11, 770:24, 771:14, 771:22, 773:17, 776:19, 777:3, 778:10, 778:14, 780:18, 781:13, 782:23, 784:6, 784:19, 789:6, 789:17, 790:12, 791:2, 791:24, 793:15, 913:6, 913:14, 926:7
**super** [1] - 745:3
**supervisor** [1] - 798:22
**supervisors** [2] - 798:19, 802:22
**support** [1] - 923:13
**supported** [1] - 892:1
**supporters** [4] - 893:21, 896:4, 896:9, 896:15
**supposed** [4] - 785:15, 786:24, 818:4, 821:15
**suppress** [1] - 896:13
**Supreme** [1] - 898:7
**surname** [1] - 926:18
**surrounded** [1] - 805:10
**sustained** [1] - 732:24
**swear** [1] - 885:5
**sweatshirt** [3] - 920:2, 920:16, 921:2
**swim** [1] - 855:16
**switch** [1] - 831:8
**Sworn** [2] - 750:6, 866:18
**system** [1] - 795:18

**T**

**T-shirt** [1] - 841:5
**tactical** [1] - 913:13
**talks** [1] - 737:11
**tall** [1] - 923:12
**tape** [1] - 766:10
**tapping** [1] - 843:4

**Taylor** [5] - 894:4, 894:14, 899:13, 900:9, 900:19
**Taylor's** [1] - 894:16
**team** [4] - 872:16, 872:19, 873:5, 873:10
**Ted** [3] - 897:19, 897:20, 897:24
**ten** [5] - 761:17, 779:24, 805:23, 808:10, 838:8
**tends** [1] - 738:9
**term** [1] - 921:15
**terms** [2] - 856:3, 923:5
**Terrace** [1] - 822:14
**terrorism** [2] - 869:4, 869:8
**test** [1] - 732:13
**testified** [6] - 733:17, 735:10, 836:18, 837:24, 856:18, 911:8
**testifies** [1] - 851:3
**testify** [9] - 732:20, 733:5, 733:17, 735:22, 851:14, 851:15, 852:11, 852:24
**testimony** [18] - 732:18, 734:16, 736:7, 749:19, 749:20, 823:3, 849:23, 851:18, 852:2, 854:17, 864:14, 864:16, 865:6, 869:20, 884:1, 929:18, 933:3, 934:23
**Texas** [2] - 730:13, 897:23
**text** [14] - 874:19, 883:16, 884:18, 890:13, 892:23, 892:25, 898:24, 903:18, 903:25, 904:4, 921:14, 921:25, 923:9, 927:22
**texts** [1] - 891:6
**THE** [151] - 730:1, 730:1, 730:10, 730:2, 732:6, 732:10, 732:12, 732:14, 732:19, 733:2, 733:6, 733:9, 733:14, 733:21, 734:18, 734:24, 735:9, 735:20,

736:11, 736:16, 737:21, 738:2, 738:5, 738:9, 738:12, 738:14, 738:17, 738:21, 738:23, 738:24, 738:25, 739:1, 739:3, 749:15, 749:17, 749:21, 749:22, 749:23, 750:1, 750:3, 750:4, 754:18, 754:24, 755:2, 758:11, 775:25, 776:3, 776:4, 776:5, 781:3, 793:1, 793:4, 794:13, 794:17, 794:22, 801:3, 802:10, 804:19, 811:3, 811:6, 811:8, 813:4, 815:14, 815:19, 819:12, 825:20, 825:21, 825:23, 831:17, 831:20, 839:14, 840:19, 840:23, 843:13, 843:16, 845:16, 849:15, 849:22, 849:24, 849:25, 850:5, 850:9, 850:13, 850:18, 850:22, 850:25, 851:12, 852:10, 852:22, 853:9, 853:13, 853:19, 853:22, 854:2, 855:7, 855:9, 855:12, 855:17, 855:19, 856:2, 856:24, 864:13, 864:15, 864:16, 864:22, 865:2, 865:5, 865:9, 865:13, 865:20, 865:25, 866:2, 866:5, 866:8, 866:11, 866:25, 867:17, 867:19, 867:22, 868:3, 878:14, 883:18, 883:24, 884:6, 884:8, 884:14, 884:22, 886:21, 886:23, 887:3, 887:12, 888:12, 889:15, 891:8, 891:11, 893:14, 895:21, 896:2, 898:9, 918:14, 924:16, 924:20, 926:25, 927:1,

