```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2
       - - - - - - - - - - - - - - - x
 3     THE UNITED STATES OF AMERICA,
                                          Criminal Action No.
 4                  Plaintiff,            1:21-cr-00085-CRC
                                          Friday, September 23, 2022
 5     vs.                                9:33 a.m.

 6     JOHN HERBERT STRAND,

 7                  Defendant.
       - - - - - - - - - - - - - - - x
 8

 9     _____

10                    TRANSCRIPT OF JURY TRIAL
            HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                  UNITED STATES DISTRICT JUDGE
       _____
       APPEARANCES:
12     For the United States:      APRIL HOLLY AYERS-PEREZ, ESQ.
                                    U.S. ATTORNEYS OFFICE
13                                  Southern District of Texas
                                    11204 McPherson Road
14                                  Suite 100a
                                    Laredo, TX 78045
15                                  (956) 723-6523

16                                  JASON MANNING, ESQ.
                                    DOJ-CRM
17                                  1400 New York Avenue NW
                                    Washington, DC 20005
18                                  (202) 514-6256
                                    jason.manning@usdoj.gov
19
       For the Defendant:          STEPHEN F. BRENNWALD, ESQ.
20                                  BRENNWALD & ROBERTSON, LLP
                                    922 Pennsylvania Avenue, SE
21                                  Washington, DC 20003
                                    (301) 928-7727
22
       Court Reporter:             Lisa A. Moreira, RDR, CRR
23                                  Official Court Reporter
                                    U.S. Courthouse, Room 6718
24                                  333 Constitution Avenue, NW
                                    Washington, DC  20001
25                                  (202) 354-3187
```

964

1                          I N D E X

2

WITNESS                                                    PAGE

3

**SPECIAL AGENT ERIC TURNER**

4        (By Mr. Brennwald)................................971
         (By Mr. Manning).................................1002

5

**JOHN HERBERT STRAND**

6        (By Mr. Brennwald)...............................1005
         (By Mr. Manning).................................1096

7        (By Mr. Brennwald)...............................1132

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2            THE COURTROOM DEPUTY:  Your Honor, we're back on
 3    the record for Criminal Case 21-85, United States of America
 4    vs. John Herbert Strand.
 5            THE COURT:  All right.  Good morning, everybody.
 6    Happy Friday.
 7            MR. BRENNWALD:  Good morning.
 8            All right.  Have you all had a chance to look at
 9    the proposed instructions that we circulated yesterday?
10            MR. MANNING:  Yes, Your Honor.
11            MR. BRENNWALD:  Yes, Your Honor.
12            THE COURT:  Any -- I guess, first of all, as I
13    said yesterday, I think the only real dispute was in the --
14    with respect to the elements of the obstruction count.  I
15    included the defense's proposed instruction; however, the
16    fact that the defendant's mere presence may have had the
17    unintended effect of obstructing or impeding a proceeding
18    does not establish that the defendant acted with the intent
19    to obstruct or impede that proceeding.
20            I did not include the remainder of the defense's
21    suggestions because I thought it -- they conflated the
22    corrupt element and the intent element.  I'd like to leave
23    those two things separate, and I think the instructions, as
24    written, accurately reflect those two elements.
25            Other than that, I don't think there were any
```

1    disputes.  There were some sort of stray instructions that

2    didn't apply.

3            We added "the Secret Service" in Instruction 15 in

4    discussing law enforcement testimony.  We included the

5    "defendant as a witness" instruction.

6            On Page 10, in the elements of the charged

7    instructions, I think the proposed instructions had a

8    different offense listed under 5, and we substituted the

9    parading, demonstrating, or picketing offense.

10           I didn't see whether there was a general

11   stipulations instruction.  We've instructed them throughout,

12   but we'll check.  If there's not, we should include an

13   instruction regarding the stipulations.

14           Anything else to note with respect to the

15   instructions?  Any typos or anything that's in there that

16   shouldn't be or not in there that should be?

17           MR. MANNING:  Yes, Your Honor.  Permission to

18   speak from counsel table?

19           THE COURT:  Sure.  Just speak into the mic.

20           MR. MANNING:  Okay.  Your Honor, we understand the

21   compromise position that the Court has taken on Instruction

22   18, and we won't object.

23           THE COURT:  Well, if you think I'm wrong, tell me

24   I'm wrong.

25           MR. MANNING:  Well, Your Honor, I think the

1    language that the defense sought to add is, in some sense,

2    duplicative of what already is stated at the bottom on the

3    elements on Page 10, the bottom of Page 10, where it already

4    says the defendant must act with the intent to obstruct or

5    impede the official proceeding.  I don't think the added

6    language is harmful.

7              THE COURT:  Okay.

8              MR. MANNING:  I believe the Court had already, by

9    hand, corrected, on Page 12, where it had said intent to

10   obstruct justice, and I think the Court already made the

11   change to the proceeding --

12             THE COURT:  Is that an accurate change?

13             MR. MANNING:  Yes, of course.  -- and on Page 17

14   with respect to the stipulations.

15             THE COURT:  Yes.

16             MR. MANNING:  The parties actually did not reach a

17   stipulation on the restricted area in the end, and so the

18   only -- so that should be struck, and this should just

19   reference the Capitol building and grounds stipulation.

20             THE COURT:  Got it.

21             MR. MANNING:  That's all I have, Your Honor.

22   Thank you.

23             THE COURT:  Okay.  Mr. Brennwald, anything?

24             MR. BRENNWALD:  No, Your Honor.

25             I did want to address the Court before we started,

```
 1    but I don't know if the Court wants to do that now or later

 2    or not at all.

 3              THE COURT:  I'm sorry, I didn't pick that up.

 4              MR. BRENNWALD:  I wanted to address the Court on

 5    another matter before we started.

 6              THE COURT:  Sure.

 7              MR. BRENNWALD:  I don't know if you want to do

 8    that later or not.

 9              THE COURT:  Let's do it.  But anything on the

10    instructions first?

11              MR. BRENNWALD:  No, Your Honor.

12              THE COURT:  Okay.

13              MR. BRENNWALD:  I'm going to say this for my

14    assistant, Ms. Ali, but it applies to all of us.  We've been

15    working until midnight or beyond it all week and the weeks

16    before.  Ms. Ali has a seven-and-a-half-month-old daughter.

17    She's seen her two hours this week.  She's gotten three

18    hours of sleep at night.  She's putting together exhibit

19    lists and clips of what has to be played during the direct

20    exam of Mr. Strand, which I expect will take two to two and

21    a half hours at least.

22              The government has -- and I'm not faulting them

23    for this.  The government's had three days and a little bit

24    today to put on their case.  We have not put on anything

25    yet.
```

 1          We're going to call Mr. Strand when my cross of

 2    Special Agent Turner is over.  I expect that cross to take

 3    about an hour, hour and 15.

 4          We've not yet finished -- despite being up past

 5    midnight last night working in our war room, as we call it,

 6    we haven't finished yet --

 7          THE COURT:  So you want to do closings on Monday?

 8          MR. BRENNWALD:  I do.

 9          THE COURT:  Okay.

10          MR. BRENNWALD:  And I would ask for a half hour

11    after Agent Turner's testimony so we can queue up the

12    exhibits for Mr. Strand so that we don't waste that time

13    while we're questioning him --

14          THE COURT:  All right.

15          MR. BRENNWALD:  -- or just --

16          THE COURT:  Well, I figured we were going in that

17    direction anyway because it's going to take that long for

18    Mr. Strand to testify and for the cross and for us to

19    instruct, so -- and I'd rather keep the closings together

20    than to break them up over the weekend, so that's fine.

21          MR. BRENNWALD:  So we'll do instructions first on

22    Monday?

23          THE COURT:  I'd like to instruct -- since we've

24    got the instructions and we've got the jury, I'd like to

25    instruct today, if we can.

```
1                    MR. BRENNWALD:  Okay.
2                    THE COURT:  And then we'll break for the weekend,
3         give you folks an opportunity to prepare, and then we'll,
4         you know, close on Monday morning.
5                    MR. BRENNWALD:  And when Agent Turner's finished
6         my cross, we can take about 30 minutes to get ready for
7         Mr. Strand?
8                    THE COURT:  That's fine.
9                    MR. BRENNWALD:  Thank you, sir.  And we have an
10        extra kit to return to the Court.
11                   THE COURT:  Thank you very much.
12                   MR. BRENNWALD:  And he was negative today.
13                   THE COURT:  Good.  It's actually the Circuit's
14        kit, so I'm actually borrowing them.
15                   MR. BRENNWALD:  Sorry?
16                   THE COURT:  It's the Circuit's kit, not even
17        ours.
18                   MR. BRENNWALD:  Oh, okay.  At $75 a pop, it's not
19        something I expect the Court to provide.
20                   (Jury enters courtroom)
21                   THE COURT:  Good morning, ladies and gentlemen.
22        Happy Friday.
23                   JURY IN UNISON:  Good morning.
24                   THE COURT:  Are we ready to go?
25                   JURY IN UNISON: Yes.
```

```
1                    THE COURT:  All right.  Everyone be seated.
2                 SPECIAL AGENT ERIC TURNER, Resumed
3                         CROSS-EXAMINATION
4    BY MR. BRENNWALD:
5    Q.  Good morning, Agent Turner.  How are you?
6    A.  I'm well.  Thank you.
7    Q.  I thought you were going to say you're very sleepy, like
8    the rest of us, but okay.  I'm glad you're well.
9              Agent Turner, you live in the LA area?
10   A.  Yes.
11   Q.  And when did you first hear about a person of interest
12   named John Strand?
13   A.  It was after the 6th of January.  Probably around the
14   8th of January approximately.  I don't remember the exact
15   time.
16   Q.  When you heard about Mr. Strand, did you also
17   simultaneously hear about Dr. Simone Gold, or was he the
18   only one who you heard about?
19   A.  I heard about them both.
20   Q.  Okay.  And were you aware that she was a medical doctor?
21   Did you become aware that she was a medical doctor at some
22   point?
23   A.  Yes.
24   Q.  And you mentioned -- you called her Ms. Simone Gold
25   yesterday.  Do you have any reason to believe that she's no
```

1    longer a medical doctor?

2    A.  I do not.

3    Q.  When you were told about Mr. Strand and Dr. Gold, what

4    was your task at that point?

5    A.  When I was first told I wasn't given a task, but I was

6    told to be ready to execute arrest warrants for the both of

7    them.

8    Q.  Okay.

9            MR. BRENNWALD:  Ms. Rouhi, can we look at 3 --

10   Government 356, please, which is in evidence, I believe.

11   Q.  Do you see Mr. Strand and Dr. Gold in this exhibit?

12   A.  Yes.

13   Q.  Could you please circle Dr. Gold, since we know who

14   Mr. Strand is.

15   A.  (Witness complies)

16   Q.  And on the left side of that exhibit there's a letter --

17   there are two words that are bolded -- can you read those to

18   us -- above January 6th?

19   A.  "Unlawful Entry."

20   Q.  And it says it was about 1:30 p.m.?

21   A.  It does.

22   Q.  Okay.  Do you see the folks to the left of Mr. Strand

23   and Dr. Gold's picture?

24   A.  I see several people in another picture to the left,

25   yes.

1    Q.  And it's fair to say, just for the record and for the

2    jury's information, that those people -- that Mr. Strand or

3    Dr. Gold were not alleged to have any participation with

4    those folks in any criminal event.

5            Let me rephrase that because there's a better way

6    of asking it.

7            Do you have any -- did you have any information or

8    do you have any information that Mr. Strand and Dr. Gold

9    knew the people in the left picture and worked with them on

10   January 6th to do anything criminal?

11   A.  I do not know the people in the left picture so I can't

12   really answer that.

13   Q.  All right.  When you learned about Mr. Strand and

14   Dr. Gold, did you attempt to locate them?

15   A.  Yes.

16   Q.  And what did you do to try and locate them?

17   A.  I looked up records to attempt to find an address or

18   addresses for them.

19   Q.  Was it hard to find where they lived?

20   A.  No.

21   Q.  And they lived in an apartment or condo in Beverly

22   Hills; is that correct?

23   A.  Yes.

24   Q.  Was it a big, huge, opulent house, or was it a condo in

25   a condo building?

 1    A.  I believe it was a two-bedroom/two-bath condo that they

 2    were renting in a nice part of Beverly Hills.

 3    Q.  So it wasn't even theirs, from what you knew?

 4    A.  I'm sorry, could you repeat that?

 5    Q.  It didn't even belong to either one of them, as far as

 6    you knew?

 7    A.  Yes, I do not believe it belonged to them.

 8    Q.  And when you learned where they lived, at that point did

 9    you already have an arrest warrant for them?

10    A.  The arrest warrant was sworn out on the 13th of January,

11    and I believe it was on the 16th that we first physically

12    saw them at that address.  So that was the first

13    confirmation that the information that I had indicating that

14    they were at that address was confirmed, by seeing them at

15    the location.

16    Q.  And, in fact, you or other agents were surveilling them,

17    right?  Like sitting somewhere and taking pictures of them

18    in public, correct?

19    A.  Yes.

20    Q.  Did you manage to get a phone number for them?

21    A.  Yes.

22    Q.  I know you said yesterday that you called -- after you

23    went to the house and knocked loudly, you called their --

24    somebody's phone, correct?

25    A.  We attempted to call both of their phones.

1   Q.  At the time you were at the house ready to execute the

2   arrest warrant?

3   A.  That is correct.

4   Q.  Did you call them the day before, two days before, three

5   days before and say, "Hey, we want to have you come in?  Can

6   you please come down and turn yourselves in?"

7   A.  No.

8   Q.  Okay.  When you went into their house, how many agents

9   were with you?

10  A.  That entered the house on the initial entry?

11  Q.  Yes.  Who was there at the house to execute this arrest

12  warrant?

13  A.  To actually enter the house, there were approximately

14  eight agents, and we had additional agents to transport the

15  subjects to jail and additional agents on the perimeter in

16  the event that they attempted to flee the house.

17  Q.  And was it your expectation that Mr. Strand and Dr. Gold

18  were going to try to sort of break out and try to fight the

19  FBI and make a run to the border?

20  A.  I had no idea what their intentions were.

21  Q.  Okay.  When you went in the house that day and arrested

22  them, did you find out that they had been on a conference

23  call with some people and just sitting in a living room on a

24  Zoom call?

25  A.  I did not.

1   Q.   Okay.  Did you find out who the place -- whose name the

2   place was rented in in Beverly Hills?

3   A.   I believe it was rented by Gold, the...

4   Q.   Okay.  You testified yesterday that you actually checked

5   into Mr. Strand to see what he did for a living back then;

6   is that correct?

7   A.   I queried records from the state of California to

8   determine criminal history, whether he had registered

9   firearms.

10   Q.   Okay.  Did you look into whether he had a security

11   license?

12   A.   When those records were returned to me, there was an

13   indication that he had what is colloquially called in

14   California a guard card.

15   Q.   Okay.  And did you find that when you went into the

16   house?

17   A.   We found a guard uniform.

18           MR. BRENNWALD:  The Court's indulgence.

19           (Pause)

20           MR. BRENNWALD:  Your Honor, without objection I'm

21   going to move to admit a photograph that is going to be

22   designated Defense Exhibit 104.

23           THE COURT:  I'm sorry, Mr. Brennwald, what's the

24   number?

25           MR. BRENNWALD:  Defense 104.

```
 1              THE COURT:  Defense 104.  So moved.
 2   Q.  Officer -- Agent Turner -- it's Agent Turner, right?
 3   A.  Yes.
 4   Q.  That's important.
 5              Agent Turner, do you see what's depicted in
 6   Defense Exhibit 104?
 7   A.  Yes.
 8   Q.  Is that the badge that you were talking about earlier?
 9   A.  Yes.
10   Q.  Actually, you didn't talk about the badge.  You said you
11   found a uniform.  Do you now see that there was also a
12   security badge?
13   A.  I do.
14   Q.  And do you see the name of the person on that badge
15   before the large letters "FPA"?
16   A.  Yes, on the ID card, I do.
17   Q.  Okay.  And who is that?
18   A.  Strand, John H.
19   Q.  And does that look like the defendant in this case?
20   A.  Yes.
21   Q.  Okay.  So if we can take a look at the badge, tell me if
22   you see in the bottom right an expiration date for that
23   badge.
24   A.  I do.
25   Q.  And what is that date, sir?
```

1    A.   April 30, 2021.

2    Q.   Not to state the obvious, but that's after January 6,

3    2021, correct?

4    A.   Yes.

5    Q.   Okay.  And it looks like FPA, according to that logo,

6    stands for Force Protection Agency; is that right?

7    A.   Yes.

8    Q.   Is that a government agency, or is that a private

9    company, if you know?

10   A.   To my knowledge, that is a private company.

11   Q.   Okay.  And it says "Affiliation, Security &

12   Investigations."  Correct?

13   A.   Yes.

14   Q.   Okay.

15              MR. BRENNWALD:  All right.  If we can slide the

16   image down, Ms. Ali.

17   Q.   Right there what's been enlarged says "Permit for

18   exposed firearm," correct?

19   A.   Yes.

20   Q.   And the expiration date on that is October 31, 2021,

21   correct?

22   A.   Yes.

23   Q.   And is that if -- the address that is here, 9601

24   Wilshire Boulevard, do you recognize that address?

25   A.   I recognize that address from prior investigation of

1    Mr. Strand.

2    Q.  Okay.

3         MR. BRENNWALD:  Let's slide that to the right a

4    little bit.

5    Q.  So this is a permit to carry a firearm, correct?

6    A.  It is appears to be that.  I am not an expert on

7    California guard issues and such, but it appears to be that.

8    Q.  Okay.

9         MR. BRENNWALD:  If we can zoom out a little bit,

10   Ms. Ali.

11   Q.  And do you see a badge up there in the right side?

12   A.  Yes.

13        MR. BRENNWALD:  And can we zoom in on that,

14   please.

15   Q.  Do you see that badge?

16   A.  I do.

17   Q.  It has the same name -- same words, "Force Protection

18   Agency"?

19   A.  It does.

20   Q.  Okay.

21        MR. BRENNWALD:  This is in evidence, right, Your

22   Honor?

23        Okay.  Thank you.  Thank you, Agent Turner.

24   Q.  Do you have any information at all, Agent Turner, that

25   on January 6, 2021, Mr. Strand brought a gun to the Capitol

1   grounds and inside the Capitol building?

2   A.  I do not.

3   Q.  Let's take a look at some of the exhibits that we talked

4   about yesterday concerning Mr. Strand.

5        MR. BRENNWALD:  Can we go to 331.02, please.  And

6   can we enlarge the blue square, please.

7        Thank you.

8   Q.  Do you see the date on the bottom of that?  It looks

9   like a text message, right, or is that something else?

10  A.  Are you referring to the date for the text message?  Not

11  what's in the poster?

12  Q.  Yes.

13  A.  Yes, I see the date.

14  Q.  All right.  And it says 1/3/21, January 3, 2021?

15  A.  Yes, the 3rd of January 2021.

16  Q.  And this is a text message, right?  This came from a

17  text on Mr. Strand's phone?

18  A.  Yes.

19  Q.  Okay.  And below the January 6, 2021, do you see the

20  words "Wild Protest"?

21  A.  Are you referring to the "Wild Protest" at the top of

22  the page or the middle of the page?

23  Q.  The top at this point.

24  A.  Yes, I do see the words "Wild Protest."

25  Q.  Okay.  And that was supposed to happen at 12:00 p.m. at

1    Washington, D.C., on January 6th?

2    A.  According to this flier, yes.

3    Q.  And below -- halfway down there are, again, the words

4    "Wild Protest West Coast," do you see that?

5    A.  I do.

6    Q.  And that's timed for the same time in California, 9:00

7    a.m.  That would be 12:00 p.m. in Washington, D.C., correct?

8    A.  Yes.

9    Q.  Okay.  Below the -- let me just show you this here,

10   these words right there.  Do you see where it says

11   "#DoNotCertify"?

12   A.  I do.

13   Q.  You're aware, are you not, that at the time that this

14   was going on and in the weeks before January 6th many

15   elected officials of a certain party were advocating not

16   certifying the results of the election from different

17   states?  Aren't you?

18   A.  Yes.

19   Q.  There was nothing illegal about somebody not wanting to

20   certify the election without the use of force, correct?

21   A.  To my knowledge, that is not illegal.

22          MR. MANNING:  Objection, Your Honor.

23          THE COURT:  Sustained.

24   Q.  So your answer before that last question was that you're

25   aware of a lot of politicians who were telling whoever not

1    to certify the results of the election, correct?

2    A.  I had heard politicians advocating that, yes.

3    Q.  Okay.

4              MR. BRENNWALD:  Can we go to...

5              (The following is a bench conference

6               held outside the hearing of the jury)

7              THE COURT:  You can ask him if he investigated

8    anybody for taking that position without exercising the use

9    of force.

10             MR. BRENNWALD:  Okay.

11             (This is the end of the bench conference)

12   BY MR. BRENNWALD:

13   Q.  Have you ever investigated anyone, Agent Turner, for

14   advocating the position of not certifying the election where

15   the use of force was not involved?

16   A.  I have not.

17   Q.  Thank you.

18             MR. BRENNWALD:  So let's go to 340.01, please.

19   Q.  Do you see the --

20             MR. BRENNWALD:  Can we go to the second page.

21   Thank you.

22             Is there any way to enlarge that for the jury and

23   actually for me, too?

24   Q.  Here it looks like a text from John Strand to somebody

25   named Greg Mayo saying, "I'm all about it.  I will never

1   accept a fraudulent puppet of deep state corruption as

2   president.  Never."  Do you see that?

3   A.  Yes.

4   Q.  And that is dated almost a month before the January 6,

5   2021, certification date?

6   A.  It's dated the 11th of December 2020.

7   Q.  Okay.  Does that text or does that exhibit -- and we can

8   go back to the top, if you'd like to see that.

9           Does that exhibit anywhere say that Mr. Strand is

10  going to go or encouraging anyone to go to Washington, D.C.,

11  to commit a criminal act?

12  A.  Can we review the rest of the text?

13  Q.  Absolutely.  So the blue is what somebody else wrote; is

14  that correct?

15  A.  Correct.

16  Q.  And the person, Greg Mayo, wrote, "We shall see!  Civil

17  war and secession."  Correct?

18  A.  Yes.

19  Q.  And Mr. Strand, quote-unquote, loved "Civil war and

20  secession," correct?

21  A.  Yes.

22  Q.  Does that text, "loved civil war and secession," say

23  anything about going to January 6th to commit a crime?

24  A.  I don't see January 6th mentioned anywhere in what I've

25  just reviewed.

1    Q.   Okay.

2              MR. BRENNWALD:   Can I go to 337.02, please.

3    Q.   What is the date on this text, sir?

4    A.   The 14th of December 2020.

5    Q.   Does this text say anything about going to Washington,

6    D.C., to interfere in an election?

7    A.   I don't see Washington, D.C., mentioned in this text.

8              MR. BRENNWALD:   Can we go to 312.01, please.

9    Q.   Do you see anything in -- first of all, what's the date

10   on that text?

11   A.   The 5th of January 2021.

12   Q.   And what time was that text sent from John Strand to

13   Russell Stuart?

14   A.   That was sent at 7:19 West Coast time; so 10:19

15   Washington, D.C., time in the evening.

16   Q.   On what day?

17   A.   The 5th of January.

18   Q.   And can you just please read that out loud for the jury

19   again.

20   A.   Yes.   "There will be more than a million people here

21   tomorrow... gonna get ridiculous.

22             "We have entry to the POTUS speech tomorrow at 10

23   or 11 EST, then the Protest speakers will happen after a

24   march... somewhere around 1 pm EST."

25   Q.   Thank you.

1           Does that say anything about going to the Capitol

2     and trying to stop the certification of the election?

3     A.  It does not.

4     Q.  Were you aware that after speeches were given at the

5     Ellipse that there were going to be speakers talking around

6     1:00 somewhere near the Capitol?

7     A.  Prior to January 6th, I wasn't aware of that.

8     Q.  Have you become aware of that since then?

9     A.  I have.

10    Q.  And you've become aware that there were a number of

11    permits issued for people to speak in certain locations,

12    haven't you?

13    A.  Based on testimony here, yes, I'm aware of that.

14    Q.  Okay.  Do you have any idea what this -- "then the

15    Protest speakers will happen after a march... somewhere

16    around 1 pm," do you have any idea what that refers to?

17    A.  Are you talking about the POTUS speech?

18    Q.  No, the second part of the sentence when they talk about

19    protest speakers around 1 p.m.  Do you have any idea what

20    that's about?

21    A.  I believe there were supposed to be some speakers after

22    the POTUS speech.

23    Q.  Okay.  And were those speakers, from your knowledge,

24    supposed to be at the Ellipse where the former president

25    spoke, or somewhere else after a march?

1    A.  I believe they were supposed to be at the same location

2    where the POTUS speech was.

3    Q.  Were you aware whether Dr. Simone Gold was one of the

4    speakers who was supposed to speak on January 6, 2021, at

5    this 1:00 event?

6    A.  I became aware of the fact that she was scheduled to

7    speak.

8    Q.  Okay.  You testified yesterday, when we looked at

9    Exhibit 366.01 -- that was the one where someone asked

10   Mr. Strand to drop a pin where he was at a certain time of

11   day.  Do you remember that?

12           MR. BRENNWALD:  Can we take a look at that,

13   366.01, I guess, or maybe it's just 366.  01, okay.

14           Can we make that top part larger, please.

15   Q.  So this is a text, just to save time, that is sent on --

16   it was sent on January 6, 2021, at 9:21 p.m. East Coast

17   time.

18   A.  Yes.

19   Q.  And, again, just so we're all clear on the record, any

20   time you see a text from Mr. Strand on January 6th, the time

21   is always three hours earlier than the actual time in D.C.;

22   is that correct?

23   A.  Yes.

24   Q.  The indicated time.

25   A.  I'm sorry?

1   Q.  The indicated time on his text messages is three hours

2   earlier than it actually is here, correct?

3   A.  Correct.  On all the texts that we have looked at, yes.

4   Q.  And you've seen a stipulation that the government and

5   the defense have which explains different times, Pacific

6   time, East Coast time, correct, Eastern Standard Time?

7   A.  Yes.

8   Q.  Okay.  So Mr. Strand here is asking someone named Alfie

9   Oakes if she's there for the Women For America First's Save

10  America march, correct?

11  A.  That's what the section says.  I don't know who -- I

12  don't know the gender of Alfie Oakes, but yes, that's what

13  the text says.

14  Q.  I don't either.  That's why I said Alfie Oakes.  I don't

15  want to assume anything.

16          And then Mr. Strand says, "We are in vip in front

17  of stage," correct?

18  A.  Yes, that's my understanding of what "vip" stands for.

19  Q.  And then lower in the message he drops a pin as we

20  recall from yesterday, correct?

21  A.  Yes.

22  Q.  And you testified yesterday that when you searched the

23  longitude and latitude coordinates for that dropped pin, it

24  took you to the area of the Ellipse in Washington, D.C.,

25  correct?

1    A.  I believe it was the area right around the Ellipse, yes.

2    Q.  Okay.  So from what you can tell, at 9:21 a.m. Eastern

3    Standard Time, Mr. Strand was in the area of the Ellipse on

4    January 6, 2021?

5    A.  One can infer from the pin drop --

6    Q.  Okay.

7    A.  -- that he was likely there.

8    Q.  Okay.  Yesterday the government asked you to

9    authenticate Government's Exhibit 337.01 -- strike that.

10              They didn't ask you to authenticate.  They agreed

11   to it.  They asked you to discuss and read Government's

12   337.01.

13              MR. BRENNWALD:  And if we can go to that and go to

14   the top page of that.

15              Can you enlarge the top box, please.

16   Q.  That says "We are such men.  LIONS," correct?

17   A.  Yes.

18   Q.  Do you have any idea what that's referring to?

19   A.  The "LIONS" part?

20   Q.  Right.

21   A.  I believe that is the individual that Mr. Strand was

22   texting with, I believe he has some type of brand or

23   something to do with lions.

24   Q.  You investigated that when you saw that, correct?

25   A.  I just did a simple Google search of the person's name.

```
 1    Q.  Okay.
 2              MR. BRENNWALD:  Let's go down to the second page
 3    of that, Ms. Rouhi, please.  And I need you -- could you
 4    enlarge both of them.  Thank you.
 5    Q.  Do you see what Ms. -- it's actually Mr. Taylor Mesple
 6    says to Mr. Strand, "These tyrants can literally piss off"?
 7    A.  Yes.
 8    Q.  And Mr. Strand says, "Yeah, but they won't... until we
 9    FORCE them to."  All caps for "force."
10    A.  Yes, I see that.
11    Q.  And this text -- these texts were sent on November 23,
12    2020?
13    A.  Yes.
14    Q.  Does Mr. Strand at that point say anything in this text
15    about going to the Capitol to obstruct a proceeding?
16    A.  He does not say anything like that in these two texts,
17    no.
18              MR. BRENNWALD:  The Court's indulgence.
19              (Pause)
20              MR. BRENNWALD:  This will make it quicker, Agent
21    Turner.
22              Can we go to 337.02, please.
23    Q.  So here Mr. Strand is again speaking to Taylor Mesple
24    saying, "Absolutely no.
25              "The fraud is massive and indisputable.  We,
```

 1    quote, cannot" -- it's actually not quotes, it's --

 2    whatever.

 3              What do you call that symbol around the "cannot"

 4    part?

 5    A.  Asterisks maybe?

 6    Q.  Okay.  I'll go with that.

 7              "We *cannot* allow a passive acceptance of such

 8    fraud and corruption of our republic at its very core.  This

 9    is literally #LiveFreeOrDie time.  I'm not joking."

10              That's sent on December 14, 2020, correct?

11    A.  Yes, December 14, 2020.

12    Q.  Does that say anything about going to Washington, D.C.,

13    to try to interfere with the certification of the election

14    on January 6th?

15    A.  It does not say anything about Washington, D.C., or

16    traveling to Washington, D.C.

17              MR. BRENNWALD:  Okay.  Can we go to 905, please.

18    Q.  This is -- what type of document or from what source did

19    this come?

20    A.  Twitter.

21    Q.  And is this a Tweet where Mr. Strand Tweets a response

22    to a Tweet from the former president?

23    A.  Yes.  He's responding to former President Trump's Tweet.

24    Q.  And Mr. Strand says, "This is the call to action.  This

25    is the plan.  Trust the plan.  Act."  Correct?

1     A.  Yes, and then #TruthMaverick, #FightBack.

2     Q.  Okay.  And that was -- there's a date on there,

3     January 2, 2021, and then it says from Naples, Florida.

4     Would that date refer to the former president's Tweet or to

5     Mr. Strand's response?

6     A.  I believe that would be Mr. Strand's response.

7     Q.  Okay.  Did you become aware, Agent Turner, that at

8     some point after January 6th and after you arrested him that

9     Mr. Strand and Dr. Gold moved to Naples, Florida?

10    A.  I don't think I realized they had moved.  I knew that

11    they had been in Florida prior to January 6th.

12    Q.  Okay.

13              MR. BRENNWALD:  The Court's indulgence.

14              (Pause)

15              MR. BRENNWALD:  Ms. Ayers just displayed her

16    photographic memory.  I asked her about an exhibit, and she

17    named a number.

18              Could we look at Exhibit 310, please.

19    Q.  Is that a -- well, tell us what that is.

20    A.  I'm sorry, could you repeat that?

21    Q.  Can you please tell us what we see on the screen on the

22    Exhibit No. 310, it looks like.

23    A.  As discussed yesterday, that appears to be an electronic

24    boarding pass for Southwest Airlines.

25    Q.  Okay.  And from where to where?

1    A.   From Tampa to BWI, which is the Baltimore-Washington --

2    I believe "International" is the I, the airport in that --

3    Q.   Did you -- I'm sorry.

4    A.   An airport in the -- near the D.C. area.

5    Q.   Did you become aware that Dr. Gold and Mr. Strand

6    traveled to Tampa a few days before this so that Dr. Gold

7    could give a speech to people there?

8    A.   I did not really investigate why they were in Florida.

9    I knew that they had traveled to Florida, but I didn't...

10   Q.   Okay.  I don't know how well you know Florida, but are

11   you aware that Tampa to Naples is about two and a half to

12   three hours by car?

13   A.   I am not super familiar with the geography of Florida.

14   Q.   Okay.  Did you do -- after you started investigating

15   this case, did you ever do any research into Dr. Gold's

16   activities and whether she worked as a doctor in the ER or

17   whether she gave speeches or that type of thing?

18   A.   I was aware, based on a tip that came in, that she had

19   been an ER doctor in California.

20   Q.   Okay.  And did you become aware through your

21   investigation that she would also, in the time leading up to

22   January 6th and after, travel to different parts of the

23   country and give speeches?

24   A.   I was -- I became aware that she gave speeches, yes.

25   Q.   Okay.  And you became aware that the main focus of those

1    speeches had to do with, quote-unquote, medical freedom,

2    correct?

3    A.  I have not reviewed her speeches, but I am aware that

4    that's what her topic of concern is.

5    Q.  Okay.  Did you find any evidence on Mr. Strand's

6    phone -- let me back up.

7            On what day did you seize Mr. Strand's phone?

8    A.  The same day we arrested him, the 18th of January 2021.

9    Q.  And do you know approximately when you obtained the

10   contents of the phone and went through those contents?

11   A.  I don't remember the exact time when I reviewed the

12   contents of his phone.

13   Q.  Did you review every single text message to every single

14   person on his phone?

15   A.  No.

16   Q.  Did you -- are you aware that some of these

17   conversations with somebody were as long as 500 pages the

18   way it was print -- the way it was sent to us?

19   A.  I know that there were long conversations.  I don't know

20   if they were 500 pages or 100 pages, but I know that there

21   were some long conversations in there.

22   Q.  And there were conversations with multiple people,

23   correct?

24   A.  Are you talking about like a group text or just --

25   Q.  No, just different -- let me just -- there were

1   conversations with Russell Stuart, correct?

2   A.  Yes.

3   Q.  Taylor Mesple?

4   A.  Yes.

5   Q.  Rachelle Gillespie?

6   A.  Correct.

7   Q.  Carol [sic] Strand?

8   A.  Yes.

9   Q.  I think it's Bobby Strand, his brother?

10  A.  I believe so, yes.

11  Q.  In any of those long or short text messages, did

12  Mr. Strand ever say anything about going to the Capitol to

13  stop an official proceeding to anybody, ever, before January

14  6th?

15  A.  Not to my knowledge.  He posted about the wild protest

16  and fighting back, but I do not recall an explicit "I am

17  going there on January 6th."

18  Q.  Okay.  Did you find anywhere on his phone or any

19  paperwork or any information anywhere that showed a map of

20  the Capitol before January 6th that would show someone how

21  to get into the Capitol and to actually go in the direction

22  of the House Chamber; in other words, directions to get to

23  where he was as individuals we saw yesterday?

24  A.  I don't recall seeing a map of the Capitol.

25  Q.  Okay.

```
1              MR. BRENNWALD:  Let's go to 342.01, please.

2              One second.

3              Can we enlarge the first two squares, Ms. Rouhi,

4    please.

5    Q.  So this date here on these texts, although it's not easy

6    for me to see here, it looks like January 6, 2021, correct?

7    A.  Yes, it looks like the 6th of January 2021.

8    Q.  And it says 2:06 p.m. and 22 seconds?

9    A.  On the first one, yes.

10   Q.  And the second one says 2:08 and 45 seconds, or is that

11   a 6?

12   A.  I think it might be 49 seconds on the second one.

13   Q.  Okay.  2:08:49.  Now, that's Pacific time, right?

14   That's not East Coast time?

15   A.  Yes, that is Pacific time.

16   Q.  So these texts between Bobby Strand, who you've already

17   talked about as being Mr. Strand's brother, and my client,

18   Mr. Strand, were after 5:00 on January 6th, correct?

19   A.  Yes, after 5:00 East Coast time.

20   Q.  And as we saw in the videos yesterday, Mr. Strand and

21   Dr. Gold were at the exit doors to the Capitol at around

22   3 -- well, they were before 3:15, but they were just right

23   near the exit around 3:15, correct?

24   A.  I don't recall the exact time, but I think that's in the

25   vicinity of what was discussed.
```

1    Q.  Okay.  You want to say you trust me, but you don't want

2    to say you trust me.

3                MR. BRENNWALD:  All right.  Let's go down to the

4    next page, Ms. Rouhi, please.

5                Okay.  Can you please enlarge those two blocks.

6    Q.  So his brother says to him, "History in what way?"

7                And Mr. Strand replies, "I don't think the U.S.

8    Capitol building has been stormed and breached like that."

9                Just that first sentence, is that historically, as

10   far as you know, a correct statement?

11   A.  Are you asking me if the U.S. Capitol has been stormed?

12   Q.  Right, stormed and breached before, yes.

13   A.  I mean, I think the British burned it to the ground --

14   Q.  Okay.

15   A.  -- at some point, but I'm not aware of another time

16   where it was stormed and breached in the manner that it was

17   on the 6th of January.

18   Q.  Okay.  And then the next sentence says, "and it" --

19   meaning the stormed and breached -- "caused Pence to delay

20   the certification," correct?

21   A.  Yes, and it says "and it caused Pence to delay the

22   certification."

23   Q.  And then it adds "so that's very significant," correct?

24   A.  Yes, it says "so that's very significant."

25   Q.  And this text is sent at 5:23 Eastern time and 47

1    seconds?

2    A.   Yes, 5:23 Eastern time.

3    Q.   You're aware that during the certification process that

4    began at 31:00 at the Capitol on January 6th at least one

5    senator and one congressperson objected to the counting of

6    the votes from Arizona, correct?

7    A.   Yes.  We've heard testimony about that.

8    Q.   And that objection caused a two-hour delay so that each

9    house of Congress could go back to its own chamber and

10   debate the validity of the electors and the votes from

11   Arizona, correct?

12   A.   From what I recall from another witness, the period of

13   debate was -- can be no larger than two hours.

14   Q.   Okay.  And you're aware that there were senators and

15   congressmen from a certain party who were trying to delay

16   the proceedings hoping that something would happen,

17   President Trump would declare an insurrection or something

18   like that, correct?

19   A.   I can't know what the senator and congressperson were

20   wanting.  I know from testimony that there were objections

21   to the Arizona -- initially the Arizona certification.

22   Q.   And you're aware that minority leader, Senator

23   McConnell, before January 6th was trying to discourage

24   senators and Congress people from objecting to any state's

25   electors, correct?

1    A.   Do I know if Senator McConnell was saying that?

2    Q.   Yes.  I mean, it was everywhere in the news, right?

3    A.   I don't know.  I wasn't following it that closely to

4    know what Senator McConnell's position was at a certain

5    point in time.

6    Q.   Okay.  Whatever Senator McConnell's position was and

7    whatever he kept saying, the fact is that on January 6th a

8    number of Republican Congress people and senators stood up

9    to object, not only to Arizona electors, but later on, even

10   after all this happened, to Pennsylvania's electors,

11   correct?

12   A.   I believe there were other objections besides just

13   Arizona.

14   Q.   Okay.  So a lot of people -- at least in a certain

15   segment of the population -- wanted to delay the proceedings

16   because they wanted something to happen magically that would

17   stop this from happening, correct?

18   A.   Yes, that's my understanding; that there were Americans

19   that wanted to somehow delay the certification of the vote.

20   Q.   And the only text or Tweet or anything that Mr. Strand

21   sent to anybody about this issue was sent over two hours

22   after he and Dr. Gold left the building, correct?

23   A.   This text was sent approximately two hours after they

24   left the building, and as mentioned, I didn't review every

25   single piece of data on the phone of Mr. Strand.

1    Q.  So let's talk about Mr. Strand's actions on January 6th

2    briefly.

3              The videos that you've seen throughout the whole

4    time that you've been in this courtroom, which is the

5    entire trial so far, did you ever see Mr. Strand in House

6    Chamber -- not House Chamber, the hallway that leads to the

7    House Chamber, did you ever see him push past everybody and

8    get up to the door that was foggy and yell at any officers?

9              MR. MANNING:  Objection.

10             THE COURT:  Sustained.

11             I'm sorry, scope?

12             MR. MANNING:  Relevance, no individual knowledge

13   of the witness here.

14             THE COURT:  Okay.  I'll sustain it.

15   Q.  Did you ever see Mr. Strand break any windows in that

16   area that we just discussed?

17             MR. MANNING:  Same objection, Your Honor.

18             THE COURT:  Sustained.

19             MR. BRENNWALD:  I was hoping that we didn't have

20   to recall him, but that's fine.

21   Q.  We've seen a lot of texts in Mr. Strand's phone talking

22   about we'll force them, live free or die, we have to act,

23   I'm not playing.  Are you aware of any act that would follow

24   from those types of words that Mr. Strand committed on

25   January 6th in the Capitol?

1    A.  I'm not sure I understand your question.

2    Q.  Did you see Mr. Strand use force against any law

3    enforcement officer that day?

4    A.  I have not seen Mr. Strand use force against a law

5    enforcement officer that day.

6    Q.  Did you see Mr. Strand push a door to try to get through

7    a door?

8              MR. MANNING:  Objection, Your Honor.

9              THE COURT:  Sustained.

10   Q.  We can see from Mr. Strand's texts, Agent Turner, that

11   he got to the Ellipse at least by 9:30 in the morning on

12   January 6th, correct, according to the pin drop?

13   A.  Yes.

14   Q.  And during that morning on January 6th different

15   speakers at the Ellipse were giving speeches, correct?

16   A.  I believe there were multiple speakers, yes.

17   Q.  And from 9:00 -- what time approximately, if you know a

18   general time, did the speeches at the Ellipse end where the

19   former president was talking?

20   A.  I don't know.

21   Q.  Was it after 12:00?

22   A.  I don't know.

23   Q.  Are you aware of any kind of fights that occurred in

24   that crowd at the Ellipse?

25   A.  I don't know.

1  Q.  Have you looked into any of that as a case agent here?

2  A.  I have not looked into whether there were fights at the

3  Ellipse, no.

4  Q.  Do you know whether there were fights or there were

5  commotions when people walked from the Ellipse towards the

6  Capitol before they got to the Capitol grounds?

7  A.  Could you repeat the question?

8  Q.  Was there any kind of commotion or fighting when people

9  started marching from the Ellipse towards the Capitol before

10  they got to the Capitol grounds?

11  A.  I don't know if there was fighting during that time.

12  Q.  Okay.

13          MR. BRENNWALD:  Almost done, Your Honor.

14  Q.  You talked yesterday about this Red Pill Revolution.

15  That comes from the movie *The Matrix* with Keanu Reeves,

16  correct?

17  A.  That's my understanding of what that term refers to.

18  Q.  And so when they say "revolution," it's referring not to

19  a physical revolution, but to -- like if you take the red

20  pill your eyes would be opened to reality, correct?

21  A.  That's my understanding from having seen *The Matrix*

22  years ago, yes.

23  Q.  And if you take the blue pill, you're kind of stuck in

24  Not Knowing Land, I'll call it, right?

25  A.  Yes, life continues as normal in the matrix, I guess.

1    Q.  So the word "revolution" in that context has nothing to

2    do with fighting, overthrowing, killing.  It has to do with

3    knowledge, correct?

4    A.  I don't have a lot of knowledge about the film.  I think

5    you take the red pill, and then you end up fighting the

6    robots in the movie.

7    Q.  I'll have to watch it again some day.

8    A.  It's been a few years since I've seen that.

9              MR. BRENNWALD:  Okay.  Thank you, Agent Turner.  I

10   appreciate your time.

11             MR. MANNING:  Permission for a brief redirect,

12   Your Honor?

13                      REDIRECT EXAMINATION

14   BY MR. MANNING:

15   Q.  Good morning, Agent Turner.

16   A.  Good morning.

17   Q.  I just want to direct your attention back to two

18   different lines of questioning.

19             Do you recall discussing with Mr. Brennwald some

20   sort of security license that was found when Mr. Strand was

21   arrested?  Is that right?

22   A.  Yes.

23   Q.  Okay.  And that was a private security license?

24   A.  Yes.

25   Q.  Okay.  And, you know, based on your understanding of

1    security procedures at the United States Capitol on January

2    6th, would that license have given the defendant any

3    authorization to walk into the Capitol?

4    A.  I do not believe it would have.

5    Q.  You were asked by Mr. Brennwald whether you personally

6    had investigated anybody for anything in connection with not

7    certifying the election that didn't involve force; is that

8    right?

9    A.  Yes, he asked that.

10   Q.  And there's more than a thousand agents at the FBI; is

11   that right?

12   A.  There are more than a thousand agents at the FBI, yes.

13   Q.  So you can't speak to what all those thousand agents are

14   investigating or not investigating; is that right?

15   A.  I cannot.

16          MR. MANNING:  Nothing further, Your Honor.  Thank

17   you.

18          THE COURT:  All right.  Thank you very much for

19   your testimony.  You may step down.

20          MS. AYERS-PEREZ:  Your Honor, the government

21   rests.

22          THE COURT:  Okay.  Ladies and gentlemen, the

23   government has rested its case-in-chief.  We're going to

24   give Mr. Brennwald a little time to organize things, and

25   then he will call his first witness.  So we're going to

1   dismiss you back to the jury room, and we'll be ready to

2   reconvene in about 30 minutes, okay?

3          (Jury exits courtroom)

4          THE COURT:  All right.  Please be seated.

5          Mr. Brennwald, do you want to preserve your

6   motion?

7          MR. BRENNWALD:  Yes, Your Honor.

8          For the record, I'll move for a judgment of

9   acquittal on each charge, and I will -- rather than spend

10  hours arguing, I will submit on the record.

11         THE COURT:  Okay.  The Court will deny the motion

12  without prejudice and will reserve on the motion until the

13  jury reaches a verdict in the case.

14         MR. BRENNWALD:  Okay.

15         THE COURT:  All right.  How long do you think

16  you're going to go?  I know that that may not be possible to

17  estimate with certainty, but...  A couple of hours?

18         MR. BRENNWALD:  Yes.

19         THE COURT:  Okay.

20         MR. BRENNWALD:  I think that we'll have to break

21  for lunch, and I think we'll be coming back after unless --

22         THE COURT:  All right.  We'll see how it goes.

23         (Recess taken)

24         THE COURT:  Okay.  Thanks for your patience,

25  ladies and gentlemen.  Please be seated.

```
 1              Mr. Brennwald, please call your first witness.
 2              MR. BRENNWALD:  Yes, Your Honor.  We would call
 3     Mr. John Strand.
 4              THE COURT:  Mr. Strand, if you will raise your
 5     right hand and be sworn.
 6              (Defendant sworn)
 7              THE COURT:  Can we get Mr. Strand a glass of water
 8     maybe?  If there's not one up there.
 9              All right.  Please proceed.
10              MR. BRENNWALD:  Thank you.
11                     JOHN HERBERT STRAND, Sworn
12                          DIRECT EXAMINATION
13     BY MR. BRENNWALD:
14     Q.  Good morning, Mr. Strand.
15     A.  Good morning.
16     Q.  So make sure that that mic is -- so that you sit close
17     to it.  I don't think it moves so make sure you sit close
18     enough to it.
19     A.  How does that sound?
20     Q.  That's fine.
21              All right.  Good morning.  For the record, please
22     state your name.
23     A.  My name is John Strand.
24     Q.  What's your full name?
25     A.  John Herbert Strand.
```

```
 1    Q.  And you hate your middle name?

 2    A.  Yes.

 3    Q.  Sorry.

 4    A.  What can you do?

 5    Q.  Mr. Strand, where do you live?

 6    A.  In Naples, Florida, now.

 7    Q.  Okay.  And let me just back up a little bit to get to

 8    know a little bit about you.

 9             Where were you born, sir?

10    A.  In California, in Monterey.

11    Q.  Okay.  And how long did you stay in Monterey?

12    A.  Only a couple of years.  My dad served in the United

13    States Navy, so we were moving in different places.

14    Q.  Keep your voice up.

15    A.  Oh, sorry.  My dad served in the Navy so we moved at

16    various points.

17    Q.  Did there come a time when you ended up in a state that

18    you were there for a while?

19    A.  Yes.  Once I was in second grade, we moved to Colorado,

20    so I was there for some time during grade school.

21    Q.  What type of school did you go to growing up?

22    A.  I was home schooled.

23    Q.  Home schooled.  By...?

24    A.  My mom.  And my dad.

25    Q.  Did you finish high school?
```

1    A.  Yes, I did.

2    Q.  In a home school setting?

3    A.  Yes.  In fact, I went to junior college for the last

4    year of high school as well.

5    Q.  Okay.  Where was that?

6    A.  In Colorado.

7    Q.  Okay.  What were you studying?

8    A.  In junior college I was studying business

9    administration.

10   Q.  Did you ever get any type of degree or certificate?

11   A.  No.  I stopped just short of an associate's degree

12   because I had an opportunity to work at a recording studio,

13   which was a real passion, so...

14   Q.  A recording studio for what?

15   A.  Music production.

16   Q.  Okay.  Where?

17   A.  Also in -- in the Denver area of Colorado, yeah.

18   Q.  Did you have a band?

19   A.  I was in a band for years, yes.

20   Q.  What did you play?

21   A.  I was a lead singer and keyboard player.

22   Q.  Okay.  So pretend you're a lead singer and make sure we

23   can hear you.

24   A.  Okay.  Sorry.

25   Q.  After you joined this recording studio briefly, tell us

 1    about the rest of the years up until last year or two years

 2    ago.

 3    A.  Oh, a quick story.  Yes, I loved music and fashion and

 4    movies and the arts, so I was excited to work in that

 5    recording studio.

 6             And then I was working in the band that I was in,

 7    went back to the West Coast with the band, and then I

 8    started working more full time in modeling and acting at

 9    that point.

10    Q.  What kind of modeling?

11    A.  Fashion modeling mostly, yes.

12    Q.  Okay.

13    A.  I mean, suits, swimwear, kind of the range of things.

14    Q.  All right.  What about acting?

15    A.  I was doing that as well, particularly in the Hollywood

16    area.  I did -- I spent time living and working in both Los

17    Angeles and New York City, but I did some acting work in LA

18    as well.

19    Q.  Was it an easy life?

20    A.  No.  It's quite the opposite.

21    Q.  Did you have times when you were struggling financially?

22    A.  More often than not.

23    Q.  Spent some significant time couch surfing, so to speak?

24    A.  Yes.  I even spent a couple of nights sidewalk surfing

25    actually.

1   Q.  Okay.  So for those of us who might not know what couch

2   surfing is, can you please tell us what that means.

3   A.  Sleeping on a couch because you can't find your own

4   place at the time.

5   Q.  Whose couch?

6   A.  A friend.

7   Q.  Did there come a point in time, Mr. Strand, where you

8   met someone by the name of Simone Gold?

9   A.  Yes.  Yes, I met Dr. Gold in 2020.

10   Q.  And do you know about what month?

11   A.  About September.

12   Q.  So this is about four months before January 6th?

13   A.  That sounds right, yes.

14   Q.  And in what context?

15   A.  A work context because at that time I was organizing a

16   freedom rally in my hometown, in Los Angeles there, and we

17   invited many different notable speakers to come and

18   participate, and she was one of them.

19   Q.  So without getting into politics or medicine, what's the

20   bird's eye view of a freedom rally?

21   A.  Well, during that time there were restrictions related

22   to viruses and things of this nature, and so people in my

23   area -- I think everywhere -- were concerned about those

24   restrictions, the lockdowns, particularly when they were

25   preventing people from going to work and going to church to

1    worship and basic normal everyday life things that, you

2    know, we believe are important for everyone to be able to

3    do.

4    Q.  Okay.  Were those freedom rallies political?  In other

5    words, were they exclusively for Republicans?

6    A.  Oh, absolutely not.  We actually intentionally named it

7    The Beverly Hills Freedom Rally so that it was inclusive for

8    everyone of any political affiliation.

9    Q.  Okay.  And did you have people participate and come who

10   were of all stripes politically?

11   A.  We did, yes.  I mean, it was certainly a large group of

12   one particular, you know, party affiliation, but that wasn't

13   the name of it or the purpose really.

14   Q.  So you said that you invited -- did you invite Dr. Gold

15   to speak at one of those rallies, or did somebody else

16   invite her and you met?

17   A.  Someone else on my team did, yeah.

18   Q.  We talked about acting and modeling briefly.

19   A.  Uh-huh.

20   Q.  Did you do any other type of work?

21   A.  Oh, sure.  I did various odd jobs that actors and models

22   typically do.

23              So I worked as a security guard for restaurants

24   and venues in LA.  I did staff management for teams of

25   models that were often hired for upscale events in cities

1    like LA and New York.  I -- what else did I do?  Anything

2    that I could to keep the ship going forward so...

3    Q.  Okay.  At the time that you had -- by the time you met

4    Dr. Gold, had you worked for a private security company?

5    A.  I was licensed as a security guard in the state of

6    California in order to provide security and entry management

7    at some nicer restaurants in the area.

8    Q.  What kind of training did you have, if any, to be a

9    security guard?

10   A.  I had underwent several hours of training for that

11   security license just to understand how to handle agitated

12   people, how to handle myself safely in a crowded situation,

13   how to always support and comply with law enforcement orders

14   and directives and so forth.

15   Q.  So tell us how -- when Dr. Gold was invited by someone

16   in your group to speak, how did you actually eventually meet

17   her personally?

18   A.  I was aware of some of the speeches she'd done

19   previously, and she had been speaking about the importance

20   of medical freedom and also the importance of learning all

21   the facts about science so that you have -- can make

22   informed decisions, which I thought was -- I always think

23   being more educated is helpful and important.  And we wanted

24   people at the freedom rally that we were organizing to be

25   more and more educated about a variety of topics.

1        So, of course, Dr. Gold was speaking about

2    medical-related things because that was her area of

3    expertise, but we had other speakers come to address topics

4    about freedom and the Constitution and things like that.

5    Q.  You're aware that a lot of people think that what she's

6    talking about is disinformation, correct?  Without getting

7    into all the details, you're aware of that, correct?

8    A.  Yes, I know the term, and it's used by a lot of people

9    for a lot of things.  So I generally understand that in the

10   last couple of years there's been a lot of confusion

11   about -- you know, whether it's viruses or anything else,

12   there's -- there's a lot of different opinions that go in a

13   lot of different directions so...

14   Q.  Okay.  So how did you actually meet her then?

15   A.  Just on the ground at the rally.  I, you know, was

16   helping her get into position so that she could do her

17   speech, along with other people, and she just observed me

18   helping to keep things organized, helping keep things safe

19   and calm.

20        Because it was always a peaceful rally, but it was

21   busy.  We had several thousand people a weekend coming.

22   Q.  Were there ever any outside agitators who would come to

23   the rallies?

24   A.  A couple of times there was a little bit of that.  And

25   we always had Beverly Hills Police Department on the scene

 1    and involved to keep things safe, so there was very little

 2    issue.

 3              But a couple of times a couple of trouble-makers

 4    tried to start trouble, and we just backed up and didn't

 5    engage in that.

 6    Q.  Okay.  So did there come a time when you ended up

 7    working for Dr. Gold?

 8    A.  Yes, shortly after.

 9    Q.  And in what capacity would you say you worked?  Was

10    there any specific job you had to do?

11    A.  Many jobs.  Basically anything I could do to help her.

12              She was getting a lot of -- there were a lot of

13    people aware of what she was doing, and so the support for

14    her and the demand for her time and attention was growing

15    very quickly.  So she didn't have a lot of help at that

16    time, but needed a lot of help, and I was interested in

17    supporting her.  I believed in her mission, and so I just --

18    I offered to be helpful in any way that I could.

19              So I would say I was her direct assistant at that

20    time.

21    Q.  This is a tricky question, but I have to ask it.

22    A.  Okay, sure.

23    Q.  How many years older than you is Dr. Gold?

24    A.  Quite a few.  I didn't ask her her age.  She didn't ask

25    me mine either.  So I didn't come to learn her age for some

```
1    time, but...
2    Q.  Could you describe Dr. Gold's personality in general.
3    A.  Strong.
4    Q.  In your time around her, did there come a time when the
5    relationship went from being one of she being the employer
6    and you being the employee to a more personal situation?
7    A.  It did, yeah.
8    Q.  And do you know about when that happened?
9    A.  I was working with her -- around September, when we
10   first met, I was working with her pretty consistently.  I
11   would say the next month, in October, and I think by
12   November we were starting to become closer personally in a
13   romantic kind of a sense.  But it was a slow, gradual
14   process, I guess.
15   Q.  Had you been intimate with her before January 6, 2021?
16   A.  No.
17   Q.  In your relationship between September, October,
18   November, December of 2020, did it feel to you like a
19   balanced relationship power-wise within the couple?
20   A.  No.  It felt highly imbalanced from the beginning, and
21   it always has.
22   Q.  Did that bother you?
23   A.  I guess -- I guess yes, but it didn't bother me so much
24   that I thought it was like totally inappropriate or
25   something I couldn't deal with.
```

1          I was mostly motivated in the beginning, and

2     still.  My main motivation was the beliefs that we shared,

3     the values that we were trying to advocate for, civil rights

4     and human rights and liberty and justice and those kinds of

5     things.  So I believed in that really strongly, and I know

6     that she did, too.

7          So I overlooked that, I guess, and I just tried to

8     do the best that I could.

9     Q.  Would it be too strong of a word to say that your

10    relationship involved a fair amount of bullying on her part?

11    A.  That would be fair to say, yes.

12    Q.  Did you see it then?

13    A.  It was impossible not to see, so I saw it.  I felt it.

14    It was -- it was -- it was not enjoyable.

15         She's also a very kind person at the same time as

16    sometimes being very strong and very difficult, so it's not

17    that she was a terrible person to me.  That's not at all the

18    case.

19         But no, being bullied and being dealt with, you

20    know, disrespectfully is never enjoyable.  I don't enjoy

21    that.  I do the best that I can to treat everyone

22    respectfully no matter what, so...

23    Q.  Did there come a time when you and she flew towards D.C.

24    and eventually to D.C. in early January 2021?

25    A.  Yes, yes, that was --

1   Q.  Did you come straight from -- where were you all then,

2   say, January 1st, January 2nd, the first part of the year?

3   Where were you two at that point?

4   A.  In Naples, Florida.  Dr. Gold has a friend there that

5   she usually spent some time with around the holidays, and so

6   we spent the holiday there together.

7   Q.  And what did you do after the holidays?

8   A.  Dr. Gold had a scheduled speech on I believe January 3rd

9   in Florida, in Tampa.

10  Q.  Tampa?

11  A.  Uh-huh.  And then she had a scheduled speech in D.C. on

12  January 5th, and then another speech scheduled on January

13  6th, and then a speech on January 8th that was scheduled in

14  Florida.

15  Q.  Did you go with her to the January 3rd speech in Tampa?

16  A.  Yes.

17  Q.  Were you in the audience when she was speaking?  Up on

18  stage?  Or where were you?

19  A.  I generally sit front row or somewhere very close by.  I

20  keep very close proximity to Dr. Gold whenever she's in

21  public.

22  Q.  Has she had a number of threats or at that time had she

23  been receiving a number of threats to her life or to her

24  safety?

25  A.  Yes.  She became well-known nationally starting in July

1    of 2020.  She had led a press conference that went viral, so

2    tens and tens of millions of views of that.

3    Q.  Where was that press conference?

4    A.  It was actually on the steps of the Supreme Court.

5    Q.  And tell us briefly about an organization called

6    America's Frontline Doctors.

7    A.  America's Frontline Doctors is a group of doctors that

8    were working really hard to try to learn how to address the

9    COVID issue, and they realized that there was early

10   treatment that is very helpful.  And it's safe medicines

11   that have been FDA approved for many years.

12   Q.  Are you a medical expert?

13   A.  Am I?  No.

14   Q.  So this is all what you're hearing from other people?

15   A.  Uh-huh, from doctors.

16   Q.  And who founded America's Frontline Doctors?

17   A.  Dr. Gold did.  It basically became a thing after that

18   press conference because so many people were interested, and

19   so she kept providing more information and kept speaking at

20   events and so forth.

21   Q.  And so at that point you're working with her to do what?

22   A.  Just to get the message out.  It's mainly information

23   education advocacy.

24   Q.  So back to the threats.  What kind of threats was she

25   receiving back then?

1   A.  Kind of everything you can imagine from threats against

2   her license as a doctor and her credibility as a

3   professional as well as, you know, online social media

4   threats of a nature that I don't want to speak about because

5   it would be impolite, but just -- yes, just kind of --

6   Q.  Actually I would like you briefly to speak about it.

7   A.  Well, people -- I think we've probably all had

8   experience when we come across people that have different

9   opinions, but they express it in a very aggressive or

10  adversarial manner, and they attack people personally rather

11  than the ideas or the issues.  So I saw Dr. Gold receive a

12  lot of those, you know, aggressive statements or threats.

13  Q.  Did any threats -- were they just threats about

14  ideology, or about her medical license, or were they threats

15  to her physical safety?

16  A.  I heard references to all of that, but...

17  Q.  Okay.  Was one of your roles with Dr. Gold to address

18  her physical safety?

19  A.  Yes, absolutely.

20  Q.  When you went to speeches with her January 3rd in Tampa,

21  January 5th and 6th in D.C., January 8th back in Florida,

22  did you have any role with respect to her safety at that

23  point?

24  A.  Yes.  I was the primary person that was always

25  physically with her.

1    Q.  Okay.

2    A.  So...

3    Q.  And was it a little bit tricky because at that point you

4    were more than just employer/employee?  You had more of a

5    relationship than that in January?

6    A.  Yes.  I didn't find it tricky, no.  It was just -- we

7    were always close.  We were always working.  She's very

8    busy.  I was very busy.  She gave me a lot of work to do.

9    Q.  Okay.  So did you fly to D.C. on January 5th as this

10   exhibit that we've seen demonstrates?  It says John Strand,

11   Tampa to BWI.

12   A.  Right, correct.

13   Q.  And when you arrived here, did you fly -- did you fly

14   here with anybody else?

15   A.  No.  It was just Dr. Gold and myself that flew from

16   Florida to D.C. for the speech that she had on January 5th.

17   Q.  Where was the speech that she had on January 5th?

18   A.  A place called Freedom Plaza, is what I remember.

19   Q.  Had you ever been there before?

20   A.  No, not to my memory.

21   Q.  Have you spent a lot of time -- other than New York,

22   have you spent a lot of time in the D.C. area before?

23   A.  Not a lot.  I've spent a little time over the years.  My

24   dad has some family in the area, so as a kid I made a couple

25   of short trips to D.C.  As an adult, not -- I don't remember

1    when the last one was, so it wasn't in the last year or two.

2    Q.  While we're talking about that, were you intimately

3    familiar with the Capitol building and the hallways, how

4    to get in and how to get out of that building, back on

5    January 6, 2021?

6    A.  No, I wasn't familiar at all.

7    Q.  Okay.  So how many people would you say -- I know

8    it's a rough number -- attended this January 5th speech that

9    Dr. Gold gave?

10   A.  It seemed like there were 5,000 to 10,000 people,

11   somewhere in that range, in the Freedom Plaza.

12   Q.  Was she the only speaker?

13   A.  No.  There were 15 or 20 speakers.  There was a whole

14   tent just for the speakers, so...

15   Q.  Okay.  So after the January 5th speech -- was that in

16   the morning?  Midday?  Evening?  Do you know?

17   A.  I believe it was in the afternoon, maybe early

18   afternoon.  I think it was raining a little bit.

19   Q.  Okay.  You said there were plans for her to speak again

20   on January 6th?

21   A.  Yes.  That was planned weeks in advance, the 5th and the

22   6th.

23   Q.  While I'm doing this, let me ask you, when you and

24   Dr. Gold came here to D.C. on January 5th, was your -- was

25   one of your goals -- if not the only goal, was one of your

1    goals to go into the Capitol and try to interfere with the

2    certification of the 2020 election?

3    A.   No.   That never crossed my mind.

4              MR. BRENNWALD:   The Court's indulgence.

5              (Pause)

6              (Counsel confer)

7              MR. BRENNWALD:   I apologize, Your Honor.   A lot to

8    go through.

9              (Pause)

10              THE COURT:   Counsel, is this something we can do

11   over the break, or no?

12              MR. BRENNWALD:   I think we're set.

13   Q.   Mr. Strand, was it your understanding that after --

14   let's get to January 6th.

15   A.   Okay.

16   Q.   I think we all want to get to January 6th.

17              Was it your understanding on January 6th, after

18   speeches at the Ellipse, that people were supposed to go

19   from there to somewhere near the Capitol?

20   A.   Yes.

21   Q.   Were you at the general area of the Ellipse the morning,

22   midday, of January 6, 2021?

23   A.   That's correct.

24   Q.   After whoever spoke there finished speaking, where did

25   you and Dr. Gold go?

1    A.  We went towards the Constitution Avenue side of the

2    Capitol.  So we went from the Ellipse basically in a

3    procession, like a long march, just up that main road to

4    the, I think -- is that the north side?

5    Q.  It is.

6    A.  Yeah.

7    Q.  When you were walking over there, was it just the two of

8    you?

9    A.  No.

10   Q.  Okay.

11   A.  No, there was a human chain basically of, I don't know,

12   a dozen or so.  I was obviously with Dr. Gold and various

13   other people that were involved in the speeches, and we all

14   grasped one person's hand in front of us and behind us so

15   that we wouldn't lose each other in the crowd.

16          The crowd was so massive, I don't even know how to

17   explain it.  It's the biggest crowd I've ever been in in my

18   life.

19   Q.  A lot bigger than Beverly Hills crowds?

20   A.  It was like 30 or 40 cities put together.  Yeah, it was

21   huge.

22   Q.  Okay.  So you're in the middle of that big crowd as

23   you're walking from the Ellipse towards the Capitol area?

24   A.  Yeah.  The entire time.  It was -- it was hard to

25   breathe the entire time almost.

1    Q.  During that period of time were there people who were

2    wearing MAGA hats and MAGA clothing?

3    A.  Of course, yeah.

4    Q.  Were there people who were carrying flags with all sorts

5    of symbols on them?

6    A.  There were so many flags and different colors.  It was a

7    very interesting display.

8    Q.  And did you understand that where you were heading near

9    the Capitol that there was a permit that had been issued for

10   Dr. Gold and others to speak --

11   A.  Yes.

12   Q.  -- in the afternoon of January 6, 2021?

13   A.  That's correct, yeah.

14   Q.  Okay.  I'm going to show you what's -- we're going to

15   move into evidence Defense Nos. 107, 106, and 105.  I don't

16   believe there's an objection.

17              THE COURT:  Any objection, Counsel?

18              MR. MANNING:  Your Honor, no objection.

19              THE COURT:  So moved.

20   Q.  I thought that blue thing was a circle.  I was trying to

21   clear it, but it's actually marked on there.

22              Do you see where the No. 8 is circled --

23   A.  Yes.

24   Q.  -- in blue?

25              Are you aware of whether that is where Dr. Gold

 1    and other people were supposed to speak?

 2    A.  That's my understanding, yeah.

 3    Q.  Okay.  And you had said something about walking on

 4    Constitution Avenue.  Do you see the street name to the left

 5    of that green line I just made --

 6    A.  I do, uh-huh.

 7    Q.  -- Constitution Avenue?  Do you see the letters?

 8    A.  Yes.

 9    Q.  Okay.  And do you know about what time you and Dr. Gold

10    and others arrived at this area where Permit No. 8 is

11    indicated?

12    A.  Yes, it was a little after 2:00 p.m.

13    Q.  Okay.  So I'm going to show you, just in case you're not

14    oriented to this -- I think we can all agree, this here is

15    the east side of the Capitol.

16          MR. BRENNWALD:  Can you agree to that, Counsel?

17    Can we agree to that where I've circled is the east side of

18    the Capitol?

19          MR. MANNING:  Yes.

20    Q.  Okay.  And then down here is the beginning of the west

21    side going down that way, right?

22    A.  Yes.

23    Q.  Okay.  When you arrived towards that area, sir, did

24    Dr. Gold give a speech?

25    A.  Not at first, no.

1    Q.   Okay.

2    A.   There was confusion.

3    Q.   Did you learn whether or not there had been any change

4    in the permit for that location where she and others were

5    supposed to speak?

6    A.   No.  I didn't hear anything about that.

7    Q.   You didn't hear about it, okay.

8              Were you aware of whether she was going to be the

9    only speaker there?

10   A.   No.  She was one of, I think, 15 or 20.

11   Q.   Did she ever give a speech in the area that's designated

12   No. 8 on this exhibit that we've seen?

13   A.   Not really.  I mean, she tried to get people's attention

14   at some point to speak once they were kind of milling

15   around, but...

16   Q.   Did you learn whether or not the permit had been

17   cancelled for that spot?

18   A.   No.  I had never heard that.

19   Q.   Okay.  So why didn't she speak then?

20   A.   Well, we were looking for a stage, and we were looking

21   for a crowd to form for the speeches.  She was also --

22   Q.   But this is supposed to be where the stage happens, so

23   why didn't she speak there, is my question?

24   A.   I didn't have this map when we arrived.  I didn't -- I

25   didn't really know where we were going.  Someone in front

1    was leading us in a chain.

2    Q.  Okay.

3    A.  I just knew it was outside the Capitol.  That was the

4    extent of my knowledge at that time.

5    Q.  So you didn't have, quote-unquote, advanced security

6    information about where you were going and what the plan

7    was?

8    A.  Just that it was just outside the Capitol.  That's the

9    extent of what I knew.

10   Q.  Okay.  You did not have any information, for the record,

11   that it permitted anyone to go onto the Capitol grounds, did

12   you?

13   A.  Can you repeat that question so I understand it

14   accurately?

15   Q.  Yes.  You did not have any information -- strike that.

16           Did you know where the speeches were supposed to

17   be, whether on the Capitol grounds or off the Capitol

18   grounds?  Did you know that much, or no?

19   A.  I understood it to be on the Capitol grounds.

20   Q.  Okay.  At some point did Dr. Gold go in a different

21   direction than No. 8 here?

22   A.  My understanding is we were basically in the general

23   area of No. 8, probably towards the bottom part, because we

24   didn't get all the way up the street, and that's about as

25   far as we made it.  And we were looking for where the stage

1    was and where the other speakers were going to be.

2              We weren't the only people walking up Constitution

3    Avenue, of course.  There were many, many people coming at

4    that time, so it was getting fuller and fuller by the

5    minute.

6              We had arrived a few minutes after 2:00 p.m.,

7    and -- when we actually got there and were trying to figure

8    out where does she go for this speech.  It was not clear.

9    And then we were confused by the lack of an obvious stage

10   and an obvious -- it didn't seem organized.

11             That was totally unexpected because we knew that

12   Congress people were going to be speaking there, and

13   thousands of people were expected to attend, and it had been

14   scheduled weeks in advance.  So immediately I was confused

15   by the lack of organization.

16   Q.  So what did you do next?

17   A.  Someone in our group got a phone call and said, "Hey,

18   someone's telling me that the speeches are cancelled," which

19   was the first I had heard that idea even being mentioned.

20             And, again, I was very confused because I knew

21   Congress people were coming to speak, and the fliers had

22   been distributed weeks in advance, and everyone was here for

23   the speech, so it just didn't make any sense.

24   Q.  So what happened at that point?

25   A.  Well, at that point, like I said, there were people

 1    still coming second by second, minute by minute, and so it

 2    was getting fuller and fuller, and a group of people had

 3    started moving towards the steps of the Capitol building.

 4    Q.  Which steps?

 5    A.  The east steps.  I mean, they were the only steps I

 6    could see.

 7    Q.  Right here?

 8    A.  Yes.

 9    Q.  I know you're not from here, so you might not know.  Do

10    you know what these things here are?

11    A.  No.  I think someone said they're glass.  I'm not sure.

12    Q.  I told you that.

13    A.  Oh, okay.

14    Q.  Okay.  So you started to make your way.  Can you draw on

15    this diagram where you went from on this diagram to the

16    steps.

17    A.  Do I just do that and use my finger?

18    Q.  Just use your finger.

19    A.  So we came up here like this and tried to find the

20    stage, and then people were --

21    Q.  Keep your voice up.

22    A.  People were continuing to come here like this, and then

23    people started moving towards the steps.

24    Q.  Okay.  And is that what you and Dr. Gold did?

25    A.  After a few minutes she turned and went that way.  I

1    mean, she gave me a look like I've got to go this direction.

2    That's where the people are.

3    Q.  Did you say anything to her about whether she should go

4    there?

5    A.  I didn't because she moved quickly and didn't give me a

6    chance to say anything, but she saw in my face that I was

7    concerned because I didn't know what the plan was or where

8    she was going exactly or what else was happening.  I was

9    still trying to figure out why speeches were cancelled that

10   had been set up weeks in advance with, you know, Congress

11   people and thousands and thousands of citizens coming to

12   listen, so...

13   Q.  Okay.  So the two of you went and made your way towards

14   these East Rotunda steps that we've learned about in this

15   space?

16   A.  Uh-huh.

17   Q.  Yes?

18   A.  That's correct, yes.

19   Q.  You have to say yes or no.

20   A.  Yes, yes.

21   Q.  Otherwise Ms. Moreira --

22            THE WITNESS:  (To the court reporter) Sorry.

23   A.  She hasn't yelled at me yet.

24   Q.  Just wait.

25            MR. BRENNWALD:  All right.  So let's get rid

1    of this exhibit, Ms. Ali, and pull up the actual permit

2    itself.

3              I want to move Defense Exhibit No. 105 into

4    evidence.  I believe without objection.

5              THE COURTROOM DEPUTY:  You've moved them in

6    already.

7              THE COURT:  Is this one of the ones that we've

8    admitted?

9              MR. BRENNWALD:  I just talked to them.  That's

10   what we were huddling about earlier, is this and the permit

11   sketch.

12             THE COURT:  Okay.  Why don't you lay a foundation,

13   move to admit it, ask if there's an objection.

14   BY MR. BRENNWALD:

15   Q.  Mr. Strand, have you ever seen this document here,

16   United States Capitol Police Board?

17   A.  I think I saw it when you were gathering paperwork this

18   week, but I hadn't seen it previously.

19   Q.  You hadn't seen it previously?

20   A.  Uh-uh.

21   Q.  You weren't aware of it on the day of the speech?

22   A.  No.  I knew someone had secured a permit because I was

23   told that, but I hadn't seen it.

24             MR. MANNING:  Objection, Your Honor.  I'd ask we

25   briefly go to the phones, if we may?

```
 1                    (The following is a bench conference

 2                     held outside the hearing of the jury)

 3                    MR. MANNING:  Your Honor, we've never seen this

 4      document before despite the Court's order requiring the

 5      defense to provide exhibits and exhibit lists weeks ago.

 6      Had we seen it, we certainly would have questioned Captain

 7      Mendoza about it.

 8                    We don't want to disrupt the defendant's testimony

 9      to prevent him from speaking to this, but it may require a

10      rebuttal case on it.  But we'll take that up further, and

11      we'll allow the defendant to proceed.

12                    THE COURT:  Well, I mean, if he's never seen it

13      before how does he have personal knowledge as to what it is?

14                    MR. BRENNWALD:  Your Honor, we're just going to

15      ask that it be admitted because it's an official record.

16      It's a business document -- not a business, but an official.

17                    THE COURT:  But he still has to be able to testify

18      to it.

19                    MR. BRENNWALD:  Or I can just --

20                    THE COURT:  You can't just -- I mean, I don't know

21      what this is, you know?

22                    MR. BRENNWALD:  Okay.

23                    THE COURT:  So I'm not going to allow it.

24                    MR. BRENNWALD:  Okay.

25                    (This is the end of the bench conference)
```

1    BY MR. BRENNWALD:

2    Q.  Mr. Strand, when you -- when Dr. Gold started moving

3    toward the East Rotunda steps, did you stay where you were

4    and just let her go do what she wanted to do?

5    A.  No.  That was not an option for me.

6    Q.  Why not?

7    A.  My responsibility was to keep her safe in a very, very

8    large crowd the entire day, and it was very busy.  So I

9    would have been very concerned for her safety if I had

10   just -- I wasn't willing to abandon her, so...

11   Q.  You've seen, since you've been sitting here this whole

12   week, videos showing the East Rotunda steps from what looks

13   like maybe First Street Northeast, where you're looking back

14   at the plaza, the bike racks, the steps, et cetera.

15   Correct?

16   A.  Right.

17   Q.  And you've seen where officers were positioned behind

18   bike racks; not at the steps but well away from the steps,

19   actually on the other side of those little two glass things

20   that are the covering of the visitors center.  You've seen

21   that, right?

22   A.  In photos and videos in evidence like more recently,

23   yes, uh-huh.

24   Q.  Okay.  When you arrived in that location, where did you

25   arrive from?  Did you arrive straight on towards those bike

1    racks with the East Rotunda steps in front of you or from a

2    different direction?

3    A.  Yes.  No, I didn't -- I arrived from Constitution Avenue

4    on the north.

5    Q.  I'm going to hold this up.  Could you just briefly step

6    down -- I'm not going to have you mark it, but I want you to

7    use your finger to show the --

8               THE COURT REPORTER:  I can't hear you.

9    Q.  Mr. Strand, could you please, if you recognize this, if

10   this is the east front steps, can you tell -- stand to the

11   side so the jury can see you.  Can you point, if you can

12   tell, which way you came from.

13   A.  (Indicating)

14   Q.  All right.

15              MR. BRENNWALD:  Let the record reflect that he's

16   indicated from the west side down to the south -- I'm sorry

17   northwest side of the Capitol.

18              Never mind, let me try this again with

19   Ms. Jenkins's assistant.

20   Q.  Let's try this again.  So you indicated that you came

21   from -- you came from -- would this be Constitution Avenue

22   over here?

23   A.  Yes.

24   Q.  And you came -- you were going either -- because this

25   says west, this says east.  You're going east, and you came

1    down and then came over to the East Rotunda steps in the

2    middle?

3    A.  Yes.

4    Q.  Okay.  You did not come straight from --

5    A.  No.

6    Q.  -- that part, okay.

7              Thank you.  You can take a seat.

8              When you arrived at that location from the side,

9    did you see police officers standing on the other side of

10   the bike racks closer to the street pretty far from the

11   Capitol?

12   A.  No, I didn't notice that.

13   Q.  Okay.  Did you see when people were like you've seen

14   this week on video?  Did you see the people overrun the bike

15   racks that were on the far side away from the steps?

16   A.  I didn't see that.  I think it happened before I was

17   close enough to be in that vicinity.

18   Q.  Where were the police -- where was the police line when

19   you and Dr. Gold arrived towards the east steps of the

20   Capitol?

21   A.  When we arrived -- when we first arrived, my focus

22   wasn't even on the Capitol building at all because I had no

23   expectation that anything was happening there.  I was just

24   looking for where -- that people were going to be

25   congregating like just in front of the building but not at

1    the building on the steps.

2            And then when more people were starting to move in

3    that direction towards the steps, that's when I looked up to

4    see what was there.

5    Q.  And what was there?

6    A.  I noticed I think six police officers in front of the

7    door kind of, you know, spaced out.  Because the steps are

8    very wide; they're very big.

9            So I noticed those six officers positioned there,

10   and my first thought was that it seems like very few police

11   officers in a place that potentially might have a whole lot

12   of people coming.  I mean, they planned for a lot of people

13   coming.  I didn't think that they were going to be on the

14   steps, but I thought the steps were close to where the crowd

15   would be so maybe it would spill onto it.

16           So I thought that's strange that there's only six,

17   and I know how many people I had just walked, you know, an

18   hour through to get to that spot.  It was like an 18-minute

19   walk that took an hour because there were so many people

20   around.

21           So I thought that was strange.

22   Q.  Do you know why Dr. Gold went in that direction?

23   A.  Because that's where the people were going.

24           So her intention, when she got there, was to give

25   a speech to a crowd, and then she realized that all the

1    crowd was going in that direction, so she went to the crowd.

2    Q.  Was there a lower line of police officers when you first

3    got there?  In other words, not just at the doors at the

4    top, but that lower line that we saw halfway up the steps?

5    A.  I didn't see a line because there were people milling

6    around.

7    Q.  All right.

8    A.  I just noticed the six officers at the top.

9    Q.  So in this trial, Mr. Strand, we've had a bird's eye

10   view of a lot of things, haven't we?

11   A.  Now I have, yes.

12   Q.  And we've had a bird's eye view of everything that was

13   happening in this trial, correct?

14   A.  Yes.

15   Q.  Was that your vantage point when you were on the steps

16   with all the people around you?

17   A.  Not at all.

18   Q.  Was there a point in time where you saw not the officers

19   at the top of the steps near the door, but lower down on the

20   steps, from your vantage point?

21   A.  I don't recall seeing that because my memory was that it

22   was strange that there were only six officers.

23   Q.  So that's what you --

24   A.  That's what I saw, and I didn't see any obvious police

25   lines or anything.  There were people everywhere.  There was

1   a lot of people.

2   Q.  Was there a period of time when you saw the crowd surge

3   forward from the middle of the steps towards the top of the

4   steps?

5   A.  Yes.

6   Q.  Did that strike you as odd?

7   A.  It did, but I was confused.  I didn't know what was

8   happening or why.

9   Q.  Was any of this that you were watching anything that you

10  ever expected to see that day?

11  A.  No.

12  Q.  Did you expect Dr. Gold to be in that area that day?

13  A.  I expected her to be in the general area because there

14  was a speech that was supposed to happen there, but I

15  expected it to be organized, and I expected a stage and

16  Congress people and a lot of security telling people where

17  to go.

18  Q.  Were you present when Dr. Gold gave that speech on the

19  steps of the Supreme Court months earlier?

20  A.  No, I was not physically present.

21  Q.  Okay.  Did you ever see her, a video of that?

22  A.  Oh, yes.  I saw it the day it happened.

23  Q.  And at that point she was on the steps of the Supreme

24  Court in the front?

25  A.  Uh-huh.

1   Q.  And these steps here on the Capitol, did that create any

2   similarity in your mind between those steps in front of the

3   Supreme Court and these steps in front of the Capitol?

4   A.  It visually looked like a similar moment, yeah.

5   Q.  Did she make any attempt to speak at that point on those

6   steps?

7   A.  She did.

8   Q.  Where were you both when that happened?

9   A.  I was following her to make sure that she didn't trip or

10  get knocked over or anything.

11          She was just trying to get the attention of people

12  nearby.  I guided her -- because we had come from the north,

13  and so I guided her towards the side of the steps; like in

14  other words not towards the center where the door -- the

15  east door is.

16          Once she was going, I was following her to try to

17  keep her stable and upright, not to be knocked over or

18  anything, because it was very busy and chaotic already by

19  that point.  There was a lot of people.

20  Q.  Did you ever try to grab Dr. Gold physically and pull

21  her back?

22  A.  No.

23  Q.  "You're not going there, Dr. Gold.  I don't care what

24  you want"?

25  A.  No, I didn't -- I didn't do that.

1   Q.  Why didn't you do that?

2   A.  Basically I was concerned about what was happening.  But

3   I wasn't sure what was happening when she first went into

4   the crowd, and so my instincts were telling me to be careful

5   and to try to keep her out of anything that was going to get

6   too thick, too congested.

7   Q.  So in these videos that we've seen of you and Dr. Gold

8   inside the Capitol, you seem -- you and she always seem to

9   be on one side of the hall or another instead of a middle of

10  a whole bunch of people.

11  A.  Correct.

12  Q.  Why?

13  A.  That's just my instinct, to try to stay out of a middle

14  of a thick throng of people that can be unpredictable.

15  Q.  And is that the same thing that happened at the top of

16  the Capitol steps on the east side?

17  A.  Yes.

18  Q.  And we saw a video earlier where it looked like your

19  phone -- like you had your hand up, and your phone was

20  pointing towards her, and she was trying to shout some

21  words.  Do you remember that?

22  A.  I do.

23  Q.  Okay.

24          MR. BRENNWALD:  Do we know which one that is?

25          (Pause)

1           MR. BRENNWALD:  I'm having a hard time finding the

2    video right now so we're just going to show you the

3    photograph.

4           It's Government's No. 307.  We're going to show

5    you what's been marked and admitted at Government's No. 307.

6    Tell me if you recognize that moment in time.

7    Q.  Do you see that picture there?

8    A.  Yes.

9    Q.  And is that Dr. Gold in the corner there?

10   A.  It is.

11   Q.  Is that about as far as you can get in that corner?

12   A.  Yes.

13   Q.  Is that a snippet of when you were filming her, and she

14   was trying to say something?

15   A.  Yes.

16   Q.  Okay.  Did she have any success whatsoever getting the

17   attention of anybody?

18   A.  No.

19   Q.  Okay.  In the video that we saw earlier that you've

20   seen, your phone shows her, and she's talking about we're

21   here to talk about truth and things like that, and then you

22   pan around to the crowd.  Is that the crowd that she was

23   trying to speak to?

24   A.  Yes, essentially.

25   Q.  Okay.  It didn't work?

1    A.  I don't think very many people could hear her.  No, it

2    was very loud.

3    Q.  So now you're at the top of the steps, right?

4    A.  Yes, trapped there.

5    Q.  Did you realize that this was a restricted area when you

6    were there, sir?

7    A.  I didn't.  Obviously there were some cops there at the

8    door, so it didn't seem like they were permitting people to

9    go inside.

10   Q.  So you knew at that point you shouldn't go inside,

11   correct?

12   A.  Yeah, not unless they told us to, which they didn't.

13   Q.  Okay.  You're saying you didn't know if you could be on

14   the steps, you just knew you couldn't go through any doors

15   because they're blocking the doors.

16   A.  Correct, yeah.

17   Q.  What happened after this picture was taken?

18   A.  I don't --

19   Q.  Let me direct your attention to an officer.  You saw

20   Officer Pollitt testify.  He's the one who fainted at some

21   point.

22   A.  Right.  That happened after this photo.

23   Q.  That happened after this, right?

24   A.  Yeah.

25   Q.  So the government played that video, and if you --

1             MR. BRENNWALD:  Do you have it?  What number is

2   it?

3             We'll play that video again, and look for yourself

4   and Dr. Gold in that video, if you can.  Exhibit 313.

5   Q.  Just while we're doing this, Mr. Strand, before I

6   forget, do you see the half face of the lady on the right?

7   A.  Oh, that's Dr. Gold, yes.

8   Q.  I just want to identify her for the record.

9   A.  Yes.

10             MR. BRENNWALD:  May the record reflect that

11   Mr. Strand has identified the woman in Government's 313 as

12   Dr. Simone Gold?

13             THE COURT:  It may.

14             MR. BRENNWALD:  Okay.  Go ahead and play it,

15   Ms. Ali.

16             (Video playing)

17   Q.  It doesn't sound like anybody really heard what she was

18   saying, does it?

19   A.  No.

20   Q.  Okay.  And she was right next to a police officer there?

21   A.  She was.

22   Q.  Okay.  I want to show you what's been marked and

23   admitted at Government's No. 504.  This is with Officer

24   Pollitt.

25             Take a look at you and Dr. Gold in this video.

1    (Video playing)

2    MR. BRENNWALD:  Stop it there.

3    Q.  Mr. Strand, let's just be clear about this.  Would you

4    call that scene peaceful?

5    A.  No.

6    Q.  What would you call that scene?

7    A.  Chaotic.

8    Q.  Would you call it violent?

9    A.  Yes.  There was some violence because there's some

10   broken windows there and people pushing so...

11   Q.  Do you see this officer who is stuck in the corner there

12   on the right?

13   A.  With the hat, yes.

14   Q.  Right.  Did it look like that officer wanted to be in

15   that situation?

16   A.  No, definitely not.

17   Q.  Did those other people seem to care?

18   A.  No, they do not.

19   Q.  Okay.

20   MR. BRENNWALD:  Keep going.

21   (Video playing)

22   MR. BRENNWALD:  Okay.  Stop it there.

23   Q.  Do you see a hand right here?

24   A.  Yes.

25   Q.  Was that your hand?

```
 1    A.  No.

 2    Q.  Was it Dr. Gold's hand?

 3    A.  It was not.

 4    Q.  Okay.

 5            MR. BRENNWALD:  Keep going.

 6            (Video playing)

 7    Q.  Do you see that?  Do you see that gentleman here?

 8    A.  Yes.

 9    Q.  Have you watched this video before a number of times?

10    A.  I have.

11    Q.  Whose hand does that appear to be?

12    A.  It appears to be the hand we saw previously.

13    Q.  Whose hand does that belong to, from what you can tell,

14    if you see the person in the picture?

15    A.  The gentleman in the gray with the blue scarf.

16    Q.  All right.  And did you see at the end of the video how

17    that man ended up with the officer's baton or something in

18    his hand?

19    A.  Some implement; yes, I did.

20            MR. BRENNWALD:  Keep going, Ms. Ali.  Keep going.

21            (Video playing)

22    Q.  Do you see that right there?

23    A.  I do.

24    Q.  What does that person have in his hand?

25    A.  A stick or a baton or some long, thin implement.
```

1    Q.  How many people were around this -- the officer?  Is

2    this him getting up or being pulled up?

3    A.  Yes.

4    Q.  Okay.  How long was he down?

5    A.  Four or five seconds.

6    Q.  And can you just put dots on all the number of people

7    who are around him at this point, and between you and that

8    officer.

9    A.  One, two, three, four, five, six, seven, eight, nine.

10   He's well surrounded.

11   Q.  Okay.  Who is this person here?

12   A.  I have no idea.

13   Q.  That's not Dr. Gold?

14   A.  No.

15   Q.  Okay.  Let's just finish it up the last couple of

16   seconds.

17           MR. BRENNWALD:  Or is that it?

18           (Video playing)

19           MR. BRENNWALD:  Okay.  You can stop it there.

20   Q.  Did you see yourselves, you and Dr. Gold, there for a

21   split second on the bottom right?

22   A.  Pinned against the corner, yes.

23   Q.  Does it look like there's a lot of room for people to

24   maneuver right there?

25   A.  It doesn't look like it at all.

1   Q.  Yesterday the government showed a witness the picture of

2   a gentleman on the other side of those doors, probably 20

3   feet away, who had a little space in between him.  Do you

4   remember that?

5   A.  I do.

6   Q.  And it looked like he could have moved a few feet.  Do

7   you remember that?

8   A.  A few feet; yeah, maybe.

9   Q.  Were you in that same situation on your side?

10  A.  Not at all.

11              MR. BRENNWALD:  This might be a good time to

12  break, Your Honor.

13              THE COURT:  All right.  Ladies and gentlemen,

14  we're going to take our lunch break.  It's 12:35.  Why don't

15  we be ready to go at 1:35, about an hour.

16              No discussions about the case.  No research about

17  the case.  Have a nice lunch.

18              (Jury exits courtroom)

19              THE COURT:  All right.

20              (Lunch recess taken)

21

22

23

24

25

```
 1              A F T E R N O O N   S E S S I O N

 2              THE COURT:  Welcome back, ladies and gentlemen.

 3    Hope you had a nice lunch.

 4              Are we ready to go, Mr. Brennwald?

 5              MR. BRENNWALD:  Yes, Your Honor.

 6                   JOHN HERBERT STRAND, Resumed

 7                   DIRECT EXAMINATION, Continued

 8    BY MR. BRENNWALD:

 9    Q.  Let's keep going, Mr. Strand.  Good afternoon.

10              MR. BRENNWALD:  Before we do that, I'd like to

11    move into evidence Defense Exhibit 107.  It's the larger

12    speech map we discussed earlier.  It just shows the permit

13    areas.  We'll get to that in a second.

14    Q.  All right.  Mr. Strand, do you remember yesterday or the

15    day before the government played a video of the guy standing

16    outside the doors of the East Rotunda?

17    A.  Uh-huh.

18    Q.  And it showed a guy like shaking his or whatever -- you

19    know, shaking his arm or fist in rhythm with the "Stop the

20    Steal" chant.  Do you remember that?

21    A.  I do remember, yes.

22    Q.  And the officer said it looked like you.

23    A.  I remember that.

24    Q.  Okay.

25              MR. BRENNWALD:  We're going to go to 512.03,
```

1     please.  And we're going to play it from the five-second

2     mark to the 25-second mark.

3                    (Video playing)

4                    MR. BRENNWALD:  Okay.  One more, Sameera.

5     Q.  Do you see -- just keep your eyes on this area here,

6     okay --

7     A.  Okay.

8     Q.  -- Mr. Strand?  Thank you.

9                    MR. BRENNWALD:  And keep going.

10                   (Video playing)

11                   MR. BRENNWALD:  Okay.  Stop right there.

12    Q.  Do you see that hand right there?

13    A.  I see it.

14    Q.  Okay.  Is that your hand, sir?

15    A.  It's not.

16    Q.  All right.  But you are right there where that dot is,

17    correct?

18    A.  That's my face, yes.

19    Q.  Okay.  But that's not your hand.

20    A.  That's not my hand.

21    Q.  And how do we know that's not your hand?

22    A.  I was wearing fingerless gloves the entire day.

23                   MR. BRENNWALD:  So we haven't marked this --

24                   THE COURT:  No rhymes, please.

25                   THE WITNESS:  Don't mess up my gloves.

1           MR. BRENNWALD:  I'm not doing that whole

2   silliness.

3           We're going to mark these 108, I guess.  May he

4   rest in peace, though.

5   Q.  All right.  So I'm going to show you what's been marked

6   as Defense Exhibit 108 and ask you if you, from here,

7   recognize these glove?

8   A.  Those are my gloves.

9   Q.  Is there something distinctive about them?

10  A.  Yes.  There's an English Laundry tag on one of them.

11  Q.  Is that some kind of brand?

12  A.  It is.

13  Q.  Okay.  And are these the gloves that you were wearing

14  when you went into the Capitol on January 6, 2021?

15  A.  Yes, they are.

16  Q.  Did you have them on before you went into the Capitol

17  at, let's say, 2:05, 2:10?

18  A.  I believe I put them on when I got up in the morning at

19  8:00 or 9:00 a.m.  It was freezing cold that day.  It was so

20  cold.  So I had them on all day.

21  Q.  Were you outside pretty much the whole day once you left

22  wherever you left?

23  A.  Yes.

24  Q.  So you were out from approximately what time to what

25  time?

1    A.   Approximately 8:00 in the morning, as I recall, until

2    5:00 when we went back.

3    Q.   Other than when you were in the Capitol?

4    A.   Yes.

5    Q.   Okay.  Did you ever take these gloves off during that

6    time period?

7    A.   No.

8    Q.   Okay.  Do you see gloves on the hand right here?

9    A.   No, there's no glove on that hand.

10   Q.   Okay.  And that's how you know that's not you.

11            Did you shake your fist when you were outside the

12   Rotunda?

13   A.   No.

14   Q.   Okay.

15            MR. BRENNWALD:  Your Honor, I'd move these into

16   evidence.

17            THE COURT:  The gloves are admitted.

18            MR. BRENNWALD:  As long as we get them back.

19            Ms. Ali, can we go to 510.01, please.  Sorry, 510.

20            No, strike that, 510.01 is correct.

21            Is that 510.01?

22   Q.   Do you see what's on this screen, Mr. Strand?  That's

23   510.01.

24   A.   I do.

25   Q.   And at the risk of being extremely Captain Obvious, who

1    is that person?

2    A.  John Strand.

3    Q.  And do you see your right hand there?

4    A.  I do.

5    Q.  What is on your right hand?

6    A.  That's my glove.

7    Q.  Okay.  Did you have them on both hands?

8    A.  I did.

9    Q.  Just in case we're trying to be tricky.

10   A.  No, no, I don't think I've ever only worn one glove.

11   That would be weird.

12   Q.  All right.

13           MR. BRENNWALD:  Thank you, Ms. Ali.

14           Can we go to 504.01A, please.

15           I'd admit 504 -- 510.1 into evidence, that picture

16   we just saw.

17           THE COURTROOM DEPUTY:  It's in.

18           MR. BRENNWALD:  We'll move 510.01 into evidence.

19           MR. MANNING:  No objection.

20           THE COURT:  So moved.

21           MR. BRENNWALD:  And if we could go to 504.01A.

22   Q.  Do you see that picture, Mr. Strand?

23   A.  Yes.

24   Q.  Who is that person in front of you in the longer hair

25   with the dark glasses?

```
 1    A.   That's Dr. Gold.

 2    Q.   And where is your hand, your right hand, your arm?

 3    A.   It's at her side.

 4    Q.   Where would your left arm be, if you would know?

 5    A.   Also at her side, around her hips.

 6    Q.   What was it like there as far as the -- whether it was

 7    dense, densely packed or loosely packed crowd?

 8    A.   It was very dense.

 9    Q.   Okay.  And were some people shouting?

10    A.   Yes.  Many.

11    Q.   Do you see this guy here?

12    A.   I do.

13    Q.   Mouth open?

14    A.   Yes.

15    Q.   Okay.

16              MR. BRENNWALD:  Can we go to 504.01B, please.

17    Q.   Do you see that picture?

18    A.   I do.

19    Q.   And is that the same two people, you and Dr. Gold?

20    A.   Yes.

21    Q.   Where is your arm?

22    A.   Same spot as it usually is.

23    Q.   All right.  Can you tell where this picture is, where

24    you were when this picture was taken?

25    A.   The picture itself doesn't give a lot of information,
```

1    but it's similar to pictures that -- I know we were close to

2    being pinned in towards where that door is.

3    Q.  Okay.  So do you think it's at the top of the East

4    Rotunda steps and the door?

5    A.  Yes, yeah.

6    Q.  Okay.

7          MR. BRENNWALD:  If we can go to 511, please.

8    Q.  And while she's setting that up, do you recall in

9    opening statement when the government played a video in

10   opening statement and they showed your hand up outside after

11   you left the Capitol as if you were raising your fist?

12   A.  I do remember that.

13   Q.  All right.  So we're going to play a video of that

14   moment, and I want you to take a look at it.

15   A.  Okay.

16          THE COURTROOM DEPUTY:  It's not in.

17          MR. BRENNWALD:  Okay.  We're going to go ahead and

18   play 511, which I believe has been admitted into evidence by

19   the government.

20          THE COURTROOM DEPUTY:  It's not.

21          MR. BRENNWALD:  Okay.  I'll move it in from this

22   point here.  I'll send a clip in.  This is from 14:33.

23          THE COURT:  Hold on.

24   Q.  Do you see yourself, Mr. Strand, right there?

25   A.  I do.

1    Q.  All right.  What do you see right here?

2              THE COURT:  I'm sorry, Mr. Strand --

3    Mr. Brennwald, is this in evidence?

4              MR. BRENNWALD:  I'm sorry?

5              Ms. Jenkins?  It's not in evidence, Ms. Jenkins?

6              THE COURT:  Any objection to moving this exhibit

7    into evidence?

8              MR. MANNING:  No objection, Your Honor.

9              THE COURT:  Okay.  So moved.  And what's the

10   exhibit number?

11             MR. BRENNWALD:  511, but -- we're actually going

12   to give this a separate number, but we're going to show --

13             THE COURT:  It's been published.

14             MR. BRENNWALD:  We're just going to show this part

15   here.

16   Q.  Do you see, Mr. Strand, this group of people here?

17   A.  Yes, sir.

18   Q.  What do they look like to you?

19   A.  Police officers.

20   Q.  Okay.  So watch yourself as the police officers go by.

21   We're going to start at 14:34.

22             What are you doing there?

23   A.  I was applauding the police officers.

24   Q.  Okay.  Why were you applauding the police officers?

25   A.  Because I knew they had a very hectic day and a very

1    difficult job, and I was very grateful for them doing their

2    job and helping us to safely get out of the building.

3    Q.  Did you realize back on January 6th how bad their job

4    was compared to what you now know having seen them testify?

5    A.  No.  No, I have seen and heard personal testimonies from

6    officers in the courtroom this week that was very -- it was

7    very impactful, and it was very terrifying and very

8    concerning to me.

9         So I remember feeling grateful for the police that

10   day, but I'm even more grateful now.

11   Q.  All right.

12        MR. BRENNWALD:  Let's go to 401, which is

13   already -- is that -- is 401 in evidence?

14        THE COURTROOM DEPUTY:  Uh-huh.

15        MR. BRENNWALD:  401 is in evidence.  We're going

16   to start at 2:27:21; 2:00 p.m., 27 minutes, and 21 seconds.

17   Q.  All right.  So before we start, do you see the time at

18   the top left, 2:27:22?

19   A.  Yes, sir.

20   Q.  All right.  So do you recognize, just from having been

21   in court and seeing all these videos, where this scene takes

22   place?

23   A.  Yes, the east doors.

24   Q.  The East Rotunda doors?

25   A.  Yes, sir.

1    Q.  And the camera's obviously inside looking at the doors?

2    A.  This is a CCTV camera, yes.

3    Q.  So do you see yourself right there?

4    A.  Yes, I do.

5    Q.  Okay.  So just watch -- actually, who's right there?

6    A.  That would be Dr. Gold.

7    Q.  She's in front of you?

8    A.  Yes.

9    Q.  Okay.  So watch yourself as you come in.

10           MR. BRENNWALD:  And, Ms. Ali, if you could play

11   this at half speed so we can get a better view.

12           (Video playing)

13   A.  She got whacked in the head.

14           JUROR:  We can't see it.

15           MR. BRENNWALD:  Oh, okay.  Thanks for letting us

16   know.

17           JUROR:  We didn't see it prior to as well.

18           MR. BRENNWALD:  The clapping?  Okay.

19           THE COURT:  Let's take our time.  Let's go back to

20   the last one.

21           MR. BRENNWALD:  So why don't we do this one.

22   We'll finish it, since we have it set up, and then we'll go

23   back to the other one.

24           So let's just finish with this, so whenever -- is

25   it visible now?

```
 1              JURY IN UNISON: Yes.

 2              MR. BRENNWALD:  So, Ms. Ali, can you please replay

 3      that at half speed.

 4              (Video playing)

 5              MR. BRENNWALD:  Okay.  Stop it there.

 6      Q.  Who is that right there?

 7      A.  That's me.

 8      Q.  Okay.  And do you know from having just watched the

 9      video a couple of seconds ago what you're doing there?

10      A.  I'm holding Dr. Gold.  It looked like she got hit in the

11      head by that guy with the thing in his hand.

12      Q.  All right.

13              MR. BRENNWALD:  Keep going.  Thank you.

14      Q.  So where are your hands throughout this whole period of

15      time as you're getting pushed in?

16      A.  Around her hips, at her side.

17      Q.  Okay.  Was that a pretty chaotic scene right there?

18      A.  Very.  I was stumbling as we got pushed through the door

19      there, so I thought she might actually fall, and I tried to

20      stabilize her.

21      Q.  If you had turned around right there to try to go back

22      out, could you have physically done so without being super

23      strong?

24      A.  I couldn't have done so under any circumstances.

25      Q.  Okay.
```

1           MR. BRENNWALD:  All right.  Thank you, Ms. Ali.

2           Let's go back to 40 -- I'm sorry, 511.

3           (To the jury) Thank you for letting me know, by

4     the way.  If you don't see something, we're not going to

5     know it, so I appreciate it.

6           So 511 at 14:34.

7           (To the jury) Is that visible?

8           JURY IN UNISON: Yes.

9           MR. BRENNWALD:  Okay.  Thank you.

10    Q.  All right.  So, Mr. Strand, before we start it, do you

11    see yourself right here, the back of your --

12    A.  Now that you circled it, now I've found myself, yes.

13    It's the back of my head at that point.

14    Q.  It's kind of like the collar on your jacket there?

15    A.  With the pink scarf, yeah.

16    Q.  And what I was asking you earlier and the jury didn't

17    see before, is look at these folks right here.  Who are

18    they, if you know?

19    A.  A line of police officers that were exiting.

20    Q.  Okay.  And watch yourself and your arms as we play the

21    video, please.

22           (Video playing)

23           MR. BRENNWALD:  Thank you.

24    Q.  So you see where in opening the government made a fist

25    when you were like that?

1    A.   I remember when they did that, yeah.

2    Q.   What happened before that fist -- or actually two fists,

3    it looks like.  What were you doing before that when the

4    officers walked by?

5    A.   I was clapping for them.

6    Q.   Okay.  Were other people clapping for them as well?

7    A.   Yeah.

8    Q.   Okay.  Would you say that aside from the insanity that

9    happened in some cases, that this was theoretically a mostly

10   pro-police crowd?

11   A.   That was my understanding, and I certainly heard and saw

12   people around me applauding the police throughout the day.

13   Q.   And there were certainly people pushing them and shoving

14   them and not being nice to them at all, correct?

15   A.   Without a doubt.

16   Q.   Okay.

17             MR. BRENNWALD:  Let's go to 401, please.  I'm

18   sorry, 405, please.  405.

19             And let's go to 2:28:44, please.  That's fine.

20   Let's start there.

21             No, not half speed.  Just regular speed is fine.

22   Q.   And watch around 2:28:44.  See if you see yourself

23   appear somewhere in this general area here.

24   A.   Right there.  You just circled it.

25   Q.   Right there, okay.  2:28:41, all right.

1    MR. BRENNWALD:  Let's keep playing it.

2              (Video playing)

3    Q.  What are you doing at that point, sir?

4    A.  I'm just checking on Dr. Gold because she's stopping to

5    look at her phone, and I'm scanning around trying to figure

6    out where people are coming from and where people are going.

7    Q.  Did you know at that point where you were, sir?

8    A.  No.

9    Q.  You had no idea?

10   A.  No idea whatsoever.

11   Q.  Did you know that this was close to the House Chamber in

12   the U.S. Capitol?

13   A.  I did not.

14   Q.  So look at yourself now at 2:29:18.  What's happening

15   with you right here?

16   A.  I'm turning to go back the other way.  I was probably

17   lost.

18   Q.  Right.  And were you by yourself?

19   A.  No.  I was with Dr. Gold the entire time.

20   Q.  Okay.  Why were you going back that way?

21   A.  I didn't know where I was, and it seemed blocked there.

22   But I also had not really gotten any sense of my bearings at

23   all, so I think I was just looking around to figure out kind

24   of the lay of the land, like which direction was which and

25   where the main hallways were.  I was trying to stay in the

1    main hallways.

2    Q.   Okay.

3    A.   But I was definitely very disoriented at that point.

4    Q.   Before you got there, did you have a map or did anybody

5    give you a map or send you any information about where

6    things were in the U.S. Capitol?

7    A.   No.

8    Q.   Did you have a plan -- so you're off the screen for a

9    while.  Well, let it play for a while.

10            But as it's playing, did you have a plan before

11   you went into the Capitol that day to try to interfere with

12   anything that Congress was doing?

13   A.   No.  The only plan I had was to guard Dr. Gold while she

14   was giving a speech outside.

15   Q.   Did you know -- as far as you can tell, did you know

16   anybody else in the Capitol that day other than Dr. Gold?

17   A.   No.

18   Q.   Had you come to D.C. with any other people?

19   A.   No.

20   Q.   Did you bring a flag with you when you were there in the

21   building?

22   A.   No.

23   Q.   Did you bring any kind of MAGA gear?

24   A.   No.

25   Q.   Would wearing a political outfit at that point helped

```
 1    Dr. Gold's purpose of giving a speech or hindered it?

 2    A.  It wouldn't have been appropriate, and it wouldn't have

 3    helped.  She was there to give a speech for her

 4    organization, and I was working for her organization, so I

 5    was dressed in a work outfit for being outside.

 6                MR. BRENNWALD:  So let's go to 2 -- let's keep

 7    playing until 2:31:55, and then see if we find you again.

 8                (Video playing)

 9    Q.  And as we watch this video, does it look like this crowd

10    is getting bigger or smaller?

11    A.  Bigger.

12    Q.  And is there -- is the crowd moving forward at this

13    point, or is it stuck?

14    A.  It looks stuck, but also getting bigger.

15    Q.  Do people look agitated or calm?

16    A.  They look like they're getting a little more agitated.

17    Q.  And as we learned earlier, I think this person here is

18    Officer Vargas or Mendoza, I can't remember which one.

19    Remember that?  One of the officers testified that they were

20    blocking the way.

21    A.  Yes, I believe that was Officer Vargas.

22    Q.  Vargas, yes.  Mendoza was the woman.

23                MR. BRENNWALD:  Okay.  Keep going.

24                (Video playing)

25                MR. BRENNWALD:  Actually right there, 2:31:32.
```

1    Q.  That's you in the glasses, right?

2    A.  Yes.

3    Q.  And then who is that over here?

4    A.  That's Dr. Gold.

5    Q.  Why did you come back that way?

6    A.  We weren't sure how to get out of the building, and it

7    was still very, very full and busy from the area where we

8    had come from.

9    Q.  Okay.

10   A.  So this seemed like it was the only area I was aware of

11   that maybe there was an exit or something else that was --

12   you know, some other way for people to get out.  But I

13   couldn't --

14   Q.  You heard Officer Brockwell, I think it was yesterday,

15   describe hallways that apparently went this way and that way

16   at some point in this area.  Do you remember that?

17   A.  I do remember that, yeah.

18   Q.  Did you look down any hallways to see if there was some

19   way to leave the crowd and go down some unknown hallway and

20   figure something out?

21   A.  I remember glancing and seeing some empty hallways, but

22   since they were empty and going off to a side it didn't seem

23   like they were public hallway areas, and I was conscious of

24   trying to stay in the main public hallways.

25   Q.  All right.

```
1              MR. BRENNWALD:  Ms. Ali, let's go to 2:35 and 15

2     seconds, please.

3                   (Video playing)

4     Q.  How packed does the crowd look now?

5     A.  Very packed.

6     Q.  And the officers are still holding the line at this

7     point?

8     A.  It appears to be in the forefront there, yes.

9     Q.  Okay.  So let's watch for the next 15, 20 seconds and

10    see.  Do you see somebody raising their hands right there?

11    A.  Yeah; and a flag, uh-huh.

12    Q.  Right.  Can you tell what that person's doing?

13    A.  No, not really.

14    Q.  Okay.

15    A.  I just see people raising their hands.

16    Q.  Okay.  Were you one of them?

17    A.  No.

18    Q.  Okay.  So watch the push here in a few seconds.

19                   (Video playing)

20    Q.  Do you see the whole crowd moving forward?

21    A.  Yes.  They got flooded through all of a sudden, it seems

22    like.

23    Q.  Was it a very purposeful push from these people?

24    A.  It looks forceful.

25    Q.  Did you try to fight against that current and go back in
```

1    the opposite direction so you wouldn't be pushed closer to

2    what is the House Chamber?

3    A.   That wouldn't have been possible.

4            MR. BRENNWALD:   Thank you.

5    Q.   So as we heard from Officer Brockwell yesterday, the one

6    who authenticated all this closed-camera television videos,

7    closed-circuit television videos, we don't see you again

8    nearly until 2:52 when you head back towards Statuary Hall.

9    Do you recall that?

10   A.   Uh-huh.

11   Q.   Okay.

12           MR. BRENNWALD:   So 406, briefly.

13   Q.   And while she's queueing that up, were you, at this

14   point -- I'm sorry, was Dr. Gold at this point expressing

15   any desire to talk, or what was happening with you two at

16   that point?

17   A.   At that point it was very, very full, thick, chaotic.

18   We were basically being crushed and pushed forward, and so

19   we weren't able to really talk at all.

20           It was very loud.  I couldn't hear anything so I

21   was mostly -- my main objective most of the day, and

22   certainly at that moment, was just making sure that she

23   didn't get injured and that that we try to stay in a safe

24   posture and try to determine if the police were giving an

25   indication of where safe ways to get out of there were.

1    Q.  When you were in that hallway that we saw in another

2    video yesterday or the day before where you're close to the

3    House Chamber, again, did you know that that was the House

4    Chamber?

5    A.  No, I had no idea.

6    Q.  Did you have any intention or intent when you were there

7    to try to go into the House Chamber?

8    A.  No.  I would have avoided that.  I was trying to stay in

9    public hallways and then exit as soon as it was safe to do

10   so and possible to do so.

11   Q.  Did you try to push your way through to get to the front

12   doors and try to push them open somehow?

13   A.  No.  I did my best not to push anyone.

14   Q.  Okay.

15             MR. BRENNWALD:  So we have 407.

16             MS. ALI:  That's 406.

17             MR. BRENNWALD:  Let's go to 2:55, please.

18             Let's go back a little bit, sorry.

19   Q.  Do you see yourself here and Dr. Gold?

20   A.  I do.

21   Q.  All right.  And where are you going at that point,

22   towards that House Chamber area or away from it?

23   A.  I think away from it.

24   Q.  Do you know for sure looking at this?

25   A.  No.  Yeah, this is where the House Chamber is now.  Now

```
1    I know that the House Chamber is this way.

2    Q.  At the bottom?

3    A.  Yes.  So that's me at the bottom, uh-huh.

4            MR. BRENNWALD:  Okay.  Let's keep going, Ms. Ali.

5            (Video playing)

6    Q.  So this is 2:54 now, right?

7    A.  Uh-huh.

8    Q.  And where is your arm?

9    A.  Around Dr. Gold.

10   Q.  Okay.  At this point in time did she express any desire

11   to you to want to still give a speech?

12   A.  She did.

13   Q.  And --

14   A.  That's probably what she's saying to me right there, I

15   imagine.

16   Q.  And did you have any response to that?

17   A.  Not really.  I wasn't sure what else to do.

18           It had calmed down in the area there, but the

19   police officers had told us we should move in that

20   direction, which is why we were.  And it was still too full

21   and busy where we had come from to leave, so there was sort

22   of a pause.

23   Q.  Okay.

24           MR. BRENNWALD:  Let's go to 409, please.

25           And this is admitted into evidence also,
```

```
1    Ms. Jenkins?
2              THE COURTROOM DEPUTY:  Yes.
3              MR. BRENNWALD:  Okay.
4    Q.  Can you tell where this is based upon your prior viewing
5    of all these videos?
6    A.  Yes, sir.
7    Q.  And is this the interior of the East Rotunda doors?
8    A.  Yes.
9    Q.  And does it appear, based upon your knowledge of all
10   these diagrams in this video, that it's looking towards the
11   Rotunda?
12   A.  Yes, that's correct.
13   Q.  So if you were trying to leave where you had been, would
14   you have been coming from this area down this way to the
15   doors?
16   A.  That would be the exit at that point, yes, sir.
17   Q.  What did the doors look like people-wise at this point,
18   at 3:09 p.m.?
19   A.  It looks very full.
20   Q.  Okay.  So even -- you came in at 2:27 and 25 seconds or
21   so.  Even at 3:09, which would have been 37 minutes later --
22   sorry, that's the wrong math -- 42 minutes later, it was
23   still pretty full?
24   A.  Packed.
25   Q.  And the Rotunda looks pretty packed from what we can see
```

1     in the distance?

2     A.  Yes.  There were a lot of people in there.

3     Q.  All right.

4          MR. BRENNWALD:  Let's keep going.

5          (Video playing)

6     Q.  Does it appear that people are still coming in at this

7     point?

8     A.  Yes, it looks like they're kind of coming in and out.

9     Q.  People are bumping into each other?

10    A.  Yes; jostling, uh-huh.

11    Q.  Did it appear to you that any of those people were there

12    to give a speech?

13    A.  No.

14    Q.  Did it appear that any of those people were there to

15    hold up a sign and say we demand our rights?

16    A.  I saw a lot of people holding signs and flags.

17    Q.  Okay.  Do you know about what time you left the building

18    that day?

19    A.  About 3:16.

20    Q.  Okay.

21          MR. BRENNWALD:  Ms. Ali, can you just try to fast

22    forward it a little bit, just slowly.

23          (Video playing)

24    A.  That's me right there.

25    Q.  Sorry.  You saw yourself?

```
 1    A.  Yes, sir.
 2            MR. BRENNWALD:  All right.  Can we go back a
 3    little bit.  Oh, actually right there.
 4    Q.  Right here?
 5    A.  Yes, sir.
 6    Q.  Dr. Gold is again in front of you?
 7    A.  Right in front of me, yes.
 8    Q.  Okay.  Pretty packed in there?
 9    A.  Those are my hands on her shoulders.
10    Q.  Was it pretty packed in there?
11    A.  It's packed, yes.
12    Q.  Okay.  And do you recall yesterday we saw the video
13    where you were standing on -- using the camera looking at
14    the doors, you were standing there near the doors for
15    minutes waiting to try to get through?
16    A.  Oh, the other angle but while we're in this hall?
17    Q.  Yes.
18    A.  Yes.  We were trying to exit, and you can see us there
19    waiting for space to work, but there -- it's packed, and
20    people are kind of jostling around.
21    Q.  Were any people still coming in?
22    A.  Yes.
23    Q.  Okay.
24            MR. BRENNWALD:  All right.  Thank you, Ms. Ali.
25            Can we go to 331.06, please.  This is a text
```

1    message that you're going to take a look at.

2    Q.  You had indicated earlier you didn't know where you were

3    in the Capitol, you didn't know your way around?

4    A.  I did not.

5    Q.  Okay.  Let's take a look at this text message from it

6    looks like January 6th at 4:15 p.m., but we know that that's

7    actually 7:15 p.m., right?

8              And this is a message to you from Rachelle

9    Gillespie, correct?

10   A.  Correct.

11   Q.  Who is Rachelle Gillespie?

12   A.  She's an acquaintance of mine.  I don't know her really

13   well, but we'll talk about social and cultural issues.

14   Q.  She says to you, "This isn't going to win people

15   over" --

16              THE COURTROOM DEPUTY:  It isn't in.

17              MR. BRENNWALD:  Oh, I'm sorry.  I'm sorry.  I

18   would move 331.06 into evidence.

19              MR. MANNING:  No objection.

20              THE COURT:  Do you have that, Lauren?

21              THE COURTROOM DEPUTY:  Yes.

22              THE COURT:  So moved.

23              THE COURTROOM DEPUTY:  It's published.

24   Q.  So Ms. Gillespie says to you, "This isn't going to win

25   people over.  I know what you experienced was not what

1    people there are being told but there is plenty of video

2    that show violence," right?

3    A.  Right.

4    Q.  Did you see the violence on the west side when you were

5    at the Capitol that day?

6    A.  No.

7    Q.  Did you ever go to the west side?

8    A.  No.

9    Q.  All right.  So at the bottom what do you tell

10   Ms. Gillespie?

11   A.  I said, "I was not near the chamber where Cruz or

12   Congress were meeting as far as I know... hard to know

13   exactly which area we were in.  But the crowd had zero guns,

14   no weapons, just flags and passion."

15   Q.  Okay.  So this is a text you sent her that evening.  Did

16   you ever have any idea that this text would be retrieved by

17   the police and used by them potentially to prosecute you?

18   A.  No, no, of course not.

19   Q.  Did you write this text in advance to try to give

20   yourself plausible deniability about knowing where you were

21   in the building?

22   A.  No.  I was just answering questions from people that

23   knew I was in the city that day and explaining my

24   experience.

25   Q.  Did you and Dr. Gold come up with this scheme to pretend

```
 1    you had a reason to go into the Capitol other than to
 2    protest but instead to give a speech because you knew that
 3    you might get arrested some day and charged and you'd need a
 4    cover?
 5    A.  No, I did not.
 6    Q.  Okay.  In fact, were the speeches announced weeks ahead
 7    of time?
 8    A.  Yeah, they were.  We had a whole itinerary.
 9    Q.  Okay.  Why do you say where Cruz was, meaning -- as
10    opposed to Pence or Pelosi?
11    A.  I honestly have no idea.  Maybe she had mentioned Cruz
12    in a previous discussion about political matters or
13    something?  I don't remember why.
14    Q.  All right.  But in any event, you say I was not near the
15    chamber where they were meeting as far as you know?
16    A.  Oh, there was some message about I think Senator Cruz
17    had suggested a SCOTUS review, so maybe that's why.  But I'm
18    not --
19    Q.  "SCOTUS" meaning a Supreme Court review?
20    A.  A Supreme Court review of the election.
21             MR. BRENNWALD:  Can we go to 326.01, please.
22             I'll move that into evidence.  It should be on the
23    Dropbox or on the USAFX.
24             326.01?
25             MR. MANNING:  No objection.
```

```
1            THE COURT:  So moved.

2   Q.  Do you see the top message?  Is that from you to your

3   mother, Claire?

4   A.  Claire, yes, that's my mom.

5   Q.  You don't call her Claire, I hope.

6   A.  I call her "Mom."

7   Q.  Thank you.

8            Do you see where it says there, "Also the election

9   battle is heating up.  Simone is a featured speaker at the

10  monster Wild Protest happening on January 6th so we'll be

11  going from Naples to D.C. for that... keep praying"?

12  A.  I do.

13  Q.  Okay.  And that was written by you to your mother when?

14  A.  On December 29th.

15  Q.  At what time?

16  A.  9:00 a.m. I assume Pacific time.

17  Q.  Okay.  And below that what else do you tell her?

18  A.  "She's speaking at a large church in Tampa this weekend,

19  and then we go to a huge Wild Protest in D.C. on Jan 6th.

20  She's a featured speaker there."

21  Q.  Okay.  So you wrote this a week before the events of

22  January 6th?

23  A.  That's correct.

24  Q.  You wrote this before you had any idea that you would be

25  arrested and charged with a crime in this case?
```

1    A.   Absolutely.

2    Q.   While I'm thinking about it, do you remember the scene

3    that we've seen in this trial where Dr. Gold was speaking on

4    a statue in the, I think, Rotunda?

5    A.   Yes.

6    Q.   She had a bullhorn in her hand?

7    A.   Yes.

8    Q.   When you saw yourself and Dr. Gold coming through the

9    east doors at 3:27 and 25 seconds, whatever, did either one

10   of you have a bullhorn in your hand?

11   A.   No, actually someone else hit her in the head with one.

12   I hadn't noticed.

13   Q.   Okay.  So when you got to the Rotunda, how did you get a

14   bullhorn?

15   A.   There were several people milling around that had them

16   during the day.  And when she was in the Rotunda, at that

17   point we weren't able to leave because there were too many

18   people in the way; so she wanted to speak to the people that

19   were there, and someone handed it to her because they

20   couldn't hear her clearly.

21   Q.   Someone handed her a bullhorn?

22   A.   Yes.

23   Q.   Okay.  Why did she stand up on the base of the statue?

24   A.   She's kind of short so people couldn't see or hear her.

25   Q.   But you got up on that statue as well.  Why did you do

```
 1    that?
 2    A.  Once she got up she was trying to hold the bullhorn and
 3    her speech papers; and I was concerned that she was going to
 4    lose her balance and fall, so I wanted to be close by and
 5    make sure she didn't fall off.
 6    Q.  Looking back, do you think it was very respectful to get
 7    up on the statue base?
 8    A.  No, that's not something you want to get onto, no.
 9    Q.  Let's go through some of the texts that we discussed
10    this morning with Agent Turner and that he read.
11    A.  Okay.
12                MR. BRENNWALD:  Can we go to 909, please.
13                MS. ALI:  What number?
14                MR. BRENNWALD:  909.
15    Q.  So when was this -- is that a Tweet?
16    A.  Yes, it is, on January 5, 2021.
17    Q.  Is that your Twitter account?
18    A.  It was at the time.
19    Q.  Okay.  And that looks like it says January 5, 2021, in
20    the bottom, right?
21                MR. BRENNWALD:  This has been admitted, I believe.
22                THE COURTROOM DEPUTY:  904 was, not this one.
23                MR. BRENNWALD:  909 wasn't?  Okay.  Well, I'll
24    look at another one then.
25                Thank you, Ms. Jenkins.
```

```
 1              MR. MANNING:  Your Honor, may we have just a brief
 2     moment to confer?
 3              THE COURT:  Sure.
 4              (Pause)
 5              MR. BRENNWALD:  I'm not arguing with you.  We'll
 6     figure it out.
 7              We're both willing to admit it; so since I'm up I
 8     guess I'll move to admit it.
 9              THE COURT:  I'm sorry?  I can't hear you.
10              MR. BRENNWALD:  We're both moving to admit it, but
11     since I'm up I'll move to admit it, 909.
12              THE COURT:  Any objection, Counsel?
13              MR. MANNING:  No, Your Honor.
14              THE COURT:  909 is admitted and may be published.
15     Q.  So that --
16              MR. BRENNWALD:  (To the jury) Do you all see it
17     now?  Okay.
18     Q.  So that's on January 5th, if you look at the very
19     bottom, right?  January 5, 2021?
20     A.  Yes, sir.
21     Q.  And it says from Washington, D.C.?
22     A.  Yes, sir.  We were --
23     Q.  I'm sorry?
24     A.  We were -- Dr. Gold gave a speech on that day as well
25     so...
```

1    Q.  And it says 19:33.  Can you tell if that's 19:33 as in

2    7:33 p.m. D.C. time or California time when you sent that?

3    Do you know?

4    A.  Because of the geolocation stamp that says it's from

5    Washington, D.C., I would guess that that's 7:33 p.m.

6    Washington, D.C., time.

7    Q.  Okay.  You say, "There's no doubt about the truth of the

8    2020 election.  The only question is:  will you act upon

9    that truth?  WILL YOU STAND FIRM?  This moment will define

10   our country, our generation, & our national destiny.  It's

11   now, or never.

12            "#TruthMaverick, #StopTheSteal."

13            That's what you said the day before January 6th?

14   A.  Uh-huh.

15   Q.  Is that a yes or no?

16   A.  That's a yes.

17   Q.  You can't "uh-huh" or --

18   A.  Sorry.

19   Q.  So as the jury is looking at your intent in trying to

20   figure out what you were doing in the Capitol on January

21   6th, how do you explain writing that, this "now, or never"

22   and "Stop the Steal"?

23   A.  "Now or never" is just a phrase to say that it's a very

24   important moment or an important decision.

25            And the "#StopTheSteal" was a hash tag that was

1    being used for months and months prior, so I was just

2    familiar with it.

3    Q.  In fact, the rally that was on January 6th was called

4    the Stop the Steal rally, right?

5    A.  Yes, and the one -- yes.  Actually there were a bunch of

6    rallies in the preceding weeks that were called Stop the

7    Steal rallies, so they'd been happening for a while.

8    Q.  The Stop the Steal rally, was that about going to the

9    Capitol and breaking in and terrorizing people?

10   A.  No, absolutely not.

11   Q.  What was it about?

12   A.  It was only about the idea that the election needed to

13   be audited or reviewed legally.

14   Q.  So when you used the hash tag, were you using it as a

15   preamble to what happened the next day?

16   A.  No.  It was just a reference to the general effort of

17   people to review the election.

18   Q.  Okay.

19            MR. BRENNWALD:  Let's go to 913, please.  Is that

20   in evidence?

21            THE COURTROOM DEPUTY:  It's in.

22            MR. BRENNWALD:  Okay.

23   Q.  So here is another Tweet, correct?

24   A.  Yes, sir.

25   Q.  "No, seriously.  This is LITERALLY what the I act is

1    for," right?

2    A.  Yes, sir.

3    Q.  And the "I act" stands for Insurrection Act?

4    A.  I believe so, yes.

5    Q.  What is the Insurrection Act, if you know?

6    A.  Generally it's an act that the president can call for in

7    order to deal with rebellion or illegal activities that

8    threaten the republic.

9    Q.  Did you know that back then?

10   A.  That was my general understanding, yes.

11   Q.  Okay.  Then you have in all caps, "THIS. IS. WAR."

12   Sounds pretty violent, Mr. Strand.

13   A.  I wasn't calling for actual violence.  I just meant this

14   is an intense conflict politically.

15             MR. BRENNWALD:  Let's go to 901, please.

16   Q.  And before we do that, this is dated what at the bottom?

17   A.  I think December 1, 2020.

18   Q.  Okay.  So this is about 35 days before January 6th?

19   A.  Yes.

20   Q.  This is dated what at the bottom again?

21   A.  December 1, 2020.

22   Q.  You're a little bit active on Twitter that day?

23   A.  Yes.

24   Q.  And you said -- and why don't you read that.

25   A.  "This is MAJOR-full blown warfare to SAVE THE REPUBLIC."

1    And that was a reply to Senator Ted Cruz's Tweet that SCOTUS

2    should hear the emergency appeal on the Pennsylvania

3    election challenge.

4    Q.  So when you were talking about major full blown warfare,

5    were you actually talking about getting guns, tanks,

6    shoulder-launched grenades, and violence, physical violence?

7    A.  No.  I always just meant the political warfare or

8    ideological warfare, you know, a war of ideas.

9            MR. BRENNWALD:  Let's look at 904, please.

10           Is that admitted?

11           THE COURTROOM DEPUTY:  What's the number?

12           MR. BRENNWALD:  904.

13           THE COURTROOM DEPUTY:  Yes.

14           MR. BRENNWALD:  Okay.

15   Q.  When is this -- when was this Tweet sent?

16   A.  Oh, it took me a second to find the date, I'm sorry,

17   September 20, 2021.

18   Q.  And is that a response to somebody at the very top --

19   A.  Yes.

20   Q.  -- Tweeting something?

21           What did that person say?

22   A.  They commented "What kind of a doctor storms the

23   Capitol."

24   Q.  And what do you write?

25   A.  "Peacefully entering thru open doors (previously opened

1    from the inside) with no signage or directives indicating

2    such entry was prohibited, calmly walking in an orderly

3    fashion between velvet ropes, and leaving as soon as a

4    uniformed officer asked, is not even close to 'storming'."

5    Q.  Looking back at that Tweet from over a year ago, would

6    you say that this was a very rosy kind of cleaned up way of

7    presenting things?

8    A.  Yes.  I think that's fair.  I've learned more about the

9    event since then obviously, particularly this week.

10   Q.  And you realize that even if the doors were opened from

11   the inside, as we saw in an exhibit, that wasn't the police

12   opening them, correct?

13   A.  Well, yeah.  I've seen the behind-the-door cameras now,

14   so I know a lot more than I knew at the time.

15   Q.  And you saw police at the top of the steps before you

16   went in fighting with people trying to keep them out,

17   correct?

18   A.  Right.

19           MR. BRENNWALD:  Let's look at 4 -- I'm sorry,

20   342.01.  Let's go to 342.01 now.

21           THE COURTROOM DEPUTY:  What's the number?

22           MR. BRENNWALD:  342.01.

23   Q.  Who is Bobby Strand again?

24   A.  My brother.

25   Q.  And is this a text message between you and your brother?

```
1    A.  Yes.

2    Q.  And he asks you on January 6th at 5:06 California time

3    if you're safe?

4    A.  Yes.  "Are you being safe?"  Uh-huh.

5    Q.  And you say what at 5:08 p.m. California time, 2:08 --

6    I'm sorry, 5:08 D.C. time?

7    A.  Right.

8    Q.  2:08 California time?

9    A.  Correct.

10   Q.  What did you say?

11   A.  I said, "Simone & I were with the first dozen patriots

12   to breach the Capitol."

13   Q.  Okay.  Hold on right there.  Were you among the first

14   dozen patriots to breach the Capitol?

15   A.  Well, no.  There were way more people in the building

16   before that.

17   Q.  Okay.  What do you say next?

18   A.  "We literally made history just now... but we left

19   before it got dangerous."

20   Q.  All right.  So "we literally made history."  Did you

21   think you were making history by giving a speech inside the

22   Rotunda?

23   A.  Kind of.  That seemed unusual, so that seemed a little

24   bit historic; and just the fact that so many people came to

25   Washington, D.C., that day seemed like a historic kind of a
```

1    day.

2    Q.  Do you have a very different image of everything today

3    than you did on January 6th when you wrote this message?

4    A.  Yes, I do.

5    Q.  You say there the -- it's not a sentence "but we left

6    before it got dangerous."

7              You had no idea, or you didn't appear to think you

8    had an idea back when you wrote this about the danger, at

9    least to the officers that day?

10   A.  Absolutely, and to other people.  There was -- there

11   were areas that were a lot more dangerous than the immediate

12   vicinity or view that I had.  So seeing more and more

13   footage of other places and of course this week hearing

14   personal testimonies from people that were in really

15   dangerous places is a lot more worrisome than what I had

16   understood at the time.

17   Q.  But it's not true that you left before it got dangerous,

18   is it?

19   A.  No, not for other people.

20   Q.  Because when you were at the doors at the top of the

21   Rotunda steps at 2:27 something, it was pretty dangerous for

22   others, for officers, and for you, wasn't it?

23   A.  At that moment it was, yes.

24   Q.  So why were you using this bravado to try to act like

25   everything was not that bad?

1    A.  When I said that we left before it got dangerous, I was

2    referring to the fact that many previous rallies that I'd

3    gone to tended to have dangerous stuff, and -- towards the

4    end of the day when the sun came down and got darker, so I

5    was telling my brother we got out of the area before that

6    started to, you know, potentially happen.

7    Q.  Have you been to rallies before where people turned over

8    police cars?

9    A.  I haven't been to those rallies myself, but I've seen

10   them on TV.

11   Q.  Have you been to rallies where people smash huge bank

12   windows, Bank of America windows, plate glass?

13   A.  I've seen a lot of that, but I haven't attended those.

14   Q.  No.  Have you seen rallies where people light police

15   cars on fire?

16   A.  Yes; seen them on TV, but have not attended those.

17   Q.  And you didn't see any of that here?

18   A.  No.  No, I didn't see any of that.

19   Q.  But you saw people smashing windows in our nation's

20   capital where we live, not you, with poles, correct?

21   A.  I did.

22   Q.  And you saw people assaulting our Capitol Police with

23   weapons, with their hands, and all sorts of things, right?

24   A.  I've seen that a lot more after the fact.  At the time

25   of I mostly just saw people pushing.

1           It was hard to see anything more specific than

2     that, but it seemed chaotic and inappropriate.  It didn't

3     seem like proper peaceful behavior at that point, yeah.

4           MR. BRENNWALD:  Let's go on down some more,

5     Ms. Ali, if there is any more.

6           Keep going.

7           All right.  Right there.

8     Q.  You say, "I don't think the US Capitol building has been

9     stormed and breached like that," right?

10    A.  Yes, sir.

11    Q.  And you heard from Officer -- or Agent Turner this

12    morning that apparently it happened when the British burned

13    Washington.  But aside from that, are you proud of that?

14    A.  No.  I was not proud of people breaching and storming

15    the Capitol.

16    Q.  You said in one of your messages, "We breached the

17    Capitol, we stormed the Capitol."

18    A.  Yeah, I think I was just referring to being in a crowd

19    where that all happened.

20    Q.  You say, "It caused Pence to delay the certification."

21    Now, this text admittedly is sent more than two hours after

22    you left the building, but at 5:23 p.m. you're telling your

23    brother -- is it your brother or your father?

24    A.  No, that's my brother.

25    Q.  -- telling your brother that the storming and the

1    breaching caused Pence to delay the certification, right?

2    A.  Yes.

3    Q.  When did you find out that Pence delayed the

4    certification?  At what point that day did you find that

5    out?

6    A.  Probably around that time because I didn't realize that

7    that was all happening; and once we had gotten out of the

8    building there were a lot of people around that were talking

9    about what happened that day, so people were mentioning that

10   that was one of the things that happened.

11   Q.  And you thought -- like other politicians who wanted to

12   delay things to count votes or whatever, that you thought it

13   was significant that Pence delayed things, correct?

14   A.  But it didn't seem like a normal thing that would

15   happen.

16   Q.  And were you happy about it?

17   A.  Not really.  I wasn't happy that the day was so chaotic

18   and eventually violent and dangerous.  That's terrible.  And

19   I was definitely not happy that people went into the

20   building because that was never supposed to happen, and I

21   was confused utterly as to why it did.

22           Once I got out of the building and I realized that

23   someone had said Pence had delayed the certification, I just

24   found that to be interesting because that wasn't the plan.

25   I would have assumed that wouldn't -- that was not the plan.

1    Q.  But you have all these political Tweets and messages in

2    the months, six months, before all this happened talking

3    about Stop the Steal, the election's stolen, Democrats this,

4    people that.  Right?

5    A.  Yes.  I was very aware of the election controversy, and

6    I was definitely interested in trying to advocate for

7    transparency and a legal process, but when we were in

8    January -- or excuse me, when we were in Washington, D.C.,

9    on January 6th my only purpose that day was just for

10   Dr. Gold's speech.

11           And I was, you know, personally hoping that there

12   would be a different political and legal outcome to what

13   happened, but then when the day happened and we got, you

14   know, pushed inside of the building and all of this crazy

15   stuff happened, I was just trying to process what happened.

16   It was very unexpected and strange to me, and so there was a

17   mix of feelings.

18           I would say there was a mix of emotions because it

19   was a very emotional time for, you know, everybody.

20   Everyone has their various feelings or opinions about

21   politics and the election, and so I was experiencing all of

22   those; but then everyone also had their emotions about what

23   happened at the event, which honestly had nothing to do with

24   politics.  That was just a rally that became a riot and got

25   out of control, and that was --

1    Q.  So I guess my question, then, to you, Mr. Strand, is,

2    when you were at the top of the steps and went into the

3    building, whether you got pushed or pulled or whatever, was

4    it your intent, as that happened, to interfere with the

5    certification of the election of 2020?

6    A.  No, that was not my intent.  I didn't even realize that

7    that official certification was happening at that time so

8    that wasn't even in my consciousness.

9    Q.  You didn't know it was happening?

10   A.  No.

11   Q.  What do you think the whole Stop the Steal was about?

12   A.  Just a protest to allow people to express the fact that

13   they wanted the election to be audited.

14   Q.  You talk a lot about war and live free or die; this is

15   the moment; it's not going to happen unless we force them.

16          Did you take any actions yourself within the

17   Capitol building that day to try to stop people from doing

18   their job?

19   A.  No, absolutely not.

20   Q.  You heard House parliamentarian Kyle Jones speak there

21   two days ago --

22   A.  I remember that.

23   Q.  -- about hiding behind a desk not knowing if he was

24   going to go home.

25   A.  Yes.

1   Q.  How do you feel about that?

2   A.  I was horrified.  I felt terrible that anyone would have

3   to go through an experience like that.  I realize how

4   intense and scary and different it was from his vantage

5   point where he was located as opposed to where I was where

6   it was mostly just chaotic and confusing but most of the

7   time I didn't feel in real danger.  But I realize that the

8   officers did, and that that was a very terrible experience,

9   and I wish that would have never happened.

10  Q.  Did you hear a gunshot while you were there near the

11  House Chamber?

12  A.  No, I did not.

13  Q.  While you were inside the Capitol that day, did you in

14  any way attempt to incite the crowd, shout, encourage them,

15  charge, anything like that?

16  A.  No, not at all.  Quite the opposite.

17          MR. BRENNWALD:  The Court's indulgence.

18          (Pause)

19          MR. BRENNWALD:  I think we're going to finish up

20  or almost finish up with 331.05, which I'm going to move

21  into evidence.

22          MR. MANNING:  No objection.

23          THE COURT:  So moved.

24  Q.  Do you see this text message of yours?  There's actually

25  two of them right here.

```
 1    A.  Yes, sir.

 2    Q.  And who are you writing to there?

 3    A.  Rachelle Gillespie.

 4    Q.  And can you read the top sentence, sentences.

 5    A.  "Trust me.  When I write and speak the famous phrases

 6    live free or die and give me liberty or give me death-I am

 7    not playing."

 8    Q.  It sounds pretty scary, doesn't it?

 9    A.  It sounds serious.

10    Q.  Okay.  Let's go on to -- what day was that sent?

11    A.  October 28, 2020.

12    Q.  All right.  Let's go up to the next one from you to

13    Rachelle.

14              MR. BRENNWALD:  Let's slide down a little bit,

15    Ms. Ali.

16    Q.  And what date is that one?

17    A.  Also October 28th.

18    Q.  So tell us what this says in that green.

19    A.  "I am working with a few others in Beverly Hills to

20    organize the continuation of the Beverly Hills Freedom Rally

21    so that they will remain weekly, perpetually, to grow the

22    Red Pill Rev movement, and to educate, organize, and empower

23    our citizens to take action."

24    Q.  So when you're talking about warfare and live free or

25    die and all those slogans that sound violent out of context,
```

1    were you actually talking about organizing people to rally

2    and to protest?

3    A.  Yes.  To participate in the political process, yes.

4    Q.  I'd asked Agent Turner earlier this morning about the

5    Red Pill Revolution.  He said he'd seen a movie a few years

6    back.  Maybe you've seen it more recently.  Can you tell the

7    jury, very, very briefly, what the Red Pill Revolution

8    means?

9    A.  The special agent summarized it pretty nicely.  It's

10   just the idea that a red pill indicates an awakening or a

11   realization of what's actually happening around you, and a

12   blue pill keeps you in a state of blissful ignorance.

13        MR. BRENNWALD:  I'd like to introduce 334.05.

14   Q.  Who is this person at the top?

15   A.  Igor.

16   Q.  Who is Igor?

17   A.  He's an immigrant from France that lives in Los Angeles.

18   He's a friend of mine.

19        THE COURT:  I'm not sure it's in evidence.

20        MR. MANNING:  No objection.

21        THE COURT:  So moved.

22        MR. BRENNWALD:  Can you make it a little bit

23   smaller, Ms. Ali.

24   Q.  So Igor is the one who wrote the top?

25   A.  Yes.

1  Q.  And what does he say?

2  A.  "With the COVID, there's been a whole lot of people who

3  have started to vlog."

4  Q.  What does that mean?

5  A.  Video blog, create content that you post online.

6  Q.  Okay.

7  A.  "But for me it's unrelated.  It's something I've thought

8  about for years.  I just struggle to really jump in.  Self-

9  limiting beliefs, you know."

10  Q.  He speaks pretty well in English for a French guy.

11  A.  Yes.

12  Q.  Keep going.  What do you respond?

13  A.  "Funny that you mention that:  Because, I don't know if

14  you follow my social media, but I've remained nonpolitical

15  as a model and actor for over a decade... and that suddenly

16  changed dramatically this year."

17  Q.  And keep going.

18          MR. BRENNWALD:  Scroll up.

19          No, I mean, let's keep going on the texts.

20  Q.  And Igor says, "I looked at your Instagram a little bit,

21  but I'm not on Facebook or anything like that," right?

22  A.  Uh-huh.

23  Q.  Now read what you say in this following text that was

24  apparently written on August 17, 2020, about two and a half

25  months before the November 2020 election.

1   A.  I said, "Yea, Instagram is my career platform so that's

2   mostly modeling and entertainment stuff.

3           "Facebook and Twitter is where the cultural and

4   political wars are waged, and I've launched an entire

5   campaign called Truth Maverick."

6   Q.  Did you have a nickname growing up?

7   A.  Maverick, yes.  My dad was a naval officer, so *Top Gun*

8   was our favorite.

9   Q.  You're talking about cultural and political wars.

10  A.  Yes, sir.

11  Q.  When you mentioned the words "wars" and "fighting" and

12  "freedom" or "die," are you talking about physical wars

13  against another party, or are you talking about something

14  else?

15  A.  I'm not talking about physical wars.  I'm talking about

16  wars of ideas and political conflicts and that kind of

17  thing.

18  Q.  Have you ever picked up arms or weapons or anything to

19  try to hurt somebody from a different viewpoint?

20  A.  No, never.

21          MR. BRENNWALD:  I think I'm done, Your Honor.

22  Just give me one second.

23          (Pause)

24          MR. BRENNWALD:  Thank you, Your Honor.

25          THE COURT:  All right.  Ladies and gentlemen,

```
 1   we're going to take a short break, about ten minutes, and

 2   then we'll resume.  Okay?

 3              (Jury exits courtroom)

 4              THE COURT:  Okay.  Mr. Strand, you can step down,

 5   just don't discuss your testimony, okay?

 6              All right.  Be seated, everyone, and who is going

 7   to do the cross?

 8              MR. MANNING:  I will, Your Honor.

 9              (Recess taken)

10              THE COURT:  Okay.  Mr. Manning, it would obviously

11   be cleaner to wrap things up today, but if we go over, we go

12   over.

13              MR. MANNING:  Understood, Your Honor.  I'm

14   cautiously optimistic we'll wrap things up today.

15              THE COURT:  And so, Mr. Brennwald, I may

16   streamline any redirect, okay?

17              MR. BRENNWALD:  Absolutely.  Did I miss the last

18   part?

19              THE COURT:  He said that he will -- he's

20   cautiously optimistic about finishing today.

21              MR. BRENNWALD:  Okay.

22              THE COURT:  And, Mr. Brennwald, no character

23   witness?

24              MR. BRENNWALD:  No, Your Honor.  I can look around

25   and see who might show up.
```

```
 1                  (Jury enters courtroom)

 2                  THE COURT:  Okay.  Please be seated.  Welcome

 3       back.

 4                  Mr. Manning.

 5                          CROSS-EXAMINATION

 6       BY MR. MANNING:

 7       Q.  Good afternoon, Mr. Strand.

 8       A.  Good afternoon, sir.

 9       Q.  If I understood your testimony correctly, you stated

10       that your sole purpose in entering the Capitol on January

11       6th was to provide security for Ms. Gold; is that correct?

12       A.  That's correct.

13       Q.  And you testified that you're a security professional or

14       a trained security guard of some sort; is that correct?

15       A.  I have some training, yes.

16       Q.  When you came to the courthouse this morning on Monday

17       you had to go through security yourself; isn't that right?

18       A.  I did, yes.

19       Q.  And the courthouse security found a pocket knife in your

20       bag; is that right?

21       A.  Yes.  I forgot what was in my bag so...

22       Q.  So you are the type of trained security guard who

23       doesn't realize you can't bring a knife into a federal

24       court; is that right?

25       A.  No.  I wasn't trying to bring a knife into federal
```

1    court.  I had no intention of doing that.  I simply forgot

2    what was in the side pocket of the bag because I travel a

3    lot, and I was in a -- I had a lot on my mind this week so I

4    had just forgotten what was in the side pocket.

5           So when they opened it and said, "Oh, you have

6    this in the bag," I said, "Oh, I'm so sorry, I forgot that

7    was in that bag.  I'm not -- I have no intention of bringing

8    those things in so please get rid of them," or whatever.

9    That was all.

10   Q.  So if I understand you correctly, you just happened to

11   have a knife in your bag, and you just happened to forget;

12   is that right?

13   A.  I forgot it was in the side pocket of that bag, yes,

14   sir.

15   Q.  I'm going to bring back Defense Exhibit 106.

16          Mr. Strand, I'm sorry to ask you to make you

17   repeat yourself, but can you explain what this document is;

18   that is, is this a map or a document that you had seen

19   before January 6th?

20   A.  No.

21   Q.  No?

22   A.  I had not.

23   Q.  Okay.  And so this is only something that you've seen

24   sometime after January 6th --

25   A.  Yes, sir.

1   Q.  -- as part of preparing for your testimony?

2   A.  Yes, sir.

3   Q.  Okay.  And you testified that this blue area that's

4   circled around No. 8, that that was the area where you

5   understood Ms. Gold had a permit to speak on January 6th; is

6   that right?

7   A.  At the time I understood that she was a scheduled

8   speaker at an event that was permitted, and that that was

9   going to take place just outside the Capitol.

10             I actually had no idea which corner.

11  Q.  But that permit, as you understood it, did not give

12  Ms. Gold any authorization to actually enter the United

13  States Capitol on January 6th, correct?

14  A.  Yes.  I didn't have any -- I had no idea that anyone was

15  planning to go into the Capitol that day, other than

16  security guards or whoever was already in it.  But my

17  understanding was that none of the general public had any

18  plans to be in the building that day at all.

19  Q.  Okay.  And just to make sure we understand your

20  testimony, so this permit that you're referring to, as you

21  understand it, did not give Ms. Gold any authorization to

22  enter the Capitol on January 6th, correct?

23  A.  That is correct, sir.

24  Q.  And the same goes for you; that is, the permit did not

25  give you any authorization to enter the Capitol on January

1    6th?

2    A.  That is correct.

3    Q.  Okay.  Now, you testified, if I understood you

4    correctly, that there were scheduled speeches in this blue

5    area around No. 8, and people were planning on attending

6    those speeches.  And then, when those speeches were

7    cancelled, the crowd was disappointed and moved towards the

8    Capitol.  Is that right?

9    A.  Yes, sir.

10   Q.  Okay.  And much of that crowd or some of that crowd

11   eventually entered the Capitol; is that right?

12   A.  Yes, sir.

13   Q.  And that includes you and Ms. Gold?

14   A.  That is correct.

15   Q.  Okay.  And you mentioned that you used to work in

16   restaurants and provide some security and services for

17   restaurants; is that right?

18   A.  Yes, sir.

19   Q.  Okay.  Will you stick with me for a moment, and we'll

20   imagine that that Area 8 is a high-end restaurant.

21   A.  Okay.

22   Q.  And let's imagine that the United States Capitol is an

23   adjacent high-end restaurant.

24   A.  Okay.

25   Q.  So if a group of folks have a reservation to go to

1    dinner at the high-end restaurant near the 8, and they show

2    up and they're told the kitchen's closed and they're

3    disappointed, that doesn't give them any justification to

4    smash their way into the restaurant that is the United

5    States Capitol, correct?

6    A.   Correct, sir.

7              MR. MANNING:  We can take that down, please.

8              Could we bring up Government's Exhibit 904.

9    Q.   This is your Tweet from September 20, 2021.

10   A.   Yes, sir.

11   Q.   And this is approximately eight or nine months after

12   you've been arrested and indicted in this case, correct?

13   A.   Yes, sir.

14   Q.   Okay.  And you wrote here there was, quote, no signage

15   or directives indicating such entry was prohibited, correct?

16   That's what you wrote?

17   A.   Yes, sir.

18   Q.   So in this Tweet you were saying there was nothing to

19   indicate to you that you were prohibited from entering the

20   Capitol.  Is that what you're saying here?

21              That's what you're saying here, correct?

22   A.   At the time that it happened, it was unclear.

23   Q.   Is your testimony today that it was unclear that you

24   couldn't enter the Capitol?

25   A.   Well, it just -- at the moment that people entered it

1    was unclear what was happening and why because it was a very

2    confusing situation.  The cops were standing in front of the

3    doors, and then they left, and then the doors opened.

4           And so I didn't expect anyone to be in the

5    building at all that day.  It certainly wasn't a normal

6    situation where people are supposed to be there, but I was

7    also confused as to where people were supposed to go at that

8    time.  I was hoping that people were going to explain how to

9    leave the building, and that wasn't -- didn't happen, so...

10   Q.  Well, let's back up to even before you're at the door

11   and entering the Capitol.

12          MR. MANNING:  Could we bring up Government's

13   Exhibit 308.

14   Q.  And this photograph was taken from your phone, correct?

15   A.  Yes, sir.

16   Q.  You took this photograph, right?

17   A.  I believe so.

18   Q.  Okay.  And that's you taking the photograph from the

19   bottom of the East Rotunda steps before you go up them,

20   correct?

21   A.  Yes, sir.

22   Q.  Okay.  And you testified with Mr. Brennwald that you

23   remember seeing this line of officers at the top of the

24   steps, correct?

25   A.  Yes.

1    Q.   And I'll just circle them here.

2            These are the officers that you testified you

3    recall seeing?

4    A.   Yes, sir.

5    Q.   So before you go up the steps, you'd seen these

6    officers, correct?

7    A.   Yes.

8    Q.   And you see them spread out in the line at the top of

9    the steps, correct?

10   A.   Uh-huh.

11   Q.   And if you look at the officer, say the second from the

12   right, you see he's holding a weapon in his arms, correct?

13   A.   Yes, sir.

14   Q.   Okay.  So -- and you said you're a trained security

15   professional, right?

16   A.   Yes, sir.

17   Q.   And part of your training, you said, was to understand

18   how to comply with law enforcement; is that right?

19   A.   Uh-huh.

20   Q.   So when you're sitting here at the bottom of the steps

21   and you look up and see this line of police, you understand

22   that that line of police is saying do not cross, correct?

23   A.   Yes, sir.

24   Q.   But nevertheless you did cross that line of police,

25   correct?  Correct?

```
1    A.  Not exactly, sir.

2    Q.  Well, you started from where you took this photo and

3    then you ended up at the Capitol door, so that means you

4    crossed this line, correct?

5    A.  Well, they weren't lined up in that formation once I was

6    in a crowd that pushed towards the door so --

7    Q.  And they weren't lined up in that formation because the

8    crowd overran them; isn't that right?

9    A.  That is correct, sir.

10   Q.  Now, you testified that you recalled seeing this group

11   of officers and thinking it was -- I don't want to put the

12   wrong words in your mouth, but you said something like it

13   was strange or it was odd that there was few of them

14   compared to the size of the crowd; is that right?

15   A.  Yes, sir.

16   Q.  So you recognized at this moment that the officers were

17   greatly outnumbered by the crowd; is that right?

18   A.  That's correct.

19   Q.  Okay.  But when the crowd greatly outnumbers the

20   officers, that doesn't justify the crowd running through

21   them, does it?

22   A.  Of course not.

23   Q.  Of course not.

24           MR. MANNING:  We can take that down.

25   Q.  I want to go back to your training as a security guard.
```

1    A.  Okay.

2    Q.  Fair to say that to provide security for someone you had

3    to keep them safe from harm, right?  That's the job?

4    A.  Yes, sir.

5    Q.  Okay.  And you've been trained in that; is that right?

6    A.  Yes, I've had a little bit of training.

7    Q.  And part of keeping somebody safe requires being aware

8    of their surroundings; isn't that right?

9    A.  Yes, sir.

10   Q.  Okay.  So if you're trying to be -- if it's your

11   responsibility to keep Ms. Gold safe, you have to know who's

12   coming up from behind her, right?

13   A.  You do your best to be aware of everything that you can.

14   Q.  Right.  So you do your best to be aware of what's behind

15   Ms. Gold.  You do your best to be aware of what's ten feet

16   to one side.  You do your best to be aware of what's ten

17   feet to the other side.  Right?

18           You have to be aware of her surroundings; is that

19   fair to say?

20   A.  That's fair.

21   Q.  Okay.  And you had said Ms. Gold had received threats

22   before January 6th?

23   A.  Dr. Gold received threats, yes.

24   Q.  You'd prefer that I call her "Dr. Gold"?  I can do that.

25   A.  Thank you.  That's appropriate, I think.

1    Q.  Okay.  So Dr. Gold had received threats before January

2    6th, and you testified that it was your job to keep her

3    safe; is that right?

4    A.  That was my job, yes, sir.

5              MR. MANNING:  Okay.  Let's go to 504.01.

6              Can we play this video.

7              (Video playing)

8    Q.  So when Officer Pollitt was pulled down, he was pulled

9    down right in front of you and Dr. Gold, correct?

10   A.  I thought he fell down.  I didn't think he was pulled

11   down.  That's not what I saw.

12   Q.  But you saw him --

13   A.  I saw him go down, yes, sir.

14   Q.  You saw him go down?

15   A.  Yes.

16   Q.  So you know -- okay, and you saw him at the time go

17   down.  There's no dispute that you saw him go down.

18   A.  Yes.

19   Q.  Okay.  And you didn't think he tripped, correct?  I

20   mean, you must have thought that he was pushed down or

21   pulled down; is that right?

22   A.  No.  At the moment it seemed like the most likely thing

23   was that he did trip because it was so -- it was very easy

24   to trip all the time so...

25              People were getting pushed in every direction,

 1   jostling.  You'd lose your balance easily.  So instinctually

 2   I just thought oh, he's tripping, and we turned sideways

 3   because he was coming around the corner.

 4          So I didn't think we saw him clearly until he was

 5   already moving kind of quickly, and so it was just a

 6   reaction.  And we saw the people around him attend to the

 7   fact that he had fallen down and picked him back up.

 8   Q.  And you didn't join those people to help him, did you?

 9   A.  It was not possible.  I would have had to knock somebody

10   else over to do that so...

11          MR. MANNING:  Let's go to 504.01A.

12   Q.  That's you in the sunglasses, correct?

13   A.  Yes, sir.

14   Q.  Dr. Gold is right in front of you?

15   A.  Correct.

16   Q.  Officer Pollitt right in front of her?

17   A.  Correct.

18   Q.  And your testimony is that he's too far away for you to

19   help him?

20   A.  He had not gone to the ground at that particular freeze

21   frame.

22   Q.  Well, he's right about to go to the ground, correct?

23   And that's just two feet from Dr. Gold.

24   A.  At that freeze frame, yes, sir.

25          MR. MANNING:  Let me go to 512.01.

```
 1              Let me go to one minute and four seconds and hold
 2     it there.  Sorry, we'll go to one minute and seven seconds.
 3     Q.  Mr. Strand, that's you in the doorway, correct?  Do you
 4     see yourself?
 5     A.  Yes, sir, I do.
 6     Q.  Okay.  That's you?
 7     A.  Yes, sir.
 8     Q.  Okay.  And it's your testimony that you were providing
 9     security for Dr. Gold; is that right?
10     A.  Yes.
11     Q.  You're making sure to be aware of everything that's
12     going on around you, correct?
13     A.  At that moment it was very difficult to see or hear
14     everything.  I was pinned in a corner, and it was very loud,
15     but I was trying to shelter her from harm as best as I could
16     at that time.
17     Q.  And not only that, but you're saying it's your sole
18     purpose to be providing her security in this moment; is that
19     right?
20     A.  Yes, sir.
21              MR. MANNING:  Ms. Rouhi, if we could go to 104,
22     back to 104.
23     Q.  And then, Mr. Strand, I'll ask you to keep your eye on
24     the door in front of you as --
25              MR. MANNING:  I'm sorry, Ms. Rouhi, one minute and
```

1   four seconds.

2   Q.  And, Mr. Strand, keep your eye on this door in front of

3   you as we play the next ten seconds.

4             (Video playing)

5   Q.  So the place on the door that was just struck by a

6   flagpole, that's within five feet of you, correct?

7   A.  I'm actually not quite sure what you're referring to,

8   sir.  I just heard a lot of noise and things moving, but...

9   Q.  You didn't see a flag striking against the door, a

10  flagpole striking against the door?

11  A.  I actually didn't, but --

12  Q.  Why don't we play it again.

13  A.  We can play it again.

14            MR. MANNING:  Go back to 1:04, and we can play it

15  for ten seconds.  Thank you.

16            (Video playing)

17  Q.  Do you see the flag striking the door this time,

18  Mr. Strand?

19  A.  Are you talking about the American flag that's on the

20  left?

21  Q.  Correct.

22  A.  Yes.  I saw it wave.  It leaned towards the door.

23  That's about the extent of what I saw.

24  Q.  And you're saying you understood that to be somebody

25  waving a flag as if this was some sort of parade?

1    A.  Based on where I can see myself in the photo and my face

2    was facing towards the entrance, Dr. Gold in front of me, I

3    don't think I probably even saw that flag at that point.  If

4    I did, it might have been in my peripheral vision, and they

5    were waving all the time so...

6    Q.  Well, you testified a moment ago that you were paying

7    attention to your surroundings, correct?

8    A.  To the best of my ability, sir, I was.

9    Q.  Okay.  And those abilities don't include seeing someone

10   striking a flagpole against the door within five feet of

11   you.  Is that your testimony?

12   A.  Sir, my testimony is that there were many, many flags in

13   the crowd the entire day, and they were waving all the time,

14   and at this moment it was very, very thick, very, very

15   dense.  I was being pushed a lot.  Everyone was.  It was

16   difficult to breathe even at that point.  So I don't

17   remember which flag I saw when.

18          MR. MANNING:  Can we skip to two minutes, two

19   seconds.

20   Q.  I just want to confirm.  This is two minutes and to

21   seconds.  It's about a minute later.  You're still in the

22   doorway here; is that right?  Do you see yourself?

23   A.  Yes.  We were pinned and stuck at that point.

24          MR. MANNING:  Ms. Rouhi, can you now move it ahead

25   to five minutes and three seconds and just pause.  Just hold

1    it there.

2              Maybe slide it back a second.

3              Why don't we just go to 5:37, five minutes and 37

4    seconds.

5    Q.   This is you here, sir?

6    A.   Yes, sir.

7    Q.   Do you see behind your head there's a blue flag?

8    A.   Yes, sir; an American flag, sir, yes.

9    Q.   That's just a few feet behind your head, correct?

10   A.   Approximately.

11   Q.   Okay.  Please watch the flags as we'll play --

12             MR. MANNING:  Ms. Rouhi, if you can go back to

13   5:27 and play until 5:47.

14             (Video playing)

15   Q.   Do you see in the last few seconds of that clip that

16   blue Trump flag being swung down at somebody?

17   A.   Yes, sir, I saw that.

18   Q.   We both agree that's not a flag being waved; that's a

19   flag being swung at someone.  Correct?

20   A.   Agreed.

21   Q.   And that happens just within a few feet of you and

22   Ms. Gold?

23   A.   More or less.  It's hard to tell the distance, but it's

24   in the general vicinity, yes, sir.

25   Q.   And at this time your testimony is that you're trying to

1    provide security for Ms. Gold?

2    A.  My testimony is that I'm pinned against the wall with

3    her, and I'm just trying to keep her from being hurt in any

4    way.

5    Q.  And trying to keep her from being hurt in any way would

6    also try to keep her from being hit with a flag pole; isn't

7    that fair to say?

8    A.  Well, yes, sir.  If it had swung towards her, I would

9    have tried to block it.

10   Q.  Why don't you keep your eye on yourself here.

11             MR. MANNING:  And we'll play for the next -- why

12   don't we play to 5:58.

13             (Video playing)

14   Q.  So we've now seen flags being swung at people within a

15   few feet of you, lots of pushing and shoving, other people

16   moving.  But you don't try to move away one bit; isn't that

17   correct?

18   A.  I am staying in one spot there, yes.

19   Q.  Do you agree that you were making no effort to try to

20   get away from the flags that are being swung at people that

21   are just a few feet away from you?  Is that right?

22   A.  There was -- there was nowhere for me to go.  I was

23   pinned on all sides at that point.

24   Q.  So pinned that you couldn't even try to turn around and

25   walk away?

```
1    A.  Yes, sir.  That's correct.
2              MR. MANNING:  Please skip ahead to 8:19,
3    Ms. Rouhi.
4    Q.  This is you by the door, correct?
5    A.  Yes, sir.
6    Q.  Do you see in front of you there's a man in a police
7    jacket just a few feet away from you that I've circled?
8    A.  Yes.
9    Q.  Okay.  Can you please keep your eye there as we play for
10   the next ten seconds.
11   A.  Yes, sir.
12             (Video playing)
13   Q.  That skirmish happened right in front of you, correct?
14   A.  Not right in front of me, no.
15   Q.  Within three feet of you, correct?
16   A.  Maybe five or six feet and several bodies, so I'm sure I
17   didn't see it happen when I was there.  There were people in
18   the way.  I can see it now, of course.
19   Q.  But your testimony is that until this trial you had no
20   idea that there were people skirmishing with police at the
21   very time and place that you went to the Capitol?  Is that
22   your testimony?
23   A.  My testimony is that it wasn't chaos like this when we
24   first got into the general area, and it got progressively
25   more chaotic, but we were unable to leave at that point.  So
```

1    at this point I was stuck and just trying to stay as safe

2    and stationary as possible to make sure that Dr. Gold didn't

3    get injured.

4    Q.  This is you, right?

5    A.  Yes, sir.

6    Q.  There's nobody pushing behind you, is there?  There's

7    not, correct?

8            The closest person to you is the person in the

9    police helmet; isn't that right?

10   A.  I don't think that's actually correct because it's a

11   different perspective.  So I think there's other people here

12   that are closer to me, the angle there, but...

13   Q.  Your testimony is that there's somebody who is so short

14   that they can't be seen behind this police officer but there

15   nevertheless is somebody behind you?  Is that your

16   testimony?

17   A.  Sir, it's a freeze frame again, so when it's actually

18   happening, people are moving, and it was very, very chaotic

19   and very, very densely packed there so...

20           MR. MANNING:  Play the next two seconds.

21           (Video playing)

22   Q.  Nobody forced you into the Capitol; isn't that right?

23   A.  No, sir, that's not correct.

24   Q.  You believe you were forced in?

25   A.  By physical force of a crowd, yes, sir.

1            MR. MANNING:  Could we bring up 904 again,

2    Ms. Rouhi.

3    Q.  So in this Tweet in September 20, 2021, you said you

4    peacefully entered through open doors, and today you're

5    telling us, if I understand you correctly, that actually you

6    were physically forced into the Capitol; is that right?

7    A.  Yes, sir.  We were pushed in by a crowd that became

8    violent and not peaceful at that moment.

9    Q.  Okay.

10   A.  Our intentions were peaceful, and we remained peaceful

11   the entire time.  So I was trying to defend Dr. Gold's

12   character in this response to someone that was --

13   Q.  You were trying to defend Dr. Gold's character with a

14   false statement; isn't that right?

15   A.  No.  We were peaceful.  We were peaceful ourselves.  We

16   never made any movements or actions of violence.  We were

17   caught up in a crowd that was wild at that point,

18   unfortunately.

19   Q.  "Peacefully entering through open doors (previously

20   opened from the inside) with no signage or directives

21   indicating such entry was prohibited, calmly walking in an

22   orderly fashion between the velvet ropes, and leaving as

23   soon as a uniformed officer asked."  That's what you wrote

24   on September 20, 2021.

25   A.  Yes, sir.  It's a summary of kind of the whole day.

```
1    Q.  In the summary of the peace in which you entered the
2    Capitol, your summary was you peacefully entered through
3    open doors because you're saying you were peaceful.  And
4    even though everyone around you is pushing you and forcing
5    you in and there's people fighting with officers, you say
6    it's fair to call yourself peacefully entering through open
7    doors?
8    A.  I'm sorry, what was the question exactly?
9    Q.  That's fair.
10            MR. MANNING:  Why don't we go to 401.01.  Can you
11   pause at three seconds.
12   Q.  This is you now on the other side of those doors?
13   A.  Yes, sir.
14   Q.  Did I understand your testimony with Mr. Brennwald to be
15   that you actually hadn't wanted to be here, but you were
16   forced in?
17   A.  I had not wanted to be inside the Capitol at all.  That
18   was never my intention, or I never even imagined that would
19   happen.  By the time we were pinned and trapped up here at
20   the top and then the doors opened, the force of that crowd
21   pushing in gave us no option other than to fall in, and I
22   also wanted to get Dr. Gold away from that chaos because it
23   was becoming not safe at that moment.
24   Q.  And there's -- see this set of steps over to the right?
25   A.  I do.
```

1   Q.  Okay.  And you see there's a few people over by the

2   steps?

3   A.  I do.

4   Q.  And there was nothing to stop you from going and sitting

5   on those steps, correct?  There's nobody in between you and

6   those steps.

7   A.  There's nobody in between me and the steps, no.

8   Q.  Okay.  There's also some empty benches over here.

9   A.  Yes, sir.

10  Q.  Nothing to stop if you want to -- if you don't want to

11  be in the Capitol and you just want to stay away from the

12  crowd at the door, there's nothing to stop you from turning

13  around and sitting at those benches, correct?

14  A.  No, sir.  I was taking Dr. Gold away from the chaos that

15  had just happened, so I wanted to quickly but calmly get her

16  in a safe place away from that disturbance.  That's what I

17  did.

18  Q.  And you thought the best way to get away from that

19  disturbance was to march right through Statuary Hall, march

20  through the Rotunda and spend 20 minutes outside the House

21  Chamber door?  That's how you were going to get her away

22  from this disturbance?

23  A.  Sir, I didn't know where I was so I just did what I

24  could see in front of me, which was -- it was a main hallway

25  straight ahead, and I just proceeded in that direction to

1    get away from the situation that we had been crunched in

2    before so...

3              MR. MANNING:  You can take that down.

4    Q.  You stated in your testimony that Dr. Gold's only

5    purpose in going inside the Capitol was to promote medical

6    freedom.  Is that your testimony?

7    A.  No.  Her intent on being -- on January 6th that day was

8    to give a speech that she gave the day before, and then she

9    was going to give it again that day when things, you know,

10   changed.  In the confusion and chaos, she ended up in that

11   crowd trying to get their attention to speak to them.

12              But once she was inside, she just tried to give

13   the same speech she had prepared already.

14   Q.  But you described the purpose of the speech as being

15   about medical freedom or health freedom; is that correct?

16   A.  That's the general topic she mostly speaks about, yes.

17   Q.  Okay.  But she also speaks about the 2020 election,

18   doesn't she?

19   A.  Generally she doesn't.  She acknowledged it in that

20   speech.

21              MR. MANNING:  Let's pull up 314.  Go to 30

22   seconds.

23              (Video playing)

24              MR. MANNING:  Go back 30 seconds.

25   Q.  This is the first speech that Dr. Gold gave in the

1    Capitol that you filmed on your phone; is that correct?

2    A.  This is the speech she gave in the Capitol that I filmed

3    on my phone, yes, sir.

4    Q.  Well, she gave two, correct?  There was one in Statuary

5    Hall and one with the bullhorn on the statue; isn't that

6    right?

7    A.  I believe it's the same speech either repeated or a

8    continuation.

9    Q.  But she gave the speech two different times?

10   A.  Yes, sir.

11   Q.  And this is the first time?

12   A.  Yes, sir.

13   Q.  Okay.

14          MR. MANNING:  So let's play from 30 seconds to 49

15   seconds.

16          (Video playing)

17   Q.  Dr. Gold put the election at the center of the speech;

18   isn't that right?

19   A.  That wasn't the beginning of the speech or the end, but

20   she mentioned it in the speech because she knew that that's

21   what a lot of people were thinking about that day.

22          But that wasn't the main purpose of what she

23   wanted to talk about so...  She just acknowledged it.

24          MR. MANNING:  Let's go to 908.

25   Q.  This is your Tweet on January 5th, correct?

1    A.  Yes.

2    Q.  The day before January 6th?

3    A.  Yes, sir, uh-huh.

4    Q.  And you're responding to a Tweet from Dr. Simone Gold?

5    A.  Uh-huh.

6    Q.  And her Tweet says, "Our nation is facing a

7    constitutional crisis.  Transparency is absent in medicine

8    and in elections," correct?

9    A.  Yes, sir.

10   Q.  So Dr. Gold not only challenged the 2020 election in her

11   speech inside the Capitol, she was commenting on it publicly

12   the day before as well; isn't that correct?

13   A.  She was commenting that there was a lack of transparency

14   in medicine and in elections, and that's what she said in

15   the speech as well.  She said something about an election

16   without transparency.

17   Q.  And the speech that she was going to give at the morning

18   of January 6th, that was at an event called Stop the Steal;

19   is that right?

20   A.  She was scheduled to make a speech in the afternoon on

21   January 6th.  Is that what you meant?

22   Q.  Sorry, the events that she was going to make the speech

23   for, January 5th and January 6th, those are called the Stop

24   the Steal rallies, correct?

25   A.  Yes, sir, the January 6th one was.  I'm not sure if the

1    January 5th was called that, but...

2    Q.  Let's talk about Stop the Steal.  You testified that

3    your understanding that Stop -- about Stop the Steal was

4    about people who wanted some sort of legal audit of the

5    election; is that right?

6    A.  Yes, sir.

7    Q.  And you frequently used "Stop the Steal" in your own

8    communications in the weeks leading up to the election,

9    right?

10   A.  Yes, sir.

11   Q.  You used "Stop the Steal" in the flier that you had made

12   in that December 2020 freedom rally in Beverly Hills,

13   correct?

14   A.  Yes.  That was a common topic at that time, so people

15   were talking about it.

16   Q.  Okay.

17         MR. MANNING:  Can we go to 512.01.  I'm going to

18   play the first 18 seconds.

19         (Video playing)

20   Q.  So you've testified previously that your sole purpose in

21   entering the Capitol was to provide security for Dr. Gold;

22   but you'd agree, correct, that the crowd was very focused on

23   Stop the Steal on January 6th?  You heard that all around

24   you, right?

25   A.  That was what they were chanting at that moment, yes,

```
 1    sir.
 2              MR. MANNING:  Let's go to 506.01 and go up to
 3    8:20.  We'll play until 8:56.
 4              (Video playing)
 5    Q.  You heard the "Stop the Steal" chant there, sir?
 6    A.  Yes, sir.
 7    Q.  Yes, okay.  And at this point when you're with a crowd
 8    of people wearing military helmets and the rest of it
 9    crushed inside the House Chamber door, do you still believe
10    that Stop the Steal is about people seeking a legal audit of
11    the 2020 election?
12    A.  I just think it's something that people are shouting.
13              MR. MANNING:  Can we skip ahead to 10:08.
14    Q.  This is that same group of people, correct, just a
15    minute and a half later?
16    A.  Yes, sir.
17              MR. MANNING:  Can we play until ten minutes and 25
18    seconds.
19    Q.  Keep your eye on the doors, sir.
20              (Video playing)
21    Q.  Smashing flagpoles against the door inside the Capitol
22    building is not a way to ask for a legal audit of an
23    election, is it, sir?
24    A.  Of course not.
25    Q.  So at this point there must be no doubt in your mind,
```

1  right, that -- what you had once thought of people thinking
2  oh, Stop the Steal, that's about a legal audit of the
3  election, now there can be no doubt, correct, that the
4  people shouting "Stop the Steal" inside the Capitol are
5  after something else?
6  A.  Well, other than -- whatever they're doing there clearly
7  isn't legal, sir.  I didn't think that, of course.  I didn't
8  know what was happening in the building that day, so I
9  thought people were just running around yelling and waving
10  their flags, and some people apparently were breaking
11  windows, but...
12  Q.  And as we've just seen, the people who are running
13  around yelling things and trying to break windows are
14  yelling "Stop the Steal," correct?  And you saw that right
15  there on January 6th?
16  A.  Yes, I heard people shouting that that day.
17         MR. MANNING:  Go to 3:62.
18  Q.  And so after everything you'd seen of the people
19  shouting "Stop the Steal" and trying to break windows inside
20  the Capitol, the day after you still embrace Stop the Steal
21  in this Tweet, correct?
22  A.  No, this was the day before.
23  Q.  Special Agent Turner testified in this court yesterday
24  that this was found on your phone dated the following day.
25  Was that testimony incorrect, sir?

1  A.  To my knowledge, yes.  Ian Smith is a friend of mine,

2  and he -- actually, I think he spoke at the event on January

3  5th, which was the day before.  So I think this was the

4  evening of January 5th.

5        I don't recall that I saw Ian on January 6th or

6  afterwards.

7  Q.  So is it your testimony that after you saw what you saw

8  inside the Capitol you abandoned your support of Stop the

9  Steal?

10  A.  My support of Stop the Steal as a hash tag is just the

11  topic of election integrity.  That's just the general

12  concept there so...

13        That was always true for me before and after.

14  Q.  So you'd still support a "Stop the Steal" hash tag

15  because in your mind that has nothing to do with people

16  chanting "Stop the Steal" and smashing windows in the

17  Capitol?

18  A.  It definitely does not have anything to do with smashing

19  windows, sir, no.  Smashing windows is illegal,

20  inappropriate, and I would never support anything like that.

21  Q.  It has nothing to do with smashing windows except all

22  the people chanting "Stop the Steal" and smashing windows,

23  right?

24  A.  Well, sir, the people who smashed windows on January 6th

25  were breaking the law and doing some things that they should

```
1    not have done, and I don't approve of that.  I would never

2    encourage anyone to do that or anything that's illegal; so I

3    don't conflate that with the name "Stop the Steal" as a

4    concept for election integrity.

5    Q.  But you were proud to be part of that group, correct?

6    A.  No, I was not actually.

7              MR. MANNING:  Let's see 902.

8    Q.  You just testified that you were not proud to be part of

9    that group.  Let's see this Tweet that you wrote on the

10   steps of the Capitol on January 6, 2021.

11             That's your name in the upper left, John Strand?

12   A.  Yes, sir.

13   Q.  That's your picture?

14   A.  Yes, sir.

15   Q.  You wrote this Tweet?

16   A.  Yes, sir.

17   Q.  Nobody forced you to do so?

18   A.  That is correct, sir.

19   Q.  Dr. Gold didn't force you to do so?

20   A.  That is correct.

21   Q.  And you wrote, "I am incredibly proud to be a patriot

22   today, to stand up tall in defense of liberty & the

23   Constitution, to support Trump and #MAGAforever, & to send

24   the message:  WE ARE NEVER CONCEDING A STOLEN ELECTION."

25             You wrote that on January 6th, sir?
```

1    A.   Yes, sir.

2    Q.   Your testimony today is not the first time you've spoken

3    publicly about the events of January 6th since your arrest;

4    is that right?

5    A.   Yes, sir.

6    Q.   You've actually given many interviews on the topic?

7    A.   I don't know about many, but I've given a few.

8    Q.   You did an interview with a man named Rob McCoy in the

9    last two months?

10   A.   Yes, sir.  Rob is a friend of mine.

11   Q.   And your testimony today is that it was not a peaceful

12   scene when you entered the Capitol, correct?

13   A.   At that particular moment at the door, yes, it became

14   very chaotic and not peaceful.

15   Q.   And you described it here as chaotic when you were

16   speaking with Mr. Brennwald; is that right?

17   A.   Yes, sir.

18   Q.   But in that interview with your friend, Mr. McCoy, you

19   said the people in the crowd on January 6th were just like

20   tourists; isn't that right?

21   A.   There were times where that occurred.  People were

22   walking through the velvet ropes, the red stanchions in the

23   main halls in the Capitol, so there was some footage that I

24   saw.  And also my remembrance when I was walking through was

25   kind of surreal.

1    And so it was clear that there were a lot of

2    people there that day.  Some of them were aggressive and

3    acted violently and inappropriately and illegally, which is

4    terrible and really unfortunate because it puts innocent

5    people in danger, and it ruins everything for everybody

6    else.

7    But there were plenty of people that were not

8    violent people and were not trying to break the law.  I was

9    one of them, and so there were a lot of people that I didn't

10   want to be blamed as violent people, if they weren't.

11   Q.  You didn't express any of that remorse in your interview

12   with Mr. McCoy, did you?

13   A.  I don't recall exactly, sir.

14   Q.  Well, you didn't.

15   MR. MANNING:  So let's go see Government's Exhibit

16   1004.

17   THE COURTROOM DEPUTY:  It's not in.

18   MR. MANNING:  We can't publish this yet.

19   Q.  Mr. Strand, do you recognize yourself in this video

20   clip?

21   A.  Yes, sir.

22   Q.  And is that Mr. McCoy?

23   A.  Yes, sir.

24   Q.  Does this appear to be the video -- interview that you

25   gave?

```
 1      A.  Yes, sir.

 2                MR. MANNING:  We could publish it.

 3                We move to admit Government's Exhibit 1004.

 4                MR. BRENNWALD:  Can we go on the phone, Your

 5      Honor.

 6                (The following is a bench conference

 7                 held outside the hearing of the jury)

 8                MR. BRENNWALD:  Your Honor, I've never seen this

 9      before.  I'm not even aware of it so I can't agree or

10      disagree to it.  I know the government uploaded a two-and-a-

11      half-hour video of Mr. Strand speaking to another gentleman

12      on September 12th.  I had not seen or heard of this before.

13                THE COURT:  Mr. Manning, is this a clip of a

14      longer video, or is this --

15                MR. MANNING:  This is a 30-second clip of what was

16      a 12-minute video just sent over to defense counsel last

17      week, and it's the defendant's own statement.

18                MR. BRENNWALD:  Ms. Ali says it was sent to us or

19      uploaded to USAFX on September 18th, which, I guess, is the

20      day before trial.

21                THE COURT:  It's only 30 seconds.  I'll allow it.

22                And this is not a case-in-chief exhibit anyway so

23      there was no obligation for pretrial disclosure.  So we'll

24      allow it if he lays the foundation, which I think he just

25      did.
```

```
1                MR. BRENNWALD:  Okay.

2                (This is the end of the bench conference)

3                THE COURT:  What's the number, Mr. Manning?

4                MR. MANNING:  1004, Your Honor.

5                THE COURT:  1004 is admitted.

6                MR. MANNING:  Could we play from beginning to end,

7       Ms. Rouhi.

8                (Video playing)

9       BY MR. MANNING:

10      Q.  No expression of remorse there; is that correct, sir?

11      A.  I understand your point, sir.

12      Q.  And in your interview with Mr. McCoy, you described

13      people as looking like tourists, as we just mentioned; is

14      that right?

15      A.  Yes, at times.  That wasn't the totality of everything

16      that happened that day obviously.

17      Q.  And in that interview you made no reference to people

18      smashing windows with flagpoles, correct?

19      A.  Correct.  That was not our action or our -- anything

20      that we wanted to be a part of, so I was not speaking to

21      those moments that happened.

22                I understand it was a long day where a lot of

23      different things happened, and some violent and illegal

24      things happened.  I did not condone those or participate in

25      them, and I -- like I said, I wanted it to be clear that
```

1    some people had every intention of being peaceful and law-

2    abiding, including myself.  Others did not, and I didn't

3    want them to be conflated.

4    Q.  So those other bad things that you saw happen, you just

5    pretended in this interview that you hadn't seen them,

6    correct?

7    A.  Well, I had not seen very much of them when I was there

8    that day.  I've seen a lot of it after the fact now that

9    we're seeing a hundred thousand cameras and looking at it

10   from every angle a hundred thousand times.

11          So I have a definite different understanding and a

12   fuller picture now, but, like I said, I'm speaking there

13   about some people being peaceful and law-abiding not being

14   tied together with people who were violent, and that was my

15   intention.

16   Q.  Well, we saw a video earlier of an officer falling to

17   the ground right in front of you.  And you don't deny that

18   you saw that, correct, on January 6th itself?  You saw that,

19   correct?

20   A.  Yes, I saw that.  And I saw him trip in a busy crowd and

21   then get picked up so I thought he was going to be okay, and

22   I thought that was -- you know, he was going -- he was taken

23   care of.

24   Q.  And on January 6th you saw the flagpoles being smashed

25   against the East Rotunda door happening within five feet of

1    you, correct?

2    A.  Yes, that -- that was not a good thing.  I don't condone

3    that at all.  That was the point at which we were trapped.

4    And I would have much preferred to get Dr. Gold out of that

5    area, but it physically wasn't possible, and the safest

6    thing was to get away from that -- that moment.

7              So once we were pushed inside the doors, I just

8    took her away to keep her safe and get away from where it

9    was very chaotic.  So I just looked for a calm safe place to

10   get her to and then, when it was safe, to get out of the

11   building.  We did.

12   Q.  And you said you looked for a calm safe place to get her

13   to, but 20 minutes later the place you got her was in front

14   of the House Chamber door with people smashing flagpoles

15   against the window, right?

16   A.  Well, I didn't know where that was, but that is where we

17   ended up walking into because I didn't know where to go.

18             So where I had come from was very chaotic.  I

19   wasn't going to go there for a while.  And then the other

20   hall, the way that we walked towards that you just

21   described, was busy, but it wasn't violent at first.

22             And then I couldn't find a way to get out, so I

23   walked a different way trying to kind of get my bearings.

24             Still couldn't get out because it was very, very

25   chaotic in that direction, so we came back one more time.

1          Then we got smashed into another crowd of people.

2          Then it let down, and we got out of there, and

3     then we -- at that point the cops had said people need to go

4     back towards the Rotunda, which we did.

5     Q.  Your testimony is that your sole purpose of being inside

6     the Capitol was to be with Ms. Gold to provide her security;

7     is that right?

8     A.  Yes, sir.

9     Q.  But you're somehow unable to walk out of that vestibule

10    in front of the door.  Is that your testimony?

11    A.  The vestibule in front of the door?

12    Q.  The scene we were just watching, flagpoles being smashed

13    against the door.  Do you recall that scene?

14    A.  Yes.  I think so.

15    Q.  Okay.  And you're a trained security guard, correct?

16    That's your testimony?

17    A.  Yes, sir.

18    Q.  And as a trained security guard, if you wanted to get

19    out of that door you absolutely could have, correct?

20    A.  No, but I'm also -- I'm a little confused about which

21    door you're talking about, so...

22          But I've tried to explain to the best of my

23    ability how I made the best decision possible at each moment

24    to protect Dr. Gold and to try to observe what police

25    officers' directives were, and it was -- there weren't a lot

1  of directives for a while.  It was very chaotic and

2  confusing in the building.

3           But once it settled down and they gave directives,

4  we followed them.

5  Q.  There was some ambiguity in the back-and-forth with

6  Mr. Brennwald about your age and Dr. Gold's age.  You were

7  37 years old on January 6, 2021; is that right?

8  A.  Yes, sir.

9           MR. MANNING:  Just one minute, Your Honor.

10           (Pause)

11           MR. MANNING:  Nothing further from the government,

12  Your Honor.  Thank you.

13           THE COURT:  Mr. Brennwald, brief redirect.

14                    REDIRECT EXAMINATION

15  BY MR. BRENNWALD:

16  Q.  This is just a super technical point, but just to make

17  it clear for the jury --

18           MR. BRENNWALD:  Can we pull up 362, please, and I

19  won't bother you the rest of this trial.

20           I just want to clear one point up, Your Honor.

21  Q.  Do you see 362, Mr. Strand?

22  A.  Yes, sir.

23  Q.  So Agent Turner testified yesterday that he thought this

24  picture was taken on -- I'm sorry -- January 7th, right?

25           Do you see this thing that says two days or "2d"

1    at the top of that?

2    A.  Yes.

3    Q.  Two days, does that mean that that's two days old?

4    A.  I believe so.

5    Q.  So if you saw this and thought it was January 7th, it's

6    actually from January 5th, correct?

7    A.  That makes sense to me.

8    Q.  Which is what you just said?

9    A.  Yes.  I'm almost certain that that's when the photo was

10   taken.

11            MR. BRENNWALD:  That's all I have.  Thank you,

12   Judge.

13            THE COURT:  All right.  Mr. Brennwald?

14            MR. BRENNWALD:  Your Honor, we rest.

15            THE COURT:  Okay.  And the government, any

16   rebuttal case?

17            MS. AYERS-PEREZ:  No rebuttal, Your Honor.

18            THE COURT:  All right.  So ladies and gentlemen,

19   the defense has rested, and the government has rested it's

20   overall case, so that concludes the evidentiary portion of

21   the trial.

22            I think it is probably too late for us to instruct

23   you on the law so we're going to bring you back Monday

24   morning and start off with -- I'm going to read my

25   instructions, which I'm required to do, although you will

1    each have a set of instructions in the jury room with you.

2    That should take about 40, 45 minutes or so.

3              And then we will proceed immediately thereafter to

4    closing arguments Monday morning, and then you will begin

5    your deliberations after that.  All right?

6              So I know that this has been a long week.  We've

7    covered a lot of territory.  There's a lot for you to

8    process.

9              You all have been incredibly patient and

10   attentive, and I know I appreciate that.  I know the parties

11   appreciate that as well.  Please don't let your guard down

12   over the weekend with respect to discussing the case or

13   doing any research about the case.

14             Everyone has also stayed healthy.  No one has

15   exhibited any symptoms of anything.  You know, think about

16   that over the weekend.  Obviously go about your lives and

17   enjoy yourself, but try to stay safe at the same time.

18             All right.  So you've earned a cocktail and a very

19   relaxing weekend, so please take advantage of that, and

20   we'll see you back here at 9:15 Monday morning so we can get

21   started as soon as we can.

22             Have a great weekend.

23             (Jury exits courtroom)

24             THE COURT:  Okay.  Mr. Strand, you can step down.

25             All right.  So we'll instruct first thing, and

 1    then move to closings.  An hour each?

 2                MS. AYERS-PEREZ:  I think that should suffice,

 3    Your Honor.

 4                MR. BRENNWALD:  Yes, Your Honor.  Before I forget,

 5    I'm just going to renew my MJOA.

 6                THE COURT:  Very well.  The Court will reserve

 7    until the jury reaches a verdict.

 8                MR. BRENNWALD:  Thank you, Your Honor.  I

 9    appreciate it.

10                THE COURT:  All right.  So an hour combined for

11    the government; an hour for Mr. Brennwald.

12                You know, we've seen a lot of videos.  There have

13    been a lot of, you know, date stamps and time stamps.  I

14    would just counsel you folks that if you do want to draw the

15    jury's attention to particular portions of the video, to be,

16    you know, really focused about it and to clearly identify

17    the time stamps on those videos because they're going to

18    have them all back there.  If you want them to look at a

19    particular segment, make it really clear for them what you

20    want them to look at because it's going to be -- you know,

21    they're going to be inundated with videos once they get back

22    there.

23                MR. BRENNWALD:  Yes, Your Honor.

24                THE COURT:  All right.  Anything else?

25                MS. AYERS-PEREZ:  No, Your Honor.

1     THE COURT:  All right.  Have a good weekend.

2          And, Ms. Ali, enjoy some time with your daughter,

3     all right?

4               (Whereupon the hearing was

5                adjourned at 4:15 p.m.)

6

7          **CERTIFICATE OF OFFICIAL COURT REPORTER**

8

9          I, LISA A. MOREIRA, RDR, CRR, do hereby

10    certify that the above and foregoing constitutes a true and

11    accurate transcript of my stenographic notes and is a full,

12    true and complete transcript of the proceedings to the best

13    of my ability.

14       Dated this 6th day of October, 2022.

15

16
                              /s/Lisa A. Moreira, RDR, CRR
17                            Official Court Reporter
                              United States Courthouse
18                            Room 6718
                              333 Constitution Avenue, NW
19                            Washington, DC 20001

20

21

22

23

24

25

**#**

**#DoNotCertify** [1] - 981:11
**#StopTheSteal** [1] - 1078:25
**#TruthMaverick** [1] - 1078:12

**$**

**$75** [1] - 970:18

**/**

**/s/Lisa** - 1136:16

**0**

**01** [1] - 986:13

**1**

**1** [5] - 984:24, 985:16, 985:19, 1080:17, 1080:21
**1/3/21** [1] - 980:14
**10** [4] - 966:6, 967:3, 984:22
**10,000** [1] - 1020:10
**100** [1] - 993:20
**1004** [4] - 1126:16, 1127:3, 1128:4, 1128:5
**100a** [1] - 963:14
**104** [6] - 976:22, 976:25, 977:1, 977:6, 1107:21, 1107:22
**105** [2] - 1023:15, 1030:3
**106** [2] - 1023:15, 1097:15
**107** [2] - 1023:15, 1047:11
**108** [2] - 1049:3, 1049:6
**10:08** [1] - 1121:13
**10:19** [1] - 984:14
**11** [1] - 984:23
**11204** [1] - 963:13
**11th** [1] - 983:6
**12** [1] - 967:9
**12-minute** [1] - 1127:16
**12:00** [3] - 980:25, 981:7, 1000:21
**12:35** [1] - 1046:14
**12th** [1] - 1127:12
**13th** [1] - 974:10
**14** [2] - 990:10, 990:11

**1400** [1] - 963:17
**14:33** [1] - 1053:22
**14:34** [2] - 1054:21, 1058:6
**14th** [1] - 984:4
**15** [6] - 966:3, 969:3, 1020:13, 1025:10, 1064:1, 1064:9
**16th** [1] - 974:11
**17** [2] - 967:13, 1093:24
**18** [2] - 966:22, 1120:18
**18-minute** [1] - 1035:18
**18th** [2] - 993:8, 1127:19
**19:33** [1] - 1078:1
**1:00** [2] - 985:6, 986:5
**1:04** [1] - 1108:14
**1:21-cr-00085-CRC** [1] - 963:4
**1:30** [1] - 972:20
**1:35** [1] - 1046:15
**1st** [1] - 1016:2

**2**

**2** [2] - 991:3, 1062:6
**20** [10] - 1020:13, 1025:10, 1046:2, 1064:9, 1081:17, 1100:9, 1114:3, 1114:24, 1116:20, 1130:13
**20001** [2] - 963:24, 1136:19
**20003** [1] - 963:21
**20005** [1] - 963:17
**202** [2] - 963:18, 963:25
**2020** [20] - 983:6, 984:4, 989:12, 990:10, 990:11, 1009:9, 1014:18, 1017:1, 1021:2, 1078:8, 1080:17, 1080:21, 1089:5, 1091:11, 1093:24, 1093:25, 1117:17, 1119:10, 1120:12, 1121:11
**2021** [31] - 978:1, 978:3, 978:20, 979:25, 980:14, 980:15, 980:19, 983:5, 984:11, 986:4, 986:16, 988:4, 991:3, 993:8, 995:6, 995:7,

1014:15, 1015:24, 1020:5, 1021:22, 1023:12, 1049:14, 1076:16, 1076:19, 1077:19, 1081:17, 1100:9, 1114:3, 1114:24, 1124:10, 1132:7
**2022** [2] - 963:4, 1136:14
**21** [1] - 1055:16
**21-85** [1] - 965:3
**22** [1] - 995:8
**23** [2] - 963:4, 989:11
**25** [3] - 1068:20, 1075:9, 1121:17
**25-second** [1] - 1048:2
**27** [1] - 1055:16
**28** [1] - 1091:11
**28th** [1] - 1091:17
**29th** [1] - 1074:14
**2:00** [3] - 1024:12, 1027:6, 1055:16
**2:05** [1] - 1049:17
**2:06** [1] - 995:8
**2:08** [3] - 995:10, 1083:5, 1083:8
**2:08:49** [1] - 995:13
**2:10** [1] - 1049:17
**2:27** [2] - 1068:20, 1084:21
**2:27:21** [1] - 1055:16
**2:27:22** [1] - 1055:18
**2:28:41** [1] - 1059:25
**2:28:44** [2] - 1059:19, 1059:22
**2:29:18** [1] - 1060:14
**2:31:32** [1] - 1062:25
**2:31:55** [1] - 1062:7
**2:35** [1] - 1064:1
**2:52** [1] - 1065:8
**2:54** [1] - 1067:6
**2:55** [1] - 1066:17
**2d** [1] - 1132:25
**2nd** [1] - 1016:2

**3**

**3** [3] - 972:9, 980:14, 995:22
**30** [8] - 970:6, 978:1, 1004:2, 1022:20, 1117:21, 1117:24, 1118:14, 1127:21
**30-second** [1] - 1127:15
**301** [1] - 963:21
**307** [2] - 1040:4, 1040:5
**308** [1] - 1101:13

**31** [1] - 978:20
**310** [2] - 991:18, 991:22
**312.01** [1] - 984:8
**313** [2] - 1042:4, 1042:11
**314** [1] - 1117:21
**31:00** [1] - 997:4
**326.01** [2] - 1073:21, 1073:24
**331.02** [1] - 980:5
**331.05** [1] - 1090:20
**331.06** [2] - 1070:25, 1071:18
**333** [2] - 963:24, 1136:18
**334.05** [1] - 1092:13
**337.01** [2] - 988:9, 988:12
**337.02** [2] - 984:2, 989:22
**340.01** [1] - 982:18
**342.01** [4] - 995:1, 1082:20, 1082:22
**35** [1] - 1080:18
**354-3187** [1] - 963:25
**356** [1] - 972:10
**362** [2] - 1132:18, 1132:21
**366** [1] - 986:13
**366.01** [2] - 986:9, 986:13
**37** [3] - 1068:21, 1110:3, 1132:7
**3:09** [2] - 1068:18, 1068:21
**3:15** [2] - 995:22, 995:23
**3:16** [1] - 1069:19
**3:27** [1] - 1075:9
**3:62** [1] - 1122:17
**3rd** [4] - 980:15, 1016:8, 1016:15, 1018:20

**4**

**4** [1] - 1082:19
**40** [3] - 1022:20, 1058:2, 1134:2
**401** [4] - 1055:12, 1055:13, 1055:15, 1059:17
**401.01** [1] - 1115:10
**405** [2] - 1059:18
**406** [2] - 1065:12, 1066:16
**407** [1] - 1066:15
**409** [1] - 1067:24
**42** [1] - 1068:22

**45** [2] - 995:10, 1134:2
**47** [1] - 996:25
**49** [2] - 995:12, 1118:14
**4:15** [2] - 1071:6, 1136:5

**5**

**5** [4] - 966:8, 1076:16, 1076:19, 1077:19
**5,000** [1] - 1020:10
**500** [2] - 993:17, 993:20
**504** [2] - 1042:23, 1051:15
**504.01** [1] - 1105:5
**504.01A** [3] - 1051:14, 1051:21, 1106:11
**504.01B** [1] - 1052:16
**506.01** [1] - 1121:2
**510** [1] - 1050:19
**510.01** [5] - 1050:19, 1050:20, 1050:21, 1050:23, 1051:18
**510.1** [1] - 1051:15
**511** [5] - 1053:7, 1053:18, 1054:11, 1058:2, 1058:6
**512.01** [2] - 1106:25, 1120:17
**512.03** [1] - 1047:25
**514-6256** [1] - 963:18
**5:00** [3] - 995:18, 995:19, 1050:2
**5:06** [1] - 1083:2
**5:08** [2] - 1083:5, 1083:6
**5:23** [3] - 996:25, 997:2, 1086:22
**5:27** [1] - 1110:13
**5:37** [1] - 1110:3
**5:47** [1] - 1110:13
**5:58** [1] - 1111:12
**5th** [18] - 984:11, 984:17, 1016:12, 1018:21, 1019:9, 1019:16, 1019:17, 1020:8, 1020:15, 1020:21, 1020:24, 1077:18, 1118:25, 1119:23, 1120:1, 1123:3, 1123:4, 1133:6

**6**

**6** [16] - 978:2, 979:25, 980:19, 983:4, 986:4, 986:16, 988:4, 995:6,

995:11, 1014:15,
1020:5, 1021:22,
1023:12, 1049:14,
1124:10, 1132:7
**6718** [2] - 963:23,
1136:18
**6th** [72] - 971:13,
972:18, 973:10,
981:1, 981:14,
983:23, 983:24,
985:7, 986:20,
990:14, 991:8,
991:11, 992:22,
994:14, 994:17,
994:20, 995:7,
995:18, 996:17,
997:4, 997:23,
998:7, 999:1,
999:25, 1000:12,
1000:14, 1003:2,
1009:12, 1016:13,
1018:21, 1020:20,
1020:22, 1021:14,
1021:16, 1021:17,
1055:3, 1071:6,
1074:10, 1074:19,
1074:22, 1078:13,
1078:21, 1079:3,
1080:18, 1083:2,
1084:3, 1088:9,
1096:11, 1097:19,
1097:24, 1098:5,
1098:13, 1098:22,
1099:1, 1104:22,
1105:2, 1117:7,
1119:2, 1119:18,
1119:21, 1119:23,
1119:25, 1120:23,
1122:15, 1123:5,
1123:24, 1124:25,
1125:3, 1125:19,
1129:18, 1129:24,
1136:14

---

### 7

**723-6523** [1] - 963:15
**78045** [1] - 963:14
**7:15** [1] - 1071:7
**7:19** [1] - 984:14
**7:33** [2] - 1078:2,
1078:5
**7th** [2] - 1132:24,
1133:5

---

### 8

**8** [9] - 1023:22,
1024:10, 1025:12,
1026:21, 1026:23,
1098:4, 1099:5,

1099:20, 1100:1
**8:00** [2] - 1049:19,
1050:1
**8:19** [1] - 1112:2
**8:20** [1] - 1121:3
**8:56** [1] - 1121:3
**8th** [3] - 971:14,
1016:13, 1018:21

---

### 9

**901** [1] - 1080:15
**902** [1] - 1124:7
**904** [5] - 1076:22,
1081:9, 1081:12,
1100:8, 1114:1
**905** [1] - 990:17
**908** [1] - 1118:24
**909** [5] - 1076:12,
1076:14, 1076:23,
1077:11, 1077:14
**913** [1] - 1079:19
**922** [1] - 963:20
**928-7727** [1] - 963:21
**956** [1] - 963:15
**9601** [1] - 978:23
**9:00** [4] - 981:6,
1000:17, 1049:19,
1074:16
**9:15** [1] - 1134:20
**9:21** [2] - 986:16,
988:2
**9:30** [1] - 1000:11
**9:33** [1] - 963:5

---

### A

**a.m** [5] - 963:5, 981:7,
988:2, 1049:19,
1074:16
**abandon** [1] - 1032:10
**abandoned** [1] -
1123:8
**abiding** [2] - 1129:2,
1129:13
**abilities** [1] - 1109:9
**ability** [3] - 1109:8,
1131:23, 1136:13
**able** [4] - 1010:2,
1031:17, 1065:19,
1075:17
**absent** [1] - 1119:7
**absolutely** [9] -
983:13, 1010:6,
1018:19, 1075:1,
1079:10, 1084:10,
1089:19, 1095:17,
1131:19
**Absolutely** [1] -
989:24

**accept** [1] - 983:1
**acceptance** [1] - 990:7
**according** [3] - 978:5,
981:2, 1000:12
**account** [1] - 1076:17
**accurate** [2] - 967:12,
1136:11
**accurately** [2] -
965:24, 1026:14
**acknowledged** [2] -
1117:19, 1118:23
**acquaintance** [1] -
1071:12
**acquittal** [1] - 1004:9
**act** [10] - 967:4,
983:11, 990:25,
999:22, 999:23,
1078:8, 1079:25,
1080:3, 1080:6,
1084:24
**Act** [2] - 1080:3,
1080:5
**acted** [2] - 965:18,
1126:3
**acting** [4] - 1008:8,
1008:14, 1008:17,
1010:18
**action** [3] - 990:24,
1091:23, 1128:19
**Action** [1] - 963:3
**actions** [3] - 999:1,
1089:16, 1114:16
**active** [1] - 1080:22
**activities** [2] - 992:16,
1080:7
**actor** [1] - 1093:15
**actors** [1] - 1010:21
**actual** [3] - 986:21,
1030:1, 1080:13
**add** [1] - 967:1
**added** [2] - 966:3,
967:5
**additional** [2] -
975:14, 975:15
**address** [11] - 967:25,
968:4, 973:17,
974:12, 974:14,
978:23, 978:24,
978:25, 1012:3,
1017:8, 1018:17
**addresses** [1] - 973:18
**adds** [1] - 996:23
**adjacent** [1] - 1099:23
**adjourned** [1] - 1136:5
**administration** [1] -
1007:9
**admit** [8] - 976:21,
1030:13, 1051:15,
1077:7, 1077:8,
1077:10, 1077:11,

1127:3
**admitted** [11] - 1030:8,
1031:15, 1040:5,
1042:23, 1050:17,
1053:18, 1067:25,
1076:21, 1077:14,
1081:10, 1128:5
**admittedly** [1] -
1086:21
**adult** [1] - 1019:25
**advance** [5] - 1020:21,
1027:14, 1027:22,
1029:10, 1072:19
**advanced** [1] - 1026:5
**advantage** [1] -
1134:19
**adversarial** [1] -
1018:10
**advocacy** [1] -
1017:23
**advocate** [2] - 1015:3,
1088:6
**advocating** [3] -
981:15, 982:2,
982:14
**affiliation** [2] - 1010:8,
1010:12
**Affiliation** [1] - 978:11
**afternoon** [7] -
1020:17, 1020:18,
1023:12, 1047:9,
1096:7, 1096:8,
1119:20
**afterwards** [1] -
1123:6
**age** [4] - 1013:24,
1013:25, 1132:6
**Agency** [2] - 978:6,
979:18
**agency** [1] - 978:8
**Agent** [21] - 969:2,
969:11, 970:5,
971:5, 971:9, 977:2,
977:5, 979:23,
979:24, 982:13,
989:20, 991:7,
1000:10, 1002:9,
1002:15, 1076:10,
1086:11, 1092:4,
1122:23, 1132:23
**agent** [2] - 1001:1,
1092:9
**AGENT** [2] - 964:3,
971:2
**agents** [8] - 974:16,
975:8, 975:14,
975:15, 1003:10,
1003:12, 1003:13
**aggressive** [2] -
1018:9, 1018:12,

1126:2
**agitated** [3] - 1011:11,
1062:15, 1062:16
**agitators** [1] - 1012:22
**ago** [7] - 1001:22,
1008:2, 1031:5,
1057:9, 1082:5,
1089:21, 1109:6
**agree** [7] - 1024:14,
1024:16, 1024:17,
1110:18, 1111:19,
1120:22, 1127:9
**agreed** [2] - 988:10,
1110:20
**ahead** [7] - 1042:14,
1053:17, 1073:6,
1109:24, 1112:2,
1116:25, 1121:13
**Airlines** [1] - 991:24
**airport** [2] - 992:2,
992:4
**Alfie** [3] - 987:8,
987:12, 987:14
**Ali** [21] - 968:14,
968:16, 978:16,
979:10, 1030:1,
1042:15, 1044:20,
1050:19, 1051:13,
1056:10, 1057:2,
1058:1, 1064:1,
1067:4, 1069:21,
1070:24, 1086:5,
1091:15, 1092:23,
1127:18, 1136:2
**ALI** [2] - 1066:16,
1076:13
**alleged** [1] - 973:3
**allow** [6] - 990:7,
1031:11, 1031:23,
1089:12, 1127:21,
1127:24
**almost** [5] - 983:4,
1001:13, 1022:25,
1090:20, 1133:9
**ambiguity** [1] - 1132:5
**America** [4] - 965:3,
987:9, 987:10,
1085:12
**AMERICA** [1] - 963:3
**America's** [3] -
1017:6, 1017:7,
1017:16
**American** [2] -
1108:19, 1110:8
**Americans** [1] -
998:18
**amount** [1] - 1015:10
**Angeles** [2] - 1008:17,
1009:16, 1092:17
**angle** [3] - 1070:16,

1113:12, 1129:10
**announced** [1] -
1073:6
**answer** [2] - 973:12,
981:24
**answering** [1] -
1072:22
**anyway** [2] - 969:17,
1127:22
**apartment** [1] - 973:21
**apologize** [1] - 1021:7
**appeal** [1] - 1081:2
**appear** [4] - 1044:11,
1059:23, 1068:9,
1069:6, 1069:11,
1069:14, 1084:7,
1126:24
**APPEARANCES** [1] -
963:11
**applauding** [3] -
1054:23, 1054:24,
1059:12
**applies** [1] - 968:14
**apply** [1] - 966:2
**appreciate** [5] -
1002:10, 1058:5,
1134:10, 1134:11,
1135:9
**appropriate** [2] -
1062:2, 1104:25
**approve** [1] - 1124:1
**approved** [1] -
1017:11
**April** [1] - 978:1
**APRIL** [1] - 963:12
**ARE** [1] - 1124:24
**area** [38] - 967:17,
971:9, 987:24,
988:1, 988:3, 992:4,
999:16, 1007:17,
1008:16, 1009:23,
1011:7, 1012:2,
1019:22, 1019:24,
1021:21, 1022:23,
1024:10, 1024:23,
1025:11, 1026:23,
1037:12, 1037:13,
1041:5, 1048:5,
1059:23, 1063:7,
1063:10, 1063:16,
1066:22, 1067:18,
1068:14, 1072:13,
1085:5, 1098:3,
1098:4, 1099:5,
1112:24, 1130:5
**Area** [1] - 1099:20
**areas** [3] - 1047:13,
1063:23, 1084:11
**arguing** [2] - 1004:10,
1077:5

**arguments** [1] -
1134:4
**Arizona** [6] - 997:6,
997:11, 997:21,
998:9, 998:13
**arm** [5] - 1047:19,
1052:2, 1052:4,
1052:21, 1067:8
**arms** [3] - 1058:20,
1094:18, 1102:12
**arrest** [6] - 972:6,
974:9, 974:10,
975:2, 975:11,
1125:3
**arrested** [7] - 975:21,
991:8, 993:8,
1002:21, 1073:3,
1074:25, 1100:12
**arrive** [2] - 1032:25
**arrived** [11] - 1019:13,
1024:10, 1024:23,
1025:24, 1027:6,
1032:24, 1033:3,
1034:8, 1034:19,
1034:21
**arts** [1] - 1008:4
**aside** [2] - 1059:8,
1086:13
**assaulting** [1] -
1085:22
**assistant** [3] - 968:14,
1013:19, 1033:19
**associate's** [1] -
1007:11
**assume** [2] - 987:15,
1074:16
**assumed** [1] - 1087:25
**asterisks** [1] - 990:5
**attack** [1] - 1018:10
**attempt** [4] - 973:14,
973:17, 1038:5,
1090:14
**attempted** [2] -
974:25, 975:16
**attend** [2] - 1027:13,
1106:6
**attended** [3] - 1020:8,
1085:13, 1085:16
**attending** [1] - 1099:5
**attention** [9] -
1002:17, 1013:14,
1025:13, 1038:11,
1040:17, 1041:19,
1109:7, 1117:11,
1135:15
**attentive** [1] - 1134:10
**ATTORNEYS** [1] -
963:12
**audience** [1] - 1016:17
**audit** [4] - 1120:4,

1121:10, 1121:22,
1122:2
**audited** [2] - 1079:13,
1089:13
**August** [1] - 1093:24
**authenticate** [2] -
988:9, 988:10
**authenticated** [1] -
1065:6
**authorization** [4] -
1003:3, 1098:12,
1098:21, 1098:25
**Avenue** [10] - 963:17,
963:20, 963:24,
1022:1, 1024:4,
1024:7, 1027:3,
1033:3, 1033:21,
1136:18
**avoided** [1] - 1066:8
**awakening** [1] -
1092:10
**aware** [43] - 971:20,
971:21, 981:13,
981:25, 985:4,
985:7, 985:8,
985:10, 985:13,
986:3, 986:6, 991:7,
992:5, 992:11,
992:18, 992:20,
992:24, 992:25,
993:3, 993:16,
996:15, 997:3,
997:14, 997:22,
999:23, 1000:23,
1011:18, 1012:5,
1012:7, 1013:13,
1023:25, 1025:8,
1030:21, 1063:10,
1088:5, 1104:7,
1104:13, 1104:14,
1104:15, 1104:16,
1104:18, 1107:11,
1127:9
**Ayers** [1] - 991:15
**AYERS** [5] - 963:12,
1003:20, 1133:17,
1135:2, 1135:25
**AYERS-PEREZ** [5] -
963:12, 1003:20,
1133:17, 1135:2,
1135:25

## B

**back-and-forth** [1] -
1132:5
**backed** [1] - 1013:4
**bad** [3] - 1055:3,
1084:25, 1129:4
**badge** [8] - 977:8,
977:10, 977:12,

977:14, 977:21,
977:23, 979:11,
979:15
**bag** [7] - 1096:20,
1096:21, 1097:2,
1097:6, 1097:7,
1097:11, 1097:13
**balance** [2] - 1076:4,
1106:1
**balanced** [1] - 1014:19
**Baltimore** [1] - 992:1
**Baltimore-**
**Washington** [1] -
992:1
**band** [4] - 1007:18,
1007:19, 1008:6,
1008:7
**bank** [1] - 1085:11
**Bank** [1] - 1085:12
**base** [2] - 1075:23,
1076:7
**based** [6] - 985:13,
992:18, 1002:25,
1068:4, 1068:9,
1109:1
**basic** [1] - 1010:1
**bath** [1] - 974:1
**baton** [2] - 1044:17,
1044:25
**battle** [1] - 1074:9
**bearings** [2] -
1060:22, 1130:23
**became** [8] - 986:6,
992:24, 992:25,
1016:25, 1017:17,
1088:24, 1114:7,
1125:13
**become** [7] - 971:21,
985:8, 985:10,
991:7, 992:5,
992:20, 1014:12
**becoming** [1] -
1115:23
**bedroom/two** [1] -
974:1
**BEFORE** [1] - 963:10
**began** [1] - 997:4
**begin** [1] - 1134:4
**beginning** [5] -
1014:20, 1015:1,
1024:20, 1118:19,
1128:6
**behavior** [1] - 1086:3
**behind** [11] - 1022:14,
1032:17, 1082:13,
1089:23, 1104:12,
1104:14, 1110:7,
1110:9, 1113:6,
1113:14, 1113:15
**behind-the-door** [1] -

1082:13
**beliefs** [2] - 1015:2,
1093:9
**belong** [2] - 974:5,
1044:13
**belonged** [1] - 974:7
**below** [4] - 980:19,
981:3, 981:9,
1074:17
**bench** [6] - 982:5,
982:11, 1031:1,
1031:25, 1127:6,
1128:2
**benches** [2] - 1116:8,
1116:13
**best** [13] - 1015:8,
1015:21, 1066:13,
1104:13, 1104:14,
1104:15, 1104:16,
1107:15, 1109:8,
1116:18, 1131:22,
1131:23, 1136:12
**better** [2] - 973:5,
1056:11
**between** [10] - 995:16,
1014:17, 1038:2,
1045:7, 1046:3,
1082:3, 1082:25,
1114:22, 1116:5,
1116:7
**Beverly** [9] - 973:21,
974:2, 976:2,
1010:7, 1012:25,
1022:19, 1091:19,
1091:20, 1120:12
**beyond** [1] - 968:15
**big** [3] - 973:24,
1022:22, 1035:8
**bigger** [4] - 1022:19,
1062:10, 1062:11,
1062:14
**biggest** [1] - 1022:17
**bike** [5] - 1032:14,
1032:18, 1032:25,
1034:10, 1034:14
**bird's** [3] - 1009:20,
1036:9, 1036:12
**bit** [18] - 968:23,
979:4, 979:9,
1006:7, 1006:8,
1012:24, 1019:3,
1020:18, 1066:18,
1069:22, 1070:3,
1080:22, 1083:24,
1091:14, 1092:22,
1093:20, 1104:6,
1111:16
**blamed** [1] - 1126:10
**blissful** [1] - 1092:12
**block** [1] - 1111:9

**blocked** [1] - 1060:21
**blocking** [2] - 1041:15, 1062:20
**blocks** [1] - 996:5
**blog** [1] - 1093:5
**blown** [2] - 1080:25, 1081:4
**blue** [11] - 980:6, 983:13, 1001:23, 1023:20, 1023:24, 1044:15, 1092:12, 1098:3, 1099:4, 1110:7, 1110:16
**Board** [1] - 1030:16
**boarding** [1] - 991:24
**Bobby** [3] - 994:9, 995:16, 1082:23
**bodies** [1] - 1112:16
**bolded** [1] - 972:17
**border** [1] - 975:19
**born** [1] - 1006:9
**borrowing** [1] - 970:14
**bother** [3] - 1014:22, 1014:23, 1132:19
**bottom** [15] - 967:2, 967:3, 977:22, 980:8, 1026:23, 1045:21, 1067:2, 1067:3, 1072:9, 1076:20, 1077:19, 1080:16, 1080:20, 1101:19, 1102:20
**Boulevard** [1] - 978:24
**box** [1] - 988:15
**brand** [2] - 988:22, 1049:11
**bravado** [1] - 1084:24
**breach** [2] - 1083:12, 1083:14
**breached** [6] - 996:8, 996:12, 996:16, 996:19, 1086:9, 1086:16
**breaching** [2] - 1086:14, 1087:1
**break** [12] - 969:20, 970:2, 975:18, 999:15, 1004:20, 1021:11, 1046:12, 1046:14, 1095:1, 1122:13, 1122:19, 1126:8
**breaking** [3] - 1079:9, 1122:10, 1123:25
**breathe** [2] - 1022:25, 1109:16
**BRENNWALD** [173] - 963:19, 963:20, 965:7, 965:11, 967:24, 968:4,

968:7, 968:11, 968:13, 969:8, 969:10, 969:15, 969:21, 970:1, 970:5, 970:9, 970:12, 970:15, 970:18, 971:4, 972:9, 976:18, 976:20, 976:25, 978:15, 979:3, 979:9, 979:13, 979:21, 980:5, 982:4, 982:10, 982:12, 982:18, 982:20, 984:2, 984:8, 986:12, 988:13, 989:2, 989:18, 989:20, 990:17, 991:13, 991:15, 995:1, 996:3, 999:19, 1001:13, 1002:9, 1004:7, 1004:14, 1004:18, 1004:20, 1005:2, 1005:10, 1005:13, 1021:4, 1021:7, 1021:12, 1024:16, 1029:25, 1030:9, 1030:14, 1031:14, 1031:19, 1031:22, 1031:24, 1032:1, 1033:15, 1039:24, 1040:1, 1042:1, 1042:10, 1042:14, 1043:2, 1043:20, 1043:22, 1044:5, 1044:20, 1045:17, 1045:19, 1046:11, 1047:5, 1047:8, 1047:10, 1047:25, 1048:4, 1048:9, 1048:11, 1048:23, 1049:1, 1050:15, 1050:18, 1051:13, 1051:18, 1051:21, 1052:16, 1053:7, 1053:17, 1053:21, 1054:4, 1054:11, 1054:14, 1055:12, 1055:15, 1056:10, 1056:15, 1056:18, 1056:21, 1057:2, 1057:5, 1057:13, 1058:1, 1058:9, 1058:23, 1059:17, 1060:1, 1062:6, 1062:23, 1062:25, 1064:1, 1065:4, 1065:12, 1066:15, 1066:17, 1067:4, 1067:24,

1068:3, 1069:4, 1069:21, 1070:2, 1070:24, 1071:17, 1073:21, 1076:12, 1076:14, 1076:21, 1076:23, 1077:5, 1077:10, 1077:16, 1079:19, 1079:22, 1080:15, 1081:9, 1081:12, 1081:14, 1082:19, 1082:22, 1086:4, 1090:17, 1090:19, 1091:14, 1092:13, 1092:22, 1093:18, 1094:21, 1094:24, 1095:17, 1095:21, 1095:24, 1127:4, 1127:8, 1127:18, 1128:1, 1132:15, 1132:18, 1133:11, 1133:14, 1135:4, 1135:8, 1135:23
**Brennwald** [18] - 967:23, 976:23, 1002:19, 1003:5, 1003:24, 1004:5, 1005:1, 1047:4, 1054:3, 1095:15, 1095:22, 1101:22, 1115:14, 1125:16, 1132:6, 1132:13, 1133:13, 1135:11
**Brennwald)..............
.................971** [1] -
964:4
**Brennwald)..............
.................1005** [1] -
964:6
**Brennwald)..............
.................1132** [1] -
964:7
**brief** [3] - 1002:11, 1077:1, 1132:13
**briefly** [9] - 999:2, 1007:25, 1010:18, 1017:5, 1018:6, 1030:25, 1033:5, 1065:12, 1092:7
**bring** [9] - 1061:20, 1061:23, 1096:23, 1096:25, 1097:15, 1100:8, 1101:12, 1114:1, 1133:23
**bringing** [1] - 1097:7
**British** [2] - 996:13, 1086:12
**Brockwell** [2] -
1063:14, 1065:5
**broken** [1] - 1043:10

**brother** [10] - 994:9, 995:17, 996:6, 1082:24, 1082:25, 1085:5, 1086:23, 1086:24, 1086:25
**brought** [1] - 979:25
**building** [33] - 967:19, 973:25, 980:1, 996:8, 998:22, 998:24, 1020:3, 1020:4, 1028:3, 1034:22, 1034:25, 1035:1, 1055:2, 1061:21, 1063:6, 1069:17, 1072:21, 1083:15, 1086:8, 1086:22, 1087:8, 1087:20, 1087:22, 1088:14, 1089:3, 1089:17, 1098:18, 1101:5, 1101:9, 1121:22, 1122:8, 1130:11, 1132:2
**bullhorn** [6] - 1075:6, 1075:10, 1075:14, 1075:21, 1076:2, 1118:5
**bullied** [1] - 1015:19
**bullying** [1] - 1015:10
**bumping** [1] - 1069:9
**bunch** [2] - 1039:10, 1079:5
**burned** [2] - 996:13, 1086:12
**business** [3] - 1007:8, 1031:16
**busy** [9] - 1012:21, 1019:8, 1032:8, 1038:18, 1063:7, 1067:21, 1129:20, 1130:21
**but..** [8] - 1004:17, 1014:1, 1018:16, 1025:15, 1108:8, 1113:12, 1120:1, 1122:11
**BWI** [2] - 992:1, 1019:11
**BY** [10] - 971:4, 982:12, 1002:14, 1005:13, 1030:14, 1032:1, 1047:8, 1096:6, 1128:9, 1132:15
**by..** [1] - 1006:23

**C**

**California** [11] - 976:7, 976:14, 979:7, 981:6, 992:19,

1006:10, 1011:6, 1078:2, 1083:2, 1083:5, 1083:8
**calm** [4] - 1012:19, 1062:15, 1130:9, 1130:12
**calmed** [1] - 1067:18
**calmly** [3] - 1082:2, 1114:21, 1116:15
**camera** [3] - 1056:2, 1065:6, 1070:13
**camera's** [1] - 1056:1
**cameras** [2] - 1082:13, 1129:9
**campaign** [1] - 1094:5
**cancelled** [4] -
1025:17, 1027:18, 1029:9, 1099:7
**cannot** [4] - 990:1, 990:3, 990:7, 1003:15
**capacity** [1] - 1013:9
**capital** [1] - 1085:20
**Capitol** [102] - 967:19, 979:25, 980:1, 985:1, 985:6, 989:15, 994:12, 994:20, 994:21, 994:24, 995:21, 996:8, 996:11, 997:4, 999:25, 1001:6, 1001:9, 1001:10, 1003:1, 1003:3, 1020:3, 1021:1, 1021:19, 1022:2, 1022:23, 1023:9, 1024:15, 1024:18, 1026:3, 1026:8, 1026:11, 1026:17, 1026:19, 1028:3, 1030:16, 1033:17, 1034:11, 1034:20, 1034:22, 1038:1, 1038:3, 1039:8, 1039:16, 1049:14, 1049:16, 1050:3, 1053:11, 1060:12, 1061:6, 1061:11, 1061:16, 1071:3, 1072:5, 1073:1, 1078:20, 1079:9, 1081:23, 1083:12, 1083:14, 1085:22, 1086:8, 1086:15, 1086:17, 1089:17, 1090:13, 1096:10, 1098:9, 1098:13, 1098:15, 1098:22, 1098:25, 1099:8, 1099:11,

1099:22, 1100:5,
1100:20, 1100:24,
1101:11, 1103:3,
1112:21, 1113:22,
1114:6, 1115:2,
1115:17, 1116:11,
1117:5, 1118:1,
1118:2, 1119:11,
1120:21, 1121:21,
1122:4, 1122:20,
1123:8, 1123:17,
1124:10, 1125:12,
1125:23, 1131:6
**caps** [2] - 989:9,
1080:11
**Captain** [2] - 1031:6,
1050:25
**car** [1] - 992:12
**card** [2] - 976:14,
977:16
**care** [3] - 1038:23,
1043:17, 1129:23
**career** [1] - 1094:1
**careful** [1] - 1039:4
**Carol** [1] - 994:7
**carry** [1] - 979:5
**carrying** [1] - 1023:4
**cars** [2] - 1085:8,
1085:15
**Case** [1] - 965:3
**case** [19] - 968:24,
977:19, 992:15,
1001:1, 1003:23,
1004:13, 1015:18,
1024:13, 1031:10,
1046:16, 1046:17,
1051:9, 1074:25,
1100:12, 1127:22,
1133:16, 1133:20,
1134:12, 1134:13
**case-in-chief** [2] -
1003:23, 1127:22
**cases** [1] - 1059:9
**caught** [1] - 1114:17
**caused** [5] - 996:19,
996:21, 997:8,
1086:20, 1087:1
**cautiously** [2] -
1095:14, 1095:20
**CCTV** [1] - 1056:2
**center** [3] - 1032:20,
1038:14, 1118:17
**certain** [7] - 981:15,
985:11, 986:10,
997:15, 998:4,
998:14, 1133:9
**certainly** [6] - 1010:11,
1031:6, 1059:11,
1059:13, 1065:22,
1101:5

**certainty** [1] - 1004:17
**CERTIFICATE** [1] -
1136:7
**certificate** [1] -
1007:10
**certification** [15] -
983:5, 985:2,
990:13, 996:20,
996:22, 997:3,
997:21, 998:19,
1021:2, 1086:20,
1087:1, 1087:4,
1087:23, 1089:5,
1089:7
**certify** [3] - 981:20,
982:1, 1136:10
**certifying** [1] - 981:16,
982:14, 1003:7
**cetera** [1] - 1032:14
**chain** [2] - 1022:11,
1026:1
**challenge** [1] - 1081:3
**challenged** [1] -
1119:10
**chamber** [3] - 997:9,
1072:11, 1073:15
**Chamber** [16] -
994:22, 999:6,
999:7, 1060:11,
1065:2, 1066:3,
1066:4, 1066:7,
1066:22, 1066:25,
1067:1, 1090:11,
1116:21, 1121:9,
1130:14
**chance** [2] - 965:8,
1029:6
**change** [3] - 967:11,
967:12, 1025:3
**changed** [2] - 1093:16,
1117:10
**chant** [1] - 1047:20,
1121:5
**chanting** [3] -
1120:25, 1123:16,
1123:22
**chaos** [4] - 1112:23,
1115:22, 1116:14,
1117:10
**chaotic** [15] - 1038:18,
1043:7, 1057:17,
1065:17, 1086:2,
1087:17, 1090:6,
1112:25, 1113:18,
1125:14, 1125:15,
1130:9, 1130:18,
1130:25, 1132:1
**character** [3] -
1095:22, 1114:12,
1114:13

**charge** [2] - 1004:9,
1090:15
**charged** [3] - 966:6,
1073:3, 1074:25
**check** [1] - 966:12
**checked** [1] - 976:4
**checking** [1] - 1060:4
**chief** [2] - 1003:23,
1127:22
**CHRISTOPHER** [1] -
963:10
**church** [2] - 1009:25,
1074:18
**circle** [3] - 972:13,
1023:20, 1102:1
**circled** [6] - 1023:22,
1024:17, 1058:12,
1059:24, 1098:4,
1112:7
**circuit** [1] - 1065:7
**Circuit's** [2] - 970:13,
970:16
**circulated** [1] - 965:9
**circumstances** [1] -
1057:24
**cities** [2] - 1010:25,
1022:20
**citizens** [2] - 1029:11,
1091:23
**City** [1] - 1008:17
**city** [1] - 1072:23
**civil** [3] - 983:16,
983:22, 1015:3
**Civil** [1] - 983:19
**Claire** [3] - 1074:3,
1074:4, 1074:5
**clapping** [3] - 1056:18,
1059:5, 1059:6
**cleaned** [1] - 1082:6
**cleaner** [1] - 1095:11
**clear** [9] - 986:19,
1023:21, 1027:8,
1043:3, 1126:1,
1128:25, 1132:17,
1132:20, 1135:19
**clearly** [4] - 1075:20,
1106:4, 1122:6,
1135:16
**client** [1] - 995:17
**clip** [5] - 1053:22,
1110:15, 1126:20,
1127:13, 1127:15
**clips** [1] - 968:19
**close** [13] - 970:4,
1005:16, 1005:17,
1016:19, 1016:20,
1019:7, 1034:17,
1035:14, 1053:1,
1060:11, 1066:2,
1076:4, 1082:4

**closed** [3] - 1065:6,
1065:7, 1100:2
**closed-camera** [1] -
1065:6
**closed-circuit** [1] -
1065:7
**closely** [1] - 998:3
**closer** [4] - 1014:12,
1034:10, 1065:1,
1113:12
**closest** [1] - 1113:8
**closing** [1] - 1134:4
**closings** [3] - 969:7,
969:19, 1135:1
**clothing** [1] - 1023:2
**Coast** [7] - 981:4,
984:14, 986:16,
987:6, 995:14,
995:19, 1008:7
**cocktail** [1] - 1134:18
**cold** [2] - 1049:19,
1049:20
**collar** [1] - 1058:14
**college** [2] - 1007:3,
1007:8
**colloquially** [1] -
976:13
**Colorado** [3] -
1006:19, 1007:6,
1007:17
**colors** [1] - 1023:6
**COLUMBIA** [1] - 963:1
**combined** [1] -
1135:10
**coming** [16] - 1004:21,
1012:21, 1027:3,
1027:21, 1028:1,
1029:11, 1035:12,
1035:13, 1060:6,
1068:14, 1069:6,
1069:8, 1070:21,
1075:8, 1104:12,
1106:3
**commented** [1] -
1081:22
**commenting** [2] -
1119:11, 1119:13
**commit** [2] - 983:11,
983:23
**committed** [1] -
999:24
**common** [1] - 1120:14
**commotion** [1] -
1001:8
**commotions** [1] -
1001:5
**communications** [1] -
1120:8
**company** [3] - 978:9,
978:10, 1011:4

**compared** [2] -
1055:4, 1103:14
**complete** [1] - 1136:12
**complies** [1] - 972:15
**comply** [2] - 1011:13,
1102:18
**compromise** [1] -
966:21
**CONCEDING** [1] -
1124:24
**concept** [2] - 1123:12,
1124:4
**concern** [1] - 993:4
**concerned** [5] -
1009:23, 1029:7,
1032:9, 1039:2,
1076:3
**concerning** [2] -
980:4, 1055:8
**concludes** [1] -
1133:20
**condo** [4] - 973:21,
973:24, 973:25,
974:1
**condone** [2] -
1128:24, 1130:2
**confer** [1] - 1021:6,
1077:2
**conference** [10] -
975:22, 982:5,
982:11, 1017:1,
1017:3, 1017:18,
1031:1, 1031:25,
1127:6, 1128:2
**confirm** [1] - 1109:20
**confirmation** [1] -
974:13
**confirmed** [1] - 974:14
**conflate** [1] - 1124:3
**conflated** [2] - 965:21,
1129:3
**conflict** [1] - 1080:14
**conflicts** [1] - 1094:16
**confused** [7] - 1027:9,
1027:14, 1027:20,
1037:7, 1087:21,
1101:7, 1131:20
**confusing** [3] -
1090:6, 1101:2,
1132:2
**confusion** [3] -
1012:10, 1025:2,
1117:10
**congested** [1] -
1039:6
**congregating** [1] -
1034:25
**Congress** [9] - 997:9,
997:24, 998:8,
1027:12, 1027:21,

1029:10, 1037:16, 1061:12, 1072:12
**congressmen** [1] - 997:15
**congressperson** [2] - 997:5, 997:19
**connection** [1] - 1003:6
**conscious** [1] - 1063:23
**consciousness** [1] - 1089:8
**consistently** [1] - 1014:10
**constitutes** [1] - 1136:10
**Constitution** [10] - 963:24, 1012:4, 1022:1, 1024:4, 1024:7, 1027:2, 1033:3, 1033:21, 1124:23, 1136:18
**constitutional** [1] - 1119:7
**content** [1] - 1093:5
**contents** [3] - 993:10, 993:12
**context** [4] - 1002:1, 1009:14, 1009:15, 1091:25
**continuation** [2] - 1091:20, 1118:8
**Continued** [1] - 1047:7
**continues** [1] - 1001:25
**continuing** [1] - 1028:22
**control** [1] - 1088:25
**controversy** [1] - 1088:5
**conversations** [5] - 993:17, 993:19, 993:21, 993:22, 994:1
**COOPER** [1] - 963:10
**coordinates** [1] - 987:23
**cops** [3] - 1041:7, 1101:2, 1131:3
**core** [1] - 990:8
**corner** [7] - 1040:9, 1040:11, 1043:11, 1045:22, 1098:10, 1106:3, 1107:14
**correct** [150] - 973:22, 974:18, 974:24, 975:3, 976:6, 978:3, 978:12, 978:18, 978:21, 979:5, 981:7, 981:20,

982:1, 983:14, 983:15, 983:17, 983:20, 986:22, 987:2, 987:3, 987:6, 987:10, 987:17, 987:20, 987:25, 988:16, 988:24, 990:10, 990:25, 993:2, 993:23, 994:1, 994:6, 995:6, 995:18, 995:23, 996:10, 996:20, 996:23, 997:6, 997:11, 997:18, 997:25, 998:11, 998:17, 998:22, 1000:12, 1000:15, 1001:16, 1001:20, 1002:3, 1012:6, 1012:7, 1019:12, 1021:23, 1023:13, 1029:18, 1032:15, 1036:13, 1039:11, 1041:11, 1041:16, 1048:17, 1050:20, 1059:14, 1068:12, 1071:9, 1071:10, 1074:23, 1079:23, 1082:12, 1082:17, 1083:9, 1085:20, 1087:13, 1096:11, 1096:12, 1096:14, 1098:13, 1098:22, 1098:23, 1099:2, 1099:14, 1100:5, 1100:6, 1100:12, 1100:15, 1100:21, 1101:14, 1101:20, 1101:24, 1102:6, 1102:9, 1102:12, 1102:22, 1102:25, 1103:4, 1103:9, 1103:18, 1105:9, 1105:19, 1106:12, 1106:15, 1106:17, 1106:22, 1107:3, 1107:12, 1108:6, 1108:21, 1109:7, 1110:9, 1110:19, 1111:17, 1112:1, 1112:4, 1112:13, 1112:15, 1113:7, 1113:10, 1113:23, 1116:5, 1116:13, 1117:15, 1118:1, 1118:4, 1118:25, 1119:8, 1119:12, 1119:24, 1120:13, 1120:22, 1121:14, 1122:3, 1122:14, 1122:21, 1124:5,

1124:18, 1124:20, 1125:12, 1128:10, 1128:18, 1128:19, 1129:6, 1129:18, 1129:19, 1130:1, 1131:15, 1131:19, 1133:6
**corrected** [1] - 967:9
**correctly** [4] - 1096:9, 1097:10, 1099:4, 1114:5
**corrupt** [1] - 965:22
**corruption** [2] - 983:1, 990:8
**couch** [4] - 1008:23, 1009:1, 1009:3, 1009:5
**counsel** [5] - 966:18, 1021:6, 1021:10, 1127:16, 1135:14
**Counsel** [3] - 1023:17, 1024:16, 1077:12
**count** [2] - 965:14, 1087:12
**counting** [1] - 997:5
**country** [2] - 992:23, 1078:10
**couple** [11] - 1004:17, 1006:12, 1008:24, 1012:10, 1012:24, 1013:3, 1014:19, 1019:24, 1045:15, 1057:9
**course** [11] - 967:13, 1012:1, 1023:3, 1027:3, 1072:18, 1084:13, 1103:22, 1103:23, 1112:18, 1121:24, 1122:7
**COURT** [99] - 963:1, 965:5, 965:12, 966:19, 966:23, 967:7, 967:12, 967:15, 967:20, 967:23, 968:3, 968:6, 968:9, 968:12, 969:7, 969:9, 969:14, 969:16, 969:23, 970:2, 970:8, 970:11, 970:13, 970:16, 970:21, 970:24, 971:1, 976:23, 977:1, 981:23, 982:7, 999:10, 999:14, 999:18, 1000:9, 1003:18, 1003:22, 1004:4, 1004:11, 1004:15, 1004:19,

1004:22, 1004:24, 1005:4, 1005:7, 1021:10, 1023:17, 1023:19, 1030:7, 1030:12, 1031:12, 1031:17, 1031:20, 1031:23, 1033:8, 1042:13, 1046:13, 1046:19, 1047:2, 1048:24, 1050:17, 1051:20, 1053:23, 1054:2, 1054:6, 1054:9, 1054:13, 1056:19, 1071:20, 1071:22, 1074:1, 1077:3, 1077:9, 1077:12, 1077:14, 1090:23, 1092:19, 1092:21, 1094:25, 1095:4, 1095:10, 1095:15, 1095:19, 1095:22, 1096:2, 1127:13, 1127:21, 1128:3, 1128:5, 1132:13, 1133:13, 1133:15, 1133:18, 1134:24, 1135:6, 1135:10, 1135:24, 1136:1, 1136:7
**court** [5] - 1029:22, 1055:21, 1096:24, 1097:1, 1122:23
**Court** [19] - 963:22, 963:23, 966:21, 967:8, 967:10, 967:25, 968:1, 968:4, 970:10, 970:19, 1004:11, 1017:4, 1037:19, 1037:24, 1038:3, 1073:19, 1073:20, 1135:6, 1136:17
**Court's** [6] - 976:18, 989:18, 991:13, 1021:4, 1031:4, 1090:17
**courthouse** [2] - 1096:16, 1096:19
**Courthouse** [2] - 963:23, 1136:17
**courtroom** [8] - 970:20, 999:4, 1004:3, 1046:18, 1055:6, 1095:3, 1096:1, 1134:23
**COURTROOM** [16] - 965:2, 1030:5, 1051:17, 1053:16, 1053:20, 1055:14, 1068:2, 1071:16,

1071:21, 1071:23, 1076:22, 1079:21, 1081:11, 1081:13, 1082:21, 1126:17
**cover** [1] - 1073:4
**covered** [1] - 1134:7
**covering** [1] - 1032:20
**COVID** [2] - 1017:9, 1093:2
**crazy** [1] - 1088:14
**create** [2] - 1038:1, 1093:5
**credibility** [1] - 1018:2
**crime** [2] - 983:23, 1074:25
**Criminal** [2] - 963:3, 965:3
**criminal** [4] - 973:4, 973:10, 976:8, 983:11
**crisis** [1] - 1119:7
**CRM** [1] - 963:16
**cross** [7] - 969:1, 969:2, 969:18, 970:6, 1095:7, 1102:22, 1102:24
**CROSS** [2] - 971:3, 1096:5
**CROSS-EXAMINATION** [2] - 971:3, 1096:5
**crossed** [2] - 1021:3, 1103:4
**crowd** [46] - 1000:24, 1022:15, 1022:16, 1022:17, 1022:22, 1025:21, 1032:8, 1035:14, 1035:25, 1036:1, 1037:2, 1039:4, 1040:22, 1052:7, 1059:10, 1062:9, 1062:12, 1063:19, 1064:4, 1064:20, 1072:13, 1086:18, 1090:14, 1099:7, 1099:10, 1103:6, 1103:8, 1103:14, 1103:17, 1103:19, 1103:20, 1109:13, 1113:25, 1114:7, 1114:17, 1115:20, 1116:12, 1117:11, 1120:22, 1121:7, 1125:19, 1129:20, 1131:1
**crowded** [1] - 1011:12
**crowds** [1] - 1022:19
**CRR** [3] - 963:22, 1136:9, 1136:16
**crunched** [1] - 1117:1

**crushed** [2] - 1065:18, 1121:9
**Cruz** [4] - 1072:11, 1073:9, 1073:11, 1073:16
**Cruz's** [1] - 1081:1
**cultural** [3] - 1071:13, 1094:3, 1094:9
**current** [1] - 1064:25

# D

**D.C** [31] - 981:1, 981:7, 983:10, 984:6, 984:7, 984:15, 986:21, 987:24, 990:12, 990:15, 990:16, 992:4, 1015:23, 1015:24, 1016:11, 1018:21, 1019:9, 1019:16, 1019:22, 1019:25, 1020:24, 1061:18, 1074:11, 1074:19, 1077:21, 1078:2, 1078:5, 1078:6, 1083:6, 1083:25, 1088:8
**dad** [5] - 1006:12, 1006:15, 1006:24, 1019:24, 1094:7
**danger** [3] - 1084:8, 1090:7, 1126:5
**dangerous** [9] - 1083:19, 1084:6, 1084:11, 1084:15, 1084:17, 1084:21, 1085:1, 1085:3, 1087:18
**dark** [1] - 1051:25
**darker** [1] - 1085:4
**data** [1] - 998:25
**date** [15] - 977:22, 977:25, 978:20, 980:8, 980:10, 980:13, 983:5, 984:3, 984:9, 991:2, 991:4, 995:5, 1081:16, 1091:16, 1135:13
**Dated** [1] - 1136:14
**dated** [5] - 983:4, 983:6, 1080:16, 1080:20, 1122:24
**daughter** [2] - 968:16, 1136:2
**days** [9] - 968:23, 975:4, 975:5, 992:6, 1080:18, 1089:21, 1132:25, 1133:3

**DC** [4] - 963:17, 963:21, 963:24, 1136:19
**deal** [2] - 1014:25, 1080:7
**dealt** [1] - 1015:19
**death** [1] - 1091:6
**death-I** [1] - 1091:6
**debate** [2] - 997:10, 997:13
**decade..** [1] - 1093:15
**December** [9] - 983:6, 984:4, 990:10, 990:11, 1014:18, 1074:14, 1080:17, 1080:21, 1120:12
**decision** [2] - 1078:24, 1131:23
**decisions** [1] - 1011:22
**declare** [1] - 997:17
**deep** [1] - 983:1
**defend** [2] - 1114:11, 1114:13
**Defendant** [2] - 963:7, 963:19
**defendant** [7] - 965:18, 966:5, 967:4, 977:19, 1003:2, 1005:6, 1031:11
**defendant's** [3] - 965:16, 1031:8, 1127:17
**Defense** [7] - 976:22, 977:6, 1023:15, 1030:3, 1047:11, 1049:6, 1097:15
**defense** [8] - 967:1, 976:25, 977:1, 987:5, 1031:5, 1124:22, 1127:16, 1133:19
**defense's** [2] - 965:15, 965:20
**define** [1] - 1078:9
**definite** [1] - 1129:11
**definitely** [5] - 1043:16, 1061:3, 1087:19, 1088:6, 1123:18
**degree** [2] - 1007:10, 1007:11
**delay** [9] - 996:19, 996:21, 997:8, 997:15, 998:15, 998:19, 1086:20, 1087:1, 1087:12
**delayed** [3] - 1087:3, 1087:13, 1087:23

**deliberations** [1] - 1134:5
**demand** [2] - 1013:14, 1069:15
**Democrats** [1] - 1088:3
**demonstrates** [1] - 1019:10
**demonstrating** [1] - 966:9
**deniability** [1] - 1072:20
**dense** [3] - 1052:7, 1052:8, 1109:15
**densely** [2] - 1052:7, 1113:19
**Denver** [1] - 1007:17
**deny** [2] - 1004:11, 1129:17
**Department** [1] - 1012:25
**depicted** [1] - 977:5
**DEPUTY** [16] - 965:2, 1030:5, 1051:17, 1053:16, 1053:20, 1055:14, 1068:2, 1071:16, 1071:21, 1071:23, 1076:22, 1079:21, 1081:11, 1081:13, 1082:21, 1126:17
**describe** [2] - 1014:2, 1063:15
**described** [4] - 1117:14, 1125:15, 1128:12, 1130:21
**designated** [2] - 976:22, 1025:11
**desire** [2] - 1065:15, 1067:10
**desk** [1] - 1089:23
**despite** [2] - 969:4, 1031:4
**destiny** [1] - 1078:10
**details** [1] - 1012:7
**determine** [2] - 976:8, 1065:24
**diagram** [2] - 1028:15
**diagrams** [1] - 1068:10
**didn't..** [1] - 992:9
**die** [5] - 999:22, 1089:14, 1091:6, 1091:25, 1094:12
**different** [24] - 966:8, 981:16, 987:5, 992:22, 993:25, 1000:14, 1002:18, 1006:13, 1009:17, 1012:12, 1012:13,

1018:8, 1023:6, 1026:20, 1033:2, 1084:2, 1088:12, 1090:4, 1094:19, 1113:11, 1118:9, 1128:23, 1129:11, 1130:23
**difficult** [4] - 1015:16, 1055:1, 1107:13, 1109:16
**dinner** [1] - 1100:1
**direct** [4] - 968:19, 1002:17, 1013:19, 1041:19
**DIRECT** [2] - 1005:12, 1047:7
**direction** [14] - 969:17, 994:21, 1026:21, 1029:1, 1033:2, 1035:3, 1035:22, 1036:1, 1060:24, 1065:1, 1067:20, 1105:25, 1116:25, 1130:25
**directions** [2] - 994:22, 1012:13
**directives** [7] - 1011:14, 1082:1, 1100:15, 1114:20, 1131:25, 1132:1, 1132:3
**disagree** [1] - 1127:10
**disappointed** [2] - 1099:7, 1100:3
**disclosure** [1] - 1127:23
**discourage** [1] - 997:23
**discuss** [2] - 988:11, 1095:5
**discussed** [5] - 991:23, 995:25, 999:16, 1047:12, 1076:9
**discussing** [3] - 966:4, 1002:19, 1134:12
**discussion** [1] - 1073:12
**discussions** [1] - 1046:16
**disinformation** [1] - 1012:6
**dismiss** [1] - 1004:1
**disoriented** [1] - 1061:3
**display** [1] - 1023:7
**displayed** [1] - 991:15
**dispute** [2] - 965:13, 1105:17
**disputes** [1] - 966:1

**disrespectfully** [1] - 1015:20
**disrupt** [1] - 1031:8
**distance** [2] - 1069:1, 1110:23
**distinctive** [1] - 1049:9
**distributed** [1] - 1027:22
**DISTRICT** [3] - 963:1, 963:1, 963:10
**District** [1] - 963:13
**disturbance** [3] - 1116:16, 1116:19, 1116:22
**doctor** [7] - 971:20, 971:21, 972:1, 992:16, 992:19, 1018:2, 1081:22
**Doctors** [3] - 1017:6, 1017:7, 1017:16
**doctors** [2] - 1017:7, 1017:15
**document** [6] - 990:18, 1030:15, 1031:4, 1031:16, 1097:17, 1097:18
**DOJ** [1] - 963:16
**DOJ-CRM** [1] - 963:16
**done** [6] - 1001:13, 1011:18, 1057:22, 1057:24, 1094:21, 1124:1
**door** [26] - 999:8, 1000:6, 1000:7, 1035:7, 1036:19, 1038:14, 1038:15, 1041:8, 1053:2, 1053:4, 1057:18, 1082:13, 1101:10, 1103:3, 1103:6, 1107:24, 1108:2, 1108:5, 1108:9, 1108:10, 1108:17, 1108:22, 1109:10, 1112:4, 1116:12, 1116:21, 1121:9, 1121:21, 1125:13, 1129:25, 1130:14, 1131:10, 1131:11, 1131:13, 1131:19, 1131:21
**doors** [29] - 995:21, 1036:3, 1041:14, 1041:15, 1046:2, 1047:16, 1055:23, 1055:24, 1056:1, 1066:12, 1068:7, 1068:15, 1068:17, 1070:14, 1075:9, 1081:25, 1082:10,

1084:20, 1101:3, 1114:4, 1114:19, 1115:3, 1115:7, 1115:12, 1115:20, 1121:19, 1130:7
**doorway** [2] - 1107:3, 1109:22
**dot** [1] - 1048:16
**dots** [1] - 1045:6
**doubt** [4] - 1059:15, 1078:7, 1121:25, 1122:3
**down** [40] - 975:6, 978:16, 981:3, 989:2, 996:3, 1003:19, 1024:20, 1024:21, 1033:6, 1033:16, 1034:1, 1036:19, 1045:4, 1063:18, 1063:19, 1067:18, 1068:14, 1085:4, 1086:4, 1091:14, 1095:4, 1100:7, 1103:24, 1105:8, 1105:9, 1105:10, 1105:11, 1105:13, 1105:14, 1105:17, 1105:20, 1105:21, 1106:7, 1110:16, 1117:3, 1131:2, 1132:3, 1134:11, 1134:24
**dozen** [1] - 1022:12, 1083:11, 1083:14
**Dr** [99] - 971:17, 972:3, 972:11, 972:13, 972:23, 973:3, 973:8, 973:14, 975:17, 986:3, 991:9, 992:5, 992:6, 992:15, 995:21, 998:22, 1009:9, 1010:14, 1011:4, 1011:15, 1012:1, 1013:7, 1013:23, 1014:2, 1016:4, 1016:8, 1016:20, 1017:17, 1018:11, 1018:17, 1019:15, 1020:9, 1020:24, 1021:25, 1022:12, 1023:10, 1023:25, 1024:9, 1024:24, 1026:20, 1028:24, 1032:2, 1034:19, 1035:22, 1037:12, 1037:18, 1038:20, 1038:23, 1039:7, 1040:9, 1042:4, 1042:7, 1042:12,

1042:25, 1044:2, 1045:13, 1045:20, 1052:1, 1052:19, 1056:6, 1057:10, 1060:4, 1060:19, 1061:13, 1061:16, 1062:1, 1063:4, 1065:14, 1066:19, 1067:9, 1070:6, 1072:25, 1075:3, 1075:8, 1077:24, 1088:10, 1104:23, 1104:24, 1105:1, 1105:9, 1106:14, 1106:23, 1107:9, 1109:2, 1113:2, 1114:11, 1114:13, 1115:22, 1116:14, 1117:4, 1117:25, 1118:17, 1119:4, 1119:10, 1120:21, 1124:19, 1130:4, 1131:24, 1132:6
**dramatically** [1] - 1093:16
**draw** [2] - 1028:14, 1135:14
**dressed** [1] - 1062:5
**drop** [3] - 986:10, 988:5, 1000:12
**Dropbox** [1] - 1073:23
**dropped** [1] - 987:23
**drops** [1] - 987:19
**duplicative** [1] - 967:2
**during** [9] - 968:19, 997:3, 1000:14, 1001:11, 1006:20, 1009:21, 1023:1, 1050:5, 1075:16

**E**

**early** [3] - 1015:24, 1017:9, 1020:17
**earned** [1] - 1134:18
**easily** [1] - 1106:1
**East** [15] - 986:16, 987:6, 995:14, 995:19, 1029:14, 1032:3, 1032:12, 1033:1, 1034:1, 1047:16, 1053:3, 1055:24, 1068:7, 1101:19, 1129:25
**east** [11] - 1024:15, 1024:17, 1028:5, 1033:10, 1033:25, 1034:19, 1038:15, 1039:16, 1055:23, 1075:9
**Eastern** [4] - 987:6,

988:2, 996:25, 997:2
**easy** [3] - 995:5, 1008:19, 1105:23
**educate** [1] - 1091:22
**educated** [2] - 1011:23, 1011:25
**education** [1] - 1017:23
**effect** [1] - 965:17
**effort** [2] - 1079:16, 1111:19
**eight** [3] - 975:14, 1045:9, 1100:11
**either** [6] - 974:5, 987:14, 1013:25, 1033:24, 1075:9, 1118:7
**elected** [1] - 981:15
**ELECTION** [1] - 1124:24
**election** [31] - 981:16, 981:20, 982:1, 982:14, 984:6, 985:2, 990:13, 1003:7, 1021:2, 1073:20, 1074:8, 1078:8, 1079:12, 1079:17, 1081:3, 1088:5, 1088:21, 1089:5, 1089:13, 1093:25, 1117:17, 1118:17, 1119:10, 1119:15, 1120:5, 1120:8, 1121:11, 1121:23, 1122:3, 1123:11, 1124:4
**election's** [1] - 1088:3
**elections** [2] - 1119:8, 1119:14
**electors** [4] - 997:10, 997:25, 998:9, 998:10
**electronic** [1] - 991:23
**element** [2] - 965:22
**elements** [4] - 965:14, 965:24, 966:6, 967:3
**Ellipse** [16] - 985:5, 985:24, 987:24, 988:1, 988:3, 1000:11, 1000:15, 1000:18, 1000:24, 1001:3, 1001:5, 1001:9, 1021:18, 1021:21, 1022:2, 1022:23
**embrace** [1] - 1122:20
**emergency** [1] - 1081:2
**emotional** [1] - 1088:19

**emotions** [2] - 1088:18, 1088:22
**employee** [1] - 1014:6
**employer** [1] - 1014:5
**employer/employee** [1] - 1019:4
**empower** [1] - 1091:22
**empty** [3] - 1063:21, 1063:22, 1116:8
**encourage** [2] - 1090:14, 1124:2
**encouraging** [1] - 983:10
**end** [13] - 967:17, 982:11, 1000:18, 1002:5, 1031:25, 1044:16, 1085:4, 1099:20, 1099:23, 1100:1, 1118:19, 1128:2, 1128:6
**ended** [6] - 1006:17, 1013:6, 1044:17, 1103:3, 1117:10, 1130:17
**enforcement** [5] - 966:4, 1000:3, 1000:5, 1011:13, 1102:18
**engage** [1] - 1013:5
**English** [2] - 1049:10, 1093:10
**enjoy** [3] - 1015:20, 1134:17, 1136:2
**enjoyable** [2] - 1015:14, 1015:20
**enlarge** [6] - 980:6, 982:22, 988:15, 989:4, 995:3, 996:5
**enlarged** [1] - 978:17
**enter** [5] - 975:13, 1098:12, 1098:22, 1098:25, 1100:24
**entered** [7] - 975:10, 1099:11, 1100:25, 1114:4, 1115:1, 1115:2, 1125:12
**entering** [7] - 1081:25, 1096:10, 1100:19, 1101:11, 1114:19, 1115:6, 1120:21
**enters** [2] - 970:20, 1096:1
**entertainment** [1] - 1094:2
**entire** [9] - 999:5, 1022:24, 1022:25, 1032:8, 1048:22, 1060:19, 1094:4, 1109:13, 1114:11
**entrance** [1] - 1109:2

**entry** [6] - 975:10, 984:22, 1011:6, 1082:2, 1100:15, 1114:21
**Entry** [1] - 972:19
**ER** [2] - 992:16, 992:19
**ERIC** [2] - 964:3, 971:2
**ESQ** [3] - 963:12, 963:16, 963:19
**essentially** [1] - 1040:24
**EST** [2] - 984:23, 984:24
**establish** [1] - 965:18
**estimate** [1] - 1004:17
**et** [1] - 1032:14
**evening** [4] - 984:15, 1020:16, 1072:15, 1123:4
**event** [9] - 973:4, 975:16, 986:5, 1073:14, 1082:9, 1088:23, 1098:8, 1119:18, 1123:2
**events** [5] - 1010:25, 1017:20, 1074:21, 1119:22, 1125:3
**eventually** [4] - 1011:16, 1015:24, 1087:18, 1099:11
**everyday** [1] - 1010:1
**everywhere** [3] - 998:2, 1009:23, 1036:25
**evidence** [22] - 972:10, 979:21, 993:5, 1023:15, 1030:4, 1032:22, 1047:11, 1050:16, 1051:15, 1051:18, 1053:18, 1054:3, 1054:5, 1054:7, 1055:13, 1055:15, 1067:25, 1071:18, 1073:22, 1079:20, 1090:21, 1092:19
**evidentiary** [1] - 1133:20
**exact** [3] - 971:14, 993:11, 995:24
**exactly** [5] - 1029:8, 1072:13, 1103:1, 1115:8, 1126:13
**exam** [1] - 968:20
**EXAMINATION** [6] - 971:3, 1002:13, 1005:12, 1047:7, 1096:5, 1132:14
**except** [1] - 1123:21

**excited** [1] - 1008:4
**exclusively** [1] - 1010:5
**excuse** [1] - 1088:8
**execute** [3] - 972:6, 975:1, 975:11
**exercising** [1] - 982:8
**Exhibit** [15] - 976:22, 977:6, 986:9, 988:9, 991:18, 991:22, 1030:3, 1042:4, 1047:11, 1049:6, 1097:15, 1100:8, 1101:13, 1126:15, 1127:3
**exhibit** [14] - 968:18, 972:11, 972:16, 983:7, 983:9, 991:16, 1019:10, 1025:12, 1030:1, 1031:5, 1054:6, 1054:10, 1082:11, 1127:22
**exhibited** [1] - 1134:15
**exhibits** [3] - 969:12, 980:3, 1031:5
**exit** [6] - 995:21, 995:23, 1063:11, 1066:9, 1068:16, 1070:18
**exiting** [1] - 1058:19
**exits** [4] - 1004:3, 1046:18, 1095:3, 1134:23
**expect** [5] - 968:20, 969:2, 970:19, 1037:12, 1101:4
**expectation** [2] - 975:17, 1034:23
**expected** [5] - 1027:13, 1037:10, 1037:13, 1037:15
**experience** [4] - 1018:8, 1072:24, 1090:3, 1090:8
**experienced** [1] - 1071:25
**experiencing** [1] - 1088:21
**expert** [2] - 979:6, 1017:12
**expertise** [1] - 1012:3
**expiration** [2] - 977:22, 978:20
**explain** [5] - 1022:17, 1078:21, 1097:17, 1101:8, 1131:22
**explaining** [1] - 1072:23
**explains** [1] - 987:5

**explicit** [1] - 994:16
**exposed** [1] - 978:18
**express** [4] - 1018:9, 1067:10, 1089:12, 1126:11
**expressing** [1] - 1065:14
**expression** [1] - 1128:10
**extent** [3] - 1026:4, 1026:9, 1108:23
**extra** [1] - 970:10
**extremely** [1] - 1050:25
**eye** [8] - 1009:20, 1036:9, 1036:12, 1107:23, 1108:2, 1111:10, 1112:9, 1121:19
**eyes** [2] - 1001:20, 1048:5

# F

**face** [4] - 1029:6, 1042:6, 1048:18, 1109:1
**Facebook** [2] - 1093:21, 1094:3
**facing** [2] - 1109:2, 1119:6
**fact** [13] - 965:16, 974:16, 986:6, 998:7, 1007:3, 1073:6, 1079:3, 1083:24, 1085:2, 1085:24, 1089:12, 1106:7, 1129:8
**facts** [1] - 1011:21
**fainted** [1] - 1041:20
**fair** [10] - 973:1, 1015:10, 1015:11, 1082:8, 1104:2, 1104:19, 1104:20, 1111:7, 1115:6, 1115:9
**fall** [4] - 1057:19, 1076:4, 1076:5, 1115:21
**fallen** [1] - 1106:7
**falling** [1] - 1129:16
**false** [1] - 1114:14
**familiar** [4] - 992:13, 1020:3, 1020:6, 1079:2
**family** [1] - 1019:24
**famous** [1] - 1091:5
**far** [12] - 974:5, 996:10, 999:5, 1026:25, 1034:10,

1034:15, 1040:11, 1052:6, 1061:15, 1072:12, 1073:15, 1106:18
**fashion** [4] - 1008:3, 1008:11, 1082:3, 1114:22
**fast** [1] - 1069:21
**father** [1] - 1086:23
**faulting** [1] - 968:22
**favorite** [1] - 1094:8
**FBI** [3] - 975:19, 1003:10, 1003:12
**FDA** [1] - 1017:11
**featured** [2] - 1074:9, 1074:20
**federal** [2] - 1096:23, 1096:25
**feelings** [2] - 1088:17, 1088:20
**feet** [16] - 1046:3, 1046:6, 1046:8, 1104:15, 1104:17, 1106:23, 1108:6, 1109:10, 1110:9, 1110:21, 1111:15, 1111:21, 1112:7, 1112:15, 1112:16, 1129:25
**fell** [1] - 1105:10
**felt** [3] - 1014:20, 1015:13, 1090:2
**few** [20] - 992:6, 1002:8, 1013:24, 1027:6, 1028:25, 1035:10, 1046:6, 1046:8, 1064:18, 1091:19, 1092:5, 1103:13, 1110:9, 1110:15, 1110:21, 1111:15, 1111:21, 1112:7, 1116:1, 1125:7
**fight** [2] - 975:18, 1064:25
**FightBack** [1] - 991:1
**fighting** [8] - 994:16, 1001:8, 1001:11, 1002:2, 1002:5, 1082:16, 1094:11, 1115:5
**fights** [3] - 1000:23, 1001:2, 1001:4
**figure** [7] - 1027:7, 1029:9, 1060:5, 1060:23, 1063:20, 1077:6, 1078:20
**figured** [1] - 969:16
**film** [1] - 1002:4
**filmed** [2] - 1118:1,

1118:2
**filming** [1] - 1040:13
**financially** [1] - 1008:21
**fine** [6] - 969:20, 970:8, 999:20, 1005:20, 1059:19, 1059:21
**finger** [3] - 1028:17, 1028:18, 1033:7
**fingerless** [1] - 1048:22
**finish** [6] - 1006:25, 1045:15, 1056:22, 1056:24, 1090:19, 1090:20
**finished** [4] - 969:4, 969:6, 970:5, 1021:24
**finishing** [1] - 1095:20
**fire** [1] - 1085:15
**firearm** [2] - 978:18, 979:5
**firearms** [1] - 976:9
**FIRM** [1] - 1078:9
**First** [1] - 1032:13
**first** [30] - 965:12, 968:10, 969:21, 971:11, 972:5, 974:11, 974:12, 984:9, 995:3, 995:9, 996:9, 1003:25, 1005:1, 1014:10, 1016:2, 1024:25, 1027:19, 1034:21, 1035:10, 1036:2, 1039:3, 1083:11, 1083:13, 1112:24, 1117:25, 1118:11, 1120:18, 1125:2, 1130:21, 1134:25
**First's** [1] - 987:9
**fist** [5] - 1047:19, 1050:11, 1053:11, 1058:24, 1059:2
**fists** [1] - 1059:2
**five** [9] - 1045:5, 1045:9, 1048:1, 1108:6, 1109:10, 1109:25, 1110:3, 1112:16, 1129:25
**five-second** [1] - 1048:1
**flag** [14] - 1061:20, 1064:11, 1108:9, 1108:17, 1108:19, 1108:25, 1109:3, 1109:17, 1110:7, 1110:8, 1110:16, 1110:18, 1110:19,

1111:6
**flagpole** [3] - 1108:6, 1108:10, 1109:10
**flagpoles** [5] - 1121:21, 1128:18, 1129:24, 1130:14, 1131:12
**flags** [9] - 1023:4, 1023:6, 1069:16, 1072:14, 1109:12, 1110:11, 1111:14, 1111:20, 1122:10
**flee** [1] - 975:16
**flew** [2] - 1015:23, 1019:15
**flier** [2] - 981:2, 1120:11
**fliers** [1] - 1027:21
**flooded** [1] - 1064:21
**Florida** [13] - 991:3, 991:9, 991:11, 992:8, 992:9, 992:10, 992:13, 1006:6, 1016:4, 1016:9, 1016:14, 1018:21, 1019:16
**fly** [3] - 1019:9, 1019:13
**focus** [2] - 992:25, 1034:21
**focused** [2] - 1120:22, 1135:16
**foggy** [1] - 999:8
**folks** [6] - 970:3, 972:22, 973:4, 1058:17, 1099:25, 1135:14
**follow** [2] - 999:23, 1093:14
**followed** [1] - 1132:4
**following** [8] - 982:5, 998:3, 1031:1, 1038:9, 1038:16, 1093:23, 1122:24, 1127:6
**footage** [2] - 1084:13, 1125:23
**FOR** [1] - 963:1
**Force** [2] - 978:6, 979:17
**FORCE** [1] - 989:9
**force** [12] - 981:20, 982:9, 982:15, 989:9, 999:22, 1000:2, 1000:4, 1003:7, 1089:15, 1113:25, 1115:20, 1124:19
**forced** [5] - 1113:22, 1113:24, 1114:6,

1115:16, 1124:17
**forceful** [1] - 1064:24
**forcing** [1] - 1115:4
**forefront** [1] - 1064:8
**foregoing** [1] -
1136:10
**forget** [3] - 1042:6,
1097:11, 1135:4
**forgot** [4] - 1096:21,
1097:1, 1097:6,
1097:13
**forgotten** [1] - 1097:4
**form** [1] - 1025:21
**formation** [2] - 1103:5,
1103:7
**former** [5] - 985:24,
990:22, 990:23,
991:4, 1000:19
**forth** [3] - 1011:14,
1017:20, 1132:5
**forward** [6] - 1011:2,
1037:3, 1062:12,
1064:20, 1065:18,
1069:22
**foundation** [2] -
1030:12, 1127:24
**founded** [1] - 1017:16
**four** [5] - 1009:12,
1045:5, 1045:9,
1107:1, 1108:1
**FPA** [2] - 977:15,
978:5
**frame** [3] - 1106:21,
1106:24, 1113:17
**France** [1] - 1092:17
**fraud** [2] - 989:25,
990:8
**fraudulent** [1] - 983:1
**free** [4] - 999:22,
1089:14, 1091:6,
1091:24
**freedom** [12] - 993:1,
1009:16, 1009:20,
1010:4, 1011:20,
1011:24, 1012:4,
1094:12, 1117:6,
1117:15, 1120:12
**Freedom** [4] - 1010:7,
1019:18, 1020:11,
1091:20
**freeze** [3] - 1106:20,
1106:24, 1113:17
**freezing** [1] - 1049:19
**French** [1] - 1093:10
**frequently** [1] - 1120:7
**Friday** [3] - 963:4,
965:6, 970:22
**friend** [6] - 1009:6,
1016:4, 1092:18,
1123:1, 1125:10,

1125:18
**front** [31] - 987:16,
1016:19, 1022:14,
1025:25, 1033:1,
1033:10, 1034:25,
1035:6, 1037:24,
1038:2, 1038:3,
1051:24, 1056:7,
1066:11, 1070:6,
1070:7, 1101:2,
1105:9, 1106:14,
1106:16, 1107:24,
1108:2, 1109:2,
1112:6, 1112:13,
1112:14, 1116:24,
1129:17, 1130:13,
1131:10, 1131:11
**Frontline** [3] - 1017:6,
1017:7, 1017:16
**full** [10] - 1005:24,
1008:8, 1063:7,
1065:17, 1067:20,
1068:19, 1068:23,
1080:25, 1081:4,
1136:11
**fuller** [5] - 1027:4,
1028:2, 1129:12
**funny** [1] - 1093:13

# G

**gathering** [1] -
1030:17
**gear** [1] - 1061:23
**gender** [1] - 987:12
**general** [14] - 966:10,
1000:18, 1014:2,
1021:21, 1026:22,
1037:13, 1059:23,
1079:16, 1080:10,
1098:17, 1110:24,
1112:24, 1117:16,
1123:11
**generally** [4] - 1012:9,
1016:19, 1080:6,
1117:19
**generation** [1] -
1078:10
**gentleman** [4] -
1044:7, 1044:15,
1046:2, 1127:11
**gentlemen** [7] -
970:21, 1003:22,
1004:25, 1046:13,
1047:2, 1094:25,
1133:18
**geography** [1] -
992:13
**geolocation** [1] -
1078:4
**Gillespie** [6] - 994:5,

1071:9, 1071:11,
1071:24, 1072:10,
1091:3
**given** [5] - 972:5,
985:4, 1003:2,
1125:6, 1125:7
**glad** [1] - 971:8
**glancing** [1] - 1063:21
**glass** [4] - 1005:7,
1028:11, 1032:19,
1085:12
**glasses** [2] - 1051:25,
1063:1
**glove** [4] - 1049:7,
1050:9, 1051:6,
1051:10
**gloves** [7] - 1048:22,
1048:25, 1049:8,
1049:13, 1050:5,
1050:8, 1050:17
**goal** [1] - 1020:25
**goals** [2] - 1020:25,
1021:1
**Gold** [103] - 971:17,
971:24, 972:3,
972:11, 972:13,
973:3, 973:8,
973:14, 975:17,
976:3, 986:3, 991:9,
992:5, 992:6,
995:21, 998:22,
1009:8, 1009:9,
1010:14, 1011:4,
1011:15, 1012:1,
1013:7, 1013:23,
1016:4, 1016:8,
1016:20, 1017:17,
1018:11, 1018:17,
1019:15, 1020:9,
1020:24, 1021:25,
1022:12, 1023:10,
1023:25, 1024:9,
1024:24, 1026:20,
1028:24, 1032:2,
1034:19, 1035:22,
1037:12, 1037:18,
1038:20, 1038:23,
1039:7, 1040:9,
1042:4, 1042:7,
1042:12, 1042:25,
1045:13, 1045:20,
1052:1, 1052:19,
1056:6, 1057:10,
1060:4, 1060:19,
1061:13, 1061:16,
1063:4, 1065:14,
1066:19, 1067:9,
1070:6, 1072:25,
1075:3, 1075:8,
1077:24, 1096:11,

1098:5, 1098:12,
1098:21, 1099:13,
1104:11, 1104:15,
1104:21, 1104:23,
1104:24, 1105:1,
1105:9, 1106:14,
1106:23, 1107:9,
1109:2, 1110:22,
1111:1, 1113:2,
1115:22, 1116:14,
1117:25, 1118:17,
1119:4, 1119:10,
1120:21, 1124:19,
1130:4, 1131:6,
1131:24
**Gold's** [10] - 972:23,
992:15, 1014:2,
1044:2, 1062:1,
1088:10, 1114:11,
1114:13, 1117:4,
1132:6
**gonna** [1] - 984:21
**Google** [1] - 988:25
**government** [17] -
968:22, 978:8,
987:4, 988:8,
1003:20, 1003:23,
1041:25, 1046:1,
1047:15, 1053:9,
1053:19, 1058:24,
1127:10, 1132:11,
1133:15, 1133:19,
1135:11
**Government** [1] -
972:10
**Government's** [10] -
988:9, 988:11,
1040:4, 1040:5,
1042:11, 1042:23,
1100:8, 1101:12,
1126:15, 1127:3
**government's** [1] -
968:23
**grab** [1] - 1038:20
**grade** [2] - 1006:19,
1006:20
**gradual** [1] - 1014:13
**grasped** [1] - 1022:14
**grateful** [3] - 1055:1,
1055:9, 1055:10
**gray** [1] - 1044:15
**great** [1] - 1134:22
**greatly** [2] - 1103:17,
1103:19
**green** [2] - 1024:5,
1091:18
**Greg** [2] - 982:25,
983:16
**grenades** [1] - 1081:6
**ground** [5] - 996:13,

1012:15, 1106:20,
1106:22, 1129:17
**grounds** [8] - 967:19,
980:1, 1001:6,
1001:10, 1026:11,
1026:17, 1026:18,
1026:19
**group** [12] - 993:24,
1010:11, 1011:16,
1017:7, 1027:17,
1028:2, 1054:16,
1099:25, 1103:10,
1121:14, 1124:5,
1124:9
**grow** [1] - 1091:21
**growing** [3] - 1006:21,
1013:14, 1094:6
**guard** [13] - 976:14,
976:17, 979:7,
1010:23, 1011:5,
1011:9, 1061:13,
1096:14, 1096:22,
1103:25, 1131:15,
1131:18, 1134:11
**guards** [1] - 1098:16
**guess** [12] - 965:12,
986:13, 1001:25,
1014:14, 1014:23,
1015:7, 1049:3,
1077:8, 1078:5,
1089:1, 1127:19
**guided** [2] - 1038:12,
1038:13
**Gun** [1] - 1094:7
**gun** [1] - 979:25
**guns** [2] - 1072:13,
1081:5
**gunshot** [1] - 1090:10
**guy** [5] - 1047:15,
1047:18, 1052:11,
1057:11, 1093:10

# H

**hair** [1] - 1051:24
**half** [11] - 968:16,
968:21, 969:10,
992:11, 1042:6,
1056:11, 1057:3,
1059:21, 1093:24,
1121:15, 1127:11
**half-hour** [1] - 1127:11
**halfway** [2] - 981:3,
1036:4
**hall** [3] - 1039:9,
1070:16, 1130:20
**Hall** [2] - 1065:8,
1116:19, 1118:5
**halls** [1] - 1125:23
**hallway** [5] - 999:6,

1063:19, 1063:23, 1066:1, 1116:24
**hallways** [8] - 1020:3, 1060:25, 1061:1, 1063:15, 1063:18, 1063:21, 1063:24, 1066:9
**hand** [27] - 967:9, 1005:5, 1022:14, 1039:19, 1043:23, 1043:25, 1044:2, 1044:11, 1044:12, 1044:13, 1044:18, 1044:24, 1048:12, 1048:14, 1048:19, 1048:20, 1048:21, 1050:8, 1050:9, 1051:3, 1051:5, 1052:2, 1053:10, 1057:11, 1075:6, 1075:10
**handed** [2] - 1075:19, 1075:21
**handle** [2] - 1011:11, 1011:12
**hands** [6] - 1051:7, 1057:14, 1064:10, 1064:15, 1070:9, 1085:23
**happy** [5] - 965:6, 970:22, 1087:16, 1087:17, 1087:19
**hard** [7] - 973:19, 1017:8, 1022:24, 1040:1, 1072:12, 1086:1, 1110:23
**harm** [2] - 1104:3, 1107:15
**harmful** [1] - 967:6
**hash** [4] - 1078:25, 1079:14, 1123:10, 1123:14
**hat** [1] - 1043:13
**hate** [1] - 1006:1
**hats** [1] - 1023:2
**head** [7] - 1056:13, 1057:11, 1058:13, 1065:8, 1075:11, 1110:7, 1110:9
**heading** [1] - 1023:8
**health** [1] - 1117:15
**healthy** [1] - 1134:14
**hear** [14] - 971:11, 971:17, 1007:23, 1025:6, 1025:7, 1033:8, 1041:1, 1065:20, 1075:20, 1075:24, 1077:9, 1081:2, 1090:10, 1107:13

**heard** [20] - 971:16, 971:18, 971:19, 982:2, 997:7, 1018:16, 1025:18, 1027:19, 1042:17, 1055:5, 1059:11, 1063:14, 1065:5, 1086:11, 1089:20, 1108:8, 1120:23, 1121:5, 1122:16, 1127:12
**hearing** [6] - 982:6, 1017:14, 1031:2, 1084:13, 1127:7, 1136:4
**heating** [1] - 1074:9
**hectic** [1] - 1054:25
**held** [3] - 982:6, 1031:2, 1127:7
**HELD** [1] - 963:10
**helmet** [1] - 1113:9
**helmets** [1] - 1121:8
**help** [5] - 1013:11, 1013:15, 1013:16, 1106:8, 1106:19
**helped** [2] - 1061:25, 1062:3
**helpful** [3] - 1011:23, 1013:18, 1017:10
**helping** [4] - 1012:16, 1012:18, 1055:2
**Herbert** [2] - 965:4, 1005:25
**HERBERT** [4] - 963:6, 964:5, 1005:11, 1047:6
**hereby** [1] - 1136:9
**hiding** [1] - 1089:23
**high** [5] - 1006:25, 1007:4, 1099:20, 1099:23, 1100:1
**high-end** [3] - 1099:20, 1099:23, 1100:1
**highly** [1] - 1014:20
**Hills** [9] - 973:22, 974:2, 976:2, 1010:7, 1012:25, 1022:19, 1091:19, 1091:20, 1120:12
**hindered** [1] - 1062:1
**hips** [2] - 1052:5, 1057:16
**hired** [1] - 1010:25
**historic** [2] - 1083:24, 1083:25
**historically** [1] - 996:9
**History** [1] - 996:6
**history** [4] - 976:8, 1083:18, 1083:20,

1083:21
**hit** [3] - 1057:10, 1075:11, 1111:6
**hold** [7] - 1033:5, 1053:23, 1069:15, 1076:2, 1083:13, 1107:1, 1109:25
**holding** [4] - 1057:10, 1064:6, 1069:16, 1102:12
**holiday** [1] - 1016:6
**holidays** [2] - 1016:5, 1016:7
**HOLLY** [1] - 963:12
**Hollywood** [1] - 1008:15
**home** [4] - 1006:22, 1006:23, 1007:2, 1089:24
**hometown** [1] - 1009:16
**honestly** [2] - 1073:11, 1088:23
**Honor** [49] - 965:2, 965:10, 965:11, 966:17, 966:20, 966:25, 967:21, 967:24, 968:11, 976:20, 979:22, 981:22, 999:17, 1000:8, 1001:13, 1002:12, 1003:16, 1003:20, 1004:7, 1005:2, 1021:7, 1023:18, 1030:24, 1031:3, 1031:14, 1046:12, 1047:5, 1050:15, 1054:8, 1077:1, 1077:13, 1094:21, 1094:24, 1095:8, 1095:13, 1095:24, 1127:5, 1127:8, 1128:4, 1132:9, 1132:12, 1132:20, 1133:14, 1133:17, 1135:3, 1135:4, 1135:8, 1135:23, 1135:25
**HONORABLE** [1] - 963:10
**hope** [2] - 1047:3, 1074:5
**hoping** [4] - 997:16, 999:19, 1088:11, 1101:8
**horrified** [1] - 1090:2
**hour** [11] - 969:3, 969:10, 997:8, 1035:18, 1035:19, 1046:15, 1127:11,

1135:1, 1135:10, 1135:11
**hours** [13] - 968:17, 968:18, 968:21, 986:21, 987:1, 992:12, 997:13, 998:21, 998:23, 1004:10, 1004:17, 1011:10, 1086:21
**house** [11] - 973:24, 974:23, 975:1, 975:8, 975:10, 975:11, 975:13, 975:16, 975:21, 976:16, 997:9
**House** [17] - 994:22, 999:5, 999:6, 999:7, 1060:11, 1065:2, 1066:3, 1066:7, 1066:22, 1066:25, 1067:1, 1089:20, 1090:11, 1116:20, 1121:9, 1130:14
**huddling** [1] - 1030:10
**huge** [4] - 973:24, 1022:21, 1074:19, 1085:11
**human** [2] - 1015:4, 1022:11
**hundred** [2] - 1129:9, 1129:10
**hurt** [3] - 1094:19, 1111:3, 1111:5

**I**

**Ian** [2] - 1123:1, 1123:5
**ID** [1] - 977:16
**idea** [20] - 975:20, 985:14, 985:16, 985:19, 988:18, 1027:19, 1045:12, 1060:9, 1060:10, 1066:5, 1072:16, 1073:11, 1074:24, 1079:12, 1084:7, 1084:8, 1092:10, 1098:10, 1098:14, 1112:20
**ideas** [3] - 1018:11, 1081:8, 1094:16
**identified** [1] - 1042:11
**identify** [2] - 1042:8, 1135:16
**ideological** [1] - 1081:8
**ideology** [1] - 1018:14
**ignorance** [1] - 1092:12

**Igor** [4] - 1092:15, 1092:16, 1092:24, 1093:20
**illegal** [6] - 981:19, 981:21, 1080:7, 1123:19, 1124:2, 1128:23
**illegally** [1] - 1126:3
**image** [2] - 978:16, 1084:2
**imagine** [4] - 1018:1, 1067:15, 1099:20, 1099:22
**imagined** [1] - 1115:18
**imbalanced** [1] - 1014:20
**immediate** [1] - 1084:11
**immediately** [2] - 1027:14, 1134:3
**immigrant** [1] - 1092:17
**impactful** [1] - 1055:7
**impede** [2] - 965:19, 967:5
**impeding** [1] - 965:17
**implement** [2] - 1044:19, 1044:25
**impolite** [1] - 1018:5
**importance** [2] - 1011:19, 1011:20
**important** [5] - 977:4, 1010:2, 1011:23, 1078:24
**impossible** [1] - 1015:13
**IN** [5] - 963:1, 970:23, 970:25, 1057:1, 1058:8
**inappropriate** [3] - 1014:24, 1086:2, 1123:20
**inappropriately** [1] - 1126:3
**incite** [1] - 1090:14
**include** [3] - 965:20, 966:12, 1109:9
**included** [2] - 965:15, 966:4
**includes** [1] - 1099:13
**including** [1] - 1129:2
**inclusive** [1] - 1010:7
**incorrect** [1] - 1122:25
**incredibly** [2] - 1124:21, 1134:9
**indicate** [1] - 1100:19
**indicated** [6] - 986:24, 987:1, 1024:11, 1033:16, 1033:20, 1071:2

1148

**indicates** [1] - 1092:10
**indicating** [5] - 974:13, 1033:13, 1082:1, 1100:15, 1114:21
**indication** [2] - 976:13, 1065:25
**indicted** [1] - 1100:12
**indisputable** [1] - 989:25
**individual** [2] - 988:21, 999:12
**individuals** [1] - 994:23
**indulgence** [5] - 976:18, 989:18, 991:13, 1021:4, 1090:17
**infer** [1] - 988:5
**information** [13] - 973:2, 973:7, 973:8, 974:13, 979:24, 994:19, 1017:19, 1017:22, 1026:6, 1026:10, 1026:15, 1052:25, 1061:5
**informed** [1] - 1011:22
**initial** [1] - 975:10
**injured** [2] - 1065:23, 1113:3
**innocent** [1] - 1126:4
**insanity** [1] - 1059:8
**inside** [22] - 980:1, 1039:8, 1041:9, 1041:10, 1056:1, 1082:1, 1082:11, 1083:21, 1088:14, 1090:13, 1114:20, 1115:17, 1117:5, 1117:12, 1119:11, 1121:9, 1121:21, 1122:4, 1122:19, 1123:8, 1130:7, 1131:5
**Instagram** [2] - 1093:20, 1094:1
**instead** [2] - 1039:9, 1073:2
**instinct** [1] - 1039:13
**instincts** [1] - 1039:4
**instinctually** [1] - 1106:1
**instruct** [5] - 969:19, 969:23, 969:25, 1133:22, 1134:25
**instructed** [1] - 966:11
**instruction** [4] - 965:15, 966:5, 966:11, 966:13
**Instruction** [2] - 966:3,

966:21
**instructions** [11] - 965:9, 965:23, 966:1, 966:7, 966:15, 968:10, 969:21, 969:24, 1133:25, 1134:1
**insurrection** [1] - 997:17
**Insurrection** [2] - 1080:3, 1080:5
**integrity** [2] - 1123:11, 1124:4
**intense** [2] - 1080:14, 1090:4
**intent** [9] - 965:18, 965:22, 967:4, 967:9, 1066:6, 1078:19, 1089:4, 1089:6, 1117:7
**intention** [7] - 1035:24, 1066:6, 1097:1, 1097:7, 1115:18, 1129:1, 1129:15
**intentionally** [1] - 1010:6
**intentions** [2] - 975:20, 1114:10
**interest** [1] - 971:11
**interested** [3] - 1013:16, 1017:18, 1088:6
**interesting** [2] - 1023:7, 1087:24
**interfere** [5] - 984:6, 990:13, 1021:1, 1061:11, 1089:4
**interior** [1] - 1068:7
**International** [1] - 992:2
**interview** [7] - 1125:8, 1125:18, 1126:11, 1126:24, 1128:12, 1128:17, 1129:5
**interviews** [1] - 1125:6
**intimate** [1] - 1014:15
**intimately** [1] - 1020:2
**introduce** [1] - 1092:13
**inundated** [1] - 1135:21
**investigate** [1] - 992:8
**investigated** [4] - 982:7, 982:13, 988:24, 1003:6
**investigating** [3] - 992:14, 1003:14
**investigation** [2] - 978:25, 992:21

**Investigations** [1] - 978:12
**invite** [2] - 1010:14, 1010:16
**invited** [3] - 1009:17, 1010:14, 1011:15
**involve** [1] - 1003:7
**involved** [4] - 982:15, 1013:1, 1015:10, 1022:13
**IS** [1] - 1080:11
**issue** [3] - 998:21, 1013:2, 1017:9
**issued** [2] - 985:11, 1023:9
**issues** [3] - 979:7, 1018:11, 1071:13
**itinerary** [1] - 1073:8
**itself** [3] - 1030:2, 1052:25, 1129:18

## J

**jacket** [2] - 1058:14, 1112:7
**jail** [1] - 975:15
**Jan** [1] - 1074:19
**January** [121] - 971:13, 971:14, 972:18, 973:10, 974:10, 978:2, 979:25, 980:14, 980:15, 980:19, 981:1, 981:14, 983:4, 983:23, 983:24, 984:11, 984:17, 985:7, 986:4, 986:16, 986:20, 988:4, 990:14, 991:3, 991:8, 991:11, 992:22, 993:8, 994:13, 994:17, 994:20, 995:6, 995:7, 995:18, 996:17, 997:4, 997:23, 998:7, 999:1, 999:25, 1000:12, 1000:14, 1003:1, 1009:12, 1014:15, 1015:24, 1016:2, 1016:8, 1016:12, 1016:13, 1016:15, 1018:20, 1018:21, 1019:5, 1019:9, 1019:16, 1019:17, 1020:5, 1020:8, 1020:15, 1020:20, 1020:24, 1021:14, 1021:16, 1021:17, 1021:22, 1023:12,

1049:14, 1055:3, 1071:6, 1074:10, 1074:22, 1076:16, 1076:19, 1077:18, 1077:19, 1078:13, 1078:20, 1079:3, 1080:18, 1083:2, 1084:3, 1088:8, 1088:9, 1096:10, 1097:19, 1097:24, 1098:5, 1098:13, 1098:22, 1098:25, 1104:22, 1105:1, 1117:7, 1118:25, 1119:2, 1119:18, 1119:21, 1119:23, 1119:25, 1120:1, 1120:23, 1122:15, 1123:2, 1123:4, 1123:5, 1123:24, 1124:10, 1124:25, 1125:3, 1125:19, 1129:18, 1129:24, 1132:7, 1132:24, 1133:5, 1133:6
**JASON** [1] - 963:16
**jason.manning@usdoj.gov** [1] - 963:18
**Jenkins** [4] - 1054:5, 1068:1, 1076:25
**Jenkins's** [1] - 1033:19
**job** [8] - 1013:10, 1055:1, 1055:2, 1055:3, 1089:18, 1104:3, 1105:2, 1105:4
**jobs** [2] - 1010:21, 1013:11
**JOHN** [4] - 963:6, 964:5, 1005:11, 1047:6
**John** [11] - 965:4, 971:12, 977:18, 982:24, 984:12, 1005:3, 1005:23, 1005:25, 1019:10, 1051:2, 1124:11
**join** [1] - 1106:8
**joined** [1] - 1007:25
**joking** [1] - 990:9
**Jones** [1] - 1089:20
**jostling** [3] - 1069:10, 1070:20, 1106:1
**JUDGE** [1] - 963:10
**Judge** [1] - 1133:12
**judgment** [1] - 1004:8
**July** [1] - 1016:25
**jump** [1] - 1093:8

**junior** [2] - 1007:3, 1007:8
**JUROR** [2] - 1056:14, 1056:17
**jury** [24] - 969:24, 970:20, 982:6, 982:22, 984:18, 1004:1, 1004:3, 1004:13, 1031:2, 1033:11, 1046:18, 1058:3, 1058:7, 1058:16, 1077:16, 1078:19, 1092:7, 1095:3, 1096:1, 1127:7, 1132:17, 1134:1, 1134:23, 1135:7
**JURY** [5] - 963:9, 970:23, 970:25, 1057:1, 1058:8
**jury's** [2] - 973:2, 1135:15
**justice** [2] - 967:10, 1015:4
**justification** [1] - 1100:3
**justify** [1] - 1103:20

## K

**Keanu** [1] - 1001:15
**keep** [42] - 969:19, 1006:14, 1011:2, 1012:18, 1013:1, 1016:20, 1028:21, 1032:7, 1038:17, 1039:5, 1043:20, 1044:5, 1044:20, 1047:9, 1048:5, 1048:9, 1057:13, 1060:1, 1062:6, 1062:23, 1067:4, 1069:4, 1074:11, 1082:16, 1086:6, 1093:12, 1093:17, 1093:19, 1104:3, 1104:11, 1105:2, 1107:23, 1108:2, 1111:3, 1111:5, 1111:6, 1111:10, 1112:9, 1121:19, 1130:8
**keeping** [1] - 1104:7
**keeps** [1] - 1092:12
**kept** [2] - 998:7, 1017:19
**keyboard** [1] - 1007:21
**kid** [1] - 1019:24
**killing** [1] - 1002:2
**kind** [29] - 1000:23, 1001:8, 1001:23,

1008:10, 1008:13,
1011:8, 1014:13,
1015:15, 1017:24,
1018:1, 1018:5,
1025:14, 1035:7,
1049:11, 1058:14,
1060:23, 1061:23,
1069:8, 1070:20,
1075:24, 1081:22,
1082:6, 1083:23,
1083:25, 1094:16,
1106:5, 1114:25,
1125:25, 1130:23
**kinds** [1] - 1015:4
**kit** [3] - 970:10,
970:14, 970:16
**kitchen's** [1] - 1100:2
**knife** [4] - 1096:19,
1096:23, 1096:25,
1097:11
**knock** [1] - 1106:9
**knocked** [3] - 974:23,
1038:10, 1038:17
**know..** [1] - 1072:12
**Knowing** [1] - 1001:24
**knowing** [2] - 1072:20,
1089:23
**knowledge** [11] -
978:10, 981:21,
985:23, 994:15,
999:12, 1002:3,
1002:4, 1026:4,
1031:13, 1068:9,
1123:1
**known** [1] - 1016:25
**Kyle** [1] - 1089:20

## L

**LA** [4] - 971:9,
1008:17, 1010:24,
1011:1
**lack** [3] - 1027:9,
1027:15, 1119:13
**ladies** [7] - 970:21,
1003:22, 1004:25,
1046:13, 1047:2,
1094:25, 1133:18
**lady** [1] - 1042:6
**land** [1] - 1060:24
**Land** [1] - 1001:24
**language** [2] - 967:1,
967:6
**Laredo** [1] - 963:14
**large** [4] - 977:15,
1010:11, 1032:8,
1074:18
**larger** [3] - 986:14,
997:13, 1047:11
**last** [13] - 969:5,

981:24, 1007:3,
1008:1, 1012:10,
1020:1, 1045:15,
1056:20, 1095:17,
1110:15, 1125:9,
1127:16
**late** [1] - 1133:22
**latitude** [1] - 987:23
**launched** [2] - 1081:6,
1094:4
**Laundry** [1] - 1049:10
**Lauren** [1] - 1071:20
**law** [10] - 966:4,
1000:2, 1000:4,
1011:13, 1102:18,
1123:25, 1126:8,
1129:1, 1129:13,
1133:23
**law-abiding** [1] -
1129:13
**lay** [2] - 1030:12,
1060:24
**lays** [1] - 1127:24
**lead** [2] - 1007:21,
1007:22
**leader** [1] - 997:22
**leading** [3] - 992:21,
1026:1, 1120:8
**leads** [1] - 999:6
**leaned** [1] - 1108:22
**learn** [4] - 1013:25,
1017:8, 1025:3,
1025:16
**learned** [5] - 973:13,
974:8, 1029:14,
1062:17, 1082:8
**learning** [1] - 1011:20
**least** [5] - 968:21,
997:4, 998:14,
1000:11, 1084:9
**leave** [7] - 965:22,
1063:19, 1067:21,
1068:13, 1075:17,
1101:9, 1112:25
**leaving** [2] - 1082:3,
1114:22
**led** [1] - 1017:1
**left** [7] - 972:16,
972:22, 972:24,
973:9, 973:11,
998:22, 998:24,
1024:4, 1049:21,
1049:22, 1052:4,
1053:11, 1055:18,
1069:17, 1083:18,
1084:5, 1084:17,
1085:1, 1086:22,
1101:3, 1108:20,
1124:11
**legal** [7] - 1088:7,

1088:12, 1120:4,
1121:10, 1121:22,
1122:2, 1122:7
**legally** [1] - 1079:13
**less** [1] - 1110:23
**letter** [1] - 972:16
**letters** [2] - 977:15,
1024:7
**letting** [2] - 1056:15,
1058:3
**liberty** [3] - 1015:4,
1091:6, 1124:22
**license** [5] - 976:11,
1002:20, 1002:23,
1003:2, 1011:11,
1018:2, 1018:14
**licensed** [1] - 1011:5
**life** [5] - 1007:25,
1008:19, 1010:1,
1016:23, 1022:18
**light** [1] - 1085:14
**likely** [2] - 988:7,
1105:22
**limiting** [1] - 1093:9
**line** [13] - 1024:5,
1034:18, 1036:2,
1036:4, 1036:5,
1058:19, 1064:6,
1101:23, 1102:8,
1102:21, 1102:22,
1102:24, 1103:4
**lined** [2] - 1103:5,
1103:7
**lines** [2] - 1002:18,
1036:25
**LIONS** [2] - 988:16,
988:19
**lions** [1] - 988:23
**Lisa** [1] - 963:22
**LISA** [1] - 1136:9
**listed** [1] - 966:8
**listen** [1] - 1029:12
**lists** [2] - 968:19,
1031:5
**literally** [4] - 989:6,
990:9, 1083:18,
1083:20
**LITERALLY** [1] -
1079:25
**live** [7] - 971:9,
999:22, 1006:5,
1085:20, 1089:14,
1091:6, 1091:24
**lived** [3] - 973:19,
973:21, 974:8
**LiveFreeOrDie** [1] -
990:9
**lives** [2] - 1092:17,
1134:16
**living** [3] - 975:23,

976:5, 1008:16
**LLP** [1] - 963:20
**locate** [2] - 973:14,
973:16
**located** [1] - 1090:5
**location** [5] - 974:15,
986:1, 1025:4,
1032:24, 1034:8
**locations** [1] - 985:11
**lockdowns** [1] -
1009:24
**logo** [1] - 978:5
**longitude** [1] - 987:23
**look** [36] - 965:8,
972:9, 976:10,
977:19, 977:21,
980:3, 986:12,
991:18, 1029:1,
1042:3, 1042:25,
1043:14, 1045:23,
1045:25, 1053:14,
1054:18, 1058:17,
1060:5, 1060:14,
1062:9, 1062:15,
1062:16, 1063:18,
1064:4, 1068:17,
1071:1, 1071:5,
1076:24, 1077:18,
1081:9, 1082:19,
1095:24, 1102:11,
1102:21, 1135:18,
1135:20
**looked** [14] - 973:17,
986:8, 987:3,
1001:1, 1001:2,
1035:3, 1038:4,
1039:18, 1046:6,
1047:22, 1057:10,
1093:20, 1130:9,
1130:12
**looking** [15] - 1025:20,
1026:25, 1032:13,
1034:24, 1056:1,
1060:23, 1066:24,
1068:10, 1070:13,
1076:6, 1078:19,
1082:5, 1128:13,
1129:9
**looks** [15] - 978:5,
980:8, 982:24,
991:22, 995:6,
995:7, 1032:12,
1059:3, 1062:14,
1064:24, 1068:19,
1068:25, 1069:8,
1071:6, 1076:19
**loosely** [1] - 1052:7
**Los** [3] - 1008:16,
1009:16, 1092:17
**lose** [3] - 1022:15,

1076:4, 1106:1
**lost** [1] - 1060:17
**loud** [4] - 984:18,
1041:2, 1065:20,
1107:14
**loudly** [1] - 974:23
**loved** [3] - 983:19,
983:22, 1008:3
**lower** [4] - 987:19,
1036:2, 1036:4,
1036:19
**lunch** [4] - 1004:21,
1046:14, 1046:17,
1047:3
**Lunch** [1] - 1046:20

## M

**MAGA** [3] - 1023:2,
1061:23
**MAGAforever** [1] -
1124:23
**magically** [1] - 998:16
**main** [10] - 992:25,
1015:2, 1022:3,
1060:25, 1061:1,
1063:24, 1065:21,
1116:24, 1118:22,
1125:23
**MAJOR** [1] - 1080:25
**major** [1] - 1081:4
**MAJOR-full** [1] -
1080:25
**makers** [1] - 1013:3
**man** [3] - 1044:17,
1112:6, 1125:8
**manage** [1] - 974:20
**management** [2] -
1010:24, 1011:6
**maneuver** [1] -
1045:24
**manner** [2] - 996:16,
1018:10
**MANNING** [69] -
963:16, 965:10,
966:17, 966:20,
966:25, 967:8,
967:13, 967:16,
967:21, 981:22,
999:9, 999:12,
999:17, 1000:8,
1002:11, 1002:14,
1003:16, 1023:18,
1024:19, 1030:24,
1031:3, 1051:19,
1054:8, 1071:19,
1073:25, 1077:1,
1077:13, 1090:22,
1092:20, 1095:8,
1095:13, 1096:6,

1100:7, 1101:12, 1103:24, 1105:5, 1106:11, 1106:25, 1107:21, 1107:25, 1108:14, 1109:18, 1109:24, 1110:12, 1111:11, 1112:2, 1113:20, 1114:1, 1115:10, 1117:3, 1117:21, 1117:24, 1118:14, 1118:24, 1120:17, 1121:2, 1121:13, 1121:17, 1122:17, 1124:7, 1126:15, 1126:18, 1127:2, 1127:15, 1128:4, 1128:6, 1128:9, 1132:9, 1132:11

**Manning** [4] - 1095:10, 1096:4, 1127:13, 1128:3

**Manning)**...................
.................**1002** [1] -
964:4

**Manning)**...................
.................**1096** [1] -
964:6

**map** [7] - 994:19, 994:24, 1025:24, 1047:12, 1061:4, 1061:5, 1097:18

**march** [5] - 985:25, 987:10, 1022:3, 1116:19

**march..** [2] - 984:24, 985:15

**marching** [1] - 1001:9

**mark** [4] - 1033:6, 1048:2, 1049:3

**marked** [5] - 1023:21, 1040:5, 1042:22, 1048:23, 1049:5

**massive** [2] - 989:25, 1022:16

**math** [1] - 1068:22

**Matrix** [2] - 1001:15, 1001:21

**matrix** [1] - 1001:25

**matter** [2] - 968:5, 1015:22

**matters** [1] - 1073:12

**Maverick** [2] - 1094:5, 1094:7

**Mayo** [2] - 982:25, 983:16

**McConnell** [2] - 997:23, 998:1

**McConnell's** [2] - 998:4, 998:6

**McCoy** [5] - 1125:8, 1125:18, 1126:12, 1126:22, 1128:12

**McPherson** [1] - 963:13

**mean** [14] - 996:13, 998:2, 1008:13, 1010:11, 1025:13, 1028:5, 1029:1, 1031:12, 1031:20, 1035:12, 1093:4, 1093:19, 1105:20, 1133:3

**meaning** [3] - 996:19, 1073:9, 1073:19

**means** [3] - 1009:2, 1092:8, 1103:3

**meant** [3] - 1080:13, 1081:7, 1119:21

**media** [2] - 1018:3, 1093:14

**medical** [10] - 971:20, 971:21, 972:1, 993:1, 1011:20, 1012:2, 1017:12, 1018:14, 1117:5, 1117:15

**medical-related** [1] - 1012:2

**medicine** [3] - 1009:19, 1119:7, 1119:14

**medicines** [1] - 1017:10

**meet** [2] - 1011:16, 1012:14

**meeting** [2] - 1072:12, 1073:15

**memory** [3] - 991:16, 1019:20, 1036:21

**men** [1] - 988:16

**Mendoza** [3] - 1031:7, 1062:18, 1062:22

**mention** [1] - 1093:13

**mentioned** [10] - 971:24, 983:24, 984:7, 998:24, 1027:19, 1073:11, 1094:11, 1099:15, 1118:20, 1128:13

**mentioning** [1] - 1087:9

**mere** [1] - 965:16

**Mesple** [3] - 989:5, 989:23, 994:3

**mess** [1] - 1048:25

**message** [15] - 980:9, 980:10, 980:16, 987:19, 993:13, 1017:22, 1071:1,

1071:5, 1071:8, 1073:16, 1074:2, 1082:25, 1084:3, 1090:24, 1124:24

**messages** [4] - 987:1, 994:11, 1086:16, 1088:1

**met** [5] - 1009:8, 1009:9, 1010:16, 1011:3, 1014:10

**mic** [2] - 966:19, 1005:16

**midday** [2] - 1020:16, 1021:22

**middle** [7] - 980:22, 1006:1, 1022:22, 1034:2, 1037:3, 1039:9, 1039:13

**midnight** [2] - 968:15, 969:5

**might** [9] - 995:12, 1009:1, 1028:9, 1035:11, 1046:11, 1057:19, 1073:3, 1095:25, 1109:4

**military** [1] - 1121:8

**milling** [3] - 1025:14, 1036:5, 1075:15

**million** [1] - 984:20

**millions** [1] - 1017:2

**mind** [6] - 1021:3, 1033:18, 1038:2, 1097:3, 1121:25, 1123:15

**mine** [5] - 1013:25, 1071:12, 1092:18, 1123:1, 1125:10

**minority** [1] - 997:22

**minute** [9] - 1027:5, 1028:1, 1107:1, 1107:2, 1107:25, 1109:21, 1121:15, 1132:9

**minutes** [17] - 970:6, 1004:2, 1027:6, 1028:25, 1055:16, 1068:21, 1068:22, 1070:15, 1095:1, 1109:18, 1109:20, 1109:25, 1110:3, 1116:20, 1121:17, 1130:13, 1134:2

**miss** [1] - 1095:17

**mission** [1] - 1013:17

**mix** [2] - 1088:17, 1088:18

**MJOA** [1] - 1135:5

**model** [1] - 1093:15

**modeling** [5] - 1008:8, 1008:10, 1008:11,

1010:18, 1094:2

**models** [2] - 1010:21, 1010:25

**mom** [2] - 1006:24, 1074:4

**Mom** [1] - 1074:6

**moment** [23] - 1038:4, 1040:6, 1053:14, 1065:22, 1077:2, 1078:9, 1078:24, 1084:23, 1089:15, 1099:19, 1100:25, 1103:16, 1105:22, 1107:13, 1107:18, 1109:6, 1109:14, 1114:8, 1115:23, 1120:25, 1125:13, 1130:6, 1131:23

**moments** [1] - 1128:21

**Monday** [7] - 969:7, 969:22, 970:4, 1096:16, 1133:23, 1134:4, 1134:20

**monster** [1] - 1074:10

**Monterey** [2] - 1006:10, 1006:11

**month** [4] - 968:16, 983:4, 1009:10, 1014:11

**months** [5] - 1009:12, 1037:19, 1079:1, 1088:2, 1093:25, 1100:11, 1125:9

**Moreira** [3] - 963:22, 1029:21, 1136:16

**MOREIRA** [1] - 1136:9

**morning** [25] - 965:5, 965:7, 970:4, 970:21, 970:23, 971:5, 1000:11, 1000:14, 1002:15, 1002:16, 1005:14, 1005:15, 1005:21, 1020:16, 1021:21, 1049:18, 1050:1, 1076:10, 1086:12, 1092:4, 1096:16, 1119:17, 1133:24, 1134:4, 1134:20

**most** [3] - 1065:21, 1090:6, 1105:22

**mostly** [8] - 1008:11, 1015:1, 1059:9, 1065:21, 1085:25, 1090:6, 1094:2, 1117:16

**mother** [2] - 1074:3, 1074:13

**motion** [3] - 1004:6,

1004:11, 1004:12

**motivated** [1] - 1015:1

**motivation** [1] - 1015:2

**mouth** [2] - 1052:13, 1103:12

**move** [20] - 976:21, 1004:8, 1023:15, 1030:3, 1030:13, 1035:2, 1047:11, 1050:15, 1051:18, 1053:21, 1067:19, 1071:18, 1073:22, 1077:8, 1077:11, 1090:20, 1109:24, 1111:16, 1127:3, 1135:1

**moved** [16] - 977:1, 991:9, 991:10, 1006:15, 1006:19, 1023:19, 1029:5, 1030:5, 1046:6, 1051:20, 1054:9, 1071:22, 1074:1, 1090:23, 1092:21, 1099:7

**movement** [1] - 1091:22

**movements** [1] - 1114:16

**moves** [1] - 1005:17

**movie** [3] - 1001:15, 1002:6, 1092:5

**movies** [1] - 1008:4

**moving** [12] - 1006:13, 1028:3, 1028:23, 1032:2, 1054:6, 1062:12, 1064:20, 1077:10, 1106:5, 1108:8, 1111:16, 1113:18

**MR** [239] - 965:7, 965:10, 965:11, 966:17, 966:20, 966:25, 967:8, 967:13, 967:16, 967:21, 967:24, 968:4, 968:7, 968:11, 968:13, 969:8, 969:10, 969:15, 969:21, 970:1, 970:5, 970:9, 970:12, 970:15, 970:18, 971:4, 972:9, 976:18, 976:20, 976:25, 978:15, 979:3, 979:9, 979:13, 979:21, 980:5, 981:22, 982:4,

982:10, 982:12, 982:18, 982:20, 984:2, 984:8, 986:12, 988:13, 989:2, 989:18, 989:20, 990:17, 991:13, 991:15, 995:1, 996:3, 999:9, 999:12, 999:17, 999:19, 1000:8, 1001:13, 1002:9, 1002:11, 1002:14, 1003:16, 1004:7, 1004:14, 1004:18, 1004:20, 1005:2, 1005:10, 1005:13, 1021:4, 1021:7, 1021:12, 1023:18, 1024:16, 1024:19, 1029:25, 1030:9, 1030:14, 1030:24, 1031:3, 1031:14, 1031:19, 1031:22, 1031:24, 1032:1, 1033:15, 1039:24, 1040:1, 1042:1, 1042:10, 1042:14, 1043:2, 1043:20, 1043:22, 1044:5, 1044:20, 1045:17, 1045:19, 1046:11, 1047:5, 1047:8, 1047:10, 1047:25, 1048:4, 1048:9, 1048:11, 1048:23, 1049:1, 1050:15, 1050:18, 1051:13, 1051:18, 1051:19, 1051:21, 1052:16, 1053:7, 1053:17, 1053:21, 1054:4, 1054:8, 1054:11, 1054:14, 1055:12, 1055:15, 1056:10, 1056:15, 1056:18, 1056:21, 1057:2, 1057:5, 1057:13, 1058:1, 1058:9, 1058:23, 1059:17, 1060:1, 1062:6, 1062:23, 1062:25, 1064:1, 1065:4, 1065:12, 1066:15, 1066:17, 1067:4, 1067:24, 1068:3, 1069:4, 1069:21, 1070:2, 1070:24, 1071:17, 1071:19, 1073:21, 1073:25, 1076:12, 1076:14, 1076:21, 1076:23,

1077:1, 1077:5, 1077:10, 1077:13, 1077:16, 1079:19, 1079:22, 1080:15, 1081:9, 1081:12, 1081:14, 1082:19, 1082:22, 1086:4, 1090:17, 1090:19, 1090:22, 1091:14, 1092:13, 1092:20, 1092:22, 1093:18, 1094:21, 1094:24, 1095:8, 1095:13, 1095:17, 1095:21, 1095:24, 1096:6, 1100:7, 1101:12, 1103:24, 1105:5, 1106:11, 1106:25, 1107:21, 1107:25, 1108:14, 1109:18, 1109:24, 1110:12, 1111:11, 1112:2, 1113:20, 1114:1, 1115:10, 1117:3, 1117:21, 1117:24, 1118:14, 1118:24, 1120:17, 1121:2, 1121:13, 1121:17, 1122:17, 1124:7, 1126:15, 1126:18, 1127:2, 1127:4, 1127:8, 1127:15, 1127:18, 1128:1, 1128:4, 1128:6, 1128:9, 1132:9, 1132:11, 1132:15, 1132:18, 1133:11, 1133:14, 1135:4, 1135:8, 1135:23
**MS** [6] - 1003:20, 1066:16, 1076:13, 1133:17, 1135:2, 1135:25
**multiple** [2] - 993:22, 1000:16
**music** [2] - 1007:15, 1008:3
**must** [3] - 967:4, 1105:20, 1121:25

## N

**name** [13] - 976:1, 977:14, 979:17, 988:25, 1005:22, 1005:23, 1005:24, 1006:1, 1009:8, 1010:13, 1024:4, 1124:3, 1124:11
**named** [6] - 971:12, 982:25, 987:8,

991:17, 1010:6, 1125:8
**Naples** [6] - 991:3, 991:9, 992:11, 1006:6, 1016:4, 1074:11
**nation** [1] - 1119:6
**nation's** [1] - 1085:19
**national** [1] - 1078:10
**nationally** [1] - 1016:25
**nature** [2] - 1009:22, 1018:4
**naval** [1] - 1094:7
**Navy** [2] - 1006:13, 1006:15
**near** [11] - 985:6, 992:4, 995:23, 1021:19, 1023:8, 1036:19, 1070:14, 1072:11, 1073:14, 1090:10, 1100:1
**nearby** [1] - 1038:12
**nearly** [1] - 1065:8
**need** [3] - 989:3, 1073:3, 1103:3
**needed** [2] - 1013:16, 1079:12
**negative** [1] - 970:12
**never** [20] - 982:25, 983:2, 1015:20, 1021:3, 1025:18, 1031:3, 1031:12, 1033:18, 1078:11, 1078:21, 1078:23, 1087:20, 1090:9, 1094:20, 1114:16, 1115:18, 1123:20, 1124:1, 1127:8
**NEVER** [1] - 1124:24
**nevertheless** [2] - 1102:24, 1113:15
**New** [4] - 963:17, 1008:17, 1011:1, 1019:21
**news** [1] - 998:2
**next** [13] - 996:4, 996:18, 1014:11, 1027:16, 1042:20, 1064:9, 1079:15, 1083:17, 1091:12, 1108:3, 1111:11, 1112:10, 1113:20
**nice** [4] - 974:2, 1046:17, 1047:3, 1059:14
**nicely** [1] - 1092:9
**nicer** [1] - 1011:7
**nickname** [1] - 1094:6
**night** [2] - 968:18,

969:5
**nights** [1] - 1008:24
**nine** [2] - 1045:9, 1100:11
**nobody** [5] - 1113:6, 1113:22, 1116:5, 1116:7, 1124:17
**noise** [1] - 1108:8
**none** [1] - 1098:17
**nonpolitical** [1] - 1093:14
**normal** [4] - 1001:25, 1010:1, 1087:14, 1101:5
**north** [3] - 1022:4, 1033:4, 1038:12
**Northeast** [1] - 1032:13
**northwest** [1] - 1033:17
**Nos** [1] - 1023:15
**notable** [1] - 1009:17
**note** [1] - 966:14
**notes** [1] - 1136:11
**nothing** [11] - 981:19, 1002:1, 1003:16, 1088:23, 1100:18, 1116:4, 1116:10, 1116:12, 1123:15, 1123:21, 1132:11
**notice** [1] - 1034:12
**noticed** [4] - 1035:6, 1035:9, 1036:8, 1075:12
**November** [4] - 989:11, 1014:12, 1014:18, 1093:25
**now..** [1] - 1083:18
**nowhere** [1] - 1111:22
**number** [17] - 974:20, 976:24, 985:10, 991:17, 998:8, 1016:22, 1016:23, 1020:8, 1042:1, 1044:9, 1045:6, 1054:10, 1054:12, 1076:13, 1081:11, 1082:21, 1128:3
**NW** [3] - 963:17, 963:24, 1136:18

## O

**Oakes** [3] - 987:9, 987:12, 987:14
**object** [2] - 966:22, 998:9
**objected** [1] - 997:5
**objecting** [1] - 997:24
**objection** [20] -

976:20, 981:22, 997:8, 999:9, 999:17, 1000:8, 1023:16, 1023:17, 1023:18, 1030:4, 1030:13, 1030:24, 1051:19, 1054:6, 1054:8, 1071:19, 1073:25, 1077:12, 1090:22, 1092:20
**objections** [2] - 997:20, 998:12
**objective** [1] - 1065:21
**obligation** [1] - 1127:23
**observe** [1] - 1131:24
**observed** [1] - 1012:17
**obstruct** [4] - 965:19, 967:4, 967:10, 989:15
**obstructing** [1] - 965:17
**obstruction** [1] - 965:14
**obtained** [1] - 993:9
**Obvious** [1] - 1050:25
**obvious** [4] - 978:2, 1027:9, 1027:10, 1036:24
**obviously** [7] - 1022:12, 1041:7, 1056:1, 1082:9, 1095:10, 1128:16, 1134:16
**occurred** [2] - 1000:23, 1125:21
**October** [6] - 978:20, 1014:11, 1014:17, 1091:11, 1091:17, 1136:14
**odd** [3] - 1010:21, 1037:6, 1103:13
**OF** [4] - 963:1, 963:3, 963:9, 1136:7
**offense** [2] - 966:8, 966:9
**offered** [1] - 1013:18
**OFFICE** [1] - 963:12
**officer** [16] - 977:2, 1000:3, 1000:5, 1041:19, 1042:20, 1043:11, 1043:14, 1045:1, 1045:8, 1047:22, 1082:4, 1094:7, 1102:11, 1113:14, 1114:23, 1129:16
**Officer** [9] - 1041:20, 1042:23, 1062:18,

1062:21, 1063:14,
1065:5, 1086:11,
1105:8, 1106:16
**officer's** [1] - 1044:17
**officers** [30] - 999:8,
1032:17, 1034:9,
1035:6, 1035:9,
1035:11, 1036:2,
1036:8, 1036:18,
1036:22, 1054:19,
1054:20, 1054:23,
1054:24, 1055:6,
1058:19, 1059:4,
1062:19, 1064:6,
1067:19, 1084:9,
1084:22, 1090:8,
1101:23, 1102:2,
1102:6, 1103:11,
1103:16, 1103:20,
1115:5
**officers'** [1] - 1131:25
**official** [6] - 967:5,
994:13, 1031:15,
1031:16, 1089:7,
1136:17
**Official** [1] - 963:23
**OFFICIAL** [1] - 1136:7
**officials** [1] - 981:15
**often** [2] - 1008:22,
1010:25
**old** [3] - 968:16,
1132:7, 1133:3
**older** [1] - 1013:23
**once** [13] - 1006:19,
1025:14, 1038:16,
1049:21, 1076:2,
1087:7, 1087:22,
1103:5, 1117:12,
1122:1, 1130:7,
1132:3, 1135:21
**one** [62] - 971:18,
974:5, 986:3, 986:9,
988:5, 995:2, 995:9,
995:10, 995:12,
997:4, 997:5,
1005:8, 1009:18,
1010:12, 1010:15,
1014:5, 1018:17,
1020:1, 1020:25,
1022:14, 1025:10,
1030:7, 1039:9,
1039:24, 1041:20,
1045:9, 1048:4,
1049:10, 1051:10,
1056:20, 1056:21,
1056:23, 1062:18,
1062:19, 1064:16,
1065:5, 1075:9,
1075:11, 1076:22,
1076:24, 1079:5,

1086:16, 1087:10,
1091:12, 1091:16,
1092:24, 1094:22,
1104:16, 1107:1,
1107:2, 1107:25,
1111:16, 1111:18,
1118:4, 1118:5,
1119:25, 1126:9,
1130:25, 1132:9,
1132:20, 1134:14
**ones** [1] - 1030:7
**online** [2] - 1018:3,
1093:5
**open** [7] - 1052:13,
1066:12, 1081:25,
1114:4, 1114:19,
1115:3, 1115:6
**opened** [7] - 1001:20,
1081:25, 1082:10,
1097:5, 1101:3,
1114:20, 1115:20
**opening** [4] - 1053:9,
1053:10, 1058:24,
1082:12
**opinions** [3] -
1012:12, 1018:9,
1088:20
**opportunity** [2] -
970:3, 1007:12
**opposed** [2] -
1073:10, 1090:5
**opposite** [3] -
1008:20, 1065:1,
1090:16
**optimistic** [2] -
1095:14, 1095:20
**option** [2] - 1032:5,
1115:21
**opulent** [1] - 973:24
**order** [3] - 1011:6,
1031:4, 1080:7
**orderly** [2] - 1082:2,
1114:22
**orders** [1] - 1011:13
**organization** [4] -
1017:5, 1027:15,
1062:4
**organize** [3] - 1003:24,
1091:20, 1091:22
**organized** [3] -
1012:18, 1027:10,
1037:15
**organizing** [3] -
1009:15, 1011:24,
1092:1
**oriented** [1] - 1024:14
**Otherwise** [1] -
1029:21
**ourselves** [1] -
1114:15

**outcome** [1] - 1088:12
**outfit** [2] - 1061:25,
1062:5
**outnumbered** [1] -
1103:17
**outnumbers** [1] -
1103:19
**outside** [14] - 982:6,
1012:22, 1026:3,
1026:8, 1031:2,
1047:16, 1049:21,
1050:11, 1053:10,
1061:14, 1062:5,
1098:9, 1116:20,
1127:7
**overall** [1] - 1133:20
**overlooked** [1] -
1015:7
**overran** [1] - 1103:8
**overrun** [1] - 1034:14
**overthrowing** [1] -
1002:2
**own** [4] - 997:9,
1009:3, 1120:7,
1127:17

## P

**p.m** [17] - 972:20,
980:25, 981:7,
985:19, 986:16,
995:8, 1024:12,
1027:6, 1055:16,
1068:18, 1071:6,
1071:7, 1078:2,
1078:5, 1083:5,
1086:22, 1136:5
**Pacific** [4] - 987:5,
995:13, 995:15,
1074:16
**packed** [11] - 1052:7,
1064:4, 1064:5,
1068:24, 1068:25,
1070:8, 1070:10,
1070:11, 1070:19,
1113:19
**page** [6] - 980:22,
982:20, 988:14,
989:2, 996:4
**Page** [5] - 966:6,
967:3, 967:9, 967:13
**PAGE** [1] - 964:2
**pages** [3] - 993:17,
993:20
**pan** [1] - 1040:22
**papers** [1] - 1076:3
**paperwork** [2] -
994:19, 1030:17
**parade** [1] - 1108:25
**parading** [1] - 966:9

**parliamentarian** [1] -
1089:20
**part** [17] - 974:2,
985:18, 986:14,
988:19, 990:4,
1015:10, 1016:2,
1026:23, 1034:6,
1054:14, 1095:18,
1098:1, 1102:17,
1104:7, 1124:5,
1124:8, 1128:20
**participate** [4] -
1009:18, 1010:9,
1092:3, 1128:24
**participation** [1] -
973:3
**particular** [5] -
1010:12, 1106:20,
1125:13, 1135:15,
1135:19
**particularly** [3] -
1008:15, 1009:24,
1082:9
**parties** [2] - 967:16,
1134:10
**parts** [1] - 992:22
**party** [4] - 981:15,
997:15, 1010:12,
1094:13
**pass** [1] - 991:24
**passion** [2] - 1007:13,
1072:14
**passive** [1] - 990:7
**past** [2] - 969:4, 999:7
**patience** [1] - 1004:24
**patient** [1] - 1134:9
**patriot** [1] - 1124:21
**patriots** [2] - 1083:11,
1083:14
**Pause** [10] - 976:19,
989:19, 991:14,
1021:5, 1021:9,
1039:25, 1077:4,
1090:18, 1094:23,
1132:10
**pause** [3] - 1067:22,
1109:25, 1115:11
**paying** [1] - 1109:6
**peace** [2] - 1049:4,
1115:1
**peaceful** [13] -
1012:20, 1043:4,
1086:3, 1114:8,
1114:10, 1114:15,
1115:3, 1125:11,
1125:14, 1129:1,
1129:13
**peacefully** [5] -
1081:25, 1114:4,
1114:19, 1115:2,

1115:6
**Pelosi** [1] - 1073:10
**Pence** [8] - 996:19,
996:21, 1073:10,
1086:20, 1087:1,
1087:3, 1087:13,
1087:23
**Pennsylvania** [2] -
963:20, 1081:2
**Pennsylvania's** [1] -
998:10
**people** [176] - 972:24,
973:2, 973:9,
973:11, 975:23,
984:20, 985:11,
992:7, 993:22,
997:24, 998:8,
998:14, 1001:5,
1001:8, 1009:22,
1009:25, 1010:9,
1011:12, 1011:24,
1012:5, 1012:8,
1012:17, 1012:21,
1013:13, 1017:14,
1017:18, 1018:7,
1018:8, 1018:10,
1020:7, 1020:10,
1021:18, 1022:13,
1023:1, 1023:4,
1024:1, 1027:2,
1027:3, 1027:12,
1027:13, 1027:21,
1027:25, 1028:2,
1028:20, 1028:22,
1028:23, 1029:2,
1029:11, 1034:13,
1034:14, 1034:24,
1035:2, 1035:12,
1035:17, 1035:19,
1035:23, 1036:5,
1036:16, 1036:25,
1037:1, 1037:16,
1038:11, 1038:19,
1039:10, 1039:14,
1041:1, 1041:8,
1043:10, 1043:17,
1045:1, 1045:6,
1045:23, 1052:9,
1052:19, 1054:16,
1059:6, 1059:12,
1059:13, 1060:6,
1061:18, 1062:15,
1063:12, 1064:15,
1064:23, 1068:17,
1069:2, 1069:6,
1069:9, 1069:11,
1069:14, 1069:16,
1070:20, 1070:21,
1071:14, 1071:25,
1072:1, 1072:22,

1075:15, 1075:18, 1075:24, 1079:9, 1079:17, 1082:16, 1083:15, 1083:24, 1084:10, 1084:14, 1084:19, 1085:7, 1085:11, 1085:14, 1085:19, 1085:22, 1085:25, 1086:14, 1087:8, 1087:9, 1087:19, 1088:4, 1089:12, 1089:17, 1092:1, 1093:2, 1099:5, 1100:25, 1101:6, 1101:7, 1101:8, 1106:6, 1106:8, 1111:14, 1111:15, 1111:20, 1112:17, 1112:20, 1113:11, 1113:18, 1115:5, 1116:1, 1118:21, 1120:4, 1120:14, 1121:8, 1121:10, 1121:12, 1121:14, 1122:1, 1122:4, 1122:9, 1122:10, 1122:12, 1122:16, 1122:18, 1123:15, 1123:22, 1123:24, 1125:19, 1125:21, 1126:2, 1126:5, 1126:7, 1126:8, 1126:9, 1126:10, 1128:13, 1128:17, 1129:1, 1129:13, 1129:14, 1130:14, 1131:1, 1131:3
**People** [1] - 1105:25
**people's** [1] - 1025:13
**people-wise** [1] - 1068:17
**PEREZ** [5] - 963:12, 1003:20, 1133:17, 1135:2, 1135:25
**perimeter** [1] - 975:15
**period** [5] - 997:12, 1023:1, 1037:2, 1050:6, 1057:14
**peripheral** [1] - 1109:4
**permission** [2] - 966:17, 1002:11
**Permit** [2] - 978:17, 1024:10
**permit** [12] - 979:5, 1023:9, 1025:4, 1025:16, 1030:1, 1030:10, 1030:22, 1047:12, 1098:5, 1098:11, 1098:20,

1098:24
**permits** [1] - 985:11
**permitted** [2] - 1026:11, 1098:8
**permitting** [1] - 1041:8
**perpetually** [1] - 1091:21
**person** [17] - 971:11, 977:14, 983:16, 993:14, 1015:15, 1015:17, 1018:24, 1044:14, 1044:24, 1045:11, 1051:1, 1051:24, 1062:17, 1081:21, 1092:14, 1113:8
**person's** [3] - 988:25, 1022:14, 1064:12
**personal** [4] - 1014:6, 1031:13, 1055:5, 1084:14
**personality** [1] - 1014:2
**personally** [5] - 1003:5, 1011:17, 1014:12, 1018:10, 1088:11
**perspective** [1] - 1113:11
**phone** [21] - 974:20, 974:24, 980:17, 993:6, 993:7, 993:10, 993:12, 993:14, 994:18, 998:25, 999:21, 1027:17, 1039:19, 1040:20, 1060:5, 1101:14, 1118:1, 1118:3, 1122:24, 1127:4
**phones** [2] - 974:25, 1030:25
**photo** [4] - 1041:22, 1103:2, 1109:1, 1133:9
**photograph** [5] - 976:21, 1040:3, 1101:14, 1101:16, 1101:18
**photographic** [1] - 991:16
**photos** [1] - 1032:22
**phrase** [1] - 1078:23
**phrases** [1] - 1091:5
**physical** [7] - 1001:19, 1018:15, 1018:18, 1081:6, 1094:12, 1094:15, 1113:25
**physically** [7] - 974:11, 1018:25,

1037:20, 1038:20, 1057:22, 1114:6, 1130:5
**pick** [1] - 968:3
**picked** [3] - 1094:18, 1106:7, 1129:21
**picketing** [1] - 966:9
**picture** [17] - 972:23, 972:24, 973:9, 973:11, 1040:7, 1041:17, 1044:14, 1046:1, 1051:15, 1051:22, 1052:17, 1052:23, 1052:24, 1052:25, 1124:13, 1129:12, 1132:24
**pictures** [2] - 974:17, 1053:1
**piece** [1] - 998:25
**Pill** [4] - 1001:14, 1091:22, 1092:5, 1092:7
**pill** [5] - 1001:20, 1001:23, 1002:5, 1092:10, 1092:12
**pin** [5] - 986:10, 987:19, 987:23, 988:5, 1000:12
**pink** [1] - 1058:15
**pinned** [8] - 1045:22, 1053:2, 1107:14, 1109:23, 1111:2, 1111:23, 1111:24, 1115:19
**piss** [1] - 989:6
**place** [13] - 976:1, 976:2, 1009:4, 1019:18, 1035:11, 1055:22, 1098:9, 1108:5, 1112:21, 1116:16, 1130:9, 1130:12, 1130:13
**places** [3] - 1006:13, 1084:13, 1084:15
**Plaintiff** [1] - 963:4
**plan** [9] - 990:25, 1026:6, 1029:7, 1061:8, 1061:10, 1061:13, 1087:24, 1087:25
**planned** [2] - 1020:21, 1035:12
**planning** [2] - 1098:15, 1099:5
**plans** [2] - 1020:19, 1098:18
**plate** [1] - 1085:12
**platform** [1] - 1094:1
**plausible** [1] - 1072:20
**play** [25] - 1007:20,

1042:3, 1042:14, 1048:1, 1053:13, 1053:18, 1056:10, 1058:20, 1061:9, 1105:6, 1108:3, 1108:12, 1108:13, 1108:14, 1110:11, 1110:13, 1111:11, 1111:12, 1112:9, 1113:20, 1118:14, 1120:18, 1121:3, 1121:17, 1128:6
**played** [4] - 968:19, 1041:25, 1047:15, 1053:9
**player** [1] - 1007:21
**playing** [37] - 999:23, 1042:16, 1043:1, 1043:21, 1044:6, 1044:21, 1045:18, 1048:3, 1048:10, 1056:12, 1057:4, 1058:22, 1060:1, 1060:2, 1061:10, 1062:7, 1062:8, 1062:24, 1064:3, 1064:19, 1067:5, 1069:5, 1069:23, 1091:7, 1105:7, 1108:4, 1108:16, 1110:14, 1111:13, 1112:12, 1113:21, 1117:23, 1118:16, 1120:19, 1121:4, 1121:20, 1128:8
**Plaza** [2] - 1019:18, 1020:11
**plaza** [1] - 1032:14
**plenty** [2] - 1072:1, 1126:7
**pm** [2] - 984:24, 985:16
**pocket** [4] - 1096:19, 1097:2, 1097:4, 1097:13
**point** [64] - 971:22, 972:4, 974:8, 980:23, 989:14, 991:8, 996:15, 998:5, 1008:9, 1009:7, 1016:3, 1017:21, 1018:23, 1019:3, 1025:14, 1026:20, 1027:24, 1027:25, 1033:11, 1036:15, 1036:18, 1036:20, 1037:23, 1038:5, 1038:19, 1041:10, 1041:21, 1045:7, 1053:22,

1058:13, 1060:3, 1060:7, 1061:3, 1061:25, 1062:13, 1063:16, 1064:7, 1065:14, 1065:16, 1065:17, 1066:21, 1067:10, 1068:16, 1068:17, 1069:7, 1075:17, 1086:3, 1087:4, 1090:5, 1109:3, 1109:16, 1109:23, 1111:23, 1112:25, 1113:1, 1114:17, 1121:7, 1121:25, 1128:11, 1130:3, 1131:3, 1132:16, 1132:20
**pointing** [1] - 1039:20
**points** [1] - 1006:16
**pole** [1] - 1111:6
**poles** [1] - 1085:20
**Police** [3] - 1012:25, 1030:16, 1085:22
**police** [31] - 1034:9, 1034:18, 1035:6, 1035:10, 1036:2, 1036:24, 1042:20, 1054:19, 1054:20, 1054:23, 1054:24, 1055:9, 1058:19, 1059:10, 1059:12, 1065:24, 1067:19, 1072:17, 1082:11, 1082:15, 1085:8, 1085:14, 1102:21, 1102:22, 1102:24, 1112:6, 1112:20, 1113:9, 1113:14, 1131:24
**political** [11] - 1010:4, 1010:8, 1061:25, 1073:12, 1081:7, 1088:1, 1088:12, 1092:3, 1094:4, 1094:9, 1094:16
**politically** [2] - 1010:10, 1080:14
**politicians** [3] - 981:25, 982:2, 1087:11
**politics** [3] - 1009:19, 1088:21, 1088:24
**Pollitt** [4] - 1041:20, 1042:24, 1105:8, 1106:16
**pop** [1] - 970:18
**population** [1] - 998:15
**portion** [1] - 1133:20
**portions** [1] - 1135:15

**position** [6] - 966:21, 982:8, 982:14, 998:4, 998:6, 1012:16
**positioned** [2] - 1032:17, 1035:9
**possible** [7] - 1004:16, 1065:3, 1066:10, 1106:9, 1113:2, 1130:5, 1131:23
**post** [1] - 1093:5
**posted** [1] - 994:15
**poster** [1] - 980:11
**posture** [1] - 1065:24
**potentially** [3] - 1035:11, 1072:17, 1085:6
**POTUS** [4] - 984:22, 985:17, 985:22, 986:2
**power** [1] - 1014:19
**power-wise** [1] - 1014:19
**praying** [1] - 1074:11
**preamble** [1] - 1079:15
**preceding** [1] - 1079:6
**prefer** [1] - 1104:24
**preferred** [1] - 1130:4
**prejudice** [1] - 1004:12
**prepare** [1] - 970:3
**prepared** [1] - 1117:13
**preparing** [1] - 1098:1
**presence** [1] - 965:16
**present** [2] - 1037:18, 1037:20
**presenting** [1] - 1082:7
**preserve** [1] - 1004:5
**president** [5] - 983:2, 985:24, 990:22, 1000:19, 1080:6
**President** [2] - 990:23, 997:17
**president's** [1] - 991:4
**press** [3] - 1017:1, 1017:3, 1017:18
**pretend** [2] - 1007:22, 1072:25
**pretended** [1] - 1129:5
**pretrial** [1] - 1127:23
**pretty** [13] - 1014:10, 1034:10, 1049:21, 1057:17, 1068:23, 1068:25, 1070:8, 1070:10, 1080:12, 1084:21, 1091:8, 1092:9, 1093:10
**prevent** [1] - 1031:9

**preventing** [1] - 1009:25
**previous** [2] - 1073:12, 1085:2
**previously** [7] - 1011:19, 1030:18, 1030:19, 1044:12, 1081:25, 1114:19, 1120:20
**primary** [1] - 1018:24
**print** [1] - 993:18
**private** [4] - 978:8, 978:10, 1002:23, 1011:4
**pro** [1] - 1059:10
**pro-police** [1] - 1059:10
**procedures** [1] - 1003:1
**proceed** [3] - 1005:9, 1031:11, 1134:3
**proceeded** [1] - 1116:25
**proceeding** [6] - 965:17, 965:19, 967:5, 967:11, 989:15, 994:13
**proceedings** [3] - 997:16, 998:15, 1136:12
**process** [6] - 997:3, 1014:14, 1088:7, 1088:15, 1092:3, 1134:8
**procession** [1] - 1022:3
**production** [1] - 1007:15
**professional** [3] - 1018:3, 1096:13, 1102:15
**progressively** [1] - 1112:24
**prohibited** [4] - 1082:2, 1100:15, 1100:19, 1114:21
**promote** [1] - 1117:5
**proper** [1] - 1086:3
**proposed** [3] - 965:9, 965:15, 966:7
**prosecute** [1] - 1072:17
**protect** [1] - 1131:24
**Protection** [2] - 978:6, 979:17
**Protest** [8] - 980:20, 980:21, 980:24, 981:4, 984:23, 985:15, 1074:10, 1074:19

**protest** [5] - 985:19, 994:15, 1073:2, 1089:12, 1092:2
**proud** [5] - 1086:13, 1086:14, 1124:5, 1124:8, 1124:21
**provide** [9] - 970:19, 1011:6, 1031:5, 1096:11, 1099:16, 1104:2, 1111:1, 1120:21, 1131:6
**providing** [3] - 1017:19, 1107:8, 1107:18
**proximity** [1] - 1016:20
**public** [6] - 974:18, 1016:21, 1063:23, 1063:24, 1066:9, 1098:17
**publicly** [2] - 1119:11, 1125:3
**publish** [2] - 1126:18, 1127:2
**published** [3] - 1054:13, 1071:23, 1077:14
**pull** [4] - 1030:1, 1038:20, 1117:21, 1132:18
**pulled** [6] - 1045:2, 1089:3, 1105:8, 1105:10, 1105:22
**puppet** [1] - 983:1
**purpose** [10] - 1010:13, 1062:1, 1088:9, 1096:10, 1107:18, 1117:5, 1117:14, 1118:22, 1120:20, 1131:5
**purposeful** [1] - 1064:23
**push** [7] - 999:7, 1000:6, 1064:18, 1064:23, 1066:11, 1066:12, 1066:13
**pushed** [12] - 1057:15, 1057:18, 1065:1, 1065:18, 1088:14, 1089:3, 1103:6, 1105:20, 1105:25, 1109:15, 1114:7, 1130:7
**pushing** [7] - 1043:10, 1059:13, 1085:25, 1111:15, 1113:6, 1115:4, 1115:21
**put** [7] - 968:24, 1022:20, 1045:6, 1049:18, 1103:11,

1118:17
**puts** [1] - 1126:4
**putting** [1] - 968:18

## Q

**queried** [1] - 976:7
**questioned** [1] - 1031:6
**questioning** [2] - 969:13, 1002:18
**questions** [1] - 1072:22
**queue** [1] - 969:11
**queueing** [1] - 1065:13
**quick** [1] - 1008:3
**quicker** [1] - 989:20
**quickly** [4] - 1013:15, 1029:5, 1106:5, 1116:15
**quite** [4] - 1008:20, 1013:24, 1090:16, 1108:7
**quote** [5] - 983:19, 990:1, 993:1, 1026:5, 1100:14
**quote-unquote** [3] - 983:19, 993:1, 1026:5
**quotes** [1] - 990:1

## R

**Rachelle** [5] - 994:5, 1071:8, 1071:11, 1091:3, 1091:13
**racks** [5] - 1032:14, 1032:18, 1033:1, 1034:10, 1034:15
**raining** [1] - 1020:18
**raise** [1] - 1005:4
**raising** [1] - 1053:11, 1064:10, 1064:15
**rallies** [1] - 1010:4, 1010:15, 1012:23, 1079:6, 1079:7, 1085:2, 1085:7, 1085:9, 1085:11, 1085:14, 1119:24
**rally** [11] - 1009:16, 1009:20, 1011:24, 1012:15, 1012:20, 1079:3, 1079:4, 1079:8, 1088:24, 1092:1, 1120:12
**Rally** [2] - 1010:7, 1091:20
**range** [2] - 1008:13, 1020:11
**rather** [3] - 969:19,

1004:9, 1018:10
**RDR** [3] - 963:22, 1136:9, 1136:16
**reach** [1] - 967:16
**reaches** [2] - 1004:13, 1135:7
**reaction** [1] - 1106:6
**read** [8] - 972:17, 984:18, 988:11, 1076:10, 1080:24, 1091:4, 1093:23, 1133:24
**ready** [7] - 970:6, 970:24, 972:6, 975:1, 1004:1, 1046:15, 1047:4
**real** [3] - 965:13, 1007:13, 1090:7
**reality** [1] - 1001:20
**realization** [1] - 1092:11
**realize** [8] - 1041:5, 1055:3, 1082:10, 1087:6, 1089:6, 1090:3, 1090:7, 1096:23
**realized** [4] - 991:10, 1017:9, 1035:25, 1087:22
**really** [19] - 973:12, 992:8, 1010:13, 1015:5, 1017:8, 1025:13, 1025:25, 1042:17, 1060:22, 1064:13, 1065:19, 1067:17, 1071:12, 1084:14, 1087:17, 1093:8, 1126:4, 1135:16, 1135:19
**reason** [2] - 971:25, 1073:1
**rebellion** [1] - 1080:7
**rebuttal** [3] - 1031:10, 1133:16, 1133:17
**recalled** [1] - 1103:10
**receive** [1] - 1018:11
**received** [3] - 1104:21, 1104:23, 1105:1
**receiving** [2] - 1016:23, 1017:25
**recently** [2] - 1032:22, 1092:6
**Recess** [2] - 1004:23, 1095:9
**recess** [1] - 1046:20
**recognize** [7] - 978:24, 978:25, 1033:9, 1040:6, 1049:7, 1055:20, 1126:19
**recognized** [1] -

1103:16
**reconvene** [1] -
1004:2
**record** [11] - 965:3,
973:1, 986:19,
1004:8, 1004:10,
1005:21, 1026:10,
1031:15, 1033:15,
1042:8, 1042:10
**recording** [4] -
1007:12, 1007:14,
1007:25, 1008:5
**records** [3] - 973:17,
976:7, 976:12
**Red** [4] - 1001:14,
1091:22, 1092:5,
1092:7
**red** [4] - 1001:19,
1002:5, 1092:10,
1125:22
**redirect** [3] - 1002:11,
1095:16, 1132:13
**REDIRECT** [2] -
1002:13, 1132:14
**Reeves** [1] - 1001:15
**refer** [1] - 991:4
**reference** [3] - 967:19,
1079:16, 1128:17
**references** [1] -
1018:16
**referring** [8] - 980:10,
980:21, 988:18,
1001:18, 1085:2,
1086:18, 1098:20,
1108:7
**refers** [2] - 985:16,
1001:17
**reflect** [3] - 965:24,
1033:15, 1042:10
**regarding** [1] - 966:13
**registered** [1] - 976:8
**regular** [1] - 1059:21
**related** [2] - 1009:21,
1012:2
**relationship** [5] -
1014:5, 1014:17,
1014:19, 1015:10,
1019:5
**relaxing** [1] - 1134:19
**relevance** [1] - 999:12
**remain** [1] - 1091:21
**remainder** [1] - 965:20
**remained** [2] -
1093:14, 1114:10
**remember** [25] -
971:14, 986:11,
993:11, 1019:18,
1019:25, 1039:21,
1046:4, 1046:7,
1047:14, 1047:20,

1047:21, 1047:23,
1053:12, 1055:9,
1059:1, 1062:18,
1062:19, 1063:16,
1063:17, 1063:21,
1073:13, 1075:2,
1089:22, 1101:23,
1109:17
**remembrance** [1] -
1125:24
**remorse** [2] - 1126:11,
1128:10
**renew** [1] - 1135:5
**rented** [2] - 976:2,
976:3
**renting** [1] - 974:2
**repeat** [5] - 974:4,
991:20, 1001:7,
1026:13, 1097:17
**repeated** [1] - 1118:7
**rephrase** [1] - 973:5
**replay** [1] - 1057:2
**replies** [1] - 996:7
**reply** [1] - 1081:1
**reporter** [1] - 1029:22
**REPORTER** [2] -
1033:8, 1136:7
**Reporter** [3] - 963:22,
963:23, 1136:17
**REPUBLIC** [1] -
1080:25
**republic** [2] - 990:8,
1080:8
**Republican** [1] - 998:8
**Republicans** [1] -
1010:5
**require** [1] - 1031:9
**required** [1] - 1133:25
**requires** [1] - 1104:7
**requiring** [1] - 1031:4
**research** [3] - 992:15,
1046:16, 1134:13
**reservation** [1] -
1099:25
**reserve** [2] - 1004:12,
1135:6
**respect** [5] - 965:14,
966:14, 967:14,
1018:22, 1134:12
**respectful** [1] - 1076:6
**respectfully** [1] -
1015:22
**respond** [1] - 1093:12
**responding** [2] -
990:23, 1119:4
**response** [6] - 990:21,
991:5, 991:6,
1067:16, 1081:18,
1114:12
**responsibility** [2] -

1032:7, 1104:11
**rest** [7] - 971:8,
983:12, 1008:1,
1049:4, 1121:8,
1132:19, 1133:14
**restaurant** [1] -
1099:20, 1099:23,
1100:1, 1100:4
**restaurants** [4] -
1010:23, 1011:7,
1099:16, 1099:17
**rested** [3] - 1003:23,
1133:19
**restricted** [2] - 967:17,
1041:5
**restrictions** [2] -
1009:21, 1009:24
**rests** [1] - 1003:21
**results** [2] - 981:16,
982:1
**resume** [1] - 1095:2
**Resumed** [2] - 971:2,
1047:6
**retrieved** [1] - 1072:16
**return** [1] - 970:10
**returned** [1] - 976:12
**Rev** [1] - 1091:22
**review** [7] - 983:12,
993:13, 998:24,
1073:17, 1073:19,
1073:20, 1079:17
**reviewed** [4] - 983:25,
993:3, 993:11,
1079:13
**Revolution** [3] -
1001:14, 1092:5,
1092:7
**revolution** [3] -
1001:18, 1001:19,
1002:1
**rhymes** [1] - 1048:24
**rhythm** [1] - 1047:19
**rid** [2] - 1029:25,
1097:8
**ridiculous** [1] - 984:21
**rights** [3] - 1015:3,
1015:4, 1069:15
**riot** [1] - 1088:24
**risk** [1] - 1050:25
**road** [1] - 1022:3
**Road** [1] - 963:13
**Rob** [1] - 1125:8
**rob** [1] - 1125:10
**ROBERTSON** [1] -
963:20
**robots** [1] - 1002:6
**role** [1] - 1018:22
**roles** [1] - 1018:17
**romantic** [1] - 1014:13
**Room** [2] - 963:23,

1136:18
**room** [5] - 969:5,
975:23, 1004:1,
1045:23, 1134:1
**ropes** [3] - 1082:3,
1114:22, 1125:22
**rosy** [1] - 1082:6
**Rotunda** [21] -
1029:14, 1032:3,
1032:12, 1033:1,
1034:1, 1047:16,
1050:12, 1053:4,
1055:24, 1068:7,
1068:11, 1068:25,
1075:4, 1075:13,
1075:16, 1083:22,
1084:21, 1101:19,
1116:20, 1129:25,
1131:4
**rough** [1] - 1020:8
**Rouhi** [11] - 972:9,
989:3, 995:3, 996:4,
1107:21, 1107:25,
1109:24, 1110:12,
1112:3, 1114:2,
1128:7
**row** [1] - 1016:19
**ruins** [1] - 1126:5
**run** [1] - 975:19
**running** [3] - 1103:20,
1122:9, 1122:12
**Russell** [2] - 984:13,
994:1

## S

**safe** [21] - 1012:18,
1013:1, 1017:10,
1032:7, 1065:23,
1065:25, 1066:9,
1083:3, 1083:4,
1104:3, 1104:7,
1104:11, 1105:3,
1113:1, 1115:23,
1116:16, 1130:8,
1130:9, 1130:10,
1130:12, 1134:17
**safely** [2] - 1011:12,
1055:2
**safest** [1] - 1130:5
**safety** [5] - 1016:24,
1018:15, 1018:18,
1018:22, 1032:9
**Sameera** [1] - 1048:4
**save** [1] - 986:15
**Save** [1] - 987:9
**SAVE** [1] - 1080:25
**saw** [55] - 974:12,
988:24, 994:23,
995:20, 1015:13,

1018:11, 1029:6,
1030:17, 1036:4,
1036:18, 1036:24,
1037:2, 1037:22,
1039:18, 1040:19,
1041:19, 1044:12,
1051:16, 1059:11,
1066:1, 1069:16,
1069:25, 1070:12,
1075:8, 1082:11,
1082:15, 1085:19,
1085:22, 1085:25,
1105:11, 1105:12,
1105:13, 1105:14,
1105:16, 1105:17,
1106:4, 1106:6,
1108:22, 1108:23,
1109:3, 1109:17,
1110:17, 1122:14,
1123:5, 1123:7,
1125:24, 1129:4,
1129:16, 1129:18,
1129:20, 1129:24,
1133:5
**scanning** [1] - 1060:5
**scarf** [2] - 1044:15,
1058:15
**scary** [2] - 1090:4,
1091:8
**scene** [9] - 1012:25,
1043:4, 1043:6,
1055:21, 1057:17,
1075:2, 1125:12,
1131:12, 1131:13
**scheduled** [9] - 986:6,
1016:8, 1016:11,
1016:12, 1016:13,
1027:14, 1098:7,
1099:4, 1119:20
**scheme** [1] - 1072:25
**school** [5] - 1006:20,
1006:21, 1006:25,
1007:2, 1007:4
**schooled** [2] -
1006:22, 1006:23
**science** [1] - 1011:21
**scope** [1] - 999:11
**SCOTUS** [3] -
1073:17, 1073:19,
1081:1
**screen** [3] - 991:21,
1050:22, 1061:8
**scroll** [1] - 1093:18
**SE** [1] - 963:20
**search** [1] - 988:25
**searched** [1] - 987:22
**seat** [1] - 1034:7
**seated** [5] - 971:1,
1004:4, 1004:25,
1095:6, 1096:2

1156

**secession** [3] - 983:17, 983:20, 983:22
**second** [16] - 982:20, 985:18, 989:2, 995:2, 995:10, 995:12, 1006:19, 1028:1, 1045:21, 1047:13, 1048:1, 1081:16, 1094:22, 1102:11, 1110:2
**seconds** [33] - 995:8, 995:10, 995:12, 997:1, 1045:5, 1045:16, 1055:16, 1057:9, 1064:2, 1064:9, 1064:18, 1068:20, 1075:9, 1107:1, 1107:2, 1108:1, 1108:3, 1108:15, 1109:19, 1109:21, 1109:25, 1110:4, 1110:15, 1112:10, 1113:20, 1115:11, 1117:22, 1117:24, 1118:14, 1118:15, 1120:18, 1121:18, 1127:21
**Secret** [1] - 966:3
**section** [1] - 987:11
**secured** [1] - 1030:22
**security** [31] - 976:10, 977:12, 1002:20, 1002:23, 1003:1, 1010:23, 1011:4, 1011:5, 1011:6, 1011:9, 1011:11, 1026:5, 1037:16, 1096:11, 1096:13, 1096:14, 1096:17, 1096:19, 1096:22, 1098:16, 1099:16, 1102:14, 1103:25, 1104:2, 1107:9, 1107:18, 1111:1, 1120:21, 1131:6, 1131:15, 1131:18
**Security** [1] - 978:11
**see** [127] - 966:10, 972:11, 972:22, 972:24, 976:5, 977:5, 977:11, 977:14, 977:22, 979:11, 979:15, 980:8, 980:13, 980:19, 980:24, 981:4, 981:10, 982:19, 983:2, 983:8, 983:16, 983:24, 984:7,

984:9, 986:20, 989:5, 989:10, 991:21, 995:6, 999:5, 999:7, 999:15, 1000:2, 1000:6, 1000:10, 1004:22, 1015:12, 1015:13, 1023:22, 1024:4, 1024:7, 1028:6, 1033:11, 1034:9, 1034:13, 1034:14, 1034:16, 1035:4, 1036:5, 1036:24, 1037:10, 1037:21, 1040:7, 1042:6, 1043:11, 1043:23, 1044:7, 1044:14, 1044:16, 1044:22, 1045:20, 1048:5, 1048:12, 1048:13, 1050:8, 1050:22, 1051:3, 1051:22, 1052:11, 1052:17, 1053:24, 1054:1, 1054:16, 1055:17, 1056:3, 1056:14, 1056:17, 1058:4, 1058:11, 1058:17, 1058:24, 1059:22, 1062:7, 1063:18, 1064:10, 1064:15, 1064:20, 1065:7, 1066:19, 1068:25, 1070:18, 1072:4, 1074:2, 1074:8, 1075:24, 1077:16, 1085:17, 1085:18, 1086:1, 1090:24, 1095:25, 1102:8, 1102:12, 1102:21, 1107:4, 1107:13, 1108:9, 1108:17, 1109:1, 1109:22, 1110:7, 1110:15, 1112:6, 1112:17, 1112:18, 1115:24, 1116:1, 1116:24, 1124:7, 1124:9, 1126:15, 1132:21, 1132:25, 1134:20
**seeing** [11] - 974:14, 994:24, 1036:21, 1055:21, 1063:21, 1084:12, 1101:23, 1102:3, 1103:10, 1109:9, 1129:9
**seeking** [1] - 1121:10
**seem** [8] - 1027:10, 1039:8, 1041:8, 1043:17, 1063:22,

1086:3, 1087:14
**segment** [2] - 998:15, 1135:19
**seize** [1] - 993:7
**self** [1] - 1093:8
**senator** [2] - 997:5, 997:19
**Senator** [6] - 997:22, 998:1, 998:4, 998:6, 1073:16, 1081:1
**senators** [3] - 997:14, 997:24, 998:8
**send** [3] - 1053:22, 1061:5, 1124:23
**sense** [5] - 967:1, 1014:13, 1027:23, 1060:22, 1133:7
**sent** [18] - 984:12, 984:14, 986:15, 986:16, 989:11, 990:10, 993:18, 996:25, 998:21, 998:23, 1072:15, 1078:2, 1081:15, 1086:21, 1091:10, 1127:16, 1127:18
**sentence** [5] - 985:18, 996:9, 996:18, 1084:5, 1091:4
**sentences** [1] - 1091:4
**separate** [2] - 965:23, 1054:12
**September** [10] - 963:4, 1009:11, 1014:9, 1014:17, 1081:17, 1100:9, 1114:3, 1114:24, 1127:12, 1127:19
**serious** [1] - 1091:9
**seriously** [1] - 1079:25
**served** [2] - 1006:12, 1006:15
**Service** [1] - 966:3
**services** [1] - 1099:16
**set** [5] - 1021:12, 1029:10, 1056:22, 1115:24, 1134:1
**setting** [2] - 1007:2, 1053:8
**settled** [1] - 1132:3
**seven** [3] - 968:16, 1045:9, 1107:2
**seven-and-a-half-month-old** [1] - 968:16
**several** [5] - 972:24, 1011:10, 1012:21, 1075:15, 1112:16
**shake** [1] - 1050:11
**shaking** [2] - 1047:18,

1047:19
**shall** [1] - 983:16
**shared** [1] - 1015:2
**shelter** [1] - 1107:15
**ship** [1] - 1011:2
**short** [6] - 994:11, 1007:11, 1019:25, 1075:24, 1095:1, 1113:13
**shortly** [1] - 1013:8
**shoulder** [1] - 1081:6
**shoulder-launched** [1] - 1081:6
**shoulders** [1] - 1070:9
**shout** [2] - 1039:20, 1090:14
**shouting** [5] - 1052:9, 1121:12, 1122:4, 1122:16, 1122:19
**shoving** [2] - 1059:13, 1111:15
**show** [14] - 981:9, 994:20, 1023:14, 1024:13, 1033:7, 1040:2, 1040:4, 1042:22, 1049:5, 1054:12, 1054:14, 1072:2, 1095:25, 1100:1
**showed** [4] - 994:19, 1046:1, 1047:18, 1053:10
**showing** [1] - 1032:12
**shows** [2] - 1040:20, 1047:12
**sic** [1] - 994:7
**side** [31] - 972:16, 979:11, 1022:1, 1022:4, 1024:15, 1024:17, 1024:21, 1032:19, 1033:11, 1033:16, 1033:17, 1034:8, 1034:9, 1034:15, 1038:13, 1039:9, 1039:16, 1046:2, 1046:9, 1052:3, 1052:5, 1057:16, 1063:22, 1072:4, 1072:7, 1097:2, 1097:4, 1097:13, 1104:16, 1104:17, 1115:12
**sides** [1] - 1111:23
**sidewalk** [1] - 1008:24
**sideways** [1] - 1106:2
**sign** [1] - 1069:15
**signage** [3] - 1082:1, 1100:14, 1114:20
**significant** [4] - 996:23, 996:24,

1008:23, 1087:13
**signs** [1] - 1069:16
**silliness** [1] - 1049:2
**similar** [2] - 1038:4, 1053:1
**similarity** [1] - 1038:2
**Simone** [8] - 971:17, 971:24, 986:3, 1009:8, 1042:12, 1074:9, 1083:11, 1119:4
**simple** [1] - 988:25
**simply** [1] - 1097:1
**simultaneously** [1] - 971:17
**singer** [2] - 1007:21, 1007:22
**single** [3] - 993:13, 998:25
**sit** [3] - 1005:16, 1005:17, 1016:19
**sitting** [6] - 974:17, 975:23, 1032:11, 1102:20, 1116:4, 1116:13
**situation** [7] - 1011:12, 1014:6, 1043:15, 1046:9, 1101:2, 1101:6, 1117:1
**six** [8] - 1035:6, 1035:9, 1035:16, 1036:8, 1036:22, 1045:9, 1088:2, 1112:16
**size** [1] - 1103:14
**sketch** [1] - 1030:11
**skip** [3] - 1109:18, 1112:2, 1121:13
**skirmish** [1] - 1112:13
**skirmishing** [1] - 1112:20
**sleep** [1] - 968:18
**sleeping** [1] - 1009:3
**sleepy** [1] - 971:7
**slide** [4] - 978:15, 979:3, 1091:14, 1110:2
**slogans** [1] - 1091:25
**slow** [1] - 1014:13
**slowly** [1] - 1069:22
**smaller** [2] - 1062:10, 1092:23
**smash** [1] - 1085:11, 1100:4
**smashed** [4] - 1123:24, 1129:24, 1131:1, 1131:12
**smashing** [9] - 1085:19, 1121:21,

1123:16, 1123:18,
1123:19, 1123:21,
1123:22, 1128:18,
1130:14
**Smith** [1] - 1123:1
**snippet** [1] - 1040:13
**so...** [20] - 1007:13,
1011:2, 1012:13,
1015:22, 1019:2,
1020:14, 1029:12,
1032:10, 1043:10,
1077:25, 1096:21,
1101:9, 1105:24,
1106:10, 1109:5,
1113:19, 1117:2,
1118:23, 1123:12,
1131:21
**social** [1] - 1018:3,
1071:13, 1093:14
**sole** [4] - 1096:10,
1107:17, 1120:20,
1131:5
**someone** [18] - 986:9,
987:8, 994:20,
1009:8, 1010:17,
1011:15, 1025:25,
1027:17, 1028:11,
1030:22, 1075:11,
1075:19, 1075:21,
1087:23, 1104:2,
1109:9, 1110:19,
1114:12
**sometime** [1] -
1097:24
**sometimes** [1] -
1015:16
**somewhere** [9] -
974:17, 984:24,
985:6, 985:15,
985:25, 1016:19,
1020:11, 1021:19,
1059:23
**soon** [4] - 1066:9,
1082:3, 1114:23,
1134:21
**Sorry** [1] - 1029:22
**sorry** [36] - 968:3,
970:15, 974:4,
976:23, 986:25,
991:20, 992:3,
999:11, 1006:3,
1006:15, 1007:24,
1033:16, 1050:19,
1054:2, 1054:4,
1058:2, 1059:18,
1065:14, 1066:18,
1068:22, 1069:25,
1071:17, 1077:9,
1077:23, 1078:18,
1081:16, 1082:19,

1083:6, 1097:6,
1097:16, 1107:2,
1107:25, 1115:8,
1119:22, 1132:24
**sort** [7] - 966:1,
975:18, 1002:20,
1067:21, 1096:14,
1108:25, 1120:4
**sorts** [2] - 1023:4,
1085:23
**sought** [1] - 967:1
**sound** [3] - 1005:19,
1042:17, 1091:25
**sounds** [4] - 1009:13,
1080:12, 1091:8,
1091:9
**source** [1] - 990:18
**south** [1] - 1033:16
**Southern** [1] - 963:13
**Southwest** [1] -
991:24
**space** [3] - 1029:15,
1046:3, 1070:19
**spaced** [1] - 1035:7
**speaker** [5] - 1020:12,
1025:9, 1074:9,
1074:20, 1098:8
**speakers** [14] -
984:23, 985:5,
985:15, 985:19,
985:21, 985:23,
986:4, 1000:15,
1000:16, 1009:17,
1012:3, 1020:13,
1020:14, 1027:1
**speaking** [14] -
989:23, 1011:19,
1012:1, 1016:17,
1017:19, 1021:24,
1027:12, 1031:9,
1074:18, 1075:3,
1125:16, 1127:11,
1128:20, 1129:12
**speaks** [3] - 1093:10,
1117:16, 1117:17
**Special** [2] - 969:2,
1122:23
**special** [1] - 1092:9
**SPECIAL** [2] - 964:3,
971:2
**specific** [2] - 1013:10,
1086:1
**speech** [50] - 984:22,
985:17, 985:22,
986:2, 992:7,
1012:17, 1016:8,
1016:11, 1016:12,
1016:13, 1016:15,
1019:16, 1019:17,
1020:8, 1020:15,

1024:24, 1025:11,
1027:8, 1027:23,
1030:21, 1035:25,
1037:14, 1037:18,
1047:12, 1061:14,
1062:1, 1062:3,
1067:11, 1069:12,
1073:2, 1076:3,
1077:24, 1083:21,
1088:10, 1117:8,
1117:13, 1117:14,
1117:20, 1117:25,
1118:2, 1118:7,
1118:9, 1118:17,
1118:19, 1118:20,
1119:11, 1119:15,
1119:17, 1119:20,
1119:22
**speeches** [20] - 985:4,
992:17, 992:23,
992:24, 993:1,
993:3, 1000:15,
1000:18, 1011:18,
1018:20, 1021:18,
1022:13, 1025:21,
1026:16, 1027:18,
1029:9, 1073:6,
1099:4, 1099:6
**speed** [4] - 1056:11,
1057:3, 1059:21
**spend** [2] - 1004:9,
1116:20
**spent** [8] - 1008:16,
1008:23, 1008:24,
1016:5, 1016:6,
1019:21, 1019:22,
1019:23
**spill** [1] - 1035:15
**split** [1] - 1045:21
**spoken** [1] - 1125:2
**spot** [4] - 1025:17,
1035:18, 1052:22,
1111:18
**spread** [1] - 1102:8
**square** [1] - 980:6
**squares** [1] - 995:3
**stabilize** [1] - 1057:20
**stable** [1] - 1038:17
**staff** [1] - 1010:24
**stage** [8] - 987:17,
1016:18, 1025:20,
1025:22, 1026:25,
1027:9, 1028:20,
1037:15
**stamp** [1] - 1078:4
**stamps** [3] - 1135:13,
1135:17
**stanchions** [1] -
1125:22
**STAND** [1] - 1078:9

**stand** [3] - 1033:10,
1075:23, 1124:22
**Standard** [1] - 987:6,
988:3
**standing** [5] - 1034:9,
1047:15, 1070:13,
1070:14, 1101:2
**stands** [3] - 978:6,
987:18, 1080:3
**start** [7] - 1013:4,
1054:21, 1055:16,
1055:17, 1058:10,
1059:20, 1133:24
**started** [13] - 967:25,
968:5, 992:14,
1001:9, 1008:8,
1028:3, 1028:14,
1028:23, 1032:2,
1085:6, 1093:3,
1103:2, 1134:21
**starting** [3] - 1014:12,
1016:25, 1035:2
**state** [7] - 976:7,
978:2, 983:1,
1005:22, 1006:17,
1011:5, 1092:12
**state's** [1] - 997:24
**statement** [5] -
996:10, 1053:9,
1053:10, 1114:14,
1127:17
**statements** [1] -
1018:12
**STATES** [3] - 963:1,
963:3, 963:10
**states** [1] - 981:17
**States** [9] - 963:12,
965:3, 1003:1,
1006:13, 1030:16,
1098:13, 1099:22,
1100:5, 1136:17
**stationary** [1] - 1113:2
**Statuary** [3] - 1065:8,
1116:19, 1118:4
**statue** [5] - 1075:4,
1075:23, 1075:25,
1076:7, 1118:5
**stay** [10] - 1006:11,
1032:3, 1039:13,
1060:25, 1063:24,
1065:23, 1066:8,
1113:1, 1116:11,
1134:17
**stayed** [1] - 1134:14
**staying** [1] - 1111:18
**Steal** [27] - 1047:20,
1078:22, 1079:4,
1079:7, 1079:8,
1088:3, 1089:11,
1119:18, 1119:24,

1120:2, 1120:3,
1120:7, 1120:11,
1120:23, 1121:5,
1121:10, 1122:2,
1122:4, 1122:14,
1122:19, 1122:20,
1123:9, 1123:10,
1123:14, 1123:16,
1123:22, 1124:3
**stenographic** [1] -
1136:11
**step** [4] - 1003:19,
1033:5, 1095:4,
1134:24
**STEPHEN** [1] - 963:19
**steps** [54] - 1017:4,
1028:3, 1028:4,
1028:5, 1028:16,
1028:23, 1029:14,
1032:3, 1032:12,
1032:14, 1032:18,
1033:1, 1033:10,
1034:1, 1034:15,
1034:19, 1035:1,
1035:3, 1035:7,
1035:14, 1036:4,
1036:15, 1036:19,
1036:20, 1037:3,
1037:4, 1037:19,
1037:23, 1038:1,
1038:2, 1038:3,
1038:6, 1038:13,
1039:16, 1041:3,
1041:14, 1053:4,
1082:15, 1084:21,
1089:2, 1101:19,
1101:24, 1102:5,
1102:9, 1102:20,
1115:24, 1116:2,
1116:5, 1116:6,
1116:7, 1124:10
**stick** [2] - 1044:25,
1099:19
**still** [16] - 1015:2,
1028:1, 1029:9,
1031:17, 1063:7,
1064:6, 1067:11,
1067:20, 1068:23,
1069:6, 1070:21,
1109:21, 1121:9,
1122:20, 1123:14,
1130:24
**stipulation** [3] -
967:17, 967:19,
987:4
**stipulations** [3] -
966:11, 966:13,
967:14
**STOLEN** [1] - 1124:24
**stolen** [1] - 1088:3

**stood** [1] - 998:8
**stop** [12] - 985:2,
994:13, 998:17,
1043:2, 1043:22,
1045:19, 1048:11,
1057:5, 1089:17,
1116:4, 1116:10,
1116:12
**Stop** [28] - 1047:19,
1078:22, 1079:4,
1079:6, 1079:8,
1088:3, 1089:11,
1119:18, 1119:23,
1120:2, 1120:3,
1120:7, 1120:11,
1120:23, 1121:5,
1121:10, 1122:2,
1122:4, 1122:14,
1122:19, 1122:20,
1123:8, 1123:10,
1123:14, 1123:16,
1123:22, 1124:3
**stopped** [1] - 1007:11
**stopping** [1] - 1060:4
**StopTheSteal** [1] -
1078:12
**stormed** [7] - 996:8,
996:11, 996:12,
996:16, 996:19,
1086:9, 1086:17
**storming** [2] -
1086:14, 1086:25
**storming'** [1] - 1082:4
**storms** [1] - 1081:22
**story** [1] - 1008:3
**straight** [4] - 1016:1,
1032:25, 1034:4,
1116:25
**Strand** [97] - 965:4,
968:20, 969:1,
969:12, 969:18,
970:7, 971:12,
971:16, 972:3,
972:11, 972:14,
972:22, 973:2,
973:8, 973:13,
975:17, 976:5,
977:18, 979:1,
979:25, 980:4,
982:24, 983:9,
983:19, 984:12,
986:10, 986:20,
987:8, 987:16,
988:3, 988:21,
989:6, 989:8,
989:14, 989:23,
990:21, 990:24,
991:9, 992:5, 994:7,
994:9, 994:12,
995:16, 995:18,

995:20, 996:7,
998:20, 998:25,
999:5, 999:15,
999:24, 1000:2,
1000:4, 1000:6,
1002:20, 1005:3,
1005:4, 1005:7,
1005:14, 1005:23,
1005:25, 1006:5,
1009:7, 1019:10,
1021:13, 1030:15,
1032:2, 1033:9,
1036:9, 1042:5,
1042:11, 1043:3,
1047:9, 1047:14,
1048:8, 1050:22,
1051:2, 1051:22,
1053:24, 1054:2,
1054:16, 1058:10,
1080:12, 1082:23,
1089:1, 1095:4,
1096:7, 1097:16,
1107:3, 1107:23,
1108:2, 1108:18,
1124:11, 1126:19,
1127:11, 1132:21,
1134:24
**STRAND** [4] - 963:6,
964:5, 1005:11,
1047:6
**Strand's** [9] - 980:17,
991:5, 991:6, 993:5,
993:7, 995:17,
999:1, 999:21,
1000:10
**strange** [5] - 1035:16,
1035:21, 1036:22,
1088:16, 1103:13
**stray** [1] - 966:1
**streamline** [1] -
1095:16
**street** [3] - 1024:4,
1026:24, 1034:10
**Street** [1] - 1032:13
**strike** [4] - 988:9,
1026:15, 1037:6,
1050:20
**striking** [4] - 1108:9,
1108:10, 1108:17,
1109:10
**stripes** [1] - 1010:10
**strong** [4] - 1014:3,
1015:9, 1015:16,
1057:23
**strongly** [1] - 1015:5
**struck** [2] - 967:18,
1108:5
**struggle** [1] - 1093:8
**struggling** [1] -
1008:21

**Stuart** [2] - 984:13,
994:1
**stuck** [6] - 1001:23,
1043:11, 1062:13,
1062:14, 1109:23,
1113:1
**studio** [4] - 1007:12,
1007:14, 1007:25,
1008:5
**studying** [2] - 1007:7,
1007:8
**stuff** [3] - 1085:3,
1088:15, 1094:2
**stumbling** [1] -
1057:18
**subjects** [1] - 975:15
**submit** [1] - 1004:10
**substituted** [1] - 966:8
**success** [1] - 1040:16
**sudden** [1] - 1064:21
**suddenly** [1] - 1093:15
**suffice** [1] - 1135:2
**suggested** [1] -
1073:17
**suggestions** [1] -
965:21
**Suite** [1] - 963:14
**suits** [1] - 1008:13
**summarized** [1] -
1092:9
**summary** [3] -
1114:25, 1115:1,
1115:2
**sun** [1] - 1085:4
**sunglasses** [1] -
1106:12
**super** [3] - 992:13,
1057:22, 1132:16
**support** [7] - 1011:13,
1013:13, 1123:8,
1123:10, 1123:14,
1123:20, 1124:23
**supporting** [1] -
1013:17
**supposed** [14] -
980:25, 985:21,
985:24, 986:1,
986:4, 1021:18,
1024:1, 1025:5,
1025:22, 1026:16,
1037:14, 1087:20,
1101:6, 1101:7
**Supreme** [6] - 1017:4,
1037:19, 1037:23,
1038:3, 1073:19,
1073:20
**surfing** [3] - 1008:23,
1008:24, 1009:2
**surge** [1] - 1037:2
**surreal** [1] - 1125:25

**surrounded** [1] -
1045:10
**surroundings** [3] -
1104:8, 1104:18,
1109:7
**surveilling** [1] -
974:16
**sustain** [1] - 999:14
**sustained** [4] - 981:23,
999:10, 999:18,
1000:9
**swimwear** [1] -
1008:13
**sworn** [1] - 974:10,
1005:5, 1005:6
**Sworn** [1] - 1005:11
**swung** [5] - 1110:16,
1110:19, 1111:8,
1111:14, 1111:20
**symbol** [1] - 990:3
**symbols** [1] - 1023:5
**symptoms** [1] -
1134:15

---

**T**

---

**table** [1] - 966:18
**tag** [5] - 1049:10,
1078:25, 1079:14,
1123:10, 1123:14
**tall** [1] - 1124:22
**Tampa** [9] - 992:1,
992:6, 992:11,
1016:9, 1016:10,
1016:15, 1018:20,
1019:11, 1074:18
**tanks** [1] - 1081:5
**task** [2] - 972:4, 972:5
**Taylor** [3] - 989:5,
989:23, 994:3
**team** [1] - 1010:17
**teams** [1] - 1010:24
**technical** [1] - 1132:16
**Ted** [1] - 1081:1
**television** [2] - 1065:6,
1065:7
**ten** [7] - 1095:1,
1104:15, 1104:16,
1108:3, 1108:15,
1112:10, 1121:17
**tended** [1] - 1085:3
**tens** [2] - 1017:2
**tent** [1] - 1020:14
**term** [2] - 1001:17,
1012:8
**terrible** [5] - 1015:17,
1087:18, 1090:2,
1090:8, 1126:4
**terrifying** [1] - 1055:7
**territory** [1] - 1134:7

**terrorizing** [1] - 1079:9
**testified** [17] - 976:4,
986:8, 987:22,
1062:19, 1096:13,
1098:3, 1099:3,
1101:22, 1102:2,
1103:10, 1105:2,
1109:6, 1120:2,
1120:20, 1122:23,
1124:8, 1132:23
**testify** [4] - 969:18,
1031:17, 1041:20,
1055:4
**testimonies** [2] -
1055:5, 1084:14
**testimony** [33] - 966:4,
969:11, 985:13,
997:7, 997:20,
1003:19, 1031:8,
1095:5, 1096:9,
1098:1, 1098:20,
1100:23, 1106:18,
1107:8, 1109:11,
1109:12, 1110:25,
1111:2, 1112:19,
1112:22, 1112:23,
1113:13, 1113:16,
1115:14, 1117:4,
1117:6, 1122:25,
1123:7, 1125:2,
1125:11, 1131:5,
1131:10, 1131:16
**Texas** [1] - 963:13
**text** [34] - 980:9,
980:10, 980:16,
980:17, 982:24,
983:7, 983:12,
983:22, 984:3,
984:5, 984:7,
984:10, 984:12,
986:15, 986:20,
987:1, 987:13,
989:11, 989:14,
993:13, 993:24,
994:11, 996:25,
998:20, 998:23,
1070:25, 1071:5,
1072:15, 1072:16,
1072:19, 1082:25,
1086:21, 1090:24,
1093:23
**texting** [1] - 988:22
**texts** [9] - 987:3,
989:11, 989:16,
995:5, 995:16,
999:21, 1000:10,
1076:9, 1093:19
**that..** [1] - 1074:11
**THE** [119] - 963:1,
963:1, 963:10,

965:2, 965:5,
965:12, 966:19,
966:23, 967:7,
967:12, 967:15,
967:20, 967:23,
968:3, 968:6, 968:9,
968:12, 969:7,
969:9, 969:14,
969:16, 969:23,
970:2, 970:8,
970:11, 970:13,
970:16, 970:21,
970:24, 971:1,
976:23, 977:1,
981:23, 982:7,
999:10, 999:14,
999:18, 1000:9,
1003:18, 1003:22,
1004:4, 1004:11,
1004:15, 1004:19,
1004:22, 1004:24,
1005:4, 1005:7,
1021:10, 1023:17,
1023:19, 1029:22,
1030:5, 1030:7,
1030:12, 1031:12,
1031:17, 1031:20,
1031:23, 1033:8,
1042:13, 1046:13,
1046:19, 1047:2,
1048:24, 1048:25,
1050:17, 1051:17,
1051:20, 1053:16,
1053:20, 1053:23,
1054:2, 1054:6,
1054:9, 1054:13,
1055:14, 1056:19,
1068:2, 1071:16,
1071:20, 1071:21,
1071:22, 1071:23,
1074:1, 1076:22,
1077:3, 1077:9,
1077:12, 1077:14,
1079:21, 1080:25,
1081:11, 1081:13,
1082:21, 1090:23,
1092:19, 1092:21,
1094:25, 1095:4,
1095:10, 1095:15,
1095:19, 1095:22,
1096:2, 1126:17,
1127:13, 1127:21,
1128:3, 1128:5,
1132:13, 1133:13,
1133:15, 1133:18,
1134:24, 1135:6,
1135:10, 1135:24,
1136:1
**the..** [1] - 976:3
**theirs** [1] - 974:3
**theoretically** [1] -

1059:9
**thereafter** [1] - 1134:3
**thick** [4] - 1039:6,
1039:14, 1065:17,
1109:14
**thin** [1] - 1044:25
**thinking** [4] - 1075:2,
1103:11, 1118:21,
1122:1
**THIS** [1] - 1080:11
**thousand** [6] -
1003:10, 1003:12,
1003:13, 1012:21,
1129:9, 1129:10
**thousands** [3] -
1027:13, 1029:11
**threaten** [1] - 1080:8
**threats** [13] - 1016:22,
1016:23, 1017:24,
1018:1, 1018:4,
1018:12, 1018:13,
1018:14, 1104:21,
1104:23, 1105:1
**three** [10] - 968:17,
968:23, 975:4,
986:21, 987:1,
992:12, 1045:9,
1109:25, 1112:15,
1115:11
**throng** [1] - 1039:14
**throughout** [4] -
966:11, 999:3,
1057:14, 1059:12
**tied** [1] - 1129:14
**timed** [1] - 981:6
**tip** [1] - 992:18
**to..** [1] - 982:4
**today** [12] - 968:24,
969:25, 970:12,
1084:2, 1095:11,
1095:14, 1095:20,
1100:23, 1114:4,
1124:22, 1125:2,
1125:11
**together** [5] - 968:18,
969:19, 1016:6,
1022:20, 1129:14
**tomorrow** [1] - 984:22
**tomorrow..** [1] -
984:21
**took** [6] - 987:24,
1035:19, 1081:16,
1101:16, 1103:2,
1130:8
**Top** [1] - 1094:7
**top** [26] - 980:21,
980:23, 983:8,
986:14, 988:14,
988:15, 1036:4,
1036:8, 1036:19,

1037:3, 1039:15,
1041:3, 1053:3,
1055:18, 1074:2,
1081:18, 1082:15,
1084:20, 1089:2,
1091:4, 1092:14,
1092:24, 1101:23,
1102:8, 1115:20,
1133:1
**topic** [5] - 993:4,
1117:16, 1120:14,
1123:11, 1125:6
**topics** [2] - 1011:25,
1012:3
**totality** [1] - 1128:15
**totally** [2] - 1014:24,
1027:11
**tourists** [2] - 1125:20,
1128:13
**toward** [1] - 1032:3
**towards** [29] - 1001:5,
1001:9, 1015:23,
1022:1, 1022:23,
1024:23, 1026:23,
1028:3, 1028:23,
1029:13, 1032:25,
1034:19, 1035:3,
1037:3, 1038:13,
1038:14, 1039:20,
1053:2, 1065:8,
1066:22, 1068:10,
1085:3, 1099:7,
1103:6, 1108:22,
1109:2, 1111:8,
1130:20, 1131:4
**trained** [6] - 1096:14,
1096:22, 1102:14,
1104:5, 1131:15,
1131:18
**training** [6] - 1011:8,
1011:10, 1096:15,
1102:17, 1103:25,
1104:6
**transcript** [2] -
1136:11, 1136:12
**TRANSCRIPT** [1] -
963:9
**transparency** [4] -
1088:7, 1119:7,
1119:13, 1119:16
**transport** [1] - 975:14
**trapped** [3] - 1041:4,
1115:19, 1130:3
**travel** [2] - 992:22,
1097:2
**traveled** [2] - 992:6,
992:9
**traveling** [1] - 990:16
**treat** [1] - 1015:21
**treatment** [1] -

1017:10
**trial** [8] - 999:5,
1036:9, 1036:13,
1075:3, 1112:19,
1127:20, 1132:19,
1133:21
**TRIAL** [1] - 963:9
**tricky** [4] - 1013:21,
1019:3, 1019:6,
1051:9
**tried** [8] - 1013:4,
1015:7, 1025:13,
1028:19, 1057:19,
1111:9, 1117:12,
1131:22
**trip** [4] - 1038:9,
1105:23, 1105:24,
1129:20
**tripped** [1] - 1105:19
**tripping** [1] - 1106:2
**trips** [1] - 1019:25
**trouble** [2] - 1013:3,
1013:4
**trouble-makers** [1] -
1013:3
**true** [4] - 1084:17,
1123:13, 1136:10,
1136:12
**Trump** [3] - 997:17,
1110:16, 1124:23
**Trump's** [1] - 990:23
**trust** [4] - 990:25,
996:1, 996:2, 1091:5
**Truth** [1] - 1094:5
**truth** [3] - 1040:21,
1078:7, 1078:9
**TruthMaverick** [1] -
991:1
**try** [33] - 973:16,
975:18, 990:13,
1000:6, 1017:8,
1021:1, 1033:18,
1033:20, 1038:16,
1038:20, 1039:5,
1039:13, 1057:21,
1061:11, 1064:25,
1065:23, 1065:24,
1066:7, 1066:11,
1066:12, 1069:21,
1070:15, 1072:19,
1084:24, 1089:17,
1094:19, 1111:6,
1111:16, 1111:19,
1111:24, 1131:24,
1134:17
**trying** [37] - 985:2,
997:15, 997:23,
1015:3, 1023:20,
1027:7, 1029:9,
1038:11, 1039:20,

1040:14, 1040:23,
1051:9, 1060:5,
1060:25, 1063:24,
1066:8, 1068:13,
1070:18, 1076:2,
1078:19, 1082:16,
1088:6, 1088:15,
1096:25, 1104:10,
1107:15, 1110:25,
1111:3, 1111:5,
1113:1, 1114:11,
1114:13, 1117:11,
1122:13, 1122:19,
1126:8, 1130:23
**turn** [2] - 975:6,
1111:24
**turned** [4] - 1028:25,
1057:21, 1085:7,
1106:2
**TURNER** [2] - 964:3,
971:2
**Turner** [19] - 969:2,
971:5, 971:9, 977:2,
977:5, 979:23,
979:24, 982:13,
989:21, 991:7,
1000:10, 1002:9,
1002:15, 1076:10,
1086:11, 1092:4,
1122:23, 1132:23
**Turner's** [2] - 969:11,
970:5
**turning** [2] - 1060:16,
1116:12
**TV** [2] - 1085:10,
1085:16
**Tweet** [19] - 990:21,
990:22, 990:23,
991:4, 998:20,
1076:15, 1079:23,
1081:1, 1081:15,
1082:5, 1100:9,
1100:18, 1114:3,
1118:25, 1119:4,
1119:6, 1122:21,
1124:9, 1124:15
**Tweeting** [1] - 1081:20
**Tweets** [2] - 990:21,
1088:1
**Twitter** [4] - 990:20,
1076:17, 1080:22,
1094:3
**Two** [1] - 1133:3
**two** [42] - 965:23,
965:24, 968:17,
968:20, 972:17,
974:1, 975:4,
989:16, 992:11,
995:3, 996:5, 997:8,
997:13, 998:21,

998:23, 1002:17, 1008:1, 1016:3, 1020:1, 1022:7, 1029:13, 1032:19, 1045:9, 1052:19, 1059:2, 1065:15, 1086:21, 1089:21, 1090:25, 1093:24, 1106:23, 1109:18, 1109:20, 1113:20, 1118:4, 1118:9, 1125:9, 1127:10, 1132:25, 1133:3
**two-and-a** [1] - 1127:10
**two-bedroom/two-bath** [1] - 974:1
**two-hour** [1] - 997:8
**TX** [1] - 963:14
**type** [7] - 988:22, 990:18, 992:17, 1006:21, 1007:10, 1010:20, 1096:22
**types** [1] - 999:24
**typically** [1] - 1010:22
**typos** [1] - 966:15
**tyrants** [1] - 989:6

## U

**U.S** [6] - 963:12, 963:23, 996:7, 996:11, 1060:12, 1061:6
**unable** [2] - 1112:25, 1131:9
**unclear** [3] - 1100:22, 1100:23, 1101:1
**under** [2] - 966:8, 1057:24
**understood** [9] - 1026:19, 1084:16, 1095:13, 1096:9, 1098:5, 1098:7, 1098:11, 1099:3, 1108:24
**underwent** [1] - 1011:10
**unexpected** [2] - 1027:11, 1088:16
**unfortunate** [1] - 1126:4
**unfortunately** [1] - 1114:18
**uniform** [2] - 976:17, 977:11
**uniformed** [2] - 1082:4, 1114:23
**unintended** [1] - 965:17

**UNISON** [4] - 970:23, 970:25, 1057:1, 1058:8
**UNITED** [3] - 963:1, 963:3, 963:10
**United** [9] - 963:12, 965:3, 1003:1, 1006:12, 1030:16, 1098:12, 1099:22, 1100:4, 1136:17
**unknown** [1] - 1063:19
**Unlawful** [1] - 972:19
**unless** [3] - 1004:21, 1041:12, 1089:15
**unpredictable** [1] - 1039:14
**unquote** [3] - 983:19, 993:1, 1026:5
**unrelated** [1] - 1093:7
**unusual** [1] - 1083:23
**up** [85] - 968:3, 969:4, 969:11, 969:20, 973:17, 979:11, 992:21, 993:6, 998:8, 999:8, 1002:5, 1005:8, 1006:7, 1006:14, 1006:17, 1006:21, 1008:1, 1013:4, 1013:6, 1016:17, 1022:3, 1026:24, 1027:2, 1028:19, 1028:21, 1029:10, 1030:1, 1031:10, 1033:5, 1035:3, 1036:4, 1039:19, 1044:17, 1045:2, 1045:15, 1048:25, 1049:18, 1053:8, 1053:10, 1056:22, 1065:13, 1069:15, 1072:25, 1074:9, 1075:23, 1075:25, 1076:2, 1076:7, 1077:7, 1077:11, 1082:6, 1090:19, 1090:20, 1091:12, 1093:18, 1094:6, 1094:18, 1095:11, 1095:14, 1095:25, 1100:2, 1100:8, 1101:10, 1101:12, 1101:19, 1102:5, 1102:21, 1103:3, 1103:5, 1103:7, 1104:12, 1106:7, 1114:1, 1114:17, 1115:19, 1117:10, 1117:21, 1120:8, 1121:2, 1124:22,

1129:21, 1130:17, 1132:18, 1132:20
**uploaded** [2] - 1127:10, 1127:19
**upper** [1] - 1124:11
**upright** [1] - 1038:17
**upscale** [1] - 1010:25
**US** [1] - 1086:8
**USAFX** [2] - 1073:23, 1127:19
**utterly** [1] - 1087:21

## V

**validity** [1] - 997:10
**values** [1] - 1015:3
**vantage** [3] - 1036:15, 1036:20, 1090:4
**Vargas** [3] - 1062:18, 1062:21, 1062:22
**variety** [1] - 1011:25
**various** [4] - 1006:16, 1010:21, 1022:12, 1088:20
**velvet** [3] - 1082:3, 1114:22, 1125:22
**venues** [1] - 1010:24
**verdict** [2] - 1004:13, 1135:7
**vestibule** [2] - 1131:9, 1131:11
**vicinity** [4] - 995:25, 1034:17, 1084:12, 1110:24
**video** [30] - 1034:14, 1037:21, 1039:18, 1040:2, 1040:19, 1041:25, 1042:3, 1042:4, 1042:25, 1044:9, 1044:16, 1047:15, 1053:9, 1053:13, 1057:9, 1058:21, 1062:9, 1066:2, 1068:10, 1070:12, 1072:1, 1093:5, 1105:6, 1126:19, 1126:24, 1127:11, 1127:14, 1127:16, 1129:16, 1135:15
**Video** [32] - 1042:16, 1043:1, 1043:21, 1044:6, 1044:21, 1045:18, 1048:3, 1048:10, 1056:12, 1057:4, 1058:22, 1060:2, 1062:8, 1062:24, 1064:3, 1064:19, 1067:5, 1069:5, 1069:23,

1105:7, 1108:4, 1108:16, 1110:14, 1111:13, 1112:12, 1113:21, 1117:23, 1118:16, 1120:19, 1121:4, 1121:20, 1128:8
**videos** [12] - 995:20, 999:3, 1032:12, 1032:22, 1039:7, 1055:21, 1065:6, 1065:7, 1068:5, 1135:12, 1135:17, 1135:21
**view** [5] - 1009:20, 1036:10, 1036:12, 1056:11, 1084:12
**viewing** [1] - 1068:4
**viewpoint** [1] - 1094:19
**views** [1] - 1017:2
**violence** [7] - 1043:9, 1072:2, 1072:4, 1080:13, 1081:6, 1114:16
**violent** [10] - 1043:8, 1080:12, 1087:18, 1091:25, 1114:8, 1126:8, 1126:10, 1128:23, 1129:14, 1130:21
**violently** [1] - 1126:3
**vip** [2] - 987:16, 987:18
**viral** [1] - 1017:1
**viruses** [2] - 1009:22, 1012:11
**visible** [2] - 1056:25, 1058:7
**vision** [1] - 1109:4
**visitors** [1] - 1032:20
**visually** [1] - 1038:4
**vlog** [1] - 1093:3
**voice** [2] - 1006:14, 1028:21
**vote** [1] - 998:19
**votes** [3] - 997:6, 997:10, 1087:12
**vs** [2] - 963:5, 965:4

## W

**waged** [1] - 1094:4
**wait** [1] - 1029:24
**waiting** [2] - 1070:15, 1070:19
**walk** [4] - 1003:3, 1035:19, 1111:25, 1131:9
**walked** [5] - 1001:5,

1035:17, 1059:4, 1130:20, 1130:23
**walking** [9] - 1022:7, 1022:23, 1024:3, 1027:2, 1082:2, 1114:21, 1125:22, 1125:24, 1130:17
**wall** [1] - 1111:2
**wants** [1] - 968:1
**WAR** [1] - 1080:11
**war** [6] - 969:5, 983:17, 983:19, 983:22, 1081:8, 1089:14
**warfare** [5] - 1080:25, 1081:4, 1081:7, 1081:8, 1091:24
**warrant** [4] - 974:9, 974:10, 975:2, 975:12
**warrants** [1] - 972:6
**wars** [6] - 1094:4, 1094:9, 1094:11, 1094:12, 1094:15, 1094:16
**Washington** [21] - 963:17, 963:21, 963:24, 981:1, 981:7, 983:10, 984:5, 984:7, 984:15, 987:24, 990:12, 990:15, 990:16, 992:1, 1077:21, 1078:5, 1078:6, 1083:25, 1086:13, 1088:8, 1136:19
**waste** [1] - 969:12
**watch** [10] - 1002:7, 1054:20, 1056:5, 1056:9, 1058:20, 1059:22, 1062:9, 1064:9, 1064:18, 1110:11
**watched** [1] - 1044:9, 1057:8
**watching** [2] - 1037:9, 1131:12
**water** [1] - 1005:7
**wave** [1] - 1108:22
**waved** [1] - 1110:18
**waving** [4] - 1108:25, 1109:5, 1109:13, 1122:9
**ways** [1] - 1065:25
**WE** [1] - 1124:24
**weapon** [1] - 1102:12
**weapons** [3] - 1072:14, 1085:23, 1094:18

**wearing** [5] - 1023:2,
1048:22, 1049:13,
1061:25, 1121:8
**week** [12] - 968:15,
968:17, 1030:18,
1032:12, 1034:14,
1055:6, 1074:21,
1082:9, 1084:13,
1097:3, 1127:17,
1134:6
**weekend** [9] - 969:20,
970:2, 1012:21,
1074:18, 1134:12,
1134:16, 1134:19,
1134:22, 1136:1
**weekly** [1] - 1091:21
**weeks** [10] - 968:15,
981:14, 1020:21,
1027:14, 1027:22,
1029:10, 1031:5,
1073:6, 1079:6,
1120:8
**weird** [1] - 1051:11
**welcome** [2] - 1047:2,
1096:2
**well-known** [1] -
1016:25
**West** [3] - 981:4,
984:14, 1008:7
**west** [5] - 1024:20,
1033:16, 1033:25,
1072:4, 1072:7
**whacked** [1] - 1056:13
**whatsoever** [2] -
1040:16, 1060:10
**whole** [13] - 999:3,
1020:13, 1032:11,
1035:11, 1039:10,
1049:1, 1049:21,
1057:14, 1064:20,
1073:8, 1089:11,
1093:2, 1114:25
**wide** [1] - 1035:8
**wild** [2] - 994:15,
1114:17
**Wild** [6] - 980:20,
980:21, 980:24,
981:4, 1074:10,
1074:19
**WILL** [1] - 1078:9
**willing** [2] - 1032:10,
1077:7
**Wilshire** [1] - 978:24
**win** [2] - 1071:14,
1071:24
**window** [1] - 1130:15
**windows** [15] - 999:15,
1043:10, 1085:12,
1085:19, 1122:11,
1122:13, 1122:19,

1123:16, 1123:19,
1123:21, 1123:22,
1123:24, 1128:18
**wise** [2] - 1014:19,
1068:17
**wish** [1] - 1090:9
**Witness** [1] - 972:15
**WITNESS** [3] - 964:2,
1029:22, 1048:25
**witness** [7] - 966:5,
997:12, 999:13,
1003:25, 1005:1,
1046:1, 1095:23
**woman** [2] - 1042:11,
1062:22
**Women** [1] - 987:9
**won't...** [1] - 989:8
**word** [2] - 1002:1,
1015:9
**words** [14] - 972:17,
979:17, 980:20,
980:24, 981:3,
981:10, 994:22,
999:24, 1010:5,
1036:3, 1038:14,
1039:21, 1094:11,
1103:12
**worn** [1] - 1051:10
**worrisome** [1] -
1084:15
**worship** [1] - 1010:1
**wrap** [2] - 1095:11,
1095:14
**write** [3] - 1072:19,
1081:24, 1091:5
**writing** [2] - 1078:21,
1091:2
**written** [3] - 965:24,
1074:13, 1093:24
**wrote** [14] - 983:13,
983:16, 1074:21,
1074:24, 1084:3,
1084:8, 1092:24,
1100:14, 1100:16,
1114:23, 1124:9,
1124:15, 1124:21,
1124:25

---

**Y**

**year** [6] - 1007:4,
1008:1, 1016:2,
1020:1, 1082:5,
1093:16
**years** [13] - 1001:22,
1002:8, 1006:12,
1007:19, 1008:1,
1012:10, 1013:23,
1017:11, 1019:23,
1092:5, 1093:8,

1132:7
**yell** [1] - 999:8
**yelled** [1] - 1029:23
**yelling** [3] - 1122:9,
1122:13, 1122:14
**yesterday** [22] - 965:9,
965:13, 971:25,
974:22, 976:4,
980:4, 986:8,
987:20, 987:22,
988:8, 991:23,
994:23, 995:20,
1001:14, 1046:1,
1047:14, 1063:14,
1065:5, 1066:2,
1070:12, 1122:23,
1132:23
**York** [4] - 963:17,
1008:17, 1011:1,
1019:21
**YOU** [1] - 1078:9
**yourself** [23] - 1042:3,
1053:24, 1054:20,
1056:3, 1056:9,
1058:11, 1058:20,
1059:22, 1060:14,
1060:18, 1066:19,
1069:25, 1072:20,
1075:8, 1089:16,
1096:17, 1097:17,
1107:4, 1109:22,
1111:10, 1115:6,
1126:19, 1134:17
**yourselves** [2] - 975:6,
1045:20

---

**Z**

**zero** [1] - 1072:13
**Zoom** [1] - 975:24
**zoom** [2] - 979:9,
979:13