UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. 21-CR-85 (CRC) |
| JOHN STRAND | : |

## UNOPPOSED MOTION TO RESCHEDULE SENTENCING

Defendant, John Strand, through undersigned counsel, Stephen F. Brennwald, in support of his Unopposed Motion to Reschedule Sentencing, states as follows:

1. Defendant John Strand is scheduled to be sentenced on January 20, 2023.

2. Unfortunately, for a number of reasons, including undersigned counsel's illness and recovery period, the presentence interview has not yet been conducted.

3. The United States Probation Office has asked undersigned counsel to seek an extension of 90 days, given all of the tasks that need to be accomplished.

4. The United States does not oppose this motion.

   WHEREFORE, in light of the foregoing, and for any other reasons that may appear to this Court, defendant asks this Court to reschedule sentencing to a date at least 90 days from the date it rules on this motion, and for any other relief this Court deems just and proper.

Respectfully submitted,

*Stephen F. Brennwald*

_____

Stephen F. Brennwald  #398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, SE
Washington, D.C.  20003
(301) 928-7727
sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was submitted, by ECF, this 7th day of January, 2023, to all parties of record.

*Stephen F. Brennwald*

_____

Stephen F. Brennwald