UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. 21-CR-85 (CRC) |
| JOHN STRAND | : |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Reschedule Sentencing, it is, this ____ day of January, 2023, hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that sentencing shall be reset to _____, 2023, at _____.

_____
The Honorable Christopher R. Cooper
United States District Judge