UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | Case No: 21-CR-085 (CRC) |
| | : | |
| **JOHN STRAND,** | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for Early Return of Hearing Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), it is hereby ORDERED:

1. That Domain By Proxy be required to comply with Trial Subpoena No. TR20230424101610 by producing records as described in Attachment A to that subpoena, a copy of which was appended to the government's motion;

2. That Domain By Proxy, in lieu of appearing in court with the requested records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before May 10, 2023;

3. That any bank, financial entity, or payment service that receives Trial Subpoena No. TR20230424101618 (the "Subpoena 2 Recipient"), so long as Subpoena 2 Recipient is an entity based in the United States that is within the subpoena power of the Court, be required to comply with Trial Subpoena No. TR20230424101618 by producing records as described in Attachment A to that subpoena, a copy of which (without identifying the name of the Subpoena 2 Recipient or the number of the requested account) was appended to the government's motion;

4. That Subpoena 2 Recipient, in lieu of appearing in court with the requested

records, may provide them directly to the U.S. Attorney's Office for the District of Columbia on or before May 24, 2023;

5. That the United States shall produce any subpoena results received promptly to the defendant through the discovery process; and

6. That the United States may grant either of the entities subpoenaed any requested necessary extensions of time to comply with the subpoenas.

SO ORDERED.

Date: _____

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE