**Transaction Services**

TRANSACTION SERVICES
18 ELIZABETH STREET
SUITE 110
WEST CONSHOHOCKEN, PA 19428

| | |
|---|---|
| Processing Month: | 09-22      9335 |
| Association Number: | 030040 |
| Merchant Number: | xxxxxxxxxx8720 |
| Routing Number: | ▮▮▮▮▮▮ |
| Deposit Account Number: | ▮▮▮▮▮▮ |

JOHN STRAND
JOHN STRAND

Amount Deducted:
$  283.28

## Plan Summary

| Plan Code | Number of Sales | Amount of Sales | Number of Credits | Amount of Credits | Net Sales | Average Ticket | Disc P/I | Disc % | Discount Due |
|---|---|---|---|---|---|---|---|---|---|
| VS | 49 | 2,550.00 | 00 | .00 | 2,550.00 | 52.04 | 0.10000 | 0.3000 | 12.55 |
| VD | 43 | 1,942.00 | 00 | .00 | 1,942.00 | 45.16 | 0.10000 | 0.3000 | 10.13 |
| VB | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| V$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| VL | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| MC | 33 | 1,746.00 | 00 | .00 | 1,746.00 | 52.91 | 0.10000 | 0.3000 | 8.54 |
| MD | 16 | 837.00 | 00 | .00 | 837.00 | 52.31 | 0.10000 | 0.3000 | 4.11 |
| MB | 01 | 100.00 | 00 | .00 | 100.00 | 100.00 | 0.10000 | 0.3000 | .40 |
| M$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| ML | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| AM | 18 | 867.00 | 00 | .00 | 867.00 | 48.17 | 0.10000 | 0.3000 | 4.40 |
| DS | 04 | 120.00 | 00 | .00 | 120.00 | 30.00 | 0.10000 | 0.3000 | .76 |
| DD | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| DZ | 03 | 45.00 | 00 | .00 | 45.00 | 15.00 | 0.10000 | 0.3000 | .44 |
| D$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| DJ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| ** | 167 | 8,207.00 | 00 | .00 | 8,207.00 | 49.14 | | | 41.33 |

## Deposits

| Day | Reference Number | Tran Code | Plan Code | Number of Sales | Amount of Sales | Amount of Credits | Discount Paid | Non Settled | Settled |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 90001010014 | D | T | 04 | 135.00 | .00 | .00 | .00 | 135.00 |
| 14 | 90001020076 | D | T | 48 | 2,583.00 | .00 | .00 | .00 | 2,583.00 |
| 15 | 90001030086 | D | T | 10 | 895.00 | .00 | .00 | .00 | 895.00 |
| 16 | 90001040099 | D | T | 13 | 630.00 | .00 | .00 | .00 | 630.00 |
| 19 | 90001070149 | D | T | 13 | 432.00 | .00 | .00 | .00 | 432.00 |
| 19 | 90001050107 | D | T | 07 | 165.00 | .00 | .00 | .00 | 165.00 |
| 19 | 90001060136 | D | T | 24 | 1,080.00 | .00 | .00 | .00 | 1,080.00 |
| 20 | 90001080156 | D | T | 07 | 480.00 | .00 | .00 | .00 | 480.00 |
| 21 | 90001090175 | D | T | 17 | 567.00 | .00 | .00 | .00 | 567.00 |
| 22 | 90001100182 | D | T | 07 | 320.00 | .00 | .00 | .00 | 320.00 |
| 23 | 90001110190 | D | T | 06 | 385.00 | .00 | .00 | .00 | 385.00 |
| 26 | 90001120192 | D | T | 02 | 75.00 | .00 | .00 | .00 | 75.00 |
| 26 | 90001130196 | D | T | 03 | 250.00 | .00 | .00 | .00 | 250.00 |
| 27 | 90001140197 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 28 | 90001150199 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 29 | 90001160201 | D | T | 02 | 75.00 | .00 | .00 | .00 | 75.00 |
| 30 | 90001170203 | D | T | 02 | 35.00 | .00 | .00 | .00 | 35.00 |
| | **Deposit Totals** | | | **167** | **8,207.00** | **.00** | **.00** | | **8,207.00** |

| PLAN CODES | | | | TRANSACTION CODES | |
|---|---|---|---|---|---|
| VS -VISA | MC -MASTERCARD | DS -DISCOVER | JC -JCB    DB -DEBIT | T -ALL PLANS | D -DEPOSIT |
| VL -VISA LARGE TICKET | ML -MASTERCARD LARGE TICKET | DD - DISCOVER DEBIT | EB -EBT    PP -PAYPAL | 1 -PLAN ONE | C -CHARGEBACK |
| VD -VISA DEBIT | MD -MASTERCARD DEBIT | DZ -DISCOVER BUSINESS | AM -AMERICAN EXPRESS | 2 -PLAN TWO | A -ADJUSTMENT |
| VB -VISA BUSINESS | MB -MASTERCARD BUSINESS | DJ -DISCOVER JCB | EC -ELECTRONIC CHECK | 3 -PLAN THREE | B -CHARGEBACK REVERSAL |
| V$ -VISA CASH ADVANCE | M$ -MASTERCARD CASH ADVANCE | D$ -DISCOVER CASH ADV | AC -ACH as a Tran | | |

