

**Transaction Services**

TRANSACTION SERVICES
2727 PACES FERRY RD BLDG 1, STE 750
ATLANTA, GA 30339

| | | |
|---|---|---|
| Processing Month: | 10-22 | 9335 |
| Association Number: | 030040 | |
| Merchant Number: | xxxxxxxxxxx8720 | |
| Routing Number: | | |
| Deposit Account Number: | | |

JOHN STRAND
JOHN STRAND

Amount Deducted:
$ 91.86

## Plan Summary

| Plan Code | Number of Sales | Amount of Sales | Number of Credits | Amount of Credits | Net Sales | Average Ticket | Disc P/I | Disc % | Discount Due |
|---|---|---|---|---|---|---|---|---|---|
| VS | 14 | 660.00 | 00 | .00 | 660.00 | 47.14 | 0.10000 | 0.3000 | 3.38 |
| VD | 12 | 375.00 | 00 | .00 | 375.00 | 31.25 | 0.10000 | 0.3000 | 2.33 |
| VB | 01 | 25.00 | 00 | .00 | 25.00 | 25.00 | 0.10000 | 0.3000 | .18 |
| V$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| VL | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| MC | 06 | 136.00 | 00 | .00 | 136.00 | 22.67 | 0.10000 | 0.3000 | 1.01 |
| MD | 03 | 37.00 | 00 | .00 | 37.00 | 12.33 | 0.10000 | 0.3000 | .41 |
| MB | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| M$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| ML | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| AM | 04 | 107.00 | 00 | .00 | 107.00 | 26.75 | 0.10000 | 0.3000 | .72 |
| DS | 03 | 90.00 | 00 | .00 | 90.00 | 30.00 | 0.10000 | 0.3000 | .57 |
| DD | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| DZ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| D$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| DJ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| ** | 43 | 1,430.00 | 00 | .00 | 1,430.00 | 33.26 | | | 8.60 |

## Deposits

| Day | Reference Number | Tran Code | Plan Code | Number of Sales | Amount of Sales | Amount of Credits | Discount Paid | Non Settled | Settled |
|---|---|---|---|---|---|---|---|---|---|
| 03 | 90001200217 | D | T | 01 | 25.00 | .00 | .00 | .00 | 25.00 |
| 03 | 90001180213 | D | T | 07 | 190.00 | .00 | .00 | .00 | 190.00 |
| 03 | 90001190215 | D | T | 02 | 50.00 | .00 | .00 | .00 | 50.00 |
| 04 | 90001210219 | D | T | 02 | 300.00 | .00 | .00 | .00 | 300.00 |
| 05 | 90001220221 | D | T | 02 | 125.00 | .00 | .00 | .00 | 125.00 |
| 06 | 90001230222 | D | T | 01 | 25.00 | .00 | .00 | .00 | 25.00 |
| 10 | 90001250224 | D | T | 01 | 25.00 | .00 | .00 | .00 | 25.00 |
| 10 | 90001240223 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 11 | 90001260225 | D | T | 01 | 10.00 | .00 | .00 | .00 | 10.00 |
| 12 | 90001270226 | D | T | 01 | 25.00 | .00 | .00 | .00 | 25.00 |
| 13 | 90001280230 | D | T | 04 | 185.00 | .00 | .00 | .00 | 185.00 |
| 14 | 90001290244 | D | T | 07 | 58.00 | .00 | .00 | .00 | 58.00 |
| 17 | 90001300248 | D | T | 02 | 40.00 | .00 | .00 | .00 | 40.00 |
| 17 | 90001310250 | D | T | 01 | 5.00 | .00 | .00 | .00 | 5.00 |
| 19 | 90001320255 | D | T | 02 | 55.00 | .00 | .00 | .00 | 55.00 |
| 21 | 90001330261 | D | T | 02 | 52.00 | .00 | .00 | .00 | 52.00 |
| 24 | 90001350264 | D | T | 02 | 75.00 | .00 | .00 | .00 | 75.00 |
| 24 | 90001340262 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 25 | 90001360266 | D | T | 01 | 10.00 | .00 | .00 | .00 | 10.00 |
| 26 | 90001370267 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 27 | 90001380268 | D | T | 01 | 25.00 | .00 | .00 | .00 | 25.00 |
| | **Deposit Totals** | | | 43 | 1,430.00 | .00 | .00 | | 1,430.00 |

