

**TRANSACTION SERVICES**
2727 PACES FERRY RD BLDG 1, STE 750
ATLANTA, GA 30339

| | | |
|---|---|---|
| Processing Month: | 02-23 | 9335 |
| Association Number: | 030040 | |
| Merchant Number: | xxxxxxxxxxx8720 | |
| Routing Number: | ▮▮▮▮▮▮▮▮ | |
| Deposit Account Number: | ▮▮▮▮▮▮▮▮ | |

JOHN STRAND
JOHN STRAND
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Amount Deducted:
$ 42.46

## Plan Summary

| Plan Code | Number of Sales | Amount of Sales | Number of Credits | Amount of Credits | Net Sales | Average Ticket | Disc P/I | Disc % | Discount Due |
|---|---|---|---|---|---|---|---|---|---|
| VS | 04 | 140.00 | 00 | .00 | 140.00 | 35.00 | 0.10000 | 0.3000 | .82 |
| VD | 07 | 190.00 | 00 | .00 | 190.00 | 27.14 | 0.10000 | 0.3000 | 1.27 |
| VB | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| V$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| VL | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| MC | 01 | 6.00 | 00 | .00 | 6.00 | 6.00 | 0.10000 | 0.3000 | .12 |
| MD | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| MB | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| M$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| ML | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| AM | 04 | 157.00 | 00 | .00 | 157.00 | 39.25 | 0.10000 | 0.3000 | .87 |
| DS | 01 | 20.00 | 00 | .00 | 20.00 | 20.00 | 0.10000 | 0.3000 | .16 |
| DD | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| DZ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| D$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| DJ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| ** | 17 | 513.00 | 00 | .00 | 513.00 | 30.18 | | | 3.24 |

## Deposits

| Day | Reference Number | Tran Code | Plan Code | Number of Sales | Amount of Sales | Amount of Credits | Discount Paid | Non Settled | Settled |
|---|---|---|---|---|---|---|---|---|---|
| 06 | 90001680348 | D | T | 02 | 150.00 | .00 | .00 | .00 | 150.00 |
| 13 | 90001710358 | D | T | 01 | 5.00 | .00 | .00 | .00 | 5.00 |
| 13 | 90001690355 | D | T | 04 | 31.00 | .00 | .00 | .00 | 31.00 |
| 13 | 90001700357 | D | T | 02 | 40.00 | .00 | .00 | .00 | 40.00 |
| 14 | 90001720359 | D | T | 01 | 10.00 | .00 | .00 | .00 | 10.00 |
| 15 | 90001730360 | D | T | 01 | 100.00 | .00 | .00 | .00 | 100.00 |
| 20 | 90001740364 | D | T | 01 | 2.00 | .00 | .00 | .00 | 2.00 |
| 20 | 90001760366 | D | T | 01 | 20.00 | .00 | .00 | .00 | 20.00 |
| 20 | 90001750365 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 21 | 90001770367 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 27 | 90001790370 | D | T | 01 | 5.00 | .00 | .00 | .00 | 5.00 |
| 27 | 90001780369 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| | **Deposit Totals** | | | 17 | 513.00 | .00 | .00 | | 513.00 |

## Fees

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **AUTHORIZATION FEES:** | | | | | | |
| 05 | | | 0.10000 | Authorization Amex | .00 | .50 |
| 20 | | | 0.10000 | Authorization | .00 | 2.00 |
| | | | | Total Authorization Fees: | | 2.50 |

| PLAN CODES | | | | TRANSACTION CODES | |
|---|---|---|---|---|---|
| VS -VISA | MC -MASTERCARD | DS -DISCOVER | JC -JCB    DB -DEBIT | T -ALL PLANS | D -DEPOSIT |
| VL -VISA LARGE TICKET | ML -MASTERCARD LARGE TICKET | DD -DISCOVER DEBIT | EB -EBT    PP -PAYPAL | 1 -PLAN ONE | C -CHARGEBACK |
| VD -VISA DEBIT | MD -MASTERCARD DEBIT | DZ -DISCOVER BUSINESS | AM -AMERICAN EXPRESS | 2 -PLAN TWO | A -ADJUSTMENT |
| VB -VISA BUSINESS | MB -MASTERCARD BUSINESS | DJ -DISCOVER JCB | EC -ELECTRONIC CHECK | 3 -PLAN THREE | B -CHARGEBACK REVERSAL |
| V$ -VISA CASH ADVANCE | M$ -MASTERCARD CASH ADVANCE | D$ -DISCOVER CASH ADV | AC -ACH as a Tran | | |

