**Transaction Services**

TRANSACTION SERVICES
2727 PACES FERRY RD BLDG 1, STE 750
ATLANTA, GA 30339

| | | |
|---|---|---|
| Processing Month: | 03-23 | 9335 |
| Association Number: | 030040 | |
| Merchant Number: | xxxxxxxxxxx8720 | |
| Routing Number: | ▮▮▮▮▮▮ | |
| Deposit Account Number: | ▮▮▮▮▮▮ | |

JOHN STRAND
JOHN STRAND
▮▮▮▮▮▮▮▮▮▮▮▮▮

Amount Deducted:
$ 98.60

## Plan Summary

| Plan Code | Number of Sales | Amount of Sales | Number of Credits | Amount of Credits | Net Sales | Average Ticket | Disc P/I | Disc % | Discount Due |
|---|---|---|---|---|---|---|---|---|---|
| VS | 13 | 555.00 | 00 | .00 | 555.00 | 42.69 | 0.10000 | 0.3000 | 2.97 |
| VD | 18 | 985.00 | 00 | .00 | 985.00 | 54.72 | 0.10000 | 0.3000 | 4.76 |
| VB | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| V$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| VL | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| MC | 04 | 556.00 | 00 | .00 | 556.00 | 139.00 | 0.10000 | 0.3000 | 2.07 |
| MD | 03 | 85.00 | 00 | .00 | 85.00 | 28.33 | 0.10000 | 0.3000 | .56 |
| MB | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| M$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| ML | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| AM | 04 | 352.00 | 00 | .00 | 352.00 | 88.00 | 0.10000 | 0.3000 | 1.46 |
| DS | 01 | 20.00 | 00 | .00 | 20.00 | 20.00 | 0.10000 | 0.3000 | .16 |
| DD | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| DZ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| D$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| DJ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| ** | 43 | 2,553.00 | 00 | .00 | 2,553.00 | 59.37 | | | 11.98 |

## Deposits

| Day | Reference Number | Tran Code | Plan Code | Number of Sales | Amount of Sales | Amount of Credits | Discount Paid | Non Settled | Settled |
|---|---|---|---|---|---|---|---|---|---|
| 03 | 90001800386 | D | T | 13 | 435.00 | .00 | .00 | .00 | 435.00 |
| 06 | 90001820391 | D | T | 01 | 100.00 | .00 | .00 | .00 | 100.00 |
| 06 | 90001810390 | D | T | 04 | 810.00 | .00 | .00 | .00 | 810.00 |
| 10 | 90001830393 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 13 | 90001850402 | D | T | 03 | 26.00 | .00 | .00 | .00 | 26.00 |
| 13 | 90001840394 | D | T | 01 | 25.00 | .00 | .00 | .00 | 25.00 |
| 14 | 90001860404 | D | T | 02 | 40.00 | .00 | .00 | .00 | 40.00 |
| 15 | 90001870405 | D | T | 01 | 5.00 | .00 | .00 | .00 | 5.00 |
| 16 | 90001880407 | D | T | 03 | 160.00 | .00 | .00 | .00 | 160.00 |
| 17 | 90001890410 | D | T | 01 | 25.00 | .00 | .00 | .00 | 25.00 |
| 20 | 90001900411 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 20 | 90001910415 | D | T | 01 | 2.00 | .00 | .00 | .00 | 2.00 |
| 23 | 90001920416 | D | T | 02 | 75.00 | .00 | .00 | .00 | 75.00 |
| 28 | 90001930419 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 29 | 90001940420 | D | T | 01 | 5.00 | .00 | .00 | .00 | 5.00 |
| 30 | 90001950422 | D | T | 01 | 500.00 | .00 | .00 | .00 | 500.00 |
| 31 | 90001960428 | D | T | 06 | 195.00 | .00 | .00 | .00 | 195.00 |
| | **Deposit Totals** | | | 43 | 2,553.00 | .00 | .00 | .00 | 2,553.00 |

