

**Transaction Services**

TRANSACTION SERVICES
2727 PACES FERRY RD BLDG 1, STE 750
ATLANTA, GA 30339

| | | |
|---|---|---|
| Processing Month: | 04-23 | 9335 |
| Association Number: | 030040 | |
| Merchant Number: | xxxxxxxxxxx8720 | |
| Routing Number: | | |
| Deposit Account Number: | | |

JOHN STRAND
JOHN STRAND

Amount Deducted:
$ 157.23

## Plan Summary

| Plan Code | Number of Sales | Amount of Sales | Number of Credits | Amount of Credits | Net Sales | Average Ticket | Disc P/I | Disc % | Discount Due |
|---|---|---|---|---|---|---|---|---|---|
| VS | 14 | 1,315.00 | 00 | .00 | 1,315.00 | 93.93 | 0.10000 | 0.3000 | 5.35 |
| VD | 16 | 475.00 | 00 | .00 | 475.00 | 29.69 | 0.10000 | 0.3000 | 3.03 |
| VB | 01 | 500.00 | 00 | .00 | 500.00 | 500.00 | 0.10000 | 0.3000 | 1.60 |
| V$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| VL | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| MC | 09 | 786.00 | 00 | .00 | 786.00 | 87.33 | 0.10000 | 0.3000 | 3.26 |
| MD | 03 | 80.00 | 00 | .00 | 80.00 | 26.67 | 0.10000 | 0.3000 | .54 |
| MB | 02 | 125.00 | 00 | .00 | 125.00 | 62.50 | 0.10000 | 0.3000 | .58 |
| M$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| ML | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| AM | 03 | 77.00 | 00 | .00 | 77.00 | 25.67 | 0.10000 | 0.3000 | .53 |
| DS | 02 | 270.00 | 00 | .00 | 270.00 | 135.00 | 0.10000 | 0.3000 | 1.01 |
| DD | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| DZ | 01 | 22.00 | 00 | .00 | 22.00 | 22.00 | 0.10000 | 0.3000 | .17 |
| D$ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| DJ | 00 | .00 | 00 | .00 | .00 | .00 | 0.10000 | 0.3000 | .00 |
| ** | 51 | 3,650.00 | 00 | .00 | 3,650.00 | 71.57 | | | 16.07 |

## Deposits

| Day | Reference Number | Tran Code | Plan Code | Number of Sales | Amount of Sales | Amount of Credits | Discount Paid | Non Settled | Settled |
|---|---|---|---|---|---|---|---|---|---|
| 03 | 90001980437 | D | T | 05 | 255.00 | .00 | .00 | .00 | 255.00 |
| 03 | 90001970432 | D | T | 04 | 1,110.00 | .00 | .00 | .00 | 1,110.00 |
| 04 | 90001990439 | D | T | 02 | 300.00 | .00 | .00 | .00 | 300.00 |
| 05 | 90001000444 | D | T | 05 | 425.00 | .00 | .00 | .00 | 425.00 |
| 06 | 90001010445 | D | T | 01 | 50.00 | .00 | .00 | .00 | 50.00 |
| 07 | 90001020453 | D | T | 08 | 842.00 | .00 | .00 | .00 | 842.00 |
| 10 | 90001030456 | D | T | 02 | 75.00 | .00 | .00 | .00 | 75.00 |
| 11 | 90001040457 | D | T | 01 | 25.00 | .00 | .00 | .00 | 25.00 |
| 12 | 90001050464 | D | T | 03 | 26.00 | .00 | .00 | .00 | 26.00 |
| 13 | 90001060466 | D | T | 02 | 40.00 | .00 | .00 | .00 | 40.00 |
| 14 | 90001070467 | D | T | 01 | 5.00 | .00 | .00 | .00 | 5.00 |
| 17 | 90001080468 | D | T | 01 | 10.00 | .00 | .00 | .00 | 10.00 |
| 18 | 90001090473 | D | T | 02 | 75.00 | .00 | .00 | .00 | 75.00 |
| 19 | 90001100475 | D | T | 01 | 2.00 | .00 | .00 | .00 | 2.00 |
| 20 | 90001110477 | D | T | 02 | 110.00 | .00 | .00 | .00 | 110.00 |
| 24 | 90001140488 | D | T | 02 | 30.00 | .00 | .00 | .00 | 30.00 |
| 24 | 90001120483 | D | T | 06 | 155.00 | .00 | .00 | .00 | 155.00 |
| 24 | 90001130486 | D | T | 02 | 110.00 | .00 | .00 | .00 | 110.00 |
| 28 | 90001150489 | D | T | 01 | 5.00 | .00 | .00 | .00 | 5.00 |
| | **Deposit Totals** | | | 51 | 3,650.00 | .00 | .00 | | 3,650.00 |

