**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510        Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
SES # 20-12-23

(1) **SPONSORING PERSON AND/OR ORGANIZATION:**
   **One Nation Under God**

(2) **AREA OF CAPITOL GROUNDS TO BE INVOLVED:**
   Senate East Front, Grassy **Area 8** (bounded by Constitution Avenue, NE; First Street, NE; Northeast Drive and the East Front Plaza)

(3) **DATE, TIME, AND DURATION:**
   DATE: Wednesday, January 6, 2021    TIME: 0800 – 1800 hours    DURATION: 10 hours
   (Includes set-up / take-down)

(4) **NUMBER OF PARTICIPANTS:**
   50

(5) **PROPS AND EQUIPMENT:**
   - Fifty (50) handheld signs / placards
   - One (1) podium
   - One (1) stage (12'L x 12'W x 24"H) with adjustable stairs
   - One (1) megaphone
   - One (1) portable sound system consisting of –
     - Two (2) EV sx300PI 2-way speakers (16"L x 23"Wx 12"H); secured on tripod stands (5'H) positioned on each side of the stage
     - One (1) Shure SM585 microphone
     - One (1) Yamaha digital mixing console
     - One (1) Crown I-Tech 5000 HD amplifier
     - Two (2) 2400w inverter battery power supply
   - Distribution of literature to interested parties only
   - Electrical power has not been requested, nor is it available at this site

**The spokesperson has been advised of the following:**
   - "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures.  Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets.  Post and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
   - <mark>**Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage.  No synthetic or plastic woven sandbags are allowed.**</mark>
   - Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
   - Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
   - Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
   - The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
   - Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic.  Photos / film taken must not be used for any commercial purposes.
   - Tents, cabanas, canopies or any other covered structures are expressly prohibited.
   - **Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.**
   - **Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for initial screening** (*Monday through Friday during operational hours 0430-1300 hours)*.  **Then –**

**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.   20510       Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON
UNITED STATES CAPITOL GROUNDS**
**SES # 20-12-23**

- **Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u>** (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
- **Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, NE (niched / cut out area) between Constitution Avenue and East Capitol Street, NE.**
- **Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.**
- **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED</u>.**
- **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

**NOTE: <u>PARKING IS NOT AUTHORIZED ON CAPITOL GROUNDS.</u>**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

   (a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

   (b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings.  Literature may not be distributed in the hallways of any building on Capitol Grounds.

   (c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

   (d) The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited.  Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited.  Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.

   (e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds.  Further, the applicant shall take such action as may be necessary so as

**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C.  20510     Phone:  202-224-9806**

CP-1563
(11/16)

**PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON**
**UNITED STATES CAPITOL GROUNDS**
**SES # 20-12-23**

to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

(f) As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps, etc., while ignited; or to cause to become ignited any ignitable materials for the purpose of producing a flame. Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

1/5/2021
_____
(Date Approved)

_____
*Member,*
*United States Capitol Police Board*

_____
(Date Approved)

_____
*Chairman,*
*United States Capitol Police Board*