Use the Tab key to move from field to field on this form

CO-290
Notice of Appeal Criminal                                                                                      Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Criminal No.  21-cr-85-CRC
)
John H. Strand )
)

## NOTICE OF APPEAL

Name and address of appellant:   John H. Strand
8805 Tamiami Trail N.
Suite 254
Naples, FL 34108

Name and address of appellant's attorney:   Nicholas Smith
1123 Broadway
Suite 909
New York, NY 10010

Offense:   18 U.S.C.1512(c)(2); 18 U.S.C. 1752; 40 U.S.C. 5104

Concise statement of judgment or order, giving date, and any sentence:

Judgment, entered on 6/1/2023, sentencing Appellant to 32 months' incarceration on five convictions, including one under Section 1512(c)(2).

Name and institution where now confined, if not on bail:   n/a

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

6/5/23                                              /s/ John H. Strand
DATE                                                APPELLANT
                                                    *Nicholas Smith*
                                                    ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [ ]
PAID USDC FEE          [ ]
PAID USCA FEE          [✔]
Does counsel wish to appear on appeal?                  YES [✔]   NO [ ]
Has counsel ordered transcripts?                        YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]