NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                         Criminal Number

(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA            X  RETAINED            ☐  FEDERAL PUBLIC DEFENDER

*Nicholas Smith*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

(Attorney & Bar ID Number)

(Firm Name)

(Street Address)

(City)          (State)          (Zip)
917-902-3869
(Telephone Number)