UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN STRAND,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:21-cr-85-CRC<br>)<br>)<br>)<br>)<br>)<br>) |

**STRAND'S REPLY TO THE GOVERNMENT'S RESPONSE TO HIS RELEASE MOTION**

The government has indicated that it does not oppose Strand's motion for release pending appeal.  ECF No. 152.

Strand files this reply to correct his counsel's misstatement in the release motion. Counsel represented that Strand surrendered to the Bureau of Prisons on July 26, 2023.  ECF No. 151, p. 6.  In fact, he surrendered on July 25, 2023.  Thus the one-year anniversary of Strand's prison term will fall on July 24 or July 25, depending on whether BOP counts the surrender date as served time.

Dated: July 15, 2024                           Respectfully submitted,

                                              */s/ Nicholas D. Smith*
                                              Nicholas D. Smith (D.C. Bar No. 1029802)
                                              1123 Broadway, Suite 909
                                              New York, NY 10010 Phone:
                                              (917) 902-3869
                                              nds@davidbsmithpllc.com

                                              *Attorney for John Strand*

1

**Certificate of Service**

I hereby certify that on the 15th day of July, 2024, I filed the foregoing submission with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

*/s/ Nicholas D. Smith*