# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>v.<br><br>**JOHN HERBERT STRAND**,<br><br>Defendant. | Case No. 21-cr-85 (CRC) |

## ORDER

In light of the parties' submissions, including the government's representation that it does not oppose Defendant's motion for release pending appeal, and [ECF No. 150] the Court's prior Opinion and Order, it is hereby

**ORDERED** that [ECF No. 151] Defendant's Second Motion for Release Pending Appeal is GRANTED. It is further

**ORDERED** that Defendant be released from the custody of the Bureau of Prisons on July 24, 2024. It is further

**ORDERED** that Defendant report to the U.S. Probation Office in his district of residence within 48 hours of release. It is further

**ORDERED** that Defendant's conditions of supervised release be the same as those set forth in the [ECF No. 140] Court's Judgment. The Court may revisit the term of supervised release at resentencing.

**SO ORDERED**.

Date: July 15, 2024

CHRISTOPHER R. COOPER
United States District Judge