UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>JOHN STRAND,<br><br>    Defendant. | Case No. 21-CR-85-CRC |

**UNITED STATES' MOTION TO WITHDRAW MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to withdraw the Motion to Dismiss Indictment with Prejudice filed on January 21, 2025 (ECF No. 156).

The government is moving to withdraw the previously filed Motion to Dismiss Indictment with Prejudice (ECF No. 156). The underlying case is currently under the jurisdiction of the D.C. Circuit Court of Appeals. *United States v. Strand*, 23-3083 (D.C. Cir. Jan. 16, 2024). On January 22, 2025 the government filed an unopposed motion to vacate convictions and remand for dismissal in the D.C. Circuit Court filing. *Id*. Once this case is remanded back to the District Court, the government will re-file the motion to dismiss the indictment.

1

                        Respectfully submitted,

                        EDWARD R. MARTIN, JR.
                        United States Attorney
                        D.C. Bar No. 481866

                        _____/S/_____
                        APRIL H. AYERS-PEREZ
                        Trial Attorney
                        U.S. Department of Justice
                        TX Bar No. 24090975
                        450 5th St NW, Suite 11300
                        Washington, D.C. 20530
                        April.AyersPerez@usdoj.gov
                        (202) 894-4237