927:16, 930:5,
930:9, 933:23,
934:7, 935:6, 935:8
**TheConstitutionMatt
ers** [1] - 897:3
**TheElectionWasRigg
ed** [1] - 897:2
**TheJohnStrand** [2] -
876:8, 923:18
**thereabout** [2] -
862:18, 862:20
**thereafter** [2] - 796:8,
797:10
**they've** [4] - 850:11,
850:14, 865:24,
892:5
**thinking** [2] - 853:5,
867:5
**third** [2] - 750:20,
810:10
**third-floor** [1] - 810:10
**THIS** [2] - 896:20,
896:24
**ThisElectionWasRig
ged** [1] - 898:11
**threat** [1] - 810:24
**threats** [2] - 811:11,
872:2
**three** [10] - 747:5,
763:15, 764:19,
770:19, 770:23,
771:19, 786:8,
793:12, 911:6, 925:4
**three-minute** [2] -
770:19, 770:23
**three-minute-15** [1] -
792:2
**three-minute-and-15-
second** [1] - 771:13
**three-minute-and-33-
second** [2] - 785:22,
785:23
**throughout** [5] -
775:17, 788:17,
793:7, 832:11, 840:1
**thumbs** [2] - 894:24,
895:6
**Thursday** [1] - 730:4
**time-stamp** [10] -
767:19, 772:19,
772:24, 776:13,
787:16, 788:1,
791:13, 791:21,
806:6, 808:10
**tip** [1] - 929:22
**tips** [7] - 870:9,
870:11, 870:13,
876:1, 929:19,
929:25, 930:2
**tiptoes** [1] - 832:20

**titles** [1] - 750:17
**today** [11] - 751:14,
802:17, 828:22,
852:21, 856:4,
881:8, 888:18,
890:7, 912:18,
923:11, 928:17
**today's** [1] - 732:13
**together** [1] - 787:2
**tomorrow** [3] - 856:7,
905:23, 934:16
**tomorrow...** [1] -
905:22
**tonight** [1] - 889:8
**took** [3] - 773:18,
801:9, 919:8
**tool** [1] - 876:23
**top** [30] - 741:3, 759:4,
785:1, 788:12,
793:12, 793:13,
800:11, 813:19,
818:5, 829:15,
830:25, 831:21,
834:18, 857:11,
857:12, 889:21,
889:23, 891:13,
893:3, 893:25,
896:18, 898:22,
898:23, 903:19,
910:5, 910:14,
920:13, 931:16,
931:20, 933:7
**topics** [1] - 894:9
**total** [1] - 763:12
**touching** [2] - 785:15,
785:16
**tough** [1] - 893:10
**tour** [3] - 754:1, 754:3,
823:7
**tourists** [1] - 809:10
**toward** [3] - 747:2,
791:11, 911:20
**towards** [40] - 742:22,
744:21, 745:20,
765:2, 765:7,
780:21, 780:22,
782:9, 783:2,
786:19, 788:5,
791:12, 816:21,
820:23, 826:20,
827:3, 827:4,
827:15, 827:22,
829:21, 832:6,
832:18, 833:22,
834:10, 838:7,
838:19, 845:19,
846:12, 846:22,
849:11, 860:6,
860:9, 862:5, 862:7,
863:1, 910:7, 914:5,