### Fees

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---:|---:|---:|---|---:|---:|
| **AUTHORIZATION FEES:** | | | | | | |
| 28 | | | 0.10000 | Authorization Amex | .00 | 2.80 |
| 177 | | | 0.10000 | Authorization | .00 | 17.70 |
| | | | | Total Authorization Fees: | | 20.50 |
| **INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES:** | | | | | | |
| 12 | 295.00 | 1.6500 | 0.15000 | VS CPS eComm Basic Debit | .00 | 6.66 |
| 02 | 75.00 | 1.8900 | 0.10000 | VS VT Product 1 | .00 | 1.62 |
| 03 | 75.00 | 2.0400 | 0.10000 | VS VTR Product 1 | .00 | 1.83 |
| 15 | 515.00 | 2.0500 | 0.10000 | VS VIN Product 1 | .00 | 12.06 |
| 19 | 585.00 | 2.5000 | 0.10000 | VS VSP VIQ Product 1 | .00 | 16.57 |
| 01 | 100.00 | 1.6500 | 0.10000 | VS VT Services Non Token | .00 | 1.75 |
| 02 | 350.00 | 1.8000 | 0.10000 | VS VTR Services Non Token | .00 | 6.50 |
| 01 | 100.00 | 1.9500 | 0.10000 | VS VIN Services Non Token | .00 | 2.05 |
| 06 | 750.00 | 2.4000 | 0.10000 | VS VSP VIQ Services Non Token | .00 | 18.60 |
| 31 | 1,647.00 | 0.0500 | 0.22000 | VS US Regulated Debit | .00 | 7.66 |
| 02 | 50.00 | 1.9500 | 0.10000 | MC Merit I Credit | .00 | 1.18 |
| 08 | 697.00 | 1.6500 | 0.15000 | MC Merit I Debit | .00 | 12.70 |
| 07 | 335.00 | 2.1000 | 0.10000 | MC Enhanced Merit I | .00 | 7.75 |
| 05 | 200.00 | 2.2000 | 0.10000 | MC World Merit I | .00 | 4.90 |
| 12 | 775.00 | 2.6000 | 0.10000 | MC World Elite Merit I | .00 | 21.35 |
| 01 | 100.00 | 2.9500 | 0.10000 | MC Business Level 4 Data Rate I | .00 | 3.05 |
| 01 | 5.00 | 2.6000 | 0.02000 | MC World Elite Small Ticket Card Not Present | .00 | .15 |
| 06 | 381.00 | 2.6000 | 0.10000 | MC High Value Merit I | .00 | 10.51 |
| 07 | 125.00 | 0.0500 | 0.22000 | MC US Cons Regulated POS Debit w/Fraud Adj | .00 | 1.63 |
| 01 | 15.00 | 1.7600 | 0.20000 | MC Merit I Prepaid | .00 | .46 |
| 18 | 867.00 | 1.6500 | 0.10000 | AM B2B/Wholesale Tier 1 | .00 | 16.13 |
| 03 | 45.00 | 2.4500 | 0.15000 | DS Commercial Electronic Submission Level | .00 | 1.56 |
| 02 | 75.00 | 2.0300 | 0.10000 | DS e-Commerce Rewards | .00 | 1.73 |
| 02 | 45.00 | 2.0500 | 0.10000 | DS e-Commerce Premium | .00 | 1.12 |
| | | | | Total Interchange Fees / American Express Program Fees: | | 159.52 |
| **TRANSACTION FEES:** | | | | | | |
| 17 | | | 0.15000 | Batch Fee | .00 | 2.55 |
| | | | | Total Transaction Fees: | | 2.55 |
| **CARD BRAND FEES:** | | | | | | |
| 64 | | | 0.01950 | VS-NAPF-Credit | .00 | 1.25 |
| 48 | | | 0.01550 | VS-NAPF-Debit | .00 | .74 |
| 49 | 2,550.00 | 0.1400 | | VS-ASSMNT CREDIT | .00 | 3.67 |
| 43 | 1,942.00 | 0.1300 | | VS-ASSMNT DEBIT | .00 | 2.52 |
| 92 | 4,492.00 | | 0.00180 | VS-VS TRANSMFEE | .00 | .17 |
| 50 | 2,683.00 | 0.1300 | | MC-ACQ Brand Volume | .00 | 3.48 |
| 50 | 2,683.00 | 0.0125 | | MC-MC Acq Licn Fee | .00 | .34 |
| 54 | | | 0.01950 | MC-NABU Auth | .00 | 1.05 |
| 54 | | | 0.00070 | MC-MC Sfe Nt Aq Fee | .00 | .04 |
| 51 | 2,783.00 | 0.0200 | | MC-DIGITAL ENBLMT | .00 | 1.10 |
| 18 | 867.00 | | 0.02000 | AM-Amex AcqTransFee | .00 | .36 |
| 18 | 867.00 | 0.3000 | | AM-Non-Swiped Tr | .00 | 2.59 |
| 18 | 867.00 | 0.1650 | | AM-AM USASSMNTFEE | .00 | 1.43 |
| 07 | 165.00 | 0.1400 | | DS-DS Assessment | .00 | .23 |