PLAN CODES

| | | | | | |
|---|---|---|---|---|---|
| VS -VISA | MC -MASTERCARD | DS -DISCOVER | JC -JCB | DB -DEBIT | |
| VL -VISA LARGE TICKET | ML -MASTERCARD LARGE TICKET | DD -DISCOVER DEBIT | EB -EBT | PP -PAYPAL | |
| VD -VISA DEBIT | MD -MASTERCARD DEBIT | DZ -DISCOVER BUSINESS | AM -AMERICAN EXPRESS | | |
| VB -VISA BUSINESS | MB -MASTERCARD BUSINESS | DJ -DISCOVER JCB | EC -ELECTRONIC CHECK | | |
| V$ -VISA CASH ADVANCE | M$ -MASTERCARD CASH ADVANCE | D$ -DISCOVER CASH ADV | AC -ACH as a Tran | | |

TRANSACTION CODES

| | |
|---|---|
| T -ALL PLANS | D -DEPOSIT |
| 1 -PLAN ONE | C -CHARGEBACK |
| 2 -PLAN TWO | A -ADJUSTMENT |
| 3 -PLAN THREE | B -CHARGEBACK REVERSAL |

### Fees

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **AUTHORIZATION FEES:** | | | | | | |
| 08 | | | 0.10000 | Authorization Amex | .00 | .80 |
| 57 | | | 0.10000 | Authorization | .00 | 5.70 |
| | | | | Total Authorization Fees: | | 6.50 |
| **INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES:** | | | | | | |
| 01 | 15.00 | 1.6500 | 0.15000 | VS CPS CNP Debit | .00 | .40 |
| 03 | 175.00 | 1.6500 | 0.15000 | VS CPS eComm Basic Debit | .00 | 3.34 |
| 01 | 25.00 | 2.6500 | 0.10000 | VS Business Tr1 Prod 1 | .00 | .76 |
| 01 | 50.00 | 2.0400 | 0.10000 | VS VTR Product 1 | .00 | 1.12 |
| 06 | 140.00 | 2.0500 | 0.10000 | VS VIN Product 1 | .00 | 3.48 |
| 05 | 120.00 | 2.5000 | 0.10000 | VS VSP VIQ Product 1 | .00 | 3.52 |
| 02 | 350.00 | 2.4000 | 0.10000 | VS VSP VIQ Services Non Token | .00 | 8.60 |
| 07 | 135.00 | 0.0500 | 0.22000 | VS US Regulated Debit | .00 | 1.60 |
| 01 | 50.00 | 1.7500 | 0.20000 | VS CPS eComm Basic Pp | .00 | 1.08 |
| 01 | 10.00 | 2.6500 | 0.10000 | MC Corporate Data Rate 1 | .00 | .37 |
| 02 | 27.00 | 1.6500 | 0.15000 | MC Merit I Debit | .00 | .74 |
| 01 | 25.00 | 2.1000 | 0.10000 | MC Enhanced Merit I | .00 | .63 |
| 01 | 25.00 | 2.2000 | 0.10000 | MC World Merit I | .00 | .65 |
| 02 | 75.00 | 2.6000 | 0.10000 | MC World Elite Merit I | .00 | 2.15 |
| 01 | 5.00 | 2.6000 | 0.02000 | MC World Elite Small Ticket Card Not Present | .00 | .15 |
| 01 | 6.00 | 2.6000 | 0.10000 | MC High Value Merit I | .00 | .26 |
| 04 | 107.00 | 1.6500 | 0.10000 | AM B2B/Wholesale Tier 1 | .00 | 2.17 |
| 02 | 70.00 | 2.0300 | 0.10000 | DS e-Commerce Rewards | .00 | 1.63 |
| 01 | 20.00 | 2.0500 | 0.10000 | DS e-Commerce Premium | .00 | .51 |
| | | | | Total Interchange Fees / American Express Program Fees: | | 33.16 |
| **TRANSACTION FEES:** | | | | | | |
| 21 | | | 0.15000 | Batch Fee | .00 | 3.15 |
| | | | | Total Transaction Fees: | | 3.15 |
| **CARD BRAND FEES:** | | | | | | |
| 18 | | | 0.01950 | VS-NAPF-Credit | .00 | .35 |
| 02 | | | 0.03500 | VS-VSDOMACCTVERICR | .00 | .07 |
| 06 | | | 0.03000 | VS-VSDOMACCTVERIDB | .00 | .18 |
| 21 | | | 0.01550 | VS-NAPF-Debit | .00 | .33 |
| 29 | | | 0.00100 | VS-Visa US AVS | .00 | .03 |
| 15 | 685.00 | 0.1400 | | VS-ASSMNT CREDIT | .00 | .99 |
| 12 | 375.00 | 0.1300 | | VS-ASSMNT DEBIT | .00 | .51 |
| 27 | 1,060.00 | | 0.00180 | VS-VS TRANSMFEE | .00 | .05 |
| 09 | 173.00 | 0.1300 | | MC-ACQ Brand Volume | .00 | .22 |
| 09 | 173.00 | 0.0125 | | MC-MC Acq Licn Fee | .00 | .02 |
| 14 | | | 0.01950 | MC-NABU Auth | .00 | .27 |
| 14 | | | 0.00070 | MC-MC Sfe Nt Aq Fee | .00 | .01 |
| 13 | 173.00 | 0.0200 | | MC-DIGITAL ENBLMT | .00 | .26 |
| 04 | 107.00 | | 0.02000 | AM-Amex AcqTransFee | .00 | .08 |
| 04 | 107.00 | 0.3000 | | AM-Non-Swiped Tr | .00 | .33 |
| 04 | 107.00 | 0.1650 | | AM-AM USASSMNTFEE | .00 | .17 |
| 03 | 90.00 | 0.1400 | | DS-DS Assessment | .00 | .13 |
| 04 | | | 0.00500 | DS-DS AVS | .00 | .02 |
| 01 | | | 0.02000 | DS-DS Acct Ver Fee | .00 | .02 |