### Fees - continued

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES:** | | | | | | |
| 02 | 25.00 | 1.6500 | 0.15000 | VS CPS CNP Debit | .00 | .72 |
| 02 | 70.00 | 2.0500 | 0.10000 | VS VIN Product 1 | .00 | 1.64 |
| 02 | 70.00 | 2.5000 | 0.10000 | VS VSP VIQ Product 1 | .00 | 1.95 |
| 05 | 165.00 | 0.0500 | 0.22000 | VS US Regulated Debit | .00 | 1.18 |
| 01 | 6.00 | 2.6000 | 0.10000 | MC High Value Merit I | .00 | .26 |
| 04 | 157.00 | 1.6500 | 0.10000 | AM B2B/Wholesale Tier 1 | .00 | 2.99 |
| 01 | 20.00 | 2.0500 | 0.10000 | DS e-Commerce Premium | .00 | .51 |
| | | | | Total Interchange Fees / American Express Program Fees: | | 9.25 |
| **TRANSACTION FEES:** | | | | | | |
| 12 | | | 0.15000 | Batch Fee | .00 | 1.80 |
| | | | | Total Transaction Fees: | | 1.80 |
| **CARD BRAND FEES:** | | | | | | |
| 05 | | | 0.01950 | VS-NAPF-Credit | .00 | .10 |
| 09 | | | 0.01550 | VS-NAPF-Debit | .00 | .14 |
| 14 | | | 0.00100 | VS-Visa US AVS | .00 | .01 |
| 02 | | | 0.10000 | VS-VS RAF NvApr Dom | .00 | .20 |
| 04 | 140.00 | 0.1400 | | VS-ASSMNT CREDIT | .00 | .20 |
| 07 | 190.00 | 0.1300 | | VS-ASSMNT DEBIT | .00 | .26 |
| 11 | 330.00 | | 0.00180 | VS-VS TRANSMFEE | .00 | .02 |
| 01 | 6.00 | 0.1300 | | MC-ACQ Brand Volume | .00 | .01 |
| 05 | | | 0.01950 | MC-NABU Auth | .00 | .10 |
| 05 | 33.00 | 0.0200 | | MC-DIGITAL ENBLMT | .00 | .10 |
| 04 | 157.00 | | 0.02000 | AM-Amex AcqTransFee | .00 | .08 |
| 04 | 157.00 | 0.3000 | | AM-Non-Swiped Tr | .00 | .48 |
| 04 | 157.00 | 0.1650 | | AM-AM USASSMNTFEE | .00 | .26 |
| 01 | 20.00 | 0.1400 | | DS-DS Assessment | .00 | .03 |
| 01 | | | 0.00500 | DS-DS AVS | .00 | .01 |
| 01 | | | 0.01900 | DS-DS Ntwk Auth Fee | .00 | .02 |
| 04 | 157.00 | 0.1500 | | Amex Program Fee | .00 | .24 |
| | | | | Total Card Brand Fees: | | 2.26 |
| **OTHER FEES:** | | | | | | |
| | | | 10.00000 | Statement Fee | .00 | 10.00 |
| | | | 10.00000 | Pci Compliance Fee | .00 | 10.00 |
| | | | 1.25000 | MasterCard Location Fee | .00 | 1.25 |
| | | | | JAN MC CCP | .00 | .06 |
| 21 | | | 0.10000 | Avs Fee | .00 | 2.10 |
| | | | | Total Other Fees: | | 23.41 |
| | | | | **Total Fees Due:** | | **39.22** |

| | |
|---|---|
| Discount Due | 3.24 |
| Fees Due | 39.22 |
| Amount Deducted | 42.46 |