### PLAN CODES
VS -VISA  
VL -VISA LARGE TICKET  
VD -VISA DEBIT  
VB -VISA BUSINESS  
V$ -VISA CASH ADVANCE  
MC -MASTERCARD  
ML -MASTERCARD LARGE TICKET  
MD -MASTERCARD DEBIT  
MB -MASTERCARD BUSINESS  
M$ -MASTERCARD CASH ADVANCE  
DS -DISCOVER  
DD - DISCOVER DEBIT  
DZ -DISCOVER BUSINESS  
DJ -DISCOVER JCB  
D$ -DISCOVER CASH ADV  
JC -JCB   DB -DEBIT  
EB -EBT   PP -PAYPAL  
AM -AMERICAN EXPRESS  
EC -ELECTRONIC CHECK  
AC -ACH as a Tran  

### TRANSACTION CODES
T -ALL PLANS   D -DEPOSIT  
1 -PLAN ONE    C -CHARGEBACK  
2 -PLAN TWO    A -ADJUSTMENT  
3 -PLAN THREE  B -CHARGEBACK REVERSAL

## Fees

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **AUTHORIZATION FEES:** | | | | | | |
| 06 | | | 0.10000 | Authorization Amex | .00 | .60 |
| 51 | | | 0.10000 | Authorization | .00 | 5.10 |
| | | | | Total Authorization Fees: | | 5.70 |
| **INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES:** | | | | | | |
| 02 | 25.00 | 1.6500 | 0.15000 | VS CPS CNP Debit | .00 | .72 |
| 05 | 210.00 | 1.6500 | 0.15000 | VS CPS eComm Basic Debit | .00 | 4.24 |
| 02 | 75.00 | 1.8900 | 0.10000 | VS VT Product 1 | .00 | 1.62 |
| 01 | 10.00 | 2.0400 | 0.10000 | VS VTR Product 1 | .00 | .30 |
| 05 | 170.00 | 2.0500 | 0.10000 | VS VIN Product 1 | .00 | 3.99 |
| 04 | 200.00 | 2.5000 | 0.10000 | VS VSP VIQ Product 1 | .00 | 5.40 |
| 01 | 100.00 | 2.4000 | 0.10000 | VS VSP VIQ Services Non Token | .00 | 2.50 |
| 11 | 750.00 | 0.0500 | 0.22000 | VS US Regulated Debit | .00 | 2.80 |
| 01 | 10.00 | 1.6500 | 0.15000 | MC Merit I Debit | .00 | .32 |
| 01 | 25.00 | 2.1000 | 0.10000 | MC Enhanced Merit I | .00 | .63 |
| 01 | 500.00 | 2.6000 | 0.10000 | MC World Elite Merit I | .00 | 13.10 |
| 02 | 31.00 | 2.6000 | 0.10000 | MC High Value Merit I | .00 | 1.01 |
| 01 | 50.00 | 0.0500 | 0.22000 | MC US Cons Regulated POS Debit w/Fraud Adj | .00 | .25 |
| 01 | 25.00 | 1.7600 | 0.20000 | MC Merit I Prepaid | .00 | .64 |
| 04 | 352.00 | 1.6500 | 0.10000 | AM B2B/Wholesale Tier 1 | .00 | 6.22 |
| 01 | 20.00 | 2.0500 | 0.10000 | DS e-Commerce Premium | .00 | .51 |
| | | | | Total Interchange Fees / American Express Program Fees: | | 44.25 |
| **TRANSACTION FEES:** | | | | | | |
| 17 | | | 0.15000 | Batch Fee | .00 | 2.55 |
| | | | | Total Transaction Fees: | | 2.55 |
| **CARD BRAND FEES:** | | | | | | |
| 16 | | | 0.01950 | VS-NAPF-Credit | .00 | .31 |
| 21 | | | 0.01550 | VS-NAPF-Debit | .00 | .33 |
| 36 | | | 0.00100 | VS-Visa US AVS | .00 | .04 |
| 03 | | | 0.10000 | VS-VS RAF NvApr Dom | .00 | .30 |
| 13 | 555.00 | 0.1400 | | VS-ASSMNT CREDIT | .00 | .79 |
| 18 | 985.00 | 0.1300 | | VS-ASSMNT DEBIT | .00 | 1.30 |
| 31 | 1,540.00 | | 0.00180 | VS-VS TRANSMFEE | .00 | .06 |
| 07 | 641.00 | 0.1300 | | MC-ACQ Brand Volume | .00 | .83 |
| 07 | 641.00 | 0.0125 | | MC-MC Acq Licn Fee | .00 | .08 |
| 12 | | | 0.01950 | MC-NABU Auth | .00 | .23 |
| 12 | | | 0.00070 | MC-MC Sfe Nt Aq Fee | .00 | .01 |
| 12 | 718.00 | 0.0200 | | MC-DIGITAL ENBLMT | .00 | .32 |
| 04 | 352.00 | | 0.02000 | AM-Amex AcqTransFee | .00 | .08 |
| 04 | 352.00 | 0.3000 | | AM-Non-Swiped Tr | .00 | 1.06 |
| 04 | 352.00 | 0.1650 | | AM-AM USASSMNTFEE | .00 | .57 |
| 01 | 20.00 | 0.1400 | | DS-DS Assessment | .00 | .03 |
| 01 | | | 0.00500 | DS-DS AVS | .00 | .01 |
| 01 | | | 0.01900 | DS-DS Ntwk Auth Fee | .00 | .02 |
| 04 | 352.00 | 0.1500 | | Amex Program Fee | .00 | .53 |
| | | | | Total Card Brand Fees: | | 6.90 |
| **OTHER FEES:** | | | | | | |
| | | | 10.00000 | Statement Fee | .00 | 10.00 |
| | | | 10.00000 | Pci Compliance Fee | .00 | 10.00 |