### PLAN CODES
| | | |
|---|---|---|
| VS -VISA | MC -MASTERCARD | DS -DISCOVER |
| VL -VISA LARGE TICKET | ML -MASTERCARD LARGE TICKET | DD -DISCOVER DEBIT |
| VD -VISA DEBIT | MD -MASTERCARD DEBIT | DZ -DISCOVER BUSINESS |
| VB -VISA BUSINESS | MB -MASTERCARD BUSINESS | DJ -DISCOVER JCB |
| V$ -VISA CASH ADVANCE | M$ -MASTERCARD CASH ADVANCE | D$ -DISCOVER CASH ADV |

| | |
|---|---|
| JC -JCB    DB -DEBIT | |
| EB -EBT    PP -PAYPAL | |
| AM -AMERICAN EXPRESS | |
| EC -ELECTRONIC CHECK | |
| AC -ACH as a Tran | |

### TRANSACTION CODES
| | | |
|---|---|---|
| T -ALL PLANS | D -DEPOSIT | |
| 1 -PLAN ONE | C -CHARGEBACK | |
| 2 -PLAN TWO | A -ADJUSTMENT | |
| 3 -PLAN THREE | B -CHARGEBACK REVERSAL | |

### Fees

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **AUTHORIZATION FEES:** | | | | | | |
| 05 | | | 0.10000 | Authorization Amex | .00 | .50 |
| 57 | | | 0.10000 | Authorization | .00 | 5.70 |
| | | | | Total Authorization Fees: | | 6.20 |
| **INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES:** | | | | | | |
| 02 | 25.00 | 1.6500 | 0.15000 | VS CPS CNP Debit | .00 | .72 |
| 07 | 365.00 | 1.6500 | 0.15000 | VS CPS eComm Basic Debit | .00 | 7.08 |
| 01 | 500.00 | 2.9500 | 0.10000 | VS Business Tr4 Prod 1 | .00 | 14.85 |
| 01 | 50.00 | 1.8900 | 0.10000 | VS VT Product 1 | .00 | 1.05 |
| 02 | 40.00 | 2.0500 | 0.10000 | VS VIN Product 1 | .00 | 1.02 |
| 07 | 275.00 | 2.5000 | 0.10000 | Visa Signature Preferred Product 1 | .00 | 7.59 |
| 01 | 250.00 | 1.6500 | 0.10000 | VS VT Services Non Token | .00 | 4.23 |
| 01 | 100.00 | 1.9500 | 0.10000 | VS VIN Services Non Token | .00 | 2.05 |
| 02 | 600.00 | 2.4000 | 0.10000 | Visa Signature Preferred Services Non Tokenized | .00 | 14.60 |
| 05 | 50.00 | 0.0500 | 0.22000 | VS US Regulated Debit | .00 | 1.12 |
| 02 | 35.00 | 1.7500 | 0.20000 | VS CPS eComm Basic Pp | .00 | 1.02 |
| 02 | 60.00 | 1.6500 | 0.15000 | MC Merit I Debit | .00 | 1.30 |
| 01 | 10.00 | 2.1000 | 0.10000 | MC Enhanced Merit I | .00 | .31 |
| 01 | 50.00 | 2.2000 | 0.10000 | MC World Merit I | .00 | 1.20 |
| 05 | 620.00 | 2.6000 | 0.10000 | MC World Elite Merit I | .00 | 16.62 |
| 02 | 125.00 | 2.8500 | 0.10000 | Commercial Data Rate 1 Level 3 | .00 | 3.76 |
| 02 | 106.00 | 2.6000 | 0.10000 | MC High Value Merit I | .00 | 2.96 |
| 01 | 20.00 | 0.0500 | 0.22000 | MC US Cons Regulated POS Debit w/Fraud Adj | .00 | .23 |
| 03 | 77.00 | 1.6500 | 0.10000 | AM B2B/Wholesale Tier 1 | .00 | 1.57 |
| 01 | 22.00 | 2.4500 | 0.15000 | DS Commercial Electronic Submission Level | .00 | .69 |
| 02 | 270.00 | 2.0500 | 0.10000 | DS e-Commerce Premium | .00 | 5.74 |
| | | | | Total Interchange Fees / American Express Program Fees: | | 89.71 |
| **TRANSACTION FEES:** | | | | | | |
| 19 | | | 0.15000 | Batch Fee | .00 | 2.85 |
| | | | | Total Transaction Fees: | | 2.85 |
| **CARD BRAND FEES:** | | | | | | |
| 17 | | | 0.01950 | VS-NAPF-Credit | .00 | .33 |
| 19 | | | 0.01550 | VS-NAPF-Debit | .00 | .29 |
| 35 | | | 0.00100 | VS-Visa US AVS | .00 | .04 |
| 03 | | | 0.10000 | VS-VS RAF NvApr Dom | .00 | .30 |
| 15 | 1,815.00 | 0.1400 | | VS-ASSMNT CREDIT | .00 | 2.56 |
| 16 | 475.00 | 0.1300 | | VS-ASSMNT DEBIT | .00 | .62 |
| 31 | 2,290.00 | | 0.00180 | VS-VS TRANSMFEE | .00 | .06 |
| 14 | 991.00 | 0.1300 | | MC-ACQ Brand Volume | .00 | 1.30 |
| 14 | 991.00 | 0.0125 | | MC-MC Acq Licn Fee | .00 | .12 |
| 18 | | | 0.01950 | MC-NABU Auth | .00 | .35 |
| 18 | | | 0.00070 | MC-MC Sfe Nt Aq Fee | .00 | .01 |
| 18 | 1,018.00 | 0.0200 | | MC-DIGITAL ENBLMT | .00 | .44 |
| 03 | 77.00 | | 0.02000 | AM-Amex AcqTransFee | .00 | .06 |
| 03 | 77.00 | 0.3000 | | AM-Non-Swiped Tr | .00 | .24 |
| 03 | 77.00 | 0.1650 | | AM-AM USASSMNTFEE | .00 | .12 |
| 03 | 292.00 | 0.1400 | | DS-DS Assessment | .00 | .41 |
| 03 | | | 0.00500 | DS-DS AVS | .00 | .02 |