915:14, 929:15
**track** [2] - 774:4,
934:12
**traffic** [3] - 748:22,
796:9, 817:14
**trained** [8] - 737:22,
851:10, 851:14,
851:16, 852:24,
852:25, 853:1,
934:24
**transcript** [2] - 935:17,
935:18
**TRANSCRIPT** [1] -
730:9
**traveler** [1] - 904:19
**traveling** [2] - 760:13,
778:13
**tremendous** [1] -
734:10
**trial** [3] - 749:6, 853:4,
914:15
**TRIAL** [1] - 730:9
**trick** [1] - 859:9
**tried** [4] - 735:25,
736:4, 822:2, 859:7
**true** [3] - 826:11,
935:16, 935:18
**Trump** [14] - 741:4,
891:23, 892:1,
893:7, 893:21,
896:5, 896:10,
896:15, 901:12,
907:16, 920:10,
920:17, 921:24,
923:13
**Trump's** [1] - 896:9
**trust** [2] - 885:20,
902:21
**trusted** [1] - 851:10
**Truth** [2] - 876:15,
897:1
**truth** [7] - 734:5,
906:13, 906:15,
922:1, 922:2,
922:15, 922:16
**truthful** [1] - 734:7
**TruthMaverick** [5] -
893:15, 898:10,
902:22, 906:17,
932:1
**try** [14] - 735:12,
735:18, 803:6,
849:17, 849:18,
852:17, 852:19,
858:1, 865:9,
872:25, 873:5,
877:12, 882:3,
886:21
**trying** [27] - 745:24,
746:25, 747:6,

748:7, 805:25,
806:22, 807:4,
807:6, 807:9,
807:13, 807:23,
819:4, 819:14,
819:16, 832:21,
842:5, 843:1, 846:3,
847:19, 849:9,
860:12, 860:14,
860:19, 860:22,
860:25, 862:5,
894:24
**Tuesday** [1] - 736:1
**turn** [3] - 764:20,
767:11, 880:21
**turned** [6] - 744:20,
747:2, 753:19,
753:21, 808:16,
833:2
**Turner** [27] - 864:21,
864:22, 866:21,
868:5, 878:8,
878:20, 878:24,
883:19, 884:24,
888:15, 889:16,
890:1, 890:13,
890:19, 900:18,
901:20, 910:9,
911:6, 913:5,
915:13, 916:15,
923:3, 923:25,
924:23, 925:7,
926:6, 929:15
**TURNER** [2] - 731:7,
866:18
**turning** [1] - 830:21
**Tweet** [31] - 875:15,
877:22, 891:1,
892:15, 895:8,
896:17, 897:9,
897:12, 897:13,
897:15, 897:18,
897:24, 898:12,
902:11, 902:24,
903:5, 906:4, 906:7,
906:10, 920:23,
920:25, 921:9,
921:14, 922:19,
922:22, 922:25,
923:10, 927:18,
927:22, 932:13
**Tweets** [13] - 875:20,
876:17, 877:1,
877:9, 877:10,
877:13, 877:20,
877:23, 877:25,
895:18, 897:5,
902:23, 932:25
**Twitter** [19] - 875:7,
875:10, 875:11,

875:12, 875:17,
875:24, 876:2,
876:5, 876:7, 876:9,
876:12, 877:17,
877:21, 890:20,
890:21, 890:22,
892:18, 897:4,
923:16
**twitter.com/
KrakenWood,sta..**
[1] - 895:22
**two** [41] - 732:16,
733:12, 733:25,
734:8, 736:20,
737:10, 740:4,
740:12, 742:6,
746:10, 746:14,
747:5, 748:10,
764:9, 764:19,
770:7, 777:21,
779:6, 779:7,
798:20, 805:11,
811:21, 831:5,
833:10, 838:1,
840:16, 850:19,
860:14, 863:18,
864:25, 865:3,
871:24, 883:14,
883:17, 898:22,
908:17, 910:23,
912:6, 914:1, 915:5,
925:22
**two-minute-and-33-
second** [1] - 784:25
**two-minute-and-48-
second** [2] - 782:1,
782:4
**two-minutes-43-
second** [1] - 791:20
**TX** [1] - 730:14
**type** [8] - 740:23,
874:5, 875:14,
889:18, 889:19,
892:13, 908:9
**types** [3] - 873:22,
874:13, 874:17
**typical** [3] - 751:9,
809:13, 924:18
**typically** [5] - 751:11,
751:13, 752:19,
795:24, 809:2
**typos** [1] - 934:17
**tyranny** [1] - 892:3
**tyrants** [1] - 900:21