TRANSACTION SERVICES
18 ELIZABETH STREET
SUITE 110
WEST CONSHOHOCKEN, PA 19428

| | |
|---|---|
| Processing Month: | 09-22           9335 |
| Association Number: | 030040 |
| Merchant Number: | xxxxxxxxxxx8720 |
| Routing Number: | |
| Deposit Account Number: | |

JOHN STRAND
JOHN STRAND

Amount Deducted:
$  283.28

## Fees - continued

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **CARD BRAND FEES:** | | | | | | |
| 09 | | | 0.00500 | DS-DS AVS | .00 | .05 |
| 07 | 165.00 | | 0.00250 | DS-DISC Data Usage | .00 | .02 |
| 07 | 165.00 | 0.0100 | | DS-DS Dig Invt Fee | .00 | .02 |
| 09 | | | 0.01900 | DS-DS Ntwk Auth Fee | .00 | .17 |
| 18 | 867.00 | 0.1500 | | Amex Program Fee | .00 | 1.30 |
| | | | | Total Card Brand Fees: | | 20.53 |
| **OTHER FEES:** | | | | | | |
| | | | 10.00000 | Statement Fee | .00 | 10.00 |
| | | | 10.00000 | Pci Compliance Fee | .00 | 10.00 |
| | | | 1.25000 | MasterCard Location Fee | .00 | 1.25 |
| 176 | | | 0.10000 | Avs Fee | .00 | 17.60 |
| | | | | Total Other Fees: | | 38.85 |
| | | | | **Total Fees Due:** | | **241.95** |

| | |
|---|---|
| Discount Due | 41.33 |
| Fees Due | 241.95 |
| Amount Deducted | 283.28 |

IMPORTANT INFORMATION
THE CARD BRANDS HAVE RECENTLY MODIFIED THEIR INTERCHANGE PROGRAMS. DUE TO
THESE CHANGES MERCHANTS ON A THREE-TIER PRICING STRUCTURE WILL SEE A .3%
INCREASE TO THEIR NON-QUALIFIED RATE.  THIS WILL BE EFFECTIVE ON THE
SEPTEMBER BILLING STATEMENT
ATTENTION MERCHANTS WITHOUT A DIRECT RELATIONSHIP WITH AMERICAN EXPRESS.
TRX IS ASSESSED A 15-BASIS POINT PROGRAM SPONSORSHIP FEE TO PARTICIPATE IN
DIRECT AMERICAN EXPRESS PROCESSING. EFFECTIVE ON YOUR SEPTEMBER STATEMENT
TRX WILL PASS THROUGH THIS FEE TO CLIENTS WHO NOT BEING ASSESSED THIS
CHARGE.

| PLAN CODES | | | | TRANSACTION CODES |
|---|---|---|---|---|
| VS -VISA | MC -MASTERCARD | DS -DISCOVER | JC -JCB    DB -DEBIT | T -ALL PLANS    D -DEPOSIT |
| VL -VISA LARGE TICKET | ML -MASTERCARD LARGE TICKET | DD - DISCOVER DEBIT | EB -EBT    PP -PAYPAL | 1 -PLAN ONE    C -CHARGEBACK |
| VD -VISA DEBIT | MD -MASTERCARD DEBIT | DZ -DISCOVER BUSINESS | AM -AMERICAN EXPRESS | 2 -PLAN TWO    A -ADJUSTMENT |
| VB -VISA BUSINESS | MB -MASTERCARD BUSINESS | DJ -DISCOVER JCB | EC -ELECTRONIC CHECK | 3 -PLAN THREE    B -CHARGEBACK REVERSAL |
| V$ -VISA CASH ADVANCE | M$ -MASTERCARD CASH ADVANCE | D$ -DISCOVER CASH ADV | AC -ACH as a Tran | |