TRANSACTION SERVICES
2727 PACES FERRY RD BLDG 1, STE 750
ATLANTA, GA 30339

| | | |
|---|---|---|
| Processing Month: | 10-22 | 9335 |
| Association Number: | 030040 | |
| Merchant Number: | xxxxxxxxxxx8720 | |
| Routing Number: | | |
| Deposit Account Number: | | |

JOHN STRAND
JOHN STRAND

Amount Deducted:
$ 91.86

### Fees - continued

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **CARD BRAND FEES:** | | | | | | |
| 03 | 90.00 | | 0.00250 | DS-DISC Data Usage | .00 | .01 |
| 03 | 90.00 | 0.0100 | | DS-DS Dig Invt Fee | .00 | .01 |
| 04 | | | 0.01900 | DS-DS Ntwk Auth Fee | .00 | .08 |
| 04 | 107.00 | 0.1500 | | Amex Program Fee | .00 | .16 |
| | | | | Total Card Brand Fees: | | 4.30 |
| **OTHER FEES:** | | | | | | |
| | | | 10.00000 | Statement Fee | .00 | 10.00 |
| | | | 10.00000 | Pci Compliance Fee | .00 | 10.00 |
| | | | 1.25000 | MasterCard Location Fee | .00 | 1.25 |
| | | | 9.00000 | VISA FANF SEP 2022 PASS-THRU | .00 | 9.00 |
| 59 | | | 0.10000 | Avs Fee | .00 | 5.90 |
| | | | | Total Other Fees: | | 36.15 |
| | | | | **Total Fees Due:** | | **83.26** |

| | |
|---|---|
| Discount Due | 8.60 |
| Fees Due | 83.26 |
| Amount Deducted | 91.86 |

| PLAN CODES | | | | TRANSACTION CODES | |
|---|---|---|---|---|---|
| VS -VISA | MC -MASTERCARD | DS -DISCOVER | JC -JCB   DB -DEBIT | T -ALL PLANS | D -DEPOSIT |
| VL -VISA LARGE TICKET | ML -MASTERCARD LARGE TICKET | DD - DISCOVER DEBIT | EB -EBT   PP -PAYPAL | 1 -PLAN ONE | C -CHARGEBACK |
| VD -VISA DEBIT | MD -MASTERCARD DEBIT | DZ -DISCOVER BUSINESS | AM -AMERICAN EXPRESS | 2 -PLAN TWO | A -ADJUSTMENT |
| VB -VISA BUSINESS | MB -MASTERCARD BUSINESS | DJ -DISCOVER JCB | EC -ELECTRONIC CHECK | 3 -PLAN THREE | B -CHARGEBACK REVERSAL |
| V$ -VISA CASH ADVANCE | M$ -MASTERCARD CASH ADVANCE | D$ -DISCOVER CASH ADV | AC -ACH as a Tran | | |