Page 3 of 3

TRANSACTION SERVICES
2727 PACES FERRY RD BLDG 1, STE 750
ATLANTA, GA 30339

| | | |
|---|---|---|
| Processing Month: | 03-23 | 9335 |
| Association Number: | 030040 | |
| Merchant Number: | xxxxxxxxxxx8720 | |
| Routing Number: | | |
| Deposit Account Number: | | |

JOHN STRAND
JOHN STRAND

Amount Deducted:
$  98.60

**Fees** - continued

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **OTHER FEES:** | | | | | | |
| | | | 1.25000 | MasterCard Location Fee | .00 | 1.25 |
| | | | 0.53000 | VISA FANF FEB 2023 PASS-THRU | .00 | .53 |
| | | | | FEB MC CCP | .00 | .12 |
| | | | | VS US ADDR VERIFICATN BACKBILL | .00 | .12 |
| 52 | | | 0.10000 | Avs Fee | .00 | 5.20 |
| | | | | Total Other Fees: | | 27.22 |
| | | | | **Total Fees Due:** | | **86.62** |

| | |
|---|---|
| Discount Due | 11.98 |
| Fees Due | 86.62 |
| Amount Deducted | 98.60 |

PLAN CODES | TRANSACTION CODES
VS -VISA            MC -MASTERCARD                DS -DISCOVER             JC -JCB      DB -DEBIT        T -ALL PLANS       D -DEPOSIT
VL -VISA LARGE TICKET   ML -MASTERCARD LARGE TICKET   DD - DISCOVER DEBIT      EB -EBT      PP -PAYPAL       1 -PLAN ONE        C -CHARGEBACK
VD -VISA DEBIT      MD -MASTERCARD DEBIT          DZ -DISCOVER BUSINESS    AM -AMERICAN EXPRESS      2 -PLAN TWO        A -ADJUSTMENT
VB -VISA BUSINESS   MB -MASTERCARD BUSINESS       DJ -DISCOVER JCB         EC -ELECTRONIC CHECK      3 -PLAN THREE      B -CHARGEBACK REVERSAL
V$ -VISA CASH ADVANCE  M$ -MASTERCARD CASH ADVANCE   D$ -DISCOVER CASH ADV    AC -ACH as a Tran