TRANSACTION SERVICES
2727 PACES FERRY RD BLDG 1, STE 750
ATLANTA, GA 30339

Processing Month: 04-23    9335

Association Number: 030040

Merchant Number: xxxxxxxxxxx8720

Routing Number:

Deposit Account Number:

JOHN STRAND
JOHN STRAND

Amount Deducted:
$ 157.23

## Fees - continued

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **CARD BRAND FEES:** | | | | | | |
| 03 | 292.00 | | 0.00250 | DS-DISC Data Usage | .00 | .01 |
| 03 | 292.00 | 0.0100 | | DS-DS Dig Invt Fee | .00 | .03 |
| 03 | | | 0.01900 | DS-DS Ntwk Auth Fee | .00 | .06 |
| 03 | 77.00 | 0.1500 | | Amex Program Fee | .00 | .12 |
| 51 | 3,650.00 | 0.0200 | | Regulatory Compliance Fee | .00 | .74 |
| | | | | Total Card Brand Fees: | | 8.23 |
| **OTHER FEES:** | | | | | | |
| | | | 10.00000 | Statement Fee | .00 | 10.00 |
| | | | 10.00000 | Pci Compliance Fee | .00 | 10.00 |
| | | | 1.25000 | MasterCard Location Fee | .00 | 1.25 |
| | | | 7.00000 | VISA FANF MAR 2023 PASS-THRU | .00 | 7.00 |
| | | | | MAR MC CCP | .00 | .12 |
| 58 | | | 0.10000 | Avs Fee | .00 | 5.80 |
| | | | | Total Other Fees: | | 34.17 |
| | | | | **Total Fees Due:** | | **141.16** |

| | |
|---|---|
| Discount Due | 16.07 |
| Fees Due | 141.16 |
| Amount Deducted | 157.23 |

VISA HAS ANNOUNCED CHANGES TO THE SURCHARGE PROGRAM EFFECTIVE APRIL 15.
IF YOU ARE CURRENTLY ON OUR SURCHARGE PROGRAM YOU WILL NO LONGER BE ABLE
TO CHARGE MORE THAN 3% FOR CREDIT CARD TRANSACTIONS. IF YOU ARE CHARGING
MORE THAN 3% PLEASE CONTACT OUR OFFICE SO THAT WE CAN UPDATE YOUR SOFTWARE
ADDITIONALLY, CASH DISCOUNT IS BEING DISCONTINUED. IF YOU ARE USING CASH
DISCOUNT, PLEASE CONTACT YOUR SALES AGENT TO DISCUSS YOUR OPTIONS.
PLEASE BE ADVISED IF YOU ARE CURRENTLY ON COST PLUS PRICING A TWO BASIS
POINT, 0.02%, REGULATORY COMPLIANCE FEE WILL BE ADDED BEGINNING ON THE
APRIL BILLING STATEMENT.

| PLAN CODES | | | | | TRANSACTION CODES | |
|---|---|---|---|---|---|---|
| VS -VISA | MC -MASTERCARD | DS -DISCOVER | JC -JCB | DB -DEBIT | T -ALL PLANS | D -DEPOSIT |
| VL -VISA LARGE TICKET | ML -MASTERCARD LARGE TICKET | DD - DISCOVER DEBIT | EB -EBT | PP -PAYPAL | 1 -PLAN ONE | C -CHARGEBACK |
| VD -VISA DEBIT | MD -MASTERCARD DEBIT | DZ -DISCOVER BUSINESS | AM -AMERICAN EXPRESS | | 2 -PLAN TWO | A -ADJUSTMENT |
| VB -VISA BUSINESS | MB -MASTERCARD BUSINESS | DJ -DISCOVER JCB | EC -ELECTRONIC CHECK | | 3 -PLAN THREE | B -CHARGEBACK REVERSAL |
| V$ -VISA CASH ADVANCE | M$ -MASTERCARD CASH ADVANCE | D$ -DISCOVER CASH ADV | AC -ACH as a Tran | | | |