---

# U

**U.S** [11] - 730:12,
730:23, 750:14,
750:15, 755:7,

961

793:15, 858:4,
869:18, 869:24,
903:23, 917:6
**ultimate** [1] - 818:6
**unanswered** [1] -
796:15
**Uncle** [1] - 893:9
**under** [6] - 739:2,
854:6, 854:10,
856:11, 867:9,
871:25
**underneath** [3] -
737:14, 768:3, 837:5
**understood** [5] -
807:5, 837:25,
865:25, 866:11,
887:4
**unduly** [1] - 935:1
**unfair** [1] - 853:13
**unfairly** [1] - 867:13
**uniform** [3] - 748:18,
751:9, 878:18
**uniformed** [1] - 933:14
**uniforms** [2] - 749:7,
910:11
**UNISON** [2] - 738:13,
738:16
**UNITED** [3] - 730:1,
730:3, 730:10
**United** [12] - 730:12,
868:15, 873:25,
879:1, 879:4, 898:7,
905:16, 909:25,
915:4, 917:14,
929:8, 935:23
**universal** [1] - 878:19
**Universal** [1] - 879:6
**unless** [2] - 775:8,
858:18
**unlocked** [2] - 798:23,
822:17
**unmute** [2] - 757:5,
773:12
**unpack** [1] - 737:12
**unreliability** [3] -
734:10, 854:1, 854:3
**up** [83] - 732:17,
733:10, 736:13,
737:1, 743:21,
746:6, 750:2, 752:3,
756:2, 756:10,
756:11, 757:17,
759:20, 759:22,
759:23, 760:2,
760:24, 762:8,
764:4, 765:4,
767:15, 776:9,
776:12, 777:24,
779:5, 780:24,
781:21, 782:11,

784:11, 787:24,
794:12, 796:3,
796:9, 797:18,
798:15, 799:4,
800:16, 804:5,
809:8, 809:12,
809:14, 809:16,
809:25, 810:9,
810:12, 812:16,
814:2, 816:13,
818:13, 819:24,
820:25, 826:9,
828:2, 830:17,
831:10, 842:8,
856:7, 859:21,
862:10, 862:13,
863:18, 867:14,
867:24, 872:6,
878:7, 880:24,
884:9, 885:23,
886:20, 887:10,
894:18, 894:24,
895:6, 901:23,
907:25, 920:5,
923:8, 923:12,
923:19, 923:21,
930:9, 931:22, 934:4
**Upper** [1] - 822:14
**upper** [8] - 776:1,
798:15, 803:12,
808:24, 831:3,
842:4, 923:16,
929:16
**upper-left** [2] - 803:12,
831:3
**upset** [1] - 892:2
**upstream** [1] - 855:16
**urging** [2] - 896:5,
896:9
**us..** [1] - 890:15
**user** [5] - 877:21,
890:24, 893:4,
895:18, 897:5
**users** [2] - 894:22,
895:2
**usual** [1] - 795:11
**UTC** [5] - 879:7,
879:10, 879:14,
879:21, 880:5

## V

**value** [4] - 851:7,
851:8, 853:11, 935:2
**various** [3] - 750:17,
901:21, 903:12
**velvet** [3] - 827:9,
841:14, 933:13
**version** [1] - 878:13
**vests** [1] - 748:22
**Vice** [7] - 817:24,

818:8, 818:11,
818:16, 818:21,
819:20, 820:3
**video** [62] - 739:19,
739:25, 741:2,
747:20, 748:8,
759:11, 763:18,
764:25, 767:16,
772:10, 773:19,
773:24, 776:15,
776:19, 776:21,
777:14, 779:6,
779:11, 779:15,
782:6, 784:3, 786:5,
793:14, 804:9,
804:11, 806:14,
815:5, 824:17,
824:25, 829:2,
830:7, 831:9,
831:22, 832:11,
833:20, 834:3,
836:21, 837:17,
838:3, 839:4,
840:20, 841:9,
843:14, 843:19,
843:21, 844:13,
845:18, 858:21,
875:15, 912:5,
912:9, 912:10,
912:19, 912:20,
914:3, 914:8,
914:14, 914:16,
923:23, 923:25,
924:2, 924:14
**Video** [92] - 739:24,
740:9, 743:13,
744:9, 744:16,
745:14, 746:2,
746:22, 747:8,
747:16, 758:17,
760:9, 760:22,
762:5, 763:19,
764:11, 764:14,
765:24, 766:24,
767:23, 768:14,
768:21, 769:14,
770:8, 770:21,
771:6, 771:21,
772:21, 777:2,
780:14, 781:10,
782:2, 782:17,
783:7, 783:25,
784:18, 784:23,
787:12, 787:23,
788:23, 789:14,
790:8, 790:23,
791:18, 791:23,
792:7, 806:16,
808:13, 808:21,
809:21, 810:5,
810:16, 811:19,

824:5, 824:24,
829:16, 830:8,
832:1, 832:5,
832:25, 833:5,
834:13, 835:9,
835:14, 835:23,
836:5, 836:24,
839:20, 839:23,
839:25, 843:17,
844:11, 844:15,
845:17, 846:20,
846:25, 848:13,
849:8, 857:20,
858:11, 859:10,
859:13, 859:23,
860:11, 861:5,
912:7, 912:25,
913:9, 913:20,
925:6, 925:23, 926:2
**videos** [11] - 748:12,
776:22, 792:21,
793:11, 828:22,
829:12, 850:9,
856:14, 874:20,
875:2, 918:24
**view** [5] - 736:5,
841:10, 875:16,
885:7, 922:8
**violence** [1] - 852:5
**vip** [1] - 906:25
**vis** [2] - 913:16
**vis-a-vis** [1] - 913:16
**vis-à-vis** [1] - 885:15
**visible** [1] - 903:1
**visitor** [4] - 754:1,
754:3, 823:7, 827:25
**visitors** [3] - 753:24,
754:5, 822:1
**voice** [1] - 745:10
**voices** [5] - 745:5,
814:10, 814:15,
814:16, 814:17
**vote** [2] - 818:7,
818:15
**votes** [4] - 752:1,
902:5, 904:7, 917:11
**voting** [1] - 893:22
**vs** [1] - 730:5

## W

**waist** [5] - 824:14,
824:19, 824:22,
824:25, 825:6
**wait** [1] - 734:18
**walk** [3] - 822:12,
824:20, 830:21
**walked** [5] - 775:20,
830:22, 841:10,
841:17, 842:8

**walking** [12] - 742:15,
759:24, 760:2,
765:16, 769:25,
781:21, 830:24,
840:3, 840:15,
844:3, 862:7, 933:12
**walks** [1] - 747:18
**wall** [1] - 915:5
**WAR** [2] - 896:20,
896:24
**war** [4] - 892:10,
898:19, 899:8,
899:10
**war'** [1] - 892:10
**warfare** [2] - 898:9,
898:17
**warrant** [5] - 870:16,
870:18, 870:20,
870:23, 871:22
**warrants** [4] - 871:15,
871:22, 872:5,
873:24
**wary** [1] - 850:13
**Washington** [16] -
730:17, 730:21,
730:24, 870:19,
879:14, 903:21,
903:24, 904:25,
905:18, 906:11,
907:7, 908:5, 916:5,
928:1, 930:16,
935:25
**watch** [9] - 744:6,
746:18, 747:14,
788:24, 823:25,
824:3, 842:25,
844:12, 859:22
**watched** [4] - 757:25,
773:16, 781:4, 924:8
**watching** [9] - 740:10,
746:16, 747:4,
773:24, 790:11,
841:24, 846:21,
858:22, 918:10
**waving** [1] - 844:18
**ways** [9] - 761:25,
763:15, 764:17,
774:4, 774:19,
774:25, 775:4,
775:7, 778:20
**WE** [2] - 918:14,
923:13
**weak** [4] - 901:14,
901:16, 901:17,
902:3
**weapons** [2] - 852:6,
869:8
**wear** [2] - 751:9,
751:11
**WeAreTheRally** [1] -

890:18
**wearing** [4] - 748:17, 840:25, 913:13, 920:10
**Webber's** [1] - 889:9
**website** [2] - 876:20, 876:21
**week** [4] - 755:11, 901:3, 902:7, 914:15
**weeks** [4] - 886:8, 886:15, 893:17, 894:7
**welcome** [3] - 794:22, 794:25, 856:2
**West** [7] - 800:4, 800:7, 800:13, 801:7, 801:10, 801:21, 802:21
**west** [7] - 821:1, 822:7, 841:10, 845:21, 845:23, 845:25, 846:1
**whatnot** [2] - 787:7, 924:11
**whatsoever** [2] - 735:8, 852:8
**white** [9] - 760:18, 762:13, 771:25, 783:16, 783:21, 805:15, 806:17, 833:21
**White** [1] - 908:9
**who've** [1] - 892:1
**whole** [13] - 737:15, 749:6, 781:6, 832:11, 833:6, 840:2, 843:14, 846:21, 848:17, 853:6, 856:23, 863:18, 932:18
**wide** [2] - 779:24, 833:9
**Wild** [1] - 903:21
**WildProtest** [3] - 904:1, 923:15, 927:25
**WildProtest.com** [1] - 903:25
**WILL** [2] - 906:15, 918:14
**windows** [1] - 807:20
**withdrawn** [3] - 813:24, 882:13, 910:1
**WITNESS** [12] - 731:2, 738:23, 738:25, 739:3, 749:15, 749:21, 749:23, 750:3, 776:3, 776:5, 849:24, 864:15

**witness** [11] - 738:18, 757:2, 775:24, 794:23, 814:1, 839:8, 852:11, 852:13, 856:9, 864:20, 865:18
**Witness** [39] - 752:14, 755:17, 756:2, 756:14, 756:18, 756:25, 761:10, 769:2, 769:19, 770:14, 771:12, 772:5, 776:5, 777:6, 781:17, 783:15, 784:10, 785:5, 786:14, 789:11, 791:5, 804:25, 805:9, 805:14, 812:2, 813:8, 813:22, 816:9, 816:20, 819:2, 892:20, 913:4, 913:25, 915:12, 925:2, 925:15, 925:20, 926:4, 929:13
**witnesses** [1] - 733:5
**woman** [41] - 741:10, 741:21, 741:24, 743:8, 744:6, 746:11, 760:15, 762:13, 763:25, 778:13, 785:1, 789:6, 789:8, 824:13, 826:4, 827:18, 829:2, 829:3, 829:18, 830:12, 830:19, 833:1, 834:2, 839:7, 839:10, 839:22, 840:4, 840:25, 841:8, 842:18, 844:17, 847:14, 848:22, 857:14, 861:4, 861:14, 911:20, 920:15, 921:7, 925:8, 933:3
**woman's** [1] - 742:4
**women** [4] - 801:16, 803:21, 810:12, 810:19
**women's** [2] - 797:15, 797:25
**won** [1] - 893:7
**word** [1] - 885:15
**words** [2] - 895:11, 895:12
**works** [5] - 751:24, 826:13, 875:10, 875:11, 875:12

**worry** [1] - 891:9
**worse** [1] - 865:8
**wrap** [1] - 856:7
**write** [6] - 885:20, 898:8, 902:20, 908:3, 916:10, 917:5
**writes** [6] - 885:9, 890:6, 901:7, 916:12, 917:3, 917:6
**writing** [3] - 737:16, 887:25
**written** [10] - 839:2, 892:24, 892:25, 893:3, 893:4, 893:6, 899:15, 903:5, 931:17, 931:18
**wrote** [3] - 893:13, 895:21, 899:20

## Y

**yacht** [2] - 889:9, 889:10
**years** [4] - 868:12, 868:13, 868:23, 931:21
**yelling** [1] - 807:22
**yellow** [2] - 748:17, 748:18
**yellowish** [3] - 749:6, 749:7, 749:8
**yesterday** [5] - 739:18, 739:25, 740:6, 781:2, 829:19
**York** [1] - 730:17
**YOU** [1] - 906:15
**young** [2] - 829:19, 833:21
**yourself** [6] - 742:11, 805:8, 812:1, 813:7, 815:17, 872:11

## Z

**zero** [2] - 770:20, 854:22
**zero-second** [1] - 770:20
**zone** [1] - 879:10
**zoom** [21] - 880:25, 882:3, 888:13, 889:16, 889:24, 890:8, 890:10, 891:13, 892:16, 893:25, 897:11, 898:22, 898:23, 903:15, 904:2, 906:6, 921:13, 922:24, 923:9, 931:5, 932:17